# APPENDIX

# ADMINISTRATIVE RECORD PART 1 OF 5

# RELIANCE STANDARD
## LIFE INSURANCE COMPANY

Home Office: Chicago, Illinois • Administrative Office: Philadelphia, Pennsylvania

**POLICYHOLDER:** The RSL Employer Trust **POLICY NUMBER:** GL 100,004

**EFFECTIVE DATE:** June 1, 1994

**ANNIVERSARY DATES:** January 1, 2015 and each January 1st thereafter.

**PREMIUM DUE DATES:** The first premium is due on the Participating Unit's Effective Date. Further premiums are due monthly, in advance, on the first day of each month.

The Policy is delivered in Delaware and is governed by its laws.

We agree to provide insurance to you in exchange for the payment of premium and a signed Application. The Policy provides benefits for loss of life from injury or sickness. It insures the eligible persons for the amount of insurance shown on the Schedule of Benefits. The insurance is subject to the terms and conditions of the Policy.

The effective date of the Policy is shown above. Insurance starts and ends at 12:01 A.M., Local Time, at your main address. It stays in effect as long as premium is paid when due. The "TERMINATION OF THE POLICY" section of the GENERAL PROVISIONS explains when the insurance can be ended.

The Policy is signed by the President and Secretary.

Secretary President

Countersigned______________________________
Licensed Resident Agent

**GROUP LIFE INSURANCE**
**NON-PARTICIPATING**

THIS FORM PROVIDES A DESCRIPTION OF THE BENEFITS CHOSEN BY YOU FOR YOUR EMPLOYEES UNDER THE GROUP LIFE INSURANCE POLICY ISSUED TO THE RSL EMPLOYER TRUST. THIS FORM IS DELIVERED TO YOU ON JUNE 16, 2014 AND AMENDS THE OTHER LIFE POLICY/FORM PREVIOUSLY ISSUED TO YOU BY US.

LRS-6422 Ed. 2/84

**REQUEST FOR PARTICIPATION IN**
**THE RSL EMPLOYER TRUST**

Effective as of January 1, 2014, as amended through June 1, 2014, the Participating Unit named below requests that it be approved as a participant in The RSL Employer Trust in order to provide insurance for its employees, and hereby agrees to be bound by all terms and conditions of the Trust Agreement applicable to it. The Participating Unit acknowledges receipt of a description of coverage form which summarizes the coverages and limitations requested by the Participating Unit under Master Policy GL 100,004.

Participating Unit: AECOM Technology Corporation
Participating Unit Number: GL 151836

This Agreement may not be altered or amended without consent of both parties in writing.

This Agreement is completed in duplicate, one copy to be attached to your copy of the Master Policy and the other returned to us.

ACCEPTED BY:

RELIANCE STANDARD LIFE
INSURANCE COMPANY

BY: [signature]
Secretary
June 16, 2014

PARTICIPATING UNIT

BY:____________________

TITLE:____________________

DATE:____________________

Please sign and return.

cBOD

*BC1COAPGL 15183606/01/2014*

*BC1COAPGL 15183606/01/2014*RSL
*BC2COAPAECOM Technology Corporation

**REQUEST FOR PARTICIPATION IN THE RSL EMPLOYER TRUST**

Effective as of January 1, 2014, as amended through June 1, 2014, the Participating Unit named below requests that it be approved as a participant in The RSL Employer Trust in order to provide insurance for its employees, and hereby agrees to be bound by all terms and conditions of the Trust Agreement applicable to it. The Participating Unit acknowledges receipt of a description of coverage form which summarizes the coverages and limitations requested by the Participating Unit under Master Policy GL 100,004.

Participating Unit: AECOM Technology Corporation
Participating Unit Number: GL 151836

This Agreement may not be altered or amended without consent of both parties in writing.

This Agreement is completed in duplicate, one copy to be attached to your copy of the Master Policy and the other returned to us.

ACCEPTED BY:

RELIANCE STANDARD LIFE INSURANCE COMPANY

BY: [signature]
Secretary
June 16, 2014

PARTICIPATING UNIT

BY:______________________

TITLE:______________________

DATE:______________________

## TABLE OF CONTENTS

| | Page |
|---|---|
| SCHEDULE OF BENEFITS | 1.0 |
| DEFINITIONS | 2.0 |
| PROVISIONS APPLICABLE TO PARTICIPATING UNITS | 3.0 |
| GENERAL PROVISIONS | 4.0 |
| Entire Contract | |
| Changes | |
| Incontestability | |
| Records Maintained | |
| Clerical Error | |
| Misstatement of Age | |
| Assignment | |
| Conformity With State Laws | |
| Certificate of Insurance | |
| Policy Termination | |
| INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION | 5.0 |
| General Group | |
| Eligible Classes | |
| Effective Date of Individual Insurance | |
| Termination of Individual Insurance | |
| Continuation of Individual Insurance | |
| Individual Reinstatement | |
| CONVERSION PRIVILEGE | 6.0 |
| PREMIUMS | 7.0 |
| Premium Payment | |
| Premium Rate | |
| Grace Period | |
| BENEFICIARY AND FACILITY OF PAYMENT | 8.0 |
| SETTLEMENT OPTIONS | 9.0 |
| WAIVER OF PREMIUM IN EVENT OF TOTAL DISABILITY | 10.0 |
| CLAIMS PROVISIONS | 11.0 |
| DEPENDENT LIFE INSURANCE | 12.0 |
| EXTENSION OF COVERAGE UNDER THE FAMILY AND MEDICAL LEAVE ACT AND UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT (USERRA) | 13.0 |
| PORTABILITY | 14.0 |
| GROUP TERM LIFE INSURANCE LIVING BENEFIT RIDER | 15.0 |

LRS-6422-1 Ed. 3/82

## SCHEDULE OF BENEFITS

**NAME OF SUBSIDIARIES, DIVISIONS OR AFFILIATES TO BE COVERED:** ALL

"Affiliate" means any corporation, partnership, or sole proprietor under the common control of the Participating Unit.

**ELIGIBLE CLASSES:** Each Active Full-time and Fixed Part-time Corporate Vice President and above of AECOM Technology Corporation (hereinafter referred to as the Participating Unit, or as "you", "your" or "yours" where applicable), under Participating Unit Number GL 151836, effective January 1, 2014, as amended through June 1, 2014, except any person employed on a temporary or seasonal basis.

**INDIVIDUAL EFFECTIVE DATE:** The day the person becomes eligible.

**INDIVIDUAL REINSTATEMENT:** 6 months

**MINIMUM PARTICIPATION REQUIREMENTS:**

Number of Insureds: 10
Percentage: Basic: 100%
Supplemental: 33%

**AMOUNT OF INSURANCE:**

**Basic Life:** Four (4) times Earnings, rounded to the next higher $1,000, subject to a maximum Amount of Insurance of $2,000,000.

**Supplemental Life** (Applicable only to those Insureds who elect Supplemental coverage and are paying the applicable premium): Choice of: One (1), Two (2), Three (3), Four (4) or Five (5) times Earnings, rounded to the next higher $1,000, subject to a maximum Amount of Insurance of $500,000.

The Amount of Basic Life and Supplemental Life Insurance will be reduced to 67% of the pre-age 65 amount at age 65 and further reduced to 50% of the pre-age 65 amount at age 70.

**Dependent Life:** Spouse Amount: $5,000 to $200,000 in increments of $10,000
Child Amount: live birth and over: $10,000

The Spouse Amount of Insurance may not exceed the lesser of 50% of the Insured's amount or $200,000.

Amounts of Insurance for spouses over $50,000 are subject to our approval of a person's proof of good health. However, any proof of good health required due to late application for this insurance (See EFFECTIVE DATE OF DEPENDENT INSURANCE) will be at no expense to us.

The Life amount will be reduced by any benefit paid under the Living Benefit Rider.

**CHANGES IN AMOUNT OF INSURANCE:** Increases and decreases in the Amount of Insurance because of changes in age, class or earnings (if applicable) are effective on the date of the change.

With respect to increases in the Amount of Insurance, the Insured must be Actively At Work on the date of the change. If an Insured is not Actively At Work when the change should take effect, the change will take effect on the day after the Insured has been Actively At Work for one full day. However, if the Insured has the right to choose his/her amount of Supplemental insurance then, proof of good health will be required. Any such increase will take effect only if we approve such proof.

If an increase in, or initial application for, the Amount of Insurance is due to a life event change (such as marriage, birth or specific changes in employment status), proof of good health will not be required provided the Insured applies within 31 days of such life event.

**CONTRIBUTIONS:** Persons: Basic Insurance: 0%
Supplemental Insurance (Applicable only to those Insureds who elect Supplemental coverage and are paying the applicable premium): 100%

Dependents: 100%

LRS-6422-2 Ed. 9/89

Page 1.1

AR0008

## DEFINITIONS

"We," "us" and "our" means Reliance Standard Life Insurance Company.

"You," "your" and "yours" means the employer, union or other entity to which the Policy is issued and which is deemed the Policyholder.

"Eligible Person" means a person who meets the eligibility requirements of the Policy.

"Insured" means a person who meets the eligibility requirements of the Policy and is enrolled for this insurance.

"Actively at work" and "active work" means the person actually performing on a Full-time or Part-time basis each and every duty pertaining to his/her job in the place where and the manner in which the job is normally performed. This includes approved time off such as vacation, jury duty and funeral leave, but does not include time off as a result of injury or illness.

"Full-time" means working for you for a minimum of 20 hours during a person's regularly scheduled work week.

"Part-time" means working for you for a minimum of 20 hours during a person's regularly scheduled work week.

"The date he/she retires" or "retirement" means the effective date of an Insured's:

(1) retirement pension benefits under any plan of a federal, state, county or municipal retirement system, if such pension benefits include any credit for employment with you;
(2) retirement pension benefits under any plan which you sponsor, or make or have made contributions; or
(3) retirement benefits under the United States Social Security Act of 1935, as amended, or under any similar plan or act.

"Earnings", as used in the SCHEDULE OF BENEFITS section, means the Insured's annual salary received from you on the day just before the date of loss. Earnings does not include overtime pay, incentive pay or any other special compensation not received as basic salary. However, Earnings will include commissions and bonuses received from you averaged over the lesser of:

(1) the number of months worked; or
(2) the 12 months;

just prior to the date of loss.

"Total Disability", as used in the WAIVER OF PREMIUM IN EVENT OF TOTAL DISABILITY section, means an Insured's complete inability to engage in any type of work for wage or profit for which he/she is suited by education, training or experience.

"Dependents" as used in the DEPENDENT LIFE INSURANCE section, means:

(1) an Insured's legal spouse who is not legally separated or divorced from the Insured; and

(2) an Insured's child(ren), from live birth to 26 years. Adoptive, foster and step-children are considered Dependents if they are in the custody of the Insured; and

(3) an Insured's child(ren) beyond the limiting age who is incapable of self-sustaining employment by reason of intellectual disability or physical handicap and who is chiefly dependent on the Insured for support and maintenance.

Additionally, with respect to an Insured whose domestic partnership or civil union is legally recognized under applicable state law or for whom an Affidavit of Domestic Partnership is on file with you and is in effect, such Insured's:

(1) domestic partner or civil union partner; and
(2) child(ren), provided he/she otherwise meets the definition of Dependent,

of such legally recognized domestic partnership or civil union or named on an Affidavit will be considered a "Dependent" of such Insured.

When the Insured's domestic partner or civil union partner is covered under this Policy, the word "spouse" as it appears in this Policy will be deemed to include "domestic partner" and "civil union partner" unless the context indicates otherwise.

## PROVISIONS APPLICABLE TO PARTICIPATING UNITS

DEFINITION: A "Unit" means any group eligible to participate in The RSL Employer Trust.

The following provisions apply to a unit which becomes a Participating Unit under this Policy. All other policy terms not in conflict with this section apply to this unit as well.

PREMIUMS: Premiums are payable by the Participating Unit on or before the date they become due.

The premium for this insurance is based on the coverage requested by the Participating Unit. We reserve the right to adjust the premium rate on any premium due date: (a) after insurance has been in force thirty-six (36) months; or (b) when insurance is changed by amendment. We will tell the Unit in writing at least 31 days before a premium change is made due to (a) above.

EFFECTIVE DATE OF PARTICIPATING UNIT: Any Unit will become a Participating Unit under this Policy on the later of:

(1) the effective date of this Policy, if eligible on that date; or

(2) the date insurance is approved by us.

TERMINATION OF A PARTICIPATING UNIT: Any Unit will cease to be a Participating Unit under this Policy on the earliest of the following dates:

(1) the date it no longer meets any of the requirements set out under the Definition provision;

(2) the date it stops or suspends active business operations or is placed in bankruptcy or receivership;

(3) the date it no longer is an entity by means of dissolution, merger or otherwise;

(4) the date at the end of the period for which the last premium payment has been made by the Participating Unit on its own behalf;

(5) the date a Participating Unit's insurance under this Policy is ended in accordance with the Provisions below;

(6) the date the Policy ends.

All insurance then in force on Persons in any such Participating Unit will cease at once, except if otherwise set out on the Participating Unit's Agreement.

Upon notice, the insurance of a Participating Unit may be ended by that Participating Unit after twelve (12) months of its participation under this Policy or at any later time. The notice must be written and mailed or delivered to our authorized representative or to us at our Administrative Office. The termination will be effective on receipt by us, or on a later date if one is specified in the notice. In the event of termination at a date other than a premium due date, the earned premium will be computed, and we'll promptly return the unearned portion of any premium paid.

Upon notice, we may end the insurance of a Participating Unit after twelve (12) months of a Unit's participation under this Policy or at any later time. This notice must be written and state when, not less than 31 days later, the termination will be effective. The notice must be sent to the Participating Unit at the last address shown on our records.

We may end the insurance of a Participating Unit if payment of premium on a premium due date (other than anniversary date) is not received within the grace period provided by the Policy. The notice must be in writing and be sent to the Participating Unit's last address shown on our records. It must state when, not earlier than the expiration of the grace period, the termination will be effective. Termination under this section will be effective only with respect to the insurance for which the premium was due.

A Unit which ceases to be a Participating Unit under this Policy may again become a Participating Unit only if agreed to in writing between the Participating Unit and us.

## GENERAL PROVISIONS

### ENTIRE CONTRACT

The entire contract between you and us is the Policy, your application (a copy of which is attached at issue), and any endorsements and amendments.

### CHANGES

No agent has authority to change or waive any part of the Policy. To be valid, any change or waiver must be in writing. It must also be signed by one of our executive officers and attached to the Policy.

### INCONTESTABILITY

Any statement made in your application will be deemed a representation, not a warranty. We cannot contest this Policy or a Participating Unit's insurance after it has been in force for two (2) years from the date of issue, except for non-payment of premium.

Any statements made by you, the Participating Unit, any Insured or any Insured Dependent, or on behalf of any Insured or any Insured Dependent to persuade us to provide coverage, will be deemed a representation, not a warranty. This provision limits our use of these statements in contesting the amount of insurance for which an Insured or any Insured Dependent is covered. The following rules apply to each statement:

(1) No statement will be used in a contest unless:

  (a) it is in a written form signed by the Insured or any Insured Dependent, or on behalf of the Insured or any Insured Dependent; and

  (b) a copy of such written instrument is or has been furnished to the Insured or any Insured Dependent, the Insured's or any Insured Dependents beneficiary or legal representative.

(2) If the statement relates to an Insured's or any Insured Dependent's insurability, it will not be used to contest the validity of insurance which has been in force, before the contest, for at least two years during the lifetime of the Insured or any Insured Dependent.

### RECORDS MAINTAINED

You must maintain records of all Insureds. Such records must show the essential data of the insurance, including new persons, terminations, changes, etc. This information must be reported to us regularly. We reserve the right to examine the insurance records maintained at the place where they are kept. This review will only take place during normal business hours.

### CLERICAL ERROR

Clerical errors in connection with the Policy or delays in keeping records for the Policy, whether by you, us, or the Plan Administrator:

(1) will not terminate insurance that would otherwise have been effective; and

(2) will not continue insurance that would otherwise have ceased or should not have been in effect.

If appropriate, a fair adjustment of premium will be made to correct a clerical error.

### MISSTATEMENT OF AGE

If an Insured's age is misstated, the premium will be adjusted. If the Insured's insurance is affected by the misstated age, it will also be adjusted. The insurance will be changed to the amount the Insured is entitled to at his/her correct age.

**ASSIGNMENT**

Ownership of any benefit provided under the Policy may be transferred by assignment. An irrevocable beneficiary must give written consent to assign this insurance. Written request for assignment must be made in duplicate at our Administrative Offices. Once recorded by us, an assignment will take effect on the date it was signed. We are not liable for any action we take before the assignment is recorded.

**CONFORMITY WITH STATE LAWS**

Any section of the Policy, which on its effective date, conflicts with the laws of the state in which the Policy is issued, is amended by this provision. The Policy is amended to meet the minimum requirements of those laws.

**CERTIFICATE OF INSURANCE**

We will send to you an individual certificate for each Insured. The certificate will outline the insurance coverage and to whom benefits are payable.

**POLICY TERMINATION**

You may cancel the Policy at any time. The Policy will be cancelled on the date we receive your letter or, if later, the date requested in your letter.

We may cancel the Policy if:

(1) the premium is not paid at the end of the grace period; or

(2) the number of Insureds is less than the Minimum Participation Number on the Schedule of Benefits; or

(3) the percentage of eligible persons insured is less than the Minimum Participation Percentage on the Schedule of Benefits.

If we cancel because of (1) above, the Policy will be cancelled at the end of the grace period. If we cancel because of (2) or (3) above, we will give you thirty-one (31) days written notice prior to the date of cancellation.

You will still owe us any premium that is not paid up to the date the Policy is cancelled. We will return, pro-rata, any part of the premium paid beyond the date the Policy is cancelled.

## INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION

**GENERAL GROUP:** The general group will be your employees and employees of any subsidiaries, divisions or affiliates named on the Schedule of Benefits.

**ELIGIBLE CLASSES:** The eligible classes will be those persons described on the Schedule of Benefits.

**EFFECTIVE DATE OF INDIVIDUAL INSURANCE:** If you pay the entire premium, the insurance for an eligible Person will go into effect on the date stated on the Schedule of Benefits.

If an eligible Person pays a part of the premium, he/she must apply in writing for the insurance to go into effect. He/she will become insured on the later of:

(1) the Individual Effective Date stated on the Schedule of Benefits, if he/she applies on or before that date; or

(2) the date he/she applies, if he/she applies within thirty-one (31) days from the date he/she first met the eligibility requirements; or

(3) the date we approve any required proof of good health. We require proof of good health if a person applies:

(a) after thirty-one (31) days from the date he/she first becomes eligible; or
(b) after he/she terminated this insurance but he/she remained in a class eligible for this insurance; or
(c) for an Amount of Insurance greater than the Amount of Insurance shown on the Schedule of Benefits as not subject to our approval of a person's good health; or
(d) for an Amount of Insurance greater than he/she was insured for under the prior group life insurance plan carrier, if applicable; or
(e) after being eligible for coverage under a prior group life insurance plan for more than thirty-one (31) days but did not elect to be covered under that prior plan; or

(4) the date premium is remitted.

Changes in an Insured's amount of insurance are effective as shown on the Schedule of Benefits.

If the person is not actively at work on the day his/her insurance is to go into effect, the insurance will go into effect on the day he/she returns to active work for one full day.

**TERMINATION OF INDIVIDUAL INSURANCE:** The insurance of an Insured will terminate on the first of the following to occur:

(1) the date the Policy terminates; or

(2) the date the Insured ceases to be in a class eligible for this insurance; or

(3) the date the Participating Unit ceases to be a Participating Unit under this Policy; or

(4) the end of the period for which premium has been paid for the Insured; or

(5) the date the Insured enters military service (not including Reserve or National Guard).

**CONTINUATION OF INDIVIDUAL INSURANCE:** The insurance of an Insured may be continued, by payment of premium, beyond the date the Insured ceases to be eligible for this insurance, but not longer than:

(1) twelve (12) months, if due to illness or injury; or
(2) three (3) months, if due to temporary lay-off or approved leave of absence; or
(3) one hundred twenty (120) days, if due to a furlough.

**INDIVIDUAL REINSTATEMENT:** The insurance of a terminated person may be reinstated if he/she is:

(1) on an approved leave of absence; or

(2) on temporary lay-off.

The person must return to active work with you within the period of time shown on the Schedule of Benefits. He/she must also be a member of a class eligible for this insurance.

The Person will not be required to fulfill the eligibility requirements of the Policy again. The insurance will go into effect on the day he/she returns to active work. If a Person returns after having resigned or having been discharged, he/she will be required to fulfill the eligibility requirements of the Policy again.

If a Person returns after terminating insurance at his/her request or for failure to pay premium when due, proof of good health must be approved by us before he/she may be reinstated.

**CONVERSION PRIVILEGE**

An Insured can use this privilege when his/her insurance is no longer in force. It has several parts. They are:

A. If the insurance ceases due to termination of employment or membership in any of the Participating Unit's classes, an individual Life Insurance Policy may be issued. The Insured is entitled to a policy without disability or supplemental benefits. A written application for the policy must be made by the Insured within sixty (60) days after he/she terminates. The first premium must also be paid within that time. The issuance of the policy is subject to the following conditions:

   (1) The policy will, at the option of the Insured, be on any one of our forms, except for term life insurance. It will be the standard type issued by us for the age and amount applied for;

   (2) The policy issued will be for an amount not over what the Insured had before he/she terminated;

   (3) The premium due for the policy will be at our usual rate. This rate will be based on the amount of insurance, class of risk and the Insured's age at date of policy issue; and

   (4) Proof of good health is not required.

B. If the insurance ceases due to the termination or amendment of this Policy with respect to the Participating Unit, an individual Life Insurance Policy can be issued. An Insured must have been insured for at least five (5) years under this Policy. The same rules as in A above will be used, except that the face amount will be the lesser of:

   (1) The amount of the Insured's Group Life benefit under this Policy. This amount will be less any amount he/she is entitled to under any group life policy issued by us or another insurance company; or

   (2) $10,000.

C. If the insurance reduces, as may be provided in this Policy, an individual Life Insurance Policy can be issued. The same rules as in A above will be used, except that the face amount will not be greater than the amount which ceased due to the reduction.

D. If an Insured dies during the time provided in A above in which he/she is entitled to apply for an individual policy, we will pay the benefit under the Group Policy that he/she was entitled to convert. This will be done whether or not the Insured applied for the individual policy.

E. Any policy issued with respect to A, B or C above will be put in force at the end of the sixty (60) day period in which application must be made.

F. If an Insured is entitled to have an individual policy issued to him/her without proof of health, then he/she must be given notice of this right at least fifteen (15) days before the end of the period specified above. Such notice must be: (1) in writing; and (2) presented or mailed to the Insured by you. If not, the Insured will have an additional period in order to do so. This additional period will end fifteen (15) days after the Insured is given notice. This period will not extend beyond sixty (60) days after the expiration date of the period provided above. This insurance will not be continued beyond the period provided in A above.

## PREMIUMS

**PREMIUM PAYMENT:** All premiums are to be paid by you to us, or to an authorized agent, on or before the due date. The premium due dates are stated on the Policy face page.

**PREMIUM RATE:** The premium due will be the rate per $1,000 of benefit multiplied by the entire amount of benefit volume then in force. We will furnish to you the premium rate on the Policy effective date and when it is changed. We have the right to change the premium rate:

(1) on any premium due date after the Policy, with respect to the Participating Unit, is in force for 36 months;

(2) when the extent of coverage is changed by amendment; or

(3) on any premium due date on or after the Policy is in force for 12 months if the entire amount of the benefit volume changes by 15% or more from the entire amount of benefit volume on the Policy effective date.

We will not change the premium rate due to (1) or (3) above more than once in any twelve (12) month period. We will tell you in writing at least thirty-one (31) days before the date of a change due to (1) or (3) above.

**GRACE PERIOD:** You may pay the premium up to 31 days after the date it is due. The Policy stays in force during this time. If the premium is not paid during the grace period, the Policy, with respect to you, will be cancelled at the end of the grace period. You will still owe us the premium up to the date the Policy is cancelled.

## BENEFICIARY AND FACILITY OF PAYMENT

**BENEFICIARY:** The beneficiary will be as named in writing by the Insured to receive benefits at the Insured's death. This beneficiary designation must be on file with us or the Plan Administrator and will be effective on the date the Insured signs it. Any payment made by us before receiving the designation shall fully discharge us to the extent of that payment.

If the Insured names more than one beneficiary to share the benefit, he/she must state the percentage of the benefit that is to be paid to each beneficiary. Otherwise, they will share the benefit equally.

The beneficiary's consent is not needed if the Insured wishes to change the designation. His/her consent is also not needed to make any changes in this Policy.

If the beneficiary dies at the same time as the Insured, or within fifteen (15) days after his/her death but before we receive written proof of the Insured's death, payment will be made as if the Insured survived the beneficiary, unless noted otherwise.

If the Insured has not named a beneficiary, or the named beneficiary is not surviving at the Insured's death, any benefits due shall be paid to the first of the following classes to survive the Insured:

(1) the Insured's legal spouse, legally recognized civil union/domestic partner or domestic partner named on an Affidavit of Domestic Partnership;
(2) the Insured's surviving child(ren) (including legally adopted child(ren)), in equal shares;
(3) the Insured's surviving parents, in equal shares;
(4) the Insured's surviving siblings, in equal shares; or, if none of the above,
(5) the Insured's estate.

We will not be liable for any payment we have made in good faith.

**FACILITY OF PAYMENT:** If a beneficiary, in our opinion, cannot give a valid release (and no guardian has been appointed), we may pay the benefit to the person who has custody or is the main support of the beneficiary. Payment to a minor shall not exceed $1,000.

If the Insured has not named a beneficiary, or the named beneficiary is not surviving at the Insured's death, we may pay up to $2,000 of the benefit to the person(s) who, in our opinion, have incurred expenses in connection with the Insured's last illness, death or burial.

The balance of the benefit, if any, will be held by us, until an individual or representative:

(1) is validly named; or

(2) is appointed to receive the proceeds; and

(3) can give valid release to us.

The benefit will be held with interest at a rate set by us.

We will not be liable for any payment we have made in good faith.

## SETTLEMENT OPTIONS

The Insured may elect a different way in which payment of the Amount of Insurance can be made. He/she must provide a written request to us, for our approval, at our Administrative Office. If the option covers less than the full amount due, we must be advised of what part is to be under an option. Amounts under $2,000 or option payments of less than $20.00 each are not eligible.

If no instructions for a settlement option are in effect at the death of the Insured, the beneficiary may make the election, with our consent.

### OPTION A – FIXED TIME PAYMENT OPTION

Equal monthly payments will be made for any period chosen, up to thirty (30) years. The amount of each payment depends on the amount applied, the period selected and the payment rates we are using when the first payment is due. The rate of any monthly payment will not be less than shown in the table below. We reserve the right to change it. This change will apply only to requests for settlement elected after this change.

**Option A Table**
**Minimum Monthly Payment Rates for each $1,000 Applied**

| Years | Monthly Payment | Years | Monthly Payment | Years | Monthly Payment | Years | Monthly Payment | Years | Monthly Payment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $84.47 | 7 | $13.16 | 13 | $7.71 | 19 | $5.73 | 25 | $4.71 |
| 2 | 42.86 | 8 | 11.68 | 14 | 7.26 | 20 | 5.51 | 26 | 4.59 |
| 3 | 28.99 | 9 | 10.53 | 15 | 6.87 | 21 | 5.32 | 27 | 4.47 |
| 4 | 22.06 | 10 | 9.61 | 16 | 6.53 | 22 | 5.15 | 28 | 4.37 |
| 5 | 17.91 | 11 | 8.86 | 17 | 6.23 | 23 | 4.99 | 29 | 4.27 |
| 6 | 15.14 | 12 | 8.24 | 18 | 5.96 | 24 | 4.84 | 30 | 4.18 |

### OPTION B – FIXED AMOUNT PAYMENT OPTION

Each payment will be for an agreed fixed amount. The amount of each payment may not be less than $10.00 for each $1,000 applied. Interest will be credited each month on the unpaid balance and added to it. This interest will be at a rate set by us, but not less than the equivalent of 3% per year. Payments continue until the amount we hold runs out. The last payment will be for the balance only.

### OPTION C – INTEREST PAYMENT OPTION

We will hold any amount applied under this section. Interest on the unpaid balance will be paid each month at a rate set by us. This rate will not be less than the equivalent of 3% per year.

If a beneficiary dies while receiving payments under one of these options and there is no contingent beneficiary, the balance will be paid in one sum to the proper representative of the beneficiary's estate, unless otherwise agreed to in the instructions for settlement.

Requests for settlement options other than the three (3) set out above may be made. A mutual agreement must be reached between the individual entitled to elect and us.

## WAIVER OF PREMIUM IN EVENT OF TOTAL DISABILITY

We will extend the Amount of Insurance during a period of Total Disability for one (1) year if:

(1) the Insured becomes totally disabled prior to age 60;
(2) the Total Disability begins while he/she is insured;
(3) the Total Disability begins while this Policy, with respect to the Participating Unit, is in force;
(4) the Total Disability lasts for at least 6 months;
(5) the premium continues to be paid; and
(6) we receive proof of Total Disability within one (1) year from the date it began.

After proof of Total Disability is approved by us, neither you or the Insured is required to pay premiums. Also, any premiums paid from the start of the Total Disability will be returned.

We will ask the Insured to submit annual proof of continued Total Disability. The Amount of Insurance may then be extended for additional one (1) year periods. The Insured may be required to be examined by a Physician approved by us as part of the proof. We will not require the Insured to be examined more than once a year after the insurance has been extended two (2) full years.

The Amount of Insurance extended will be limited to the amount of supplemental group life coverage on the life of the Insured that was in force at the time that Total Disability began excluding any additional benefits. This amount will not increase. This amount will reduce or cease at any time it would reduce or cease if the Insured had not been totally disabled. If the Insured dies, we will be liable under this extension only if written proof of death is received by us.

The Amount of Insurance extended for an Insured will cease on the earliest of:

(1) the date he/she no longer meets the definition of Total Disability; or
(2) the date he/she refuses to be examined; or
(3) the date he/she fails to furnish the required proof of Total Disability; or
(4) the date he/she becomes age 70; or
(5) the date he/she retires.

The Insured may use the conversion privilege when this extension ceases. Please refer to the Conversion Privilege section for rules. An Insured is not entitled to conversion if he/she returns to work and is again eligible for the insurance under this Policy. If the Insured uses the conversion privilege, benefits will not be payable under the Waiver of Premium in Event of Total Disability provision unless the converted policy is surrendered to us.

## CLAIMS PROVISIONS

**NOTICE OF CLAIM:** Written notice must be given to us within thirty-one (31) days after the Loss occurs, or as soon as reasonably possible. The notice should be sent to us at our Administrative Offices or to our authorized agent. The notice should include the Insured's name, the Participating Unit Number and your name.

**CLAIM FORMS:** When we receive written notice of a claim, we will send claim forms to the claimant within fifteen (15) days. If we do not, the claimant will satisfy the requirements of written proof of loss by sending us written proof as shown below. The proof must describe the occurrence, extent and nature of the loss.

**PROOF OF LOSS:** For any covered Loss, written proof must be sent to us within ninety (90) days. If it is not reasonably possible to give proof within ninety (90) days, the claim is not affected if the proof is sent as soon as reasonably possible. In any event, proof must be given within 1 year, unless the claimant is legally incapable of doing so.

**PAYMENT OF CLAIMS:** Payment will be made as soon as proper proof is received. All benefits will be paid to the Insured if living. Any benefits unpaid at the time of death, or due to death, will be paid to the beneficiary.

**PHYSICAL EXAMINATION:** At our own expense, we will have the right to have an Insured examined as reasonably necessary when a claim is pending. We can have an autopsy made unless prohibited by law.

**LEGAL ACTION:** No legal action may be brought against us to recover on this Policy within sixty (60) days after written proof of loss has been given as required by this Policy. No action may be brought after three (3) years (Kansas, five (5) years; South Carolina and Michigan, six (6) years) from the time written proof of loss is required to be submitted.

## DEPENDENT LIFE INSURANCE

Nothing in this section will change or affect any of the terms of the Policy other than as specifically set out in this section. All the Policy provisions not in conflict with these provisions shall apply to this section.

When an Insured Dependent dies, we will pay the applicable benefit shown on the Schedule of Benefits to the Insured. If the Insured is deceased, then the benefit will be paid to the Insured's beneficiary. Only dependents who meet the definition of Dependents can be insured for this benefit.

A person may not have coverage both as an Insured and as a covered dependent. Only one eligible spouse may cover the eligible children as Insured Dependents. The spouse may be covered as a dependent if not covered as an Insured.

### EFFECTIVE DATE OF DEPENDENT INSURANCE

If you pay the entire premium, the insurance for a Dependent will become effective on the later of:

(1) the date the Insured becomes eligible for Dependent Life Insurance; or

(2) the date the dependent meets the definition of Dependent.

If you require an Insured to pay a portion of the dependent premium, he/she may insure his/her dependents by making written application. In this case, the insurance for Dependents will take effect on the later of:

(1) the date the Insured becomes eligible for Dependent Life Insurance; or

(2) the date the dependent meets the definition of Dependent, if application is made on or before that date; or

(3) the date of application, if application is made within sixty (60) days from the date the dependent first becomes eligible for this insurance; or

(4) the date we approve any required proof of good health. We require proof of good health if an Insured makes application for dependent insurance:

   (a) after sixty (60) days from the date the dependent first becomes eligible for this insurance; and

   (b) after a prior termination of insurance as long as the Insured remained in a class eligible for dependent insurance.

After this insurance is in force for one dependent, application is not required for added dependents.

For dependents (other than newborns) who are confined in a hospital or at home on the date on which they would otherwise become insured, insurance will be effective as of the date the confinement ends.

### TERMINATION OF DEPENDENT LIFE INSURANCE

The insurance for an Insured Dependent will terminate on the first of the following dates:

(1) the date this Section terminates; or

(2) the date the dependent is no longer a Dependent as defined; or

(3) the end of the period for which premium has been paid by you or the Insured; or

(4) the date the Insured's insurance terminates; or

(5) the date the Insured retires.

**CONVERSION OF DEPENDENT LIFE INSURANCE**

If the insurance of an Insured Dependent terminates because:

(1) the Insured terminates employment or membership in the classes eligible for this insurance; or

(2) the Insured dies; or

(3) the dependent ceases to be eligible for this insurance;

then the dependent may convert his/her insurance to an individual policy. The conversion is subject to the following rules:

(1) a written application for the conversion policy must be received by us within sixty (60) days after the dependent's insurance terminates. The first premium must be sent in with the application; and

(2) the premium due for the policy will be at our usual rates. This rate will be based on the amount of insurance, class of risk and the age of the dependent on the date the policy is issued; and

(3) the policy may be any life plan we currently issue, except term insurance; and

(4) proof of good health is not required; and

(5) the policy issued will be for an amount not over what the dependent had before termination under this Policy; and

(6) the policy issued will not have disability or supplemental benefits.

If the dependent's insurance ceases due to termination or amendment of this Policy with respect to the Participating Unit, an individual policy can be issued. The dependent must have been insured for at least five (5) years under this Policy. The same rules as shown above will be used, except that the face amount will be the lesser of:

(1) the amount of dependent life insurance under this Policy. This amount will be less any amount of group life insurance the dependent receives or becomes eligible for within sixty (60) days after this Policy, with respect to the Participating Unit, terminates; or

(2) $10,000.

If an Insured Dependent should die during the time provided in (1) above in which he/she is entitled to apply for an individual policy, we will pay the benefit he/she had under this Policy. This will be done whether or not the dependent applied for the individual policy.

Any individual policy issued with respect to this section will be effective at the end of the sixty (60) day period in which application must be made.

If an Insured Dependent is entitled to have an individual policy issued to him/her without proof of hèalth, then the Insured must be given notice of this right at least fifteen (15) days before the end of the period specified above. Such notice must be: (1) in writing; and (2) presented or mailed to the Insured by you. If not, the Insured Dependent will have an additional period in order to do so. This additional period will end fifteen (15) days after the Insured is given notice. This period will not extend beyond sixty (60) days after the expiration date of the period provided above. This insurance will not be continued beyond the period provided in (1) above.

## EXTENSION OF COVERAGE UNDER THE FAMILY AND MEDICAL LEAVE ACT AND UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT (USERRA)

**Family and Medical Leave of Absence:**

We will continue the Insured's coverage and that of any Insured Dependent, if applicable, in accordance with your policies regarding leave under the Family and Medical Leave Act of 1993, as amended, or any similar state law, as amended, if:

(1) the premium for such Insured and his/her Insured Dependents, if applicable, continues to be paid during the leave; and
(2) you have approved the Insured's leave in writing and provide a copy of such approval within thirty-one (31) days of our request.

As long as the above requirements are satisfied, we will continue coverage until the later of:

(1) the end of the leave period required by the Family and Medical Leave Act of 1993, as amended; or
(2) the end of the leave period required by any similar state law, as amended.

**Military Services Leave of Absence:**

We will continue the Insured's coverage and that of any Insured Dependents, if applicable, in accordance with your policies regarding Military Services Leave of Absence under USERRA if the premium for such Insured and his or her Insured Dependents, if applicable, continues to be paid during the leave.

As long as the above requirement is satisfied, we will continue coverage until the end of the period required by USERRA.

This Policy, while coverage is being continued under this Military Services Leave of Absence extension, does not cover any loss which occurs while on active duty in the military if such loss is caused by or arises out of such military service, including but not limited to war or any act of war, whether declared or undeclared.

While the Insured is on a Family and Medical Leave of Absence for any reason other than his or her own illness, injury or disability or Military Services Leave of Absence he or she will be considered Actively at Work. Any changes such as revisions to coverage due to age, class or salary changes, as applicable, will apply during the leave except that increases in the amount of insurance, whether automatic or subject to election, will not be effective for an Insured who is not considered Actively at Work until the Insured has returned to Active Work for one (1) full day.

A leave of absence taken in accordance with the Family and Medical Leave Act of 1993 or USERRA will run concurrently with any other applicable continuation of insurance provision in this Policy.

The Insured's coverage and that of any Insured Dependents, if applicable, will cease under this extension on the earliest of:

(1) the date this Policy terminates; or
(2) the end of the period for which premium has been paid for the Insured; or
(3) the date such leave should end in accordance with your policies regarding Family and Medical Leave of Absence and Military Services Leave of Absence in compliance with the Family and Medical Leave Act of 1993, as amended and USERRA.

Should you choose not to continue the Insured's coverage during a Family and Medical Leave of Absence and/or Military Services Leave of Absence, the Insured's coverage as well as any dependent coverage, if applicable, will be reinstated.

## PORTABILITY

An Insured may continue Supplemental Insurance coverage under this Policy if coverage would otherwise terminate because he/she ceases to be an Eligible Person, for reasons other than the termination of this Participating Unit, or the Insured's retirement, provided he/she:

(1) notifies us in writing within sixty (60) days from the date he/she ceases to be eligible; and
(2) remits the necessary premiums when due; and
(3) is not approved for extension of coverage under the Waiver of Premium in Event of Total Disability provision, if applicable; and
(4) has not been terminated under the Waiver of Premium in Event of Total Disability provision, if applicable, and
(5) has been covered for twelve (12) months under this Policy and/or the prior group life insurance policy.

The amount of Supplemental Insurance coverage available under the Portability provision will be the current amount of coverage the Insured and that of his/her insured Dependents, if any, is insured for under this Policy on the last day he/she was Actively at Work. However, the amount of coverage will never be more than:

(1) the highest amount of life insurance available to Eligible Persons; or
(2) a total of $500,000 from all RSL group life and accidental death and dismemberment insurance combined,

whichever is less.

The premium charged to continue Supplemental Insurance coverage will be based on the prevailing rate charged to Insureds who choose to continue coverage under the Portability provision. Such premium will be billed directly to the Insured on a quarterly, semi-annual or annual basis.

If an Insured's Supplemental Insurance coverage under this Policy includes Accidental Death and Dismemberment, then such benefits may be continued under this Policy.

Supplemental Insurance coverage continued under this provision for an Insured and/or his/her insured Dependents, if any, will terminate on the first of the following to occur:

(1) the date this Participating Unit terminates; or
(2) the end of the period for which premium has been paid; or
(3) the date the Insured is covered under another group term life insurance policy; or
(4) the end of the ten (10) year period; or
(5) the date the Insured reaches age 65; or
(6) at any time Supplemental Insurance coverage would normally terminate according to the terms of this Policy had the Insured continued to be an Eligible Person.

In addition, Supplemental Insurance coverage will reduce at any time it would normally reduce according to the terms of this Policy had the Insured and that of the insured Dependents, if any, continued to be an Eligible Person.

If Supplemental Insurance coverage terminates due to (1), (4) or (5) above, it may be converted to an individual life insurance policy. The conversion will be subject to the terms and conditions set forth under the Conversion Privilege.

## GROUP TERM LIFE INSURANCE LIVING BENEFIT RIDER

**THIS RIDER ADDS AN ACCELERATED BENEFIT PROVISION. RECEIPT OF THIS ACCELERATED BENEFIT WILL REDUCE THE DEATH BENEFIT AND MAY BE TAXABLE. INSUREDS SHOULD SEEK ASSISTANCE FROM THEIR PERSONAL TAX ADVISOR.**

Attached to Group Policy Number: GL 100,004
Issued to Group Policyholder: The RSL Employer Trust
Participating Unit: AECOM Technology Corporation
Participating Unit Number: GL 151836

This Rider is attached to and made a part of the Policy indicated above. The Policy is hereby amended, with respect to the above Participating Unit, in consideration of the application for this coverage, by the addition of the following benefit. In this Rider, Reliance Standard Life Insurance Company will be referred to as "we", "us", "our".

**DEFINITIONS:** This section gives the meaning of terms used in this Rider. The Definitions of the Policy and Certificate also apply unless they conflict with Definitions given here.

"Certified" or "Certification" refers to a written statement, made by a Physician on a form provided by us, as to the Insured's Terminal Illness.

"Certificate" means the document, issued to each Insured, which explains the terms of his coverage under the Group Life Insurance Policy.

"Death Benefit" means the insurance amount payable under the Policy at the death of the Insured, subject to all Policy provisions dealing with changes in the amount of insurance and reductions or termination for age or retirement. It does not include any amount that is only payable in the event of Accidental Death.

"Insured" means only a primary Insured. Dependents are not eligible for coverage under this Living Benefit Rider.

"Physician" means a duly licensed practitioner, acting within the scope of his license, who is recognized by the law of the state in which diagnosis is received. The Physician may not be the Insured or a member of his immediate family.

"Policy" means the Group Life Insurance Policy issued to the Group Policyholder under which the Insured is covered.

"Terminally Ill" or "Terminal Illness" refers to an Insured's illness or physical condition that is Certified by a Physician to reasonably be expected to result in death in less than 12 months.

"Written Request" means a request made, in writing, by the Insured to us.

All pronouns include either gender unless the context indicates otherwise.

**DESCRIPTION OF COVERAGE:** This benefit is payable to the Insured if, after having been covered under this Rider for at least 60 days, an Insured is Certified as Terminally Ill. In order for this benefit to be paid:

(1) the Insured must make a Written Request; and

(2) we must receive from any assignee or irrevocable beneficiary their signed acknowledgment and agreement to payment of this benefit.

We may, at our option, confirm the terminal diagnosis with a second medical exam performed at our own expense.

**AMOUNT OF THE LIVING BENEFIT:** The Living Benefit will be an amount equal to 75% of the Death Benefit applicable to the Insured under the Policy on the date of the Certification of Terminal Illness, subject to a maximum benefit of $500,000. This benefit may be paid as a single lump sum or in installment payments mutually agreed to by us and the Insured. The Living Benefit is payable one time only for any Insured under this Rider.

**EFFECT OF BENEFIT:** If an Insured becomes eligible for, and elects to receive this benefit, it will have the following effects:

(1) The Death Benefit payable for such Insured will be reduced by the amount equal to the Living Benefit paid to such Insured. The amount of the Living Benefit plus the corresponding Death Benefit will not exceed the amount that would have been paid as the Death Benefit in the absence of this Rider.

(2) Any amount of insurance that would otherwise be continued under a Waiver of Premium provision will be reduced proportionately, as will the maximum Face Amount available under the Conversion Privilege.

**MISSTATEMENT OF AGE OR SEX:** The Living Benefit will be adjusted to reflect the amount of benefit that would have been purchased by the actual premium paid at the correct age and sex.

**TERMINATION OF AN INDIVIDUAL'S COVERAGE UNDER THIS RIDER:** The coverage of any Insured under this Rider will terminate on the first of the following:

(1) the date his coverage under the Policy terminates;

(2) the date of payment of the Living Benefit for his Terminal Illness; or

(3) the date he attains age 75.

**ADDITIONAL PROVISIONS:** This Rider takes effect on the Effective Date shown. It will terminate on the date the Group Policy terminates with respect to the above Participating Unit. It is subject to all the terms of the Group Policy not inconsistent herein.

In witness whereof, we have caused this Rider to be signed by our Secretary.

Charles Denaro

Secretary

# Claim Report

## Claim Information

| | | | |
|---|---|---|---|
| Claim # | 2016-04-11-0467-GL-01 | Loss Date | 10/02/2015 |
| Status | CLOSED | | |
| Done | | | |
| FMLA Date | | | |
| Family Leave Section Description | | | |
| Family Leave Number | | Hospitalized? | no |
| Year To Date Salary | 0 | | |
| Policy Id | 151836 | Term | 1 |
| Effective | 01/01/2014 | Expiry | 12/31/2999 |

Policy Information

| | | | |
|---|---|---|---|
| Policy # | 151836 | CompanyID | RSL |
| Contract Override Date | 08/08/2014 | Contract Override Version | 0 |
| Taxable Percent | 0 | Tax Exemption | None |
| Claim Tax Indicator | no | Location Code | 0 |
| Policy Form Code | | Policy Plan Code | |
| Is Claim Contestable? | no | | |
| Employee Tax State | | | |
| VP State Award Rate | 0 | | |
| Vp Max Benefit | 0 | | |
| Matrix Client Name | | | |
| Client Code | | | |

DOT

| | | | |
|---|---|---|---|
| CompanyID | | Dot Code Override | no |
| Dot Prior Occ Ind | no | Override Reason | |
| Occupation Code | | | |
| Description | | | |
| DOT Start Date | | DOT End Date | |
| Exertion Level | | | |

| Code | Prior? | Description | Start Date | End Date | Exertion Level |
|---|---|---|---|---|---|
| | no | | | | |
| | no | | | | |
| | no | | | | |
| | no | | | | |
| | no | | | | |
| | no | | | | |
| | no | | | | |
| | no | | | | |
| | no | | | | |

W/C

| | | | |
|---|---|---|---|
| W/C Filed? | no | W/C Carrier | |
| W/C Secondary Carrier | | W/C Work Related? | no |
| Lien Effective Date | | Lien Filed? | no |
| Lien Name | | Lien Resolution Date | |
| Leave Packet Sent | | Temporary Partial Disability | no |
| Subrogation Indicator | | | |

Status Info

| | | | |
|---|---|---|---|
| Claim Completed Date | | Claim Status | CLOSED |
| Claim Status Reason Code | 79 | Reason Code Description | CLOSED: COVERAGE TERMINATED PRIOR TO LOSS |
| Closure Date | 01/06/2017 | Send letter on close? | no |
| Return To Work Date | | Return to Modified Work Date | |
| #Months for SS | 0 | Incomplete To Pending | 04/27/2016 |
| Medical Release Rcvd. Date | | | |
| Medical Release Intake Type | | | |

Totals

| | |
|---|---|
| Calculated Benefits Paid | |
| Number of Days Paid | 0 |
| Total number of weeks paid | 0 |
| Months paid to date | 0 |

| Description | Reserve | Pending Charge | Paid/Received | Pending Payment | Incurred |
|---|---|---|---|---|---|
| Expense | | | 211 | | 211 |
| 153 | 0 | | 86 | | 86 |
| 158 | 0 | | 125 | | 125 |

## Activity Management

# Claim Diary Log Report

Claim Event Number: 2016-04-11-046

| Date | Type | Object Name | Description | Name | Status | Claim # |
|---|---|---|---|---|---|---|
| 04/11/2016 | **Field Update** | Claim -> Contract Override Date | NEW: 08/08/14 | 471ddw | PENDING | -GL-01 |
| 04/11/2016 | **Field Update** | Claim -> Loss Date | NEW: 10/02/15 | 471ddw | PENDING | -GL-01 |
| 04/11/2016 | **Field Update** | Claim -> Claim Status | NEW: PENDING | 471ddw | PENDING | -GL-01 |
| 04/11/2016 | **Field Update** | Claim -> Claim Status Reason Code | NEW: 46 | 471ddw | PENDING | -GL-01 |
| 04/11/2016 | **TASK (Proc)** | Claim -> LIFE-CLAIM | DIAGNOSIS -> Determine ICD Code(s) | INT03 | PENDING | -GL-01 |
| 04/11/2016 | **TASK (Proc)** | Claim -> LIFE-CLAIM | VERIFYDATE -> Verify the Notice Date on the claim event | INT03 | PENDING | -GL-01 |
| 04/11/2016 | **TASK (Proc)** | Claim -> LIFE-CLAIM | ELIGIBILITYREVIEW -> Determine Coverages & Eligibility Initial Review | INT03 | PENDING | -GL-01 |
| 04/11/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374148034 | CE-LIFE | PENDING | -GL-01 |
| 04/11/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374148035 | CE-LIFE | PENDING | -GL-01 |
| 04/11/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374148036 | CE-LIFE | PENDING | -GL-01 |
| 04/11/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374148039 | CE-LIFE | PENDING | -GL-01 |
| 04/11/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374148040 | CE-LIFE | PENDING | -GL-01 |
| 04/11/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374148044 | CE-LIFE | PENDING | -GL-01 |
| 04/11/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374148046 | CE-LIFE | PENDING | -GL-01 |
| 04/11/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374148038 | CE-LIFE | PENDING | -GL-01 |
| 04/14/2016 | **Field Update** | Diagnosis -> Primary diagnosis | NEW: 191 | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **Field Update** | Diagnosis -> Primary Ind | NEW: yes | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **TASK (Proc)** | Claim -> LIFE-CLAIM | VERIFYDATE -> Verify the Notice Date on the claim event | INT03 | PENDING | -GL-01 |
| 04/14/2016 | **TASK (Proc)** | Claim -> LIFE-CLAIM | ELIGIBILITYREVIEW -> Determine Coverages & Eligibility Initial Review | INT03 | PENDING | -GL-01 |
| 04/14/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **Transaction** | Coverage | Open | 425hjm | | -GL-01 |
| 04/14/2016 | **TASK** | Claim | File ReviewDocument Payroll, copied from Claim # 2014-12-05-0446-LTD-01 to Claim | CE-LIFE | PENDING | -GL-01 |
| 04/14/2016 | **Transaction** | Coverage | Open | 425hjm | | -GL-01 |
| 04/14/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/14/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/20/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/20/2016 | **TASK** | Claim | ReminderPend response from PH | CE-LIFE | PENDING | -GL-01 |
| 04/25/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/26/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/26/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374527366 | CE-LIFE | PENDING | -GL-01 |
| 04/26/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374527367 | CE-LIFE | PENDING | -GL-01 |
| 04/26/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374527370 | CE-LIFE | PENDING | -GL-01 |
| 04/26/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374527375 | CE-LIFE | PENDING | -GL-01 |
| 04/26/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374527374 | CE-LIFE | PENDING | -GL-01 |
| 04/26/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/27/2016 | **Notes** | Claim | | 425hjm | PENDING | -GL-01 |
| 04/27/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374562314 | CE-LIFE | PENDING | -GL-01 |
| 04/27/2016 | **Notes** | Claim | | 425mlj | PENDING | -GL-01 |
| 04/27/2016 | **Field Update** | Eligibility -> Outcome | Changed to: Approved Old value: Pending | 425hjm | PENDING | -GL-01 |
| 04/27/2016 | **Field Update** | Eligibility -> Outcome | Changed to: Approved Old value: Pending | 425hjm | PENDING | -GL-01 |
| 04/27/2016 | **Field Update** | Claim -> Claim Status | Changed to: OPEN Old value: PENDING | 425hjm | OPEN | -GL-01 |
| 04/27/2016 | **Transaction** | Claim | Open | 425hjm | | -GL-01 |
| 04/27/2016 | **Field Update** | Claim -> Incomplete To Pending | NEW: 04/27/16 | 425hjm | OPEN | -GL-01 |
| 04/27/2016 | **Field Update** | Eligibility -> Outcome | Changed to: Approved Old value: Pending | 425hjm | OPEN | -GL-01 |
| 04/27/2016 | **Field Update** | Eligibility -> Outcome | Changed to: Approved Old value: Pending | 425hjm | OPEN | -GL-01 |
| 04/28/2016 | **TASK** | Claim | ReminderPend Authorization from spouse to request records from SSA | CE-LIFE | OPEN | -GL-01 |
| 04/29/2016 | **Notes** | Claim | | 425hjm | OPEN | -GL-01 |
| 04/29/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374645848 | CE-LIFE | OPEN | -GL-01 |
| 05/02/2016 | **TASK** | Claim | ReminderSend for Medical Review | CE-LIFE | OPEN | -GL-01 |
| 05/09/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=374835128 | CE-LIFE | OPEN | -GL-01 |
| 05/11/2016 | **TASK** | Claim | Reminderforward for Medical Review | CE-LIFE | OPEN | -GL-01 |
| 05/17/2016 | **Notes** | Claim | | 425hjm | OPEN | -GL-01 |
| 05/18/2016 | **Notes** | Claim | | 425hjm | OPEN | -GL-01 |
| 05/24/2016 | **Notes** | Claim | | 425hjm | OPEN | -GL-01 |
| 05/24/2016 | **Notes** | Claim | | 425hjm | OPEN | -GL-01 |
| 05/25/2016 | **TASK** | Claim | ReminderMEDICAL REVIEW | NURSE | OPEN | -GL-01 |
| 05/25/2016 | **TASK** | Claim | DocumentNotification INCOMING DOCUMENT.; Filenet ID=375225023 | CE-LIFE | OPEN | -GL-01 |
| 05/26/2016 | **Notes** | Claim | | 425hjm | OPEN | -GL-01 |
| 05/27/2016 | **Notes** | Claim | | 425hjm | OPEN | -GL-01 |
| 05/27/2016 | **Notes** | Claim | | 425hjm | OPEN | -GL-01 |
| 05/27/2016 | **TASK** | Claim | ReminderPend response from PH | CE-LIFE | OPEN | -GL-01 |
| 05/27/2016 | **Notes** | Claim | | 425hjm | OPEN | -GL-01 |
| 05/31/2016 | **Notes** | Claim | | 425hjm | OPEN | -GL-01 |
| 05/31/2016 | **Notes** | Claim | | 425hjm | OPEN | -GL-01 |

| Date | Type | Object Name | Description | Name | Status | Claim # |
|---|---|---|---|---|---|---|
| 05/31/2016 | TASK | Claim | Reminderfollow up call to social Securoty | CE-LIFE | OPEN | -GL-01 |
| 06/01/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/01/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/01/2016 | TASK | Claim | File ReviewDocument SS Award letter, copied from Claim # 2014-12-05-0446-LTD-01 t | CE-LIFE | OPEN | -GL-01 |
| 06/02/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/02/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/02/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/02/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/02/2016 | TASK | Claim | Reminderfollow up Social Security | CE-LIFE | OPEN | -GL-01 |
| 06/02/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=375396524 | CE-LIFE | OPEN | -GL-01 |
| 06/02/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=375396526 | CE-LIFE | OPEN | -GL-01 |
| 06/06/2016 | TASK | Claim | File ReviewDocument Job Description, copied from Claim # 2014-12-05-0446-LTD-01 t | CE-LIFE | OPEN | -GL-01 |
| 06/06/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/06/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/06/2016 | Notes | DURATIONREVIEW | | 422lma | OPEN | -GL-01 |
| 06/06/2016 | Field Update | nursecert | UPDATE | 422lma | OPEN | -GL-01 |
| 06/06/2016 | Field Update | Nurse Cert -> Certification Start Date | NEW: 10/02/15 | 422lma | OPEN | -GL-01 |
| 06/06/2016 | Field Update | Nurse Cert -> Certification End Date | NEW: 10/02/15 | 422lma | OPEN | -GL-01 |
| 06/07/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/07/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/07/2016 | TASK | Claim | File ReviewDocument Lahey clinic 5/29/14-7/31/14, copied from Claim # 2014-12-05- | CE-LIFE | OPEN | -GL-01 |
| 06/07/2016 | TASK | Claim | File ReviewDocument SS Award letter, copied from Claim # 2014-12-05-0446-LTD-01 t | CE-LIFE | OPEN | -GL-01 |
| 06/07/2016 | TASK | Claim | File ReviewDocument Dr. Bourdain 5/7/14-1/15, copied from Claim # 2014-12-05-0446 | CE-LIFE | OPEN | -GL-01 |
| 06/07/2016 | TASK | Claim | File ReviewDocument Anna Jacues 5/2014-8/10/14, copied from Claim # 2014-12-05-04 | CE-LIFE | OPEN | -GL-01 |
| 06/07/2016 | TASK | Claim | File ReviewDocument Dr. Omeara 5/29/14-7/28/14, copied from Claim # 2014-12-05-04 | CE-LIFE | OPEN | -GL-01 |
| 06/07/2016 | TASK | Claim | File ReviewDocument Beth Isreal Medical records, copied from Claim # 2014-12-05-0 | CE-LIFE | OPEN | -GL-01 |
| 06/07/2016 | TASK | Claim | File ReviewDocument Dr Floyd, copied from Claim # 2014-12-05-0446-LTD-01 to Clai | CE-LIFE | OPEN | -GL-01 |
| 06/07/2016 | TASK | Claim | File ReviewDocument Dr Uhlmann 5/8/14-1/9/15, copied from Claim # 2014-12-05-044 | CE-LIFE | OPEN | -GL-01 |
| 06/07/2016 | TASK | Claim | File ReviewDocument OVN 5/9/14-10/17/14, copied from Claim # 2014-12-05-0446-LTD- | CE-LIFE | OPEN | -GL-01 |
| 06/07/2016 | TASK | Claim | ReminderPend response from PH re: Business trips ( documentation) | CE-LIFE | OPEN | -GL-01 |
| 06/07/2016 | TASK | Claim | ReminderPend response from SS | CE-LIFE | OPEN | -GL-01 |
| 06/08/2016 | Notes | Claim | | 422spz | OPEN | -GL-01 |
| 06/08/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=375517854 | CE-LIFE | OPEN | -GL-01 |
| 06/10/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/10/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/10/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=375591318 | CE-LIFE | OPEN | -GL-01 |
| 06/14/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=375639830 | CE-LIFE | OPEN | -GL-01 |
| 06/14/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=375639832 | CE-LIFE | OPEN | -GL-01 |
| 06/14/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=375639831 | CE-LIFE | OPEN | -GL-01 |
| 06/14/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=375640002 | CE-LIFE | OPEN | -GL-01 |
| 06/14/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/14/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=375647179 | CE-LIFE | OPEN | -GL-01 |
| 06/15/2016 | TASK | Claim | ReminderPend response from PH re: business travel documentation | CE-LIFE | OPEN | -GL-01 |
| 06/20/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/20/2016 | TASK | Claim | ReminderPend response from Ph re: business travel | CE-LIFE | OPEN | -GL-01 |
| 06/24/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/29/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/29/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/30/2016 | TASK | Claim | Reminderpend response from PH | CE-LIFE | OPEN | -GL-01 |
| 06/30/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 06/30/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 07/07/2016 | Field Update | Claim -> Claim Status | Changed to: CLOSED Old value: OPEN | 422spz | CLOSED | -GL-01 |
| 07/07/2016 | Transaction | Claim | Close | 422spz | | -GL-01 |
| 07/07/2016 | Field Update | Claim -> Claim Status Reason Code | Changed to 79 Old value: 46 | 422spz | CLOSED | -GL-01 |
| 07/07/2016 | Notes | Claim | | 425hjm | CLOSED | -GL-01 |
| 07/08/2016 | Document | | Closure Confirmation to Policyholder | 425hjm | CLOSED | -GL-01 |
| 07/11/2016 | Notes | Claim | | 425hjm | CLOSED | -GL-01 |
| 07/11/2016 | Notes | Claim | | 425hjm | CLOSED | -GL-01 |
| 07/12/2016 | Notes | Claim | | 425hjm | CLOSED | -GL-01 |
| 07/18/2016 | Notes | Claim | | 422spz | CLOSED | -GL-01 |
| 08/12/2016 | Notes | Claim | | 425hjm | CLOSED | -GL-01 |
| 08/12/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377024209 | CE-LIFE | CLOSED | -GL-01 |
| 08/12/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377024214 | CE-LIFE | CLOSED | -GL-01 |
| 08/15/2016 | Notes | Claim | | 422spz | CLOSED | -GL-01 |
| 08/20/2016 | Notes | Claim | | 425hjm | CLOSED | -GL-01 |
| 08/29/2016 | Notes | Claim | | 425wcx | CLOSED | -GL-01 |
| 08/31/2016 | Notes | Claim | | 422spz | CLOSED | -GL-01 |
| 08/31/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377426722 | CE-LIFE | CLOSED | -GL-01 |
| 08/31/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377426725 | CE-LIFE | CLOSED | -GL-01 |
| 08/31/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377426724 | CE-LIFE | CLOSED | -GL-01 |
| 08/31/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377426730 | CE-LIFE | CLOSED | -GL-01 |
| 08/31/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377426731 | CE-LIFE | CLOSED | -GL-01 |
| 08/31/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377426732 | CE-LIFE | CLOSED | -GL-01 |

| Date | Type | Object Name | Description | Name | Status | Claim # |
|---|---|---|---|---|---|---|
| 08/31/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377426733 | CE-LIFE | CLOSED | -GL-01 |
| 09/08/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377580232 | CE-LIFE | CLOSED | -GL-01 |
| 09/16/2016 | Notes | Claim | | 425hjm | CLOSED | -GL-01 |
| 09/16/2016 | TASK | Claim | ReminderPEND RESPONSE FROM QRU RE. EXTENSION | CE-LIFE | CLOSED | -GL-01 |
| 09/19/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377802422 | CE-LIFE | CLOSED | -GL-01 |
| 09/19/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377813326 | CE-LIFE | CLOSED | -GL-01 |
| 09/25/2016 | TASK | Claim | ReminderPend Appeal | CE-LIFE | CLOSED | -GL-01 |
| 09/26/2016 | Field Update | Appeals -> Status Code | NEW: Possible Appeal | 425hjm | CLOSED | -GL-01 |
| 09/26/2016 | Field Update | Appeals -> Appeal Received_date | NEW: 09/26/16 | 425hjm | CLOSED | -GL-01 |
| 09/26/2016 | Transaction | Claim | ReOpen | 425hjm | | -GL-01 |
| 09/26/2016 | Field Update | Claim -> Claim Status | Changed to: OPEN Old value: CLOSED | 425hjm | OPEN | -GL-01 |
| 09/26/2016 | Field Update | Claim -> Claim Status Reason Code | Changed to: 32 Old value: 79 | 425hjm | OPEN | -GL-01 |
| 09/26/2016 | Field Update | Claim -> Claim Status Reason Code | Changed to: 51 Old value: 32 | 425hjm | OPEN | -GL-01 |
| 09/26/2016 | TASK | Claim | Reminder | QRM | OPEN | -GL-01 |
| 09/26/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 09/26/2016 | TASK (Proc) | Claim -> CLAIMLOB | DOCARRIVAL -> Document Arrival Task-Appeal Status Change | INT03 | OPEN | -GL-01 |
| 09/26/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377958609 | CE-LIFE | OPEN | -GL-01 |
| 09/26/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377959334 | CE-LIFE | OPEN | -GL-01 |
| 09/26/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=377959339 | CE-LIFE | OPEN | -GL-01 |
| 09/27/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 09/27/2016 | Notes | Claim | | 425hjm | OPEN | -GL-01 |
| 10/03/2016 | TASK | Claim | ReminderAPPEAL | QRM | OPEN | -GL-01 |
| 10/03/2016 | TASK | Claim | ReminderAPPEAL | QRM | OPEN | -GL-01 |
| 10/03/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=378106358 | CE-LIFE | OPEN | -GL-01 |
| 10/04/2016 | TASK | Claim | ReminderAppeal Ready for Assignment | QRM | OPEN | -GL-01 |
| 10/06/2016 | TASK | Claim | ReminderNew appeal assigned to you - Anthony Mmisteri, dec'd | APPEAL | OPEN | -GL-01 |
| 10/06/2016 | TASK | Claim | Reminder60th day of appeal - A. Mmisteri | APPEAL | OPEN | -GL-01 |
| 10/06/2016 | TASK | Claim | Reminder60th day of appeal - A. Mmisteri | APPEAL | OPEN | -GL-01 |
| 10/06/2016 | TASK | Claim | Reminder60th day of appeal - A. Mmisteri | APPEAL | OPEN | -GL-01 |
| 10/06/2016 | TASK | Claim | Reminder120th day of appeal - A. Ministeri | APPEAL | OPEN | -GL-01 |
| 10/06/2016 | TASK (Proc) | Claim -> CLAIM-DOCUMENTS | AppealAckLetter -> Enter Appeal Received Date & Assign case to QRE | INT03 | OPEN | -GL-01 |
| 10/11/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=378337435 | APPEAL | OPEN | -GL-01 |
| 10/11/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=378338281 | APPEAL | OPEN | -GL-01 |
| 10/28/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=378773413 | APPEAL | OPEN | -GL-01 |
| 10/28/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=378773414 | APPEAL | OPEN | -GL-01 |
| 11/16/2016 | Field Update(Comm) | Communications | Phone Call Incoming | 422wdp | OPEN | -GL-01 |
| 11/16/2016 | Field Update(Comm) | Communications | Email Outgoing | 422wdp | OPEN | -GL-01 |
| 11/29/2016 | TASK | Claim | DocumentNotificationINCOMING DOCUMENT.; Filenet ID=379420043 | APPEAL | OPEN | -GL-01 |
| 01/06/2017 | Field Update | Appeals -> Status Code | Changed to: Appeal Upheld Old value: Possible Appeal | 422wdp | OPEN | -GL-01 |
| 01/06/2017 | Field Update | Appeals -> Reaffirmed Date | NEW: 01/06/17 | 422wdp | OPEN | -GL-01 |
| 01/06/2017 | Notes | APPEALS | | 422wdp | OPEN | -GL-01 |
| 01/06/2017 | Field Update(Comm) | Communications | Email Outgoing | 422wdp | OPEN | -GL-01 |
| 01/06/2017 | TASK (Proc) | Claim -> CLAIMLOB | DOCARRIVAL -> Document Arrival Task-Appeal Status Change | INT03 | OPEN | -GL-01 |
| 01/06/2017 | Transaction | Claim | Close | 425wcx | | -GL-01 |
| 01/06/2017 | Field Update | Claim -> Claim Status | Changed to: CLOSED Old value: OPEN | 425wcx | CLOSED | -GL-01 |
| 01/06/2017 | Field Update | Claim -> Claim Status Reason Code | Changed to: 79 Old value: 51 | 425wcx | CLOSED | -GL-01 |
| 01/06/2017 | Notes | Claim | | 425wcx | CLOSED | -GL-01 |
| 02/08/2017 | Notes | Claim | | 425hjm | CLOSED | -GL-01 |
| 02/08/2017 | Notes | Claim | | 425hjm | CLOSED | -GL-01 |
| 04/30/2018 | Field Update | Litigation -> Status Code | NEW: Active | 420sla | CLOSED | -GL-01 |

## Link To Insured

Insured Info

| | | | |
|---|---|---|---|
| Person or Company | Person | | |
| Last Name | Mmisteri | First Name | Anthony |
| Middle Name | | Prefix | |
| SSN | [redacted]766 | Default Router Type | Printer |
| Home Phone | 61787[redacted] | ext | |
| Work Phone | | Ext | |
| Fax # | | Cell Phone | |
| Birthdate | [redacted]/1953 | Marital Status | |
| Gen | Male | E-mail | |
| Web Page | | | |
| Employee Num | | Accumulated Annual 401k | 0 |
| SSN Override? | no | 401k Accum Annual Year | |
| Employer 401k Contr YTD | 0 | 401k Paid to Date Year | 0 |
| 401K Paid to Date Year | | Subject to NIT? | no |

Address

| Location ID | MAIN | | |
|---|---|---|---|
| Address | [redacted] | | |
| | | | |
| | | | |
| City | MERRIMAC | State | MA |
| Country | US | Zip Code | 01860 |

Mailing Address

| Location ID | MAILING | | |
|---|---|---|---|
| Address | [redacted] | | |
| | | | |
| | | | |
| City | MERRIMAC | State | MA |
| Country | US | Zip Code | 01860 |

## Claim Event

| Event Number | 2016-04-11-0467 | Event Status | CLOSED |
|---|---|---|---|
| Insured | Mmisteri | | |
| Customer | | | |
| Job Title | Construction Services Executive | Supervisor Name | |
| Date of Hire | 04/01/2014 | Date of Death | 10/02/2015 |
| Date of Accident/Sickness | 08/09/2014 | Did Accident Occur at Work? | no |
| Claimed Cause of Event | Sickness | Date Last Worked | 08/08/2014 |
| Ceased Work Reason | Illness | | |
| First Notice Date | 04/11/2016 | | |
| Employer Application Received | 04/11/2016 | Insured/Claimant Application Received | 04/11/2016 |
| Physician Statement Received | | Death Certificate Received | 04/11/2016 |

Salary Info

| MOC | 1 | | |
|---|---|---|---|
| Code Desc | | | |
| FICA Gross Effective | | Gross FICA | 0 |
| Update FICA | 0 | YTD Medicare Wage Base | 0 |
| SS Tax Wage Base | 0 | Salary Effective Date | 04/01/2014 |
| Date Last Worked | 08/08/2014 | Basic Insured Salary | 156000 |
| Base Salary Not Made Flag | no | Basic Insured Salary Indicator | A |
| Annualization Factor | 1 | Hours Worked(Weekly) | 0 |
| Annual Earnings | 156000 | | |
| Bonuses | 0 | Bonus Period | 0 |
| Commissions | 0 | Commission Period | 0 |
| Overtime | 0 | Overtime Period | 0 |
| Employee Shift Differential | 0 | Other | 0 |
| Total Earnings | 156000 | | |
| Comments | | | |
| Cm Claim Number | | Police Report Number | |
| Intake Number | | Claim Assistant | 471ddw |
| Catastrophe | 0 | Fraud Indicator | no |
| Employee State | MA | Loss Detail | |

Other Income

## Examiner

| Claim Examiner | Hopson, Jane M. |
|---|---|

## Nurse

## Voc Rehab Specialist

## Medical Assistant

## Technical Assistant

## Quality Review Examiner

| Description | Walters, Drew |
|---|---|

## Vendor Info

| | |
|---|---|
| Person or Company | Company |
| Last Name | Lucens Group |
| Middle Name | |
| SSN | ███████ |
| Home Phone | |
| Work Phone | |
| Fax # | |
| Birthdate | |
| Gen | |
| Web Page | |
| Status | ACTIVE |
| Effective Date | 03/17/2017 |
| Vendor Type | Social Security Assistant |
| Medical License? | no |
| Provider Specialty | |
| Tax ID Suffix | |
| Payment Date | |

| | |
|---|---|
| First Name | |
| Prefix | |
| Default Roster Type | Printer |
| ext | |
| Ind | |
| Cell Phone | |
| Marital Status | |
| E-mail | finance@lucensgrp.com |
| Tax ID Suffix | |
| Expiry Date | |
| W9 Received? | no |
| Public Agency? | no |
| SS/FEIN Indicator | FEIN |
| Tax State | MA |

Address

| | |
|---|---|
| Location ID | MAIN |
| Address | 500 W. Cummings Park |
| | Suite 3600 |
| | |
| City | Woburn |
| Country | US |

| | |
|---|---|
| State | MA |
| Zip Code | 01801 |

Mailing Address

| | |
|---|---|
| Location ID | MAILING |
| Address | |
| | |
| | |
| City | |
| Country | US |

| | |
|---|---|
| State | |
| ZipCode | |

| | |
|---|---|
| Person or Company | Company |
| Last Name | Social Security Administration |
| Middle Name | |
| SSN | ███████ |
| Home Phone | |
| Work Phone | |
| Fax # | |
| Birthdate | |
| Gen | |
| Web Page | |
| Status | ACTIVE |
| Effective Date | 06/14/2016 |
| Vendor Type | |
| Medical License? | no |
| Provider Specialty | |
| Tax ID Suffix | |
| Payment Date | 06/14/2016 |

| | |
|---|---|
| First Name | |
| Prefix | |
| Default Roster Type | Printer |
| ext | |
| Ind | |
| Cell Phone | |
| Marital Status | |
| E-mail | |
| Tax ID Suffix | |
| Expiry Date | 06/14/2021 |
| W9 Received? | no |
| Public Agency? | yes |
| SS/FEIN Indicator | |
| Tax State | MD |

Address

| | |
|---|---|
| Location ID | MAIN |
| Address | Office of Financial Administration |
| | P. O. Box 17042 |
| | |
| City | Baltimore |
| Country | US |

| | |
|---|---|
| State | MD |
| Zip Code | 21235 |

Mailing Address

| | |
|---|---|
| Location ID | MAILING |
| Address | |
| | |
| | |
| City | |
| Country | US |

| | |
|---|---|
| State | |
| ZipCode | |

## Coverage

## Basic Life

Claim Coverage

| Coverage Code | Basic Life | Created By | 425hjm |
|---|---|---|---|
| Status | CLOSED | Closure Date | 07/07/2016 |
| Basic Insured Salary | 156000 | Basic Insured Salary Override? | no |
| Salary Indicator | A | BL Date Last Benefit Increase | |
| Earnings Determination | | Annualized Salary | 156000 |
| Age Change Date | 01/23/1953 | Age At Date of Loss | 62 |
| Coverage Selected | | Family Benefit | |
| Consent Received | no | SR-Annual-Traveller? | no |
| Dependent Claim? | no | | |

Special Contractual Provisions

| Type | Contractual | Created Date | 10/17/2013 |
|---|---|---|---|
| Login ID | 868ocg | | |
| Description | Continuation provision for Temporary Lay-off or Leave of Absence will be 3 months.<br><br>Continuation provision for furloughs will be 120 days.<br><br>Continuation provision for illness or injury will be 12 months. | | |
| Type | Contractual | Created Date | 10/17/2013 |
| Login ID | 868ocg | | |
| Description | Age reduction is 67% at 65, 50% at 70 | | |
| Type | Contractual | Created Date | 10/17/2013 |
| Login ID | 868ocg | | |
| Description | Spouse dependent amount limited to the lesser of 50% of employee benefit amount or $200,000 | | |
| Type | Contractual | Created Date | 11/06/2013 |
| Login ID | 868ocg | | |
| Description | Waive the requirement for Evidence of Insurability if there is a 10% change in benefits due to Salary Increase. | | |
| Type | Contractual | Created Date | 11/21/2013 |
| Login ID | 868ocg | | |
| Description | Time requirement to Port and/or Convert is 60 days | | |
| Type | Contractual | Created Date | 01/17/2014 |
| Login ID | 868ocg | | |
| Description | Match HCR | | |
| Type | Contractual | Created Date | 01/17/2014 |
| Login ID | 868ocg | | |
| Description | Regarding the enrollment; EOI is required for anyone increasing as follows:<br>1) from 1x to 3x or electing 4x to 5x salary.<br><br>EOI is not required for<br>1) from 0 to 1x<br>2) from 1x to 2x<br>3) from 2x to 3x | | |
| Type | Contractual | Created Date | 02/06/2014 |
| Login ID | 868ocg | | |
| Description | Supp GI should be the lesser of 3x earning or $500,000 | | |
| Type | Contractual | Created Date | 02/18/2014 |
| Login ID | 747sje | | |
| Description | WOP only applies to Supp<br><br>Portability is lesser of 10 years or to age 65 | | |

Payment History

| Gross Paid | 0 | Medicare Paid | 0 |
|---|---|---|---|
| Emp Match Medicare | 0 | FIT Paid | 0 |
| Fica Paid | 0 | | |

Totals

| Description | Reserve | Pending Charge | Paid/Received | Pending Payment | Incurred |
|---|---|---|---|---|---|
| Expense | | | | | |
| | | 211 | | 211 | |
| 153 | 0 | | 86 | | 86 |
| 158 | 0 | | 125 | | 125 |

## Eligibility

Eligibility/Enrollment

| Eligibility Outcome Status | Approved | | |
|---|---|---|---|
| Eligibility Reason | Continuation of individual insurance | | |
| Policy Effective Date | 01/01/2014 | Insured Class | 1 |
| Insured Class Description | Other | | |
| Insured Paid To Date | 11/01/2015 | Bill Group Paid To Date | 01/01/2016 |
| Coverage Selected | | | |
| Monthly Premium Paid | 0 | Premium Paid per $1000, or $10000 per month | 0 |
| Premium Rate per $1000, or $10000 per month | 0 | If Self-Admin, Proof of Prem. Payment in File? | |
| Date of Initial Application | | Type of Enrollment | |
| Was Application Made Within 31 Days? | no | Initial Amount Requested | 0 |
| Annual Enrollment Periods Confirmed? | no | Amount Contestable | 0 |
| Employee Salary Increments Elected | 0 | Employee Amount Elected | 0 |

Insured Effective Date Info

| Field | Value | Field | Value |
|---|---|---|---|
| Present/All Ell | The Date | | |
| Present/All Ell Specific Date | | | |
| Future Ell | | | |
| Future Ell Specific Date | | | |
| Effective Date Other | | | |
| Covered Under Prior Plan? | no | Individual Effective Date | 04/01/2014 |
| Override Individual Effective Date | no | Eligible To Participate Date | 04/01/2014 |
| Insured Actively at Work on Policy Eff. Date? | Unknown | Effective Date DMI? | no |
| Insured Term Date Plan | | Insured Term Date App | |
| Insured Reinst Date Plan | | | |

SWP/Hours

| Field | Value | Field | Value |
|---|---|---|---|
| SWP Differentiation | NO | Description | None |
| SWP Other | | | |
| Present Period 1 | None | Present Period 1 Days | 0 |
| Period 1 Other | | | |
| Present Period 2 | None | Present Period 2 Days | 0 |
| Period 2 Other | | | |
| Future Period 1 | None | Future Period 1 Days | 0 |
| Period 1 Other | | | |
| Future Period 2 | None | Future Period 2 Days | 0 |
| Period 2 Other | | | |
| Swp Type | None | Swp Period | 0 |
| Waiting Period Paid? | no | Insured Full Time Hrs Plan | 20 |
| Fulltime Hours | 24 | Insured Part Time Hrs Plan | 20 |
| Parttime Hours | 0 | Insured FT/PT Comments | Full Time Comments: Part Time Comments: |

Miscellaneous

| Field | Value | Field | Value |
|---|---|---|---|
| Date of Total Disability | | Date of Permanent Disability | |
| Beneficiary on File? | no | Rate of Premium | 0 |
| Insurance Absolutely Assign? | no | Date of Assignment | |
| Owner | | | |
| Has Owner Agreed to Acceleration? | | Life Expectancy Confirmed by AP? | no |
| Did You Reduce Current Amount in Waiver? | | | |
| Child Birth Date | | Terminating Age | 0 |
| Term Age (Student) | 0 | Full Time Student? | no |
| Spouse Incurral Months | 0 | | |
| Age at Date of Disability | 61 | Date Month QP Ends | |
| Social Security Normal Retirement Age | 01/01/2019 | Plan Duration | |
| Elimination Period | 0 | Effective Waiver Date | 09/01/2014 |

## Coverage Group - BasicLife01

| Field | Value | Field | Value |
|---|---|---|---|
| Status | DENIED | ID | 1 |
| Coverage | GPL | Cov. Group | BasicLife |
| Benefit | 051 | | |
| Reason | 79 | | |
| Gross Benefit | 624000 | Overrides | no |
| Min. Benefit | 0 | Calculated Amt | 624000 |
| Max. Benefit | 2000000 | Annual Salary | 156000 |
| Age Red. | 0 | Age Red Overrides | no |
| Ret. Red | 0 | Ret. Red Overrides | no |
| PACS Calc. | 624000 | Overrides | no |
| W/S Calculated | 0 | W/S Approved | 0 |
| W/S Released | 0 | Calculated Amt | 624000 |
| Examiner Verified | 0 | Examiner Denied | 624000 |
| Examiner Claimed | 624000 | Examiner Reserve Amt | 0 |
| Date Verified | 07/07/2016 | Date Denied | 07/07/2016 |
| Date Approved | | Date Closed | |
| Override PACS Plan Comments? | no | | |
| Override Desc | | | |
| Calculation Notes | | | |

## Supplemental Life

Claim Coverage

| Field | Value | Field | Value |
|---|---|---|---|
| Coverage Code | Supplemental Life | Created By | 425hjm |
| Status | CLOSED | Closure Date | 07/07/2016 |
| Basic Insured Salary | 156000 | Basic Insured Salary Override? | no |
| Salary Indicator | A | Eff. Date Last Benefit Increase | |
| Earnings Determination | | Annualized Salary | 156000 |
| Age Change Date | 01/23/1953 | Age At Date of Loss | 62 |
| Coverage Selected | | Family Benefit | |
| Consent Received | no | SR-Annual-Traveller? | no |
| Dependent Claim? | no | | |

Special Contractual Provisions

| Type | Contractual | Created Date | 10/17/2013 |
|---|---|---|---|
| Login ID | 868ocg | | |
| Description | Continuation provision for Temporary Lay-off or Leave of Absence will be 3 months.<br><br>Continuation provision for furloughs will be 120 days.<br><br>Continuation provision for illness or injury will be 12 months. | | |
| Type | Contractual | Created Date | 10/17/2013 |
| Login ID | 868ocg | | |
| Description | Age reduction is 67% at 65, 50% at 70 | | |
| Type | Contractual | Created Date | 10/17/2013 |
| Login ID | 868ocg | | |
| Description | Spouse dependent amount limited to the lesser of 50% of employee benefit amount or $200,000 | | |
| Type | Contractual | Created Date | 11/06/2013 |
| Login ID | 868ocg | | |
| Description | Waive the requirement for Evidence of Insurability if there is a 10% change in benefits due to Salary Increase. | | |
| Type | Contractual | Created Date | 11/21/2013 |
| Login ID | 868ocg | | |
| Description | Time requirement to Port and/or Convert is 60 days | | |
| Type | Contractual | Created Date | 01/17/2014 |
| Login ID | 868ocg | | |
| Description | Match HCR | | |
| Type | Contractual | Created Date | 01/17/2014 |
| Login ID | 868ocg | | |
| Description | Regarding the enrollment; EOI is required for anyone increasing as follows:<br>1) from 1x to 3x or electing 4x to 5x salary.<br><br>EOI is not required for<br>1) from 0 to 1x<br>2) from 1x to 2x<br>3) from 2x to 3x | | |
| Type | Contractual | Created Date | 02/06/2014 |
| Login ID | 868ocg | | |
| Description | Supp GI should be the lesser of 3x earning or $500,000 | | |
| Type | Contractual | Created Date | 02/18/2014 |
| Login ID | 747sje | | |
| Description | WOP only applies to Supp<br><br>Portability is lesser of 10 years or to age 65 | | |

Payment History

| | | | |
|---|---|---|---|
| Gross Paid | 0 | Medicare Paid | 0 |
| Emp Match Medicare | 0 | FIT Paid | 0 |
| Fica Paid | 0 | | |

Totals

| Description | Reserve | Pending Charge | Paid/Received | Pending Payment | Incurred |
|---|---|---|---|---|---|

## Eligibility

Eligibility/Enrollment

| | | | |
|---|---|---|---|
| Eligibility Outcome Status | Approved | | |
| Eligibility Reason | Continuation of individual insurance | | |
| Policy Effective Date | 01/01/2014 | Insured Class | 1 |
| Insured Class Description | Other | | |
| Insured Paid To Date | 11/01/2015 | Bill Group Paid To Date | 01/01/2016 |
| Coverage Selected | | | |
| Monthly Premium Paid | 299.52 | Premium Paid per $1000, or $10000 per month | 1000 |
| Premium Rate per $1000, or $10000 per month | 0 | If Self-Admin, Proof of Prem. Payment in File? | |
| Date of Initial Application | 04/15/2014 | Type of Enrollment | |
| Was Application Made Within 31 Days? | no | Initial Amount Requested | 0 |
| Annual Enrollment Periods Confirmed? | no | Amount Contestable | 0 |
| Employee Salary Increments Elected | 3 | Employee Amount Elected | 0 |

Insured Effective Date Info

| | | | |
|---|---|---|---|
| Present/All EE | The Date | | |
| Present/All EE Specific Date | | | |
| Future EE | | | |
| Future EE Specific Date | | | |
| Effective Date Other | | | |
| Covered Under Prior Plan? | no | Individual Effective Date | 04/15/2014 |
| Override Individual Effective Date | no | Eligible To Participate Date | 04/01/2014 |
| Insured Actively at Work on Policy EE Date? | Unknown | Effective Date Diff? | no |
| Insured Term Date Plan | | Insured Term Date App | |
| Insured Reinst Date Plan | | | |

SWP/Hours

| | | | |
|---|---|---|---|
| SWP Differentiation | NO | Description | None |
| SWP Other | | | |
| Present Period 1 | None | Present Period 1 Days | 0 |
| Period 1 Other | | | |
| Present Period 2 | None | Present Period 2 Days | 0 |
| Period 2 Other | | | |
| Future Period 1 | None | Future Period 1 Days | 0 |
| Period 1 Other | | | |
| Future Period 2 | None | Future Period 2 Days | 0 |
| Period 2 Other | | | |
| Sup Type | None | Sup Period | 0 |
| Waiting Period Paid? | no | Insured Full Time Hrs Plan | 20 |
| Fulltime Hours | 24 | Insured Part Time Hrs Plan | 20 |
| Parttime Hours | 0 | Insured FT/PT Comments: | Full Time Comments: Part Time Comments: |

Miscellaneous

| | | | |
|---|---|---|---|
| Date of Total Disability | | Date of Permanent Disability | |
| Beneficiary on File? | no | Rate of Premium | 0 |
| Insurance Absolutely Assign? | no | Date of Assignment | |
| Owner | | | |
| Has Owner Agreed to Acceleration? | | Life Expectancy Confirmed by AP? | no |
| Did You Reduce Current Amount in Waiver? | | | |
| Child Birth Date | | Terminating Age | 0 |
| Term Age (Student) | 0 | Full Time Student? | no |
| Spouse Incurral Months | 0 | | |
| Age at Date of Disability | 61 | Date Month QP Ends | |
| Social Security Normal Retirement Age | 01/01/2019 | Plan Duration | |
| Elimination Period | 0 | Effective Waiver Date | 09/01/2014 |

## Coverage Group - SuppLife02

| | | | |
|---|---|---|---|
| Status | DENIED | ID | 2 |
| Coverage | GSL | Cov. Group | SuppLife |
| Benefit | 05A | | |
| Bonus | 79 | | |
| Gross Benefit | 468000 | Overrides | no |
| Min. Benefit | 0 | Calculated Amt | 468000 |
| Max. Benefit | 500000 | Annual Salary | 156000 |
| Age Red | 0 | Age Red Override | no |
| Ret. Red | 0 | Ret. Red Override | no |
| FACS Calc. | 468000 | Overrides | no |
| W/S Calculated | 0 | W/S Approved | 0 |
| W/S Released | 0 | Calculated Amt | 468000 |
| Examiner Verified | 0 | Examiner Denied | 468000 |
| Examiner Claimed | 468000 | Examiner Reserve Amt | 0 |
| Date Verified | 07/07/2016 | Date Denied | 07/07/2016 |
| Date Apprvd | | Date Closed | |
| Override FACS Plan Comments? | no | | |
| Override Desc | | | |
| Calculation Notes | | | |

## Beneficiary Information

| | | | | | |
|---|---|---|---|---|---|
| Person or Company | Person | | | | |
| Last Name | Ministeri | First Name | Renee | | |
| Middle Name | | Prefix | Mrs. | | |
| Work Phone | | Ext | | Gen | |
| Home Phone | 978758[redacted] | Ext | | Default Sender Type | Printer |
| Email Address | | | | | |
| Other Views | | | | | |
| Birthdate | | Alien Tax Ind | no | | |
| SSN Ind | | SSN | 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 | | |
| Same Entity? | no | State | | | |

Address

| | | | |
|---|---|---|---|
| Address Type | Payee | | |
| Address | [redacted] | | |
| | | | |
| | | | |
| City | Merrimac | State | MA |
| Country | US | Zip Code | 01860 |
| Type of Principal | Percentage | % | 100 |
| Amount | 0 | Tax Withholding | yes |
| Gross Benefit | 0 | | |

## Coverage - Worksheets

## Coverage Adjustments

| | | | |
|---|---|---|---|
| Recovery Amount | 0 | Adjustment Balance | 0 |

## PreExEligibility

| | | | |
|---|---|---|---|
| Pre Ex Outcome | Pending | Pre Ex Cure? | no |
| Pre Ex Continuity? | no | Pre Ex Start | |
| Pre Ex End | | Prior Carrier Start | |
| Prior Carrier End | | Pre Ex Investigate | |
| Pre Ex Plan Provision | | Pre Ex for Care? | no |
| Pre Ex for Buyup? | no | Pre Ex for Increased Ben? | no |
| Prex Ex Increased Ben Effective | | Pre Ex for Open Enroll? | no |
| Pre Ex Benefit Only? | no | Pre Ex for Future Employees? | no |

## Medical Review

Medical Nurse Info

| | | | |
|---|---|---|---|
| Duration Flag | Black | Duration Set By | User |
| Nurse Review Total Minutes | 0 | EE Request Duration | 0 |
| Duration Indicator | | | |

Nurse Certification Info

| Seq No | Nurse Cert. Start | Nurse Cert. End | Nurse Comment | Date Changed | User Id |
|---|---|---|---|---|---|
| 1 | 10/02/2015 | 11/12/2015 | Expected Duration | 04/14/2016 | 425hjm |
| 2 | 10/02/2015 | 10/02/2015 | See note of 6/6/16. | 06/06/2016 | 422lma |

Medical Diagnosis Info

| Diagnosis Code | Diagnosis Desc. | Diagnosis Duration Date | Diagnosis Duration Period | Primary Diagnosis? | Start Date | End Date | Extension? | Expected Delivery Date | Actual Delivery Date |
|---|---|---|---|---|---|---|---|---|---|
| 191 | Malignant neoplasm of brain | | 41 | yes | | | no | | |

Notes

| | |
|---|---|
| Created By | 422lma |
| Created Date | 06/06/2016 |
| Note Context | Medical |
| Kind of Note | |
| Security Type | Confidential |
| Note Type | |
| Subject | Medical |
| Note | Claimant was a 62 year old [redacted]/53) male sales service promoter/project director (light/sedentary exertion per vocational determination) with a date of death of 10/2/15 out of work due to a brain tumor/glioblastoma. Records reflect claimant started with confusion and disorientation in 4/14 with a brain MRI done 5/8/14 reflecting a right frontal and parietal mass. Claimant is noted to be left-hand dominant. Biopsy done 5/12/14 was nondiagnostic; repeated biopsy 5/21/14 revealed glioblastoma multiforme. He received concurrent radiation and chemotherapy from 6/10-7/23/14. On 8/10/14 he was found down at home by his family having suffered sudden onset of chest pain and shortness of breath with lightheadedness of sitting on the toilet. He was taken to a local hospital and there was question of a seizure in the emergency room question of a seizure he was life flighted to Beth Israel and was found to have a massive pulmonary embolism which lead to respiratory failure and cardiogenic shock. He was inpatient confined 8/11-8/21/14. Brain MRI done at this time revealed mild improvement in the primary lesion however there is interval growth in multiple satellite lesions.<br><br>He was seen in supportive oncology consult 6/13/14 by Dr. Collins and reported that he "lost in time square" on a business trip in 4-5/14. The time of this visit he was noted to be on high doses of steroids which were noted to cause worsening agitation and anger. He was noted to be left-hand and reported left upper lower extremity weakness has been causing him to fall at home around 6 times per week. Claimant and his spouse returned for follow-up with Dr. Collins 7/31/14 he reported feeling about 80% of normal. He reported ongoing "slowness" in the uptake in his brain and some problems with gait. He reported wanting to drive again and return to work however was cautioned that he needed to be evaluated by physical and occupational therapy to be sure he would be able to react quickly and that his peripheral vision was okay, claimant was noted to have a homogenous hemianopsia in 5/14. With regard to return to work reported doing some work from home online but return to work would require flying to the West Coast. He was cautioned about potential increased pressure in the brain and advised to talk to his oncologist.<br><br>I have been asked to review this file and advise if claimant was likely capable of travel by car or plane between 5/2/14 and 8/8/14. Based on claimant's condition as of 5/2/14 through 8/8/14 as described above claimant was precluded from driving by his physicians and given his unstable gait, feelings of cognitive slowness and noted behavioral changes he would not have expected to be capable of travel especially unaccompanied.<br><br>This note was dictated using speech recognition software. Speech recognition errors should be disregarded. The medical opinion provided is based on the data available as of this date. The signature below asserts that I have the education and experience in the area of nursing practice encompassed in this review.<br><br>Marianne P. Lubrecht, RN, BSN |

## Questionnaire

| | |
|---|---|
| Question Group | *INTERVIEW COMPLETED STATUS* |
| Question | Dropdown reason for completed status |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | *INTERVIEW DETAILS* |
| Question | Phone Interview Done? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | *INTERVIEW DETAILS* |
| Question | Date on which interview was completed/waived (mm/dd/yyyy). |
| Answer | |
| Additional Info | |

| | |
|---|---|
| **Modified** | 04/11/2016 |
| **Question Group** | *INTERVIEW DETAILS* |
| **Question** | If phone interview was waved indicate reason. |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | *INTERVIEW DETAILS* |
| **Question** | Free Form Comments |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | ACTIVITIES |
| **Question** | What are your current activities or explain a typical day? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | ACTIVITIES |
| **Question** | Do you currently do your own cooking, housework, yard work, babysitting? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | ACTIVITIES |
| **Question** | If you are unable to do these activities yourself, who is assisting you? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | ACTIVITIES |
| **Question** | What driving restrictions do you have, if any? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | ACTIVITIES |
| **Question** | What hobbies do you have and how have they been affected? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | EMPLOYABILITY/REHABILITATION |
| **Question** | What part of your occupational duties can you currently do? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | EMPLOYABILITY/REHABILITATION |
| **Question** | What part of your occupation can't you do? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | EMPLOYABILITY/REHABILITATION |
| **Question** | When do you expect to return to your occupation? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | EMPLOYABILITY/REHABILITATION |
| **Question** | What is your education level? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | EMPLOYABILITY/REHABILITATION |
| **Question** | Is your employer holding your job open for you? If so, for how long? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | EMPLOYABILITY/REHABILITATION |
| **Question** | Would you be interested in vocational assistance? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | FINANCIAL |
| **Question** | Do you currently have medical insurance(employer/spouse's plan/individual plan)? |
| **Answer** | |
| **Additional Info** | |
| **Modified** | 04/11/2016 |
| **Question Group** | FINANCIAL |
| **Question** | Are you pursuing/receiving worker's compensation,pension,state disability, etc? |
| **Answer** | |

| | |
|---|---|
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | FINANCIAL |
| Question | If yes, how much and ask for copy of documentation to support amount. |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | FINANCIAL |
| Question | (If appropriate) Is your spouse employed? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | FINANCIAL |
| Question | Have you applied for benefits from other disability policies (group/individual)? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | FINANCIAL |
| Question | If yes to the above, ask for details |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | FINANCIAL |
| Question | Any pending litigation (if the result of an accident)? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | FINANCIAL |
| Question | Do you have any dependents under age 18? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | MEDICAL |
| Question | What condition is causing your absence from work? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | MEDICAL |
| Question | When did this condition begin? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | MEDICAL |
| Question | Who is treating you and/or have you been hospitalized for this condition? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | MEDICAL |
| Question | Is physician your general practitioner or specialist? If specialist, what type? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | MEDICAL |
| Question | Do you have a general practitioner who oversees your medical care? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | MEDICAL |
| Question | What is your current prognosis for returning to your occupation? Any occupation? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | MEDICAL |
| Question | (If appropriate) Do you require any orthopedic appliance or medical equipment? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | MEDICAL |
| Question | Has your doctor put you on a treatment program or recommended surgery? Explain? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | MEDICAL |
| Question | Are you taking prescription medications? What are you taking (names/doseage)? |

| | |
|---|---|
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | SOCIAL SECURITY |
| Question | Have you filed an application for Social Security benefits? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | SOCIAL SECURITY |
| Question | If yes, are you receiving Social Security Benefits or have you received a reply? |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | SOCIAL SECURITY |
| Question | (If so, send a copy to us) Advise claimant to appeal if they were denied |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |
| Question Group | SOCIAL SECURITY |
| Question | If no, advise claimant to call us as soon as they hear from Social Security |
| Answer | |
| Additional Info | |
| Modified | 04/11/2016 |

## Vocational Rehabilitation

Referral

| | | | |
|---|---|---|---|
| Last/Company | Mmisten | First Name | Anthony |
| Middle Name | | | |
| Insured Age | 63 | Primary Diagnosis | |
| Benefit Start | | Benefit Term | |
| Plan Started | | Any Occ Start | |
| Func Cap Evaluation | | Most Rec Nurse Review | |
| Most Recent Medical | | Records Support | |

Occupation

| | | | |
|---|---|---|---|
| Work | | | |
| Work History | | | |
| Address | | | |
| | | | |
| City | | State | |
| Zip | | | |
| Social Security | | | |
| SS Process Level | | | |
| Initial SS Award Amt | 0 | SS Award Effective | |
| Policy | | | |
| Incentive Benefit? | no | Worksite Modification? | no |
| Rehabilitation Percent? | 0 | Child Care Benefit | no |
| Managed Rehab Policy | no | Integrated Policy | no |
| Residual Disability | no | Partial Disability | no |

Occupation 2

| | | | |
|---|---|---|---|
| Insured's Job | | | |
| Job Analysis Date | | Physical Requirements | |
| Nature of Business: | Technology | | |

Services

| | |
|---|---|
| Service Requested: | |
| Service Requested Other: | |
| VRS Response: | |

TSA

| | | | |
|---|---|---|---|
| Physical Capabilities | | | |
| Purpose TSA Referral | | | |
| Purpose TSA Other: | | | |
| TSA Date | | Dominant Hand | |
| Education | | | |
| Education Level | | Height | |
| Insured's Weight | 0 | | |
| Leisure Activities: | | | |
| Occupational Alternatives: | | | |

Tracking

| Voc Rehab Status | | Rehabilitation Status | |
|---|---|---|---|
| Voc Active Rehab Status | | Voc Rehab Review Days | 0 |
| Voc Rehab Outcome | | Plan Completed | |
| Rehab Accepted Date | | Rehab Declined Date | |
| Voc Specialist | | | |
| Offered Date | | | |

Vended

| Referral Service | | | |
|---|---|---|---|
| Referral Service Other: | | | |
| TRA Occs Identified | | | |
| Vendor Referral Code | | Vendor Referral Date | |
| Referral Code Desc. | | | |
| Voc Referral Accept | | Voc Referral Reject | |
| Referral Review Status | | | |
| Voc Referral Outcome: | | | |
| Occ Identified? | no | | |
| Contact Last Name | | Contact First Name | |
| Phone | | | |

Case Manager

| First Name | | Last Name | |
|---|---|---|---|
| Address | | | |
| | | | |
| | | | |
| City | | State | |
| Zip | | | |

## Communication

| Communication Date | Type | Style | User | Description | Details |
|---|---|---|---|---|---|
| 11/16/2016 | Incoming | Phone Call | 422wdp | See Attachment | Spoke to Mark Gardner, claiman'ts attorney; he requires a copy of the policy. I advised him I would email. |
| 11/16/2016 | Outgoing | Email | 422wdp | See Attachment | From: Walters, Drew<br>Sent: Wednesday, November 16, 2016 9:25 AM<br>To: 'markgardner@jenningsfishman.com'<br>Subject: 2016-04-11-0467-GL -- Ministeri<br><br>Mr Gardner:<br><br>The Policy is attached.<br><br>Thanks,<br><br>Drew P. Walters, FMLI FLHC<br>Senior Benefits Analyst<br>Quality Review Unit<br>Relaince Standard Life Insurance Company<br>267.256.3807 |
| 01/06/2017 | Outgoing | Email | 422wdp | See Attachment | From: Walters, Drew<br>Sent: Friday, January 06, 2017 10:20 AM<br>To: Hopson, Jane<br>Cc: Wild, Christine<br>Subject: 2016-04-11-0467-GL Ministeri \| Appeal: Denial Upheld<br><br>Good morning:<br><br>The above-referenced denial has been upheld upon appeal; please place the claim back in its appropriate closure status.<br><br>Thanks,<br><br>Drew P. Walters, FMLI FLHC<br>Senior Benefits Analyst<br>Quality Review Unit<br>Reliance Standard Life Insurance Company<br>267.256.3807 |

## Claim Contacts

| Last Name | Gardner | First Name | Mark J. |
|---|---|---|---|
| Middle Name | | Prefix | |
| Email Address | | | |
| Day Phone | | Ext | |
| Cell | | Fax # | |
| Address Type | Contact | | |
| Address | Jennings, Jennings & Fishman | | |
| | 775 Pleasant Street, Suite 7 | | |
| | | | |
| City | Weymouth | Prov/State | MA |
| Country | US | Postal/Zip | 02189 |
| Other Views | CONTACT | | |
| Contact Type | Authorized Rep | Send Correspondence to Insured | no |

## Appeals Information

| Date Changed | Time Changed | User Id | Appeals Status | Claim # | Appeal Received Date | Appeal Completed Date | Extension Letter Sent | Denial Overturn Type | Other Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 01/06/2017 | 36989 | 422wdp | Appeal Upheld | 2016-04-11-0467-GL-01 | 09/26/2016 | 01/06/2017 | | | |

Notes

| | |
|---|---|
| Created By | 422wdp |
| Created Date | 01/06/2017 |
| Note Content | Upheld |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Upheld |
| Note | See uphold letter for specific raitonale. |

## Litigation Information

Summary

| | | | |
|---|---|---|---|
| Litigation Type | Claim Litigation | Other Litigation Type | |
| Litigation Status Code | Active | Litigation Issue | |
| Litigation Received Date | | Litigation Outcome | |
| Other Outcome | | | |
| Closed Storage Sent Date | | Storage Box Number | |
| Company Service Date | 04/25/2018 | Original Venue | MA |
| Current Venue | USDC | Circuit | 1 |
| Judge Assigned | | Attorney Retained Date | 04/30/2018 |
| PLC Notification Date | | PLC Acknowledged Claim? | no |

Calendar

| | | | | |
|---|---|---|---|---|
| Deposition Name: | | Deposition Date | | |
| Hearing Type | | Hearing Time | | Hearing Date |
| Hearing Location | | Date Claims Filed for Hearing | | |
| Plaintiff Interrogatories Date | | Plaintiff Firm | Sullivan & Sullivan, LLP | |
| Plaintiff Counsel | Richard J Sullivan | Defense Firm | Wilson Elser | |
| Defense Counsel | Joshua Bachrach | | | |

Reins/Expenses

| | | | |
|---|---|---|---|
| Claim Reinsured? | yes | Reinsurer Participating? | no |
| Reinsurer Name | RGA | Reinsurer Comments: | |
| Legal Expenses Paid To Date | 0 | Legal Fees Paid To Date | 0 |
| Litigation Cost Interest | 0 | Litigation Cost Other | 0 |
| Litigation Cost RSL Fees | 0 | | |

## Tasks

| | | | |
|---|---|---|---|
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=374148034 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/11/2016 |
| Warning Date | | Due Date | 04/11/2016 |
| Completed Date | 04/14/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374148034 for Claim 2016-04-11-0467-GL-01 |

| | | | |
|---|---|---|---|
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=374148035 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/11/2016 |
| Warning Date | | Due Date | 04/11/2016 |
| Completed Date | 04/14/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374148035 for Claim 2016-04-11-0467-GL-01 |

| | | | |
|---|---|---|---|
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=374148036 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/11/2016 |
| Warning Date | | Due Date | 04/11/2016 |
| Completed Date | 04/14/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374148036 for Claim 2016-04-11-0467-GL-01 |

| | | | |
|---|---|---|---|
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=374148039 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/11/2016 |
| Warning Date | | Due Date | 04/11/2016 |
| Completed Date | 04/14/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374148039 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=374148040 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/11/2016 |
| Warning Date | | Due Date | 04/11/2016 |
| Completed Date | 04/14/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374148040 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=374148044 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/11/2016 |
| Warning Date | | Due Date | 04/11/2016 |
| Completed Date | 04/14/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374148044 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=374148046 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/11/2016 |
| Warning Date | | Due Date | 04/11/2016 |
| Completed Date | 04/14/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374148046 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=374148038 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/11/2016 |
| Warning Date | | Due Date | 04/11/2016 |
| Completed Date | 04/14/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374148038 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document Payroll, copied from Claim# 2014-12-05-0446-LTD-01 to Claim | | |

| Status | COMPLETE | Task Type | File Review |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 04/14/2016 |
| Warning Date | | Due Date | 04/14/2016 |
| Completed Date | 04/15/2016 | Details | Document Payroll, copied from Claim# 2014-12-05-0446-LTD-01 to Claim# 2016-04-11-0467-GL-01 by user 425hjm |
| Assigned To | CE-LIFE | Locked By | |
| Description | Pend response from PH | | |

| Status | COMPLETE | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 04/20/2016 |
| Warning Date | | Due Date | 04/28/2016 |
| Completed Date | 04/28/2016 | Details | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=374527366 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/26/2016 |
| Warning Date | | Due Date | 04/26/2016 |
| Completed Date | 04/26/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374527366 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=374527367 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/26/2016 |
| Warning Date | | Due Date | 04/26/2016 |
| Completed Date | 04/26/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374527367 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=374527370 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/26/2016 |
| Warning Date | | Due Date | 04/26/2016 |
| Completed Date | 04/26/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374527370 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT , Filenet ID=374527374 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/26/2016 |
| Warning Date | | Due Date | 04/26/2016 |
| Completed Date | 04/26/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374527374 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=374527375 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/26/2016 |
| Warning Date | | Due Date | 04/26/2016 |
| Completed Date | 04/26/2016 | Details | Not PACS generated FileNet Document , Filenet ID=374527375 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=374562314 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/27/2016 |
| Warning Date | | Due Date | 04/27/2016 |
| Completed Date | 04/27/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374562314 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE | Locked By | |
| Description | Pend Authorization from spouse to request records from SSA | | |
| Status | COMPLETE | Task Type | Reminder |
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 04/28/2016 |
| Warning Date | | Due Date | 05/13/2016 |
| Completed Date | 05/11/2016 | Details | |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=374645848 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 04/29/2016 |
| Warning Date | | Due Date | 04/29/2016 |
| Completed Date | 05/02/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374645848 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE | Locked By | |
| Description | Send for Medical Review | | |

| Status | COMPLETE | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 05/02/2016 |
| Warning Date | | Due Date | 05/06/2016 |
| Completed Date | 05/11/2016 | Details | |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=374835128 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 05/09/2016 |
| Warning Date | | Due Date | 05/09/2016 |
| Completed Date | 05/11/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=374835128 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE | Locked By | |
| Description | forward for Medical Review | | |

| Status | COMPLETE | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 05/11/2016 |
| Warning Date | | Due Date | 05/31/2016 |
| Completed Date | 05/25/2016 | Details | |
| | | | |
| Assigned To | NURSE -> 422mgd | Locked By | |
| Description | MEDICAL REVIEW | | |

| Status | Cancelled | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 05/25/2016 |
| Warning Date | | Due Date | 05/27/2016 |
| Completed Date | 05/27/2016 | Details | Please review the medical records in the Long Term Disability file to determine if the insured was able to perform his duties as "Construction Services Executive" from the date he was hired on 4/1/2014 to 8/8/2014 ( date last worked reported by the policyholder) Was he able to work 24 hours per week based on his dagnosis? |
| | | | |
| Assigned To | CE-LIFE->425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=375225023 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 05/25/2016 |
| Warning Date | | Due Date | 05/25/2016 |
| Completed Date | 05/26/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=375225023 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE | Locked By | |
| Description | Pend response from PH | | |

| Status | COMPLETE | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 05/27/2016 |
| Warning Date | | Due Date | 06/03/2016 |
| Completed Date | 06/07/2016 | Details | |
| | | | |
| Assigned To | CE-LIFE | Locked By | |
| Description | follow up call to socal Securoty | | |

| Status | COMPLETE | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 05/31/2016 |
| Warning Date | | Due Date | 06/01/2016 |
| Completed Date | 06/02/2016 | Details | |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document SS Award letter, copied from Claim # 2014-12-05-0446-LTD-01 t | | |

| Status | COMPLETE | Task Type | File Review |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 06/01/2016 |
| Warning Date | | Due Date | 06/01/2016 |
| Completed Date | 06/02/2016 | Details | Document SS Award letter, copied from Claim # 2014-12-05-0446-LTD-01 to Claim # 2016-04-11-0467-GL-01 by user 425hjm |
| Assigned To | CE-LIFE | Locked By | |
| Description | follow up Social Security | | |

| Status | COMPLETE | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 06/02/2016 |
| Warning Date | | Due Date | 06/06/2016 |
| Completed Date | 06/07/2016 | Details | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT; Filenet ID=375396524 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 06/02/2016 |
| Warning Date | | Due Date | 06/02/2016 |
| Completed Date | 06/03/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=375396524 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=375396526 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 06/02/2016 |
| Warning Date | | Due Date | 06/02/2016 |
| Completed Date | 06/03/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=375396526 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document Job Description, copied from Claim # 2014-12-05-0446-LTD-01 t | | |

| Status | COMPLETE | Task Type | File Review |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 06/06/2016 |
| Warning Date | | Due Date | 06/06/2016 |
| Completed Date | 06/07/2016 | Details | Document Job Description, copied from Claim # 2014-12-05-0446-LTD-01 to Claim # 2016-04-11-0467-GL-01 by user 422spz |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document Lahey clinic 5/29/14-7/31/14, copied from Claim # 2014-12-05- | | |

| Status | COMPLETE | Task Type | File Review |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 06/07/2016 |
| Warning Date | | Due Date | 06/07/2016 |
| Completed Date | 06/07/2016 | Details | Document Lahey clinic 5/29/14-7/31/14, copied from Claim # 2014-12-05-0446-LTD-01 to Claim # 2016-04-11-0467-GL-01 by user 422spz |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document SS Award letter, copied from Claim # 2014-12-05-0446-LTD-01 t | | |

| Status | COMPLETE | Task Type | File Review |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 06/07/2016 |
| Warning Date | | Due Date | 06/07/2016 |
| Completed Date | 06/07/2016 | Details | Document SS Award letter, copied from Claim # 2014-12-05-0446-LTD-01 to Claim # 2016-04-11-0467-GL-01 by user 422spz |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document Dr Bourdain 5/7/14-1/15, copied from Claim # 2014-12-05-0446 | | |

| | | | |
|---|---|---|---|
| Status | COMPLETE | Task Type | File Review |
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 06/07/2016 |
| Warning Date | | Due Date | 06/07/2016 |
| Completed Date | 06/07/2016 | Details | Document Dr. Bourdain 5/7/14-1/15, copied from Claim# 2014-12-05-0446-LTD-01 to Claim# 2016-04-11-0467-GL-01 by user 422spz |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document Anna Jacues 5/2014-8/10/14, copied from Claim# 2014-12-05-04 | | |
| Status | COMPLETE | Task Type | File Review |
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 06/07/2016 |
| Warning Date | | Due Date | 06/07/2016 |
| Completed Date | 06/07/2016 | Details | Document Anna Jacues 5/2014-8/10/14, copied from Claim# 2014-12-05-0446-LTD-01 to Claim# 2016-04-11-0467-GL-01 by user 422spz |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document Dr. Omeara 5/29/14-7/28/14, copied from Claim# 2014-12-05-04 | | |
| Status | COMPLETE | Task Type | File Review |
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 06/07/2016 |
| Warning Date | | Due Date | 06/07/2016 |
| Completed Date | 06/07/2016 | Details | Document Dr Omeara 5/29/14-7/28/14, copied from Claim# 2014-12-05-0446-LTD-01 to Claim# 2016-04-11-0467-GL-01 by user 422spz |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document Beth Isreal Medical records, copied from Claim# 2014-12-05-0 | | |
| Status | COMPLETE | Task Type | File Review |
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 06/07/2016 |
| Warning Date | | Due Date | 06/07/2016 |
| Completed Date | 06/07/2016 | Details | Document Beth Isreal Medical records, copied from Claim# 2014-12-05-0446-LTD-01 to Claim# 2016-04-11-0467-GL-01 by user 422spz |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document Dr Floyd, copied from Claim# 2014-12-05-0446-LTD-01 to Clai | | |
| Status | COMPLETE | Task Type | File Review |
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 06/07/2016 |
| Warning Date | | Due Date | 06/07/2016 |
| Completed Date | 06/07/2016 | Details | Document Dr Floyd, copied from Claim# 2014-12-05-0446-LTD-01 to Claim# 2016-04-11-0467-GL-01 by user 422spz |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document Dr Uhlmann 5/8/14-1/9/15, copied from Claim# 2014-12-05-044 | | |
| Status | COMPLETE | Task Type | File Review |
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 06/07/2016 |
| Warning Date | | Due Date | 06/07/2016 |
| Completed Date | 06/07/2016 | Details | Document Dr Uhlmann 5/8/14-1/9/15, copied from Claim# 2014-12-05-0446-LTD-01 to Claim# 2016-04-11-0467-GL-01 by user 422spz |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | Document OVN 5/9/14-10/17/14, copied from Claim# 2014-12-05-0446-LTD- | | |
| Status | COMPLETE | Task Type | File Review |
| Diary Code | | Waived Reason | |
| Priority | 1 | Active Date | 06/07/2016 |
| Warning Date | | Due Date | 06/07/2016 |
| Completed Date | 06/07/2016 | Details | Document OVN 5/9/14-10/17/14, copied from Claim# 2014-12-05-0446-LTD-01 to Claim# 2016-04-11-0467-GL-01 by user 422spz |
| | | | |
| Assigned To | CE-LIFE | Locked By | |
| Description | Pend response from PH re: Business trips ( documentation) | | |

| Status | COMPLETE | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 06/07/2016 |
| Warning Date | | Due Date | 06/10/2016 |
| Completed Date | 06/15/2016 | Details | |
| Assigned To | CE-LIFE | Locked By | |
| Description | Pend response from SS | | |

| Status | COMPLETE | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 06/07/2016 |
| Warning Date | | Due Date | 06/13/2016 |
| Completed Date | 06/15/2016 | Details | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=375517854 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 06/08/2016 |
| Warning Date | | Due Date | 06/08/2016 |
| Completed Date | 06/08/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=375517854 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=375591318 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 06/10/2016 |
| Warning Date | | Due Date | 06/10/2016 |
| Completed Date | 06/13/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=375591318 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=375639830 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 06/14/2016 |
| Warning Date | | Due Date | 06/14/2016 |
| Completed Date | 06/14/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=375639830 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=375639832 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 06/14/2016 |
| Warning Date | | Due Date | 06/14/2016 |
| Completed Date | 06/14/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=375639832 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=375639831 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 06/14/2016 |
| Warning Date | | Due Date | 06/14/2016 |
| Completed Date | 06/14/2016 | Details | Not PACS generated FileNet Document , Filenet ID=375639831 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=375640002 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 06/14/2016 |
| Warning Date | | Due Date | 06/14/2016 |
| Completed Date | 06/14/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=375640002 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |

| Description | INCOMING DOCUMENT.; Filenet ID=375647179 | | |
|---|---|---|---|
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 06/14/2016 |
| Warning Date | | Due Date | 06/14/2016 |
| Completed Date | 06/15/2016 | Details | Not PACS generated FileNet Document , Filenet ID=375647179 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE | Locked By | |

| Description | Pend response from PH re: business travel documentation | | |
|---|---|---|---|
| Status | COMPLETE | Task Type | Reminder |
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 06/15/2016 |
| Warning Date | | Due Date | 06/20/2016 |
| Completed Date | 06/20/2016 | Details | |
| | | | |
| Assigned To | CE-LIFE | Locked By | |

| Description | Pend response from Ph re: business travel | | |
|---|---|---|---|
| Status | COMPLETE | Task Type | Reminder |
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 06/20/2016 |
| Warning Date | | Due Date | 06/27/2016 |
| Completed Date | 06/30/2016 | Details | |
| | | | |
| Assigned To | CE-LIFE | Locked By | |

| Description | pend response from PH | | |
|---|---|---|---|
| Status | COMPLETE | Task Type | Reminder |
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 06/30/2016 |
| Warning Date | | Due Date | 07/06/2016 |
| Completed Date | 07/07/2016 | Details | |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |

| Description | INCOMING DOCUMENT.; Filenet ID=377024209 | | |
|---|---|---|---|
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 08/12/2016 |
| Warning Date | | Due Date | 08/12/2016 |
| Completed Date | 08/15/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377024209 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |

| Description | INCOMING DOCUMENT.; Filenet ID=377024214 | | |
|---|---|---|---|
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 08/12/2016 |
| Warning Date | | Due Date | 08/12/2016 |
| Completed Date | 08/15/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377024214 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |

| Description | INCOMING DOCUMENT ; Filenet ID=377426722 | | |
|---|---|---|---|
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 08/31/2016 |
| Warning Date | | Due Date | 08/31/2016 |
| Completed Date | 09/07/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377426722 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |

| Description | INCOMING DOCUMENT.; Filenet ID=377426725 | | |
|---|---|---|---|
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 08/31/2016 |
| Warning Date | | Due Date | 08/31/2016 |
| Completed Date | 09/02/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377426725 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=377426724 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 08/31/2016 |
| Warning Date | | Due Date | 08/31/2016 |
| Completed Date | 09/02/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377426724 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=377426730 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 08/31/2016 |
| Warning Date | | Due Date | 08/31/2016 |
| Completed Date | 08/31/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377426730 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=377426731 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 08/31/2016 |
| Warning Date | | Due Date | 08/31/2016 |
| Completed Date | 08/31/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377426731 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=377426732 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 08/31/2016 |
| Warning Date | | Due Date | 08/31/2016 |
| Completed Date | 08/31/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377426732 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=377426733 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 08/31/2016 |
| Warning Date | | Due Date | 08/31/2016 |
| Completed Date | 08/31/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377426733 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=377580232 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 09/08/2016 |
| Warning Date | | Due Date | 09/08/2016 |
| Completed Date | 09/16/2016 | Details | Not PACS generated FileNet Document , Filenet ID=377580232 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | CE-LIFE | Locked By | |
| Description | PEND RESPONSE FROM QRU RE: EXTENSION | | |

| Status | COMPLETE | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 09/16/2016 |
| Warning Date | | Due Date | 09/20/2016 |
| Completed Date | 09/25/2016 | Details | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=377802422 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 09/19/2016 |
| Warning Date | | Due Date | 09/19/2016 |
| Completed Date | 09/19/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377802422 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=377813326 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 09/19/2016 |
| Warning Date | | Due Date | 09/19/2016 |
| Completed Date | 09/22/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377813326 for Claim 2016-04-11-0467-GL-01 |
| Assigned To | CE-LIFE | Locked By | |
| Description | Pend Appeal | | |

| Status | COMPLETE | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 8 | Active Date | 09/25/2016 |
| Warning Date | | Due Date | 09/28/2016 |
| Completed Date | 09/26/2016 | Details | |
| Assigned To | QRM -> 422mkl | Locked By | |
| Description | | | |

| Status | Cancelled | Task Type | Reminder |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 4 | Active Date | 09/26/2016 |
| Warning Date | | Due Date | 09/27/2016 |
| Completed Date | 10/03/2016 | Details | |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=377958609 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 09/26/2016 |
| Warning Date | | Due Date | 09/26/2016 |
| Completed Date | 09/27/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377958609 for Claim 2016-04-11-0467-GL-01 Unable to find a linked QRE, tried to assign to Claim Examiner |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=377959334 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 09/26/2016 |
| Warning Date | | Due Date | 09/26/2016 |
| Completed Date | 09/27/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377959334 for Claim 2016-04-11-0467-GL-01 Unable to find a linked QRE, tried to assign to Claim Examiner |
| Assigned To | CE-LIFE -> 425hjm | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=377959339 | | |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 09/26/2016 |
| Warning Date | | Due Date | 09/26/2016 |
| Completed Date | 09/27/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=377959339 for Claim 2016-04-11-0467-GL-01 Unable to find a linked QRE, tried to assign to Claim Examiner |
| Assigned To | QRM -> 422mkl | Locked By | |

| | |
|---|---|
| Description | APPEAL |
| Status | FORWARDED |
| Task Type | Reminder |
| Diary Code | |
| Waived Reason | |
| Priority | 8 |
| Active Date | 10/03/2016 |
| Warning Date | |
| Due Date | 10/04/2016 |
| Completed Date | 10/03/2016 |
| Details | |
| Assigned To | QRM -> 422spz |
| Locked By | |

| | |
|---|---|
| Description | APPEAL |
| Status | COMPLETE |
| Task Type | Reminder |
| Diary Code | |
| Waived Reason | |
| Priority | 8 |
| Active Date | 10/03/2016 |
| Warning Date | |
| Due Date | 10/04/2016 |
| Completed Date | 10/04/2016 |
| Details | |
| Assigned To | CE-LIFE -> 425hjm |
| Locked By | |

| | |
|---|---|
| Description | INCOMING DOCUMENT.; Filenet ID=378106358 |
| Status | COMPLETE |
| Task Type | DocumentNotification |
| Diary Code | |
| Waived Reason | |
| Priority | 2 |
| Active Date | 10/03/2016 |
| Warning Date | |
| Due Date | 10/03/2016 |
| Completed Date | 10/03/2016 |
| Details | Not PACS generated FileNet Document , Filenet ID=378106358 for Claim2016-04-11-0467-GL-01 Unable to find a linked QRE, tried to assign to Claim Examiner |
| Assigned To | QRM -> 420sls |
| Locked By | |

| | |
|---|---|
| Description | Appeal Ready for Assignment |
| Status | COMPLETE |
| Task Type | Reminder |
| Diary Code | |
| Waived Reason | |
| Priority | 4 |
| Active Date | 10/04/2016 |
| Warning Date | |
| Due Date | 10/04/2016 |
| Completed Date | 10/06/2016 |
| Details | |
| Assigned To | APPEAL -> 422wdp |
| Locked By | |

| | |
|---|---|
| Description | New appeal assigned to you - Anthony Ministeri, dec'd |
| Status | COMPLETE |
| Task Type | Reminder |
| Diary Code | |
| Waived Reason | |
| Priority | 4 |
| Active Date | 10/06/2016 |
| Warning Date | |
| Due Date | 10/06/2016 |
| Completed Date | 10/13/2016 |
| Details | 60 11/25 120 1/24 |
| Assigned To | APPEAL -> 422wdp |
| Locked By | |

| | |
|---|---|
| Description | 60th day of appeal - A. Ministeri |
| Status | FORWARDED |
| Task Type | Reminder |
| Diary Code | |
| Waived Reason | |
| Priority | 4 |
| Active Date | 10/06/2016 |
| Warning Date | 11/18/2016 |
| Due Date | 11/25/2016 |
| Completed Date | 11/29/2016 |
| Details | |
| Assigned To | APPEAL -> 422wdp |
| Locked By | |

| | |
|---|---|
| Description | 120th day of appeal - A. Ministeri |
| Status | COMPLETE |
| Task Type | Reminder |
| Diary Code | |
| Waived Reason | |
| Priority | 4 |
| Active Date | 10/06/2016 |
| Warning Date | 01/17/2017 |
| Due Date | 01/24/2017 |
| Completed Date | 01/06/2017 |
| Details | |
| Assigned To | APPEAL -> 422wdp |
| Locked By | |

| | |
|---|---|
| Description | INCOMING DOCUMENT ; Filenet ID=378337435 |
| Status | COMPLETE |
| Task Type | DocumentNotification |
| Diary Code | |
| Waived Reason | |
| Priority | 2 |
| Active Date | 10/11/2016 |
| Warning Date | |
| Due Date | 10/11/2016 |
| Completed Date | 10/13/2016 |
| Details | Not PACS generated FileNet Document ; Filenet ID=378337435 for Claim2016-04-11-0467-GL-01 |
| Assigned To | APPEAL -> 422wdp |
| Locked By | |

| | |
|---|---|
| Description | INCOMING DOCUMENT.; Filenet ID=378338281 |

| Status | COMPLETE | Task Type | DocumentNotification |
|---|---|---|---|
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 10/11/2016 |
| Warning Date | | Due Date | 10/11/2016 |
| Completed Date | 10/13/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=378338281 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | APPEAL -> 422wdp | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=378773413 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 10/28/2016 |
| Warning Date | | Due Date | 10/28/2016 |
| Completed Date | 10/28/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=378773413 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | APPEAL -> 422wdp | Locked By | |
| Description | INCOMING DOCUMENT.; Filenet ID=378773414 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 10/28/2016 |
| Warning Date | | Due Date | 10/28/2016 |
| Completed Date | 10/28/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=378773414 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | APPEAL -> 422wdp | Locked By | |
| Description | INCOMING DOCUMENT ; Filenet ID=379420043 | | |
| Status | COMPLETE | Task Type | DocumentNotification |
| Diary Code | | Waived Reason | |
| Priority | 2 | Active Date | 11/29/2016 |
| Warning Date | | Due Date | 11/29/2016 |
| Completed Date | 11/29/2016 | Details | Not PACS generated FileNet Document ; Filenet ID=379420043 for Claim 2016-04-11-0467-GL-01 |
| | | | |
| Assigned To | APPEAL -> 422wdp | Locked By | |
| Description | 60th day of appeal - A. Ministeri | | |
| Status | FORWARDED | Task Type | Reminder |
| Diary Code | | Waived Reason | |
| Priority | 4 | Active Date | 11/29/2016 |
| Warning Date | 11/18/2016 | Due Date | 12/10/2016 |
| Completed Date | 12/13/2016 | Details | |
| | | | |
| Assigned To | APPEAL -> 422wdp | Locked By | |
| Description | 60th day of appeal - A. Ministeri | | |
| Status | COMPLETE | Task Type | Reminder |
| Diary Code | | Waived Reason | |
| Priority | 4 | Active Date | 12/13/2016 |
| Warning Date | 11/18/2016 | Due Date | 12/22/2016 |
| Completed Date | 01/06/2017 | Details | |
| | | | |

## Claim Notes

Notes

| Created By | 425hjm |
|---|---|
| Created Date | 04/14/2016 |
| Note Content | Policy Face Page |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Policy Face Page |
| Note | POLICYHOLDER: The RSL Employer Trust POLICY NUMBER: GL 100,004<br><br>EFFECTIVE DATE: June 1, 1994ÿ<br><br>ANNIVERSARY DATES: January 1, 2015 and each January 1st thereafter.<br><br>PREMIUM DUE DATES: The first premium is due on the Participating Unit's Effective Date. Further premiums are due monthly, in advance, on the first day of each monthy.<br><br>The Policy is delivered in Delaware and is governed by its laws.<br><br>We agree to provide insurance to you in exchange for the payment of premium and a signed Application. The Policy provides benefits for loss of life from injury or sickness. It insures the eligible persons for the amount of insurance shown on the Schedule of Benefits. ÿThe insurance is subject to the terms and conditions of the Policy.<br><br>The effective date of the Policy is shown above. Insurance starts and ends at 12:01 A.M., Local Time, at your main address. It stays in effect as long as premium is paid when due. The "TERMINATION OF THE POLICY" section of the GENERAL PROVISIONS explains when the insurance can be ended.<br><br>The Policy is signed by the President and Secretary.<br><br>Secretary President<br><br>Countersigned____________________<br>Licensed Resident Agent<br><br>GROUP LIFE INSURANCE<br>NON-PARTICIPATING<br><br>THIS FORM PROVIDES A DESCRIPTION OF THE BENEFITS CHOSEN BY YOU FOR YOUR EMPLOYEES UNDER THE GROUP LIFE INSURANCE POLICY ISSUED TO THE RSL EMPLOYER TRUST. THIS FORM IS DELIVERED TO YOU ON JUNE 16, 2014 AND REPLACES ANY OTHER LIFE POLICY/FORM PREVIOUSLY ISSUED TO YOU BY US. |

Notes

| Created By | 425hjm |
|---|---|
| Created Date | 04/14/2016 |
| Note Content | CORRECT POLICY FACE PAGE |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | GL151836 |
| Note | Home Office: Chicago, Illinois • Administrative Office: Philadelphia, Pennsylvania<br><br>POLICYHOLDER: The RSL Employer Trust POLICY NUMBER: GL 100,004<br><br>EFFECTIVE DATE: June 1, 1994y<br><br>ANNIVERSARY DATES: January 1, 2015 and each January 1st thereafter.<br><br>PREMIUM DUE DATES. The first premium is due on the Participating Unit's Effective Date. Further premiums are due monthly, in advance, on the first day of each monthy.<br><br>The Policy is delivered in Delaware and is governed by its laws.<br><br>We agree to provide insurance to you in exchange for the payment of premium and a signed Application. The Policy provides benefits for loss of life from injury or sickness. It insures the eligible persons for the amount of insurance shown on the Schedule of Benefits. yThe insurance is subject to the terms and conditions of the Policy.<br><br>The effective date of the Policy is shown above. Insurance starts and ends at 12:01 A.M., Local Time, at your main address. It stays in effect as long as premium is paid when due. The "TERMINATION OF THE POLICY" section of the GENERAL PROVISIONS explains when the insurance can be ended.<br><br>The Policy is signed by the President and Secretary.<br><br>Secretary President<br><br>Countersigned____________________<br>Licensed Resident Agent<br><br>GROUP LIFE INSURANCE<br>NON-PARTICIPATING<br><br>THIS FORM PROVIDES A DESCRIPTION OF THE BENEFITS CHOSEN BY YOU FOR YOUR EMPLOYEES UNDER THE GROUP LIFE INSURANCE POLICY ISSUED TO THE RSL EMPLOYER TRUST. THIS FORM IS DELIVERED TO YOU ON JUNE 16, 2014 AND AMENDS THE OTHER LIFE POLICY/FORM PREVIOUSLY ISSUED TO YOU BY US. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 04/14/2016 |
| Note Content | SCHEDULE OF BENEFITS |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | SCHEDULE OF BENEFITS |

Note

SCHEDULE OF BENEFITS

NAME OF SUBSIDIARIES, DIVISIONS OR AFFILIATES TO BE COVERED: ALL

"Affiliate" means any corporation, partnership, or sole proprietor under the common control of the Participating Unit.

ELIGIBLE CLASSES: Each Active Full-time and Fixed Part-time Corporate Vice President and abovey of AECOM Technology Corporation (hereinafter referred to as the Participating Unit, or as "you", "your" or "yours" where applicable), under Participating Unit Number GL 151836, effective January 1, 2014, as amended through June 1, 2014y, except yyany person employed on a temporary or seasonal basis.

INDIVIDUAL EFFECTIVE DATE: The day the person becomes eligible.

INDIVIDUAL REINSTATEMENT: 6 months

MINIMUM PARTICIPATION REQUIREMENTS.
Number of Insureds: 10
Percentage: Basic: 100%
Supplemental: 33%

AMOUNT OF INSURANCE.

Basic Life: Four (4) times Earnings, rounded to the next higher $1,000, subject to a maximum Amount of Insurance of $2,000,000.

Supplemental Life (Applicable only to those Insureds who elect Supplemental coverage and are paying the applicable premium): Choice of: One (1), Two (2), Three (3), Four (4) or Five (5) times Earnings, rounded to the next higher $1,000, subject to a maximum Amount of Insurance of $500,000.

The Amount of Basic Life and Supplemental Life Insurance will be reduced to 67% of the pre-age 65 amount at age 65 and further reduced to 50% of the pre-age 65 amount at age 70.

Dependent Life: Spouse Amount: $5,000 to $200,000 in increments of $10,000
Child Amount: live birth and over: $10,000

The Spousey Amount of Insurance may not exceed the lesser of 50% of the Insured's amount or $200,000y.

Amounts of Insurance for spouses over $50,000 are subject to our approval of a person's proof of good health. However, any proof of good health required due to late application for this insurance (See EFFECTIVE DATE OF DEPENDENT INSURANCE) will be at no expense to us.

The Life amount will be reduced by any benefit paid under the Living Benefit Rider.

CHANGES IN AMOUNT OF INSURANCE: Increases and decreases in the Amount of Insurance because of changes in age, class or earnings (if applicable) are effective on the date of the change.

With respect to increases in the Amount of Insurance, the Insured must be Actively At Work on the date of the change. If an Insured is not Actively At Work when the change should take effect, the change will take effect on the day after the Insured has been Actively At Work for one full day. However, if the Insured has the right to choose his/her amount of Supplemental insurance then, proof of good health will be required. Any such increase will take effect only if we approve such proof.

If an increase in, or initial application for, the Amount of Insurance is due to a life event change (such as marriage, birth or specific changes in employment status), proof of good health will not be required provided the Insured applies within 31 days of such life event.

CONTRIBUTIONS: Persons: Basic Insurance: 0%
y y Supplemental Insurance (Applicable only to those Insureds who elect Supplemental coverage and are paying the applicable premium): 100%
Dependents: 100%

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 04/14/2016 |
| Note Content | DEFINITIONS |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | DEFINITIONS |

**Note**

DEFINITIONS

"We," "us" and "our" means ÿReliance Standard Life Insurance Companyÿ.

"You," "your" and "yours" means the employer, union or other entity to which the Policy is issued and which is deemed the Policyholder.

"Eligible Person" means a person who meets the eligibility requirements of the Policy.

"Insured" means a person who meets the eligibility requirements of the Policy and is enrolled for this insurance.ÿ

"Actively at work" and "active work" means the person actually performing on a Full-time or Part-time basis each and every duty pertaining to his/her job in the place where and the manner in which the job is normally performed. This includes approved time off such as vacation, jury duty and funeral leave, but does not include time off as a result of injury or illness.

"Full-time" means working for you for a minimum of 20 hours during a person's regularly scheduled work week.

"Part-time" means working for you for a minimum of 20 hours during a person's regularly scheduled work week.

"The date he/she retires" or "retirement" means the effective date of an Insured's:

retirement pension benefits under any plan of a federal, state, county or municipal retirement system, if such pension benefits include any credit for employment with you;
retirement pension benefits under any plan which you sponsor, or make or have made contributions; or
retirement benefits under the United States Social Security Act of 1935, as amended, or under any similar plan or actÿ.

ÿ"Earnings", as used in the SCHEDULE OF BENEFITS section, means the Insured's annual salary received from you on the day just before the date of loss. Earnings does not includey overtime pay, incentive pay or any other special compensation not received as basic salary. Howevery, Earnings will include commissions and bonuses received from you averaged over the lesser of:

(1) the number of months worked; or
(2) the 12 months;

just prior to the date of loss.

ÿ"Total Disability", as used in the WAIVER OF PREMIUM IN EVENT OF TOTAL DISABILITYÿÿ section, means an Insuredyÿÿ's complete inability to engage in any type of work for wage or profit for which he/she is suited by education, training or experienceÿ.

"Dependents" as used in the DEPENDENT LIFE INSURANCE section, means:

(1) an Insured's legal spouse who is not legally separated or divorced from the Insuredÿ; and

(2) an Insured's child(ren), from live birth to 26 years. Adoptive, foster and step-children are considered Dependents if they are in the custody of the Insuredÿ; and

(3) an Insured's child(ren) beyond the limiting age who is incapable of self-sustaining employment by reason of intellectual disability or physical handicap and who is chiefly dependent on the Insured for support and maintenance.

Additionally, with respect to an Insured whose domestic partnership or civil union is legally recognized under applicable state law or for whom an Affidavit of Domestic Partnership is on file with you and is in effect, such Insured's:

(1) domestic partner or civil union partner; and
(2) child(ren), provided he/she otherwise meets the definition of Dependent,

of such legally recognized domestic partnership or civil union or named on an Affidavit will be considered a "Dependent" of such Insured.

When the Insured's domestic partner or civil union partner is covered under this Policy, the word "spouse" as it appears in this Policy will be deemed to include "domestic partner" and "civil union partner" unless the context indicates otherwise.

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 04/14/2016 |
| **Note Content** | CONTINUATION |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | CONTINUATION |

**Note**

INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION

GENERAL GROUP: The general group will be your employees and employees of any subsidiaries, divisions or affiliates named on the Schedule of Benefits.y

ELIGIBLE CLASSES: The eligible classes will be those persons described on the Schedule of Benefits.

EFFECTIVE DATE OF INDIVIDUAL INSURANCE: If you pay the entire premium, the insurance for an eligible Person will go into effect on the date stated on the Schedule of Benefits.

If an eligible Person pays a part of the premium, he/she must apply in writing for the insurance to go into effect. He/she will become insured on the later of.

(1) the Individual Effective Date stated on the Schedule of Benefits, if he/she applies on or before that date; or

(2) the date he/she applies, if he/she applies within thirty-one (31) days from the date he/she first met the eligibility requirements; or

(3) the date we approve any required proof of good health. We require proof of good health if a person applies:

(a) after thirty-one (31) days from the date he/she first becomes eligible; or
(b) after he/she terminated this insurance but he/she remained in a class eligible for this insurance; or
(c) for an Amount of Insurance greater than the Amount of Insurance shown on the Schedule of Benefits as not subject to our approval of a person's good health; or
(d) for an Amount of Insurance greater than he/she was insured for under the prior group life insurance plan carrier, if applicable; or
(e) yafter being eligible for coverage under a prior group life insurance plan for more than thirty-one (31) days but did not elect to be covered under that prior plan; or

(4) the date premium is remitted.

Changes in an Insured's amount of insurance are effective as shown on the Schedule of Benefits.

If the person is not actively at work on the day his/her insurance is to go into effect, the insurance will go into effect on the day he/she returns to active work for one full day.y

TERMINATION OF INDIVIDUAL INSURANCE: The insurance of an Insured will terminate on the first of the following to occur:

(1) the date the Policy terminates; or

(2) the date the Insured ceases to be in a class eligible for this insurance; orý

(3) the date the Participating Unit ceases to be a Participating Unit under this Policy; or

(4) the end of the period for which premium has been paid for the Insured; or

(5) the date the Insured enters military service (not including Reserve or National Guardy).

CONTINUATION OF INDIVIDUAL INSURANCE: The insurance of an Insured may be continued, by payment of premiumy, beyond the date the Insured ceases to be eligible for this insurance, but not longer than:

(1) twelve (12) months, if due to illness or injury; or
(2) three (3) months, if due to temporary lay-off or approved leave of absence; or
(3) one hundred twenty (120) days, if due to a furlough.

INDIVIDUAL REINSTATEMENT: The insurance of a terminated person may be reinstated if he/she is:

(1) on an approved leave of absence; or

(2) on temporary lay-off.

The person must return to active work with you within the period of time shown on the Schedule of Benefits. He/she must also be a member of a class eligible for this insurance.

The Person will not be required to fulfill the eligibility requirements of the Policy again. The insurance will go into effect on the day he/she returns to active work. If a Person returns after having resigned or having been discharged, he/she will be required to fulfill the eligibility requirements of the Policy again.

If a Person returns after terminating insurance at his/her request or for failure to pay ypremium when due, proof of good health must be approved by us before he/she may be reinstated.

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 04/14/2016 |
| Note Content | WAIVER OF PREMIUM |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | WAIVER OF PREMIUM |
| Note | WAIVER OF PREMIUM IN EVENT OF TOTAL DISABILITY<br><br>We will extend the Amount of Insurance during a period of Total Disability for one (1) year if.<br><br>(1) the Insured becomes totally disabled prior to age 60;<br>(2) the Total Disability begins while he/she is insured;<br>(3) the Total Disability begins while this Policy, with respect to the Participating Unit, is in force;<br>(4) the Total Disability lasts for at least 6 months;<br>(5) the premium continues to be paid; and<br>(6) we receive proof of Total Disability within one (1) year from the date it begany.<br><br>After proof of Total Disability is approved by us, neither you or the Insured is required to pay premiums. Also, any premiums paid from the start of the Total Disability will be returned.<br><br>We will ask the Insuredy to submit annual proof of continued Total Disability. The Amount of Insurance may then be extended for additional one (1) year periods. The Insured mayÿ be required to be examined by a Physician approved by us as part of the proof. We will not require the Insured to be examined more than once a year after the insurance has been extended two (2) full years.ÿ<br><br>The Amount of Insurance extended will be limited to the amount of supplemental group life coverage on the life of the Insured that was in force at the time that Total Disability began excluding any additional benefits. This amount will not increase. This amount will reduce or cease at any time it would reduce or cease if the Insured had not been totally disabled. If the Insured dies, we will be liable under this extension only if written proof of death is received by us.y<br><br>The Amount of Insurance extended for an Insured will cease on the earliest of:<br><br>(1) the date he/she no longer meets the definition of Total Disability; or<br>(2) the date he/she refuses to be examined; or<br>(3) the date he/she fails to furnish the required proof of Total Disability; or<br>(4) the date he/she becomes age 70; or<br>(5) the date he/she retires.<br><br>The Insured may use the conversion privilege when this extension ceases. Please refer to the Conversion Privilege section for rulesÿ. An Insured is not entitled to conversion if he/she returns to work and is again eligible for the insurance under this Policy. If the Insured uses the conversion privilege, benefits will not be payable under the Waiver of Premium in Event of Total Disability provision unless the converted policy is surrendered to us. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 04/14/2016 |
| Note Content | CONVERSION PRIVILEGE |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | CONVERSION PRIVILEGE |
| Note | CONVERSION PRIVILEGE<br><br>An Insured can use this privilege when his/her insurance is no longer in force. It has several parts. They are:<br><br>A. If the insurance ceases due to termination of employment or membership in any of the Participating Unit's classesÿ, an individual Life Insurance Policy may be issued. The Insured is entitled to a policy without disability or supplemental benefits. A written application for the policy must be made by the Insured within sixty (60) days after he/she terminates. The first premium must also be paid within that time. The issuance of the policy is subject to the following conditions:<br><br>(1) The policy will, at the option of the Insured, be on any one of our forms, except for term life insuranceÿ. It will be the standard type issued by us for the age and amount applied for;<br><br>(2) The policy issued will be for an amount not over what the Insured had before he/she terminatedy;<br><br>(3) The premium due for the policy will be at our usual rate. This rate will be based on the amount of insurance, class of risk and the Insured's age at date of policy issue; and<br><br>(4) Proof of good health is not required.<br><br>B. If the insurance ceases due to the termination or amendment of this Policy with respect to the Participating Unit, an individual Life Insurance Policy can be issued. An Insured must have been insuredy for at least five (5) years under this Policy. The same rules as in A above will be used, except that the face amount will be the lesser of:<br><br>(1) The amount of the Insured's Group Life benefit under this Policy. This amount will be less any amount he/she is entitled to under any group life policy issued by us or another insurance companyy; or<br><br>(2) $10,000.<br><br>C. If the insurance reduces, as may be provided in this Policy, an individual Life Insurance Policy can be issued. The same rules as in A above will be used, except that the face amount will not be greater than the amount which ceased due to the reduction.<br><br>D. If an Insured dies during the time provided in A above in which he/she is entitled to apply for an individual policyy,y we will pay the benefit under the Group Policy that he/she was entitled to convert. This will be done whether or not the Insured applied for the individual policyy.<br><br>E. Any policy issued with respect to A, B or C above will be put in force at the end of the sixty (60) day period in which application must be made.<br><br>F. If an Insured is entitled to have an individual policy issued to him/her without proof of health, then he/she must be given notice of this right at least fifteen (15) days before the end of the period specified above. Such notice must be: (1) in writing; and (2) presented or mailed to the Insured by you. If not, the Insured will have an additional period in order to do so. This additional period will end fifteen (15) days after the Insured is given notice. This period will not extend beyond sixty (60) days after the expiration date of the period provided above. This insurance will not be continued beyond the period provided in A above. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 04/14/2016 |
| Note Content | TERMINATION OF INDIVIDUAL INSURANCE |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | TERMINATION OF INDIVIDUAL INSURANCE |
| Note | TERMINATION OF INDIVIDUAL INSURANCE: The insurance of an Insured will terminate on the first of the following to occur:<br><br>(1) the date the Policy terminates; or<br><br>(2) the date the Insured ceases to be in a class eligible for this insurance; ory<br><br>(3) the date the Participating Unit ceases to be a Participating Unit under this Policy; or<br><br>(4) the end of the period for which premium has been paid for the Insured; or<br><br>(5) the date the Insured enters military service (not including Reserve or National Guardy). |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 04/14/2016 |
| Note Content | e-mail from RGO |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail from RGO |
| Note | From: Jason Smith<br>To: Jane Hopson<br>CC: Paul Botkin<br>Date: 4/14/2016 2:11 PM<br>Subject: Re: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01<br><br>Thanks for handling this Jane.<br><br>We need to keep Paul informed of the status on this claim.<br><br>Thanks<br><br>Jason Smith<br>National Account Manager<br>Reliance Standard Life Insurance Co.<br>4222 E. Thomas Road, Suite 390<br>Phoenix, Arizona 85018<br>Phone: 602-467-4702<br>Fax: 602-954-9282<br>Email: jason.smith@rsli.com<br><br>>>> Jane Hopson 4/14/2016 11:09 AM >>><br>Peggy,<br><br>We are in receipt of the claim for group life insurance benefits on the life of Anthony Ministeri. Please provided the following information:<br><br>1. Documentation of the date the coverage was elected online.<br><br>2. Payroll records 2 pay periods prior to the date of death on 10/2/2015 to confirm the premium payment for the voluntary life coverage.<br><br>3. Most recent beneficiary designation you have on file for the basic and supplemental life coverage.<br><br>4 Date the premium was paid to as this question was left blank online.<br><br>Thank you for your immediate attention in responding to our request.<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 04/14/2016 |
| **Note Content** | e-mail to Protective Life re: conversion |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | e-mail to Protective Life re: conversion |

**Note**

From: "Lyles, Darlene"
To: "Jane.Hopson@rsli.com"
Date: 4/14/2016 2:11 PM
Subject: RE: Anthony Ministeri AECOM GL 151836 ( claim 2016-04-11-0467-GL-01)

Hey Jane - I cannot find where an application has been received.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Thursday, April 14, 2016 1:04 PM
To: Lyles, Darlene
Subject: Anthony Ministeri AECOM GL 151836 ( claim 2016-04-11-0467-GL-01)
Importance: High

** High Priority **

Hi Darlene,

Can you please confirm if the above insurance converted his group life insurance coverage?

Thanks

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.

Notes

| Created By | 425hjm |
| --- | --- |
| Created Date | 04/14/2016 |
| Note Content | e-mail to PH |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail to PH |
| Note | From: Jane Hopson<br>To: Peggy Larsen<br>CC: Smith, Jason<br>BC Hopson, Jane<br>Date: 4/14/2016 2:09 PM<br>Subject: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01<br><br>Peggy,<br><br>We are in receipt of the claim for group life insurance benefits on the life of Anthony Ministeri. Please provided the following information:<br><br>1. Documentation of the date the coverage was elected online.<br><br>2. Payroll records 2 pay periods prior to the date of death on 10/2/2015 to confirm the premium payment for the voluntary life coverage.<br><br>3. Most recent beneficiary designation you have on file for the basic and supplemental life coverage.<br><br>4. Date the premium was paid to as this question was left blank online.<br><br>Thank you for your immediate attention in responding to our request.<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

Notes

| Created By | 425hjm |
| --- | --- |
| Created Date | 04/20/2016 |
| Note Content | follow up e-mail dtd 4/19 |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | follow up e-mail dtd 4/19 |
| Note | From: Jane Hopson<br>To: Peggy Larsen<br>CC: Smith, Jason; pbotkin@nationalaccountservicesinc.com<br>Date: 4/19/2016 9:32 AM<br>Subject: Fwd: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01<br>Attachments: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01<br><br>Peggy,<br><br>Please provide an update on the attached request.<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 04/25/2016 |
| Note Content | Follow up E-mail to PH |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Subject: Anthony Ministeri Claim Number: 2016-04-11-0467- |

Note

From: Jane Hopson
To: Peggy Larsen
CC: Smith, Jason
BC Hopson, Jane
Date: 4/25/2016 10:33 AM
Subject: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01

Peggy,

Please provide our office with an update pertaining to our request dated April 14th. We appreciate your immediate response to this request. ( SEE REQUEST BELOW)

Let me know if you have any questions.

From: Jane Hopson
To: Peggy Larsen
CC: Smith, Jason
Date: 4/14/2016 2:09 PM
Subject: Anthony Ministeri Claim Number· 2016-04-11-0467-GL-01

Peggy,

We are in receipt of the claim for group life insurance benefits on the life of Anthony Ministeri. Please provided the following information:

1. Documentation of the date the coverage was elected online.

2. Payroll records 2 pay periods prior to the date of death on 10/2/2015 to confirm the premium payment for the voluntary life coverage.

3. Most recent beneficiary designation you have on file for the basic and supplemental life coverage.

4. Date the premium was paid to as this question was left blank online.

Thank you for your immediate attention in responding to our request.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 04/26/2016 |
| Note Content | e-mail to PH |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail to PH |

From: Jane Hopson
To. peggy.larsen@aecom.com
CC: Smith, Jason
BC Hopson, Jane
Date: 4/26/2016 10:01 AM
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01

Peggy,

Thank you for your e-mail please provide a breakdown of the premiums paid for all the coverages.

Also, the beneficiary designation provided only specifies Renee Minsteri as beneficiary for the Basic AD&D and BTA. We did not receive any other designation. Does this designation pertain to all coverages?

Please give this your immediate attention

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company

>>>
From:
To:
CC:
Date: 4/25/2016 8:32 PM
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01

Hi Jane,
I hope all is well with you. Here are my responses:
1. See first attachment
2. Employee was on a leave of absence without pay, therefore, did not receive a paycheck for benefits to be paid. However, he did make all payments for benefits. Please see second attachment.
3. See attachment 3 and 4 regarding beneficiary information.
4. Payment for benefits were made through the date of death. My apologies for not indicating on the form.

Please let me know if you have any questions.

Best regards,

Peggy Larsen

--- Originally sent by jane.hopson@rsli.com on Apr 14, 2016 11:09 AM ---
Peggy,

We are in receipt of the claim for group life insurance benefits on the life of Anthony Ministeri. Please provided the following information:

1. Documentation of the date the coverage was elected online.

2. Payroll records 2 pay periods prior to the date of death on 10/2/2015 to confirm the premium payment for the voluntary life coverage.

3. Most recent beneficiary designation you have on file for the basic and supplemental life coverage.

4. Date the premium was paid to as this question was left blank online.

Thank you for your immediate attention in responding to our request.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information "

---

This message was secured by ZixCorp(R).

---

This message was secured by ZixCorp(R).

Notes

| Created By | 425hjm |
|---|---|
| Created Date | 04/26/2016 |
| Note Content | e-mail Re; MA Tax Lien |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail Re; MA Tax Lien |
| Note | From: Jane Hopson<br>To: Nelson, Lance<br>BC Hopson, Jane<br>Date: 4/26/2016 6:09 PM<br>Subject: MA TAX LIEN CLAIM 2016-04-11-0467-GL-01<br><br>SS [redacted]-9472<br><br>Please confirm, thanks!<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

Notes

| Created By | 425hjm |
|---|---|
| Created Date | 04/27/2016 |
| Note Content | No Beneficiary designated |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | No Beneficiary designated |
| Note | for life coverages ( see letter dated 4/20/2016 to Peggy Larsen |

Notes

| Created By | 425nlj |
|---|---|
| Created Date | 04/27/2016 |
| Note Content | EML REGARDING MA DOR SEARCH RESULTS |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | EML REGARDING MA DOR SEARCH RESULTS |
| Note | From: Lance Nelson<br>To: Hopson, Jane<br>BC Nelson, Lance<br>Date: 4/27/2016 2:16 PM<br>Subject: Re: MA TAX LIEN CLAIM 2016-04-11-0467-GL-01<br>Thank you for your referral.<br><br>At the time and on the date I searched the MA DOR Database for any CH Support or MA Tax liens matching that SSN, none were found.<br><br>The results of this search have been attached to the claim file, External Documents<br>thank you<br><br>Lance J. Nelson,<br>Life Claims Department<br>Telephone - 267-256-3676<br>Fax - 267-256-3537<br>Email - lance.nelson@RSLI.COM<br><br>>>> Jane Hopson 4/26/2016 6:09 PM >>><br>SS [redacted]-9472<br><br>Please confirm, thanks!<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 04/29/2016 |
| Note Content | Spoke to Jason Smith today |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Spoke to Jason Smith today |
| Note | re: the additional information needed to review this ckaim, we do need to obtain the social security file as the date of disability differs from the informaton in or file. A letter was sent to the spouse yesterday wi/ a release. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 05/17/2016 |
| Note Content | spoke to Mrs. Ministeri |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | spoke to Mrs. Ministeri |
| Note | advised we did send the request to social security for their file due to the dicrepancy woth the date of disability. SS award letter shows a disability date of 4/2014 and the information provided by AECOM shows he last worked on 8/2014. She will review the file and forward the application whcih he completed in October 2014. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 05/18/2016 |
| Note Content | e-mail to PH |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail to PH |
| | From: Jane Hopson<br>To: Larsen, Peggy<br>BC Hopson, Jane<br>Date: 5/18/2016 4:59 PM<br>Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01<br><br>Peggy,<br><br>We are continuing to review this claim. I did speak to Mrs. Ministeri on 5/17 to advise we need to review Mr. Ministeri's eligibility. Based on a social security award letter the disability date was reported as 4/10/2014. We requested the complete file from social security.<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.<br><br>>>><br>From: "Larsen, Peggy"<br>To: "Jane.Hopson@rsli.com"<br>Date: 5/18/2016 3:46 PM<br>Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01<br><br>Jane,<br>Can you please give me an update on this claim?<br><br>Peggy Larsen<br><br>-----Original Message-----<br>From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]<br>Sent: Wednesday, April 27, 2016 1:26 PM<br>To: Larsen, Peggy<br>Cc: Jason Smith<br>Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01<br><br>Thank you!<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.<br>Thank you. Reliance Standard Life Insurance Company. |

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
CC: Jason Smith
Date: 4/27/2016 4:12 PM
Subject: RE: Ministeri, Anthony Claim Number:
2016-04-11-0467-GL-01

Hi Jane,
Although AECOM sent payment coupons through 7-31-2015 only, employees on leave are able to send payment after the time period they've received coupons for, which Mr. Ministeri did. Please see payment history to confirm that Mr. Ministeri sent payment after 7-31-2015.

Please let me know if you have any questions.

Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards D 213.593.8253 F 213.402.3398 Peggy.Larsen@aecom.com

AECOM
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Wednesday, April 27, 2016 1:03 PM
To: Larsen, Peggy
Cc: Jason Smith
Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Peggy,

Thank you for your voice mail, please confirm the message via e-mail re: the premiums paid beyond 7/31/2015.

Thanks

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
CC: Jason Smith
Date: 4/27/2016 3:30 PM
Subject: RE: Ministeri, Anthony

Hi Jane,
I left you a detailed voicemail message. Let me know if you need anything further.

Peggy Larsen

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane Hopson@rsli com]
Sent: Wednesday, April 27, 2016 12:15 PM
To: Larsen, Peggy
Cc: Jason Smith
Subject: Re: Ministeri, Anthony

Peggy,

As confirmed in your voice mail, we only received coupons to 7/31/2015. How were the premiums remitted after this date.

thanks!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>

From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
CC: "jason.smith@rsli.com"
Date: 4/26/2016 8:58 PM
Subject: Ministeri, Anthony

Hi Jane,
Per your request please see the attached payment coupons sent to Anthony Ministeri.

Also, please see email from Mercer on the last email sent to you for clarification on beneficiary.

Please let me know if you have any questions.

Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards D 213.593.8253 F 213.402.3398 Peggy.Larsen@aecom.com

AECOM
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 05/24/2016 |
| Note Content | e-mail to PH |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail to PH |

From: Jane Hopson
To: Larsen, Peggy
BC Hopson, Jane
Date: 5/24/2016 9:49 AM
Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Hi Peggy,

Thank you, we are continuing to review this claim. How many hours was Mr. Ministeri scheduled to work when he was hired?

Jane M. Hopson, ALHC, HIA
Sr Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 5/20/2016 5.28 PM
Subject: RE. Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Hi Jane,

I do recall Mr. Ministeri being diagnosed in April 2014 because it was shortly after he hired with AECOM. However, he continued to work through 8-8-2014 as he was able to. Therefore, although the diagnosis date with social security disability is 4-10-2014, the first day he was unable to perform his full job duties was 8-8-2014.

Please let me know if you have any questions.

Have a nice weekend.

Best regards,

Peggy Larsen

AECOM Benefits Department - Total Rewards

D 213.593.8253

F 213.402.3398

Peggy.Larsen@aecom.com

AECOM

515 S. Flower Street, 10th Floor

Los Angeles, CA 90071

T 213.593.8100

www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Wednesday, May 18, 2016 2:00 PM
To: Larsen, Peggy
Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Peggy,

We are continuing to review this claim. I did speak to Mrs. Ministeri on 5/17 to advise we need to review Mr. Ministeri's eligibility. Based on a social security award letter the disability date was reported as 4/10/2014. We requested the complete file from social security.

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company

>>>

From: "Larsen, Peggy" >

To: "Jane.Hopson@rsli.com" >

Date: 5/18/2016 3:46 PM

Subject: RE: Ministeri, Anthony Claim Number:

2016-04-11-0467-GL-01

Jane,

Can you please give me an update on this claim?

Peggy Larsen

-----Original Message-----

From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]

Sent: Wednesday, April 27, 2016 1:26 PM

To: Larsen, Peggy

Cc: Jason Smith

Subject. RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Thank you!

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company.

>>>

From: "Larsen, Peggy" >

To: "Jane.Hopson@rsli.com" >

CC: Jason Smith >

Date: 4/27/2016 4:12 PM

Subject. RE: Ministeri, Anthony Claim Number:

2016-04-11-0467-GL-01

Hi Jane,

Although AECOM sent payment coupons through 7-31-2015 only, employees on leave are able to send payment after the time period they've received coupons for, which Mr. Ministeri did. Please see payment history to confirm that Mr. Ministeri sent payment after 7-31-2015

Please let me know if you have any questions.

Best regards,

Peggy Larsen

AECOM Benefits Department - Total Rewards D 213.593.8253 F

213.402.3398 Peggy.Larsen@aecom.com

AECOM

515 S. Flower Street, 10th Floor

Los Angeles, CA 90071

Note T 213.593.8100

www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----

From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]

Sent: Wednesday, April 27, 2016 1:03 PM

To: Larsen, Peggy

Cc: Jason Smith

Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Peggy,

Thank you for your voice mail, please confirm the message via e-mail

re: the premiums paid beyond 7/31/2015.

Thanks

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company.

>>>

From: "Larsen, Peggy" >

To: "Jane.Hopson@rsli.com" >

CC: Jason Smith >

Date: 4/27/2016 3:30 PM

Subject: RE: Ministeri, Anthony

Hi Jane,

I left you a detailed voicemail message. Let me know if you need anything further.

Peggy Larsen

-----Original Message-----

From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]

Sent: Wednesday, April 27, 2016 12:15 PM

To: Larsen, Peggy

Cc: Jason Smith

Subject: Re: Ministeri, Anthony

Peggy,

As confirmed in your voice mail, we only received coupons to 7/31/2015. How were the premiums remitted after this date.

thanks1

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company.

>>>

From: "Larsen, Peggy" >

To: "Jane.Hopson@rsli.com" >

CC: "jason.smith@rsli.com" >

Date: 4/26/2016 8:58 PM

Subject. Ministeri, Anthony

Hi Jane,

Per your request please see the attached payment coupons sent to Anthony Ministeri.

Also, please see email from Mercer on the last email sent to you for clarification on beneficiary.

Please let me know if you have any questions.

Best regards,

Peggy Larsen

AECOM Benefits Department - Total Rewards D 213.593.8253 F 213.402.3398 Peggy.Larsen@aecom.com>

AECOM

515 S. Flower Street, 10th Floor

Los Angeles, CA 90071

T 213.593.8100

www.aecom.com>

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately Any communication received in error should be deleted and all copies destroyed.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 05/24/2016 |
| **Note Content** | e-mail yo RGO |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | e-mail yo RGO |

From: Jane Hopson
To: Botkin, Paul; Smith, Jason
BC Hopson, Jane
Date: 5/24/2016 9:51 AM
Subject: Re: Life claim-Ministeri Claim Number: 2016-04-11-0467-GL-01

Good Morning,

We are continuing with our review of this claim and pending the file from Social Security Administration. Our letter was sent to Social Security on 5/11/2016.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

>>>
From: Jason Smith
To: Jane Hopson; Paul Botkin
Date: 5/23/2016 5:15 PM
Subject: Re: Life claim-Ministeri

Hi Jane,

Can you please provide a status on this Life Claim?

Note

Thanks

Jason Smith
National Account Manager
Reliance Standard Life Insurance Co.
4222 E. Thomas Road, Suite 390
Phoenix, Arizona 85018
Phone: 602-467-4702
Fax: 602-954-9282
Email: jason.smith@rsli.com

>>> Paul Botkin 5/23/2016 12:07 PM >>>

Jason,

Do you have an update on this life claim?

Bests,

Paul

Paul Botkin
Senior Vice President,
National Practice Leader
National Account Services, Inc.
11111 Santa Monica Blvd., Suite 1150
Los Angeles, CA 90025
C: 972-849-0732
F: 310-479-3080

PBotkin@NationalAccountServicesInc.com

As of 11/1/2015 my email address has changed, please update my information.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 05/26/2016 |
| **Note Content** | e-mail re; social Security |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | e-mail re; social Security |
| **Note** | From: Peter Sailor<br>To: Hopson, Jane; Wilsman, Andrea<br>Date: 5/25/2016 9:07 AM<br>Subject: Re: Fact Query Anthony Ministeri, Jr.<br>Attachments: servlet.pdf<br><br>Thanks, Andrea.<br><br>Jane, please put this in the file. I think we need to get a formal review of medical records from our medical team concerning Ministeri's actual ability to perform his occ (McGarry?). We should also review the SS records if/when received.<br><br>Thanks<br><br>Peter T. Sailor<br>Assistant Vice President<br>Reliance Standard Life Insurance Company<br>Phone: 267.256.3736<br>Fax: 267.256.3514<br>e-mail: peter.sailor@rsli.com<br><br>>>> Andrea Wilsman 5/24/2016 10:32 AM >>><br>Attached is the Fact Query for Anthony Ministeri, Jr. The query tells us Mr. Ministeri, Jr. filed a disability claim on 1/6/15. SSA determined the DDO (Date of Disability onset) as 4/10/14. The Fact Query does not tell us how or why the DDO was determined. We would need to review SSA medical records to clarify SSA DDO determination.<br>Please contact me should you have any questions.<br><br>Andrea Wilsman, Social Security Analyst<br>Technical Services<br>Reliance Standard Life Insurance Company<br>P.O. Box 8330<br>Philadelphia, PA 19101-8330<br>Telephone: 1-800-351-7500 - Ext: 4240<br>Fax: 267-256-3516<br>Andrea.Wilsman@rsli.com |

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 05/27/2016 |
| **Note Content** | ae-mail re: premium history |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | ae-mail re: premium history |
| | From: "Larsen, Peggy"<br>To: "Jane.Hopson@rsli.com"<br>CC: Jason Smith<br>Date: 4/27/2016 4:12 PM<br>Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01<br><br>Hi Jane,<br>Although AECOM sent payment coupons through 7-31-2015 only, employees on leave are able to send payment after the time period they've received coupons for, which Mr. Ministeri did. Please see payment history to confirm that Mr. Ministeri sent payment after 7-31-2015.<br><br>Please let me know if you have any questions.<br><br>Best regards,<br><br>Peggy Larsen<br>AECOM Benefits Department - Total Rewards<br>D 213.593.8253<br>F 213.402.3398<br>Peggy.Larsen@aecom.com<br><br>AECOM<br>515 S. Flower Street, 10th Floor<br>Los Angeles, CA 90071<br>T 213.593.8100<br>www.aecom.com<br><br>This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.<br><br>-----Original Message-----<br>From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]<br>Sent: Wednesday, April 27, 2016 1:03 PM<br>To: Larsen, Peggy<br>Cc: Jason Smith<br>Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01<br><br>Peggy,<br><br>Thank you for your voice mail, please confirm the message via e-mail<br>re. the premiums paid beyond 7/31/2015.<br><br>Thanks<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department |

P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
CC: Jason Smith
Date: 4/27/2016 3:30 PM
Subject: RE: Ministeri, Anthony

Hi Jane,
I left you a detailed voicemail message. Let me know if you need anything further.

Peggy Larsen

Note -----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Wednesday, April 27, 2016 12:15 PM
To: Larsen, Peggy
Cc: Jason Smith
Subject: Re: Ministeri, Anthony

Peggy,

As confirmed in your voice mail, we only received coupons to 7/31/2015. How were the premiums remitted after this date.

thanks!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
CC: "jason.smith@rsli.com"
Date: 4/26/2016 8:58 PM
Subject: Ministeri, Anthony

Hi Jane,
Per your request please see the attached payment coupons sent to Anthony Ministeri.

Also, please see email from Mercer on the last email sent to you for clarification on beneficiary.

Please let me know if you have any questions.

Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards D 213.593.8253 F 213.402.3398 Peggy.Larsen@aecom.com

AECOM
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| Created By | 425hjm |
|---|---|
| Created Date | 05/27/2016 |
| Note Content | e-mail to PH re: work history |
| Kind of Note: | |
| Security Type | |
| Note Type | |
| Subject | e-mail to PH re: work history |

**Note:**

From: Jane Hopson
To: Peggy Larsen
BC Hopson, Jane
Date: 5/27/2016 1:55 PM
Subject: Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Peggy,

Thank you for the information,however we do need additional information pertaining to Mr. Minister's work history.

1. We need to confirm the dates that Mr. Ministeri was able to continue working his regular scheduled hours of 24 per week?

2. When did Mr. Ministeri begin working less than 24 hours per week?

3. Please confirm when Mr. Ministeri was unable to perform his duties as a Construction Service Executive at his normal place of employment

4. Was Mr. Ministeri able to perform his duties as a Construction Service Executive from Home? Please provide documentation such as e-mail, memos, work plans and reports generated via computer documenting time worked on the computer on behalf of AECOM.

Thank you for your immediate response to our request and please contact me directly should you have any questions.

24 hours per week.

Thanks Jane,

Peggy Larsen

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Tuesday, May 24, 2016 6:50 AM
To: Larsen, Peggy
Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Hi Peggy,

Thank you, we are continuing to review this claim. How many hours was Mr. Ministeri scheduled to work when he was hired?

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 5/20/2016 5:28 PM
Subject: RE: Ministeri, Anthony Claim Number.
2016-04-11-0467-GL-01

Hi Jane,

I do recall Mr. Ministeri being diagnosed in April 2014 because it was shortly after he hired with AECOM. However, he continued to work through 8-8-2014 as he was able to. Therefore, although the diagnosis date with social security disability is 4-10-2014, the first day he was unable to perform his full job duties was 8-8-2014.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

Notes

| Created By | 425hjm |
|---|---|
| Created Date | 05/27/2016 |
| Note Content | e-mail to PH |

| Kind of Note | |
|---|---|
| Security Type | |
| Note Type | |
| Subject | Subject: RE: Subject: RE: Ministeri, Anthony Claim Number: |

**Note**

From: Jane Hopson
To: Larsen, Peggy
BC Hopson, Jane
Date: 5/27/2016 2:22 PM
Subject: RE: Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Peggy,

Thank you, and there is no discrepancy with the medical records. We merely want to document his eligibility as there is conflicting information. We need to document when Mr. Ministeri began working less than his scheduled hours and at which point did it reduce to less than 20 hours.

Thank you!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 5/27/2016 2:10 PM
Subject: RE: Subject. RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Jane,
I will jump through the hoops and get this information to you, however, I would like to know what will change depending on the answers. Afterall, Matrix, a Reliance company has all the medical documentation as he was on STD and LTD. Is there a descrepency with that? Or is the only descrpency that Mr. Ministieri reported to SS the date of diagnosis vs. the date he actually stopped working?

Best regards,

Peggy Larsen

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Friday, May 27, 2016 10:55 AM
To: Larsen, Peggy
Subject: Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Peggy,

Thank you for the information,however we do need additional information pertaining to Mr. Minister's work history.

1. We need to confirm the dates that Mr. Ministeri was able to continue working his regular scheduled hours of 24 per week?

2. When did Mr. Ministeri begin working less than 24 hours per week?

3. Please confirm when Mr. Ministeri was unable to perform his duties as a Construction Service Executive at his normal place of employment

4. Was Mr. Ministeri able to perform his duties as a Construction Service Executive from Home? Please provide documentation such as e-mail, memos, work plans and reports generated via computer documenting time worked on the computer on behalf of AECOM.

Thank you for your immediate response to our request and please contact me directly should you have any questions.

24 hours per week.

Thanks Jane,

Peggy Larsen

-----Original Message-----
From: Jane Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Tuesday, May 24, 2016 6:50 AM
To: Larsen, Peggy
Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Hi Peggy,

Thank you, we are continuing to review this claim. How many hours was Mr. Ministeri scheduled to work when he was hired?

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 5/20/2016 5:28 PM
Subject: RE: Ministeri, Anthony Claim Number:
2016-04-11-0467-GL-01

Hi Jane,

I do recall Mr. Ministeri being diagnosed in April 2014 because it was shortly after he hired with AECOM. However, he continued to work through 8-8-2014 as he was able to. Therefore, although the diagnosis date with social security disability is 4-10-2014, the first day he was unable to perform his full job duties was 8-8-2014.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 05/31/2016 |
| Note Content | Spoke to Socail Security |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Spoke to Socail Security |
| Note | Janaicam NJ office, appears information was documented in their system on 5/26, it was recommended we call Havehill, MA ( 866) 964-4324 |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 05/31/2016 |
| Note Content | LM for Social Secury for |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | LM for Social Secury for |
| Note | update on request (866) 964-4324 |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/01/2016 |
| Note Content | e-mil to PH re: our request |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Subject: RE: Subject: RE: Minsteri, Anthony Clam Number: |

From: Jane Hopson
To: Larsen, Peggy
BC Hopson, Jane
Date: 5/31/2016 10:41 AM
Subject: RE: Subject: RE: Ministeri, Anthony Claim Number· 2016-04-11-0467-GL-01

Peggy,

Yes, we did receive the payroll records, however we do need a response to our inquiry. As indicated previously, social security letter indicates April 2014, therefore as part of our review we do need a response to our inquiry.

Thank you!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 5/27/2016 2.53 PM
Subject: RE: Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Hi Jane,
He never did reduce hours to less than 20 per week, if I recall correctly. Didn't you receive checks up to his last day of work for 48 hours every two weeks? That would be 24 hours per week.

Peggy Larsen

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto.Jane.Hopson@rsli.com]
Sent: Friday, May 27, 2016 11:22 AM
To: Larsen, Peggy
Subject. RE: Subject: RE. Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Peggy,

Thank you, and there is no discrepancy with the medical records. We merely want to document his eligibility as there is conflicting information. We need to document when Mr. Ministeri began working less than his scheduled hours and at which point did it reduce to less than
20 hours.

Thank you!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 5/27/2016 2:10 PM
Subject: RE: Subject: RE: Ministeri, Anthony Claim Number:
2016-04-11-0467-GL-01

Jane,
I will jump through the hoops and get this information to you, however, I would like to know what will change depending on the answers.
Afterall, Matrix, a Reliance company has all the medical documentation as he was on STD and LTD. Is there a descrepency with that? Or is the only descrpency that Mr. Ministieri reported to SS the date of diagnosis vs. the date he actually stopped working?

Best regards,

Peggy Larsen

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Friday, May 27, 2016 10:55 AM
To: Larsen, Peggy
Subject: Subject: RE: Ministeri, Anthony Claim Number:
2016-04-11-0467-GL-01

Peggy,

Note

Thank you for the information,however we do need additional information pertaining to Mr. Minister's work history.

1. We need to confirm the dates that Mr. Ministeri was able to continue working his regular scheduled hours of 24 per week?

2. When did Mr. Ministeri begin working less than 24 hours per week?

3. Please confirm when Mr Ministeri was unable to perform his duties as a Construction Service Executive at his normal place of employment

4. Was Mr. Ministeri able to perform his duties as a Construction Service Executive from Home? Please provide documentation such as e-mail, memos, work plans and reports generated via computer documenting time worked on the computer on behalf of AECOM.

Thank you for your immediate response to our request and please contact me directly should you have any questions.

24 hours per week.

Thanks Jane,

Peggy Larsen

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Tuesday, May 24, 2016 6:50 AM
To: Larsen, Peggy
Subject: RE: Ministeri, Anthony Claim Number. 2016-04-11-0467-GL-01

Hi Peggy,

Thank you, we are continuing to review this claim. How many hours was Mr. Ministeri scheduled to work when he was hired?

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 5/20/2016 5:28 PM
Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Hi Jane,

I do recall Mr. Ministeri being diagnosed in April 2014 because it was shortly after he hired with AECOM. However, he continued to work through 8-8-2014 as he was able to. Therefore, although the diagnosis date with social security disability is 4-10-2014, the first day he was unable to perform his full job duties was 8-8-2014.

Jane M Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/01/2016 |
| Note Content | Contacted Social Security |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Contacted Social Security |
| Note | Office 9:15, Mr. Veras is assigned to this case, he will calll me this afternoon.<br><br>Tel # (866) 964-4324 |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/02/2016 |
| Note Content | Contacted Socail Security |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Contacted Socail Security |
| Note | Mr. Veras was not available, could not be provided with a timeframe re: when the call will be returned, Mr. Veras extension is 13226. It cold take a few days for a return call. |

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 06/02/2016 |
| **Note Content** | Confirmed w/ Brenda |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | Confirmed w/ Brenda |
| **Note** | no portate application received for Ministeri. |

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 06/02/2016 |
| **Note Content** | E-mail to Ministeri acknowledge Social Security Paperwork |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | E-mail to Ministeri acknowledge Social Security Paperwork |
| **Note** | From: Jane Hopson<br>To: Ministeri, A.<br>Date: 6/2/2016 10.43 AM<br>Subject: Re: Anthony Ministeri<br><br>Thank you, Mrs. Ministeri<br><br>We will review the information and let you know if there are any questions.<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you Reliance Standard Life Insurance Company<br><br>>>><br>From: "A. Ministeri"<br>To:<br>Date: 6/2/2016 10:37 AM<br>Subject: Anthony Ministeri<br><br>Jane,<br><br>Attached you will find the paperwork from Social Security regarding Anthony Ministeri. I'm not sure why SSA is using April 10, 2014 as a date to start. I believe that might have been the date that he was on a business trip and became disoriented.<br><br>He was diagnosed on May 7, 2014. He continued to work for AECOM part time from home until August 8, 2014, until he was hospitalized.<br><br>Let me know if you have any questions.<br><br>Thank you,<br><br>Renee Ministeri |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/02/2016 |
| Note Content | e-mail to Ph re: Social Security Statement |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail to Ph re: Social Security Statement |
| Note | From: Jane Hopson<br>To: Peggy Larsen<br>BC Hopson, Jane<br>Date: 6/2/2016 1:58 PM<br>Subject: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01<br>Attachments: reliance.pdf<br><br>Peggy,<br><br>We were provided with the attached Social Security Paperwork from Mrs. Ministeri today pertaining to Anthony Ministeri.<br><br>On January 16, 2015 Mr. Ministeri completed an application for Social Security Benefits via telephone and the information was electronically stored in their records. Mr. Ministeri was provided with a summary of his statement and was required to review to make sure Social Security recorded the statements correctly.<br><br>Included in this statement was an Important Reminder- Penalty of Perjury Statement<br><br>You declared under penalty of perjury that you examined all the information on this form and it is true and correct to the best of your knowledge. You were told that you could be liable under law for providing false information.<br><br>In his statement Mr. Ministeri reported that he was unable to work because of his disabling condition on April 10. 2014 and he is still disabled.<br><br>In order to complete our review and render our determination on the claim submitted for group life insurance benefits on the life of Anthony Ministeri, we do need a response to our inquiry sent to you on May 27, 2016 and need to document for our file when Mr. Ministeri began working less than his scheduled hours and at which point did it reduce to less than 20 hours.<br><br>We appreciate your immediate response to our request.<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/06/2016 |
| Note Content | E-mail from PH re: Work History |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | E-mail from PH re: Work History |
| | From: "Larsen, Peggy"<br>To· "Jane.Hopson@rsli.com"<br>Date: 6/3/2016 7·04 PM<br>Subject: FW: Ministeri, Anthony<br><br>Hello Jane,<br><br>Please find answers highlighted in blue below.<br><br>Please let me know if you have any questions.<br><br>Best regards,<br><br>Peggy Larsen<br><br>AECOM Benefits Department - Total Rewards<br><br>D 213.593.8253<br><br>F 213.402.3398<br><br>Peggy.Larsen@aecom.com<br><br>AECOM<br><br>515 S. Flower Street, 10th Floor<br><br>Los Angeles, CA 90071 |

T 213.593.8100

www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Friday, May 27, 2016 11:05 AM
To: Larsen, Peggy
Subject: Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01
Importance: High

** High Priority **

Peggy,

Thank you for the information,however we do need additional information pertaining to Mr. Minister's work history.

1 We need to confirm the dates that Mr Ministeri was able to continue working his regular scheduled hours of 24 per week? Through 8-8-2014

2. When did Mr. Ministeri begin working less than 24 hours per week and the number of hours reduced to? Went on full-time leave of absence working -0- hours per week on 8-9-2014. He worked 24 hours per week through 8-8-2014.

3. Please confirm when Mr. Ministeri was unable to perform his duties as a Construction Service Executive at his normal place of employment. Mr. Ministeri worked his full 24 hours per week as a Construction Service Executive through 8-8-2014 On 8-9-2014 and after he worked -0- hours per week.

4. Was Mr. Ministeri able to perform his duties as a Construction Service Executive from Home? Please provide documentation such as e-mail, memos, work plans and reports generated via computer documenting time worked on the computer on behalf of AECOM. Mr. Ministeri was not able or expected to perform his job at home, as the job required regular and frequent travel throughout the United States to clients to perform business development (sales), do presentations, attend project -specific client meetings, and seek out leads for new business via personal meetings. While all execs perform some work at home between meetings, such as preparing or reviewing financial reports and contracts, Mr. Ministeri was not working from home any more than other Business Executives.

Thank you for your immediate response to our request and please contact me directly should you have any questions.

24 hours per week.

Thanks Jane,

Peggy Larsen

-----Original Message-----

From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]

Sent: Tuesday, May 24, 2016 6:50 AM

To. Larsen, Peggy

Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Hi Peggy,

Thank you, we are continuing to review this claim. How many hours was Mr. Ministeri scheduled to work when he was hired?

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company.

>>>

From: "Larsen, Peggy"

To: "Jane.Hopson@rsli.com"

Date: 5/20/2016 5:28 PM

Subject: RE: Ministeri, Anthony Claim Number:

2016-04-11-0467-GL-01

Hi Jane,

I do recall Mr. Ministeri being diagnosed in April 2014 because it was shortly after he hired with AECOM. However, he continued to work through 8-8-2014 as he was able to. Therefore, although the diagnosis date with social security disability is 4-10-2014, the first day he was unable to perform his full job duties was 8-8-2014.

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company.

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information Any

| | |
|---|---|
| | unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.<br><br>Thank you. Reliance Standard Life Insurance Company.<br><br>"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information." |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/06/2016 |
| Note Context | e-mail to Mrs Ministeri |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Subject. Re: Anthony Ministeri Claim Number: 2016-04-11-0 |
| Note | From: Jane Hopson<br>To: Ministeri, A.<br>BC Hopson, Jane<br>Date: 6/6/2016 11:38 AM<br>Subject: Re: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01<br><br>Mrs. Ministeri,<br><br>According to our records, Mr. Ministeri became disoriented at the beginning of the Month of May 2014 while on a business trip to New York.<br><br>Would that have been the point at which business travel stopped and he began working exclusively from home?<br><br>Thank you!<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.<br><br>>>><br>From: "A. Ministeri"<br>To:<br>Date: 6/2/2016 10:37 AM<br>Subject: Anthony Ministeri<br><br>Jane,<br><br>Attached you will find the paperwork from Social Security regarding Anthony Ministeri. I'm not sure why SSA is using April 10, 2014 as a date to start. I believe that might have been the date that he was on a business trip and became disoriented.<br><br>He was diagnosed on May 7, 2014. He continued to work for AECOM part time from home until August 8, 2014, until he was hospitalized.<br><br>Let me know if you have any questions.<br><br>Thank you,<br><br>Renee Ministeri |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/07/2016 |
| Note Content | E-mail from Mrs. Ministeri re: business travel |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Date: 6/6/2016 2:02 PM |

Note

From: "A. Ministeri"
To:
Date: 6/6/2016 2:02 PM
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01

That sounds about right. He had a desk with lap top and phone at home to do work.
Renee

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Monday, June 06, 2016 11:39 AM
To: A. Ministeri
Subject: Re: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01

Mrs. Ministeri,

According to our records, Mr. Ministeri became disoriented at the beginning of the Month of May 2014 while on a business trip to New York

Would that have been the point at which business travel stopped and he began working exclusively from home?

Thank you!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "A. Ministeri"
To:
Date: 6/2/2016 10:37 AM
Subject: Anthony Ministeri

Jane,

Attached you will find the paperwork from Social Security regarding Anthony Ministeri. I'm not sure why SSA is using April 10, 2014 as a date to start.
I believe that might have been the date that he was on a business trip and became disoriented.

He was diagnosed on May 7, 2014. He continued to work for AECOM part time from home until August 8, 2014, until he was hospitalized.

Let me know if you have any questions.

Thank you,

Renee Ministeri

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/07/2016 |
| Note Content | e-mail to PH re: business trip documentation |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Subject: Re: FW: Ministeri, Anthony Claim Number: 2016-04 |

From: Jane Hopson
To: Larsen, Peggy
BC Hopson, Jane
Date: 6/7/2016 2:51 PM
Subject: Re: FW: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Hi Peggy,

Thank you for your response.

For our file, please forward documentation of Mr. Ministeri's business trips, such as itineraries, expense reports,and flight information during the period of April 1, 2014 to August 8, 2014.

Thank you!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 6/3/2016 7:04 PM
Subject: FW: Ministeri, Anthony

Hello Jane,
Please find answers highlighted in blue below.

Please let me know if you have any questions.

Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards
D 213.593.8253
F 213.402.3398
Peggy.Larsen@aecom.com

AECOM
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Friday, May 27, 2016 11:05 AM
To: Larsen, Peggy
Subject: Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01
Importance: High

** High Priority **

Peggy,

Thank you for the information,however we do need additional information pertaining to Mr. Minister's work history.

1. We need to confirm the dates that Mr. Ministeri was able to continue working his regular scheduled hours of 24 per week? Through 8-8-2014

2. When did Mr. Ministeri begin working less than 24 hours per week and the number of hours reduced to? Went on full-time leave of absence working -0- hours per week on 8-9-2014. He worked 24 hours per week through 8-8-2014.

3. Please confirm when Mr. Ministeri was unable to perform his duties as a Construction Service Executive at his normal place of employment. Mr. Ministeri worked his full 24 hours per week as a Construction Service Executive through 8-8-2014. On 8-9-2014 and after he worked -0- hours per week.

4. Was Mr. Ministeri able to perform his duties as a Construction Service Executive from Home? Please provide documentation such as e-mail, memos, work plans and reports generated via computer documenting time worked on the computer on behalf of AECOM. Mr. Ministeri was not able or expected to perform his job at home, as the job required regular and frequent travel throughout the United States to clients to perform business development (sales), do presentations, attend project -specific client meetings, and seek out leads for new business via personal meetings. While all execs perform some work at home between meetings, such as preparing or reviewing financial reports and contracts, Mr. Ministeri was not working from home any more than other Business Executives.

Thank you for your immediate response to our request and please contact me directly should you have any questions.

24 hours per week

Thanks Jane,

Peggy Larsen

-----Original Message-----

From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]

Sent: Tuesday, May 24, 2016 6:50 AM

To: Larsen, Peggy

Subject: RE: Ministeri, Anthony Claim Number. 2016-04-11-0467-GL-01

Hi Peggy,

Note

Thank you, we are continuing to review this claim How many hours was Mr. Ministeri scheduled to work when he was hired?

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company.

>>>

From: "Larsen, Peggy" >

To: "Jane.Hopson@rsli.com" >

Date: 5/20/2016 5:28 PM

Subject: RE: Ministeri, Anthony Claim Number:

2016-04-11-0467-GL-01

Hi Jane,

I do recall Mr. Ministeri being diagnosed in April 2014 because it was shortly after he hired with AECOM. However, he continued to work through 8-8-2014 as he was able to. Therefore, although the diagnosis date with social security disability is 4-10-2014, the first day he was unable to perform his full job duties was 8-8-2014.

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company.

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| | |
|---|---|
| Created By | 422spz |
| Created Date | 06/08/2016 |
| Note Content | Conversion Portabilty Notice |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Conversion Portabilty Notice |
| Note | AECOM contracted with RSL to provide conversion and portability notification under an Employee Notification Service Agreement. AECOM notified RSL to send Mr. Ministeri a conversion and portability notice by sending a data file to RSL on 11/11/2015 (see external file attachment).<br><br>Copies of the notices (and the Service Agreement) are in the Claim Documents. When they were reprinted, the current date (June 8, 2016) appeard on the notice. The original notice would have been sent in three (3) to five (5) work days following AECOM's notice to us on 11/11/2015. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/10/2016 |
| Note Content | Spoke to Alex Veras |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Spoke to Alex Veras |
| Note | he is the individual who handles these requests. The request should be sent to SS Administration 367 Main Street Haverhill, MA 01830-4091<br><br>We can fax it to: (978) 521-1029<br>He will mail the bill once our request is received.<br>It only takes a couple of days for the records to be mailed once they receive payment. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/10/2016 |
| Note Content | E-mail fro PH re: request |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | re: business travel |
| | From: "Larsen, Peggy"<br>To: "Jane.Hopson@rsli.com" |

Date: 6/10/2016 12:24 PM
Subject: RE: FW: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Jane,
I requested this from Mr. Ministeri's HRD the other day. As soon as I receive them I will forward to you.

Have a nice weekend.

Peggy Larsen

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Tuesday, June 07, 2016 11:51 AM
To: Larsen, Peggy
Subject: Re: FW: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Hi Peggy,

Thank you for your response.

For our file, please forward documentation of Mr. Ministeri's business trips, such as itineraries, expense reports,and flight information during the period of April 1, 2014 to August 8, 2014.

Thank you!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 6/3/2016 7:04 PM
Subject: FW: Ministeri, Anthony

Hello Jane,
Please find answers highlighted in blue below.

Please let me know if you have any questions.

Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards D 213.593.8253 F 213.402.3398 Peggy.Larsen@aecom.com

AECOM
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Friday, May 27, 2016 11:05 AM
To: Larsen, Peggy
Subject: Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01
Importance: High

** High Priority **

Peggy,

Thank you for the information,however we do need additional information pertaining to Mr. Minister's work history.

1. We need to confirm the dates that Mr. Ministeri was able to continue working his regular scheduled hours of 24 per week? Through 8-8-2014

2. When did Mr. Ministeri begin working less than 24 hours per week and the number of hours reduced to? Went on full-time leave of absence working -0- hours per week on 8-9-2014. He worked 24 hours per week through 8-8-2014.

3. Please confirm when Mr. Ministeri was unable to perform his duties as a Construction Service Executive at his normal place of employment. Mr. Ministeri worked his full 24 hours per week as a Construction Service Executive through 8-8-2014. On 8-9-2014 and after he worked -0- hours per week.

4. Was Mr. Ministeri able to perform his duties as a Construction Service Executive from Home? Please provide documentation such as e-mail, memos, work plans and reports generated via computer documenting time worked on the computer on behalf of AECOM. Mr. Ministeri was not able or expected to perform his job at home, as the job required regular and frequent travel throughout the United States to clients to perform business development (sales), do presentations, attend project -specific client meetings, and seek out leads for new business via personal meetings. While all execs perform some work at home between meetings, such as preparing or reviewing financial reports and contracts, Mr. Ministeri was not working from home any more than other Business Executives.

Thank you for your immediate response to our request and please contact me directly should you have any questions.

24 hours per week.

Thanks Jane,

Peggy Larsen

-----Original Message-----

From: Jane.Hopson@rsli.com [mailto.Jane.Hopson@rsli.com]

Sent: Tuesday, May 24, 2016 6:50 AM

To: Larsen, Peggy

Subject: RE: Ministeri, Anthony Claim Number: 2016-04-11-0467-GL-01

Hi Peggy,

Thank you, we are continuing to review this claim. How many hours was Mr. Ministeri scheduled to work when he was hired?

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company.

>>>

From: "Larsen, Peggy" >

To: "Jane.Hopson@rsli.com" >

Date: 5/20/2016 5:28 PM

Subject: RE: Ministeri, Anthony Claim Number:

2016-04-11-0467-GL-01

Hi Jane,

I do recall Mr. Ministeri being diagnosed in April 2014 because it was shortly after he hired with AECOM. However, he continued to work through 8-8-2014 as he was able to. Therefore, although the diagnosis date with social security disability is 4-10-2014, the first day he was unable to perform his full job duties was 8-8-2014.

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company.

Jane M. Hopson, ALHC, HIA

Sr. Group Life and AD & D Examiner

Reliance Standard Life Insurance Company

2001 Market Street

Two Commerce Square, 16th Floor

Life Claims Department

P. O. Box 7698

Philadelphia, PA 19101-7698

(800) 351-7500 ext. 3783

(267) 256-3783 Direct

(267) 256-3537 Fax

jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.

Thank you. Reliance Standard Life Insurance Company.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/14/2016 |
| Note Content | Medical Records From Social Security |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Medical Records From Social Security |
| Note | 5/2014 to 1/2015 |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/20/2016 |
| Note Content | follow up e-mail to PH |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | follow up e-mail to PH |
| Note | From: Jane Hopson<br>To: Peggy Larsen<br>BC Hopson, Jane<br>Date: 6/20/2016 12:44 PM<br>Subject: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01<br><br>Hi Peggy,<br><br>Please provide our office with an update regarding our request sent on June 7th.<br><br>Thank You!<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/24/2016 |
| Note Content | e-mail from PH re: our request |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Subject: RE: Anthony Minsteri Claim Number: 2016-04-11 |

**Note**

From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 6/22/2016 8:42 PM
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01

Hi Jane,
Yes, I know how important this is. I've followed up with the HRD again.

Will be in touch, hopefully sooner rather than later.

Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards
D 213.593.8253
F 213.402.3398
Peggy.Larsen@aecom.com

AECOM
300 S Grand Ave. 11th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Wednesday, June 22, 2016 3:16 PM
To: Larsen, Peggy
Subject: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01
Importance: High

** High Priority **

Peggy,

Please provide our office with an update pertaining to our request sent on June 7th. This information is needed to complete our review and make our determination on the claim.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/29/2016 |
| Note Content | response from PH 6/28 |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | response from PH 6/28 |

From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 6/28/2016 4:57 PM
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01

Jane,
We do need another day or two. I have followed up on this multiple times. I have some information but nothing that would help.

Best regards,

Peggy Larsen

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Tuesday, June 28, 2016 8.50 AM
To: Larsen, Peggy

Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01
Importance: High

** High Priority **

Peggy,

Please provide our office with an update re: our request. We would like to have a response by 7/1. If we do not receive any additional information by 7/1, we will assume there is no additional information and we will make a determination based on the information currently in the claim record.

Should you need another day or two, let us know as soon as possible.

Please further be advised, we did receive an inquiry from Mrs. Ministeri today and I'll need to respond.

Thank you!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 6/22/2016 8:42 PM
Subject: RE: Anthony Ministeri Claim Number:
2016-04-11-467-GL-01

Hi Jane,
Yes, I know how important this is. I've followed up with the HRD again.

Will be in touch, hopefully sooner rather than later.

Note Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards D 213.593.8253 F 213.402.3398 Peggy.Larsen@aecom.com

AECOM
300 S Grand Ave. 11th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Wednesday, June 22, 2016 3:16 PM
To: Larsen, Peggy
Subject: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01
Importance: High

** High Priority **

Peggy,

Please provide our office with an update pertaining to our request sent on June 7th. This information is needed to complete our review and make our determination on the claim.

Jane M. Hopson, ALHC, HIA
Sr Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly

prohibited If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 06/29/2016 |
| **Note Content** | 6/28 e-mail- to Mrs. Ministeri |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | 6/28 e-mail- to Mrs Ministeri |
| **Note** | From: Jane Hopson<br>To: Ministeri, A.<br>BC Hopson, Jane<br>Date: 6/28/2016 4:05 PM<br>Subject: Re: claim update<br><br>Mrs. Ministeri,<br><br>We are pending information from AECOM and sent a follow up to their office today.<br><br>Thank you!<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.<br><br>>>><br>From: "A. Ministeri"<br>To:<br>Date: 6/28/2016 11:29 AM<br>Subject: claim update<br><br>Hi Jane,<br><br>What is the update? Please let me know<br><br>Thank you<br><br>Renee Ministeri |

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 06/30/2016 |
| **Note Content** | 6/29 e-mail to Mrs Ministeri |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | 6/29 e-mail to Mrs Ministeri |

| | |
|---|---|
| Note | From: Jane Hopson<br>To: Ministeri, Renee<br>BC Hopson, Jane<br>Date: 6/29/2016 2:58 PM<br>Subject: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01<br><br>Mrs. Ministeri,<br><br>We did receive a response from AECOM regarding our request and was advised we should receive a response in a day or two, therefore we anticipate a decision will be made by the end of next week.<br><br>Thank you for your patience.<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.<br><br>>>><br>From: Renee Ministeri<br>To:<br>Date: 6/28/2016 10:07 PM<br>Subject: Re: claim update<br><br>What can I do to spend this process up ?<br>RENEE<br><br>Sent from my iPhone<br><br>> On Jun 28, 2016, at 4:05 PM, wrote:<br>><br>> Mrs. Ministeri,<br>><br>> We are pending information from AECOM and sent a follow up to their<br>> office today.<br>><br>> Thank you!<br>><br>> Jane M. Hopson, ALHC, HIA<br>> Sr. Group Life and AD & D Examiner<br>> Reliance Standard Life Insurance Company<br>> 2001 Market Street<br>> Two Commerce Square, 16th Floor<br>> Life Claims Department<br>> P. O. Box 7698<br>> Philadelphia, PA 19101-7698<br>> (800) 351-7500 ext. 3783<br>> (267) 256-3783 Direct<br>> (267) 256-3537 Fax<br>> jane.hopson@rsli.com<br>><br>> This e-mail message is for the intended recipient and may contain<br>> confidential and privileged information. Any unauthorized review, use,<br>> disclosure or distribution of this message is strictly prohibited. If<br>> you have received this message in error, please notify the sender<br>> immediately by reply e-mail and delete this message from your computer.<br>> Thank you. Reliance Standard Life Insurance Company.<br>><br>><br>> From: "A. Ministeri"<br>> To:<br>> Date: 6/28/2016 11:29 AM<br>> Subject: claim update<br>><br>> Hi Jane,<br>><br>> What is the update? Please let me know<br>><br>> Thank you<br>><br>> Renee Ministeri<br>><br>><br>> "CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email,<br>> including attachments, is covered by the Electronic Communications<br>> Privacy Act (18 U.S.C. 2510-2521) and contains confidential information<br>> belonging to the sender which may be legally privileged. The<br>> information is intended only for the use of the individual or entity to<br>> which it is addressed. If you are not the intended recipient, you are<br>> hereby notified that any disclosure, copying, distribution or the taking<br>> of any action in reliance of the contents of this information is<br>> strictly prohibited. If you have received this electronic transmission<br>> in error, please immediately notify the sender by return e-mail and<br>> delete this message from your computer or arrange for the return of any<br>> transmitted information."<br>> |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 06/30/2016 |
| Note Content | 6/29 e-mail to PH re: extension |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | [illegible] |

To: Larsen, Peggy
BC Hopson, Jane
Date: 6/29/2016 2:49 PM
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01

Peggy,

Thank you for your e-mail, we can extend the request until Wednesday, July 6th. If no other information is received on July 6th, we will make our determination on this claim with the information in the claim record.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 6/28/2016 4:57 PM
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01

Jane,
We do need another day or two. I have followed up on this multiple times. I have some information but nothing that would help.

Best regards,

Peggy Larsen

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Tuesday, June 28, 2016 8:50 AM
To: Larsen, Peggy
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01
Importance: High

** High Priority **

Peggy,

Please provide our office with an update re· our request. We would like to have a response by 7/1. If we do not receive any additional information by 7/1, we will assume there is no additional information and we will make a determination based on the information currently in the claim record.

Should you need another day or two, let us know as soon as possible.

Please further be advised, we did receive an inquiry from Mrs. Ministeri today and I'll need to respond.

Thank you!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

Non

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 6/22/2016 8:42 PM
Subject: RE: Anthony Ministeri Claim Number:
2016-04-11-467-GL-01

Hi Jane,
Yes, I know how important this is. I've followed up with the HRD again.

Will be in touch, hopefully sooner rather than later.

Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards D 213.593.8253 F 213.402.3398 Peggy.Larsen@aecom.com

AECOM
300 S. Grand Ave. 11th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto·Jane.Hopson@rsli com]

Sent: Wednesday, June 22, 2016 3:16 PM
To: Larsen, Peggy
Subject: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01
Importance: High

** High Priority **

Peggy,

Please provide our office with an update pertaining to our request sent on June 7th. This information is needed to complete our review and make our determination on the claim.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 07/07/2016 |
| Note Content | e-mail to Mrs. Ministeri re: determination |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Subject: Anthony Ministeri Claim Number: 2016-04-11-0467 |

| | |
|---|---|
| Note | From: Jane Hopson<br>To: Ministeri, A.<br>BC Hopson, Jane<br>Date: 7/7/2016 5:36 PM<br>Subject: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01<br><br>Mrs. Ministeri,<br><br>Thank you for your e-mail. We have completed our review and determined that the group life insurance coverage was not in force on the date of Mr. Ministeri's passing on October 2, 2015.<br><br>Based on our review of the documentation received which will be outlined in detail in the determination letter, we have concluded in accordance to the policy provision and the claim record that coverage under the group life policy<br>GL 151836 terminated on May 2, 2015.<br><br>Included with the determination letter is the appeal procedure should you wish to file an appeal.<br><br>We regret our decision is not more favorable.<br><br>Should you have any questions, please contact our office.<br><br>Jane M Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.<br><br>>>><br>From: "A. Ministeri"<br>To:<br>Date: 7/7/2016 3:51 PM<br>Subject: RE: claim update<br><br>Hello<br>Not sure why there is a hold up on this claim. Please contact me<br>Renee<br><br>-----Original Message-----<br>From: Jane.Hopson@rsli.com [mailto:Jane Hopson@rsli.com]<br>Sent: Tuesday, June 28, 2016 4:06 PM<br>To: A. Ministeri<br>Subject: Re: claim update<br><br>Mrs. Ministeri,<br><br>We are pending information from AECOM and sent a follow up to their office today.<br><br>Thank you!<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.<br>Thank you. Reliance Standard Life Insurance Company.<br><br>>>><br>From: "A. Ministeri"<br>To:<br>Date: 6/28/2016 11:29 AM<br>Subject: claim update<br><br>Hi Jane,<br><br>What is the update? Please let me know<br><br>Thank you<br><br>Renee Ministeri<br><br>"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information." |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 07/11/2016 |
| Note Content | e-mail to PH re: determination |
| Kind of Note | |

| Security Type | |
|---|---|
| Note Type | |
| Subject | e-mail to PH re: determination |

From: Jane Hopson
To: Larsen, Peggy
BC Hopson, Jane
Date: 7/11/2016 10:22 AM
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01

Peggy,

The claim was declined and our letter was sent to the beneficiary and a letter was also sent to your office of Friday.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 7/11/2016 10:15 AM
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01

Hi Jane,
I just received additional information on Anthony. Will pull together and forward to you.

Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards
D 213.593.8253
F 213.402.3398
Peggy.Larsen@aecom.com

AECOM
300 S. Grand Ave. 11th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Wednesday, June 29, 2016 11:49 AM
To: Larsen, Peggy
Subject. RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01

Peggy,

Thank you for your e-mail, we can extend the request until Wednesday, July 6th. If no other information is received on July 6th, we will make our determination on this claim with the information in the claim record.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 6/28/2016 4:57 PM
Subject: RE: Anthony Ministeri Claim Number:
2016-04-11-467-GL-01

Jane,
We do need another day or two. I have followed up on this multiple times. I have some information but nothing that would help.

Best regards,

Peggy Larsen

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Tuesday, June 28, 2016 8.50 AM
To: Larsen, Peggy
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01
Importance: High

** High Priority **

Peggy,

Please provide our office with an update re: our request. We would like to have a response by 7/1. If we do not receive any additional information by 7/1, we will assume there is no additional information and we will make a determination based on the information currently in the claim record.

Should you need another day or two, let us know as soon as possible.

Please further be advised, we did receive an inquiry from Mrs. Ministeri today and I'll need to respond.

Thank you!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 6/22/2016 8:42 PM
Subject: RE: Anthony Ministeri Claim Number:
2016-04-11-467-GL-01

Hi Jane,
Yes, I know how important this is. I've followed up with the HRD again.

Will be in touch, hopefully sooner rather than later.

Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards D 213.593.8253 F
213.402.3398 Peggy.Larsen@aecom.com

AECOM
300 S. Grand Ave. 11th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Wednesday, June 22, 2016 3:16 PM
To: Larsen, Peggy
Subject: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01
Importance: High

** High Priority **

Peggy,

Please provide our office with an update pertaining to our request sent on June 7th. This information is needed to complete our review and make our determination on the claim.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE· This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted

information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Note

Peggy,

The claim was declined and our letter was sent to the beneficiary and a letter was also sent to your office of Friday.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 7/11/2016 10:15 AM
Subject. RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01

Hi Jane,
I just received additional information on Anthony. Will pull together and forward to you.

Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards
D 213.593.8253
F 213.402.3398
Peggy.Larsen@aecom.com

AECOM
300 S. Grand Ave. 11th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Wednesday, June 29, 2016 11:49 AM
To: Larsen, Peggy
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01

Peggy,

Thank you for your e-mail, we can extend the request until Wednesday, July 6th. If no other information is received on July 6th, we will make our determination on this claim with the information in the claim record.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 6/28/2016 4:57 PM
Subject: RE: Anthony Ministeri Claim Number:
2016-04-11-467-GL-01

Jane,
We do need another day or two. I have followed up on this multiple times. I have some information but nothing that would help.

Best regards,

Peggy Larsen

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Tuesday, June 28, 2016 8:50 AM
To: Larsen, Peggy
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01
Importance: High

** High Priority **

Peggy,

Please provide our office with an update re: our request. We would like to have a response by 7/1. If we do not receive any additional information by 7/1, we will assume there is no additional information and we will make a determination based on the information currently in the claim record.

Should you need another day or two, let us know as soon as possible.

Please further be advised, we did receive an inquiry from Mrs. Ministeri today and I'll need to respond.

Thank you!

Jane M Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Larsen, Peggy"
To: "Jane.Hopson@rsli.com"
Date: 6/22/2016 8:42 PM
Subject: RE: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01

Hi Jane,
Yes, I know how important this is. I've followed up with the HRD again.

Will be in touch, hopefully sooner rather than later.

Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards D 213.593.8253 F 213.402.3398 Peggy.Larsen@aecom.com

AECOM
300 S. Grand Ave. 11th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

-----Original Message-----
From: Jane.Hopson@rsli.com [mailto:Jane.Hopson@rsli.com]
Sent: Wednesday, June 22, 2016 3:16 PM
To: Larsen, Peggy
Subject: Anthony Ministeri Claim Number: 2016-04-11-467-GL-01
Importance: High

** High Priority **

Peggy,

Please provide our office with an update pertaining to our request sent on June 7th. This information is needed to complete our review and make our determination on the claim.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 07/11/2016 |
| Note Content | e-mail re: premiumrefund |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail re: premiumrefund |

**Note**

From: Jane Hopson
To: Richardson, Frances
BC Hopson, Jane
Date: 7/11/2016 11:15 AM
Subject: Re: Fwd: AECOM GL 151836 Claim Number: 2016-04-11-0467-GL-01
Attachments: Ministeri Determination Letter.pdf; Ministeri Prem Reports.pdf; Ministeri premium payment schedule.pdf

Hi Fran,

Attached is the letter sent to the Policyholder, the premium refund for the supplemental life coverage should be sent to the beneficiary for the period of 6/1/2015 to 11/1/2015. Attached is premium documentation from PH, not sure if you need these. Note coverage terminated 5/2/2015. Let me know if you have any other questions.

Renee Ministeri
28 Spring Hill Road
Merrimac, MA 01860

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

>>>
From: Frances Richardson
To: Hopson, Jane
Date: 7/11/2016 10:40 AM
Subject: Re: Fwd: AECOM GL 151836 Claim Number: 2016-04-11-0467-GL-01

Hi Jane

I need a copy of the declination letter from claims

Please advise

Thanks
Fran

>>> Jane Hopson 7/11/2016 10:23 AM >>>
Hi Fran,

Please review the attached e-mail to Joyce, since case is terminated my understanding premium refunds re terminated cases should go to you.

Thanks!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company

Notes

| Created By | 425hjm |
|---|---|
| Created Date | 07/12/2016 |
| Note Content | Spoke to Fran Richardson |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Spoke to Fran Richardson |
| Note | re: the documentation provided confirming the premiums paid to AECOM which need to be refunded to the beneficiary for the period of 6/1/2015 to 11/1/2015. She will confirm the amount with AECOM. |

Notes

| Created By | 422spz |
|---|---|
| Created Date | 07/18/2016 |
| Note Content | E-mail to L. Ryan re disability DOL |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | E-mail to L. Ryan re disability DOL |
| Note | This life claim has been denied as the coverage was not in force on the day of Mr. Ministeri's passing.<br><br>As the result of our investigation, we determined that Mr. Ministeri last worked (based on the GL policy's eligibility requirements of 20 hours a week) on 5/2/2014. The details of our investigation are summarized in the denial letter in the above claim record.<br><br>Note that there are two other disability claims on this Insured.<br><br>2014-09-24-0460-ASW-01<br><br>2014-12-05-0446-LTD-01<br><br>I'm not sure whether the information we uncovered in conjunction with the life claims investigation would have any impact on the date of loss used in the disability claim(s). |

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 08/12/2016 |
| **Note Content** | e-mail to PH re: the letter |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | e-mail to PH re: the letter |
| **Note** | From: Jane Hopson<br>To: Larsen, Peggy<br>CC: Sailor, Peter<br>Date: 8/12/2016 1:45 PM<br>Subject: Re: Ministeri Denial Letter<br><br>Peggy,<br><br>We are unable to provide you with a copy of the letter sent to Mrs. Ministeri without her consent due to confidentiality.<br><br>Let us know if you have any other questions.<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.<br><br>>>><br>From: "Larsen, Peggy"<br>To: "Jane.Hopson@rsli.com"<br>Date: 8/12/2016 1:24 PM<br>Subject: Ministeri Denial Letter<br><br>Hi Jane,<br>I hope this finds you well today.<br><br>Can you please forward to me a copy of the denial letter to Mrs. Ministeri? I'm not sure if it was sent previously, however, we've moved to a new address below.<br><br>Due to time sensitivity, if you're able to scan and email to me that would be appreciated.<br><br>Bet regards,<br><br>Peggy Larsen<br>AECOM Benefits Department - Total Rewards<br>D 213.593.8253<br>F 213.402.3398<br>Peggy.Larsen@aecom com<br><br>AECOM<br>300 S. Grand Ave. 11th Floor<br>Los Angeles, CA 90071<br>T 213.593.8100<br>www.aecom.com<br><br>This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed. |

Notes

| | |
|---|---|
| **Created By** | 422spz |
| **Created Date** | 08/15/2016 |
| **Note Content** | No appeal yet; Paul Botkin |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | No appeal yet; Paul Botkin |
| **Note** | I spoke with broker Paul Botkin on Friday, August 12, 2016. He asked that we hold off on processing the appeal until Aecom had the opportunity to gather additional information.<br><br>Peter Sailor |

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 08/20/2016 |
| **Note Content** | Copy of Determination Ltr sent to NAM |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | Copy of Determination Ltr sent to NAM |
| **Note** | From: Jane Hopson<br>To: Smith, Jason<br>BC Hopson, Jane<br>Date: 8/20/2016 2:18 PM<br>Subject: Ministeri Letter sent to Policyholder<br>Attachments: pacs-7585405206161760closurephconfirm.doc<br><br>As requested.<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

Notes

| | |
|---|---|
| **Created By** | 425wcx |
| **Created Date** | 08/29/2016 |
| **Note Content** | request for appeal extension |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | request for appeal extension |
| **Note** | From: Christine Wild<br>To: Paul Botkin<br>Date: 8/29/2016 1:44 PM<br>Subject: Re. Anthony Ministeri-AECOM decedent<br>CC. Hopson, Jane; Sailor, Peter<br>BC· Wild, Christine<br>Attachments: Wild, Christine.vcf<br><br>Please see my responses in red<br><br>>>> Paul Botkin 8/29/2016 1:07 PM >>><br><br>Chris,<br><br>Per our conversation, it is my understanding that as respects the claim referenced above that RSLI is amenable to extending the Appeal Deadline for another 2 weeks. Please affirm the following:<br><br>1. Date of expiration of initial Appeal deadline. September 12, 2016<br>2. Date of expiration of Appeal extension. September 26, 2016<br>3. Affirmation that such Appeal must be in writing, inclusive of all areas for which the Appeal is based upon. appeal should include all documents regarding the basis for the appeal<br>4. Affirmation of the deadlines on your end for the re-consideration/Appeal process.... Under normal circumstances, you will be notified in writing of the final determination within 60 days of the date we receive your request for review. If we determine that special circumstances require an extension of time for processing, you will ordinarily be notified of the decision no later than 120 days of the date we receive your request for review.<br>5. Specifically to whom such Appeal should be directed to, inclusive of Mailing address, individual/department, telephone contact information, etc. Reliance Standard Life Insurance Company, Quality Review Unit, P.O. Box 7698, Philadelphia, PA 19101-7698<br><br>Many thanks for your flexibility on this Chris, it is much appreciated.<br><br>Best Regards,<br><br>Paul<br><br>Paul M. Botkin<br>Senior Vice President,<br>National Practice Leader<br>National Account Services, Inc<br>11111 Santa Monica Blvd., Suite 1150<br>Los Angeles, CA 90025<br><br>C: 972-849-0732<br>F. 310-479-3080<br><br>PBotkin@NationalAccountServicesInc.com<br><br>As of 11/1/2015 my email address has changed, please update my information.<br><br>This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived. |

Notes

| | |
|---|---|
| Created By | 422apz |
| Created Date | 08/31/2016 |
| Note Content | Two Week Appeal Extension |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Two Week Appeal Extension |
| Note | 08/29/2016 e-mail to Karen McGill<br><br>Karen,<br><br>Per our phone conversation this afternoon, you agreed to extend the appeal period for the above claim an additional two weeks. Please see below.<br><br>Thank you.<br><br>Christine Wild, Manager<br>Life/AD&D Claims<br>Phone: (267) 256-3853<br>Fax: (267) 256-3518 |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 09/16/2016 |
| Note Content | e-mail to QRU re: extension |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail to QRU re: extension |
| Note | From: Jane Hopson<br>To: McGill, Karen<br>CC. Brunner, Eileen; Wild, Christine<br>BC Hopson, Jane<br>Date: 9/16/2016 12:39 PM<br>Subject: APPEAL - Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01<br><br>Karen,<br><br>We received a letter from an Attorney representing the beneficiary requesting a copies of documents which were mailed today overnight. On August 29th you spoke to Chris Wild and agreed to a 2 week appeal extension expiring on 9/26.<br><br>The Atty for the beneficiary is requesting a formal review until 30 days after receiving all documents, Please review Mr. Gardner's letter and advise if the appeal can be extended beyond 9/26.<br><br>Thank you!<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 09/26/2016 |
| Note Content | e-mail to Atty Mark Gardner re: claim file |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | : Ministeri, 2016-04-11-0467-GL-01 |

From: Jane Hopson
To: Gardner, Mark
BC Hopson, Jane
Date: 9/26/2016 4:14 PM
Subject: Re: Ministeri, 2016-04-11-0467-GL-01

Mr. Gardner,

To confirm my message on your voice mail, Proof of UPS delivery receipt was faxed to your office this afternoon confirming the entire claim file on Mr. Ministeri has been delivered to your office on Monday, September 19th.

Thank you!

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you Reliance Standard Life Insurance Company.

>>>
From: "Mark Gardner"
To:
Date: 9/26/2016 2:17 PM
Subject: Ministeri, 2016-04-11-0467-GL-01

This message originated outside of Reliance Standard's Network. Please use caution when opening attachments, clicking links or responding to requests for information.

Ms. Hopson:

In reference to my previous correspondence of September 6, 2016 and my email on September 22, 2016, attached please find my further correspondence. It is noted your September 16, 2016 letter and faxed letter fails to identify the particular individual in your office that will handle this review. If it is not you, kindly forward to their attention. This will also be faxed and mailed out this day.

Thanks,

mark

Mark J. Gardner, Esq

775 Pleasant Street, Suite #7

Weymouth, MA 02189

(781) 337-4221 Phone, ext. 202

(781)337-4248 Fax

(617)-909-5083 Cell

This electronic message and any attachments transmitted with it contain information intended solely for the addressee(s) which may be confidential and/or protected by attorney-client and work product privileges. If you have received this electronic message in error, please notify Mark J. Gardner immediately by telephone or email and destroy the original message and any attachments without making a copy. Thank you.

DISCLOSURE REQUIRED UNDER IRS CIRCULAR 230: IRS Circular 230 regulates written communications about federal tax matters between tax advisors and their clients. To the extent the preceding correspondence and/or any attachment is a written tax advice communication, it is not a full "covered opinion." Accordingly, this advice is not intended and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS regarding the transaction or matters discussed herein.

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 09/27/2016 |
| **Note Content** | E-mail from Atty re: file |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | E-mail from Atty re: file |
| **Note** | From: "Mark Gardner"<br>To:<br>Date: 9/27/2016 9:24 AM<br>Subject: Ministeri Records<br><br>This message originated outside of Reliance Standard's Network. Please use caution when opening attachments, clicking links or responding to requests for information.<br><br>Jane:<br><br>I received your phone message this day with the postage information, if you can forward I would greatly appreciate. I was not here last week from 9/19-9/21, so I will need to confirm who signed off on the package and what if anything happened to it.<br><br>Thanks,<br><br>mark<br><br>Mark J. Gardner, Esq<br>775 Pleasant Street, Suite #7<br>Weymouth, MA 02189<br>(781) 337-4221 Phone, ext. 202<br>(781)337-4248 Fax<br>(617)-909-5083 Cell<br><br>This electronic message and any attachments transmitted with it contain information intended solely for the addressee(s) which may be confidential and/or protected by attorney-client and work product privileges. If you have received this electronic message in error, please notify Mark J. Gardner immediately by telephone or email and destroy the original message and any attachments without making a copy. Thank you.<br><br>DISCLOSURE REQUIRED UNDER IRS CIRCULAR 230: IRS Circular 230 regulates written communications about federal tax matters between tax advisors and their clients. To the extent the preceding correspondence and/or any attachment is a written tax advice communication, it is not a full "covered opinion." Accordingly, this advice is not intended and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS regarding the transaction or matters discussed herein. |

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 09/27/2016 |
| **Note Content** | e-mail to Atty re 9/22 letter |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | e-mail to Atty re 9/22 letter |

From: Jane Hopson
To: Gardner, Mark
Date: 9/27/2016 1:39 PM
Subject: Re: Ministeri Records

Mr. Gardner,

Thank you for your e-mail regarding the claim file. In the meantime, please forward your letter of 9/22 for our file.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

>>>
From: "Mark Gardner"
To:
Date: 9/27/2016 9:24 AM
Subject: Ministeri Records

This message originated outside of Reliance Standard's Network. Please use caution when opening attachments, clicking links or responding to requests for information.

Jane:

I received your phone message this day with the postage information, if you can forward I would greatly appreciate. I was not here last week from 9/19-9/21, so I will need to confirm who signed off on the package and what if anything happened to it.

Thanks,

mark

Mark J. Gardner, Esq

775 Pleasant Street, Suite #7

Weymouth, MA 02189

(781) 337-4221 Phone, ext. 202

(781)337-4248 Fax

(617)-909-5083 Cell

This electronic message and any attachments transmitted with it contain information intended solely for the addressee(s) which may be confidential and/or protected by attorney-client and work product privileges If you have received this electronic message in error, please notify Mark J. Gardner immediately by telephone or email and destroy the original message and any attachments without making a copy. Thank you.

DISCLOSURE REQUIRED UNDER IRS CIRCULAR 230: IRS Circular 230 regulates written communications about federal tax matters between tax advisors and their clients. To the extent the preceding correspondence and/or any attachment is a written tax advice communication, it is not a full "covered opinion." Accordingly, this advice is not intended and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS regarding the transaction or matters discussed herein.

Notes

| | |
|---|---|
| **Created By** | 425wcx |
| **Created Date** | 01/06/2017 |
| **Note Content** | appeal uphold email |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | appeal uphold email |
| **Note** | From: Walters, Drew<br>Sent: Friday, January 06, 2017 10:20 AM<br>To: Hopson, Jane<br>Cc: Wild, Christine<br>Subject: 2016-04-11-0467-GL Ministeri \| Appeal: Denial Upheld<br><br>Good morning:<br><br>The above-referenced denial has been upheld upon appeal; please place the claim back in its appropriate closure status.<br><br>Thanks,<br><br>Drew P. Walters, FMLI FLHC<br>Senior Benefits Analyst<br>Quality Review Unit<br>Reliance Standard Life Insurance Company<br>267.256.3807 |

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 02/08/2017 |
| **Note Content** | e-mail to RGO re: determination |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | e-mail to RGO re: determination |
| **Note** | -----Original Message-----<br>From: Hopson, Jane<br>Sent: Wednesday, February 08, 2017 11:16 AM<br>To: King, Cindy<br>Cc: Smith, Jason<br>Subject: RE: AECOM Technology -Ministeri Life claim<br><br>Hi Cindy,<br><br>Yes there was an appeal and our denial determination was upheld by the Quality Review Unit, letter was sent to Attorney 1/6/2017<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext 3783<br>(267) 256-3783 ( direct)<br>(267) 256-3537 (Fax)<br>jane.hopson@rsli.com<br><br>This e-mail is for intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company<br><br>-----Original Message-----<br>From: King, Cindy<br>Sent: Wednesday, February 08, 2017 11.08 AM<br>To: Hopson, Jane<br>Cc: Smith, Jason<br>Subject: AECOM Technology -Ministeri Life claim<br><br>Hi Jane,<br>Would you be able to tell me if there has been an appeal on the attached claim for Anthony Ministeri?<br><br>GL 151836 - Aecom Technology Corporation - Term'd<br><br>Thank you<br><br>Cindy King<br><br>Cindy King, CPDM<br>Client Service Representative<br>National Accounts<br>Reliance Standard Life Insurance Company<br>3979 Freedom Circle, Suite 650<br>Santa Clara, CA 94054<br>Phone. 800 980 1006 x 17320<br>Direct· 408 361 7320<br>cindy.king@rsli.com |

Notes

| | |
|---|---|
| **Created By** | 425hjm |
| **Created Date** | 02/08/2017 |
| **Note Context** | e-mail to RGO re appeal received |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | e-mail to RGO re appeal received |
| **Note** | -----Original Message-----<br>From: Hopson, Jane<br>Sent: Wednesday, February 08, 2017 12:48 PM<br>To: King, Cindy<br>Cc: Smith, Jason<br>Subject: RE: AECOM Technology -Ministeri Life claim<br><br>Appeal was received 9/26/2016<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext 3783<br>(267) 256-3783 ( direct)<br>(267) 256-3537 (Fax)<br>jane.hopson@rsli.com<br><br>This e-mail is for intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company<br><br>-----Original Message-----<br>From: King, Cindy<br>Sent: Wednesday, February 08, 2017 12:27 PM<br>To: Hopson, Jane<br>Cc: Smith, Jason<br>Subject. RE: AECOM Technology -Ministeri Life claim<br><br>Hi Jane,<br>I want to thank you again for your help this morning, although we are receiving a bunch of follow up questions from the broker. Jason is fielding most of the questions however, would you be able to confirm the date the appeal was received by Reliance?<br><br>Much Appreciated!<br><br>Cindy King, CPDM<br>Client Service Representative<br>National Accounts<br>Reliance Standard Life Insurance Company<br>3979 Freedom Circle, Suite 650<br>Santa Clara, CA 94054<br>Phone: 800 980 1006 x 17320<br>Direct: 408 361 7320<br>cindy.king@rsli.com |

END OF REPORT

RELIANCE STANDARD
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

Life Claims Department
P O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

April 28, 2016

Renee Ministeri
[redacted]
Merrimac MA 01860

Re: Insured: Anthony Ministeri
Policy No: GL 151836
Policyholder: AECOM Technology Corporation
Claim No: 2016-04-11-0467-GL-01

Dear Mrs. Ministeri:

We wish to extend our sincere condolences to you and your family in the loss of your spouse, Anthony Ministeri.

As part of our review, we do need to review the complete file to include the application for benefits and the medical records from Social Security Administration to document eligibility under group life policy GL 151836.

The Notice of Award letter from Social Security Administration indicates Anthony Ministeri became disabled on April 10, 2014 and the Proof of Loss Application completed by AECOM on March 24, 2016 reported Anthony Ministeri last worked on August 8, 2014.

Therefore, please find enclosed a Consent for Release of Information to be signed by you authorizing Social Security Administration to release the complete file to Reliance Standard Life Insurance Company.

Thank you for your immediate response to our request and enclosed is a self-addressed return envelope for your convenience.

Sincerely,

Jane M. Hopson

Jane M. Hopson
Life Claims Department

Enclosure: Consent for Release of Information

**RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**
A MEMBER OF THE TOKIO MARINE GROUP

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

May 11, 2016

SOCIAL SECURITY ADMINISTRATION
NORTHEASTERN PROGRAM SERVICE CENTER
1 JAMAICA CENTER PLAZA
JAMAICA, NY 11432-3898

| Re: | |
|---|---|
| Insured: | Anthony Ministeri |
| Policy No: | GL 151836 |
| Policyholder: | AECOM Technology Corporation |
| Claim No: | 2016-04-11-0467-GL-01 |

Dear SOCIAL SECURITY ADMINISTRATION:

Enclosed is a Consent for Release of Information singed by Renee Ministeri, Next-of-Kin for release of the complete medical file and the application for benefits.

We are also enclosing a Life Claim Authorization signed by Renee Ministeri.

Should you have any questions, please contact our office at (800) 351-7500 ext., 3783. In the event there is a fee for these records, please fax the bill to (267) 256-3537.

Sincerely,

*Jane M. Hopson*

Jane M. Hopson
Life Claims Department

Enclosure: Life Claim Authorization/Consent for Release of Information

**RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**
**A MEMBER OF THE TOKIO MARINE GROUP**

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

May 27, 2016

Renee Ministeri
[redacted]
Merrimac MA 01860

Re: Insured: Anthony Ministeri
Policy No: GL 151836
Policyholder: AECOM Technology Corporation
Claim No: 2016-04-11-0467-GL-01

Dear Mrs. Ministeri:

This letter is regarding our telephone conversation pertaining to Anthony Ministeri's Social Security file.

As discussed, we did request the file from Social Security Administration and you indicated you do have a copy of the application that Mr. Ministeri completed for Social Security Disability Benefits. To date, we have not received a copy of the application and are enclosing a self-addressed envelope for your convenience in providing this information at your earliest convenience.

Should you have any questions, please contact me directly at (800) 351-7500 ext. 3783.

Sincerely,

*Jane M. Hopson*

Jane M. Hopson
Life Claims Department

**RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**
**A MEMBER OF THE TOKIO MARINE GROUP**

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

July 8, 2016

Renee Ministeri
[redacted]
Merrimac, MA 01860

Re: Insured: Anthony Ministeri
Policy No: GL 151836
Policyholder: AECOM Technology Corporation
Claim No: 2016-04-11-0467-GL-01

Dear Mrs. Ministeri:

This letter concerns your claim for life insurance benefits under GL 151836 ("the Policy") issued to AECOM Technology Corporation ("AECOM"). We have completed our review of this claim and determined that no insurance was in force on the date of death. The basis for our determination is explained below.

Anthony Ministeri's coverage under the Policy terminated no later than May 2, 2015, which was prior to his passing on October 2, 2015.

Anthony Ministeri was hired by *AECOM Technology Corporation* ("AECOM") on April 1, 2014. That same month, he began to experience confusion and disorientation. During a May 2, 2014 business trip to New York, he found himself lost and required assistance to find his hotel room. He presented in the Emergency Room at Anna Jaques Hospital on May 7, 2014 complaining of confusion and difficulty performing usual activities, such as dressing and driving. A CT Scan that same day revealed a brain lesion.

Biopsies were performed at Beth Israel Deaconess Medical Center on May 12 and May 21, 2014, ultimately confirming the diagnosis of glioblastoma. Biopsy discharge instructions stated that clearance to drive and return to work [would] be addressed at [Mr. Ministeri's] post-operative office visit. Concurrent radiation and chemotherapy were initiated on June 10 and continued through July 23, 2014. On July 28, Mr. Ministeri requested a referral for outpatient physical therapy.

On August 10, 2014, Mr. Ministeri experienced a sudden onset of chest pain and shortness of breath and suffered a fall at home.

AECOM confirmed that Mr. Ministeri was unable to perform any work on or after August 8, 2014.

The Policy specifies when life insurance coverage terminates. It states in relevant part:

*INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION*

...

***TERMINATION OF INDIVIDUAL INSURANCE:*** *The insurance of an Insured will terminate on the first of the following to occur:*

...

*(2)* the date the Insured ceases to be in a class eligible for this insurance;...

***SCHEDULE OF BENEFITS***

...

***ELIGIBLE CLASSES***: *Each Active, Full-time and Fixed Part-time Corporate Vice President and above of AECOM Technology Corporation...*

***DEFINITIONS***

...

*"Part-time" means working for [AECOM Technology Corporation] for a minimum of 20 hours during a person's regularly scheduled work week.*

When Anthony Ministeri fell below 20 hours of work per week, his insurance under the Policy would terminate as he would no longer be considered *Part-time* (as defined) and would no longer be a member of an *Eligible Class.*

Mr. Ministeri's job consisted primarily of business travel. The job description provided by AECOM states:

*Physical Requirements*

*Ability to travel on a national and international basis...Travel to be 90%, with at least 50% regionally based (East Coast) and 50% to represent the rest of the country and international travel.*

During Mr. Ministeri's scheduled 24 hour work week, he would spend approximately 21.6 hours (or 90%) traveling on business. The remaining time (approximately 2.4 hours per week) were spent working from home.

Peggy Larsen of AECOM confirmed that "**Mr. Ministeri was not able or expected to perform his job at home**, as the job required regular and frequent travel throughout the United States to clients to perform business development (sales), do presentations, attend project-specific client meetings, and seek out leads for new business via personal meetings. While all execs perform some work at home between meetings, such as preparing or reviewing financial reports and contracts, Mr. Ministeri was not working from home any more than other Business Executives" (emphasis added).

This is also consistent with Mr. Ministeri's application for Social Security disability benefits in which he stated that "[he] traveled to a lot of sites."

As a result, Mr. Ministeri would have dropped below 20 hours of work per week (and his coverage under the Policy would terminate) at the point at which he was no longer able to travel.

Mr. Ministeri himself reported to the Social Security Administration (on January 16, 2015) that he stopped working because of his disabling condition on April 10, 2014. He further reported that the last day he worked as a "Sr. VP project engineer" was on April 10, 2014.

The May 19, 2014 office notes of Dr. Erik Uhlmann, MD, however, confirm that business travel continued until May 2, 2014. They state in relevant part:

5/2/14 Confusion during a business trip to NYC.

To determine whether Mr. Ministeri was physically able to travel for business at any point after May 2, 2014, we asked our Medical Unit to review all available medical records. They concluded:

*Based on claimant's condition as of 5/2/14 through 8/8/14 ...claimant was precluded from driving by his physicians and given his unstable gait, feelings of cognitive slowness and noted behavioral changes he would not have expected to be capable of travel especially unaccompanied.*

In an abundance of caution, we asked AECOM for any travel records, receipts, expense reports or itineraries which might document additional business travel, but they were unable to provide any additional information.

Finally, we also contacted you directly and asked whether Mr. Ministeri began working exclusively from home after the business trip to New York in early May. You responded that "[this] sounded about right."

We understand that Mr. Ministeri was performing some work at home. The July 31, 2014 notes of Dr. Collins state:

*[Mr. Ministeri] also explained that he would like to return back to work. He has been doing some work from home online, but now he is hoping to be able to become a bit more active, not fulltime, but this would require him to fly and a lot of his work would be on the West Coast because of potential increased pressure in the brain I asked him to make sure he addresses this with Dr. Oman...*

As a result, we have determined that Mr. Ministeri ceased to be a member of an *Eligible Class* no later than the conclusion of his May 2, 2014 business trip to New York.

The Policy, however, allowed Mr. Ministeri's insurance to remain in force for (not longer than) an additional 12 months, until May 2, 2015. Once again, the Policy states in relevant part:

***INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION***

...

***CONTINUATION OF INDIVIDUAL INSURANCE:*** *The insurance of an Insured may be continued, by payment of premium, beyond the date the Insured ceases to be eligible for this insurance, but not longer than:*

*(1) Twelve (12) months, if due to illness or injury.*

As a result, Mr. Ministeri's insurance coverage under the Policy terminated on or about May 2, 2015 and was not in force on October 2, 2015, the date of his passing.

We regret our decision is not favorable.

This claim determination reflects an evaluation of the claim facts and policy provisions. We reserve the right to make a determination on any additional conditions that may be submitted.

The Policyholder will be notified of our determination under separate cover and to refund any premiums paid for this coverage beyond the date coverage terminated on May 2, 2015.

Below is a statement of Reliance Standard Life Insurance Company's appeal review procedure for the claimant:

You may request a review of this determination by submitting your request in writing to:

Reliance Standard Life Insurance Company
Quality Review Unit
P.O. Box 7698
Philadelphia, PA 19101-7698

This written request for review must be submitted within 60 days of your receipt of this letter. Your request should state any reasons why you feel this determination is incorrect, and should include any written comments, documents, records, or other information relating to your claim for benefits. Only one review will be allowed, and your request must be submitted within 60 days of your receipt of this letter to be considered.

Under normal circumstances, you will be notified in writing of the final determination within 60 days of the date we receive your request for review. If we determine that special circumstances require an extension of time for processing, you will ordinarily be notified of the decision no later than 120 days of the date we receive your request for review.

We will, upon specific request and free of charge, provide copies of all documents, records, and/or other information relevant to your claim for benefits.

In the event that your claim is subject to the Employee Retirement Income Security Act of 1974 ("the Act"), you have the right to bring a civil action under section 502(a) of the Act following an adverse benefit determination on review. Your failure to request a review within the 60 days of your receipt of this letter may constitute a failure to exhaust the administrative remedies available under the Act, and may affect your ability to bring a civil action under the Act.

Section 2695.7 (b) (3) of the Regulations of the California Insurance Department requires that our Company advise you that if you wish to take this matter up with the California department of Insurance, you may contact the California Department of Insurance. Their address and toll free number follows:

California Department of Insurance
Claims Services Bureau
300 South Spring Street, 11th Floor
Los Angeles, CA 90013

Toll-free Consumer Hotline in California (800) 927-4357
or (213) 897-8921 outside California and Area Codes 213, 310 and 818.

Nothing in this letter should be construed as a waiver of Reliance Standard Life Insurance Company's rights and defenses under the above captioned policy, and all these rights and defenses are reserved to the Company whether or not specifically mentioned herein.

Please contact this office if you should have any questions.

Sincerely,

*Jane M. Hopson*

Jane M. Hopson
Life Claims Department

**RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**
**A MEMBER OF THE TOKIO MARINE GROUP**

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

July 8, 2016

AECOM Technology Corporation
Attn: Peggy Larsen
515 S. Flower Street, Suite 1050
Los Angeles, CA 90071

Re: Insured: Anthony Ministeri
Policy No: GL 151836
Policyholder: AECOM Technology Corporation
Claim No: 2016-04-11-0467-GL-01

Dear Ms. Larsen:

This letter is to inform you that the above referenced claim for group life insurance benefits has been denied.

A more detailed denial letter has been sent to Renee Ministeri outlining the basis of our determination and the appeal procedure should Renee Ministeri wish to file an appeal. Due to the confidential nature of the information contained within this letter, we cannot release a copy to you without the specific written consent of the beneficiary.

The Policy specifies when life insurance coverage terminates. It states in relevant part:

> ***INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION***
>
> ...
>
> ***TERMINATION OF INDIVIDUAL INSURANCE:*** *The insurance of an Insured will terminate on the first of the following to occur:*
>
> ...
>
> *(2)* the date the Insured ceases to be in a class eligible for this insurance;...
>
> ***SCHEDULE OF BENEFITS***
>
> ...
>
> ***ELIGIBLE CLASSES***: *Each Active, Full-time and Fixed Part-time Corporate Vice President and above of AECOM Technology Corporation...*
>
> ***DEFINITIONS***
>
> ...
>
> *"Part-time" means working for [AECOM Technology Corporation] for a minimum of 20 hours during a person's regularly scheduled work week.*

According to the information provided in PART A: Employer/Administrator Information of the Proof of Loss Claim Statement signed by you on March 24, 2016, Mr. Ministeri last worked on August 8, 2014 and he was scheduled to work 24 hours per week.

Based on our review of the medical records from various sources and the social security file, Mr. Ministeri fell below 20 hours of work per week and therefore would no longer be considered Part-time as defined under the policy and would no longer be considered under the eligible class.

As a result, we have determined that Mr. Ministeri ceased to be in an eligible class no later than the conclusion of his May 2, 2014 business trip to New York. We have not received any additional information to support that Mr. Ministeri worked from home or was able to travel since his last business trip on May 2, 2014.

In your e-mail of June 3, 2016 you confirmed that "Mr. Ministeri was not able or expected to perform his job at home, as the job required regular and frequent travel throughout the United States to clients to perform business development (sales), do presentations, attend project - specific client meetings, and seek out leads for new business via personal meetings. While all execs perform some work at home between meetings, such as preparing or reviewing financial reports and contracts, Mr. Ministeri was not working from home any more than other Business Executives".

We requested travel records, receipts, expense reports or itineraries from AECOM which might document additional business travel, but AECOM was unable to provide any additional information.

The Policy, however allowed Mr. Ministeri's insurance to remain in force for (not longer than) an additional 12 months, until May 2, 2015 in accordance to the *Continuation of Individual Insurance* provision as defined in the policy provision *Individual Eligibility. Effective Date and Termination*

> ***INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION***
>
> ***CONTINUATION OF INDIVIDUAL INSURANCE***: The insurance of an Insured may be continued, by payment of premium, beyond the date the Insured ceases to be eligible for this insurance, but not longer than:
>
> (1) twelve (12) months, if due to illness or injury; or

As result, Mr. Ministeri's insurance coverage under the Policy terminated on or about May 2, 2015 and was not in force on October 2, 2015, the date of his passing.

If you should have any questions, please contact us at 1-800-351-7500, ext 3783.

Sincerely,

*Jane M. Hopson*

Jane M. Hopson
Life Claims Department

**RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**
**A MEMBER OF THE TOKIO MARINE GROUP**

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

September 16, 2016

Mark J. Gardner
Jennings, Jennings & Fishman
Attorneys & Counselors at Law
775 Pleasant Street, Suite 7
Weymouth, MA 02189

| Re: | | |
|---|---|---|
| | Insured: | Anthony Ministeri |
| | Policy No: | GL 151836 |
| | Policyholder: | AECOM Technology Corporation |
| | Claim No: | 2016-04-11-0467-GL-01 |

Dear Mr. Gardner:

We are in receipt of your letter pertaining to Anthony Ministeri.

As requested, enclosed is a copy of the claim file documents.

Your request for an appeal extension will be discussed with our Quality Review Unit and you will be notified accordingly.

Should you have any questions, please contact our office.

Sincerely,

*Jane M. Hopson*

Jane M. Hopson
Life Claims Department

Enclosure: Claim File Documents

RELIANCE STANDARD
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

September 16, 2016

September 16, 2016

Mark J. Gardner
Jennings, Jennings & Fishman
Attorneys & Counselors at Law
775 Pleasant Street, Suite 7
Weymouth, MA 02189

Fax: (781) 337-4248

Re: Insured: Anthony Ministeri
Policy No: GL 151836
Policyholder: AECOM Technology Corporation
Claim No: 2016-04-11-0467-GL-01

Dear Mr. Gardner:

Please be advised we are in receipt of your letter and the copy of the claim file has been sent out today for overnight delivery.

Your request for an appeal extension was discussed with our Quality Review Unit and since we already granted an extension to September 26, 2016, we are requesting that you present your appeal with documentation by September 26, 2016 to the Quality Review Unit. Should you require an additional extension, you may discuss your request with the individual assigned to this appeal.

Should you have any questions, please contact our office.

Sincerely,

*Jane M. Hopson*

Jane M. Hopson
Life Claims Department

**RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**
**A MEMBER OF THE TOKIO MARINE GROUP**

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

September 26, 2016

Mark J. Gardner
Jennings, Jennings & Fishman
Attorneys & Counselors at Law
775 Pleasant Street, suite 7
Weymouth, MA 02189

Fax: (781) 337-4248

| Re: Insured: | Anthony Ministeri |
|---|---|
| Policy No: | GL 151836 |
| Policyholder: | AECOM Technology Corporation |
| Claim No: | 2016-04-11-0467-GL-01 |

Dear Mr. Gardner:

We are in receipt of the appeal pertaining to Anthony Ministeri.

The appeal will be forwarded to the Quality Review Unit for review and will be assigned to an Individual to handle the appeal.

To confirm my message on your voice mail, enclosed please find Proof of Delivery of the file copy of 10.30 lbs delivered to your office on 9/19/2016 @ 12:14 P.M.

Please call our office should you have any further questions regarding receipt of the claim file.

Also, any information received not relevant to the appeal on Anthony Ministeri should be shredded.

Sincerely,

*Jane M. Hopson*

Jane M. Hopson
Life Claims Department

Enclosed: UPS Proof of Delivery

RELIANCE STANDARD
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

October 6, 2016

Mark J. Gardner
Jennings, Jennings & Fishman
775 Pleasant Street, Suite 7
Weymouth, MA 02189

Re: Insured: Anthony Ministeri
Policy No: GL 151836
Policyholder: AECOM Technology Corporation
Claim No: 2016-04-11-0467-GL-01

Dear Mark J. Gardner:

We have received your letter requesting a review of the adverse benefit determination in the above claim.

The representative handling your request will be conducting a review of your claim file and will contact you if any additional information is needed or if there will be any delay. To the extent that additional information is needed, Reliance Standard Life will toll the relevant time frames for reaching an appeal determination from the time of our request for additional information until such time as we receive the requested information.

Please also complete and return the enclosed authorization to Drew Walters, Senior Benefit Analyst which will allow Reliance Standard Life's Quality Review Unit to obtain updated medical information if it is needed during the review of your appeal.

In the interim, if you have any new or additional information regarding your appeal, please contact Drew Walters, Senior Benefit Analyst at 267-256-3807.

Sincerely,

Claims Department

RELIANCE STANDARD
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

## LIFE CLAIM AUTHORIZATION FOR USE IN OBTAINING INFORMATION

NAME OF DECEDENT: ______________________________
DECEDENT'S DATE OF BIRTH: ______________________________
DATE OF DEATH: ______________________________
BENEFICIARY: ______________________________
NEXT OF KIN OR LEGAL REPRESENTATIVE OF
DECEDENT'S ESTATE: ______________________________
RELATIONSHIP: ______________________________
*(If Executor, Administrator etc., Provide Appropriate Court Order)*

To all physicians and other health care professionals, hospitals, other health care institutions, insurers, medical, hospital and prepaid health plans, pharmacies, pharmacy benefit managers, employers, group policyholders, contract holders, governmental agencies (including but not limited to the Internal Revenue Service and the Social Security Administration), private and/or public benefit plan administrators, and/or attorney representatives, including but not limited to covered entities and business associates under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the accompanying regulations:

You are authorized to provide Reliance Standard Life Insurance Company and/or its authorized administrators with information concerning medical care, advice, and/or treatment provided to the above named Decedent, and/or any employment, salary and/or benefit-related information concerning the above named Decedent. I understand that the disclosure of information may include disclosure of protected health information under HIPAA and the accompanying regulations, information regarding treatment for mental illness, the human immunodeficiency virus (HIV) and/or the use of drugs and alcohol. I also understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and will no longer be subject to protection under HIPAA and the accompanying regulations. A statement of Reliance Standard Life Insurance Company's privacy policy is available at www.rsli.com or upon request.

I understand that any such information will be used for the purpose of evaluating my claim for benefits. Upon request, I understand that I am entitled to receive a copy of this Authorization. This Authorization is valid from the date signed for the duration of the claim, and may be revoked by me at any time upon written request to the address below. A reproduction of this Authorization shall be considered as valid as the original.

______________________ ______________________________
Date Beneficiary's Signature

**If the Beneficiary is not the Decedent's next of kin or legal representative, the next-of-kin or authorized legal representative of the Decedent's Estate must sign below:**

______________________ ______________________________
Date Authorized Person's Signature

Description of Authorized Person's authority to sign on behalf of Insured: ________________

RELIANCE STANDARD
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

October 13, 2016

Mark J. Gardner, Esq.
Jennings, Jennings & Fishman
775 Pleasant Street, Suite 7
Weymouth, MA 02189

| Re: Insured: | Anthony Ministeri |
| --- | --- |
| Policy No: | GL 151836 |
| Policyholder: | AECOM Technology Corporation |
| Claim No: | 2016-04-11-0467-GL-01 |

Dear Mr. Gardner:

This letter serves as an update regarding the appeal review of the above-referenced Group Life claim. In your letter of appeal, you noted a reservation of right to appeal until 30 days after receiving the administrative record. Please accept this letter as an acknowledgement of your 30-day allotment to review said record.

Because statutory and internal guidelines set strict deadlines for completion of an appeal review, the allotted time for you to review and potentially respond to the record will toll the statutory time frames for reaching an appeal determination, from the time of your initial appeal letter until the 30 days has expired and/or you notify us to move forward.

Thank you for your patience and cooperation during this review process. Should you have any question or concerns, please feel free to contact me directly at 1-800-351-7500, extension 3807.

Sincerely,

*Drew P. Walters*

Drew P. Walters
Senior Benefit Analyst
Quality Review Unit

**RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**
**A MEMBER OF THE TOKIO MARINE GROUP**

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

November 11, 2016

Mark J. Gardner, Esq.
Jennings, Jennings & Fishman
775 Pleasant Street, Suite 7
Weymouth, MA 02189

| Re: | | |
|---|---|---|
| | Insured: | Anthony Ministeri |
| | Policy No: | GL 151836 |
| | Policyholder: | AECOM Technology Corporation |
| | Claim No: | 2016-04-11-0467-GL-01 |

Dear Mark J. Gardner:

This letter serves as an update regarding the appeal review of the above-referenced Group Life claim. In our letter to you dated October 13, 2016, we acknowledged that you noted a reservation of right to appeal until 30 days after receiving the administrative record. To date, we have not received a response. Please note we will begin our review of the appeal within 15 days of the date of this letter; should you require more time, please advise accordingly.

Because statutory and internal guidelines set strict deadlines for completion of an appeal review, the allotted time for you to review and potentially respond to the record will toll the statutory time frames for reaching an appeal determination, from the time of your initial appeal letter until the 15 days has expired and/or you notify us to move forward.

Thank you for your patience and cooperation during this review process. Should you have any question or concerns, please feel free to contact me directly at 1-800-351-7500, extension 3807.

Sincerely,

*Drew P. Walters*

Drew P. Walters
Senior Benefit Analyst
Quality Review Unit
Quality Review Unit

**RELIANCE STANDARD**
**LIFE INSURANCE COMPANY**
A MEMBER OF THE TOKIO MARINE GROUP

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

January 6, 2017

Mark J. Gardner, Esq.
Jennings, Jennings & Fishman
775 Pleasant Street, Suite 7
Weymouth, MA 02189

Re: Insured: Anthony Ministeri
Policy No: GL 151836
Policyholder: AECOM Technology Corporation
Claim No: 2016-04-11-0467-GL-01

Dear Mr. Gardner:

We are writing to you regarding the appeal of our decision to deny Mr. Ministeri's beneficiary's claim for Group Life benefits. Please be advised that Reliance Standard Life Insurance Company ("RSL") strives to treat all claimants fairly and evaluate claims submitted to us in an objective and equitable manner.

Under RSL's guidelines Mr. Ministeri's beneficiary is entitled to an independent review of the claim facts and the determination made regarding eligibility for benefits. The file was referred to our Quality Review Unit to conduct such a review. This review has been conducted separately from the individual(s) who made the original decision to deny benefits.

We have conducted an independent review of his claim file and have determined that our original decision to deny benefits was appropriate.

The Claims Department received the completed application for Group Life benefits on April 11, 2016, and began its review to determine if Mr. Ministeri's beneficiary was eligible to receive benefits under Group Life 151836 ("the Policy"). A portion of this review sought to determine whether Mr. Ministeri was eligible for coverage under the Policy at the time of his death, October 2, 2015; the Claims Department ultimately concluding that he was not. This determination was communicated to Ms. Renee Ministeri in a letter dated July 8, 2016, which also provided instructions in the event she wished to submit a written request for review of this determination.

On August 10, 2016, the Claims Department received an email from Peggy Larson, a representative of our Policyholder, AECOM Technology Corporation ("AECOM"), which included a copy of Mr. Ministeri's timesheets and statements from Susan Glassey, a Human Resource Director at AECOM, and Brian O'Kane, to whom Mr. Ministeri reported. The email and statements indicated that Mr. Ministeri continued to work in a limited, part-time capacity until August 8, 2014.

In a letter dated September 6, 2016, you advised us of your representation of Ms. Ministeri and formally requested a review of the denial. The letter requested a copy of the relevant claim documents

and reserved the right to augment the appeal within 30 days of your receipt of said documentation. On September 26, 2016, we received your completed appeal submission. The first paragraph of the letter indicated that the incorrect claim documentation was received. It was later confirmed by the Claims Department that the requested documentation was delivered to your office on September 19, 2016 via UPS.

However, in deference to ensuring Ms. Ministreri was afforded a full and fair review of her appeal, we extended the deadline for your completed appeal submission an additional 30 days. We received your supplemental appeal letter dated November 21, 2016, on November 29, 2016, wherein you included all of the original arguments made in your September 26, 2016, letter. In citing facts pursuant to Mr. Ministeri's employment with AECOM, you wrote the following, quoted here in relevant part:

> *Later in April 2014, Mr. Ministeri began to experience confusion and disorientation. During a May 2, 2014 business trip to New York, he found himself lost and required assistance to find his hotel room. Returning home, he presented in the emergency room at Anna Jacques Hospital on May 7, 2014 complaining of confusion and difficulty performing usual activities, such as dressing and driving. A CT scan that day revealed (sic) w brain lesion. On May 12 and May 21, 2014, biopsies were performing at Beth Israel Deaconess Medical Center confirming the diagnosis of glioblastoma...Concurrent (sic) radiant and chemo therapy were initiated on June 10, 2014, and continued through July 23, 2014.*

Your letter then cites Mr. Ministeri's payroll records for this period indicating that he continued to work "during this entire time". While a review Mr. Ministeri's payroll records clearly documents that he was continuously paid during this period of time, we must note that the payroll records do not adequately provide evidence that he continued to work. Specifically, you note that Mr. Ministeri was in the emergency room on May 7, 2016, complaining of an inability to dress himself. His timesheet noted that he worked eight hours on May 7, 2016. He was further credited for 8 hours of work on May 21, 2014, when he underwent a biopsy, and routinely credited for working 24 hours per week through the period when he underwent concurrent radiation and chemotherapy.

While the timesheets and payroll records provide clear documentation that Mr. Ministeri continued to be paid by AECOM beyond the May 2, 2014, incident on his business trip, they fail to provide documentation that Mr. Ministeri was truly working during this period. Exhibit C attached to the appeal request cites a statement from Brian O'Kane, Mr. Ministeri's manager at AECOM, quoted here in relevant part:

> *As Anthony Ministeri's manager, for the time period of April 1, 2014-August 8, 2014, I did approve his timesheets. Anthony, once diagnosed did need treatments, which interfered with his ability to travel on the job. However, he worked from home during this time period...*

Of note, this email directly contrasts a response regarding Mr. Ministeri's ability to work from home provided by Ms. Larsen via email on May 27, 2016, wherein she wrote the following:

*Mr. Ministeri was not able or expected to perform his job at home, as the job required regular and frequent travel throughout the United States to clients (sic) to perform business development (sales), do presentations, attend project -specific client meetings, and seek out leads for new business via personal meetings. While all execs perform some work at home between meetings, such as preparing or reviewing financial reports and contracts, Mr. Ministeri was not working from home any more than other Business Executives.*

Your appeal letter further argues that the Claims Department's decision as "arbitrary and capricious", opining that the denial was "centered" on Mr. Ministeri's application for Social Security Disability Benefits (SSD), quoted here in relevant part:

*...the denial centered on Mr. Ministeri's SSA application for benefits, which he claimed, rightfully so, that his disability began (sic) on when he collapsed in early April 2014...Mr. Ministeri would not be (sic) eligibility for SSA benefits until he was unable to engage in "substantial gainful activity."...he was performing his job until August 8, 2014, which under SSA definition is considered "substantial gainful activity".*

Regarding the above argument that Mr. Ministeri was performing his "job" until August 8, 2014, Mr. O'Kane clearly documenting that Mr. Ministeri was working from home and Ms. Larsen conversely stating that he was "not working from home any more than other Business Executives", the Policy contains the following relevant language, bolded here for emphasis:

***TERMINATION OF INDIVIDUAL INSURANCE:*** *The insurance of an Insured will terminate on the first of the following to occur:*

*(1) the date the Policy terminates; or*
***(2) the date the Insured ceases to be in a class eligible for this insurance;*** *or*
*(3) the date the Participating Unit ceases to be a Participating Unit under this Policy; or*
*(4) the end of the period for which premium has been paid for the Insured; or*
*(5) the date the Insured enters military service (not including Reserve or National Guard).*

***ELIGIBLE CLASSES: Each Active Full-time and Fixed Part-time*** *Corporate Vice President and above of AECOM Technology Corporation (hereinafter referred to as the Participating Unit, or as "you", "your" or "yours" where applicable), under Participating Unit Number GL 151836, effective January 1, 2014, as amended through November 1, 2014, except any person employed on a temporary or seasonal basis.*

*"Part-time" means working for you for a minimum of 20 hours during a person's regularly scheduled work week.*

***INDIVIDUAL REINSTATEMENT:*** *The insurance of a terminated person may be reinstated if he/she is:*

*(1)    on an approved leave of absence; or*
*(2)    on temporary lay-off.*

*The person must return to **active work** with you within the period of time shown on the Schedule of Benefits. He/she must also be a member of a class eligible for this insurance.*

*The Person will not be required to fulfill the eligibility requirements of the Policy again. The insurance will go into effect on the day he/she returns to **active work**. If a Person returns after having resigned or having been discharged, he/she will be required to fulfill the eligibility requirements of the Policy again.*

*If a Person returns after terminating insurance at his/her request or for failure to pay premium when due, proof of good health must be approved by us before he/she may be reinstated.*

***"Actively at work" and "active work"*** *means the person actually performing on a Full-time or Part-time basis each and every duty pertaining to his/her job in the place where and the manner in which the job is normally performed. This includes approved time off such as vacation, jury duty and funeral leave, but does not include time off as a result of injury or illness.*

As quoted, the Policy's *Termination of Individual Insurance* language mandates that an individual Insured's coverage terminates on the date he or she fails to be a member of an *Eligible Class*; the Policy further classifies *Eligible Classes* to include *Active*, Full and fixed *Part-time* employees. The Policy then defines *Part-time* to requiring working a minimum of 20 hours per week.

As discussed in your above-quoted timeline, Mr. Ministeri was symptomatic as of a May 2, 2014, business trip, finding himself "lost" and requiring assistance to "find his hotel room". Five days later, on May 7, 2014, he presented to Anna Jacques Hospital emergency department, where he reported, according to medical records on file, "difficulty with balance and orientation". He was then transferred to Beth Israel Hospital. A treatment note from Beth Israel—dated May 13, 2014, and time stamped at 12:13 pm—included the following summary of Mr. Ministeri's treatment, quoted in relevant part:

*61M [year old male] presenting [status-post] R brain biopsy...[Patient] was sent to BIDMC ED on 5/7 for further [work up] and admitted to neurosurgery service, was started on decadron and keppra and discharged on 5/9 with plan to return on 5/12 for biopsy, which was performed as scheduled and complicated by unexpected bleeding noted from biopsy site intraoperatively. [Patient] was sent to the [Surgical Intensive Care Unit] for monitoring, and presents today for PT eval for possible home discharge.*

Thus, according to documentation on file, Mr. Ministeri was hospitalized on May 7, 2014, for two days. He then returned and had a brain biopsy on May 12, 2014, and was kept overnight in the Surgical Intensive Care Unit due to "unexpected bleeding". In assessing this timeline relative to the timecards available, we must assert that Mr. Ministeri clearly did not work on May 7, 2014, given his hospital admission following the May 2, 2014, symptomatic episode; furthermore, given he was being evaluated for possible home discharge after a brain biopsy and "unexpected bleeding" on May 13, 2014, he did not work on this day either.

Thus, during the time periods ending May 9, 2014, and May 16, 2014, Mr. Ministeri clearly did not work 20 hours, given the serious nature of his condition and diagnostic work-up. As he did not work a minimum of 20 hours, he failed to meet the Policy's definition of *Part-time* and was thusly no longer a member of an *Eligible Class*. As he ceased to be a member of an *Eligible Class*, his coverage terminated as of the date as of the cessation in accord with the Policy's *Termination of Individual Insurance* language.

In order for Mr. Ministeri to have reinstated his coverage, we must defer to the Policy's *Individual Reinstatement* provision, which states that the insurance of terminated person may be reinstated if they were on a temporary layoff or approved leave of absence; however, the provision mandates that an insured must return to *active work*. As quoted above, the Policy defines *active work* to mean the person "actually performing on a Full-time or Part-time basis each and every duty pertaining to his/her job in the place where and the manner in which the job is normally performed".

In considering these facts in accord with Mr. O'Kane's declaration that Mr. Ministeri worked from home following May 2, 2014, and the totality of documentation within the claim file that corroborates that Mr. Ministeri ceased traveling after the May 2, 2014, symptomatic episode, we must further conclude that Mr. Ministeri never returned to *active work*, as defined by the Policy, given he clearly was not performing his job in the place where it was normally performed and that travel constituted a duty pertaining to his job which he was unable to perform.

In this regard, the Claims Department's assertion that Mr. Ministeri's coverage terminated as of May 2, 2014, appears correct. While Mr. Ministeri may have been performing substantially gainful activity to August 10, 2014, in accord with the Social Security Administration's guidelines, his eligibility for coverage under the Policy is subject to the specific language of the Policy, which defines *active work* as quoted above—and the totality of documentation on file clearly supports that Mr. Ministeri did not return to *active work* after May 2, 2014.

While your appeal letter argues that the Claims Department's determination was arbitrary and capricious, our review of said determination has concluded that not only was it reasonable based upon the documentation on file, it was accurate. Mr. Ministeri's coverage appears to have terminated as of May 2, 2014, and absolutely terminated as of the pay period ending May 9, 2014, given documentation on file clearly documents was incapable of working the hours reported on his timecard and, in fact, worked less than the Policy's defined definition of *Part-time*. As he never returned to *active work*, which is not only verified by statements by employees of AECOM but also Mr. Ministeri's medical records, his coverage never resumed. Furthermore, as quoted above, the claim record contains conflicting statements from representatives of AECOM, specifically Mr. O'Kane stating "he worked

from home" after his symptomatic episode on May 2, and Ms. Larsen stating Mr. Ministeri "was not able or expected to perform his job at home".

By payment of premium, Mr. Ministeri's coverage was then continued[1] to July 2, 2014, or July 9, 2014, at the latest. As of Mr. Ministeri's October 2, 2015, date of death, coverage was not in force.

Your letter of appeal also contains discussion of your opinion that reliance "failed to provide any document to Mr. Ministeri regarding specific information regarding the Termination of Individual Insurance and eligibility or Waiver of Premium in event of total Disability, including limitations on the continued life insurance coverage." In this regard, please note that RSL is the Claims Review Fiduciary for the Policy and not the Plan Administrator. As such, RSL does not maintain records of each employee's status, including any terminations or changes to coverage. The Policy contains the following language in its *General Provisions:*

> ***RECORDS MAINTAINED***
>
> *You must maintain records of all Insureds. Such records must show the essential data of the insurance, including new persons, terminations, changes, etc. This information must be reported to us regularly. We reserve the right to examine the insurance records maintained at the place where they are kept. This review will only take place during normal business hours.*

We regret that our decision could not have been more favorable to Ms. Ministeri; however, we are limited by the provisions of the Policy. Please be advised that our claim decision is now final as Ms. Ministeri has exhausted any administrative remedies available to her under the terms of the Policy.

Nothing in this letter should be construed as a waiver of any of RSL's rights and defenses under the above captioned policy, and all of these rights and defenses are reserved to the Company, whether or not specifically mentioned herein.

We will, upon specific request and free of charge, provide copies of all documents, records, and/or other information relevant to his claim for benefits. We will also, upon specific request and free of charge, provide copies of any internal rule, guideline, protocol or other similar criterion (if any) relied upon in making this determination.

In the event that his claim is subject to the Employee Retirement Income Security Act of 1974 ("the Act"), Mr. Ministeri has the right to bring civil action under section 502(a) of the Act following an adverse benefit determination on review. Ms. Ministeri and her plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what she may be

---

[1] In accord with the following Policy provision: **CONTINUATION OF INDIVIDUAL INSURANCE:** The insurance of an Insured may be continued, by payment of premium, beyond the date the Insured ceases to be eligible for this insurance, but not longer than:

(1) twelve (12) months, if due to illness or injury; or
(2) three (3) months, if due to temporary lay-off or approved leave of absence; or
(3) one hundred twenty (120) days, if due to a furlough.

eligible for is to contact your local U.S. Department of Labor Office and your State insurance regulatory agency.

The Policy also contains the following relevant language:

> ***LEGAL ACTION:*** *No legal action may be brought against us to recover on this Policy within sixty (60) days after written proof of loss has been given as required by this Policy. No action may be brought after three (3) years (Kansas, five (5) years; South Carolina and Michigan, six (6) years) from the time written proof of loss is required to be submitted.*

Section 2695.7 (b) (3) of the Regulations of the California Insurance Department requires that our Company advise you that if you wish to take this matter up with the California department of Insurance, you may contact the California Department of Insurance. Their address and toll free number follows:

California Department of Insurance
Claims Services Bureau
300 South Spring Street, 11th Floor
Los Angeles, CA 90013

Toll-free Consumer Hotline in California (800) 927-4357
or (213) 897-8921 outside California and Area Codes 213, 310 and 818.

Sincerely,

Drew P. Walters
Senior Benefits Analyst
Quality Review Department

**RELIANCE STANDARD**
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

# Proof of Loss Claim Statement
# Group Life/Accidental Death Insurance

## EMPLOYER/ADMINISTRATOR INSTRUCTIONS

The Employer/Administrator must complete PART A in its entirety. The Beneficiary must complete The Authorization for Use in Obtaining Information and PART B and PART C.

**Return this form to:** **Reliance Standard Life Insurance Company**
**Attn: Group Life Claims**
**P.O. Box 7307**
**Philadelphia, PA 19101-7307**
**Phone 1-800-351-7500**

In addition to the Proof of Loss Claim Statement, the following items are required:

1. **Certified Death Certificate (with raised or colored seal) providing the final cause and manner of death.**
2. **Original enrollment forms and any subsequent changes, including all beneficiary designations.**
3. **Payroll records for at least two (2) pay periods prior to the date last worked confirming premium deduction (if the employee was required to pay any portion of the premiums for this insurance).**
4. **If the benefit is based on Earnings, please provide us with the appropriate Earnings Records (as defined in the Group Policy).**
5. **Additional documents are required if the beneficiary is a Minor or an Estate-See next page for additional information.**
6. **If Accidental Death Benefits are being claimed, provide any police report, autopsy report and/or relevant newspaper clippings (Note: In some instances, RSL may need to request these documents directly from the source before a determination can be made on the claim).**

**A separate form must be completed and signed by each Beneficiary.** In certain instances, we may require completion of the Attending Physician's Statement (Part D). Also, on a small number of cases, additional information may be required. Submission of the above information does not waive our right to request additional information, or waive any of our rights or defenses, or admit liability.

## PART A: EMPLOYER/ADMINISTRATOR INFORMATION

Employer Name and Address: AECOM 515 S. Flower Street #1050 Los Angeles, CA 90071

All RSL Policy Numbers Under Which Claim Is Being Made: GL15185

Division Name and Address:

Employee Occupation/Title/Position: Construction Services Executive

Employee Name and Address: Anthony Minister, [redacted] Merrimac, MA 01860

Employee Social Security Number: -5766

Other Names By Which The Employee May Have Been Known (Maiden Name, Hypothetical Name, Nickname, Derivative Form Of First/Middle Name, Alias):

| Date Employed (Date of Hire) | Effective Date of Coverage for Employee | Insurance Class (Refer to Policy Schedule of Benefits Page) | Employee's Date of Birth | Employee's Date of Death |
|---|---|---|---|---|
| 4-1-2014 | 4-1-2014 | | [redacted] 1953 | 10-2-2015 |

| Was Insurance in Effect on Date of Loss? | If No, Termination Date of Coverage | Salary on Last Benefit Change Date Per Policy | Date of Last Salary Change |
|---|---|---|---|
| ☑ Yes ☐ No | N/A | $ 125.00 ☑ Hourly ☐ Weekly ☐ Monthly ☐ Annually | N/A ☐ Increase OR ☐ Decrease |

| Life Benefit Amount Claimed | Are Accidental Death Benefits Being Claimed? | Date of Last Benefit Increase | Date To Which Premium Was Paid On Employee's Behalf |
|---|---|---|---|
| $ 1,092,000.00 | ☐ Yes ☑ No Amount Claimed $ | N/A | |

Status of Employee on Date of Death:
☐ Active ☐ Retired ☐ Approved Premium Waiver for Disability ☑ Approved Leave of Absence (Explain) FMLA-Non-FMLA ☐ Other (Explain)

| Number of Hours Employee Scheduled to Work Per Week in the Place Where the Job is Normally Performed | Number of Hours Employee Actually Worked Per Week in the Place Where the Job Is Normally Performed | Date Employee Last Worked | Reason Employee Stopped Working |
|---|---|---|---|
| 24 hours | 24 hours | 8-8-2014 | illness |

Employee Was: (Check All That Apply)
☐ Full-time ☐ Union ☐ Hourly ☑ Exempt ☐ Commissioned
☑ Part-time ☑ Non-Union ☑ Salaried ☐ Non-Exempt ☐ Other (Explain)

**If Claim is For Dependent, Provide the Following as it Pertains to the Dependent and the Dependent's Relationship to Employee:**

| Dependent's Name | Social Security Number | Relationship to Employee | Date of Death | Dependent Life Benefit |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | $ N/A |

Dependent's Address: N/A

Other Names By Which The Dependent May Have Been Known (Maiden Name, Hypothetical Name, Nickname, Derivative Form Of First/Middle Name, Alias): N/A

## EMPLOYER/ADMINISTRATOR SIGNATURE

**Any person who knowingly and with intent to injure, defraud or deceive Reliance Standard Life Insurance Company, files a statement of claim or submits any information in conjunction with a claim containing fraudulent, false, misleading, incomplete or deceptive information commits a fraudulent insurance act, which is a crime. These actions will result in the denial of the claim, and are subject to prosecution under state and/or federal law. Reliance Standard Life Insurance Company will cooperate fully with any prosecution and will seek any and all appropriate legal remedies.**

| Phone Number | Fax Number | Email Address |
|---|---|---|
| (213) 593-8253 | (213) 402-3398 | Peggy.Larsen@aecom.com |

| Employer/Administrator Name (Please Print) | Employer/Administrator Signature | Date |
|---|---|---|
| Peggy Larsen | Peggy Larsen | 3-24-2016 |

**Be Sure the Authorization For Use in Obtaining Information and Parts B and C are Completed Per Instructions**

EF-1036

## PART B: IMPORTANT TAX INFORMATION

To Be Completed By Beneficiary

Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct Social Security Number or Taxpayer Identification Number and (2) that I am not subject to backup withholding as a result of a failure to report all interest or dividends; or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. (Strike out clause (2) if you are currently under notification that you are subject to backup withholding.)

By signing this form the beneficiary has read and agrees with the terms of the statement as well as any accompanying information.

Social Security Number/Tax ID Number: [redacted] 9472

Signature of the Beneficiary: [signature]

Date Signed (month, day, year): 2/11/16

## PART C: BENEFICIARY INFORMATION

In order to assure prompt processing, please be sure to provide the **IMPORTANT TAX INFORMATION** above. Be certain the Authorization for Use in Obtaining Information is signed by the next of kin or authorized representative of the deceased. The completed and signed claim form along with the Certified Death Certificate and other required items should be returned to the Employer/Administrator for submission. If you are interested in an optional Method of Settlement rather than a lump sum payment, please contact us at the address or telephone number on this form for the plans that are available.

| Name of Beneficiary (Please Print) | Relationship of Beneficiary To Employee | Beneficiary's Date of Birth | Address of Beneficiary (No., Street, City, State) (Please provide your email address, if available) |
|---|---|---|---|
| Renee Ministeri<br>Email address: | Spouse | [redacted]/60 | [redacted]<br>Merrimac MA 01860 |

Note: If any designated beneficiary is deceased, submit that beneficiary's certificate of death. If beneficiary is the deceased's Estate, provide certified Letters of Administration or Letters Testamentary along with the Estate's Tax ID Number. If beneficiary is a minor, provide certified Letters of Guardianship for the minor's Estate and the minor's social security number. The Guardian should sign Part B (IMPORTANT TAX INFORMATION) above, and should also sign where indicated below in his/her capacity on behalf of the Estate of the Minor.

**List Other Insurance Coverage In Force At the Time of the Insured's Death**

| Companies | Policy Number | Effective Date | Amount of Insurance |
|---|---|---|---|
| | | | |
| | | | |

**Any person who knowingly and with intent to injure, defraud or deceive Reliance Standard Life Insurance Company, files a statement of claim or submits any information in conjunction with a claim containing fraudulent, false, misleading, incomplete or deceptive information commits a fraudulent insurance act, which is a crime. These actions will result in the denial of the claim, and are subject to prosecution under state and/or federal law. Reliance Standard Life Insurance Company will cooperate fully with any prosecution and will seek any and all appropriate legal remedies.**

| Signature of Beneficiary | Business Phone No. | Home Phone No. | Date |
|---|---|---|---|
| | ( ) | ( ) | |

## PART D: ATTENDING PHYSICIAN'S STATEMENT

**Completion of PART D may help to expedite the processing and review of this claim. May not be necessary if Employee was on Approved Waiver.**

Name of Deceased: Anthony Ministeri

Names(s)/Address(es) of all Physicians Who Treated Deceased: Steven Boudain 978 4997200

**Cause of Death**

| | | | |
|---|---|---|---|
| Principal Cause | Brain Tumor | Date of Onset | 4/14 |
| Contributing Cause | | Date of Onset | |

| I Attended Deceased | From (Date)<br>To (Date) | If Decedent Was Hospitalized, Provide the Name of Hospital and Admission and Discharge Dates<br>Name of Hospital:<br>Admit (Date) Discharge (Date) |
|---|---|---|

Was deceased unable to work due to illness or injury prior to date of death? ☐ Yes ☐ No

If "Yes" please state date on which such illness or injury prevented the deceased from working: ____________

Was Death Due To: ☐ Accident? ☐ Suicide? ☐ Homicide?

If caused by accident, was it associated with his/her occupation? ☐ Yes ☐ No

| Name of Physician (Please Print) | Address of Physician |
|---|---|
| | |

**Any person who knowingly and with intent to injure, defraud or deceive Reliance Standard Life Insurance Company, files a statement of claim or submits any information in conjunction with a claim containing fraudulent, false, misleading, incomplete or deceptive information commits a fraudulent insurance act, which is a crime. These actions will result in the denial of the claim, and are subject to prosecution under state and/or federal law. Reliance Standard Life Insurance Company will cooperate fully with any prosecution and will seek any and all appropriate legal remedies.**

| Date | Phone Number | Fax Number | Physician's Signature | Degree |
|---|---|---|---|---|
| | ( ) | ( ) | | |



Enrollment Summary

Date 12/11/2014

## Current Coverage for the Benefit Year 2014

**Name: ANTHONY MINISTERI**

## My Personal Data

Personal Information

| | | | |
|---|---|---|---|
| FIRST NAME MI | **ANTHONY** | COUNTRY | **United States of America** |
| LAST NAME | **MINISTERI** | HOME PHONE | **978-346-** |
| ADDRESS 1 | | DATE OF BIRTH | **1953** |
| ADDRESS 2 | | | |
| CITY | **MERRIMAC** | | |
| STATE/PROVINCE | **Massachusetts** | | |
| ZIP/POSTAL CODE | **01860** | | |

My Family Coverage Summary

| Covered Family Members | Medical | Dental | Vision |
|---|---|---|---|
| Renee Minsteri | ✓ | ✓ | ✓ |
| Alexander Ministeri | ✓ | ✓ | ✓ |
| Kathreine Ministeri | ✓ | ✓ | ✓ |

✓ - Covered ✗ - Not Covered

My Benefits

| Benefit Effective Date | Plan | Benefit / Option | Your Cost | Company Cost |
|---|---|---|---|---|
| 4/1/2014 | Active Medical | Wellness (Premier) PPO 1/Employee Plus 2 or More Dependents | $172.32 | $531.88 |
| 4/1/2014 | Active Dental | AETNA DPO 1/Employee Plus 2 or More Dependents | $28.14 | $41.27 |
| 4/1/2014 | Active Vision | VSP/Employee Plus 2 or More Dependents | $4.00 | $3.87 |
| 4/1/2014 | Employee Assistance Program | Coverage | $0.00 | $0.00 |
| 4/1/2014 | Accident Insurance | 1.5 X Annual Base Pay ($234,000.00) | $0.00 | $1.30 |
| 4/1/2014 | Business Travel Accident Insurance | 5 X Annual Base Pay ($780,000.00) | $0.00 | $0.00 |
| 4/2/2014 | Optional Employee Life Insurance | 3 X Annual Base Pay -Reliance plan ($468,000.00) | $138.24 | $0.00 |
| 4/1/2014 | Optional Accident Insurance | Coverage/Employee Only ($20,000.00) | $0.16 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 4/1/2014 | Short Term Disability Insurance | 60% of Pay | $0.00 | $18.07 |
| 4/1/2014 | Long Term Disability Insurance | EXEC LTD 100% ($7,800.00) | $24.78 | $0.00 |
| 4/1/2014 | Spouse/Domestic Partner Life Insurance | Waive Coverage | $0.00 | $0.00 |
| 4/1/2014 | Dependent Life Insurance | Coverage ($10,000.00) | $0.92 | $0.00 |
| 4/1/2014 | Health Care Flexible Spending Account | Waive Coverage | $0.00 | $0.00 |
| 4/1/2014 | Dependent Day Care Flexible Spending Account | Waive Coverage | $0.00 | $0.00 |
| 4/1/2014 | Executive Life Insurance | 4 X Annual Base Pay ($624,000.00) | $0.00 | $34.56 |
| 4/1/2014 | Water For People | Waive Contribution | $0.00 | $0.00 |
| 4/1/2014 | Engineers Without Borders | Waive Contribution | $0.00 | $0.00 |

My Bottom Line

| For Plan Year 2014 | Per Pay Period | Per Year |
|---|---|---|
| Pre-Tax Costs | $204.62 | $5,320.08 |
| After Tax Costs | $163.94 | $4,262 52 |
| Total Net Cost 🛈 | $368.56 | $9,582.60 |
| Total Employer Cost 🛈 | $630.95 | $16,404.70 |

Your per pay period cost for coverage is calculated based on the annual cost of your plan divided by your payroll frequency, rounded to the nearest cent.

**RELIANCE STANDARD**
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

P.O. Box 7307
Philadelphia, PA 19101-7307

## LIFE CLAIM AUTHORIZATION FOR USE IN OBTAINING INFORMATION

NAME OF DECEDENT: Anthony Ministeri
DECEDENT'S DATE OF BIRTH: [redacted]53
DATE OF DEATH: 10/2/2015
BENEFICIARY: Renee Ministeri
NEXT OF KIN OR LEGAL REPRESENTATIVE OF DECEDENT'S ESTATE: Renee Ministeri
RELATIONSHIP: Spouse
*(If Executor, Administrator etc., Provide Appropriate Court Order)*

To all physicians and other health care professionals, hospitals, other health care institutions, insurers, medical, hospital and prepaid health plans, pharmacies, pharmacy benefit managers, employers, group policyholders, contract holders, governmental agencies (including but not limited to the Internal Revenue Service and the Social Security Administration), private and/or public benefit plan administrators, and/or attorney representatives, including but not limited to covered entities and business associates under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the accompanying regulations:

You are authorized to provide Reliance Standard Life Insurance Company and/or its authorized administrators with information concerning medical care, advice, and/or treatment provided to the above named Decedent, and/or any employment, salary and/or benefit-related information concerning the above named Decedent. I understand that the disclosure of information may include disclosure of protected health information under HIPAA and the accompanying regulations, information regarding treatment for mental illness, the human immunodeficiency virus (HIV) and/or the use of drugs and alcohol. I also understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and will no longer be subject to protection under HIPAA and the accompanying regulations. A statement of Reliance Standard Life Insurance Company's privacy policy is available at www.rsli.com or upon request.

I understand that any such information will be used for the purpose of evaluating my claim for benefits. Upon request, I understand that I am entitled to receive a copy of this Authorization. This Authorization is valid from the date signed for the duration of the claim, and may be revoked by me at any time upon written request to the address below. A reproduction of this Authorization shall be considered as valid as the original.

Date: 2/11/16 — Beneficiary's Signature: Renee Ministeri

**If the Beneficiary is not the Decedent's next of kin or legal representative, the next-of-kin or authorized legal representative of the Decedent's Estate must sign below:**

Date ________________ Authorized Person's Signature ________________

Description of Authorized Person's authority to sign on behalf of Insured:

________________________________

EF-1025




52

Commonwealth of Massachusetts
Registry of Vital Records and Statistics

# CERTIFICATE OF DEATH

State File # 2015 044344
Registered # 49

Form R-301 08012015

**DECEDENT**

*Place of Death* [redacted] ROAD, MERRIMAC, MA

*Date of Death* OCTOBER 02, 2015 *Age* 62 YRS *Sex* MALE

*Current Name* MINISTERI JR, ANTHONY —

*Surname at Birth or Adoption* MINISTERI *SSN* 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

*AKA* —

*Date of Birth* [redacted] 1953 *Birthplace* BOSTON, MASSACHUSETTS

*Residence* [redacted], MERRIMAC, MASSACHUSETTS 01860

*Race* WHITE *Education* HIGH SCHOOL GRADUATE OR GED

*Marital Status* MARRIED *Occupation/Industry* SENIOR VICE PRESIDENT/ENGINEERING

*Last Spouse – Last, First, Middle (Surname at Birth or Adoption)* MINISTERI, RENEE (REYNOLDS)

*Decedent: U.S. Veteran (Most Recent)* NO

*Mother/Parent Name – Last, First Middle (Surname at Birth or Adoption)* MINISTERI, ANNA (BARTOLUCCI) *Birthplace* MAINE

*Father/Parent Name – Last, First Middle (Surname at Birth or Adoption)* MINISTERI SR, ANTHONY (MINISTERI) *Birthplace* ITALY

**MEDICAL CERTIFIER**

*Part I. Cause of Death – Sequentially list immediate cause then antecedent causes then underlying cause* — *Interval between onset and death*

a Immediate Cause (Final condition resulting in death)
GLIOBLASTOMA MULTIFORME — 14 MOS.

b Due to or as a consequence of:
— —

c. Due to or as a consequence of:
— —

d Due to or as a consequence of:
— —

*Part II. Other significant conditions contributing to death but not resulting in underlying cause* —

*Manner of Death:* NATURAL

*Time of Death:* 01:57 AM

*Result of Injury:* NO

*Certifier* STEPHEN BEAUDOIN, MD *Lic #* 70450

*Addr.* 260 MERRIMAC STREET, NEWBURY, MASSACHUSETTS 01951

**DISPOSITION**

*Funeral Licensee/Designee* VICTOR P. BUONFIGLIO *Lic #* 50397

*Facility/Addr.* PAUL BUONFIGLIO FUNERAL HOME, INC., REVERE, MASSACHUSETTS

*Immediate Disposition* BURIAL

*Date of Immediate Disposition* OCTOBER 08, 2015

*Place/Address* PURITAN LAWN MEMORIAL PARK, 185 LAKE STREET, PEABODY, MASSACHUSETTS 01960

*Date of Record* OCTOBER 05, 2015

*Date of Amendment* —

Patricia E True

CLERK, TOWN OF MERRIMAC

A TRUE COPY ATTEST

Patricia E. True

PATRICIA E. TRUE, Town Clerk
Merrimac, Massachusetts



Hrs/Erns/Deds | Taxes/Memo/Receipt

| Check Nb | PR Nb | Week Nb | Pay Date | PeriodEndDate | Gross Pay | Net Pay |
|---|---|---|---|---|---|---|
| 340685 | 2 | 33 | 08/15/2014 | 08/08/2014 | 6000.00 | 0.00 |

Hours and Earnings

| Ern Code | Description | Hours | Amount |
|---|---|---|---|
| REG | Regular | 48.00 | 6000.00 |
| OTP | Overtime | 0.00 | 0.00 |

6000.00

Deductions

| Ded Code | Class | Description | Amount |
|---|---|---|---|
| V | A | CHECKING1 | 4033.97 |
| A | A | VOL A D & | 0.16 |
| D | A | DENTAL | 28.14 |
| K | A | DEPEND LIF | 0.92 |
| M | A | MEDICAL | 172.32 |

4402.53

Adjustments

Date Sequence:

☐ Reverse Funds Disbursement

☐ Re-post Check

Reverse Check

**ADP Enterprise HR screen print as of: 03/31/2016 05:48 PM**



678866 - Mirusteri, Anthony - A46/A46 - 678866

Hrs/Erns/Deds | Taxes/Memo/Recalc

| Check Nbr | PR Nb | Week Nb | Pay Date | Period End Date | Gross Pay | Net Pay |
|---|---|---|---|---|---|---|
| 320669 | 2 | 31 | 08/01/2014 | 07/25/2014 | 6000.00 | 0.00 |

Hours and Earnings

| Ern Code | Description | Hours | Amount |
|---|---|---|---|
| REG | Regular | 48.00 | 6000.00 |
| OTP | Overtime | 0.00 | 0.00 |
| | | | 6000.00 |

Deductions

| Ded Code | Class | Description | Amount |
|---|---|---|---|
| V | A | CHECKING1 | 4033.95 |
| A | A | VOL A D & | 0.16 |
| D | A | DENTAL | 28.14 |
| K | A | DEPEND LIF | 0.92 |
| M | A | MEDICAL | 172.32 |
| | | | 4402.51 |

Adjustments

Date: Sequence:

☐ Reverse Funds Disbursement

☐ Re-post Check

Reverse Check

**ADP Enterprise HR screen print as of: 03/31/2016 05:56 PM**



678866 - Minister, Anthony - A46/A46 - 678866

Hrs/Erns/Deds | Taxes/Memo/Recalc

| Check Nb | PR Nb | Week Nb | Pay Date | Period End Date | Gross Pay | Net Pay |
| --- | --- | --- | --- | --- | --- | --- |
| 300770 | 2 | 29 | 07/18/2014 | 07/11/2014 | 6000.00 | 0.00 |

Hours and Earnings

| Ern Code | Description | Hours | Amount |
| --- | --- | --- | --- |
| REG | Regular | 44.00 | 5500.00 |
| OTP | Overtime | 0.00 | 0.00 |
| 5 | HOLIDAY | 4.00 | 500.00 |

6000.00

Deductions

| Ded Code | Class | Description | Amount |
| --- | --- | --- | --- |
| V | A | CHECKING1 | 4033.96 |
| A | A | VOL A D & | 0.16 |
| D | A | DENTAL | 28.14 |
| K | A | DEPEND LIF | 0.92 |
| M | A | MEDICAL | 172.32 |

4402.52

Adjustments

Date Sequence:

☐ Reverse Funds Disbursement

☐ Re-post Check

Reverse Check

**ADP Enterprise HR screen print as of: 03/31/2016 06:00 PM**

**From:** Paul Botkin <PBotkin@nationalaccountservicesinc.com>
**To:** "Jason Smith (Jason.Smith@rsli.com)" <Jason.Smith@rsli.com>
**CC:** Scott Cook <SCook@nationalaccountservicesinc.com>
**Date:** 4/8/2016 1:39 PM
**Subject:** FW: Death Claim on Anthony Ministeri
**Attachments:** Scanned from a Xerox Multifunction Printer.pdf

Jason,

This claim appears to belong to RSLI per my voicemail. Also, believe he was on disability with you as well. That being said, he passed away 60 days prior to his deadline (within one year from DLW). He was on company approved medical leave. Have you been presented with a claim? Need to resolve quickly sir.

Bests,

Paul

Paul Botkin
Senior Vice President, National Practice Leader
National Account Services, Inc.
C: 972-849-0732

As of 11/1/2015 my email address has changed, please update my information.

-----Original Message-----
From: Scott Cook
Sent: Thursday, April 7, 2016 11:43 AM
To: 'Peggy Larsen (peggy.larsen@aecom.com)' <peggy.larsen@aecom.com>
Cc: Paul Botkin <PBotkin@nationalaccountservicesinc.com>
Subject: FW: Death Claim on Anthony Ministeri

Hi Peggy,
Paul will be working on this.
We are unclear what you are asking on this death claim. Can you clarify?
Thank you,
Scott

Scott Cook
Principal
National Account Services, Inc.
O: 310-310-7202 C: 310-415-7339 SCook@NationalAccountServicesInc.com

Securities offered through Executive Services Securities, LLC (ESS), Member FINRA. Insurance services offered through National Account Services, Inc. (NASI). NASI is not affiliated with ESS. Neither NASI nor ESS provide tax or legal advice.

-----Original Message-----
From: Larsen, Peggy [mailto:peggy.larsen@aecom.com]
Sent: Wednesday, April 6, 2016 6:57 PM

To: Scott Cook <SCook@nationalaccountservicesinc.com>
Cc: Smith, Corinne <Corinne.Smith@aecom.com>
Subject: Death Claim on Anthony Ministeri

Scott,
Attached please find death claim we discuss late last year with Scott Roths.

Please let me know if you have any questions.


Best regards,

Peggy Larsen
AECOM Benefits Department - Total Rewards D 213.593.8253 F 213.402.3398
Peggy.Larsen@aecom.com

AECOM
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

## Devin Daniels - Fwd: FW: Death Claim on Anthony Ministeri

**From:** "Jason Smith" <Jason.Smith@rsli.com>
**To:** "Jane Hopson" <Jane.Hopson@rsli.com>
**Date:** 4/11/2016 11:11 AM
**Subject:** Fwd: FW: Death Claim on Anthony Ministeri
**Attachments:** FW: Death Claim on Anthony Ministeri

Hi Jane,

Can you please tell me the status on this AECOM Life Claim.

Thanks

Jason Smith
National Account Manager
Reliance Standard Life Insurance Co.
4222 E. Thomas Road, Suite 390
Phoenix, Arizona 85018
Phone: 602-467-4702
Fax: 602-954-9282
Email: jason.smith@rsli.com

| LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | Docket No. ES15P3631EA | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|

| Estate of: Anthony Ministeri, Jr. Date of Death: 10/02/2015 | Essex Probate and Family Court 45 Congress Street Salem, MA 01970 (978)744-1020 |
|---|---|

To:

**Renee R Ministeri**

[redacted]

**Merrimac, MA 01860**

You have been appointed and qualified as Personal Representative in ☐ Supervised ☒ Unsupervised administration of this estate on December 31, 2015 (date).

These letters are proof of your authority to act pursuant to G.L. c. 190B, except for the following restrictions if any:

☐ The Personal Representative was appointed before March 31, 2012 as Executor or Administrator of the estate.

(Do Not Write Below This Line-For Court Use Only)

## CERTIFICATION

I certify that it appears by the records of this Court that said appointment remains in full force and effect. IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said Court.

Date December 31, 2015

Pamela A Casey O'Brien, Register of Probate

MPC 751 (3/31/12)

# Earnings Statement

Anthony Ministeri
[redacted]
Merrimac, MA 01860

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A46 | 678866 | 35-2 | 08/29/2014 | 08/22/2014 | 001905 | 30 | 3,000.00 | | 00360615 | Voucher | |

| | | | |
|---|---|---|---|
| Paid Time Off | 125.00 | 24.00 | 3,000.00 |
| | Gross Pay | | $3,000.00 |

**Deductions**

**Statutory**

| | |
|---|---|
| Federal Income Tax | -221.71 |
| Medicare | -43.70 |
| Social Security | -186.85 |
| MA Worked In State Income Tax | -119.76 |

**Others**

| | |
|---|---|
| Vision | -4.00 |
| Vol A D & D | -0.16 |
| Dental | -28.14 |
| Depend Life | -0.92 |
| Medical | -172.32 |
| Optional Life | -138.24 |
| Ltd | -24.78 |
| Checking1 | -2,059.42 |
| **Net Pay** | |

**Memos**

| | |
|---|---|
| G.T.L. | 218.41 |
| Rate | 125.00 |

# Earnings Statement

**Anthony Ministeri**

**Merrimac, MA 01860**

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A46 | 678866 | 33-2 | 08/15/2014 | 08/08/2014 | 001905 | 30 | 6,000.00 | | 00340685 | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 48.00 | 6,000.00 |
| Gross Pay | | | $6,000.00 |

**Deductions**

| Statutory | |
|---|---|
| Federal Income Tax | -858.94 |
| Medicare | -87.71 |
| Social Security | -375.06 |
| MA Worked In State Income Tax | -275.76 |

| Others | |
|---|---|
| Vision | -4.00 |
| Vol A D & D | -0.16 |
| Dental | -28.14 |
| Depend Life | -0.92 |
| Medical | -172.32 |
| Optional Life | -138.24 |
| Ltd | -24.78 |
| Checking1 | -4,033.97 |
| Net Pay | |

| Memos | |
|---|---|
| G.T.L. | 254.05 |
| Rate | 125.00 |

# Earnings Statement

Anthony Ministeri

Merrimac, MA 01860

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A46 | 678866 | 31-2 | 08/01/2014 | 07/25/2014 | 001905 | 30 | 6,000.00 | | 00320669 | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 48.00 | 6,000.00 |
| Gross Pay | | | $6,000.00 |

**Deductions**

| Statutory | |
|---|---|
| Federal Income Tax | -856.94 |
| Medicare | -87.72 |
| Social Security | -375.07 |
| MA Worked In State Income Tax | -275.76 |

| Others | |
|---|---|
| Vision | -4.00 |
| Vol A D & D | -0.16 |
| Dental | -28.14 |
| Depend Life | -0.92 |
| Medical | -172.32 |
| Optional Life | -138.24 |
| Ltd | -24.78 |
| Checking1 | -4,033.95 |
| Net Pay | |

| Memos | |
|---|---|
| G.T.L. | 254.05 |
| Rate | 125.00 |

# Earnings Statement

Anthony Ministeri
28 Spring Hill Rd.
Merrimac, MA 01860

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A46 | 678866 | 29-2 | 07/18/2014 | 07/11/2014 | 001905 | 30 | 6,000.00 | | 00300770 | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 44.00 | 5,500.00 |
| Holiday | 125.00 | 4.00 | 500.00 |
| Gross Pay | | | $6,000.00 |

**Deductions**

| Statutory | |
|---|---|
| Federal Income Tax | -858.94 |
| Medicare | -87.72 |
| Social Security | -375.06 |
| MA Worked In State Income Tax | -275.76 |

| Others | |
|---|---|
| Vision | -4.00 |
| Vol A D & D | -0.16 |
| Dental | -28.14 |
| Depend Life | -0.92 |
| Medical | -172.32 |
| Optional Life | -138.24 |
| Ltd | -24.78 |
| Checking1 | -4,033.96 |
| Net Pay | |

| Memos | |
|---|---|
| G.T.L. | 254.05 |
| Rate | 125.00 |


# Earnings Statement

Anthony Ministeri

Merrimac, MA 01860

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A46 | 678866 | 27-1 | 07/03/2014 | 06/27/2014 | 001905 | 30 | 6,000.00 | | 00276735 | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 48.00 | 6,000.00 |
| Gross Pay | | | $6,000.00 |

**Deductions**

| Statutory | |
|---|---|
| Federal Income Tax | -858.94 |
| Medicare | -87.71 |
| Social Security | -375.07 |
| MA Worked In State Income Tax | -275.76 |

| Others | |
|---|---|
| Vision | -4.00 |
| Vol A D & D | -0.16 |
| Dental | -28.14 |
| Depend Life | -0.92 |
| Medical | -172.32 |
| Optional Life | -138.24 |
| Ltd | -24.78 |
| Checking1 | -4,033.96 |
| Net Pay | |

| Memos | |
|---|---|
| G.T.L. | 254.05 |
| Rate | 125.00 |

# Earnings Statement

Anthony Ministeri

Merrimac, MA 01860

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A46 | 678866 | 25-3 | 06/20/2014 | 06/13/2014 | 001905 | 30 | 6,000.00 | | 00263722 | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 48.00 | 6,000.00 |
| Gross Pay | | | $6,000.00 |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | -658.94 |
| | Medicare | -87.72 |
| | Social Security | -375.06 |
| | MA Worked In State Income Tax | -275.76 |
| | **Others** | |
| | Vision | -4.00 |
| | Vol A D & D | -0.16 |
| | Dental | -28.14 |
| | Depend Life | -0.92 |
| | Medical | -172.32 |
| | Optional Life | -138.24 |
| | Ltd | -24.78 |
| | Checking1 | -4,033.96 |
| | Net Pay | |

| Memos | |
|---|---|
| G.T.L. | 254.05 |
| Rate | 125.00 |

# Earnings Statement

**Anthony Ministeri**
28 Spring Hill Rd
Merrimac, MA 01860

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A46 | 678866 | 23-2 | 06/06/2014 | 05/30/2014 | 001905 | 30 | 6,000.00 | | 00240721 | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 40.00 | 5,000.00 |
| Holiday | 125.00 | 8.00 | 1,000.00 |
| Gross Pay | | | $6,000.00 |

**Deductions**

| Statutory | |
|---|---|
| Federal Income Tax | -858.94 |
| Medicare | -87.72 |
| Social Security | -375.07 |
| MA Worked In State Income Tax | -257.57 |

| Others | |
|---|---|
| Vision | -4.00 |
| Vol A D & D | -0.16 |
| Dental | -28.14 |
| Depend Life | -0.92 |
| Medical | -172.32 |
| Optional Life | -138.24 |
| Ltd | -24.78 |
| Checking1 | -4,052.14 |
| Net Pay | |

| Memos | |
|---|---|
| G.T.L. | 254.05 |
| Rate | 125.00 |

# Earnings Statement

Anthony Ministeri
58 Spring Hill Rd
Merrimac, MA 01860

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A46 | 678866 | 21-2 | 05/23/2014 | 05/16/2014 | 001905 | 30 | 6,000.00 | | 00220722 | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 48.00 | 6,000.00 |
| Gross Pay | | | $6,000.00 |

**Deductions**

| Statutory | |
|---|---|
| Federal Income Tax | -858.94 |
| Medicare | -87.71 |
| Social Security | -375.06 |
| MA Worked In State Income Tax | -251.70 |

| Others | |
|---|---|
| Vision | -4.00 |
| Vol A D & D | -0.16 |
| Dental | -28.14 |
| Depend Life | -0.92 |
| Medical | -172.32 |
| Optional Life | -138.24 |
| Ltd | -24.78 |
| Checking1 | -4,058.03 |
| Net Pay | |

| Memos | |
|---|---|
| G.T.L. | 254.05 |
| Rate | 125.00 |

# Earnings Statement

Anthony Ministeri
[redacted]
Merrimac, MA 01860

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A46 | 678866 | 19-2 | 05/09/2014 | 05/02/2014 | 001905 | 30 | 6,000.00 | | 00200728 | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 48.00 | 6,000.00 |
| Gross Pay | | | $6,000.00 |

**Deductions**

| Statutory | |
|---|---|
| Federal Income Tax | -858.94 |
| Medicare | -87.72 |
| Social Security | -375.07 |
| MA Worked In State Income Tax | -251.70 |

| Others | |
|---|---|
| Vision | -4.00 |
| Vol A D & D | -0.16 |
| Dental | -28.14 |
| Depend Life | -0.92 |
| Medical | -172.32 |
| Optional Life | -138.24 |
| Ltd | -24.78 |
| Checking1 | -4,058.01 |
| Net Pay | |

| Memos | |
|---|---|
| G.T.L. | 254.05 |
| Rate | 125.00 |

# Earnings Statement

Anthony Ministeri
[redacted]
Merrimac, MA 01860

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A46 | 678866 | 17-2 | 04/25/2014 | 04/18/2014 | 001905 | 30 | 6,000.00 | | 00180750 | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 48.00 | 6,000.00 |
| Gross Pay | | | $6,000.00 |

**Deductions**

| Statutory | |
|---|---|
| Federal Income Tax | -910.10 |
| Medicare | -90.68 |
| Social Security | -387.75 |
| MA Worked In State Income Tax | -261.52 |

| Others | |
|---|---|
| Checking1 | -4,349.95 |
| Net Pay | |

| Memos | |
|---|---|
| G.T.L. | 254.05 |
| Rate | 125.00 |

# Earnings Statement

Anthony Ministeri

[illegible]

Merrimac, MA 01860

| Co | File # | Wk | Pay Date | Period End | Paid Dept | Paid Clock | Gross Pay | Net Pay | Check # | Chk/Vcr | Void |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A46 | 678866 | 15-1 | 04/11/2014 | 04/04/2014 | 001905 | 30 | 3,000.00 | | 00156789 | Voucher | |

| Earnings | Rate | Hours | This Period |
|---|---|---|---|
| Regular | | 24.00 | 3,000.00 |
| Gross Pay | | | $3,000.00 |

**Deductions**

| Statutory | |
|---|---|
| Federal Income Tax | -252.40 |
| Medicare | -46.67 |
| Social Security | -199.54 |
| MA Worked In State Income Tax | -117.60 |

| Others | |
|---|---|
| Checking1 | -2,383.79 |
| Net Pay | |

| Memos | |
|---|---|
| G.T.L. | 218.41 |
| Rate | 125.00 |

**From:** <peggy.larsen@aecom.com>
**To:** <jane.hopson@rsli.com>
**CC:** <jason.smith@rsli.com>
**Date:** 4/25/2016 8:32 PM
**Subject:** RE: Anthony Ministeri Claim Number: 2016-04-11-0467-GL-01
**Attachments:** Ministeri, Anthony Optional Life 4-20-2016.pdf; Ministeri, Anthony Payment Record 4-25-2016.pdf; Ministeri, Anthony email summary 4-20-2016.pdf; Ministeri, Anthony Beneficiary 4-20-2016.pdf

Hi Jane,
I hope all is well with you. Here are my responses:
1. See first attachment
2. Employee was on a leave of absence without pay, therefore, did not receive a paycheck for benefits to be paid. However, he did make all payments for benefits. Please see second attachment.
3. See attachment 3 and 4 regarding beneficiary information.
4. Payment for benefits were made through the date of death. My apologies for not indicating on the form.

Please let me know if you have any questions.

Best regards,

Peggy Larsen

--- Originally sent by jane.hopson@rsli.com on Apr 14, 2016 11:09 AM ---
Peggy,

We are in receipt of the claim for group life insurance benefits on the life of Anthony Ministeri. Please provided the following information:

1. Documentation of the date the coverage was elected online.

2. Payroll records 2 pay periods prior to the date of death on 10/2/2015 to confirm the premium payment for the voluntary life coverage.

3. Most recent beneficiary designation you have on file for the basic and supplemental life coverage.

4. Date the premium was paid to as this question was left blank online.

Thank you for your immediate attention in responding to our request.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

---

This message was secured by ZixCorp(R).

---

This message was secured by ZixCorp(R).

4/20/2016 image001.png (710×372)

Help

Print

Cancel

View Benefic. Info.

https://securemail.mmc.com/envelopeopener/postxeo/MjQxOTliYjM5YmJjNmIzNTdmMDAwMDAxZTRiMWEyNzZAdXNkZndlbjAxLm1tYy5jb20=/image001... 1/1

AR0166



**Secured Message**

Reply | ReplyAll

| | |
|---|---|
| From: | O'Neil, Doug <doug.oneil@mercer.com> |
| To: | "Larsen, Peggy" <peggy.larsen@aecom.com>, "Padilla, Michael" <Michael.Padilla@mercer.com> |
| CC: | "Gerstenblith, David" <David.Gerstenblith@aecom.com> |
| Date: | April 20, 2016 4:44:54 PM EDT |
| Subject: | [SEND SECURE]RE: Ministeri, Anthony |
| Attachments: | image001.png image002.gif image003.png |

Hi Peggy,

Here is a screenshot of his election. According to the screenshot, he made his election on 04/15/2014. He elected $500,000. $468,000 was inforce with $32,000 was pending EOI. Since we received an EOI denial, his coverage amount remained at 3x for $468,000. He never made any beneficiary designations for any life coverages, but here are screenshots for his elections for BTA and Basic AD&D.

Please let me know if you need additional information.



Thanks!!

**Doug O'Neil**, Associate

Mercer | 10900 Corporate Centre Drive, Suite 200, Houston, TX 77041, USA
Phone: (832) 590 5928
doug.oneil@mercer.com
www.mercer.com | Mercer (US) Inc.
Linked In | Facebook | Twitter

**Making a difference in the health, wealth and careers of 110 million people every day**

---

Mercer-Email-Mockups-v4

**From:** Larsen, Peggy [mailto:peggy.larsen@aecom.com]
**Sent:** Tuesday, April 19, 2016 12:49 PM
**To:** O'Neil, Doug; Padilla, Michael
**Cc:** Gerstenblith, David
**Subject:** Ministeri, Anthony

Hello Doug,
Reliance needs a couple of things to complete this death claim:

1. Documentation of the date the coverage was elected online
2. Most recent beneficiary designation you have on file for the basic and supplemental life coverage

Can you please provide?

Best regards,

**Peggy Larsen**
AECOM Benefits Department – Total Rewards
D 213.593.8253
F 213.402.3398
Peggy.Larsen@aecom.com

**AECOM**
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

---

This email and any attachments may be confidential or proprietary. Any review, use, disclosure, distribution or copying of this email is prohibited except by or on behalf of the intended recipient. If you received this message in error or are not the intended recipient, please delete or destroy the email message and any attachments or copies and notify the sender of the erroneous delivery by return email. To the extent that this message or its attachments were sent without encryption, we cannot guarantee that the contents have not been changed or tampered with. Any advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be used for any other purpose without our prior written consent.

Reply | ReplyAll

© 2000-2011 Cisco Systems, Inc. All rights reserved.

Main Section
- Leave Dashboard
- Add Leave Dates
- Employee Workst
- Notes
- Letters & Emails
- Audit Log
- Premium Payments
- Production

Tools
- Reports
- Calendar View
- Change Leave Group
- Add New Employee

Recently Viewed [Clear]
- Movsteri, Anthony
- Veeramachaneni, Madhusudan
- Garcia, Christian
- McNally, Taica
- Coen, Dolo
- Wilkinson, Terrie
- Chelendi, Michael
- Wilson, Rheane
- Anderson, Elizabeth
- Hegens, Vanessa

Administrative
- Administrative Control
- Configuration Mgmt

**Premium Payment Schedule**

**Non-FMLA Leave**
Status: Closed
Create Date: 09/26/2014 02:30 PM PT
Period: 08/11/2014 to 11/08/2014

Edit

Total Due: $2,579.92
Total Received: $2,579.92
Total Refund: $0.00
Balance: $0.00
Amount Overpaid: $0.00

**Payment Due** | **Refund**

| | Payment Due ID | Due Date | Total Due | Total Paid | Balance | Status | |
|---|---|---|---|---|---|---|---|
| ✓ | 138682 | 08/29/2014 | $368.56 | $368.56 | $0.00 | Paid in Full | Edit |
| ✓ | 138683 | 09/12/2014 | $368.56 | $368.56 | $0.00 | Paid in Full | Edit |
| ✓ | 138684 | 09/26/2014 | $368.56 | $368.56 | $0.00 | Paid in Full | Edit |
| ✓ | 138685 | 10/10/2014 | $368.56 | $368.56 | $0.00 | Paid in Full | Edit |
| ✓ | 138686 | 10/24/2014 | $368.56 | $368.56 | $0.00 | Paid in Full | Edit |
| ✓ | 138687 | 11/07/2014 | $368.56 | $368.56 | $0.00 | Paid in Full | Edit |
| ✓ | 138688 | 11/21/2014 | $368.56 | $368.56 | $0.00 | Paid in Full | Edit |

Payment History

| # | Date Received | Amount Applied | Amount Overpaid | Check Number | Check Date | |
|---|---|---|---|---|---|---|
| 1. | 08/29/2014 | $368.56 | $0.00 | 999 | 08/29/2014 | Edit |
| 2. | 12/19/2014 | $2,211.36 | $0.00 | 6749 | 12/04/2014 | Edit |

Letters | Batch Update | Add Payment Due | Add Payment Received | Return

Copyright © 2000-2016 Qcera, Inc. All Rights Reserved.

Main Section
Leave Dashboard
Add Leave Dates
Employee Worklist
Notes
Letters & Emails
Audit Log
Premium Payments
Production
Tools
Reports
Calendar View
Change Leave Group
Add New Employee

Recently Viewed [Clear]
Minczeri, Anthony
Veeraraghavapuram, Madhusudan
Gerosa, Christian
McNally, Talisa
Eason, Dean
Wilkinson, Terrie
Chelednik, Michael
Wilson, Rhonne
Anderson, Elizabeth
Magane, Vanessa

Administrative
Administrative Control
Configuration Mgmt

## Premium Payment Schedule

**Non-FMLA Leave over 90 days**
**Status:** Closed
**Create Date:** 09/26/2014 02:40 PM PT
**Period:** 11/09/2014 to 12/31/2014

Edit

| | |
|---|---|
| Total Due: | $1,913.32 |
| Total Received: | $1,913.32 |
| Total Refund: | $0.00 |
| Balance: | $0.00 |
| Amount Overpaid: | $0.00 |

**Payment Due** | Refund

| | Payment Due ID | Due Date | Total Due | Total Paid | Balance | Status | |
|---|---|---|---|---|---|---|---|
| ✓ | 130693 | 12/05/2014 | $956.66 | $956.66 | $0.00 | Paid In Full | Edit |
| ✓ | 130694 | 12/19/2014 | $956.66 | $956.66 | $0.00 | Paid In Full | Edit |

**Payments**

| # | Date Received | Amount Applied | Amount Overpaid | Check Number | Check Date | |
|---|---|---|---|---|---|---|
| 1. | 01/02/2015 | $1,913.32 | $0.00 | 6762 | 12/16/2014 | Edit |

Letters | Batch Update | Add Payment Due | Add Payment Received | Return

Copyright © 2000-2016 Qcera, Inc. All Rights Reserved.

**Anthony Ministeri**

| | Payment Due ID | Due Date | Total Due | Total Paid | Balance | Status | |
|---|---|---|---|---|---|---|---|
| ✓ | 148426 | 01/02/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148427 | 01/16/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148428 | 01/30/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148429 | 02/13/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148430 | 02/27/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148431 | 03/13/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148432 | 03/27/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148433 | 04/10/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148434 | 04/24/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | 148426 | 01/02/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148427 | 01/16/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148428 | 01/30/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148429 | 02/13/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148430 | 02/27/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148431 | 03/13/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148432 | 03/27/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148433 | 04/10/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148434 | 04/24/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| ✓ | 148435 | 05/08/2015 | $977.39 | $977.39 | $0.00 | Paid | Edit |

in Full

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| √ | 148436 | 05/22/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| √ | 148514 | 06/05/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| √ | 148515 | 06/19/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| √ | 148516 | 07/02/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| √ | 148517 | 07/17/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| √ | 148518 | 07/31/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| √ | 154782 | 08/14/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| √ | 154783 | 08/28/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| √ | 154784 | 09/11/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| √ | 154785 | 09/25/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| √ | 154786 | 10/09/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |
| √ | 154787 | 10/23/2015 | $977.39 | $977.39 | $0.00 | Paid in Full | Edit |

[illegible]

**Loading...**

| # | Date Received | Amount Applied | Amount Overpaid | Check Number | Check Date | |
|---|---|---|---|---|---|---|
| 1. | 07/02/2015 | $977.39 | $0.00 | 6838 | | Edit |
| 2. | 07/02/2014 | $11,728.68 | $0.00 | 2026 | | Edit |
| 3. | 07/17/2015 | $977.39 | $0.00 | 6841 | | Edit |
| 4. | 10/02/2015 | $977.39 | $0.00 | 6848 | 07/10/2015 | Edit |
| 5. | 10/02/2015 | $977.39 | $0.00 | 6858 | 07/27/2015 | Edit |
| 6. | 10/02/2015 | $3,909.56 | $0.00 | 6881 | 09/16/2015 | Edit |
| 7. | 10/27/2015 | $1,954.78 | $0.00 | 6893 | 10/20/2015 | Edit |



Benefit Plan Option
MEDICAL PPO1P EEPLUS2
HSA NOCOV NOCOV
DENTAL DPPO1 EEPLUS2
VISION VSP EEPLUS2
RX PPO1P EEPLUS2
DISEASE PPO1P EEPLUS2
EAP COV COV
BASICADI COV1 COV1
STA COV COV
VOLADD VOLADD EEONLY
BASICSTE STD4 STD4
BASICLTD LTD3 LTD3
SPOUSEL NOCOV NOCOV
DEPLIFE ECL ECL
HCFSA NOCOV NOCOV
DCFSA NOCOV NOCOV
EXECLIFE COV COV
TRANSIT COV COV
WFP NOCOV NOCOV
CH1 NOCOV NOCOV
Benefit Data
Benefit: Optional Employee Life Insurance
Option: Coverage
Formula: VLIFECOST
Dependent Election
Ben. Eff. Dt: 4/1/2014
Change Reason: New Hire
Event Date: 4/1/2014
Life Event Seq No:
Election Data
Date Elected: 4/15/2014
Election Method:
Percent Elected:
Amt Elected: $500,000.00
Inforce: $468,000.00
Pending: Partial
Pending Amount: $32,000.00
Date Pending Lapses
Date EOI Return
Units: 0
Cost Data
Employee Costs
Pay Period
Monthly
Annual
Cost $147.69 $320.00 $3,840.00
Pended Cost $9.45 $20.48 $245.76
Inforce Cost $138.24 $299.52 $3,594.24
Other
Employer Costs $0.00 $0.00 $0.00
Premium $299.52 $3,594.24
Administrative $0.00 $0.00
Vendor Data
Carrier ID RELIANC
Group Number
Acct Structure 9921
Date 04/01/2014
Help
Print
OK

AR0174

September 26, 2014



Anthony Ministeri

Merrimac, MA 01860

Dear Anthony:

You are hereby notified of your right to continue your Group Health Benefit Plans while on an approved leave of absence.

**Medical leave of absence:**
While you are on an approved medical leave of absence, you are responsible for paying the employee portion of your benefit premiums for the first 90 days of your leave, with the exception of your Flexible Spending Account (FSA) elections. After the initial 90-day leave period, you may continue group health benefits for the duration of your leave of absence, by paying the employee plus the employer portion of the benefit premiums. The AECOM Benefits Department will send you additional information on continuing these benefits at the end of the initial 90-day period.

**Furlough Leave:**
While you are on a furlough, you are responsible for paying the employee portion of your benefit premiums up to 120 days of your leave, with the exception of your Flexible Spending Account (FSA) elections. The AECOM Benefits Department will send you additional information on continuing these benefits at the end of the 120-day period.

**Personal leave of absence:**
If you are out on an approved personal (non-medical) leave of absence, you are responsible for paying the employee plus employer portion of your benefit premiums if you wish to remain covered under your Group Health Benefit Plans.

**Important:**
**If you elect not to pay while out on leave, you will be required to submit proof of good health on your elected life insurance plans in order to re-enroll. If you elect not to pay for Long Term Disability (LTD) you must wait until Annual Enrollment to re-enroll. In addition, you will be subject to pre-existing condition clauses as applicable.**

If you are on leave of absence for the birth/adoption of a child and intend to add them to your benefits, go to www.aecombenefits.com or call the AECOM Benefits Service Center at (877) 459-3313 in order to complete the enrollment. If your benefit premiums increase as a result of this change, you will be responsible for paying for any difference in premiums. The AECOM Benefits Department will send you updated coupons.

By returning your signed payment coupon, you are confirming your understanding of the following:

1. While on unpaid leave status, you must remit your biweekly premiums to the AECOM Benefits Department at the address shown below, no later than the due dates shown on the payment coupons. The due dates are the missed paycheck dates with the company. Premiums may be adjusted annually in January. Failure to

pay premiums by the due date may result in loss of benefits, retroactive to the last day premiums were paid.

Please make all checks payable to **AECOM**.

AECOM Benefits Department
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071

Any premiums paid via check during your leave will be considered "after-tax" deductions and will not be reflected on your W-2 as a reduction to your taxable income. While on paid leave status using PTO and/or Sick Leave or receiving AECOM Paid Family Leave, benefit premiums will be payroll deducted.

2. Paid Time Off (PTO) will not be accrued during your leave of absence.

   You are responsible for making arrangements with your supervisor or timesheet coordinator if you wish to use PTO and/or Sick Leave time to pay for your biweekly premiums. Timesheets must be submitted for each biweekly period that you wish to have your benefits payroll deducted.

3. If you wish to decline any of your benefits, you must submit the enclosed "Authorization to Cancel Benefits" form to the AECOM Benefits Department no later than the due date printed on your first payment coupon.

4. During your leave of absence, benefit premiums must be paid by payroll deduction or personal check. If you do not pay for benefit premiums, benefits will be terminated. You must submit a signed "Acknowledgement of Benefit Premium Payments" form to the AECOM Benefits Department no later than the due date shown on your first payment coupon.

5. If you become ineligible for the group health plans due to termination of employment or due to non-payment of benefit premiums, you may be entitled to continue your medical, dental, vision and flexible spending account (FSA) insurance under the provisions of COBRA. Only plans in which you are enrolled at the time of termination may be continued under COBRA. The COBRA Administrator will send you COBRA information within 2-3 weeks of your date of termination.

6. You are required to pay the Long Term Disability premium through the elimination period. Once you are receiving Long Term Disability benefits, you are not required to pay the LTD premium.

If you have any questions regarding the content of this letter, please contact us at (213) 593-8477, Monday through Friday between 8 am and 5 pm Pacific Time.

Sincerely,

AECOM Benefits Department

Complete details about the plans are contained in the plan documents that govern plan operation and administration. If there is a discrepancy between the information provided in this letter and the provisions of the plan document, the plan documents will govern.

**ACKNOWLEDGEMENT OF BENEFIT PREMIUMS PAYMENTS**

** You must sign and return this form to the AECOM Benefits Department **

**Name:** Ministeri, Anthony
**Eligibility Period:** 08/11/2014 through 11/08/2014
**Due Date:** ~~08/29/2014~~ 10-10-2014

I understand that during my leave of absence, I am responsible to pay for my benefit premiums. These payments can be made by payroll deduction or personal check. I understand that if I do not pay for my benefit premiums, the benefits will be terminated.

**Please submit this form to the address shown below NO LATER THAN ~~08/29/2014~~.** 10-10-2014

AECOM Benefits Department
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071

**By signing this coupon, I certify that the above information is correct and confirm my understanding of the guidelines specified above.**

Signature Date

**AUTHORIZATION TO CANCEL BENEFITS FORM**
**FOR EMPLOYEES ON A LEAVE OF ABSENCE**

** Return this form only if you are canceling benefits **

**Name:** Ministeri, Anthony
**Eligibility Period:** 08/11/2014 through 11/08/2014
**Due Date:** ~~08/29/2014~~ 10-10-2014

**Please use the following matrix to indicate any benefits you wish to decline during your leave of absence:**

| Benefit Plan | Place a check next to any benefits you wish to decline |
|---|---|
| Medical | |
| Dental | |
| Vision | |
| Basic Life Insurance | |
| Basic Accidental Death & Dismemberment (AD&D) | |
| Optional Employee Life Insurance | |
| Optional Accidental Death & Dismemberment (AD&D) | |
| Short Term Disability Insurance (STD) | |
| Long Term Disability Insurance (LTD) | |
| Spouse/Domestic Partner Life Insurance | |
| Dependent Life Insurance | |
| Health Care Flexible Spending Account (HCSA) | |
| Dependent Day Care Flexible Spending Account (DCSA) | |

1. If you do not continue Medical, Dental, Vision and Life Insurance options during your leave of absence, you may re-enroll upon return by contacting the AECOM Benefits Department via email loa@aecom.com or call (213) 593-8477.
2. If you do not continue your Life Insurance options, you will be required to submit proof of good health on your elected life insurance plans in order to re-enroll.
3. If you do not continue Long Term Disability (LTD) during your leave of absence, you must wait until Annual Enrollment to re-enroll. In addition, you will be subject to pre-existing condition clauses as applicable.
4. You're required to pay the premium on Long Term Disability through the elimination period. Once you are receiving Long Term Disability benefits, you are not required to pay the LTD premium.

**Please submit this form to the address shown below NO LATER THAN ~~08/29/2014~~ 10-10-2014. If we do not receive this form by the due date shown, you will be held responsible for all benefit premiums accrued during your leave of absence.**

AECOM Benefits Department
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071

By signing this coupon, I certify that the above information is correct and confirm my understanding of the guidelines specified above.

Signature                                        Date

AR0179

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name. Ministeri, Anthony

Eligibility Period. 08/11/2014 through 11/08/2014

Due Date: ~~09/12/2014~~ 10-10-2014

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 172.32 | |
| Dental - Enrolled | $ 28.14 | |
| Vision - Enrolled | $ 4.00 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.00 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 24.78 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 368.56 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: Ministeri, Anthony

Eligibility Period. 08/11/2014 through 11/08/2014

Due Date: ~~09/26/2014~~ 10-10-2014

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 172.32 | |
| Dental - Enrolled | $ 28.14 | |
| Vision - Enrolled | $ 4.00 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.00 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 24.78 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 368.56 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: Ministeri, Anthony
Eligibility Period: 08/11/2014 through 11/08/2014

Due Date: **10/10/2014**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 172.32 | |
| Dental - Enrolled | $ 28.14 | |
| Vision - Enrolled | $ 4.00 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.00 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 24.78 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| **Total Biweekly Cost** | $ 368.56 | |
| | **Total Elected Benefit Premiums** | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

Signature ______________________ Date ____________

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: Ministeri, Anthony
Eligibility Period: 08/11/2014 through 11/08/2014

Due Date: **10/24/2014**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 172.32 | |
| Dental - Enrolled | $ 28.14 | |
| Vision - Enrolled | $ 4.00 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.00 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 24.78 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| **Total Biweekly Cost** | $ 368.56 | |
| | **Total Elected Benefit Premiums** | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

Signature ______________________ Date ____________

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**
Eligibility Period: **08/11/2014 through 11/08/2014**

Due Date: **11/07/2014**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 172.32 | |
| Dental - Enrolled | $ 28.14 | |
| Vision - Enrolled | $ 4.00 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.00 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 24.78 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 368.56 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

Signature | Date

---

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**
Eligibility Period: **08/11/2014 through 11/08/2014**

Due Date: **11/21/2014**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 172.32 | |
| Dental - Enrolled | $ 28.14 | |
| Vision - Enrolled | $ 4.00 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.00 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 24.78 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 368.56 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

Signature | Date

September 26, 2014

Anthony Ministeri
[redacted]
Merrimac, MA 01860

Enclosed are additional benefit payment coupons while on a leave of absence. Please send payment via regular US Mail to address listed below. Please **DO NOT** send payment via overnight mail, this will not expedite the processing of your payment.

**Please Mail Payment to:**
AECOM Benefits Department
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071

If you have any questions, please contact the AECOM Benefit Department at (213) 593-8477.

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **11/09/2014 through 12/31/2014** Due Date: **12/05/2014**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 704.20 | |
| Dental - Enrolled | $ 69.41 | |
| Vision - Enrolled | $ 7.87 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 1.30 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 34.56 | |
| **Total Biweekly Cost** | $ 956.66 | |
| | **Total Elected Benefit Premiums** | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

---

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **11/09/2014 through 12/31/2014** Due Date: **12/19/2014**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 704.20 | |
| Dental - Enrolled | $ 69.41 | |
| Vision - Enrolled | $ 7.87 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 1.30 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 34.56 | |
| **Total Biweekly Cost** | $ 956.66 | |
| | **Total Elected Benefit Premiums** | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

May 05, 2015

Anthony Ministeri
[redacted]
Merrimac, MA 01860

Enclosed are additional benefit payment coupons while on a leave of absence. Please send payment via regular US Mail to address listed below. Please **DO NOT** send payment via overnight mail, this will not expedite the processing of your payment.

**Please Mail Payment to:**
AECOM Benefits Department
515 S. Flower Street, 10th Floor
Los Angeles, CA 90071

If you have any questions, please contact the AECOM Benefit Department at (213) 593-8477.

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **01/01/2015 through 07/31/2015** Due Date: **01/02/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **01/01/2015 through 07/31/2015** Due Date: **01/16/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **01/01/2015 through 07/31/2015** Due Date: **01/30/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

---

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **01/01/2015 through 07/31/2015** Due Date: **02/13/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**
Eligibility Period: **01/01/2015 through 07/31/2015**
Due Date: **02/27/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

Signature | Date

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**
Eligibility Period: **01/01/2015 through 07/31/2015**
Due Date: **03/13/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

Signature | Date

**PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE**

Name. **Ministeri, Anthony**

Eligibility Period. **01/01/2015 through 07/31/2015** Due Date: **03/27/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

**PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE**

Name: **Ministeri, Anthony**

Eligibility Period **01/01/2015 through 07/31/2015** Due Date: **04/10/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138 24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **01/01/2015 through 07/31/2015**

Due Date: **04/24/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| **Total Biweekly Cost** | $ 977.39 | |
| | **Total Elected Benefit Premiums** | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **01/01/2015 through 07/31/2015**

Due Date: **05/08/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| **Total Biweekly Cost** | $ 977.39 | |
| | **Total Elected Benefit Premiums** | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **01/01/2015 through 07/31/2015** Due Date: **05/22/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **01/01/2015 through 07/31/2015** Due Date: **06/05/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

**Signature** **Date**

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **01/01/2015 through 07/31/2015** Due Date: **06/19/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

Signature Date

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period. **01/01/2015 through 07/31/2015** Due Date: **07/02/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

Signature Date

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **01/01/2015 through 07/31/2015** Due Date: **07/17/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

Signature

Date

## PAYMENT COUPON for GROUP WELFARE BENEFIT PLANS CONTINUANCE

Name: **Ministeri, Anthony**

Eligibility Period: **01/01/2015 through 07/31/2015** Due Date: **07/31/2015**

Payment **WILL NOT** be accepted if this payment coupon has not been completed, signed and enclosed with your check. **Make Checks Payable to AECOM.**

| Benefit Plan & Coverage | Biweekly Premiums | List all biweekly premiums for benefits you wish to continue |
|---|---|---|
| Medical - Enrolled | $ 724.38 | |
| Dental - Enrolled | $ 69.98 | |
| Vision - Enrolled | $ 7.85 | |
| Basic Life Insurance & Basic Accidental Death & Dismemberment (AD&D) - Enrolled | $ 35.86 | |
| Optional Employee Life Insurance - Enrolled | $ 138.24 | |
| Optional Accidental Death & Dismemberment (AD&D) - Enrolled | $ 0.16 | |
| Short Term Disability - Enrolled | $ 0.00 | |
| Long Term Disability (LTD) - Enrolled | $ 0.00 | |
| Spouse/Domestic Partner Life Insurance - Waived | $ 0.00 | |
| Dependent Child Life Insurance - Enrolled | $ 0.92 | |
| Flexible Spending Account (Health Care and Dependent Day Care) pay upon return | $ 0.00 | |
| Executive Life Insurance - Enrolled | $ 0.00 | |
| Total Biweekly Cost | $ 977.39 | |
| | Total Elected Benefit Premiums | $ |

☐ **Check box if you have made arrangements with your supervisor or timesheet coordinator for your benefit premiums to be paid via Paid Time Off (PTO or Sick Leave) for this pay period or you are receiving AECOM Paid Family Leave.**

**By signing this coupon, I confirm my understanding of the guidelines specified by the Group Welfare Benefit Plans Continuance letter.**

Signature

Date

Social Security Administration

**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. *(* signifies a required field).*

**TO: Social Security Administration**

| **Anthony Ministeri, Jr.** | **[redacted]/1953** | **[redacted]-5766** |
|---|---|---|
| **DECEDENT** | **Date of Birth** | *** Social Security Number** |

I authorize the Social Security Administration to release information or records about Anthony Ministeri, Jr., to:

| ***NAME OF PERSON OR ORGANIZATION** | ***ADDRESS OF PERSON OR ORGANIZATION** |
|---|---|
| Reliance Standard Life Insurance Company | P.O. Box 7698<br>Philadelphia, PA 19101-7698 |

***I want this information released because:**
We may charge a fee to release information for non-program purposes.
To document my Group Life Claim and/or to determine the benefits payable under the provisions of the policy which Mr. Ministeri is insured. This Consent for Release of Information shall remain in effect for two years from the date it is signed below.

***Please release the following information selected from the list below:**
You must specify the records you are requesting by checking at least one box. We will not honor a request for "any and all records" or "my entire file." Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☐ Social Security Number
2. ☐ Current monthly Social Security benefit amount
3. ☐ Current monthly Supplemental Security Income payment amount
4. ☐ My benefit/payment amounts from date____________ to date ____________
5. ☐ My Medicare entitlement from date ______________ to date ____________
6. ☒ Medical records from my claims folder(s) from date 4/1/2014 to date 10/1/2014
   If you want SSA to release a minor's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder.
8. ☒ Other record(s) application for benefits.

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.**

***Signature of Next-of-Kin :** ______________________________ ***Date:** ____________________

***Address:** ______________________________________________

**Relationship (if not the subject of the record):** **Spouse** ***Daytime Phone:** ______________

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

1. Signature of witness:__________________________ 2. Signature of witness:__________________________

Address (Number and street, City, State, and Zip Code): Address (Number and street, City, State, and Zip Code):

Social Security Administration

**Consent for Release of Information**

Form Approved
OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. *(* signifies a required field).*

**TO: Social Security Administration**

| **Anthony Ministeri, Jr.** | [redacted]1953 | [redacted]5766 |
|---|---|---|
| **DECEDENT** | **Date of Birth** | *** Social Security Number** |

I authorize the Social Security Administration to release information or records about Anthony Ministeri, Jr., to:

| ***NAME OF PERSON OR ORGANIZATION** | ***ADDRESS OF PERSON OR ORGANIZATION** |
|---|---|
| Reliance Standard Life Insurance Company | P.O. Box 7698<br>Philadelphia, PA 19101-7698 |

***I want this information released because:**
We may charge a fee to release information for non-program purposes.
To document my Group Life Claim and/or to determine the benefits payable under the provisions of the policy which Mr. Ministeri is insured. This Consent for Release of Information shall remain in effect for two years from the date it is signed below.

***Please release the following information selected from the list below:**
You must specify the records you are requesting by checking at least one box. We will not honor a request for "any and all records" or "my entire file." Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☐ Social Security Number
2. ☐ Current monthly Social Security benefit amount
3. ☐ Current monthly Supplemental Security Income payment amount
4. ☐ My benefit/payment amounts from date__________ to date __________
5. ☐ My Medicare entitlement from date __________ to date __________
6. ☒ Medical records from my claims folder(s) from date 4/1/2014 to date 10/1/2014
   If you want SSA to release a minor's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☒ Complete medical records from my claims folder.
8. ☒ Other record(s) application for benefits.

**I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.**

***Signature of Next-of-Kin :** [signature] ***Date:** 5/3/16

***Address:** [redacted] Rd Merrimac MA 01860

**Relationship (if not the subject of the record):** **Spouse** ***Daytime Phone:** 978346[redacted]

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

1. Signature of witness:____________________ 2 Signature of witness:____________________

Address (Number and street, City, State, and Zip Code): Address (Number and street, City, State, and Zip Code):

**Form SSA-3288** (07-2013) EF (07-2013)

```
*** REC 2016141  101504 HT01J881 YPC=  CIPQYAE   PQAE   (F-D9= )   ***

FACT     DTE:05/20/16  SSN[redacted]-5766  BIC:    DOC:PC7 UNIT:MAY16   PG: 001+
ACCOUNT     PCOC-1 NOP-01 SEX-M TAC-D LUM-04 LMM-04/16 PODF-PROVEN  ERC-13
            FLI-M  CDY-0 DRAMS READ  INACTIVE ACCT
PMT CYC     CYI-4 PCEFD-01/23/2015 PCCOM-01/15 PCCR-I
PRIMARY     ANTHONY MINISTERI JR DOB-[redacted]/1953 DOD-10/2015 LSPA-$0.00
INSURED     CLAIM TYPE-DISABILITY DATE OF FILING-01/06/2015 FIRST MET-04/2009
            LAST MET-12/2018  WAIT PER START-05/2014  NONX NO GMS USED-04/2009
            EXC NO GMS USED-04/2009  20/40 EXCLUSION-TEST MET
            20/40 NON EXCL-TEST MET  DIB QC REQUIRE-20  DIB QC EARNED-38
            FULL INS EXCL-TEST MET  FULL INS NONEXCL-TEST MET
            FULL QC REQUIRE-39  FULL QC EARNED-40  CURR QC EARNED-00
            HLTHBEN QC EARN-00
PIA HIS     10/14 $2633.00 L2  FMAX-$ 3949.50D ELY-14 IME-$8826 YOC-00
            12/14 $2677.70 L2K FMAX-$ 4016.60D ELY-14 IME-$8826 YOC-00
            01/15 $2695.40 L 2 FMAX-$ 4043.10D ELY-14 IME-$8942
            10/15 $2695.40 L   FMAX-$ 4718.20T ELY-14 IME-$8942
PAYMENT     PIC-A  MPA-$0.00 DOC-050 RD-04/13/16 LAP-B SERVICE IND-6
TELE NO     BTN-978-758-2770 BTC1-M CPND-01/2015
PAYEE       ANTHONY MINISTERI JR
            PAYEE UPDATED-01/23/2015
ADDRESS     [redacted]                 MERRIMAC MA 01860-2259
            ADDR UPDATED-01/23/2015
            SCC-22040  ZDPC-287  SOURCE-X
BANK        RTN-011000138 DAN-C000027908705 BDCD-01/23/15
BENEFIT     BIC-A  ANTHONY MINISTERI JR SB-M DOB-[redacted]/1953 Q  DOEI-10/14
            DOEC-10/14 ABN-WBDM LAF-T1 RFST-CLMDTH MBP-$2695.00 DRD-01/23/15
            DOCA-11/15 DOST-10/15 LANG-E BDOD-10/02/2015 PODC-P
HIST TOC    TOC-5 START-10/2014              Termination of benefits death
BENE ENT    START-10/2014 DATE OF FILING-01/06/2015 APP RECEIPT-01/16/2015
            ID CODE-A  CUR ENT CODE-DISABLED  FULL RETIRE AGE-01/2019
            ANN EARN FRA-01/2019  TERMINATION-10/2015
DIB         DDO-04/10/14 DIG-1910 DIB DOED-10/2014 MEDICARE DOED-10/2014
            DSD-01/15
CITIZEN     START-01/23/1953 COUNTRY-UNITED STATES PROVEN
DED/ADD     COM MTH  UPDATED    TYPE   SOURCE  AMOUNT     START   STOP    ITEM
            01/2015 01/23/2015 PMA    MCS    $ 2633.00 10/2014 11/2014 010
            01/2015 01/23/2015 PMA    MCS    $ 2677.00 12/2014 12/2014 010
            01/2015 01/23/2015 PMA    MCS    $ 7943.00                 999
            01/2015 01/23/2015 RCMA   MCS    $ 2677.00 01/2015 01/2015 010
            01/2015 01/23/2015 RCMA   MCS    $ 2677.00                 999
            01/2015 01/23/2015 MBP    MCS    $ 2677.00 02/2015         010
            01/2015 01/23/2015 MBP    MCS    $ 2677.00                 999
            10/2015 10/07/2015 MBP    T2     $    0.00 10/2015         010
            10/2015 10/07/2015 MBP    T2     $    0.00                 999
            10/2015 10/15/2015 PMA    MADCAP $ 2677.00 09/2015 09/2015 150
            10/2015 10/15/2015 PMA    MADCAP $ 2677.00                 599
            10/2015 10/15/2015 PMA    MADCAP $    0.00                 999
            10/2015 10/15/2015 MBP    MADCAP $    0.00 10/2015         010
            10/2015 10/15/2015 MBP    MADCAP $    0.00                 999
            11/2015 10/30/2015 RCMA   AJS1   $   18.00 01/2015 09/2015 105
            11/2015 10/30/2015 RCMA   AJS1   $ 2677.00 11/2015 11/2015 210
            11/2015 10/30/2015 RCMA   AJS1   $ 2839.00                 599
            11/2015 10/30/2015 RCMA   AJS1   $    0.00                 999
            11/2015 10/30/2015 MBP    AJS1   $    0.00 11/2015         010
            11/2015 10/30/2015 MBP    AJS1   $    0.00                 999
```

```
FACT     DTE:05/20/16  SSN: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  BIC:     DOC:PC7 UNIT:MAY16   PG: 002
              04/2016 04/13/2016 PMA     MADCAP $ 2839.00 04/2016 04/2016 210
              04/2016 04/13/2016 PMA     MADCAP $ 2839.00                 590
              04/2016 04/13/2016 PMA     MADCAP $    0.00                 999
              04/2016 04/13/2016 MBP     MADCAP $    0.00 04/2016         010
              04/2016 04/13/2016 MBP     MADCAP $    0.00                 999
HISTORY       10/14  $2633.00  $    0.00 000  01          $2633.00 Initial benefit
              12/14  $2677.70  $    0.00 700  01          $2677.00 COLA
              01/15  $2695.40  $    0.00 400  01          $2695.00 Earnings increase
              10/15  $2695.40  $    0.00 400 T10 CLMDTH   $2695.00 Termination of benefits

+++ TRANS HISTORY +++

TRANS       RD-1/23/15 LAP-X  MODERNIZED CLAIMS SYSTEM PIC-A
            RD-10/07/15 LAP-TB  TITLE II PROCESS PIC-A
            RD-10/13/15 LAP-Z2  RETURNED CHECK PIC-A
            RD-10/15/15 LAP-B  MADCAP PIC-A
            RD-10/16/15 LAP-TS  TITLE II SPECIAL PROCESS PIC-A
            RD-10/30/15 LAP-G1  AJS AERO AUTO PIC-A
            RD-4/13/16 LAP-B  MADCAP PIC-A
            RD-4/14/16 LAP-ZS  SINGLE PAYMENT SYSTEM PIC-U1

+++ RETCHK HISTORY +++

CHECK       PIC-A DATE-10/28/15 AMT-$2677.00 NO-00805414 SYM-0999 PCOC-1
RETURN      DATE-10/28/15 REASON-EI
```

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Northeastern Program Service Center
1 Jamaica Center Plaza
Jamaica, New York 11432-3898
Date: January 27, 2015
Claim Number: [redacted]766HA

76 2 MB 0 435 T2 MAAD296 PL1 S296 M3 PC1 150123
76 ANTHONY MINISTERI JR

[redacted]
MERRIMAC, MA 01860
11

You are entitled to monthly disability benefits beginning October 2014.

**The Date You Became Disabled**

We found that you became disabled under our rules on April 10, 2014.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is October 2014.

**What We Will Pay And When**

- You will receive $7,943.00 around February 2, 2015.
- This is the money you are due for October 2014 through December 2014.
- Your next payment of $2,677.00, which is for January 2015, will be received on or about the fourth Wednesday of February 2015.
- After that you will receive $2,677.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- The day of the month you receive your payments depends on your date of birth.

Enclosure(s):
Pub 05-10153

C

See Next Page

**Desiree Williams - Anthony Ministeri**

---

| | |
|---|---|
| **From:** | "A. Ministeri" <aministeri@comcast.net> |
| **To:** | <Jane.Hopson@RSLI.com> |
| **Date:** | 6/2/2016 10:36 AM |
| **Subject:** | Anthony Ministeri |
| **Attachments:** | reliance.pdf |

---

Jane,

Attached you will find the paperwork from Social Security regarding Anthony Ministeri. I'm not sure why SSA is using April 10, 2014 as a date to start. I believe that might have been the date that he was on a business trip and became disoriented.

He was diagnosed on May 7, 2014. He continued to work for AECOM part time from home until August 8, 2014, until he was hospitalized.

Let me know if you have any questions.

Thank you,

Renee Ministeri

NH [redacted]5766 SG-SSA-16

Social Security Administration
Application Development

KEEP FOR YOUR RECORDS

SOCIAL SECURITY
367 MAIN ST
HAVERHILL
MA
01830-4091
Telephone Number: (866)964-4324
Date: January 16, 2015

ANTHONY MINISTERI JR
[redacted]
MERRIMAC MA 01860

On January 16, 2015, we talked with you and completed your application for SOCIAL SECURITY BENEFITS. We stored this information electronically in our records. We are enclosing a summary of your statements.

What You Need To Do

- o Review the summary to make sure we recorded your statements correctly.
- o If you agree with all your statements, you may keep the information for your records.
- o If you disagree with any of your statements, please contact us within 10 days after receiving this notice to let us know.
- o Review the reporting responsibilities so you are aware of the changes or events that you need to report to us.
- o Provide the additional information that is listed on the application under "What We Need".

IMPORTANT REMINDER

Penalty of Perjury

You declared under penalty of perjury that you examined all the information on this form and it is true and correct to the best of your knowledge. You were told that you could be liable under law for providing false information.

NAME OF PERSON TO CONTACT ABOUT YOUR CLAIM: MS HIGGINS

If You Have Any Questions

If you have any questions, you should call, write or visit any Social Security office. If you call or visit our office, please have this letter with you. The telephone number is shown above. We can answer most questions over the phone. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

Social Security Administration

Enclosure(s):
Application Summary
Envelope

NH [redacted]-5766 SG-SSA-16

: UNIT: DAHDIB :

ANTHONY MINISTERI JR
[redacted]
MERRIMAC MA 01860

APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On January 16, 2015, we talked with you and completed your application for SOCIAL SECURITY BENEFITS. We stored this information electronically in our records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS ANTHONY MINISTERI JR.

MY SOCIAL SECURITY NUMBER IS 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.

MY DATE OF BIRTH IS January 23, 1953.

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON April 10, 2014.

I AM STILL DISABLED.

NO PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION BY OR FOR ME.

I DO NOT WANT TO FILE FOR SSI.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

THE SOCIAL SECURITY ADMINISTRATION AND THE STATE AGENCY REVIEWING MY CLAIM DO HAVE MY PERMISSION TO CONTACT MY EMPLOYER(S).

I AM MARRIED TO RENEE R MINISTERI. WE WERE MARRIED ON August 16, 1986 IN PA BY A CLERGYMAN OR PUBLIC OFFICIAL. MY SPOUSE'S AGE OR BIRTHDATE IS April 20, 1940 AND SOCIAL SECURITY NUMBER IS 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.

I HAD NO PREVIOUS MARRIAGES THAT LASTED 10 YEARS OR MORE OR ENDED IN DEATH.

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

REMARKS:
I AGREE WITH MY EARNINGS RECORD. I UNDERSTAND MY REPORTING RESPONSIBILITIE S. I WILL REPORT IF I START WORKING. I WAS OFFERED TO SET UP AMYSOCIALSECU RITY ACCOUNT AT THE TIME OF MY INTERVIEW. I ELECTED TO ENROLL.

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.

MY TELEPHONE NUMBER IS ( 978) 758████.

NH 5766                        SG-SSA-16

SOCIAL SECURITY ADMINISTRATION
IMPORTANT INFORMATION

        RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY DISABILITY INSURANCE BENEFITS


        ANTHONY MINISTERI JR
        MERRIMAC MA 01860

NAME OF PERSON TO CONTACT ABOUT YOUR CLAIM: MS HIGGINS

YOUR APPLICATION FOR SOCIAL SECURITY BENEFITS HAS BEEN RECEIVED AND WILL BE
PROCESSED AS QUICKLY AS POSSIBLE.

YOU SHOULD HEAR FROM US WITHIN __ DAYS AFTER YOU HAVE GIVEN US ALL THE
INFORMATION WE REQUESTED. SOME CLAIMS MAY TAKE LONGER IF ADDITIONAL INFORMATION
IS NEEDED.

IN THE MEANTIME, IF YOU CHANGE YOUR ADDRESS, OR IF THERE IS SOME OTHER CHANGE
THAT MAY AFFECT YOUR CLAIM, YOU - OR SOMEONE FOR YOU - SHOULD REPORT THE
CHANGE.

We are providing the attached application for your records.

We stored your application information electronically so there is no reason for
us to retain a paper copy of your application.

IMPORTANT REMINDER

Penalty of Perjury

You declared under penalty of perjury that you examined all the information on
this form and it is true and correct to the best of your knowledge. You were
told that you could be liable under law for providing false information.

THE TELEPHONE NUMBERS TO CALL IF YOU HAVE A QUESTION OR SOMETHING TO REPORT
ARE:

        BEFORE YOU RECEIVE A NOTICE ABOUT YOUR CLAIM:

        AFTER YOU RECEIVE A NOTICE ABOUT YOUR CLAIM:

SOCIAL SECURITY INFORMATION IS ALSO AVAILABLE TO INTERNET USERS AT
WWW.SOCIALSECURITY.GOV.

What You Need To Do

    o  Review the summary to make sure we recorded your statements correctly.

NH ████5766                                   SG-SSA-16

o  If you agree with all your statements, you may keep the information for
   your records.

o  If you disagree with any of your statements, please contact us within 10
   days after receiving this notice to let us know.

o  Review the reporting responsibilities so you are aware of the changes or
   events that you need to report to us.

o  Provide the additional information that is listed on the application under
   "What We Need".

ALWAYS GIVE US YOUR CLAIM NUMBER WHEN WRITING OR TELEPHONING ABOUT YOUR
CLAIM. IF YOU HAVE ANY QUESTIONS ABOUT YOUR CLAIM, WE WILL BE GLAD TO
HELP YOU.

WE ARE RETURNING ANY DOCUMENT(S) YOU MAY HAVE SUBMITTED WITH YOUR APPLICATION.

                    HELPFUL HEALTH CARE WEBSITES

Health Information

The U.S. Department of Health and Human Services provides information on many
health topics at www.healthfinder.gov on the Internet. You may wish to visit
that site to review that information, which may be helpful to you.

Prescription Drug Assistance Programs

You may be able to get help paying for prescription drugs. To find out what
programs are offered by drug companies, state and local governments, and local
organizations, please visit www.healthfinder.gov/rxdrug on the Internet.

CLAIMANT                        SOCIAL SECURITY CLAIM NO.
ANTHONY MINISTERI JR            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

AR0204

NH [redacted]5766 SG-SSA-16

REPORTING RESPONSIBILITIES FOR DISABILITY INSURANCE BENEFITS

ANTHONY MINISTERI JR
[redacted]
MERRIMAC MA 01860

---

CHANGES TO BE REPORTED AND HOW TO REPORT

FAILURE TO REPORT MAY RESULT IN OVERPAYMENTS THAT MUST BE REPAID, AND IN POSSIBLE MONETARY PENALTIES

- You change your mailing address for checks or residence. To avoid delay in receipt of checks you should ALSO file a regular change of address notice with your post office.
- Your citizenship or immigration status changes.
- You go outside the U.S.A. for 30 consecutive days or longer.
- Any beneficiary dies or becomes unable to handle benefits.
- You are confined to jail, prison, penal institution or correctional facility for conviction of a crime or you are confined to a public institution by court order in connection with a crime.
- You have an unsatisfied warrant for your arrest for a crime or attempted crime that is a felony (or, in jurisdictions that do not define crimes as felonies, a crime that is punishable by death or imprisonment for a term exceeding 1 year).
- You have an unsatisfied warrant for a violation of probation or parole under Federal or State law.
- Your stepchild is entitled to benefits on your record and you and the stepchild's parent divorce. Stepchild benefits are not payable beginning with the month after the month the divorce becomes final.
- Custody Change - Report if a person for whom you are filing, or who is in your care dies, leaves your care or custody, or changes address.
- Change of Marital Status - Marriage, divorce, annulment of marriage.
- You become entitled to a pension or annuity based on your employment after 1956 not covered by Social Security, or if such pension or annuity stops.
- You return to work (as an employee or self-employed) regardless of the amount of earnings.

NH 5766 SG-SSA-16

- Your condition improves.

- If you are under age 65 and you apply for or begin to receive Workers' Compensation or another public disability benefit (including Black Lung benefits), or the amount of your present Workers' Compensation or public benefit changes or stops, or you receive a lump sum settlement.

HOW TO REPORT

You can make your reports by telephone, mail, or in person, whichever you prefer.

If you are awarded benefits, and one or more of the above change(s) occur, you should report by:

- Calling us TOLL FREE at 1-800-772-1213;

- If you are deaf or hearing impaired, calling us TOLL FREE at TTY 1-800-325-0778; or

- Calling, visiting or writing your local Social Security Office at the phone number and address above.

For general information about Social Security, visit our website at www.socialsecurity.gov

For those under full retirement age, the law requires that a report of earnings be filed with SSA within 3 months and 15 days after the end of any taxable year in which you earn more than the annual exempt amount. You may contact SSA to file a report. Otherwise, SSA will use the earnings reported by your employer(s) and your self-employment tax return (if applicable) as the report of earnings required by law and adjust benefits under the earnings test. It is your responsibility to ensure that the information you give concerning your earnings is correct. You must furnish additional information as needed when your benefit adjustment is not correct based on the earnings on your record.

---

NOTICE ABOUT DOCUMENTS

We recommend that you keep all documents you submitted to us.
___ We are returning the documents you submitted with this claim.

---

Collection and Use of Information From Your Application -
Privacy Act Notice / Paperwork Reduction Act Notice

The Social Security Administration is authorized to collect the information requested on this form under sections 202, 205 and 223 of the Social Security Act. The information you provide will be used by the Social Security Administration to determine if you or a dependent is eligible to insurance coverage and/or monthly benefits. You do not have to give us the requested information. However, if you do not provide the information, we will be unable to make an accurate and timely decision concerning your entitlement or a dependent's entitlement to benefit payments.

NH ████████5766                                      SG-SSA-16

The information you provide may be disclosed to another Federal, State or local government agency for determining eligibility for a government benefit or program, to a Congressional office requesting information on your behalf, to an independent party for the performance of research and statistical activities, or to the Department of Justice for use in representing the Federal Government.

We may also use this information when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 U.S.C. 3507 as amended in section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 20 minutes to read the instructions, gather the facts and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213. You may send comments on our time estimate above to: SSA, 6401 Security Blvd. Baltimore MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.

AR0207

# Social Security

The Official Website of the U.S. Social Security Administration

## Apply for Benefits

**Are you sure you want to save and exit?**

Completing this application at a later date may affect the month your benefits will start as well as other information on the application.

Before you save and exit, print this page or write down the re entry number. You will need this number to return to your saved application later.

Re-entry Number: 46641791

If you lose this number, you will need to start a new application. Social Security employees will never ask for your re-entry number and they do not have access to it. This is to protect your privacy

Print this page

## Things you should know about Anthony Ministeri's application

We may use **10/28/2014** as the official date of this application. In order to use **10/28/2014**, we must receive the signed application by **04/29/2015 or you may lose Social Security benefits**.

If you intend to apply for Supplemental Security Income (SSI) you must file an application with us by **12/27/2014 or you may lose SSI benefits.** You cannot apply for SSI over the Internet. Please contact us to arrange an appointment to apply for SSI.

If any of these dates fall on the weekend or is a Federal holiday, we must receive a signed application by the following business day

If, for some reason, you are unable to come back to this application later, you can contact us to know more about other ways of completing the application.

Yes, Save & Exit | No, Return to Application





**Entity: AECOM Construction Services Business Line**

**Position: Market Sector Regional Executive- Industrial and Process Industries-**

**Position Reports to: National Business Line Executive**

**Positions Reporting to this Position:** none

**FLSA Status:** Exempt

**A. Overall Responsibility**

To successfully execute business development for a specific market sector on a regional basis. Responsibile for analyzing market sector deveolopments in a regional area, building networks, relationships and a solid book of business in the region (East coast concentration, but with flexibility to cover coast-to-coast, in order to partner with other key market sector leads across the eneterprise) ..

B. Key Areas of Responsibility

1 Business Development - Manage the business development for the specific market sector in the region by pro-actively partnering with key clients, analyzing potential leads, folllowing up on regional activities and developments witin the market segment. Actively participate in proposals and presentations to become the AECOM regional market segment expert. .

2. Work with AECOM executives across business lines to evaluate bids, target clients and win work. Partner with corporate departments and experts for more effective market reach.
3. In an executive role, oversee projects specific to the market segment, to assure projects are completed on time, within budget, and meet expectations.
4. Work with regional operations executives to train, develop attract and promote staff for market specific project work.
5. As the market sector regional expert, attend key client project meetings when needed to offer expertise and decisions. Be the face to the client when dealing with large and complex problems that could impact the success of a major construction project. This will require making trips to existing plants and facilities, or potential sites for large construction projects.
6. Actively participate and take a leadership role at trade shows, conferences, and other social avenues. Represent AECOM as a speaker/presenter/sponsor and contributor to market sector events.

C. Knowledge, Skills, and Abilities

1 Specific, relevant knowledge and contacts within the market sector and region, typically gained with a minimum of 15 years of management-level experience in the market sector for a major competitor in the region. Demonstrated success in building the market. Ability to sell and oversee projects as an executive

2 Previous experience in developing marketing plans and executing same for a region.

3 Ability to assist other executives in understanding the market sector's potential and how to develop staff to successfully meet the business plans. Prior knowledge of construction management disciplines, methodology and processes

Physical Requirements.



Ability to travel on a national and international basis to effectively pursue business, meet with clients, JV partners, key executives in AECOM. Occasional International travel may also be required in order to meet with potential international clients. Travel to be 90%, with at least 50% regionally based (East Coast) and 50% to represent the rest of the country and international travel).

Ability to publically present to large groups of clientele on a regular basis. Ability to travel to conventions, seminars, and industry specific seminars, domestically and internationally.

Abilility to prepare large presentations, analysing large amounts of data and market information as provided by marketing database information and other software.

Ability to perform statistical analyses on data, and present data in concise and accurate formats, relevant to the specific audience.

Ability to effectively prepare proposals, work with marketing departments in order to review and customize proposal data in creative ways to suit the clients' needs

Ability to walk long distances (Industrial processing plants that are millions of square feet in size, or are comprised of multiple buildings within a complex.)

Ability to be exposed to various environmental conditions that would exist in a chemical or industrial processing plant (Such as pharmaceutical processing plants, or gas and oil refineries) when touring clients' sites, and meeting with executives when addressing key issues on a construction-related project.

**F. Education Requirements**

A Construction Management, Architectural or Engineering Degree required. Master degree hihgly desirable..

*The aforesaid responsibilities are representative in nature. Nothing here shall preclude Employer from changing or eliminating any of these duties, from time to time, or from assigning comparable duties or other duties commensurate with the experience and background of Employee*

| **Reviewed by:** | **Title:** |
|---|---|
| **Approved by:** | **Title:** |
| **Date posted:** | **Date employed:** |



MATRIX
PO BOX 13498
PHILADELPHIA, PA 19101-3498

ANTHONY MINISTERI
273-021115
FHVWJ

LOCMA061
Jun 5 2015 10:29AM

38

*Get your records on-line and avoid the delays of the US Mail.*

*Go to the BACTES web portal... It is the green thing to do.*

*Go to WWW.BACTES.COM and click on the "eDelivery" link to get started.*

---

## CONFIDENTIAL – MEDICAL RECORDS

---

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person (s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited. If you feel you have received these records in error, please call *(800) 560-3800*.

Bactes is the contracted Release of Information (ROI) provider for the source facility for these medical records. If you are interested in learning more about our ROI and related services, please call *(800) 560-3800* or visit www.bactes.com

BACTES • (800) 560-3800 • 8344 Clairemont Mesa Blvd., Suite 201 San Diego, Ca 92111

# Authorization For Use or Disclosure of Medical Record Information

41 Mall Road
Burlington, MA 01805

Phone: 781-744-8041 Fax: 781-744-1164

LC Number: 2843372

## Patient Information

** Please Print **

Patient Full Name: Anthony Ministeri Jr
Patient Address: [redacted]
City: Merrimac State MA Zip: 01860

Date of Birth: [redacted]/53
Email Address: aministeri@comcast.net
Home Phone: 978 346[redacted]
Work Phone:

## Release Information to

*I hereby authorize Lahey Clinic, Inc. & Lahey Clinic Hospital to release my medical record information to:*

☒ Mail Copies To: ☐ Discuss Medical Record Information With: Hold For Pick-up At: ☐ Burlington ☐ Peabody ☐ Lexington

Name/Facility: Matrix
Address: PO Box 13498
City: Philadelphia State PA Zip: 19101

Attention: Danielle Cardenas
Phone: 800 866 2301
Fax:

Purpose of Request: ◯ Personal ◯ Continuing Care (second opinion or refer to specialist) ⦿ Insurance ◯ Legal ◯ Transfer Out of Lahey

Preferred Output? *(paper is default)*

## Information to be Released

☑ Please provide a 2 year abstract of my medical information
*Note you will be invoiced at the allowable MA Statute rate

☐ Please provide an abstract of my entire medical record
*Note you will be invoiced at the allowable MA Statute rate

☐ Other - please be specific, include dates and MDs in comments
*Note you will be invoiced at the allowable MA Statute rate

*Comments*

*For current Massachusetts and New Hampshire Statute Copy Fees, please see Lahey Clinic's web site at www.lahey.org/Patients/MedReq.asp

## Authorization to Release Protected Information

***Required** - Please complete the check boxes below indicating how protected information should be handled even if the categories do not necessarily apply to the patient's medical records.

*Initial each line below to confirm your choices*

I ☐ DO ☑ DO NOT want *Psychiatric Treatment Notes released — AM
I ☐ DO ☑ DO NOT want information about *Sexually Transmitted Diseases released — AM
I ☐ DO ☑ DO NOT want information about *HIV Tests & Related Information released — AM
I ☐ DO ☑ DO NOT want information about *Alcohol and/or Substance Abuse released — AM
I ☐ DO ☑ DO NOT want information about *Genetic Testing released — AM
I ☐ DO ☑ DO NOT want information about ______ released — AM
*Other sensitive information?*

STOP Please confirm that you have put a checkmark and initialed ALL the protected information categories above regardless if they are applicable or not. If form is incomplete, or if protected information is not released, Lahey may be unable to fulfill this request

Sign Here [signature] Date Here 1/28/15

Patient's Signature Date*

Parent/Legally Recognized Representative Signature** Date*

Witness Date

**Know Your Privacy Rights**
Refer to the HIPAA
**"PRIVACY NOTICE"**

*This Authorization is valid for 90 days (30 days for alcohol/drug abuse treatment) unless you specify otherwise:________. You may revoke this Authorization at any time by providing a written statement to the Health Information Management Department, except to the extent that Lahey has already completed action on it. **By my signature, I attest that I am the legally recognized representative of the above mentioned patient in accordance with the following:____________. The information release pursuant to this Authorization may be redisclosed by the receiving institution or individual to other individuals or organizations that are not subject to privacy protection laws. Lahey will not condition treatment on payment of the provision of this Authorization

***For Diagnostic Imaging Please Turn to Next Page.***

REV (01 OCT 2010)

J6280576


Lahey Clinic - Burlington
41 Mall Road
Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY DOS:07/31/2014 LC#: 2843372
DOB: [redacted]/1953

Document Status: **Final - Receipt**

OUTPATIENT CONSULTATION
PALLIATIVE CARE

07/31/2014

Name: MINISTERI, ANTHONY
LC#: 2843372
DOB: [redacted]/1953

Visit ID: F16828495
Second Visit ID: 41048124

HISTORY OF PRESENT ILLNESS: Mr. Ministeri is a 61-year-old gentleman who I had initially met close to a month and a half ago at the request of Dr. O'Meara in radiation oncology. Mr. Ministeri was seen on both last visit and today up at Lahey North where he receives his radiation oncology care. He has an unresectable glioblastoma and my initial visit with him and his wife was to introduce the role of supportive oncology and for support with his unfortunate diagnosis.

The patient actually is followed at Beth Israel Deaconess by Dr. Oman who is his medical oncologist and Dr. William O'Meara here at Lahey for his radiation oncology. When I had last met with him, he was currently undergoing a course of radiation treatment and has just completed his course about 1 week ago. Dr. O'Meara had suggested I followup with him again. I spoke with the patient's wife over the phone to urge them to be willing to be seen again at that time, my conversation with his wife brought out some concerns that she has about the patient's safety and ability to make the best choices that she fears might be dangerous for him and therefore they both agreed to come in and meet with me again to continue addressing quality of life and goals and support.

Mr. Ministeri comes in today in a wheelchair with his wife. He looks actually much more robust than he had when I met him on our first visit. He is well dressed, the last time he was a bit unkempt and also was incredibly agitated. Today, he is well dressed, very pleasant, calm and actually his wife also seems much more calm and relieved than our first visit. When we talked about where he is right now in his disease, he explained that he has finished his radiation treatments; he feels that they have

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]/1953 LC#: 2843372
DOS: 07/31/2014

Document Status: **Final - Receipt**

definitely worked because he feels much better. He is having a followup CAT scan on the August 11th at Beth Israel Deaconess and then will see his medical oncologist, Dr. Oman the same day. He feels that visit is more to assess how the radiation had worked and then likely to find out if there are other treatments that Dr. Oman is going to recommend. The patient himself says that he feels that he is going to be getting very good news because he feels much better. The last time when I had met with him he could not open the cap of a bottle, needed his wife to do that. He was very shaky. He also was incredibly agitated and on edge. In addition, he really was having significant difficulty moving. He is still in a wheelchair today; however, he tells me at home, he is able to walk without any assistance and uses a wheelchair mainly because of the need for extra support on long distances. The patient also reports that I had set him up with some home services for physical therapy, but that did not work out and at this point, he has just been referred by Dr. O'Meara for outpatient physical therapy, which I do think is an excellent idea.

Therefore, at this time we talked about his overall expectations and goals. He said that he understands he is not going to live forever because he understands that even if the tumor has regressed that it will come back and it is only a matter of when he wants to know; however, if there is any way of knowing, when that would be and another question he has is what would his quality of life be like when that happens. He also wanted to know what he can expect for his end of life and decline. He also at this point wants to get back to his life and wants to know what other limitations that he can and cannot do.

Therefore, at this time, I explained to him that these questions that he has, I think would be, he and his wife should write them down and make sure they bring them to Dr. Oman's visit as well as to address with Dr. O'Meara. He understands that no one is ever going to be able to know when the tumor might start growing again; however, I did think it would be absolutely appropriate to potentially find out what the best case scenario and worst case scenario would be for him. I also talked about the fact that might help he and his wife be able to start talking about what he would be willing to tolerate for quality of life and at what point along that spectrum would he then want to not have aggressive interventions done so that he would not have a unacceptable quality of life prolonged. He and his wife seemed very interested in that and I offered to continue to address that with them. At that point, he did cheer up, he and his wife held hands, which I thought was incredibly appropriate and also

MINISTERI,ANTHONY
DOB: ███/1953 LC#: 2843372
DOS: 07/31/2014

Document Status: Final - Receipt

very warm for a couple who has really gone through a lot
and has had a lot of struggles in this past year.

When I asked what he feels his current function is
compared to how he was before this diagnosis. He said he
feels he is about 80% of normal. When I asked what were
the parts that are not normal; he felt that he still feels
a little bit slow in the uptake in his brain. He
understands he thinks cognitively he is there, but
sometimes is not as quick as he had been. He also
definitely still has problems with his gait. He does feel
like he still completely comfortable walking independently
and finally he is very eager to drive his car again and he
actually said he is planning to buy himself a new fancy
car. Of note, this is something his wife had privately
explained to me that she is very fearful of, she feels he
is not capable of driving and is afraid that because he
has always been very independent and not listening to
others that he will not listen to guidance in this regard.
Therefore, we talked about the fact that driving is
something that by all means will be one of his major goals
and this is something that would need to be addressed and
assessed by both Dr. Oman and Dr. O'Meara, but more
importantly physical therapy and occupational therapy
because of his brain tumor to be able to make sure that
his ability to react quickly, peripheral vision etc are
all intact. He did understand this and therefore is also
in agreement with having this evaluated. He also
explained that he would like to return back to work. He
has been doing some work from home online, but now he is
hoping to be able to become a bit more active, not
fulltime, but this would require him to fly and a lot of
his work would be on the West Coast because of potential
increased pressure in the brain I asked him to make sure
he addresses this with Dr. Oman and also we then talked
about reason for going back to work. He said it is on one
hand is financial because he wants to be able to continue
to keep his job for his family sake, but also for his own
sake that he needs to start doing something again. We
talked a lot about the stresses that might be involved as
well as if he started to feel worse clinically because of
that. He said that he would stop working right away;
However, at that point, his wife will decide, which I
could understand this is a gentleman who has been very
independent successful and in control and I think is going
to be very difficult for him to acknowledge if the need to
step back will occur. We then talked a lot about their 2
children and their family life. His son is returning to
college, daughter will be moving out and starting a
Community College nearby. He and his wife have not really
been able to do much together, but they are thinking of
going to New Hampshire, rent a house for a few days alone.

AR0215

MINISTERI,ANTHONY
DOB: [redacted]953 LC#: 2843372
DOS: 07/31/2014

Document Status: Final - Receipt

He seems very tender and much more open to realizing the role his wife has had in these past year. We talked a lot about the fact that she has been the one who has been trying to hold it all together with worry not only his issues, but also for the family. He did acknowledge this and he realizes that I have been a bear. He also reports that he is much calmer than he was when I first met him at which time he was on a much higher dose of his steroids. Currently, he is on a 2 mg tablet of dexamethasone twice a day and he definitely seems to be feeling a significant decrease in his agitation and lack of self-control on this lower dose.

RECOMMENDATIONS:
1. The patient will be following up with Dr. Oman, his medical oncologist after followup CAT scan, I have urged he and his wife to make a list of questions that are concerning to him. We will also make sure I e-mail these issues to Dr. O'Meara who may be able to pass it on to Dr. Oman. My overall concerns are that the patient is feeling 80% of normal, where I actually feel that is almost an overestimate and my concern is in agreement with his wife whether or not he is able to drive a car would need to really be confirmed by somebody with that ability and in the meantime, would urge him to have not only physical therapy, but occupational therapy in the outpatient rehabilitation.
2. He has clearly much better on the lower dose of dexamethasone. However, there is the concern at some point in the future, he may need the higher dose again, I think we all need to take into account that this likely may put him back into a situation where I think he felt out of control and I know his wife and family were also very concerned.
3. The patient does have a long history, I think he describes it himself is sometimes anger management, but also difficulty in dealing with anxieties and stresses. He describes himself as a type A personality control freak and I think that his current condition has probably added a significant level of depression and anxiety to him. He denies any history of any prior psychiatric diseases, but he acknowledges that he does have some problems dealing with his emotions. Therefore, at this time he has actually agreed to a referral to Behavioral Medicine and 1 of the goals that referral, I am hoping would be for somebody to fully evaluate him. I know it will be difficult to decide where his own baseline personality and emotional issues are compared to potential changes because of his glioblastoma. However, at this point, I think his wife's concerns and he has acknowledged is if he is coping to be able to return back to a more fully functional life with driving, traveling and working. One is that going to

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: 07/31/2014

Document Status: Final - Receipt

be a safe and reasonable productive issue for him plus knowing that in the future, he is definitely going to need more support as his disease progresses. He also would welcome if there is the possibility of some medication that might help control his mood swings better. Therefore, at this time, we will put in a referral for Behavioral Medicine up at Lahey North and if there is not any availabilities we will also urge them to seek some appointments here at Lahey Burlington. We will try to follow up with him in about a month's time when he follows up with Dr. O'Meara available as needed.

Note: The patient's wife phone number is 978-758-2770. I have also alerted Alison Lock, a social worker at Lahey North Oncology about this visit and she will be available for followup as needed.

Time Taken: Start time at 11:00 a.m. End time 1:00 p.m. Total time spent 120 minutes.

Elizabeth J Collins, MD
781-744-7010

EJC:nts
D: 08/01/2014 08:53
T: 08/02/2014 04:07
J: E12910384 / 631539

CC: Stephen Beaudoin, MD, <Primary Care Physician>
William O'Meara, MD, <Referring>

THIS DOCUMENT WAS ELECTRONICALLY AUTHENTICATED BY
Elizabeth J Collins, MD ON 08/15/2014 17:50:36

<start header>
MINISTERI, ANTHONY 07/31/2014 LC# 2843372

<END HEADER>



Lahey Clinic - Burlington
41 Mall Road
Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY DOS:07/28/2014 LC#: 2843372
DOB: [redacted]/1953

Document Status: Final

## Diagnosis
GBM

## Chief Complaint
Routine follow-up one week after completing RT

## History of Present Illness
The patient presented with confusion and was found to have a mass involving the right parietal-occipital regions, corpus callosum and left occipital lobe. His was admitted to BIDMC for initial work-up where neurological exam on 5/7/2014 admission was normal except for a left homonymous hemianopsia. He was placed on steroids and antiseizure prophylaxis. On 5/12/2014 he underwent an open biopsy from Dr. Arle where pathology revealed an infiltrating glioma, but the diagnosis of GBM could not be established. Consequently, patient underwent a repeat biopsy on 5/21/2014 by Dr. Kasper where GBM was pathologically proved. The patient states he developed left-sided weakness after the 2nd biopsy. The patient was evaluated in a multidisciplinary fashion at the BIDMC, and radiotherapy with concurrent Temodar chemotherapy was been recommended. The patient lives in the North Shore in Merrimac and was referred to Lahey Medical Center Peabody for treatment closer to home. On 7/23/2014 he completed a course of IMRT to 6000cGy.

Today, the patient states he is starting to improve. His strength, balance and gait are getting better. He feels like his left arm strength is close to normal. His left leg still feels "floppy." He is sleeping 6-7 hours at night and an addition 3-4 hours during the day. He has a PMH of cluster headaches which he manages with Imitrex; he reports 2 episodes of the same cluster headache over the past week which both times responded to Imitrex. Appetite good. No nausea, vomiting, or seizures. He has been instructed to not drive by the BIDMC CNS team at initial work, and he requests that I clear him for driving.

He had significant anxiety/agitation at the start of treatment and behavioral issues for the family at home. I directly asked the wife today how things have been, and she replied better. Early into the course of RT, I referred the patient and family to Lahey Supportive Oncology. The patient and wife met Dr. Collins in consultation but did not follow-up with her.

## Current Meds
1. Dexamethasone 2 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY; Therapy: 29May2014 to (Evaluate:14Oct2014); Last Rx:16Jul2014
2. Docusate Sodium 100 MG Oral Capsule; TAKE 1 CAPSULE TWICE DAILY; Therapy: 29May2014 to
3. Pepcid 20 MG Oral Tablet; takes 1 tablet 2xday; Therapy: 29May2014 to
4. Prochlorperazine Maleate 10 MG Oral Tablet; TAKE 1 TABLET EVERY 8 HOURS AS NEEDED FOR NAUSEA AND VOMITING; Therapy: 11Jul2014 to (Evaluate:28Jul2014) Requested for: 11Jul2014; Last Rx:11Jul2014
5. SUMAtriptan Succinate 6 MG/0.5ML Subcutaneous Solution; INJECT 0.5ML AT ONSET OF HEADACHE. MAY REPEAT IN 2 HOURS. MAXIMUM OF 2 INJECTIONS PER DAY, NO MORE THAN 2 DAYS PER WEEK; Therapy: 14Jul2014 to
6. Temodar CAPS; Therapy: (Recorded:04Jun2014) to

---

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

MINISTERI,ANTHONY
DOB:[redacted]1953 LC#: 2843372
DOS: 07/28/2014

Document Status: Final

7. TraZODone HCl TABS; Therapy: (Recorded:16Jun2014) to

Concurrent Temodar complete and adjuvant Temodar pending follow-up evaluation at BIDMC.

Of note, patient had been receiving different medications in the same class of drugs from various providers between at least 3 different medical systems: Lahey, Pentucket Medical and BIDMC. For example, during the course of RT, he was prescribed quetiapine (Seroquel) and clonazepam (Klonopin) from his PCP team and trazadone and lorazepam (Ativan) from another provider (I think BIDMC) to address the agitation/anxiety/behavor issues. When I learned of these additional medications being added after my medicine reconciliation at consult, I instructed patient and family to discontinue trazadone and lorazepam, and, instead, utilize the same class of meds prescribed by PCP. Today, the patient's wife states that she has not given him any quetiapine (Seroquel) or trazadone and is only using clonazepam (Klonopin) 1mg BID. She requests a refill to clonazepam (Klonopin) today.

## Vitals

**Lahey Vitals [Data Includes: Current Encounter]**

| | 28Jul2014 11:41AM |
|---|---|
| Systolic | 129 |
| Diastolic | 86 |
| Heart Rate | 80 |
| BMI Calculated | 27.77 |
| BSA Calculated | 2.15 |
| Height | 6 ft |
| Weight | 205 lb |
| Height Source | Actual Height |
| Weight Source | Actual Weight |
| Respiration | 10 |
| O2 Saturation | 99 |
| Temperature | 97.5 F |
| Pain Score | 0 |
| MD Notified of Pain Score Greater Than 3 | No |
| Allergy Status Reviewed | Yes |
| Safe at Home | Yes |
| Chaperoned During Appointment | Yes |
| Chaperoned By | wife |

## Physical Exam

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]/1953 LC#: 2843372
DOS: 07/28/2014

Document Status: Final

General: Sitting comfortably in chair in no acute distress.
Psychiatric: Alert and oriented x 3. Mood and affect appropriate.
HEENT: Patchy alopecia. Well-healed craniotomy sites at right lateral and posterior skull. Speech fluent. Visualization of oral cavity and oropharynx shows white plaques at posterior oropharynx. Scraping of one of these plaques reveales an erythematous base.
Lymph nodes: No cervical or supraclavicular lymphadenopathy.
Heart: Regular
Lungs: Clear
Abdomen: Positive bowel sounds, soft, nontender, nondistended.
Musculoskeletal: No paraspinal tenderness to palpation.
Extremities: No lower extremity edema.
Neuro: Sensation intact to light touch throughout. 5 out of 5 strength throughout except 4/5 at left hip flexion. Unsteady gait but slightly improved. Romberg unsteady and stable.

**Results/Data**

**Selected Results**

**16Jun2014 11:16AM**

CBC with Differential

Hematocrit: 44.5 % Reference Range 40.0-54.0
Hemoglobin: 14.9 G/DL Reference Range 13.8-18.0
MCV: 91 FL Reference Range 80-96
Platelet Count: 146 K/uL Abnormal Low Reference Range 150-450
RBC: 4.87 M/uL Reference Range 4.40-6.00
RDW: 14.0 % Abnormal High Reference Range 11.5-13.4
WBC: 11.37 K/uL Abnormal High Reference Range 4.4-11.3
Absolute Baso Ct: 0.02 K/uL Reference Range 0.02-0.08
Absolute Eos Ct: 0.00 K/uL Reference Range 0.00-0.40
Absolute Gran Ct: 9.39 K/uL Abnormal High Reference Range 1.4-6.6
Absolute Lymph Ct: 1.40 K/uL Reference Range 1.2-3.5
Absolute Mono Ct: 0.56 K/uL Reference Range 0.2-1.0
Basophil: 0 %
Lymphocyte: 12 %
Eosinophil: 0 %
Monocyte: 5 %
Polys: 83 %
WBC: 11.37 K/uL Abnormal High Reference Range 4.4-11.3

**24Jun2014 12:39PM**

WBC: 13.69 K/uL Abnormal High Reference Range 4.4-11.3
Polys: 81 %
Morphology: SLIGHT
Metamyelocyte: 1 % Abnormal High Reference Range 0
Monocyte: 8 %
Hypersegmented Polys: 4 % POLYS Reference Range <5
Lymphocyte: 9 %
Band Neutrophil: 1 %
Absolute Mono Ct: 1.10 K/uL Abnormal High Reference Range 0.2-1.0

---

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: 07/28/2014

Document Status: **Final**

Absolute Gran Ct: 11.36 K/uL Abnormal High Reference Range 1.4-6.6
Absolute Lymph Ct: 1.23 K/uL Reference Range 1.2-3.5
WBC: 13.69 K/uL Abnormal High Reference Range 4.4-11.3
Platelet Count: 134 K/uL Abnormal Low Reference Range 150-450
RDW: 13.5 % Abnormal High Reference Range 11.5-13.4
RBC: 4.60 M/uL Reference Range 4.40-6.00
Hemoglobin: 14.2 G/DL Reference Range 13.8-18.0
MCV: 88 FL Reference Range 80-96
Hematocrit: 40.7 % Reference Range 40.0-54.0

**30Jun2014 01:19PM**

Hematocrit: 43.1 % Reference Range 40.0-54.0
MCV: 89 FL Reference Range 80-96
Hemoglobin: 14.8 G/DL Reference Range 13.8-18.0
RBC: 4.85 M/uL Reference Range 4.40-6.00
RDW: 13.8 % Abnormal High Reference Range 11.5-13.4
Platelet Count: 166 K/uL Reference Range 150-450
WBC: 15.15 K/uL Abnormal High Reference Range 4.4-11.3
Absolute Gran Ct: 12.57 K/uL Abnormal High Reference Range 1.4-6.6
Absolute Lymph Ct: 1.36 K/uL Reference Range 1.2-3.5
Absolute Eos Ct: 0.00 K/uL Reference Range 0.00-0.40
Absolute Baso Ct: 0.30 K/uL Abnormal High Reference Range 0.02-0.08
Absolute Mono Ct: 0.91 K/uL Reference Range 0.2-1.0
Basophil: 2 %
Lymphocyte: 9 %
Eosinophil: 0 %
Monocyte: 6 %
Morphology: PLATELETS APPEAR NORMAL.
Polys: 83 %
WBC: 15.15 K/uL Abnormal High Reference Range 4.4-11.3

**07Jul2014 01:23PM**

Polys: 76 %
WBC: 10.94 K/uL Reference Range 4.4-11.3
Eosinophil: 1 %
Lymphocyte: 17 %
Monocyte: 6 %
Basophil: 0 %
Absolute Mono Ct: 0.65 K/uL Reference Range 0.2-1.0
Absolute Baso Ct: 0.03 K/uL Reference Range 0.02-0.08
Absolute Eos Ct: 0.06 K/uL Reference Range 0.00-0.40
Absolute Lymph Ct: 1.84 K/uL Reference Range 1.2-3.5
Absolute Gran Ct: 8.35 K/uL Abnormal High Reference Range 1.4-6.6
WBC: 10.94 K/uL Reference Range 4.4-11.3
RDW: 15.1 % Abnormal High Reference Range 11.5-13.4
RBC: 4.48 M/uL Reference Range 4.40-6.00
Hemoglobin: 13.8 G/DL Reference Range 13.8-18.0
Platelet Count: 121 K/uL Abnormal Low Reference Range 150-450
MCV: 91 FL Reference Range 80-96
Hematocrit: 40.9 % Reference Range 40.0-54.0

---

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: 07/28/2014

Document Status: Final

**14Jul2014 01:24PM**
Hematocrit: 40.0 % Reference Range 40.0-54.0
MCV: 92 FL Reference Range 80-96
Platelet Count: 102 K/uL Abnormal Low Reference Range 150-450
Hemoglobin: 13.4 G/DL Abnormal Low Reference Range 13.8-18.0
RBC: 4.35 M/uL Abnormal Low Reference Range 4.40-6.00
Absolute Baso Ct: 0.01 K/uL Abnormal Low Reference Range 0.02-0.08
RDW: 15.8 % Abnormal High Reference Range 11.5-13.4
WBC: 10.10 K/uL Reference Range 4.4-11.3
Absolute Eos Ct: 0.00 K/uL Reference Range 0.00-0.40
Absolute Gran Ct: 8.62 K/uL Abnormal High Reference Range 1.4-6.6
Basophil: 0 %
Absolute Lymph Ct: 0.99 K/uL Abnormal Low Reference Range 1.2-3.5
Absolute Mono Ct: 0.48 K/uL Reference Range 0.2-1.0
Lymphocyte: 10 %
Eosinophil: 0 %
Polys: 85 %
Monocyte: 5 %
WBC: 10.10 K/uL Reference Range 4.4-11.3

**21Jul2014 01:39PM**
WBC: 7.83 K/uL Reference Range 4.4-11.3
Monocyte: 3 %
Metamyelocyte: 4 % Abnormal High Reference Range 0
Morphology: VARIATION IN RBC SIZE.
Polys: 71 %
Eosinophil: 1 %
Lymphocyte: 17 %
Absolute Lymph Ct: 1.33 K/uL Reference Range 1.2-3.5
Absolute Mono Ct: 0.23 K/uL Reference Range 0.2-1.0
Band Neutrophil: 4 %
Absolute Eos Ct: 0.08 K/uL Reference Range 0.00-0.40
Absolute Gran Ct: 6.19 K/uL Reference Range 1.4-6.6
WBC: 7.83 K/uL Reference Range 4.4-11.3
RDW: 17.0 % Abnormal High Reference Range 11.5-13.4
RBC: 4.39 M/uL Abnormal Low Reference Range 4.40-6.00
Hemoglobin: 13.8 G/DL Reference Range 13.8-18.0
Platelet Count: 95 K/uL Abnormal Low Reference Range 150-450
MCV: 93 FL Reference Range 80-96
Hematocrit: 40.8 % Reference Range 40.0-54.0

**28Jul2014 11:28AM**
Hematocrit: 40.1 % Reference Range 40.0-54.0
Hemoglobin: 13.7 G/DL Abnormal Low Reference Range 13.8-18.0
MCV: 94 FL Reference Range 80-96
Platelet Count: 91 K/uL Abnormal Low Reference Range 150-450
RBC: 4.27 M/uL Abnormal Low Reference Range 4.40-6.00
RDW: 18.2 % Abnormal High Reference Range 11.5-13.4
WBC: 6.98 K/uL Reference Range 4.4-11.3
Absolute Baso Ct: 0.07 K/uL Reference Range 0.02-0.08

---

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB:[redacted]1953 LC#: 2843372
DOS: 07/28/2014

Document Status: Final

Absolute Gran Ct: 5.37 K/uL Reference Range 1.4-6.6
Absolute Lymph Ct: 1.05 K/uL Abnormal Low Reference Range 1.2-3.5
Basophil: 1 %
Absolute Mono Ct: 0.49 K/uL Reference Range 0.2-1.0
Atypical Lymph: 1 % Reference Range 0-5
Band Neutrophil: 3 %
Lymphocyte: 14 %
Metamyelocyte: 4 % Abnormal High Reference Range 0
Myelocyte: 1 % Abnormal High Reference Range 0
Polys: 69 %
Monocyte: 7 %
Morphology: VARIATION IN RBC SIZE.
WBC: 6.98 K/uL Reference Range 4.4-11.3

Decreased platelets likely secondary to Temodar and should improve over time.

## Assessment

(1) GBM
(2) Steroid-induced oropharyngeal candidiasis

Patient is a 61-year-old gentleman with GBM involving both hemispheres s/p open biopsy at BIDMC followed by radiotherapy at Lahey Peabody with concurrent chemotherapy managed by Dr. Uhlman at BIDMC. The patient has tolerated the course of RT well and today demonstrates a slight improvement in his strength and gait.

## Plan

1. ClonazePAM 1 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY AS NEEDED; Therapy: 28Jul2014 to (Evaluate:26Sep2014); Last Rx:28Jul2014
2. Fluconazole 200 MG Oral Tablet; TAKE 1 TABLET DAILY UNTIL COMPLETE; Therapy: 28Jul2014 to (Evaluate:11Aug2014); Last Rx:28Jul2014

I will defer primary CNS management to the CNS team at BIDMC. Patient scheduled for follow-up with Dr. Uhlmann on 8/11/2014. Patient is not sure if he is scheduled for a brain MRI that same day, and I instructed his wife to contact Dr. Uhlmann's office to clarify the MRI timeline as I have seen it vary amongst neuro-oncologists.

Meds:
Refill to clonazepam (Klonopin) 1mg BID dispensed.
Rx Diflucan 200mg PO qd x 14 days for steroid-induced oropharyngeal candidiasis
Decrease Decadron to 2mg qd.

Patient is eager to return to driving but has been placed in a non-driving status from the CNS team at BIDMC. I am not aware of any seizures. However, he was found to have left homonymous hemianopsia at presentation and developed left-sided weakness after biopsy. I told patient that clearance for driving will have to wait for a follow-up MRI and evaluation from the BIDMC CNS team.

Deconditioning and gait disturbance has improved since the start of RT, but patient has lots of room for improvement. At the start of RT, I arranged for a home health assessment including physical therapy, but the

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: 07/28/2014

Document Status: Final

patient declined to utilize this service. He now requests referral to outpatient physical therapy at Pentucket Medical or Whittier Rehab Hospital. I'll arrange for outpatient physical therapy at one of these centers.

Patient instructed to return to Lahey Rad Onc in 4 weeks. I am anticipating a post-RT MRI at BIDMC within this timeframe and have instructed the patient to request a copy of the MRI on CD-ROM be sent to me.

## Signatures

Electronically signed by : WILLIAM OMEARA, MD; Jul 28 2014 7:52PM

cc: BEAUDOIN,STEPHEN
Erik Uhlmann


Lahey Clinic - Burlington
41 Mall Road
Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY DOS:07/23/2014 LC#: 2843372
DOB: [redacted]/1953

Document Status: Final

## Diagnosis

GBM

## History of Present Illness

The patient is a 61-year-old gentleman from Merrimac, MA who presented to Anna Jaques Hospital with confusion and CNS imaging identified a brain mass. He was transferred to Beth Israel Deaconess Medical Center where brain MRI identified a mass involving the right parietal-occipital regions, corpus callosum and left occipital lobe. His neurological exam on 5/7/2014 admission to BIDMC was normal except for a left homonymous hemianopsia. He was placed on steroids and antiseizure prophylaxis. On 5/12/2014 he underwent an open biopsy from Dr. Arle where pathology revealed an infiltrating glioma, but the diagnosis of GBM could not be established. Consequently, patient underwent a repeat biopsy on 5/21/2014 by Dr. Kasper where GBM was pathologically proved. The patient states he developed left-sided weakness after the 2nd biopsy resulting in gait and balance problems. The patient was evaluated in a multidisciplinary fashion at the BIDMC, and radiotherapy with concurrent Temodar chemotherapy was recommended. The patient lives in the North Shore and was referred to Lahey Medical Center Peabody for outpatient radiation treatment closer to home.

## Treatment Dates

6/11/2014 - 7/23/2014

## Treatment Site and Dose

Site: Brain
Technique: IMRT with daily IGRT utilizing kV/kV orthogonal pair imaging
Energy: 6 MV
Dose per Fraction: 200 cGy
Number of Fractions: 30
Total Dose: 6000 cGy

## Treatment Course

The patient completed the course of treatment on time and as planned. He received 4600 cGy using an initial IMRT plan targeting gross tumor on T1 with contrast and edema seen on T2 imaging. This was followed by a cone down boost for an additional 1400 cGy using an IMRT plan targeting enhancing tumor seen on T1 with contrast. Total dose was 6000 cGy. The patient developed the expected acute side effects, including fatigue and alopecia.

Given his left-sided weakness and resulting gait and balance problems, I ordered a home health assessment which included home physical and occupational therapy. Patient was subsequently prescribed a walker and cane. He did not find home physical and occupational therapy to be helpful so she discontinued this treatment after a couple of sessions. By the end of treatment, his left upper extremity strength had resolved, he had mild residual left leg weakness, and gait and balance were still off but improved.

The family reported the patient to have significant anxiety and agitation problems at home which dramatically taxed his family providing care. The home health service recommended daily home nursing visits, but the family declined this after finding the first couple of visits unhelpful. I also referred the patient and wife to Supportive Oncology where they were evaluated by Dr. Collins, but, after an initial consultation, they elected to not followup with further visits.

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: 07/23/2014

Document Status: **Final**

A few weeks into treatment, he was found to have oropharyngeal candidiasis which was likely secondary to steroid use. It resolved with a 3 day course of Diflucan.

By the end of radiation therapy, I learned that the patient's wife was contacting multiple different providers at different institutions seeking medication help for her husband's agitation at home. This resulted in the patient receiving multiple different medications in the same class of drugs from various providers between at least 3 different medical systems: Lahey, Pentucket Medical and BIDMC. For example, he was prescribed quetiapine (Seroquel) and clonazepam (Klonopin) from his PCP team and trazadone and lorazepam (Ativan) from another provider (I think BIDMC) to address the agitation/anxiety/behavor issues. I hypothesized that his steroid use may be exacerbating his behavior problems at home and attempted a steroid wean; however, he was placed back on the starting dose by another provider a few days later. When I learned of this medication confusion, I instructed the patient and wife that I would be the sole manager of all medications until the end of radiation treatments and 1st followup with me, and they agreed to this plan. Since his PCP team had prescribed quetiapine (Seroquel) and clonazepam (Klonopin), I recommended that he continue with these drugs for anxiety/agitation/sleep problems and discontinue trazadone and lorazepam (Ativan) in anticipation of ultimately transitioning management of these medications to his PCP. I also lowered his Decadron to 2mg BID which he seemed to tolerate with some improvement in his behavioral issues and improved sleep habits.

Concurrent Temodar was managed by Dr. Uhlmann of BIDMC Neuro-Oncology.

## Follow Up Recommendation

Followup with Dr. O'Meara in one week. If patient is doing well clinically, I intend to lower his steroid use further. Patient already has a follow-up scheduled with Dr. Uhlmann of BIDMC Neuro-Oncology on 8/11/2014.

## Signatures

Electronically signed by : WILLIAM OMEARA, MD; Jul 29 2014 9:09AM

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Lahey Health

Lahey Clinic - Burlington
41 Mall Road
Burlington, MA 01805
(781) 744-5100

MINISTERI ANTHONY DOS:06/13/2014 LC#: 2843372
DOB: [redacted]953

Document Status: Final - Receipt

OUTPATIENT CONSULTATION
PALLIATIVE CARE

06/13/2014

Name: MINISTERI, ANTHONY
LC#: 2843372
DOB: [redacted]/1953

Visit ID: F16610312
Second Visit ID: 40643395

CONSULT REQUESTED BY: Dr. William O'Meara.

REASON FOR CONSULT: Supportive oncology consult at Lahey Peabody.

HISTORY OF PRESENT ILLNESS: Mr. Ministeri is a 61-year-old man who unfortunately has recently been diagnosed with unresectable glioblastoma. He was on a business trip in New York earlier in the year. He actually was lost in Times Square which he made a joke about and went to the emergency department at Anna Jaques, had a CAT scan which showed a brain mass, was transferred immediately to Beth Israel. MRI on 05/08/2014 showed a right parieto-occipital mass with involvement of the corpus callosum as well as areas in the occipital lobe. He had edema, and his only symptom at that time was a left homonymous hemianopsia. He was started on steroids and Keppra and on May 12th had an open biopsy by Dr. Arle. Pathology was positive for glioblastoma which was confirmed by another biopsy on the 21st. Keppra was switched to the zonisamide at discharge which he continues to be on. He was recommended to have radiation treatment and Temodar. Because the patient lives in Merrimac, Massachusetts, he was referred to Lahey Peabody for treatments. He has been followed here at Lahey by Dr. O'Meara. At Beth Israel, his neuro-oncologist is Dr. ____. The patient is currently just completing his first week of 6 weeks of radiation treatments, and because of his edema, he is on high dose of steroids which seem to have caused worsened agitation, he is also angry and it has been difficult to get a sense of what his overall needs are. Therefore, Dr. O'Meara had recommended we meet with him to introduce supportive oncology. The patient did come in today with his wife to meet with me. There

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: [redacted]/2014

Document Status: Final - Receipt

were no other visits, so I thought that was a good indication that he was looking for more support. He was in a wheelchair, and I met with he and his wife in the conference room here at Lahey North.

He appears his stated age, had a Red Sox baseball cap on, was in a wheelchair. His wife had brought him a sandwich with a Coke; he said he was very hungry. His wife seems a bit sad and maybe almost removed, it was hard to read. He seemed to be ordering her around in opening up his sandwich and his soda. She did everything, but it was unclear about the level of tension at that time. Knowing his short fuse as well as his prior description of himself as a type A controlling personality; therefore, I talked more about having him tell me how I could help. He very clearly said, I would like to know what I have to expect in my future days, what am I going to be like? and at that point, I asked him what his understanding is of his cancer. He said that he knows that it is inoperable and the only option he has is a clinical trial at Duke which is apparently treatment with polio; however, he would not even be a candidate for that trial unless the swelling in his brain and size of the tumors decreases with the Temodar and the radiation treatment. He said, and then I still wouldn't be able to start the trial until the tumor started to grow back. He said, I understand that these tumors have a 90% chance of growing back if they are even able to get smaller. He said that Dr. O'Meara told him that without that trial, he likely has a 2-year prognosis. He is left-handed and it is his left side, his arm and his leg, that are weak; this is what has been causing him to fall a lot at home. He luckily has not had any injuries, but this seems to be very worrisome, and he currently is now having VNA services; they were just initiated today. PT came which he said was a waste of time. However, he is falling around 6 times a week and this seems to be very worrisome for his wife. She actually has slept on the floor, she said, because she was worried about him getting out of bed and falling. He does have a walker, but has been resistant to using it. He also at that point acknowledged that he is a very proud man. He has been a successful businessman for all of his life. He is an A type personality, is used to having things in control, is used to having things done his way which his wife made a joke about, it's either his way or no away and that he acknowledges that he is having difficulty having to ask for help with things. According to the nursing staff, he had lost his prior job in December 2013 and became a VP of a construction company in April, and then 1 month later, unfortunately he is diagnosed now with this. That seems to be something that is really weighing heavily on him. He said he just cannot

MINISTERI,ANTHONY
DOB [redacted]1953 LC#: 2843372
DOS: [redacted]/2014

Document Status: **Final - Receipt**

believe how this has all happened, how quickly. When I asked him about what it is that worries him the most, he said he is worried about at this point becoming even uglier than he is. He described that his agitation is not good. He does not like the fact that he has become so angry and agitated. His wife said that he has very little patience, a very short fuse. He also said that this is not that different than he is at baseline, but he has never been so intolerant and angry. He denied any prior history of any psychiatric disease, any family psychiatric illnesses, although he did say his kids have all the issues. He has 3 adult children, one who is 34, a son 21 and a daughter 19. His wife does not work. We talked therefore about symptoms that bother him the most.

ISSUES AND SYMPTOMS:
1. Agitation. He and his wife do feel his agitation has been worse since he has been on the steroids. He was on steroids in the past because he has a history of cluster headaches and steroids did not cause this type of agitation. He was on Decadron 4 in the morning, 4 at midday and 4 at night because he was not sleeping. This was now changed to 8 in the morning and 4 in the afternoon; he does not feel it has made any difference. However, he feels like he is on edge and ready to blow at any time. As mentioned earlier, he has just completed his first week out of 6 weeks of radiation treatment. When we talked about something that might help improve his ability to be more relaxed and not be as agitated such as an antianxiety, Ativan, his wife said that they do have a prescription for that, but her concern is that with his falling, anything that makes him more woozy might not be good which I completely agree. As we talked more and more and talked a lot about his anger and frustration with his disease, we then talked about his emotions and at that point is when he almost began to cry. His eyes welled up. His wife also became tearful and he said I know I have to cry, it has not yet happened. I asked him if that is something he normally is able to emotionally express, and he said yes, I'm not afraid of crying. However, when I said to him, perhaps you are afraid that if you start crying you will not stop, it seemed to resonate with him. I then also looked at his wife who was tearful and she has also not really been able to break down with him. At this point, I think that they both have so much worry, anxiety and stress together that his agitation may be worsened by the steroids, but in reality it is almost as if he is angry and a normal level of anger at his diagnosis and knowing what his poor prognosis is, so therefore, at this time, my recommendations are as follows:
1. We will discuss with Dr. O'Meara if it is possible to maybe decrease the Decadron a little further just to see

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB[redacted]/1953 LC#: 2843372
DOS: 06/13/2014

Document Status: Final - Receipt

if there is any improvement in the agitation. However, I do doubt it and I do think he probably does need it. We will again see if he might be willing to see someone in Behavioral Medicine. I agree with the concern about the Ativan perhaps not being helpful during the day, but if he is starting to use the walker more, that might be helpful, but at least to potentially consider using it at night before he goes to bed. I urged him to please continue with the physical therapy through the visiting nurses, but mainly the occupational therapist and at some point might need to increase the level of VNA services to a bridge program. The patient is quite clear that he would never want to go to a rehab or a nursing facility. However, he did say at some point if he became so ill that his wife could not care for him at home, he would be willing to consider that. We will also recommend he meet with Social Work to see if there are any financial concerns that they might have, and he and his wife both agreed and actually asked to meet with me again in the near future. I did give them both my card and offered to be able to talk with each of them individually as needed, but also to encourage them to e-mail me any non-urgent questions or thoughts that might have been brought up by our meeting today. In the meantime, his sleep is an issue, and I do think if he is not getting good rest, that is only going to exacerbate his agitation. He has tried Ambien, melatonin, all without any significant improvement. He does enjoy having cocktails and wine, and therefore, at this point, I would probably want to discuss with Dr. O'Meara what other options there might be. I truly do think some therapeutic support and psychotherapy for both he and his wife might be helpful. I do actually hope that if he was able to let out some of his emotions about his diagnosis, it might actually help relieve some of the agitation that he is currently experiencing. He seemed to indicate this and we will continue to address his needs as needed.

Seventy-five minutes were spent, 100% face-to-face counseling. Start time 3:00, end time 4:45.

Elizabeth J Collins, MD
781-744-7010

EJC:nts
D: 06/13/2014 16:49
T: 06/14/2014 08:57
J: E12856808 / 580693

CC: Stephen Beaudoin, MD, <Primary Care Physician>

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: 06/13/2014

Document Status: Final - Receipt

William O'Meara, MD, <Referring>

THIS DOCUMENT WAS ELECTRONICALLY AUTHENTICATED BY Elizabeth J Collins, MD ON 06/17/2014 09:38:24

<start header>
MINISTERI, ANTHONY 06/13/2014 LC# 2843372

<END HEADER>



# Lahey Health

Lahey Clinic - Burlington
41 Mall Road
Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY DOS:06/12/2014 LC#: 2843372
DOB: [redacted]1953

Document Status: Final

SW consult request received- patient with inoperable brain tumor diagnosed within the past month, receiving radiation. Patient has exhibited mood and behavior changes and fell outside the cancer center today. Patient was with his wife and his friend and was sent to ED. Wife is overwhelmed with patient care. SW met with wife to develop plan- patient is eligible for VNA and consult was placed for PT, OT & SW. Wife could also benefit from any other services available through Elder Services. Consult was placed. Information about the American Cancer Society was also provided to wife, Road to Recovery, etc. She understandably is under a great deal of emotional stress due to new patient behavior and diagnosis. Therapeutic support provided- SW contact provided for ongoing support.

Electronically signed by : Alison Locke, MSW,LCSW; Jun 12 2014 8:41AM (Author)

cc: BEAUDOIN,STEPHEN

# Lahey Clinic - Burlington

41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI, ANTHONY
MERRIMAC, MA 01860

Age/DOB 62 yrs 23-Jan-1953
: MRN: 2843372
Home: (617) 875
Work:

## Results

Accession # RZ51681
Ordering Provider: OMEARA,WILLIAM
Performing Location: Lahey Clinic Burlington (Default) or see report

Collected: 07/28/2014 11:28:00AM
Resulted: 07/28/2014 12:34:00PM
Verified By: <Verification Not Required>

CBC with Differential

Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 6.98 | K/uL | | 4.4-11.3 |
| RBC | 4.27 | M/uL | L | 4.40-6.00 |
| Hemoglobin | 13.7 | G/DL | L | 13.8-18.0 |
| Hematocrit | 40.1 | % | | 40.0-54.0 |
| MCV | 94 | FL | | 80-96 |
| Platelet Count | 91 | K/uL | L | 150-450 |
| RDW | 18.2 | % | H | 11.5-13.4 |
| WBC | 6.98 | K/uL | | 4.4-11.3 |
| Polys | 69 | % | | |
| Band Neutrophil | 3 | % | | |
| Lymphocyte | 14 | % | | |
| Monocyte | 7 | % | | |
| Basophil | 1 | % | | |
| Atypical Lymph | 1 | % | | 0-5 |
| Metamyelocyte | 4 | % | H | 0 |
| Myelocyte | 1 | % | H | 0 |
| Absolute Gran Ct | 5.37 | K/uL | | 1.4-6.6 |
| Absolute Lymph Ct | 1.05 | K/uL | L | 1.2-3.5 |
| Absolute Mono Ct | 0.49 | K/uL | | 0.2-1.0 |
| Absolute Baso Ct | 0.07 | K/uL | | 0.02-0.08 |

Morphology
VARIATION IN RBC SIZE.
MODERATE
DECREASE IN PLATELETS.
Lahey Northshore Laboratory; Peabody,MA



# Lahey Clinic - Burlington

41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI ANTHONY
MERRIMAC, MA 01860

Age/DOB: 62 yrs 23-Jan-1953
MRN: 2843372
Home: (617) 875
Work:

## Results

| | | | |
|---|---|---|---|
| Accession # | RZ51663 | Collected: | 07/21/2014 1:39:00PM |
| Ordering Provider: | OMEARA,WILLIAM | Resulted: | 07/21/2014 4:02:00PM |
| Performing Location: | Lahey Clinic Burlington (Default) or see report | Verified By: | <Verification Not Required> |

CBC with Differential — Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 7.83 | K/uL | | 4.4-11.3 |
| RBC | 4.39 | M/uL | L | 4.40-6.00 |
| Hemoglobin | 13.8 | G/DL | | 13.8-18.0 |
| Hematocrit | 40.8 | % | | 40.0-54.0 |
| MCV | 93 | FL | | 80-96 |
| Platelet Count | 95 | K/uL | L | 150-450 |
| RDW | 17.0 | % | H | 11.5-13.4 |
| WBC | 7.83 | K/uL | | 4.4-11.3 |
| Polys | 71 | % | | |
| Band Neutrophil | 4 | % | | |
| Lymphocyte | 17 | % | | |
| Monocyte | 3 | % | | |
| Eosinophil | 1 | % | | |
| Metamyelocyte | 4 | % | H | 0 |
| Absolute Gran Ct | 6.19 | K/uL | | 1.4-6.6 |
| Absolute Lymph Ct | 1.33 | K/uL | | 1.2-3.5 |
| Absolute Mono Ct | 0.23 | K/uL | | 0.2-1.0 |
| Absolute Eos Ct | 0.08 | K/uL | | 0.00-0.40 |

Morphology

VARIATION IN RBC SIZE.
MODERATE
DECREASE IN PLATELETS.
Lahey Northshore Laboratory; Peabody,MA



# Lahey Clinic - Burlington

41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI, ANTHONY
MERRIMAC, MA 01860

Age/DOB 62 yrs 23-Jan-1953
: MRN: 2843372
Home: (617) 875
Work:

## Results

Accession # RZ51656
Ordering Provider: OMEARA,WILLIAM
Performing Location: Lahey Clinic Burlington (Default) or see report

Collected: 07/14/2014 1:24:00PM
Resulted: 07/14/2014 2:17:00PM
Verified By: <Verification Not Required>

**CBC with Differential**

Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 10.10 | K/uL | | 4.4-11.3 |
| RBC | 4.35 | M/uL | L | 4.40-6.00 |
| Hemoglobin | 13.4 | G/DL | L | 13.8-18.0 |
| Hematocrit | 40.0 | % | | 40.0-54.0 |
| MCV | 92 | FL | | 80-96 |
| Platelet Count | 102 | K/uL | L | 150-450 |
| RDW | 15.8 | % | H | 11.5-13.4 |
| WBC | 10.10 | K/uL | | 4.4-11.3 |
| Polys | 85 | % | | |
| Lymphocyte | 10 | % | | |
| Monocyte | 5 | % | | |
| Eosinophil | 0 | % | | |
| Basophil | 0 | % | | |
| Absolute Gran Ct | 8.62 | K/uL | H | 1.4-6.6 |
| Absolute Lymph Ct | 0.99 | K/uL | L | 1.2-3.5 |
| Absolute Mono Ct | 0.48 | K/uL | | 0.2-1.0 |
| Absolute Eos Ct | 0.00 | K/uL | | 0.00-0.40 |
| Absolute Baso Ct | 0.01 | K/uL | L | 0.02-0.08 |

Lahey Northshore Laboratory; Peabody,MA



**Lahey Clinic - Burlington**
41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI, ANTHONY

MERRIMAC, MA 01860

Age/DOB 62 yrs 23-Jan-1953
: MRN: 2843372
Home: (617) 875-
Work:

## Results

Accession # RZ51636
Ordering Provider: OMEARA,WILLIAM
Performing Location: Lahey Clinic Burlington (Default) or see report

Collected: 07/07/2014 1:23:00PM
Resulted: 07/07/2014 1:53:00PM
Verified By: <Verification Not Required>

CBC with Differential

Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 10.94 | K/uL | | 4.4-11.3 |
| RBC | 4.48 | M/uL | | 4.40-6.00 |
| Hemoglobin | 13.8 | G/DL | | 13.8-18.0 |
| Hematocrit | 40.9 | % | | 40.0-54.0 |
| MCV | 91 | FL | | 80-96 |
| Platelet Count | 121 | K/uL | L | 150-450 |
| RDW | 15.1 | % | H | 11.5-13.4 |
| WBC | 10.94 | K/uL | | 4.4-11.3 |
| Polys | 76 | % | | |
| Lymphocyte | 17 | % | | |
| Monocyte | 6 | % | | |
| Eosinophil | 1 | % | | |
| Basophil | 0 | % | | |
| Absolute Gran Ct | 8.35 | K/uL | H | 1.4-6.6 |
| Absolute Lymph Ct | 1.84 | K/uL | | 1.2-3.5 |
| Absolute Mono Ct | 0.65 | K/uL | | 0.2-1.0 |
| Absolute Eos Ct | 0.06 | K/uL | | 0.00-0.40 |
| Absolute Baso Ct | 0.03 | K/uL | | 0.02-0.08 |

Lahey Northshore Laboratory; Peabody,MA



# Lahey Clinic - Burlington

41 Mall Road
Burlington,MA 01805
(781) 744-5100

| | | | |
|---|---|---|---|
| Patient: | MINISTERI, ANTHONY | Age/DOB: | 62 yrs 23-Jan-1953 |
| | | MRN: | 2843372 |
| | MERRIMAC, MA 01860 | Home: | (617) 87[redacted] |
| | | Work: | |

## Results

| | | | |
|---|---|---|---|
| Accession # | RZ51628 | Collected: | 06/30/2014 1:19:00PM |
| Ordering Provider: | OMEARA,WILLIAM | Resulted: | 06/30/2014 3:00:00PM |
| Performing Location: | Lahey Clinic Burlington (Default) or see report | Verified By: | <Verification Not Required> |

**CBC with Differential** Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 15.15 | K/uL | H | 4.4-11.3 |
| RBC | 4.85 | M/uL | | 4.40-6.00 |
| Hemoglobin | 14.8 | G/DL | | 13.8-18.0 |
| Hematocrit | 43.1 | % | | 40.0-54.0 |
| MCV | 89 | FL | | 80-96 |
| Platelet Count | 166 | K/uL | | 150-450 |
| RDW | 13.8 | % | H | 11.5-13.4 |
| WBC | 15.15 | K/uL | H | 4.4-11.3 |
| Polys | 83 | % | | |
| Lymphocyte | 9 | % | | |
| Monocyte | 6 | % | | |
| Eosinophil | 0 | % | | |
| Basophil | 2 | % | | |
| Absolute Gran Ct | 12.57 | K/uL | H | 1.4-6.6 |
| Absolute Lymph Ct | 1.36 | K/uL | | 1.2-3.5 |
| Absolute Mono Ct | 0.91 | K/uL | | 0.2-1.0 |
| Absolute Eos Ct | 0.00 | K/uL | | 0.00-0.40 |
| Absolute Baso Ct | 0.30 | K/uL | H | 0.02-0.08 |

Morphology

PLATELETS APPEAR NORMAL.
Lahey Northshore Laboratory; Peabody,MA

## Lahey Clinic - Burlington

41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI, ANTHONY

MERRIMAC, MA 01860

Age/DOB 62 yrs 23-Jan-1953
: MRN: 2843372
Home: (617) 875
Work:

### Results

Accession # RZ51625
Ordering Provider: OMEARA,WILLIAM
Performing Location: Lahey Clinic Burlington (Default) or see report

Collected: 06/24/2014 12:39:00PM
Resulted: 06/24/2014 1:47:00PM
Verified By: <Verification Not Required>

CBC with Differential

Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 13.69 | K/uL | H | 4.4-11.3 |
| RBC | 4.60 | M/uL | | 4.40-6.00 |
| Hemoglobin | 14.2 | G/DL | | 13.8-18.0 |
| Hematocrit | 40.7 | % | | 40.0-54.0 |
| MCV | 88 | FL | | 80-96 |
| Platelet Count | 134 | K/uL | L | 150-450 |
| RDW | 13.5 | % | H | 11.5-13.4 |
| WBC | 13.69 | K/uL | H | 4.4-11.3 |
| Polys | 81 | % | | |
| Band Neutrophil | 1 | % | | |
| Lymphocyte | 9 | % | | |
| Monocyte | 8 | % | | |
| Metamyelocyte | 1 | % | H | 0 |
| Absolute Gran Ct | 11.36 | K/uL | H | 1.4-6.6 |
| Absolute Lymph Ct | 1.23 | K/uL | | 1.2-3.5 |
| Absolute Mono Ct | 1.10 | K/uL | H | 0.2-1.0 |
| Hypersegmented Polys | 4 | % POLYS | | <5 |
| Morphology | SLIGHT | | | |

DECREASE IN PLATELETS.
Lahey Northshore Laboratory; Peabody,MA

# Lahey Clinic - Burlington

41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI, ANTHONY
MERRIMAC, MA 01860

Age/DOB: 62 yrs 23-Jan-1953
MRN: 2843372
Home: (617) 875-

Work:

## Results

Accession # RZ51618
Ordering Provider: OMEARA,WILLIAM
Performing Location: Lahey Clinic Burlington (Default) or see report

Collected: 06/16/2014 11:16:00AM
Resulted: 06/16/2014 11:31:00AM
Verified By: <Verification Not Required>

**CBC with Differential** Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 11.37 | K/uL | H | 4.4-11.3 |
| RBC | 4.87 | M/uL | | 4.40-6.00 |
| Hemoglobin | 14.9 | G/DL | | 13.8-18.0 |
| Hematocrit | 44.5 | % | | 40.0-54.0 |
| MCV | 91 | FL | | 80-96 |
| Platelet Count | 146 | K/uL | L | 150-450 |
| RDW | 14.0 | % | H | 11.5-13.4 |
| WBC | 11.37 | K/uL | H | 4.4-11.3 |
| Polys | 83 | % | | |
| Lymphocyte | 12 | % | | |
| Monocyte | 5 | % | | |
| Eosinophil | 0 | % | | |
| Basophil | 0 | % | | |
| Absolute Gran Ct | 9.39 | K/uL | H | 1.4-6.6 |
| Absolute Lymph Ct | 1.40 | K/uL | | 1.2-3.5 |
| Absolute Mono Ct | 0.56 | K/uL | | 0.2-1.0 |
| Absolute Eos Ct | 0.00 | K/uL | | 0.00-0.40 |
| Absolute Baso Ct | 0.02 | K/uL | | 0.02-0.08 |

Lahey Northshore Laboratory; Peabody,MA


Lahey Clinic - Burlington
41 Mall Road
Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY DOS:06/11/2014 LC#: 2843372
DOB [redacted]/1953

Document Status: Final - Receipt

Clinical Report - Physicians/Mid Levels
Lahey Clinic Emergency Department
One Essex Center Drive, Peabody, MA 01960 978-538-4600
06/11/2014 14:14

Patient: MINISTERI, ANTHONY
MRN: 2843372
Acct#: F16599539
DOB: 01/23/1953 Sex: M
FC: BC

Time Seen: 15:26 Jun 11 2014. Historian- patient's physician, patient and family.

HISTORY OF PRESENT ILLNESS
Location of injuries- (none). Chief Complaint: FALL and No apparent injury. The injury occurred just prior to arrival.

Fell while walking (Going to appt. in XRT - felt weak, and went to ground softly). (Lahey Clinic entrance).

The patient denies pain. No blow to the head, neck pain or loss of consciousness.

REVIEW OF SYSTEMS
No numbness, dizziness, loss of vision, hearing loss or chest pain. No difficulty breathing, headache, nausea, abdominal pain or laceration. No fever, vomiting or urinary problems. The patient has had weakness, but no pain on weight bearing. All systems otherwise negative, except as recorded above.

PAST HISTORY
See nurses notes. Hx Glioblastoma, starting XRT, chemo.

SOCIAL HISTORY
Heavy tobacco smoker- less than 1 pack per day. Alcohol use; consumes one glass of wine daily. No drug use. No recent travel.

FAMILY HISTORY
NC.

ADDITIONAL NOTES
The nursing notes have been reviewed.

PHYSICAL EXAM

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB:[redacted]/1953 LC#: 2843372
DOS: 06/11/2014

Document Status: Final - Receipt

Vital Signs: 06/11/2014 14:15 BP: 145/73. HR: 76. RR: 18. O2 saturation: 98%. Temp: 98.3 F. Have been reviewed and appear to be correct.
Appearance: Alert. Oriented X3. No acute distress.
Head: Head non-tender. No swelling of head. Right frontal area: (slightly depressed scar, R frontal area).
Eyes: Pupils equal, round and reactive to light. EOM intact.
ENT: No dental injury. Pharynx normal.
Neck: Painless ROM. Non-tender.
CVS: Heart sounds normal. Pulses normal.
Respiratory: Breath sounds normal. Chest nontender.
Abdomen: No visible injury. Soft and nontender. Bowel sounds normal.
Back: No tenderness. ROM normal.
Skin: Skin intact. Skin warm and dry. Normal skin color. Normal skin turgor.
Extremities: Pelvis stable. Extremities atraumatic. No lower extremity edema.
Neuro: Oriented X 3. No motor deficit. No sensory deficit.

PROGRESS AND PROCEDURES
Course of Care: (Plan: No indication for acute imaging or further evaluation here. Will transfer to Radiation Oncology for his appointment).

Patient/family counseled.

Disposition: Discharged in stable and improved condition (to Radiation Oncology).

CLINICAL IMPRESSION
Fall on same level by stumbling (NO apparent injury).

INSTRUCTIONS
(Return to Radiation Oncology for scheduled appointment/treatment).

Your Current Medications:
CONTINUE TAKING THE FOLLOWING MEDICATIONS:
Dexamethasone Oral.
Docusate Sodium Oral.
LORazepam Oral.
Pepcid Oral.
Sulfamethoxazole-Trimethoprim Oral.
Temodar Oral.
Zonisamide Oral.

Understanding of the discharge instructions verbalized by patient and family. Discharge instructions reviewed with and understanding was verbalized by caregiver.

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: 06/11/2014

Document Status: Final - Receipt

(Electronically signed by Erdos, Michael S, MD 06/12/2014 18:44)



Lahey Clinic - Burlington
41 Mall Road
Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY DOB: [redacted]1953 DOS:06/11/2014 LC#: 2843372

Document Status: Final - Receipt

Clinical Report - Nurses
Lahey Clinic Emergency Department
One Essex Center Drive, Peabody, MA 01960 978-538-4600
06/11/2014 14:14

---

Patient: MINISTERI, ANTHONY
MRN: 2843372
Acct#: F16599539
DOB: [redacted]/1953 Sex: M
FC: BC

TRIAGE

Triage time 14:15. Acuity: LEVEL 3.
Chief Complaint: FALL (FELL STANDING WITH CANE OUTSIDE OF LOBBY AFTER CHEMO AND RADIATION FOR BRAIN CA). --14:24 Gaudette, Lisa, R.N.

14:15 06/11/14. BP: 145/73. HR: 76. RR: 18. O2 saturation: 98%. Temp: 98.3 F. Pain level now 0/10. --14:24 Gaudette, Lisa, R.N.
Weight: 90.7 kg stated. Height/Length: 72 inches Per Patient. BMI: 27.1.
--14:23 06/11/2014 Lisa Gaudette, R.N.

Medications
Dexamethasone Oral. --1418 (06/11/14) Lisa Gaudette, R.N.
Docusate Sodium Oral. --1418 (06/11/14) Lisa Gaudette, R.N.
LORazepam Oral. --1419 (06/11/14) Lisa Gaudette, R.N.
Pepcid Oral. --1419 (06/11/14) Lisa Gaudette, R.N.
Sulfamethoxazole-Trimethoprim Oral. --1419 (06/11/14) Lisa Gaudette, R.N.
Temodar Oral. --1419 (06/11/14) Lisa Gaudette, R.N.
Zonisamide Oral. --1419 (06/11/14) Lisa Gaudette, R.N.

Allergies
No Known Drug Allergy. --1420 (06/11/14) Lisa Gaudette, R.N.

History
This occurred today. He has had trouble walking. ( CHRONIC LEFT SIDED WEAKNESS). No loss of consciousness. No alteration in mental status, dizziness, neck pain, extremity pain or back pain. No limited ROM present or difficulty breathing.

Treatment PTA:
None.

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]/1953 LC#: 2843372
DOS: 06/11/2014

Document Status: Final - Receipt

PAST MEDICAL HX: Tetanus status: unknown. Immunizations: status is unknown.
SOCIAL HX: Current every day light tobacco smoker (cigarette)- less than 1/2 a pack per day. Alcohol use; consumes two glasses of wine daily. Fall risk assessment completed. No fall risk identified. No drug use. Functional assessment: no impairments noted. The nutritional risk assessment revealed no deficiencies. No report of abuse. No infectious disease exposure.
Arrived by private vehicle, and accompanied by friend. ( MET CALL FROM OUTSIDE LOBBY- PT HAD MECHANICAL FALL). --14:24 Gaudette, Lisa, R.N.

ADDITIONAL PROBLEMS:
Glioblastoma Multiforme. --14:20 Lisa Gaudette, R.N.

Interventions
ID band on patient. --14:24 Gaudette, Lisa, R.N.

PHYSICAL ASSESSMENT
14:24 06/11/14. To room via stretcher. Patient gowned.
GENERAL / NEURO / PSYCH: Alert. Oriented X 4. Appears in no acute distress. He has had weakness of the left arm, hand, leg and foot (CHRONIC).
HEENT: Head non-tender.
RESPIRATORY: Respirations not labored. Chest nontender.
CVS: Pulses within normal limits.
GI / GU: Abdomen nontender.
SKIN: Skin intact. Skin is warm and dry. --14:25 Gaudette, Lisa, R.N.

NURSING PROGRESS NOTES
14:25 06/11/14. Patient gowned. Two patient identifiers checked. Call light placed in reach. Side rails up x 2. Bed placed in lowest position. Brakes of bed on. --14:25 Gaudette, Lisa, R.N.

15:20. ( seen by Dr Erdos). --15:38 Wanyo, Kelli, R.N.

DISPOSITION / DISCHARGE
Condition at departure: unchanged. Teaching performed with the family. Discharge instructions provided and reviewed with the spouse. Reviewed referrals (pt down to rad onc to see Dr Amiri). Spouse verbalized understanding. Written instructions provided in English. The patient was accompanied by spouse and companion and discharged (rad onc). He left the Emergency Department in a wheelchair. Fall risk assessment completed per protocol. Fall interventions initiated. Patient placed in wheelchair. Family and companion at bedside. --15:40 Wanyo, Kelli, R.N.

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]953 LC#: 2843372
DOS: 06/11/2014

Document Status: **Final - Receipt**

Locked/Released at 06/11/2014 15:44 by Wanyo, Kelli, R.N.

# Lahey Health

Lahey Clinic - Burlington
41 Mall Road
Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY DOS:05/29/2014 LC#: 2843372
DOB: [redacted]1953

Document Status: Final

## Chief Complaint

The patient is a 61-year-old gentleman who presents today for consideration of radiotherapy for a newly diagnosed GBM.

## Diagnosis

GBM

## History of Present Illness

At the beginning of this month while on a business trip in New York City, a colleague noticed that the patient seemed a bit confused and easily lost in the unfamiliar surrounding. When he returned home from this trip, his wife thought he may have had too much to drink on the flight home. There was concern for stroke so he presented to the emergency department at Anna Jacques Hospital. CT scan showed a brain mass, and he was transferred immediately to Beth Israel Deaconess Medical Center. Brain MRI performed on 5/8/2014 showed an enhancing mass involving the right parietal-occipital regions with involvement of the splenium of the corpus callosum and smaller nodular areas of enhancement within the left occipital lobe. Surrounding edema was present, and the imaging was concerning for a high-grade glioma. Neurological exam on 5/7/2014 admission was normal except for a left homonymous hemianopsia. He was placed on steroids and Keppra for seizure prophylaxis. On 5/12/2014 he underwent an open biopsy from Dr. Arle. Pathology revealed an infiltrating glioma but the diagnosis of GBM could not be established. Consequently, patient underwent a repeat biopsy on 5/21/2014 by Dr. Kasper where GBM was proved. Details are not clear to me today, but Keppra was switched to Zonisamide on discharge. The patient has been evaluated in a multidisciplinary fashion at the Beth Israel Deaconess, and radiotherapy with concurrent Temodar chemotherapy has been recommended. The patient lives in the North Shore in Merrimac and was referred to Lahey Medical Center Peabody for treatment closer to home.

The patient feels like his neurological symptoms have worsened since undergoing a second biopsy. He is left-hand dominant and states he has trouble holding things in his left hand. His balance is also worse, and he fell while leaving Beth Israel Deaconess on his last discharge. He had some constipation which he attributes to some of the new medications he has recently started. He does note excessive energy and trouble sleeping since starting steroids. No nausea, vomiting, headaches, or seizures. He has been instructed to not drive by the BIDMC CNS team.

## Past Radiation Chemo

None

## Active Problems

- Glioblastoma Multiforme (Grade IV) Of The Cerebellum 191.6

Hypertension, hyperlipidemia, osteoarthritis.

## Past Medical History

Cluster headaches treated with Botox injections.

---

cc: ARLE,JEFFREY
BEAUDOIN,STEPHEN
Erik Uhlmann
Scott Floyd

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB[redacted]/1953 LC#: 2843372
DOS: 05/29/2014

Document Status: **Final**

## Surgical History

Right hip replacement

## Family History

No family history of cancer.

## Social History

Married and lives with his wife and 3 children in the Merrimac, MA. Works for an engineering firm. Long-standing smoker and continues to smoke.

## Allergies

1. No Known Drug Allergies

## Current Meds

- Dexamethasone 4 MG Oral Tablet; takes 1 tablet every 8 hours; Therapy: 29May2014 to
- Docusate Sodium 100 MG Oral Capsule; TAKE 1 CAPSULE TWICE DAILY; Therapy: 29May2014 to
- Pepcid 20 MG Oral Tablet; takes 1 tablet 2xday; Therapy: 29May2014 to
- Zonisamide 100 MG Oral Capsule; TAKE 1 CAPSULE TWICE DAILY; Therapy: 29May2014 to

## Review of Systems

A 12-point review of systems was performed during intake and personally reviewed by me with the patient. Pertinent positives and negatives included in the HPI.

## Performance Status

ECOG PERFORMANCE STATUS: 1 - Restricted in physically strenuous activity but ambulatory and able to carry out work of a light or sedentary nature, e.g. light house work, office work.

## Physical Exam

General: Sitting comfortably in chair in no acute distress.
Psychiatric: Alert and oriented x 3. Mood and affect appropriate. Mild agitation which he thinks is steroid related.
HEENT: Well healing craniotomy site at right lateral skull. Second biopsy was obtained posteriorly and staples intact with no signs of infection. Speech fluent. Oral cavity and oropharynx normal to visualization and palpation. Mucosa moist. Neck supple.
Lymph nodes: No cervical or supraclavicular lymphadenopathy.
Heart: Regular
Lungs: Clear
Abdomen: Positive bowel sounds, soft, nontender, nondistended. No hepatosplenomegaly.
Musculoskeletal: No paraspinal tenderness to palpation.
Extremities: No lower extremity edema.
Neuro: Cranial nerves II through XII intact except for left homonymous hemianopsia on gross visual field testing. Sensation intact to light touch throughout. 5 out of 5 strength throughout. Slightly unsteady gait. Romberg

cc: ARLE,JEFFREY
BEAUDOIN,STEPHEN
Erik Uhlmann
Scott Floyd

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: 05/29/2014

Document Status: Final

unsteady. Left finger to nose testing slightly slower compared to right but patient is left-hand dominant.

## Results/Data

Brain MRI from BIDMC personally reviewed and reviewed by me showing an enhancing mass with central necrosis involving the right parietal-occipital regions with involvement of the posterior corpus callosum and crossing over into the left occipital lobe. Surrounding edema is identified. Imaging is consistent with GBM.

## Assessment

1. Glioblastoma Multiforme (Grade IV) Of The Cerebellum 191.6

Patient is a 61 year old gentleman with GBM involving both hemispheres s/p open biopsy.

## Plan

1. LORazepam 1 MG Oral Tablet; TAKE 1 TABLET q 6 hours as needed for anxiety and/or AT BEDTIME AS NEEDED FOR INSOMNIA; Therapy: 29May2014 to (Last Rx:29May2014)
2. Sulfamethoxazole-TMP DS 800-160 MG Oral Tablet; TAKE 1 TABLET every MONDAY, WEDNESDAY, AND FRIDAY while on Temodar; Therapy: 29May2014 to (Last Rx:29May2014)

Radiation therapy recommended with concurrent Temodar. The role of radiation therapy in the patient's clinical scenario was discussed in detail including the rationale, logistics, risks, benefits, short and long-term side effects, and alternatives. All questions were answered to the satisfaction of the patient who desires to proceed. Informed consent was obtained. Simulation will be performed today, and the start of radiotherapy will begin shortly thereafter.

I plan to discuss and coordinate case with patient's neuro-oncologist, Dr. Uhlmann, at BIDMC. Patient states Temodar has been prescribed and they are awaiting receipt from the mail order pharmacy. He is not aware of a prescription for Bactrim for PCP prophylaxis while on Temodar. Consequently, prescription for Bactrim dispensed with instructions on use.

Given his level of agitation and difficulty sleeping since starting Decadron a few weeks ago, I will also prescribe Ativan 1mg with instructions to take every 6 hours as needed. I will also initiate enrollement into the STAR physical therapy cancer program and arrange for an outpatient consultation with the supportive care team.

## Signatures

Electronically signed by : WILLIAM OMEARA, MD; May 29 2014 11:41AM

---

cc: ARLE,JEFFREY
BEAUDOIN,STEPHEN
Erik Uhlmann
Scott Floyd

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Notice of Award

Northeastern Program Service Center
1 Jamaica Center Plaza
Jamaica, New York 11432-3898
Date: January 27, 2015
Claim Number: [redacted]-5766HA

76 2 MB 0.435 T2 MAAD296 PL1 S296 M3 PC1 150123
ANTHONY MINISTERI JR
[redacted]
MERRIMAC, MA 01860

You are entitled to monthly disability benefits beginning October 2014.

**The Date You Became Disabled**

We found that you became disabled under our rules on April 10, 2014.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is October 2014.

**What We Will Pay And When**

- You will receive $7,943.00 around February 2, 2015.
- This is the money you are due for October 2014 through December 2014.
- Your next payment of $2,677.00, which is for January 2015, will be received on or about the fourth Wednesday of February 2015.
- After that you will receive $2,677.00 on or about the fourth Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- The day of the month you receive your payments depends on your date of birth.

Enclosure(s):
Pub 05-10153

C

See Next Page





MATRIX
PO BOX 13498
PHILADELPHIA, PA 19101-3498

ANTHONY MINISTERI
250-020615
FHB5X

LOCMA045
Mar 2 2015 8:49AM

46

***Get your records on-line and avoid the delays of the US Mail.***

***Go to the BACTES web portal... It is the green thing to do.***

***Go to WWW.BACTES.COM and click on the "eDelivery" link to get started.***

---

## CONFIDENTIAL – MEDICAL RECORDS

---

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person (s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited. If you feel you have received these records in error, please call *(800) 560-3800.*

Bactes is the contracted Release of Information (ROI) provider for the source facility for these medical records. If you are interested in learning more about our ROI and related services, please call *(800) 560-3800* or visit www.bactes.com

BACTES • (800) 560-3800 • 8344 Clairemont Mesa Blvd., Suite 201 San Diego, Ca 92111

MATRIX
ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP
AS ADMINISTRATOR FOR RELIANCE STANDARD LIFE INSURANCE CO.

P.O. Box 13498
Philadelphia, PA 19101
(800) 866-2301

January 14, 2015

RECEIVED
JAN 22 2014
BY:

Dr. Stephen Boudain
260 Merrimac St.
Newbury Port, MA 01950

Re: Claimant: Anthony Ministeri
Policy No: LTD 115774
Claim No: 2014-12-05-0446-LTD-01
Policyholder: AECOM Technology Corporation
Date of Birth: [redacted]1953

Dear Dr. Stephen Boudain:

Reliance Standard Life Insurance Company is the disability benefits carrier for the claimant listed above. So that we may continue to determine your patient's eligibility for benefits under the above policy, we require the following information from you:

- Copies of all office/treatment notes, operative reports, hospital records, diagnostic and laboratory test results, discharge summaries, etc, for the period of December 2013 to present.

An authorization for the release of this information is enclosed. Please return this correspondence with your response. If there is a charge for copying these records, please provide an invoice and include your tax identification number. If you wish, you can FAX this information to 602-866-9707.

If you have any questions regarding this matter, please feel free to contact me at 1-800-866-2301 ext. 56066.

Sincerely,

Danielle Cardenas

Danielle Cardenas
LTD Claims Department

Enclosure

MATRIX
ABSENCE MANAGEMENT
A MEMBER OF [illegible]

2421 W. Peoria Avenue, Suite 200
Phoenix, AZ 85029-4940

2014.12.05.0446.CTD.9

AUTHORIZATION FOR USE IN OBTAINING INFORMATION

NAME OF INSURED: Anthony Ministeri
INSURED LAST 4 DIGITS SSN: XXX-XX- [illegible]
POLICYHOLDER: Anthony Ministeri

To all physicians and other health care professionals, hospitals, other health care institutions, insurers, medical, hospital and prepaid health plans, pharmacies, employers, group policyholders, contract holders, governmental agencies, private and/or public benefit plan administrators, and/or attorney representatives, including but not limited to covered entities and business associates under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the accompanying regulations:

You are authorized to provide Reliance Standard Life Insurance Company and/or its authorized administrators (including but not limited to, Matrix Absence Management) with information concerning medical care, advice, and/or treatment provided to me, the above named Insured, and/or any employment, salary and/or benefit-related information concerning me, the above named Insured. I understand that the disclosure of information may include disclosure of protected health information under HIPAA and the accompanying regulations, information regarding treatment for mental illness, the human immunodeficiency virus (HIV) and/or the use of drugs and alcohol. I also understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and will no longer be subject to protection under HIPAA and the accompanying regulations. A statement of Reliance Standard Life Insurance Company's privacy policy is available at www.rsli.com or upon request.

I understand that any such information will be used for the purpose of evaluating my claim for benefits.

Upon request, I understand that I am entitled to receive a copy of this Authorization. This Authorization is valid from the date signed for the duration of the claim, and may be revoked by me at any time upon written request to the address below. A reproduction of this Authorization shall be considered as valid as the original.

11/24/14
Date

[signature]
Insured's Signature

(If the Insured is unable to sign, an authorized person may sign.)

Date

Authorized Person's Signature

Description of Authorized Person's authority to sign on behalf of Insured: ____________

AR0252



Pentucket Medical

RECEIVED

JAN 30 2015

# Authorization for Release of Protected Health Information

Name:

1. **Patient Name:** ANTHONY MINISTERI **Date of Birth:** [redacted]1953
2. **Patient Address:** [redacted]
   MERRIMAC, MA 01860
3. **Patient Phone Number:** 617-875-[redacted]
4. **Patient Statement:**

I Anthony Ministeri
(Patient Name /Legal Representative)

Authorize: **Pentucket Medical**
**260 Merrimac Street**
**Newburyport, MA 01950**

to release health information including copies of my medical record to the following:

| Name(s)/Facility: | Address: |
|---|---|
| MATRIX ABSENCE MANAGEMENT | P.O. BOX 13498 |
| Claim#2014-12-05-0446-LTD-01 | PHILADELPHIA, PA 19101 |

5. **Reason for the Information Transfer Request, (please check):**

___ Referral, ___ Legal Matter, ___ Insurance, X Other,

___ Transfer to New Primary Care Physician, ___ Transfer to a new Specialist

6. **Information to be Released, (check the appropriate item and specify dates):**

No ☒ **Medical Record Abstract Last 3 Years** (e.g. History and Physicals, Op-Report, Consult, Test Results, Discharge Summary, Office Visits)

**OR** Please check all that apply and specify dates

- ☐ Office visit notes ___________
- ☐ Discharge Summary ___________
- ☐ Lab Reports ___________
- ☐ Operative Reports ___________
- ☐ Pathology Reports ___________
- ☐ Photographs (must specify) ___________
- ☐ X-Rays/Scans, CT, MRI Reports ___________
- ☐ Radiation Reports ___________
- ☒ Other, (specify) 12/2013 - present

**7. Please initial each of the following questions, to indicate if we may release the information below (if it is in your medical record)**

_____ **HIV Test Results,** **SPECIFY DATES:** ____________________

_____ **Genetic** **Screening** **Test Results, specify the type of test:** ____________________

_____ **Alcohol and Drug Abuse Records**

**(Federal rules prohibit any disclosure of this information unless expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by Federal Confidentiality Rules 42 CFR Part 2.)**

_____ Other(s) Please list

____________________________________________

____________________________________________

**Confidential Details of:**

_____ Mental Health Diagnosis and/or Treatment provided by a Psychiatrist, Psychologist, or Mental Health Clinician (I understand that my permission may not be required to release my mental health records for payment purposes.)

_____ Confidential Communications with a Licensed Social Worker

_____ Details of Domestic Violence Victims' Counseling

_____ Details of Sexual Assault Counseling

**I understand that:**

- I may withdraw my authorization at any time by submitting a written request to the Medical Records Department. Authorization may be withdrawn except for the following:
  - To the extent that action has been taken in reliance on this authorization.
  - If the authorization is obtained as a condition of obtaining insurance coverage.
- I may refuse to sign this authorization which will not affect my treatment, payment, health plan enrollment or eligibility for benefits.
- Information released, if further disclosed by the recipient is no longer protected by Partners HealthCare.
- I understand that this authorization will automatically expire in 6 months unless otherwise specified ✓

**I have read and understand the above, have had any questions explained to my satisfaction and voluntarily authorize disclosure of the above information about, or medical records of, my condition to those persons or agencies listed above.**

**8. Patients Signature:** [signature] ✓ Date: 1/24/15 ✓

**Print Name:** Anthony Ministeri

**When patient is a minor or not competent to give consent, the signature of a parent, guardian, or other legal representative is required.**

**Signature of Legal Representative**____________________________Date:__________

**Print Name:** ____________________ **Relationship to Patient:** ____________________

For Internal Use Only

Information Release/Reviewed By: ____________________ Date__________

Pick-Up Identification:

___license ___State ID ___Passport ___Other Photo ID__________

**Anthony Ministeri**
Male DOB: [redacted]/1953

Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**05/07/2014 - Imaging Report: CT HEAD / brain mass**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

Patient: ANTHONY MINISTERI
ID: AJ_RADORU M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CT HEAD (HD)
Anna Jacques Hospital 25 Highland Ave. Newburyport, MA 01950

Patient Account Number: V045968195 Patient Location: ED Exam Date: 05/07/2014 12:06:00 Patient Unit Number: M0311490 Reason For Exam: No Reason Given Exam Number: 001289413 Ordering Physician: JOHN MCLAULIN, MD

CT OF THE BRAIN WITHOUT CONTRAST

Comparison: None.

History: Apraxia.

TECHNIQUE:

Multiple axial images were obtained from the vertex through the skull base without contrast. Coronal and sagittal reformatting was performed.

FINDINGS:

There is an expansile mass with central low density in the white matter of the right frontal and parietal lobes that crosses the corpus callosum. The mass measures approximately 6.6 x 5.4 x 4.4 cm (TV, AP, CC - inclusive of the corpus callosal portion). The white matter immediately adjacent to the mass demonstrates diffuse decreased attenuation and there is effacement of overlying sulci throughout the right hemisphere. There is 4 mm of right-to-left midline shift.

There is no intracranial hemorrhage or infarction.

The basal cisterns are clear. There is minimal atherosclerotic calcification.

Discussed with Dr. McLaulin at 13:00 05/07/2014; understanding was expressed.

-----------------------------------------

INTERPRET MD
RESULT: DONAHUE,KEVIN P MD (R)
TechnicianNm
RESULT: JESSICA PERKINS; TERESA WEB (R)
CT OF HEAD
RESULT:
IMPRESSION: Large mass (with associated mass effect and 4 mm midline shift)

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 2
Imaging Report

**Anthony Ministeri**
Male DOB: [redacted]1953

Home: (617)875[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

involving the right hemisphere and corpus callosum highly concerning for high-grade glioma. Contrast enhanced MRI is recommend for further evaluation. (R)
Reported By: DONAHUE,KEVIN MD

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 05/07/2014 1:49 PM

---

(1) Order result status: Final
Collection or observation date-time: 05/07/2014
Requested date-time:
Receipt date-time:
Reported date-time:
Referring Physician:
Ordering Physician: JOHN MCLAULIN (1003876707)
Specimen Source:
Source: AJ_RADORU
Filler Order Number: 001289413
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave.
Newburyport
MA 01950

**Electronically Signed by Stephen Beaudoin MD on 05/07/2014 at 7:10 PM**

---

AR0256

**Anthony Ministeri**
Male DOB: [redacted]953

Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shl (1743)

**01/16/2015 - Lab Report: CULTURE, AEROBIC BACTERIA**
**Provider: Nikoletta Tarkan, NP**
**Location of Care: Pentucket Medical Associates**

Patient: Anthony Ministeri
ID: LABDAQ P311698
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CULTURE, AEROBIC BACTERIA (4550)
Order Note: Location: 2nd-3rd digits R hand
Order Note:
CULTURE, AEROBIC BACTERIA
[A] SEE NOTE

CULTURE, AEROBIC BACTERIA

MICRO NUMBER: 50054710
TEST STATUS: FINAL
SPECIMEN SOURCE: 2ND 3RD DIGITS RIGHT HAND
SPECIMEN QUALITY: ADEQUATE
RESULT: Heavy growth of Staphylococcus aureus

| | S.aureus | |
|---|---|---|
| | INT | MIC |
| AMOX/CLAVULANATE | S | <4/2 |
| AMP/SULBACTAM | S | <8/4 |
| CIPROFLOXACIN | S | <1 |
| CLINDAMYCIN | S | <0.25 |
| ERYTHROMYCIN | S | <0.25 |
| GENTAMICIN | S | <1 |
| LEVOFLOXACIN | S | <0.5 |
| OXACILLIN | S | <0.25 **1 |
| TETRACYCLINE | S | <1 |
| TRIMETHOPRIM/SULFA | S | <0.5/9.5 |
| VANCOMYCIN | S | 1 |

S=Susceptible I=Intermediate R=Resistant * = Not Tested
NR = Not Reported **NN = See Therapy Comments

THERAPY COMMENTS

Note 1:
Oxacillin-susceptible staphylococci are susceptible to other penicillinase-stable penicillins (e.g. Methicillin, Nafcillin), beta-lactam/beta-lactamase inhibitor combinations, and cephems with staphylococcal indications, including Cefazolin.

Note: An exclamation mark (!) indicates a result that was not dispersed into

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 2
Lab Report

**Anthony Ministeri**
Male DOB: [redacted]/1953
Home: (617)875[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

the flowsheet.
Document Creation Date: 01/19/2015 10:55 AM

---

(1) Order result status: Final
Collection or observation date-time: 01/16/2015 16:08
Requested date-time:
Receipt date-time:
Reported date-time:
Referring Physician:
Ordering Physician: NIKOLETTA TARKAN (NTAR)
Specimen Source:
Source: LABDAQ
Filler Order Number: 1327887
Lab site: NL2,QUEST DIAGNOSTICS MASSACHUSETTS LLC,200 FOREST STREET 3RD FLOOR,SUITE A,,MARLBOROUGH,MA,01752-3023,,SALIM E KABAWAT,MD

**Electronically Signed by Nikoletta Tarkan, NP on 01/21/2015 at 8:56 AM**
**Electronically Signed by Stephen Beaudoin MD on 01/21/2015 at 12:27 PM**

---

AR0258

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 1
Lab Report

**Anthony Ministeri**
Male DOB[redacted]/1953

Home: (617)875-[redacted]ork: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**12/11/2014 - Lab Report: DRAW FEE NEWBURYPORT, General Health Panel**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

Patient: Anthony Ministeri
ID: LABDAQ P311698
Note: All result statuses are Final unless otherwise noted.

Tests: (1) DRAW FEE NEWBURYPORT (6)

Tests: (2) General Health Panel (200)
Order Note: Contents of General Health Panel I:
Comprehensive Metabolic Panel (CPT-80053)
Complete CBC auto and auto diff WBC count (CPT-85025)
Thyroid Stimulating Hormone (CPT-84443)

| Test | Flag | Result | Range |
|---|---|---|---|
| White Blood Count | | 5.8 x1000/uL | 4.0-10.5 |
| Red Blood Cell Count | [L] | 4.14 mil/uL | 4.20-5.40 |
| Hemoglobin | [L] | 13.0 g/dL | 13.5-17.5 |
| Hematocrit | [L] | 38.7 % | 41.0-53.0 |
| MCV | | 93.4 fL | 80.0-100.0 |
| MCH | | 31.3 pg | 26.0-34.0 |
| MCHC | | 33.5 g/dL | 31.0-37.0 |
| Platelet Count | | 152 x1000/uL | 130-400 |
| ! MPV | | 9.5 | 7.0-11.0 |
| ! RDW | | 13.8 % | 0.0-15.0 |
| Neutrophils | [H] | 71.4 % | 45.0-70.0 |
| Lymphocytes | [L] | 16.4 % | 20.0-44.0 |
| Monocytes | | 10.6 % | 2.0-12.0 |
| Eosinophils | | 0 % | 0-4 |
| Basophils | | 1 % | 0-2 |
| Neutrophils # | | 4.2 1000/uL | 1.8-7.0 |
| Lymphocytes # | | 1.0 1000/uL | 1.0-4.0 |
| Monocytes # | | 0.6 1000/uL | 0.0-0.8 |
| Eosinophils # | | 0.0 1000/uL | 0.0-0.5 |
| Basophils # | | 0.1 1000/uL | 0.0-20.0 |
| TSH Third Generation Ultra | | 1.13 uIU/mL | 0.51-6.27 |

Euthyroid range 0.51-6.270 muIU/mL.
A value of <0.01 muIUmL often indicates frank hyperthyroidism.
Values between 0.01-0.51 muIU/mL may be on a thyroidal or non thyroidal basis and require further evaluation.
Values above 6.270 muIU/mL suggust hypothyroid states.

| Test | Result | Range |
|---|---|---|
| Glucose | 99 mg/dL | 65-99 |
| BUN | 17 mg/dL | 6-23 |
| Creatinine | 0.7 mg/dL | 0.5-1.4 |
| eGFR If Non Africn Am | 101.9 mL/min | >59.0 |

Please Note: The eGFR calculation has changed to CKD-EPI from MDRD that may result in higher more accurate estimated GFR levels in patients with impaired renal function. The reportable range is now up to 90 ml/min

| Test | Result | Range |
|---|---|---|
| ! EGFR IF Africn AM | 118.0 mL/min/1.73 | >59.0 |

**Anthony Ministeri**
Male DOB [redacted]/1953
Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

Please Note: The eGFR calculation has changed to CKD-EPI from MDRD that may result in higher more accurate estimated GFR levels in patients with impaired renal function. The reportable range is now up to 90 ml/min

| Test | Flag | Result | Range |
|---|---|---|---|
| Sodium | | 139 mEq/L | 135-145 |
| Potassium | | 4.0 mEq/L | 3.5-5.5 |
| Chloride | | 104.0 mEq/L | 96.0-106.0 |
| Carbon Dioxide | | 25 mEq/L | 21-32 |
| Calcium | | 8.6 mg/dL | 8.2-10.1 |
| Total Protein | | 6.4 g/dL | 6.4-8.2 |
| Albumin | | 3.6 g/dL | 3.4-5.0 |
| Total Bilirubin | | 0.6 mg/dL | 0.0-1.3 |
| Alkaline Phosphatase | | 71 U/L | 30-150 |
| SGPT (ALT) | [H] | 99 U/L | 20-60 |
| SGOT (AST) | [H] | 54 U/L | 10-40 |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 12/11/2014 4:52 PM

---

(1) Order result status: Final
Collection or observation date-time: 12/11/2014 11:55
Requested date-time:
Receipt date-time: 12/11/2014 11:56
Reported date-time:
Referring Physician:
Ordering Physician: Stephen Beaudoin (SBEA)
Specimen Source:
Source: LABDAQ
Filler Order Number: 1311752
Lab site: Location: 3,Newburyport,,,,,,,

(2) Order result status: Final
Collection or observation date-time: 12/11/2014 11:55
Requested date-time:
Receipt date-time: 12/11/2014 11:56
Reported date-time:
Referring Physician:
Ordering Physician: Stephen Beaudoin (SBEA)
Specimen Source:
Source: LABDAQ
Filler Order Number: 1311752
Lab site: Location: 1,Haverhill,,,,,,,

-----------------

The following lab values were dispersed to the flowsheet with no units conversion:

Red Blood Cell Count, 4.14 MIL/UL, (F) expected units: 10*6/mm3
MCHC, 33.5 G/DL, (F) expected units: %
Neutrophils #, 4.2 1000/UL, (F) expected units: K/uL

**Anthony Ministeri**
Male DOB: [redacted]/1953

Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

Lymphocytes #, 1.0 1000/UL, (F) expected units: 10*3/mm3
Monocytes #, 0.6 1000/UL, (F) expected units: K/uL
Eosinophils #, 0.0 1000/UL, (F) expected units: K/uL
Basophils #, 0.1 1000/UL, (F) expected units: K/uL
Sodium, 139 MEQ/L, (F) expected units: mmol/L
Potassium, 4.0 MEQ/L, (F) expected units: mmol/L
Chloride, 104.0 MEQ/L, (F) expected units: mmol/L
Carbon Dioxide, 25 MEQ/L, (F) expected units: mmol/L

-----------------

The following results were not dispersed to the flowsheet:

MPV, 9.5, (F)
RDW, 13.8 %, (F)
EGFR IF Africn AM, 118.0 mL/min/1.73, (F)

**Electronically Signed by Stephen Beaudoin MD on 12/13/2014 at 9:46 PM**

---

**Anthony Ministeri**
Male DOB: [redacted]1953

Home: (617)875[redacted]Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**08/10/2014 - Lab Report: D DIMER**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

```
Patient: ANTHONY  MINISTERI
ID: AJ_LAB M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) D DIMER (L200.0450)
  DDIMER               [HH] > 5250 ng/mLDDU           0-230
    RESULTS CALLED TO AND READ BACK BY JRRN
    **Please note new D Dimer Reference Range 9/3/13**
    The D-Dimer test is FDA cleared to rule out
    DVT and PE when used in conjunction with a non-high clinical
    probability assessment using a cut-off value of 230 ng/mL
    D-DU.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 08/10/2014 10:34 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 08/10/2014
Requested date-time:
Receipt date-time: 08/10/2014
Reported date-time: 08/10/2014 22:32
Referring Physician:
Ordering Physician: EMERGENCY PHYSICIAN (EMPTY)
Specimen Source:
Source: AJ_LAB
Filler Order Number: 7337606.001_L3606166-200.0450
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave.
    Newburyport
    MA  01950

-----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  DDIMER, > 5250
```

**Electronically Signed by Stephen Beaudoin MD on 08/10/2014 at 10:38 PM**

---

**Anthony Ministeri**
Male DOB: [redacted]953

Home: (617)875[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**08/10/2014 - Lab Report: DIFFERENTIAL,MANUAL**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

```
Patient: ANTHONY  MINISTERI
ID: AJ_LAB M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) DIFFERENTIAL,MANUAL (L100.2000)
  PMN SEGS                   55 %                       40-75
    08/10/14 2139:
      SEGS previously reported as: 70  %
  PMN BANDS             [H]  17 %                       0-8
    08/10/14 2139:
      BANDS previously reported as: 3  %
  LYMPHS %              [L]  13 %                       18-47
    08/10/14 2139:
      LYMPHOCYTES previously reported as: 12  L %
! ATYPICAL LYMPHOCYTES       1 %                        0-5
  MONOCYTE %                 1 %                        0-10
    08/10/14 2139:
      MONOCYTES previously reported as: 5  %
! METAMYELOCYTES        [H]  3 %                        0-1
    08/10/14 2139:
      METAMYELOCYTES previously reported as: 5  H %
! MYELOCYTES            [H]  10 %                       0-1
    08/10/14 2139:
      MYELOCYTES previously reported as: 5  H %
  PLATELT(EST)          [AA] DECREASED                  NORMAL
  RBC MORPH                  ABNORMAL
! ANISOCYTOSIS               1+
! SPHEROCYTES                1+

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 08/10/2014 9:41 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 08/10/2014
Requested date-time:
Receipt date-time: 08/10/2014
Reported date-time: 08/10/2014 21:40
Referring Physician:
Ordering Physician: EMERGENCY PHYSICIAN (EMPTY)
Specimen Source:
Source: AJ_LAB
Filler Order Number: 7337607.001 L3606163 100.2000
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave.
    Newburyport
    MA  01950
```

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 2
Lab Report

**Anthony Ministeri**
Male DOB: [redacted]1953

Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

-----------------

The following results were not dispersed to the flowsheet:

ATYPICAL LYMPHOCYTES, 1 %, (F)
METAMYELOCYTES, 3 %, (F)
MYELOCYTES, 10 %, (F)
ANISOCYTOSIS, 1+, (F)
SPHEROCYTES, 1+, (F)

**Electronically Signed by Stephen Beaudoin MD on 08/10/2014 at 10:09 PM**

---

**AR0264**

**Anthony Ministeri**
Male DOB: [redacted]953

Home: (617)875[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**08/10/2014 - Lab Report: COMPLETE BLOOD COUNT**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

Patient: ANTHONY MINISTERI
ID: AJ_LAB M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) COMPLETE BLOOD COUNT (L100.0000)

| | Test | Flag | Result | Reference |
|---|---|---|---|---|
| | WBC COUNT | [H] | 11.4 K/mm3 | 4.0-11.0 |
| | RBC | | 4.44 M/mm3 | 4.20-6.10 |
| | HGB | | 14.2 g/dl | 13.8-17.0 |
| | HCT | | 41.9 % | 37.0-48.0 |
| | MCV | | 94.4 fl | 80.0-100.0 |
| | MCH | | 32.0 pg | 27.0-34.0 |
| | MCHC RBC | | 33.9 g/dl | 31.0-36.0 |
| ! | RED CELL DISTRIBUTION WIDTH | [H] | 16.3 % | 11.5-15.0 |
| | PLATELET CNT | [L] | 91 K/mm3 | 130-400 |
| ! | MEAN PLATELET VOLUME | | 10.6 fl | 9.0-11.0 |
| | PLEASE NOTE NEW REFERENCE RANGE FOR MPV | | | |
| | PMN % | | 68.5 % | 37.0-80.0 |
| | LYMPHS % | [L] | 11.8 % | 23.0-45.0 |
| | MONOCYTE % | | 6.9 % | 2.5-14.0 |
| | EOSINOPHIL % | [L] | 0.1 % | 0.5-4.0 |
| ! | BASO % | | 0.1 % | 0.0-2.0 |
| ! | IMMATURE GRAN % | [H] | 12.6 % | 0-1 |
| ! | NRBC% | | 0.0 % | 0-0 |
| | ABS NEUTROPH | [H] | 7.8 K/mm3 | 1.9-7.5 |
| | ABS LYMPHOCY | | 1.3 K/mm3 | 1.2-3.4 |
| | MONOCYTE CNT | [H] | 0.8 K/mm3 | 0.0-0.7 |
| | EOS# | | 0.01 K/mm3 | 0.0-0.7 |
| ! | BASO # | | 0.0 K/mm3 | 0.0-0.05 |
| ! | IMMATURE GRAN # | [H] | 1.4 K/mm3 | 0.04-0.11 |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 08/10/2014 9:41 PM

---

(1) Order result status: Final
Collection or observation date-time: 08/10/2014
Requested date-time:
Receipt date-time: 08/10/2014
Reported date-time: 08/10/2014 21:40
Referring Physician:
Ordering Physician: EMERGENCY PHYSICIAN (EMPTY)
Specimen Source:
Source: AJ_LAB
Filler Order Number: 7337581.006 L3606163 100.0000
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave. Newburyport

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 2
Lab Report

**Anthony Ministeri**
Male DOB: [redacted]1953

Home: (617)875[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

MA 01950

-----------------

The following lab values were dispersed to the flowsheet with no units conversion:

RBC, 4.44 M/MM3, (F) expected units: 10*6/mm3

-----------------

The following results were not dispersed to the flowsheet:

RED CELL DISTRIBUTION WIDTH, 16.3 %, (F)
MEAN PLATELET VOLUME, 10.6 fl, (F)
BASO %, 0.1 %, (F)
IMMATURE GRAN %, 12.6 %, (F)
NRBC%, 0.0 %, (F)
BASO #, 0.0 K/mm3, (F)
IMMATURE GRAN #, 1.4 K/mm3, (F)

**Electronically Signed by Stephen Beaudoin MD on 08/10/2014 at 10:09 PM**

---

AR0266

**Anthony Ministeri**
Male DOB: [redacted]1953

Home: (617)875[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**08/10/2014 - Lab Report: DIFFERENTIAL,MANUAL**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

```
Patient: ANTHONY  MINISTERI
ID: AJ_LAB M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) DIFFERENTIAL,MANUAL (L100.2000)
   PMN SEGS                      70 %                      40-75
   PMN BANDS                     3 %                       0-8
   LYMPHS %             [L]      12 %                      18-47
   MONOCYTE %                    5 %                       0-10
 ! METAMYELOCYTES       [H]      5 %                       0-1
 ! MYELOCYTES           [H]      5 %                       0-1
   PLATELT(EST)         [AA]     DECREASED                 NORMAL
   RBC MORPH                     ABNORMAL
 ! ANISOCYTOSIS                  1+
 ! SPHEROCYTES                   1+
```

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 08/10/2014 9:17 PM

---

(1) Order result status: Final
Collection or observation date-time: 08/10/2014
Requested date-time:
Receipt date-time: 08/10/2014
Reported date-time: 08/10/2014 21:15
Referring Physician:
Ordering Physician: EMERGENCY_PHYSICIAN-(EMPTY)
Specimen Source:
Source: AJ_LAB
Filler Order Number: 7337607.001 L3606163 100.2000
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave.
Newburyport
MA 01950

-----------------

The following results were not dispersed to the flowsheet:

METAMYELOCYTES, 5 %, (F)
MYELOCYTES, 5 %, (F)
ANISOCYTOSIS, 1+, (F)
SPHEROCYTES, 1+, (F)

***Electronically Signed by Stephen Beaudoin MD on 08/10/2014 at 10:09 PM***

---

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 1
Lab Report

**Anthony Ministeri**
Male DOB: ██████1953

Home: (617)875██████ Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**08/10/2014 - Lab Report: CARDIAC TROPONIN**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

```
Patient: ANTHONY  MINISTERI
ID: AJ_LAB M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CARDIAC TROPONIN (L400.0265)
! CARDIAC PROFILE COMMENT
                              *
    This is notification that the CARDP has been replaced by
    the Troponin T test which is being performed.
  TROPONIN T                 < 0.03 ng/mL              < 0.03
    TROPONIN T REFERENCE RANGES:
    < 0.03 ng/mL... No evidence of myocardial ischemia
    0.03 - 0.10 ... Indeterminate
    > 0.10 ng/mL .. Indicates evidence of myocardial infarction

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 08/10/2014 9:16 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 08/10/2014
Requested date-time:
Receipt date-time: 08/10/2014
Reported date-time: 08/10/2014 21:15
Referring Physician:
Ordering Physician: EMERGENCY PHYSICIAN (EMPTY)
Specimen Source:
Source: AJ_LAB
Filler Order Number: 7337581.005 L3606164 400.0265
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave.
    Newburyport
    MA  01950

-----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  TROPONIN T, < 0.03

-----------------

The following results were not dispersed to the flowsheet:

  CARDIAC PROFILE COMMENT, *, (F)
```

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 2
Lab Report

**Anthony Ministeri**
Male DOB[redacted]1953

Home: (617)875-[redacted]Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**Electronically Signed by Stephen Beaudoin MD on 08/10/2014 at 10:09 PM**

---

AR0269

**Anthony Ministeri**
Male DOB: [redacted]1953

Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**08/10/2014 - Lab Report: HEPATIC FUNCTION PANEL**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

```
Patient: ANTHONY  MINISTERI
ID: AJ_LAB M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) HEPATIC FUNCTION PANEL (L400.0145)
  PROTEIN, TOT               6.9 g/dL                    6.4-8.3
  ALBUMIN                    4.0 g/dL                    3.4-5.2
  GLOBULIN TOT               2.9 gm/dL                   2.3-3.5
  BILI TOTAL                 1.0 mg/dL                   0.3-1.2
  BILI DIRECT                0.2 mg/dL                   0.1-0.5
  ALKALINEPHOS               77 U/L                      40-129
  SGOT (AST)                 31 U/L                      0-40
  SGPT (ALT)            [H]  78 U/L                      0-41

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 08/10/2014 9:16 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 08/10/2014
Requested date-time:
Receipt date-time: 08/10/2014
Reported date-time: 08/10/2014 21:15
Referring Physician:
Ordering Physician: EMERGENCY PHYSICIAN (EMPTY)
Specimen Source:
Source: AJ_LAB
Filler Order Number: 7337604.001 L3606164 400.0145
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave.
    Newburyport
    MA  01950
```

**Electronically Signed by Stephen Beaudoin MD on 08/10/2014 at 10:09 PM**

---

**Anthony Ministeri**
Male DOB: [redacted]1953
Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**08/10/2014 - Lab Report: CHEM8**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

Patient: ANTHONY MINISTERI
ID: AJ_LAB M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CHEM8 (L400.0015)

| Test | Flag | Result | Range |
|---|---|---|---|
| SODIUM | [L] | 134 mmol/L | 136-145 |
| POTASSIUM | | 4.3 mmol/L | 3.4-5.1 |
| CHLORIDE | [L] | 96 mmol/L | 98-107 |
| CO2 TOTAL | | 22 mmol/L | 22-32 |
| GLUCOSE SER | [H] | 219 mg/dL | 74-118 |
| BUN | [H] | 30 mg/dL | 5-23 |
| Creatinine | | 0.9 mg/dL | 0.7-1.2 |
| EGFR | | 91.2 mL/min | |
| CALCIUM | | 9.2 mg/dL | 8.6-10.2 |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 08/10/2014 9:16 PM

---

(1) Order result status: Final
Collection or observation date-time: 08/10/2014
Requested date-time:
Receipt date-time: 08/10/2014
Reported date-time: 08/10/2014 21:15
Referring Physician:
Ordering Physician: EMERGENCY PHYSICIAN (EMPTY)
Specimen Source:
Source: AJ_LAB
Filler Order Number: 7337581.004 L3606164 400.0015
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave.
Newburyport
MA 01950

**Electronically Signed by Stephen Beaudoin MD on 08/10/2014 at 10:08 PM**

---

**Anthony Ministeri**
Male DOB: [redacted]1953

Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**05/07/2014 - Lab Report: CHEM8**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

Patient: ANTHONY MINISTERI
ID: AJ_LAB M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CHEM8 (L400.0015)

| Test | Result | Range |
|---|---|---|
| SODIUM | 138 mmol/L | 136-145 |
| POTASSIUM | 4.4 mmol/L | 3.4-5.1 |
| CHLORIDE | 101 mmol/L | 98-107 |
| CO2 TOTAL | 27 mmol/L | 22-32 |
| GLUCOSE SER | 103 mg/dL | 74-118 |
| BUN | 16 mg/dL | 5-23 |
| Creatinine | 0.7 mg/dL | 0.7-1.2 |
| EGFR | 121.9 mL/min | |
| CALCIUM | 9.4 mg/dL | 8.6-10.2 |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 05/07/2014 12:56 PM

---

(1) Order result status: Final
Collection or observation date-time: 05/07/2014
Requested date-time:
Receipt date-time: 05/07/2014
Reported date-time: 05/07/2014 12:55
Referring Physician:
Ordering Physician: JOHN MCLAULIN (1003876707)
Specimen Source:
Source: AJ_LAB
Filler Order Number: 7113720.001 L3499092 400.0015
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave.
Newburyport
MA 01950

**Electronically Signed by Stephen Beaudoin MD on 05/07/2014 at 7:07 PM**

---

**Anthony Ministeri**
Male DOB: [redacted]1953

Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**05/07/2014 - Lab Report: URINALYSIS WITH REFLEX CULTURE**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

Patient: ANTHONY MINISTERI
ID: AJ_LAB M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) URINALYSIS WITH REFLEX CULTURE (L600.0018)

| Test | Result | Reference |
|---|---|---|
| UA COLOR | YELLOW | YELLOW |
| APPEARANCE U | CLEAR | CLEAR |
| UGLUCOSE | NEGATIVE mg/dL | NEGATIVE |
| BILIRUBIN UR | NEGATIVE | NEGATIVE |
| KETONES URN | NEGATIVE mg/dL | NEGATIVE |
| SPEC GR URIN | <=1.005 | 1.005 -1.030 |
| HGB URINE | TRACE | NEGATIVE |
| PH U QN | 6.0 | 5.0-8.0 |
| TOT PROT UR | NEGATIVE mg/dL | NEGATIVE |
| UROBILINOGEN | 0.2 EU/dL | 0.2-1.0 |
| NITRATE UR | NEGATIVE | NEGATIVE |
| WBC DIPSTK U | NEGATIVE | NEGATIVE |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 05/07/2014 12:45 PM

---

(1) Order result status: Final
Collection or observation date-time: 05/07/2014
Requested date-time:
Receipt date-time: 05/07/2014
Reported date-time: 05/07/2014 12:44
Referring Physician:
Ordering Physician: JOHN MCLAULIN (1003876707)
Specimen Source:
Source: AJ_LAB
Filler Order Number: 7113791.001 L3499105 600.0018
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave.
Newburyport
MA 01950

-----------------

The following non-numeric lab results were dispersed to the flowsheet even though numeric results were expected:

SPEC GR URIN, <=1.005
TOT PROT UR, NEGATIVE

**Electronically Signed by Stephen Beaudoin MD on 05/07/2014 at 7:07 PM**

**Anthony Ministeri**
Male DOB: [redacted]1953
Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**05/07/2014 - Lab Report: COMPLETE BLOOD COUNT**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

Patient: ANTHONY MINISTERI
ID: AJ_LAB M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) COMPLETE BLOOD COUNT (L100.0000)

| Test | Result | Reference |
|---|---|---|
| WBC COUNT | 6.8 K/mm3 | 4.0-11.0 |
| RBC | 5.21 M/mm3 | 4.20-6.10 |
| HGB | 15.9 g/dl | 13.8-17.0 |
| HCT | 47.2 % | 37.0-48.0 |
| MCV | 90.6 fl | 80.0-100.0 |
| MCH | 30.5 pg | 27.0-34.0 |
| MCHC RBC | 33.7 g/dl | 31.0-36.0 |
| ! RED CELL DISTRIBUTION WIDTH | 12.7 % | 11.5-15.0 |
| PLATELET CNT | 161 K/mm3 | 130-400 |
| ! MEAN PLATELET VOLUME [H] | 12.3 fl | 9.0-11.0 |
| PLEASE NOTE NEW REFERENCE RANGE FOR MPV | | |
| PMN % | 62.4 % | 37.0-80.0 |
| LYMPHS % | 27.5 % | 23.0-45.0 |
| MONOCYTE % | 8.1 % | 2.5-14.0 |
| EOSINOPHIL % | 1.0 % | 0.5-4.0 |
| ! BASO % | 0.6 % | 0.0-2.0 |
| ! IMMATURE GRAN % | 0.4 % | 0-1 |
| ! NRBC% | 0.0 % | 0-0 |
| ABS NEUTROPH | 4.2 K/mm3 | 1.9-7.5 |
| ABS LYMPHOCY | 1.9 K/mm3 | 1.2-3.4 |
| MONOCYTE CNT | 0.6 K/mm3 | 0.0-0.7 |
| EOS# | 0.07 K/mm3 | 0.0-0.7 |
| ! BASO # | 0.0 K/mm3 | 0.0-0.05 |
| ! IMMATURE GRAN # [L] | 0.0 K/mm3 | 0.04-0.11 |

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 05/07/2014 12:34 PM

---

(1) Order result status: Final
Collection or observation date-time: 05/07/2014
Requested date-time:
Receipt date-time: 05/07/2014
Reported date-time: 05/07/2014 12:33
Referring Physician:
Ordering Physician: JOHN MCLAULIN (1003876707)
Specimen Source:
Source: AJ_LAB
Filler Order Number: 7113720.002 L3499091 100.0000
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave. Newburyport

**Anthony Ministeri**
Male DOB: [redacted]953

Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

MA 01950

----------------

The following lab values were dispersed to the flowsheet with no units conversion:

RBC, 5.21 M/MM3, (F) expected units: 10*6/mm3

----------------

The following results were not dispersed to the flowsheet:

RED CELL DISTRIBUTION WIDTH, 12.7 %, (F)
MEAN PLATELET VOLUME, 12.3 fl, (F)
BASO %, 0.6 %, (F)
IMMATURE GRAN %, 0.4 %, (F)
NRBC%, 0.0 %, (F)
BASO #, 0.0 K/mm3, (F)
IMMATURE GRAN #, 0.0 K/mm3, (F)

**Electronically Signed by Stephen Beaudoin MD on 05/07/2014 at 7:07 PM**

---

**Anthony Ministeri**
Male DOB: [redacted]953

Home: (617)875-[redacted]ork: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**05/07/2014 - Lab Report: GLUCOSE,PCX POC**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

Patient: ANTHONY MINISTERI
ID: AJ_LAB M0311490
Note: All result statuses are Final unless otherwise noted.

Tests: (1) GLUCOSE,PCX POC (L800.0008)

| GlucosePOC | 88 mg/dl | 74-118 |
|---|---|---|

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 05/07/2014 11:54 AM

---

(1) Order result status: Final
Collection or observation date-time: 05/07/2014
Requested date-time:
Receipt date-time: 05/07/2014
Reported date-time: 05/07/2014 11:53
Referring Physician:
Ordering Physician: EMERGENCY PHYSICIAN (EMPTY)
Specimen Source:
Source: AJ_LAB
Filler Order Number: L3499068 800.0008
Lab site: Anna Jaques Hospital Laboratory, 25 Highland Ave.
Newburyport
MA 01950

**Electronically Signed by Stephen Beaudoin MD on 05/07/2014 at 7:07 PM**

**Anthony Ministeri** Home: (617)875-[redacted] Work: (978)346-4862
Male DOB: [redacted]1953 62066-2201001 Ins: Blue Shi (1743)

**01/16/2015 - Office Visit: paronychia with abscess**
**Provider: Nikoletta Tarkan, NP**
**Location of Care: Pentucket Medical Associates Newburyport**

**Primary Provider:** Stephen Beaudoin MD

**CC:** infection two fingers rt hand.

**History of Present Illness:**
Pt here with pain over 2nd and 3rd digits of R hand. Wife notes he bites his fingernails although pt denies this.

No fever or chills. He feels otherwise well.

He is undergoing chemo for glioblastoma.

Current Allergies:
CIPRO (Critical)

## Past Medical History:

Reviewed history from 08/23/2014 and no changes required:
Hyperlipidemia
Tobacco use quit ? 2009
Cluster headaches , has used home oxygen and prednisone taper over 10 days in past...no successful with prior prophylaxis with depakote, topamax, verapamil, recent botox injections/ dr abassi / with success ? q 3 months interval during 2007 trial period
5/04 labs total cholesterol 282/ HDL 83 / LDL 172.....2007 total cholesterol 320
Traumatic Cerebral bleed 8/07 softball to head, non operative observation
OSA
DJD shoulders
2011 Botox( injections )rx cluster headache
Chondroid lesion left proximal femur
5/2014 BIDMC admit / change in MS / Right brain mass/ Gliobastoma multiforme
8/2014 BIDMC admit saddle pulmonary embolism / TPA / lifelong rx lovenox

## Past Surgical History:

Reviewed history from 11/17/2010 and no changes required:
L wrist fx repair1986
L ankle fx repair 1980
L achillies repair 2006
2010 Right THR

## Family History Summary:

Reviewed history Last on 09/25/2014 and no changes required:01/16/2015
Mother (biol.) - Has Family History of Coronary Heart Disease - Entered On: 12/11/2014

**General Comments - FH:**

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 2
Office Visit

**Anthony Ministeri**
Male DOB: [redacted]1953

Home: (617)875-[redacted]Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

Father: deceased age 90, Black lung disease
Mother: deceased age 90 CHF
Siblings: Sister a/w
Sister a/w
Brother a/w

## Social History:

Reviewed history from 05/11/2010 and no changes required:
Former tobacco. 2 glasses wine with dinner nightly
Designs pharmaceutical production facilities
Golf
Married

**Previous Tobacco Use:** Signed On - 12/11/2014
Smoked Tobacco Use: Former smoker
Counseled : yes

**Previous Alcohol Use:** Signed On - 09/25/2014
Alcohol use: yes
Exercise: no

Colonoscopy History:
Date of Last Colonoscopy: 01/07/2008

## Review of Systems

**General**
Denies fever.

**Derm**
**Complains of nail problems and skin discoloration.**

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 61 Years Old Male |
| Height: | 70.25 inches |
| Weight: | 183 pounds |
| BMI: | 26.17 |
| BSA: | 2 02 |
| Temp: | 98.7 degrees F oral |
| Pulse rate: | 88 / minute |
| BP sitting: | 132 / 78 (left arm) |
| Cuff size: | large |

Vitals Entered By: Nicole Annaldo (January 16, 2015 2:04 PM)

AR0278

**Anthony Ministeri**
Male DOB: [redacted]/1953
Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

## Physical Exam

**General:**
well developed, well nourished, in no acute distress.
**Skin:**
2nd and 3rd digits with marked erythema, edema and abscess formation along lateral nailbeds.
**Psych:**
alert and cooperative; normal mood and affect; normal attention span and concentration.

### *Patient's BMI is out of range*

Counseled on diet

## Impression & Recommendations:

**Problem # 1:** CELLULITIS/ABSCESS FINGER, ONYCHIA/PARONYCHIA (ICD-681.00) (ICD10-L08.9)
Abscess lanced and small amount of purulent material was produced, which was cultured. Affected fingers dressed with sterile bandage. Advised pt to soak fingers TID and express purulent material. Start keflex x 7 days. Given his immunocompromised status and extensive abscess formation, he should follow up with general surgeon next week.

His updated medication list for this problem includes:
Keflex 500 Mg Caps (Cephalexin) ..... 1 capsule po qid for 7 days

Orders:
Wound Culture (CPT-87070)

**Medications Added to Medication List This Visit:**
1) Keflex 500 Mg Caps (Cephalexin) .... 1 capsule po qid for 7 days

**Patient Instructions**
Soak fingers 3-4 x day for 10 minutes. Try to gently squeeze out drainage. Change bandage after every soak.

Take antibiotic.

See surgeon next week.

Call office for fever, worsening pain, swelling, etc.

**Clinical Summary Printed**

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 4
Office Visit

**Anthony Ministeri**
Male DOB: [redacted]953

Home: (617)875[redacted]Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**Incision and drainage of abscess**
Area was prepped with Betadine, and draped while sterile techniques employed in usual fashion. Abscess with cellulitis along 2nd and 3rd digits of right hand. Wound incised with #11 blade and Small amount of purulent drainage expressed. Cavity irrigated with copious amounts of Saline Cultures obtained. Patient tolerated procedure well and was given wound care instructions.

The authorizing MD is on site at the time of the visit and is sufficiently aware of the patient's condition to endorse or intervene in a timely manner.

**Electronically Signed by Nikoletta Tarkan, NP on 01/16/2015 at 2:33 PM**
**Electronically Signed by Stephen Beaudoin MD on 01/21/2015 at 12:27 PM**

---

AR0280

**Anthony Ministeri**
Male DOB: [redacted]953

Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**12/11/2014 - Office Visit: PE**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates Newburyport**

**Primary Provider:** Stephen Beaudoin MD

**CC:** Follow up cancer c/o dyspnea on exertion .

**History of Present Illness:**
Pre-Visit Patient Preparation Completed.
........................................................................Nicole Annaldo December 11, 2014 10:56 AM
PE

he is feeling ok
he is using the e cigarette
continues with rx chemo for glioblastoma ? 1/2 way thru
14months of rx ?
dx 5/2014
8/2014 had PE and remains on lovenox
has frequent cbc's via oncologist
no fever
had thrush x 1 / on decadron / now 4 mg qd

no chest pain
some doe at times

no chest pain
wife is with him today
she feels that the citalopram and lorazepam are working well

he has questions re zostavax and driving
was told not to drive by oncologist

## Past Medical History:

Reviewed history from 08/23/2014 and no changes required:
Hyperlipidemia
Tobacco use quit ? 2009
Cluster headaches , has used home oxygen and prednisone taper over 10 days in past ..no successful with prior prophylaxis with depakote, topamax, verapamil, recent botox injections/ dr abassi / with success ? q 3 months interval during 2007 trial period
5/04 labs total cholesterol 282/ HDL 83 / LDL 172.... 2007 total cholesterol 320
Traumatic Cerebral bleed 8/07 softball to head, non operative observation
OSA
DJD shoulders
2011 Botox( injections )rx cluster headache
Chondroid lesion left proximal femur

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 2
Office Visit

**Anthony Ministeri**
Male DOB: [redacted]1953
Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

5/2014 BIDMC admit / change in MS / Right brain mass/ Gliobastoma multiforme
8/2014 BIDMC admit saddle pulmonary embolism / TPA / lifelong rx lovenox

## Past Surgical History:

Reviewed history from 11/17/2010 and no changes required:
L wrist fx repair1986
L ankle fx repair 1980
L achillies repair 2006
2010 Right THR

## Family History Summary:

Mother (biol.) - Has Family History of Coronary Heart Disease - Entered On: 12/11/2014

**General Comments - FH:**
Father: deceased age 90, Black lung disease
Mother: deceased age 90 CHF
Siblings: Sister a/w
Sister a/w
Brother a/w

## Risk Factors:

Smoked Tobacco Use: Former smoker

**Previous Tobacco Use:** Signed On - 09/25/2014
Smoked Tobacco Use: former smoker
Counseled : yes

**Previous Alcohol Use:** Signed On - 09/25/2014
Alcohol use: yes
Exercise: no

Colonoscopy History:
Date of Last Colonoscopy: 01/07/2008

## Review of Systems

**General**
**Complains of fatigue.**
Denies appetite loss, fever and weight loss.

**Eyes**
Denies blurring.

**ENT**
Denies difficulty swallowing and vertigo.

**CV**

AR0282

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 3
Office Visit

**Anthony Ministeri**
Male DOB: [redacted]953
Home: (617)875[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

Denies chest pain or discomfort, orthopnea, palpitations, racing /skipping heart beats and swelling of hands and feet.

**Resp**

Denies chest congestion, cough, excessive sputum, hemotysis, sleep disturbance due to breathing and wheezing.

**GI**

Denies abdominal pain, bloody stools, diarrhea and reflux.

**GU**

Denies dysuria and hematuria.

**MS**

Denies back pain and joint pain.

**Derm**

Denies rash and suspicious lesions.

**Neuro**

Denies ataxia, frequent falls, headaches, memory loss and tremors.
slipped on wet bathroom floor last week no apparent injury

**Psych**

Denies anxiety, depression and sleep disturbance.

The review of systems is negative for Heme.

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 61 Years Old Male |
| Height: | 70.25 inches |
| Weight: | 183 pounds |
| BMI: | 26.17 |
| BSA: | 2.02 |
| O2 Sat: | 99 % |
| Pulse rate: | 88 / minute |
| BP sitting: | 118 / 72 (left arm) |
| Cuff size: | regular |

Vitals Entered By: Nicole Annaldo (December 11, 2014 10:56 AM)

## Physical Exam

**General:**

well developed, well nourished, in no acute distress.

**Eyes:**

PERRL/EOM intact, conjunctiva and sclera clear with out nystagmus. VFF

AR0283

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 4
Office Visit

**Anthony Ministeri**
Male DOB: [redacted]1953

Home: (617)875-[redacted]Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**Mouth:**
no deformity or lesions with good dentition.
**Neck:**
no masses, thyromegaly, or abnormal cervical nodes. no tenderness
**Chest Wall:**
no deformities or breast masses noted.
**Lungs:**
clear bilaterally to auscultation.
**Heart:**
normal S1, S2 without murmurs, rubs, gallops, or clicks.
**Abdomen:**
normal bowel sounds; no hepatosplenomegaly no ventral,umbilical hernias or masses noted.
**Msk:**
no deformity or scoliosis noted of thoracic or lumbar spine.
**Pulses:**
pulses normal in all 4 extremities.
**Extremities:**
no edema

**Neurologic:**
no drift
finger to nose ok bilaterally
independent gait

**Skin:**
intact without lesions or rashes.
**Cervical Nodes:**
no significant adenopathy.
**Axillary Nodes:**
no significant adenopathy.
**Inguinal Nodes:**
no significant adenopathy.
**Psych:**
alert and cooperative; normal mood and affect

***Patient's BMI is out of range***
Counseled on diet

**Test Management:**

**Tests Reviewed:**

| | | |
|---|---|---|
| GLUCOSE SER: | 219 | 08/10/2014 |
| BUN: | 30 | 08/10/2014 |
| CREATININE: | 0.9 | 08/10/2014 |
| SODIUM: | 134 | 08/10/2014 |
| POTASSIUM: | 4.3 | 08/10/2014 |

AR0284

**Anthony Ministeri**
Male DOB: [redacted]1953

62066-2201001

Home: (617)875-[redacted] Work: (978)346-4862
Ins: Blue Shi (1743)

| | | |
|---|---|---|
| CHLORIDE: | 96 | 08/10/2014 |
| CHLORIDE DL: | 105.0 | 04/24/2009 |
| CO2 TOTAL: | 22 | 08/10/2014 |
| CO2 TOTAL DL: | 32 | 04/24/2009 |
| CALCIUM: | 9.2 | 08/10/2014 |
| CHOLESTEROL: | 323 | 09/06/2013 |
| TRIGLYC TOT: | 111 | 09/06/2013 |
| HDL: | 83 | 09/06/2013 |
| LDL (CALCUL): | 218 | 09/06/2013 |
| CHOL/HDL: | 3.9 | 09/06/2013 |
| C-LDL/C-HDL: | 2.6 | 09/06/2013 |
| PROTEIN, TOT: | 6.9 | 08/10/2014 |
| ALBUMIN: | 4.0 | 08/10/2014 |
| BILI TOTAL: | 1.0 | 08/10/2014 |
| BILI DIRECT: | 0.2 | 08/10/2014 |
| ALK PHOS: | 92 | 09/06/2013 |
| SGPT (ALT): | 78 | 08/10/2014 |
| Colonoscopy: | | |
| Adenomatous Polyp (01/07/2008) | | |
| PSA: | 1.39 | 09/06/2013 |
| WBC COUNT: | 11.4 | 08/10/2014 |
| RBC: | | |
| 4.44 M/MM3 (08/10/2014) | | |
| HGB: | 14.2 | 08/10/2014 |
| HCT: | 41.9 | 08/10/2014 |
| MCV: | 94.4 | 08/10/2014 |
| MCH: | 32.0 | 08/10/2014 |
| MCHC: | | |
| 34.8 G/DL (09/06/2013) | | |
| PLATELET CNT: | 91 | 08/10/2014 |
| LYMPHS %: | 13 | 08/10/2014 |
| MONOCYTE %: | 1 | 08/10/2014 |
| EOSINOPHIL %: | 0.1 | 08/10/2014 |

## Impression & Recommendations:

**Problem # 1:** PREVENTIVE HEALTH CARE (ICD-V70.0) (ICD10-Z00.00)

Orders:
General Health Panel I (CPT-80050)
Encouraged high fiber / low saturated fat diet along with a plan for daily exercise to promote an inmprovement in cardiovascular health.
Using e cig to avoid tobacco products
pneumovax today
would not use zostavax re live virus and active chemorx

**Problem # 2:** GLIOBLASTOMA MULTIFORME (ICD-191.9) (ICD10-C71.9)
as above

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 6
Office Visit

**Anthony Ministeri**
Male DOB: [redacted]1953
Home: (617)875-[redacted]ork: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

in the middle of rx bidmc

**Problem # 3:** PULMONARY EMBOLISM (ICD-415.19) (ICD10-I26.99)

His updated medication list for this problem includes:
Enoxaparin Sodium 100 Mg/ml Soln (Enoxaparin sodium) ..... 90 mg sc q 12 hours

Orders:
Oximetry Single (CPT-94760)
remains on rx lovenox

**Problem # 4:** ANEMIA NOS (ICD-285.9) (ICD10-D64.9)
**Assessment:** Improved
Hgb: 14.2 (08/10/2014) Hct: 41.9 (08/10/2014) Platelets: 91 (08/10/2014)
RBC: 4.44 M/MM3 (08/10/2014) WBC: 11.4 (08/10/2014)
MCV: 94.4 (08/10/2014) MCH: 32.0 (08/10/2014) MCHC: 33.9 (08/10/2014)
TSH: 0.82 (09/06/2013)

**Problem # 5:** HYPERLIPIDEMIA (ICD-272.4) (ICD10-E78.5)

The following medications were removed from the medication list:
Simvastatin 20 Mg Tabs (Simvastatin) ..... 1 tablet daily

Labs Reviewed:
Chol: 323 (09/06/2013) HDL: 83 (09/06/2013) LDL: 218 (09/06/2013) TG: 111 (09/06/2013)
SGOT: 31 (08/10/2014) SGPT: 78 (08/10/2014)
LDL Direct: 196.0 (07/01/2011)

off rx
reasonable given the circumstances

**Medications Added to Medication List This Visit:**
1) Ondansetron Hcl 8 Mg Tabs (Ondansetron hcl) .... 1 po qd

**Other Orders:**
Pneumococcal 23 Purchased (CPT-90732)
Adm. Vaccine (1 Unit) (CPT-90471)

**Patient Instructions**

Please schedule a follow-up appointment in six months with your doctor.

Please call sooner if condition does not improve or if symptoms worsen.

AR0286

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 7
Office Visit

**Anthony Ministeri**
Male DOB: [redacted]1953
Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

## Immunizations Administered:

**Pneumonia Vaccine**:
Vaccine Type: Pneumococcal 23 Purchased
Site: left deltoid
Mfr: Merck
Dose: 0.5 ml
Route: SC
Given by: Theresa Perkins, LPN
Exp. Date: 03/04/2016
Lot #: k008409
VIS given: 10/6/09 version given December 11, 2014.

**Electronically Signed by Stephen Beaudoin MD on 12/11/2014 at 2:47 PM**

---

**AR0287**

**Anthony Ministeri**
Male DOB: [redacted]1953
Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**09/25/2014 - Office Visit: Follow up**
**Provider: Mark Warnat, PA**
**Location of Care: Pentucket Medical Associates Newburyport**

**Visit Type:** Follow-up Visit
**Primary Provider:** Stephen Beaudoin MD

**CC:** Hosp follow up.

**History of Present Illness:**
Patient presents for f/u from recent BIDMC hospitalization 8/11/14 to 8/21/14, then Wingate rehab stay with discharge to home about 1.5 weeks ago. He was found down at home, required intubation, and sent to BIDMC. He was found to have a large saddle PE, given clot busting medications, and he slowly improved after that. He was extubated successfully, treated for an incidental finding of pneumonia, stabilized, and discharged to the rehab then eventually to home.

He has been injecting himself with enoxaparin twice daily. He has a lab slip for repeat CBC from his oncologist.

Unfortunately I have limited medical records from Wingate to review.

He feels "very good", and has no complaints at this time.

He is followed by oncology for his glioblastoma, next visit is in November 2014 and will be having another MRI at that time.

Patient will be administered the flu vaccine for the upcoming season at this time, they have received it in the past without issue.

Patient also currently denies headache, dizziness, fatigue, SI/HI, mania, cough, chest congestion, sore throat, fevers, chills, night sweats, chest pain, palpitations, SOB, DOE, wheezing, uncontrolled heartburn, abdominal pain, nausea/vomiting, or changes in urinary or bowel habits.

## Past Medical History:

Reviewed history from 08/23/2014 and no changes required:
Hyperlipidemia
Tobacco use quit ? 2009
Cluster headaches , has used home oxygen and prednisone taper over 10 days in past...no successful with prior prophylaxis with depakote, topamax, verapamil, recent botox injections/ dr abassi / with success ? q 3 months interval during 2007 trial period
5/04 labs total cholesterol 282/ HDL 83 / LDL 172.... 2007 total cholesterol 320
Traumatic Cerebral bleed 8/07 softball to head, non operative observation
OSA
DJD shoulders
2011 Botox( injections )rx cluster headache
Chondroid lesion left proximal femur
5/2014 BIDMC admit / change in MS / Right brain mass/ Gliobastoma multiforme

**Anthony Ministeri**
Male DOB: [redacted]1953
Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

8/2014 BIDMC admit saddle pulmonary embolism / TPA / lifelong rx lovenox

## Past Surgical History:

Reviewed history from 11/17/2010 and no changes required:
- L wrist fx repair1986
- L ankle fx repair 1980
- L achillles repair 2006
- 2010 Right THR

## Family History:

Reviewed history from 05/11/2010 and no changes required:
- Father: deceased age 90, Black lung disease
- Mother: deceased age 90 CHF
- Siblings: Sister a/w
- Sister a/w
- Brother a/w

## Social History:

Reviewed history from 05/11/2010 and no changes required:
- Former tobacco. 2 glasses wine with dinner nightly
- Designs pharmaceutical production facilities
- Golf
- Married

## Risk Factors

**Tobacco Use**
**Smoking Status** former smoker
**Alcohol use** yes

## Review of Systems

See HPI

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 61 Years Old Male |
| Height: | 70.25 inches |
| Weight: | 188.6 pounds |
| BMI: | 26.97 |
| O2 Sat: | 97 % |
| Pulse rate: | 90 / minute |
| Pulse rhythm: | regular |
| BP sitting: | 120 / 80 (left arm) |
| Cuff size: | regular |

Vitals Entered By: Jane Rich, CCMA (September 25, 2014 1:08 PM)

## Physical Exam

**Anthony Ministeri**
Male DOB: [redacted]953

62066-2201001

Home: (617)875-[redacted] Work: (978)346-4862
Ins: Blue Shi (1743)

**General:**
well developed, obese, in no acute distress.

**Head:**
normocephalic
**Eyes:**
PERRL/EOM intact, conjunctiva and sclera clear with out nystagmus.
**Neck:**
no masses, thyromegaly, or abnormal cervical nodes.
**Lungs:**
clear bilaterally to auscultation.
**Heart:**
normal S1, S2 without murmurs, rubs, gallops, or clicks.
**Abdomen:**
NT/NR/NG, BS+x4, no organomegaly, no masses

**Extremities:**
no edema, no calf tenderness

**Neurologic:**
no focal deficit

**Psych:**
alert and cooperative; normal mood and affect; normal attention span and concentration.

***Patient's BMI is out of range***
Counseled on diet

## Impression & Recommendations:

**Problem # 1:** PULMONARY EMBOLISM (ICD-415.19)
**Assessment:** Improved
f/u oncology as scheduled, will be getting cbc today through them

His updated medication list for this problem includes.
Enoxaparin Sodium 100 Mg/ml Soln (Enoxaparin sodium) ..... 90 mg sc q 12 hours

Orders:
Oximetry Single (CPT-94760)

**Problem # 2:** HYPERLIPIDEMIA (ICD-272.4)
recheck labs in 2-3 months
His updated medication list for this problem includes:

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 4
Office Visit

**Anthony Ministeri**
Male DOB: [redacted]/1953
Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

Simvastatin 20 Mg Tabs (Simvastatin) ..... 1 tablet daily

**Problem # 3:** Hx of PNEUMONIA (ICD-486)
resolved

**Problem # 4:** GLIOBLASTOMA MULTIFORME (ICD-191.9)
f/u oncology as scheduled

**Problem # 5:** GERD (ICD-530.81)
stable

His updated medication list for this problem includes:
Protonix 40 Mg Tbec (Pantoprazole sodium) ..... 1 po bid

**Medications Added to Medication List This Visit:**
1) Simvastatin 20 Mg Tabs (Simvastatin) .... 1 tablet daily

**Other Orders:**
Fluvirin multidose vial purchased (CPT-90658B)
Influenza IM Admin (CPT-F90471)

**Patient Instructions**
Continue your medications as prescribed.

Per Dr. Beaudoin the decision to potentially switch to an oral blood thinner really should be made by your oncology team. Keep your appointment with them as scheduled to discuss.

Your pneumonia has been treated and resolved.

f/u with your PCP sometime before the end of the year.

Contact office or report to ER if symptoms persist, change, or worsen. Be well!

Your next appointment is 12/11/2014, 10:45 AM, FOLLOW UP 15, Pentucket Medical Associates, Stephen Beaudoin MD

**Patient Education Handouts Printed:** High Cholesterol (Hypercholesterolemia)

**Clinical Visit Summary Printed**

## Immunizations Administered:

**Influenza Vaccine:**
Vaccine Type: Fluvirin multidose vial purchased
Site: right deltoid
Mfr: Novartis

AR0291

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 5
Office Visit

**Anthony Ministeri**
Male DOB: [redacted]953
Home: (617)875[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

Dose: 0.5 ml
Route: IM
Given by: Nancy Fulmore, LPN
Exp. Date: 05/31/2015
Lot #: 1411401
VIS given: 08/19/14 version given September 25, 2014.

**Flu Vaccine Consent Questions:**
Do you have a history of severe allergic reactions to this vaccine? no
Any prior history of allergic reactions to egg and/or gelatin? no
Do you have a sensitivity to the preservative Thimersol? no
Do you have a past history of Guillan-Barre Syndrome? no
Do you currently have an acute febrile illness? no
Have you ever had a severe reaction to latex? no
Vaccine information given and explained to patient? yes

**Laboratory Data:**

| | | |
|---|---|---|
| Hemoglobin A1C : | | |
| Bun : | **30** | 08/10/2014 |
| Creatinine: | **0.9** | 08/10/2014 |
| MicroAlb/Cre: | | |
| 3G TSH: | **0.82** | 09/06/2013 |
| *Lipid Profile*: | | |
| Total cholesterol | **323** | 09/06/2013 |
| HDL (good cholesterol) | **83** | 09/06/2013 |
| LDL (bad cholesterol) | **218** | 09/06/2013 |
| Triglycerides | **111** | 09/06/2013 |
| ALT | **78** | 08/10/2014 |
| AST | **31** | 08/10/2014 |

Current Meds:
DEXAMETHASONE 4 MG TABS (DEXAMETHASONE) per neuro oncology
PROTONIX 40 MG TBEC (PANTOPRAZOLE SODIUM) 1 po bid
TEMODAR CAPS (TEMOZOLOMIDE CAPS) per oncologist
LORAZEPAM 1 MG TABS (LORAZEPAM) 1 tablet po bid
ENOXAPARIN SODIUM 100 MG/ML SOLN (ENOXAPARIN SODIUM) 90 mg sc q 12 hours
MIRALAX POWD (POLYETHYLENE GLYCOL 3350) 1 tbsp qd in liquid
SENOKOT 8.6 MG TABS (SENNOSIDES) 1 po bid
CITALOPRAM HYDROBROMIDE 10 MG TABS (CITALOPRAM HYDROBROMIDE) 1 po qd
SIMVASTATIN 20 MG TABS (SIMVASTATIN) 1 tablet daily

The authorizing MD is on site at the time of the visit and is sufficiently aware of the patient's condition to endorse or intervene in a timely manner.

AR0292

**Pentucket Medical Associates Diagnostic Services**
One Parkway Haverhill, MA 01830
978-521-3260 Fax: 978-469-5348

*February 6, 2015*
Page 6
Office Visit

**Anthony Ministeri**
Male DOB[redacted]1953
Home: (617)875[redacted]Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**Electronically Signed by Mark Warnat, PA on 09/25/2014 at 2:14 PM**
**Electronically Signed by Stephen Beaudoin MD on 09/25/2014 at 2:15 PM**

---

AR0293

**Anthony Ministeri**
Male DOB: [redacted]1953

Home: (617)875-[redacted] Work: (978)346-4862
62066-2201001
Ins: Blue Shi (1743)

**08/10/2014 - Radiology: XRAY CHEST-PORTABLE**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

XRAY CHEST-PORTABLE

Anna Jacques Hospital 25 Highland Ave. Newburyport, MA 01950

Patient Account Number: V046582425
Patient Location: ED
Exam Date: 08/10/2014 21:51:00
Patient Unit Number: M0311490
reason For Exam: No Reason Given
Exam Number: 001316807
Ordering Physician: JOHN MCLAULIN, MD

Single view of the chest 08/10/2014
History: Pain
Comparison: 05/07/2014.

FINDINGS:
There is no discernible pneumothorax. There are vague ill-defined patchy opacities seen throughout the lungs, left more pronounced than right.
The cardiomediastinal silhouette appears stable allowing for differences in technique and projection.
There has been placement of an endotracheal tube that terminates at the level of the clavicles 5 cm cephalad of the carina. A transcutaneous pacer pad projects over the right lung.

IMPRESSION:
Vague ill-defined pulmonary opacities the appearance of which is most suggestive of pulmonary edema although infiltrate not excluded.
Satisfactory placement of endotracheal tube.

---------------------------------------- ** REPORT SIGNATURE ON FILE 08/11/2014 **
Signed By: DONAHUE,KEVIN P MD

Reported By: DONAHUE,KEVIN MD
Signed By:

CC Physicians:

Technologist(s): SAMANTHA STEEVES

**Electronically Signed by Stephen Beaudoin MD on 08/12/2014 at 9:36 AM**

**Anthony Ministeri**
Male DOB: [redacted]1953
62066-2201001
Home: (617)875[redacted] Work: (978)346-4862
Ins: Blue Shi (1743)

**05/07/2014 - Radiology: XRAY CHEST 2 VIEWS**
**Provider: Stephen Beaudoin MD**
**Location of Care: Pentucket Medical Associates**

XRAY CHEST 2 VIEWS

Anna Jacques Hospital 25 Highland Ave. Newburyport, MA 01950

Patient Account Number: V045968195
Patient Location: ED
Exam Date: 05/07/2014 12:36:00
Patient Unit Number: M0311490
reason For Exam: No Reason Given
Exam Number: 001289417
Ordering Physician: JOHN MCLAULIN, MD

05/07/2014
Two-view chest x-ray:
No prior chest x-ray. Heart and pulmonary vasculature are within normal limits. No infiltrate or pleural effusion. No evidence of mass on the PA view. Lateral views shows mild increased attenuation anterior to T8 vertebral body. There is apical pleural thickening bilaterally. No bony abnormality.

Impression: Questionable lung density anterior to the thoracic spine seen only on the lateral view. Given the presence of brain masses on CT, chest CT scan is recommended.

---------------------------------------- ** REPORT SIGNATURE ON FILE 05/07/2014 **
Signed By: ROSIN,RICHARD E MD

Reported By: ROSIN,RICHARD E MD
Signed By: ROSIN,RICHARD E MD

CC Physicians:

Technologist(s): DONNA TWOMBLY; JILLIAN WOUNDY

**Electronically Signed by Stephen Beaudoin MD on 05/07/2014 at 7:09 PM**



MATRIX
PO BOX 13498
PHILADELPHIA, PA 19101-3498

ANTHONY MINISTERI
564-012215
FFFCQ

LOCMA183
Feb 9 2015 5:41PM

24

***Get your records on-line and avoid the delays of the US Mail.***

***Go to the BACTES web portal... It is the green thing to do.***

***Go to WWW.BACTES.COM and click on the "eDelivery" link to get started.***

---

## CONFIDENTIAL – MEDICAL RECORDS

---

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person (s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited. If you feel you have received these records in error, please call *(800) 560-3800.*

Bactes is the contracted Release of Information (ROI) provider for the source facility for these medical records. If you are interested in learning more about our ROI and related services, please call *(800) 560-3800* or visit www.bactes.com

MATRIX
ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP
AS ADMINISTRATOR FOR RELIANCE STANDARD LIFE INSURANCE CO.

P.O. Box 13498
Philadelphia, PA. 19101
(800) 866-2301

January 14, 2015

RECEIVED
JAN 20 2014
By 31 1490

Anna Jaques Hospital
Attn: Medical Records
25 Highland Avenue
Newburyport, MA 01950

Re: Claimant: Anthony Ministeri
Policy No: LTD 115774
Claim No: 2014-12-05-0446-LTD-01
Policyholder: AECOM Technology Corporation
Date of Birth: [redacted]/1953

MATRIX
ABSENCE MANAGEMENT
P.O. BOX 13498
PHILADELPHIA PA 19101

Dear Anna Jaques Hospital:

Reliance Standard Life Insurance Company is the disability benefits carrier for the claimant listed above. So that we may continue to determine your patient's eligibility for benefits under the above policy, we require the following information from you:

- Copies of all office/treatment notes, operative reports, hospital records, diagnostic and laboratory test results, discharge summaries, etc, for the period of December 2013 to present.

An authorization for the release of this information is enclosed. Please return this correspondence with your response. If there is a charge for copying these records, please provide an invoice and include your tax identification number. If you wish, you can FAX this information to 602-866-9707.

If you have any questions regarding this matter, please feel free to contact me at 1-800-866-2301 ext. 56066.

Sincerely,

*Danielle Cardenas*

Danielle Cardenas
LTD Claims Department

Enclosure

BACTES
JAN 22 2015
COPIED

MATRIX
ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP

2421 W. Peoria Avenue, Suite 200
Phoenix, AZ 85029-4940

2014.12.05.0446.LTD.9

**AUTHORIZATION FOR USE IN OBTAINING INFORMATION**

NAME OF INSURED: Anthony Minister
INSURED LAST 4 DIGITS SSN: XXX-XX-5766
POLICYHOLDER: Anthony Minister

To all physicians and other health care professionals, hospitals, other health care institutions, insurers, medical, hospital and prepaid health plans, pharmacies, employers, group policyholders, contract holders, governmental agencies, private and/or public benefit plan administrators, and/or attorney representatives, including but not limited to covered entities and business associates under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the accompanying regulations;

You are authorized to provide Reliance Standard Life Insurance Company and/or its authorized administrators (including but not limited to, Matrix Absence Management) with information concerning medical care, advice, and/or treatment provided to me, the above named Insured, and/or any employment, salary and/or benefit-related information concerning me, the above named Insured. I understand that the disclosure of information may include disclosure of protected health information under HIPAA and the accompanying regulations, information regarding treatment for mental illness, the human immunodeficiency virus (HIV) and/or the use of drugs and alcohol. I also understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and will no longer be subject to protection under HIPAA and the accompanying regulations. A statement of Reliance Standard Life Insurance Company's privacy policy is available at www.rsli.com or upon request.

I understand that any such information will be used for the purpose of evaluating my claim for benefits.

Upon request, I understand that I am entitled to receive a copy of this Authorization. This Authorization is valid from the date signed for the duration of the claim, and may be revoked by me at any time upon written request to the address below. A reproduction of this Authorization shall be considered as valid as the original.

11/24/24 ____________ Date

____________ Insured's Signature

(If the insured is unable to sign, an authorized person may sign.)

____________ Date

____________ Authorized Person's Signature

Description of Authorized Person's authority to sign on behalf of Insured: ____________

Rev. 12/19/08

ANNA JAQUES HOSPITAL
EMERGENCY DEPARTMENT

Name: MINISTERI,ANTHONY
DOB: ████/53
Acct: V046582425

Provider: JOHN MCLAULIN, MD

MR: M0311490
08/10/14

---

## History of Present Illness

**HPI-**

61-year-old male diagnosed with glioblastoma in May, received chemotherapy and radiation, states that he was sitting on the toilet and had a sudden onset of chest pain and shortness of breath associated with lightheadedness which caused him to fall off of the toilet. He struck his nose, but there was no loss of consciousness and has a good memory of the event. He later had diaphoresis and an episode of vomiting. He denies headache, neck pain or any other new pain. Was brought in by ambulance. Denies history of previous chest pain, breathing difficulties. No recent fever or other illness. No history of previous blood clots. No family history of blood clots. Continues to have some mild chest discomfort. No change with deep breathing, movement or position.

## Past Medical History

Notes reviewed Nursing notes
Smoking less than 1 pack per day

## Physical Exam

**Additional Findings**

Vital Signs - Initial

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 08/10 2021 |
| B/P | 103/78 | 08/10 2021 |
| O2 Delivery | Nasal Can | 08/10 2021 |
| O2 Flow Rate | 3.00 | 08/10 2021 |
| Temp | 97.6 | 08/10 2021 |
| Pulse | 94 | 08/10 2021 |
| Resp | 22 | 08/10 2021 |

PHYSICAL EXAM: The patient is alert and in no distress. On backboard with cervical collar.HEAD: No signs of trauma. No scalp lesions. No raccoon eyes.EYES: Pupils are round, equal and reactive. EOMI. nose: There is a superficial laceration in to the bridge of the nose without active bleeding. No deformity and no bony tenderness. Oral: Mucous membranes moist. No obvious lesions seen.NECK: Full range of motion. No posterior tenderness, vertebral tenderness. No masses palpated.CHEST: Nontender. No crepitance or ecchymosis noted.LUNGS: Lung sounds symmetrical. Clear to auscultation. No wheezing, rhonchi or rales appreciated. HEART: Regular rate and rhythm with 3/6 murmur.Abdomen: Overweight. Soft, nontender. No obvious masses. No

pulsatile mass. Pelvis: Nontender. Stable to rocking.BACK: No vertebral tenderness. No ecchymosis or obvious localized swelling.EXTREMITIES: Good range of motion. No deformity. No ecchymosis. No swelling. Nontender. NEUROLOGICAL: Alert and oriented. Moving arms and legs without difficulty. Speech is clear.

## Course/Medical Decision-Making

>

Aspirin given.

Labs:Latest Laboratory Tests

| Test | Result | Date Time |
|---|---|---|
| Chemistry | | |
| Sodium (136 - 145 mmol/L) | 134 | 08/10 2031 |
| Potassium (3.4 - 5.1 mmol/L) | 4.3 | 08/10 2031 |
| Chloride (98 - 107 mmol/L) | 96 | 08/10 2031 |
| Carbon Dioxide (22 - 32 mmol/L) | 22 | 08/10 2031 |
| BUN (5 - 23 mg/dL) | 30 | 08/10 2031 |
| Creatinine (0.7 - 1.2 mg/dL) | 0.9 | 08/10 2031 |
| Estimated GFR (mL/min) | 91.2 | 08/10 2031 |
| Glucose (74 - 118 mg/dL) | 219 | 08/10 2031 |
| Calcium (8.6 - 10.2 mg/dL) | 9.2 | 08/10 2031 |
| Total Bilirubin (0.3 - 1.2 mg/dL) | 1.0 | 08/10 2031 |
| Direct Bilirubin (0.1 - 0.5 mg/dL) | 0.2 | 08/10 2031 |
| AST (0 - 40 U/L) | 31 | 08/10 2031 |
| ALT (0 - 41 U/L) | 78 | 08/10 2031 |
| Alkaline Phosphatase (40 - 129 U/L) | 77 | 08/10 2031 |
| Troponin T (< 0.03 ng/mL) | < 0.03 | 08/10 2031 |
| Total Protein (6.4 - 8.3 g/dL) | 6.9 | 08/10 2031 |
| Albumin (3.4 - 5.2 g/dL) | 4.0 | 08/10 2031 |
| Globulin (2.3 - 3.5 gm/dL) | 2.9 | 08/10 2031 |
| Coagulation | | |
| D-Dimer (0 - 230 ng/mLDDU) | > 5250 | 08/10 2033 |
| Hematology | | |
| WBC (4.0 - 11.0 K/mm3) | 11.4 | 08/10 2031 |
| RBC (4.20 - 6.10 M/mm3) | 4.44 | 08/10 2031 |
| Hgb (13.8 - 17.0 g/dl) | 14.2 | 08/10 2031 |

ANNA JAQUES HOSPITAL
EMERGENCY DEPARTMENT

Name: MINISTERI,ANTHONY
DOB: ████/53
Acct: V046582425

Provider: JOHN MCLAULIN, MD

MR: M0311490
08/10/14

| | | |
|---|---|---|
| Hct (37.0 - 48.0 %) | 41.9 | 08/10 2031 |
| MCV (80.0 - 100.0 fl) | 94.4 | 08/10 2031 |
| MCH (27.0 - 34.0 pg) | 32.0 | 08/10 2031 |
| MCHC (31.0 - 36.0 g/dl) | 33.9 | 08/10 2031 |
| RDW (11.5 - 15.0 %) | 16.3 | 08/10 2031 |
| Plt Count (130 - 400 K/mm3) | 91 | 08/10 2031 |
| MPV (9.0 - 11.0 fl) | 10.6 | 08/10 2031 |
| Immature Gran % (0 - 1 %) | 12.6 | 08/10 2031 |
| Neut % (37.0 - 80.0 %) | 68.5 | 08/10 2031 |
| Lymph % (23.0 - 45.0 %) | 11.8 | 08/10 2031 |
| Mono % (2.5 - 14.0 %) | 6.9 | 08/10 2031 |
| Eos % (0.5 - 4.0 %) | 0.1 | 08/10 2031 |
| Baso % (0.0 - 2.0 %) | 0.1 | 08/10 2031 |
| Immature Gran # (0.04 - 0.11 K/mm3) | 1.4 | 08/10 2031 |
| Neut # (1.9 - 7.5 K/mm3) | 7.8 | 08/10 2031 |
| Lymph # (1.2 - 3.4 K/mm3) | 1.3 | 08/10 2031 |
| Mono # (0.0 - 0.7 K/mm3) | 0.8 | 08/10 2031 |
| Eos # (0.0 - 0.7 K/mm3) | 0.01 | 08/10 2031 |
| Baso # (0.0 - 0.05 K/mm3) | 0.0 | 08/10 2031 |
| Seg Neuts % (Manual) (40 - 75 %) | 55 | 08/10 2031 |
| Band Neutrophils % (0 - 8 %) | 17 | 08/10 2031 |
| Lymphocytes % (Manual) (18 - 47 %) | 13 | 08/10 2031 |
| Atypical Lymphs % (0 - 5 %) | 1 | 08/10 2031 |
| Monocytes % (Manual) (0 - 10 %) | 1 | 08/10 2031 |
| Metamyelocytes % (0 - 1 %) | 3 | 08/10 2031 |
| Myelocytes % (0 - 1 %) | 10 | 08/10 2031 |
| Nucleated RBC % (0 - 0 %) | 0.0 | 08/10 2031 |
| Platelet Estimate (NORMAL) | DECREASED | 08/10 2031 |
| Anisocytosis (manual) | 1+ | 08/10 2031 |
| Spherocytes | 1+ | 08/10 2031 |
| Morphology Comment | ABNORMAL | 08/10 2031 |

Abnormal Laboratory Tests

| | 08/10 2033 | 08/10 2031 |
|---|---|---|
| Chemistry | | |
| Sodium (136 - 145 mmol/L) | | 134 |

AR0301

Name: MINISTERI,ANTHONY
DOB: ■■■53
Acct: V046582425

Provider: JOHN MCLAUGLIN, MD

MR: M0311490
08/10/14

| | | |
|---|---|---|
| Chloride (98 - 107 mmol/L) | | 96 |
| BUN (5 - 23 mg/dL) | | 30 |
| Glucose (74 - 118 mg/dL) | | 219 |
| ALT (0 - 41 U/L) | | 78 |
| Coagulation | | |
| D-Dimer (0 - 230 ng/mLDDU) | > 5250 | |
| Hematology | | |
| WBC (4.0 - 11.0 K/mm3) | | 11.4 |
| RDW (11.5 - 15.0 %) | | 16.3 |
| Plt Count (130 - 400 K/mm3) | | 91 |
| Immature Gran % (0 - 1 %) | | 12.6 |
| Lymph % (23.0 - 45.0 %) | | 11.8 |
| Eos % (0.5 - 4.0 %) | | 0.1 |
| Immature Gran # (0.04 - 0.11 K/mm3) | | 1.4 |
| Neut # (1.9 - 7.5 K/mm3) | | 7.8 |
| Mono # (0.0 - 0.7 K/mm3) | | 0.8 |
| Band Neutrophils % (0 - 8 %) | | 17 |
| Lymphocytes % (Manual) (18 - 47 %) | | 13 |
| Metamyelocytes % (0 - 1 %) | | 3 |
| Myelocytes % (0 - 1 %) | | 10 |
| Platelet Estimate (NORMAL) | | DECREASED |

Patient was pain free in the emergency department. At about 9:30 PM patient was noted to be unresponsive. On exam he was unresponsive with eyes rolled back with some shaking activity and an apparent tonic-clonic seizure. This lasted for about 30 seconds to a minute. Afterwards he was given Ativan 1 mg IV. Later was also given Keppra 1 g IV. Initially the patient was confused, but gradually became more alert and complained of more chest pain. After a few minutes he became more agitated and complained of severe abdominal pain and pointed to his mid to lower abdomen as the source of pain. He appeared to have tenderness in this area and resisted any palpation. Although his oxygen saturations remained in the 90s on nasal cannula, his radial pulse was quite thready and were unable to obtain a blood pressure. Patient was given IV fentanyl for a total of 150 mcg and gradually became more calm. Blood pressure was initially in the 70s although it was not clear how accurate this was. Gradually increased until he was in the 130s systolic. At this point patient stated that he had no further pain. Became more alert and was no longer agitated.

Repeat EKG reveals probable sinus tachycardia with ST depression. Right bundle branch block.

AR0302

At this time lab called with the results of the d-dimer. Patient is certainly at risk for PE, but given his brain tumor will not give TPA.

When the blood pressure was stabilized, I spoke with the emergency department at Israel Hospital in the creek except the patient. Medflight was called. I explained to the patient and his daughters that I wanted to intubate him to help protect his airway during transport.

PROCEDURE: Intubation. Patient was preoxygenated and was placed on nasal cannula at 15 L. He was given etomidate and rocuronium and was intubated using the Glidescope without difficulty. Good color change and bilateral breath sounds heard. However his oxygen saturation on pulse ox was in the 70s and his blood pressure dropped into the 90s. This gradually improved, but oxygen saturation remained in the upper 80s.

Portable chest x-ray reveals good tube position and no pneumothorax. Possible vascular congestion.

Medflight has arrived. vital signs have remained stable. I called and spoke with Dr. Hoffman at Beth Israel to give her an update after the patient had left.

90 minutes of critical care time.

## EKG Interpretation

**EKG Read? Yes**

>

Normal sinus rhythm without ST or T wave changes. Looks similar to previously.

## Assessment

Chest pain. Shortness of breath. No syncope. Elevated d-dimer. Possible pulmonary embolus. Possible seizure versus hypoxic episode. Transient abdominal pain. Transient hypotension. Intubation.

## Disposition

**Patient Instructions** Chest pain

**Referrals**

BEAUDOIN,STEPHEN P MD (PCP)

Electronically Signed: 08/10/14 2349

JOHN MCLAULIN, MD

This Emergency Department patient encounter note may have been created using voice-recognition software and in real time during the ED visit. Please excuse any typographical errors that have not been edited out.

cc:
PCP cc: BEAUDOIN,STEPHEN P MD
PCP mne: BEAUS

ANNA JAQUES HOSPITAL
EMERGENCY DEPARTMENT

Name: MINISTERI,ANTHONY
DOB: [redacted]53
Acct: V045968195

Provider: JOHN MCLAULIN, MD

MR: M0311490
05/07/14

## Chief Complaint

**Chief Complaint** Altered Mental Status
**Stated Complaint** DIFFICULTY WITH BALANCE AND ORIENTATION

## History of Present Illness

### History of Present Illness

**HPI-**

The patient is a 61-year-old male with no significant past medical history, on no medications who states over the past week has had increased difficulty performing her usual activities. He states that he has difficulty maintaining his focus when he works on the computer. He has episodes when he tried to put his shirt on backwards and when he would put the wrong shoe on the wrong foot. He states it he feels uncomfortable going downstairs although going upstairs is not a problem. He denies any difficulty with his speech or vision. There is no focal weakness or numbness. He has no difficulty walking. He is able to type okay. However, his wife notes that several days ago when he was trying to drive, he was "all over the road" and she had to take over and he has not driven since. She also notes that he does broken a number of dishes, more than usual. he denies fever, headache, neck pain, chest or other new pain, nausea or vomiting, change in bowel movements or urination. He is eating and drinking okay.He denies history of similar symptoms in the past. He smokes about one pack per day, but over the past week or so has been using Nicorette, and has come back somewhat on his smoking. He drinks about 2 glasses of wine per day, but denies use of any other drugs. Has been taking an aspirin for the past week. Back in 2007 he was struck in the head with a softball. Head CT at that time revealed several small areas of subarachnoid hemorrhage in the right temporal and frontal regions and the patient was transferred to Brigham and Women's where no further treatment was required.

## Past Medical History

**Notes** reviewed Nursing notes
**Smoking** more than 1 pack per day

## Review of Systems

**Additional Findings**

Review of Systems
General/Constitutional
Denies: fever, chills, appetite change.
Eyes/Ears/Nose/Mouth/Throat
Denies: throat pain, sinus pain.
Cardiovascular
Denies: chest pain.

Respiratory
Denies: shortness of breath, cough.
Gastrointestinal
Denies: abdominal pain, nausea, diarrhea.
Genitourinary
Denies: urgency, increased freqency, burning.
Musculoskeletal
Denies: joint pain/swelling, back pain.
Neurological
Per history of present illness
Skin
Denies: rash.
Lymphatic/Hematologic
Denies: lymph node enlargement, lymph node tenderness.

## Physical Exam

**Additional Findings**

Vital Signs - Initial

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 05/07 1122 |
| B/P | 137/83 | 05/07 1122 |
| O2 Delivery | Room Air | 05/07 1122 |
| Temp | 97.2 | 05/07 1122 |
| Pulse | 85 | 05/07 1122 |
| Resp | 20 | 05/07 1122 |

PHYSICAL EXAM: The patient is alert and in no distress.SKIN: Warm and dry. EYES: Pupils are round, reactive and equal. EOMI. MOUTH: Mucous membranes moist. No lesion seen. NECK: Supple, nontender. No adenopathy noted. LUNGS: Breath sounds are symmetrical. No wheezes, rhonchi or rales. HEART: Regular rate and rhythm without murmur. BACK: No CVA tenderness. ABDOMEN: Soft, nontender. No masses palpated. No hepatosplenomegaly appreciated.EXTREMITIES: No lower extremity edema, erythema or calf tenderness.

NEUROLOGICAL: The patient is alert. Oriented times 3. Able to answer questions and obey commands appropriately. He was able to obey serial commands. Visual fields appear intact. Speech is clear. No facial droop. Motor: XXXXX pronator drift. Grasps are equal. No drift with raising the legs. Finger to nose, and heel-to-shin are normal. Able to feel light touch and there is no extinction. Sharp touch is symmetrical. NIH Stroke Scale0. Patient was able to stand with eyes closed and feet together. He can stand on 1 foot although he has more difficulty on the left. He does have a history of previous Achilles tendon repair on the left side. Patellar and radial reflexes are 2+ and symmetrical. Ankle reflexes are 2+ on the right and 0+ on the left, possibly related to his previous surgery. He is able to draw a clock OK.

ANNA JAQUES HOSPITAL
EMERGENCY DEPARTMENT

Name: MINISTERI, ANTHONY
DOB: [redacted]/53
Acct: V0045968195

Provider: JOHN MCLAULIN, MD

MR: M0311490
05/07/14

## Course/Medical Decision-Making

>

**Latest Laboratory Tests**

| Test | Result | Date Time |
|---|---|---|
| Chemistry | | |
| Sodium (136 - 145 mmol/L) | 138 | 05/07 1227 |
| Potassium (3.4 - 5.1 mmol/L) | 4.4 | 05/07 1227 |
| Chloride (98 - 107 mmol/L) | 101 | 05/07 1227 |
| Carbon Dioxide (22 - 32 mmol/L) | 27 | 05/07 1227 |
| BUN (5 - 23 mg/dL) | 16 | 05/07 1227 |
| Creatinine (0.7 - 1.2 mg/dL) | 0.7 | 05/07 1227 |
| Estimated GFR (mL/min) | 121.9 | 05/07 1227 |
| Glucose (74 - 118 mg/dL) | 103 | 05/07 1227 |
| POC Glucose (74 - 118 mg/dl) | 88 | 05/07 1148 |
| Calcium (8.6 - 10.2 mg/dL) | 9.4 | 05/07 1227 |
| Hematology | | |
| WBC (4.0 - 11.0 K/mm3) | 6.8 | 05/07 1227 |
| RBC (4.20 - 6.10 M/mm3) | 5.21 | 05/07 1227 |
| Hgb (13.8 - 17.0 g/dl) | 15.9 | 05/07 1227 |
| Hct (37.0 - 48.0 %) | 47.2 | 05/07 1227 |
| MCV (80.0 - 100.0 fl) | 90.6 | 05/07 1227 |
| MCH (27.0 - 34.0 pg) | 30.5 | 05/07 1227 |
| MCHC (31.0 - 36.0 g/dl) | 33.7 | 05/07 1227 |
| RDW (11.5 - 15.0 %) | 12.7 | 05/07 1227 |
| Plt Count (130 - 400 K/mm3) | 161 | 05/07 1227 |
| MPV (9.0 - 11.0 fl) | 12.3 | 05/07 1227 |
| Immature Gran % (0 - 1 %) | 0.4 | 05/07 1227 |
| Neut % (37.0 - 80.0 %) | 62.4 | 05/07 1227 |
| Lymph % (23.0 - 45.0 %) | 27.5 | 05/07 1227 |
| Mono % (2.5 - 14.0 %) | 8.1 | 05/07 1227 |
| Eos % (0.5 - 4.0 %) | 1.0 | 05/07 1227 |
| Baso % (0.0 - 2.0 %) | 0.6 | 05/07 1227 |
| Immature Gran # (0.04 - 0.11 K/mm3) | 0.0 | 05/07 1227 |
| Neut # (1.9 - 7.5 K/mm3) | 4.2 | 05/07 1227 |
| Lymph # (1.2 - 3.4 K/mm3) | 1.9 | 05/07 1227 |
| Mono # (0.0 - 0.7 K/mm3) | 0.6 | 05/07 1227 |
| Eos # (0.0 - 0.7 K/mm3) | 0.07 | 05/07 1227 |

| | | |
|---|---|---|
| Baso # (0.0 - 0.05 K/mm3) | 0.0 | 05/07 1227 |
| Nucleated RBC % (0 - 0 %) | 0.0 | 05/07 1227 |
| Urines | | |
| Urine Color (YELLOW) | YELLOW | 05/07 1218 |
| Urine Appearance (CLEAR) | CLEAR | 05/07 1218 |
| Urine pH (5.0 - 8.0) | 6.0 | 05/07 1218 |
| Ur Specific Gravity (1.005 - 1.030) | <=1.005 | 05/07 1218 |
| Urine Protein (NEGATIVE mg/dL) | NEGATIVE | 05/07 1218 |
| Urine Glucose (UA) (NEGATIVE mg/dL) | NEGATIVE | 05/07 1218 |
| Urine Ketones (NEGATIVE mg/dL) | NEGATIVE | 05/07 1218 |
| Urine Blood (NEGATIVE) | TRACE | 05/07 1218 |
| Urine Nitrite (NEGATIVE) | NEGATIVE | 05/07 1218 |
| Urine Bilirubin (NEGATIVE) | NEGATIVE | 05/07 1218 |
| Urine Urobilinogen (0.2 - 1.0 EU/dL) | 0.2 | 05/07 1218 |
| Ur Leukocyte Esterase (NEGATIVE) | NEGATIVE | 05/07 1218 |

**Abnormal Laboratory Tests**

| | 05/07 1227 |
|---|---|
| Hematology | |
| MPV (9.0 - 11.0 fl) | 12.3 |
| Immature Gran # (0.04 - 0.11 K/mm3) | 0.0 |

Head CT reveals a mass in the white matter right frontal and parietal lobes that crosses the corpus callosum. Her central low density. Measures approximately 6.6 x 5.4 x 4.4 cm. About a 4 mm midline shift. No signs of hemorrhage.

Chest x-ray reveals a possible density anterior to the thoracic spine seen on the lateral view.

I spoke with Dr. Iosiello, oncology, who reviewed the CT and recommended that we transfer the patient to a tertiary care center for further evaluation and treatment. She also recommended giving IV Decadron 6 mg.

I spoke with Dr. Salhanick, emergency department at Beth Israel Hospital who has accepted the patient in transfer.

Impression: Apraxia. Right sided brain mass. Possible chest mass.

ANNA JAQUES HOSPITAL
EMERGENCY DEPARTMENT

Name: MINISTERI,ANTHONY
DOB: [redacted]/53
Acct: [redacted]68195

Provider: JOHN MCLAULIN, MD

MR: M0311490
05/07/14

## Departure

**Referrals**

BEAUDOIN,STEPHEN P MD (PCP)

Electronically Signed: 05/07/14 1741

JOHN MCLAULIN, MD

This Emergency Department patient encounter note may have been created using voice-recognition software and in real time during the ED visit. Please excuse any typographical errors that have not been edited out.

E.MCL/JWM
D: 05/07/14 1218
T: 05/07/14 1218
cc:
PCP cc: BEAUDOIN,STEPHEN P MD
PCP mne: BEAUS

EMERGENCY DEPARTMENT NOTE - Extra Copy

Page 5 of 5

AR0308

DIAGNOSTIC IMAGING REPORT
ANNA JAQUES HOSPITAL
25 Highland Avenue
Newburyport, MA 01950
TEL: (978)463-1120
AMESBURY HEALTH CENTER
TOWLE OFFICE BUILDING
PMA HAVERHILL
WHCN & WHCH Ultrasound

Name: MINISTERI,ANTHONY
Phys: MCLAULIN,JOHN MD
DOB: [redacted]/1953 Age: 61 Sex: M
Acct: V046582425 Loc: ED
Exam Date: 08/10/14 Status: DEP ER
Unit No: M0311490
Signs/Symptoms: PAIN

EXAM: 001316807 RAD/CHEST-PORTABLE

Single view of the chest 08/10/2014

History: Pain

Comparison: 05/07/2014.

FINDINGS:

There is no discernible pneumothorax. There are vague ill-defined patchy opacities seen throughout the lungs, left more pronounced than right.

The cardiomediastinal silhouette appears stable allowing for differences in technique and projection.

There has been placement of an endotracheal tube that terminates at the level of the clavicles 5 cm cephalad of the carina. A transcutaneous pacer pad projects over the right lung.

IMPRESSION:

Vague ill-defined pulmonary opacities the appearance of which is most suggestive of pulmonary edema although infiltrate not excluded.

Satisfactory placement of endotracheal tube.

---------------------------------------

DIAGNOSTIC IMAGING REPORT
ANNA JAQUES HOSPITAL
25 Highland Avenue
Newburyport, MA 01950
TEL: (978)463-1120
AMESBURY HEALTH CENTER
TOWLE OFFICE BUILDING
PMA HAVERHILL
WHCN & WHCH Ultrasound

Name: MINISTERI,ANTHONY
Phys: MCLAULIN,JOHN MD
DOB: [redacted]/1953 Age: 61 Sex: M
Acct: V046582425 Loc: ED
Exam Date: 08/10/14 Status: DEP ER
Unit No: M0311490
Signs/Symptoms: PAIN

EXAM: 001316807 RAD/CHEST-PORTABLE

** REPORT SIGNATURE ON FILE 08/11/2014 **
Signed By: DONAHUE,KEVIN P MD

------------------------------

Reported By: DONAHUE,KEVIN MD

CC:

Technologist: STEEVES,SAMANTHA
Taken Date/Time: 08/10/2014 (2211)
Transcribed Date/Time: 08/11/2014 (1009)
Transcriptionist: RADSPEECHQ
Printed Date/Time: 01/22/2015 (0941)

DIAGNOSTIC IMAGING REPORT
ANNA JAQUES HOSPITAL
25 Highland Avenue
Newburyport, MA 01950
TEL: (978)463-1120
AMESBURY HEALTH CENTER
TOWLE OFFICE BUILDING
PMA HAVERHILL
WHCN & WHCH Ultrasound

Name: MINISTERI,ANTHONY
Phys: MCLAULIN,JOHN MD
DOB: [redacted]/1953 Age: 61 Sex: M
Acct: V045968195 Loc: ED
Exam Date: 05/07/14 Status: DEP ER
Unit No: M0311490
Signs/Symptoms: BRAIN MASS

EXAM: 001289417 RAD/CHEST 2 VIEWS

05/07/2014

Two-view chest x-ray:

No prior chest x-ray. Heart and pulmonary vasculature are within normal limits. No infiltrate or pleural effusion. No evidence of mass on the PA view. Lateral views shows mild increased attenuation anterior to T8 vertebral body. There is apical pleural thickening bilaterally. No bony abnormality.

Impression: Questionable lung density anterior to the thoracic spine seen only on the lateral view. Given the presence of brain masses on CT, chest CT scan is recommended.

----------------------------------------
** REPORT SIGNATURE ON FILE 05/07/2014 **
Signed By: ROSIN,RICHARD E MD

------------------------------
Reported By: ROSIN,RICHARD E MD

CC:

Technologist: TWOMBLY,DONNA
Taken Date/Time: 05/07/2014 (1253)
Transcribed Date/Time: 05/07/2014 (1321)
Transcriptionist: RADSPEECHQ
Printed Date/Time: 01/22/2015 (0942)

DIAGNOSTIC IMAGING REPORT
ANNA JAQUES HOSPITAL
25 Highland Avenue
Newburyport, MA 01950
TEL: (978)463-1120
AMESBURY HEALTH CENTER
TOWLE OFFICE BUILDING
PMA HAVERHILL
WHCN & WHCH Ultrasound

Name: MINISTERI,ANTHONY
Phys: MCLAULIN,JOHN MD
DOB: [redacted]1953 Age: 61 Sex: M
Acct: V045968195 Loc: ED
Exam Date: 05/07/2014 Status: DEP ER
Unit No: M0311490
Signs/Symptoms: APRAXIA.

EXAM: 001289413 CT/HEAD

CT OF THE BRAIN WITHOUT CONTRAST

Comparison: None.

History: Apraxia.

TECHNIQUE:

Multiple axial images were obtained from the vertex through the skull base without contrast. Coronal and sagittal reformatting was performed.

FINDINGS:

There is an expansile mass with central low density in the white matter of the right frontal and parietal lobes that crosses the corpus callosum. The mass measures approximately 6.6 x 5.4 x 4.4 cm (TV, AP, CC - inclusive of the corpus callosal portion). The white matter immediately adjacent to the mass demonstrates diffuse decreased attenuation and there is effacement of overlying sulci throughout the right hemisphere. There is 4 mm of right-to-left midline shift.

There is no intracranial hemorrhage or infarction.

The basal cisterns are clear. There is minimal atherosclerotic calcification.

IMPRESSION:

Large mass (with associated mass effect and 4 mm midline shift) involving the right hemisphere and corpus callosum highly concerning for high-grade glioma.

Contrast enhanced MRI is recommend for further evaluation.

Discussed with Dr. McLaulin at 13:00 05/07/2014; understanding was expressed.

DIAGNOSTIC IMAGING REPORT
ANNA JAQUES HOSPITAL
25 Highland Avenue
Newburyport, MA 01950
TEL: (978)463-1120
AMESBURY HEALTH CENTER
TOWLE OFFICE BUILDING
PMA HAVERHILL
WHCN & WHCH Ultrasound

Name: MINISTERI,ANTHONY
Phys: MCLAULIN,JOHN MD
DOB: [redacted]1953 Age: 61 Sex: M
Acct: V045968195 Loc: ED
Exam Date: 05/07/2014 Status: DEP ER
Unit No: M0311490
Signs/Symptoms: APRAXIA.

EXAM: 001289413 CT/HEAD

-----------------------------------------
** REPORT SIGNATURE ON FILE 05/07/2014 **
Signed By: DONAHUE,KEVIN P MD

------------------------------
Reported By: DONAHUE,KEVIN MD

CC:

Technologist: PERKINS,JESSICA
Taken Date/Time: 05/07/2014 (1232)
Transcribed Date/Time: 05/07/2014 (1330)
Transcriptionist: RADSPEECHQ
Printed Date/Time: 01/22/2015 (0942)

ANNA JAQUES HOSPITAL LABORATORY
25 Highland Avenue
Newburyport, MA 01950
TEL:(978) 463-1095

Laboratory Outpatient Report

PATIENT: MINISTERI,ANTHONY
ACCT #: V046582425
LOC: ED
U #: M0311490
AGE/SX: 61/M
ROOM:
REG: 08/10/14
REG DOC: MCLAULIN,JOHN MD
DOB: [redacted]/53
BED:
DIS:
STATUS: DEP ER

SPEC #: 0810:GL00258S
COLL: 08/10/14-2031
STATUS: COMP
REQ #: 02709448
RECD: 08/10/14-2031
SUBM DR: PHYSICIAN,EMERGENCY DEPT

ENTERED: 08/10/14-2021
OTHR DR: BEAUDOIN,STEPHEN P MD
MCLAULIN,JOHN MD

ORDERED: CBC, DIFF,MANUAL

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| HEMATOLOGY | | | | |
| *COMPLETE BLOOD COUNT* | | | | |
| WBC | 11.4 | *H* | 4.0-11.0 K/mm3 | |
| RBC | 4.44 | | 4.20-6.10 M/mm3 | |
| HEMOGLOBIN | 14.2 | | 13.8-17.0 g/dl | |
| HEMATOCRIT | 41.9 | | 37.0-48.0 % | |
| MCV | 94.4 | | 80.0-100.0 fl | |
| MCH | 32.0 | | 27.0-34.0 pg | |
| MCHC | 33.9 | | 31.0-36.0 g/dl | |
| RDW | 16.3 | *H* | 11.5-15.0 % | |
| PLATELET COUNT | 91 | *L* | 130-400 K/mm3 | |
| MPV | 10.6 | | 9.0-11.0 fl | |
| *PLEASE NOTE NEW REFERENCE RANGE FOR MPV* | | | | |
| NEUTROPHIL % | 68.5 | | 37.0-80.0 % | |
| LYMPHOCYTE % | 11.8 | *L* | 23.0-45.0 % | |
| MONOCYTE % | 6.9 | | 2.5-14.0 % | |
| EOSINOPHIL % | 0.1 | *L* | 0.5-4.0 % | |
| BASOPHIL % | 0.1 | | 0.0-2.0 % | |
| IMMATURE GRAN % | 12.6 | *H* | 0-1 % | |
| NRBC% | 0.0 | | 0-0 % | |
| NEUTROPHIL # (ANC) | 7.8 | *H* | 1.9-7.5 K/mm3 | |
| LYMPHOCYTE # | 1.3 | | 1.2-3.4 K/mm3 | |
| MONOCYTE # | 0.8 | *H* | 0.0-0.7 K/mm3 | |
| EOSINOPHIL # | 0.01 | | 0.0-0.7 K/mm3 | |
| BASOPHIL # | 0.0 | | 0.0-0.05 K/mm3 | |
| IMMATURE GRAN # | 1.4 | *H* | 0.04-0.11 K/mm3 | |
| *DIFFERENTIAL,MANUAL* | | | | |
| SEGS | 55 | | 40-75 % | |
| | *08/10/14 2139: SEGS previously reported as: 70 %* | | | |
| BANDS | 17 | *H* | 0-8 % | |
| | *08/10/14 2139: BANDS previously reported as: 3 %* | | | |
| LYMPHOCYTES | 13 | *L* | 18-47 % | |

** CONTINUED ON NEXT PAGE **

Laboratory Outpatient Report

Patient: MINISTERI, ANTHONY #V046582425 (Continued)

Specimen: 0810:GL00258S Collected: 08/10/14-2031 (Continued)

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| HEMATOLOGY - CONTINUED | | | | |
| | *08/10/14 2139:* | | | |
| | *LYMPHOCYTES previously reported as: 12 L %* | | | |
| ATYP LYMPHS | 1 | | 0-5 % | |
| MONOCYTES | 1 | | 0-10 % | |
| | *08/10/14 2139:* | | | |
| | *MONOCYTES previously reported as: 5 %* | | | |
| METAMYELOCYTES | 3 | *H* | 0-1 % | |
| | *08/10/14 2139:* | | | |
| | *METAMYELOCYTES previously reported as: 5 H %* | | | |
| MYELOCYTES | 10 | *H* | 0-1 % | |
| | *08/10/14 2139:* | | | |
| | *MYELOCYTES previously reported as: 5 H %* | | | |
| PLT ESTIMATE | DECREASED | * | NORMAL | |
| *RBC MORPHOLOGY REVIEW* | | | | |
| RBC MORPH | ABNORMAL | | | |
| ANISOCYTOSIS | 1+ | | | |
| SPHEROCYTE | 1+ | | | |

** END OF REPORT **

Printed:
01/22/15 0942

**ANNA JAQUES HOSPITAL LABORATORY**
**25 Highland Avenue**
**Newburyport, MA 01950**
**TEL: (978) 463-1095**

Page: 1

Laboratory Outpatient Report

PATIENT: MINISTERI,ANTHONY — ACCT #: V045968195 — LOC: ED — U #: M0311490
AGE/SX: 61/M — ROOM: — REG: 05/07/14
REG DOC: MCLAULIN,JOHN MD — DOB: [redacted]/53 — BED: — DIS:
STATUS: DEP ER

SPEC #: 0507:GL00590S — COLL: 05/07/14-1227 — STATUS: COMP — REQ #: 02645109
RECD: 05/07/14-1227 — SUBM DR: MCLAULIN,JOHN MD

ENTERED: 05/07/14-1206 — OTHR DR: BEAUDOIN,STEPHEN P MD
ORDERED: CBC

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| HEMATOLOGY | | | | |
| *COMPLETE BLOOD COUNT* | | | | |
| WBC | 6.8 | | 4.0-11.0 K/mm3 | |
| RBC | 5.21 | | 4.20-6.10 M/mm3 | |
| HEMOGLOBIN | 15.9 | | 13.8-17.0 g/dl | |
| HEMATOCRIT | 47.2 | | 37.0-48.0 % | |
| MCV | 90.6 | | 80.0-100.0 fl | |
| MCH | 30.5 | | 27.0-34.0 pg | |
| MCHC | 33.7 | | 31.0-36.0 g/dl | |
| RDW | 12.7 | | 11.5-15.0 % | |
| PLATELET COUNT | 161 | | 130-400 K/mm3 | |
| MPV | 12.3 | H | 9.0-11.0 fl | |
| *PLEASE NOTE NEW REFERENCE RANGE FOR MPV* | | | | |
| NEUTROPHIL % | 62.4 | | 37.0-80.0 % | |
| LYMPHOCYTE % | 27.5 | | 23.0-45.0 % | |
| MONOCYTE % | 8.1 | | 2.5-14.0 % | |
| EOSINOPHIL % | 1.0 | | 0.5-4.0 % | |
| BASOPHIL % | 0.6 | | 0.0-2.0 % | |
| IMMATURE GRAN % | 0.4 | | 0-1 % | |
| NRBC% | 0.0 | | 0-0 % | |
| NEUTROPHIL # (ANC) | 4.2 | | 1.9-7.5 K/mm3 | |
| LYMPHOCYTE # | 1.9 | | 1.2-3.4 K/mm3 | |
| MONOCYTE # | 0.6 | | 0.0-0.7 K/mm3 | |
| EOSINOPHIL # | 0.07 | | 0.0-0.7 K/mm3 | |
| BASOPHIL # | 0.0 | | 0.0-0.05 K/mm3 | |
| IMMATURE GRAN # | 0.0 | L | 0.04-0.11 K/mm3 | |

** END OF REPORT **

ANNA JAQUES HOSPITAL LABORATORY
25 Highland Avenue
Newburyport, MA 01950
TEL:(978) 463-1095

Laboratory Outpatient Report

PATIENT: MINISTERI,ANTHONY    ACCT #: V046582425    LOC: ED    U #: M0311490
AGE/SX: 61/M    ROOM:    REG: 08/10/14
REG DOC: MCLAULIN,JOHN MD    DOB: [redacted]/53    BED:    DIS:
STATUS: DEP ER

SPEC #: 0810:GL00259S    COLL: 08/10/14-2031    STATUS: COMP    REQ #: 02709448
RECD: 08/10/14-2031    SUBM DR: PHYSICIAN,EMERGENCY DEPT

ENTERED: 08/10/14-2021    OTHR DR: BEAUDOIN,STEPHEN P MD
MCLAULIN,JOHN MD

ORDERED: CHEM8, HEPATIC, CARD TROPT

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| CHEMISTRY | | | | |
| *CHEM8* | | | | |
| SODIUM | 134 | L | 136-145 mmol/L | |
| POTASSIUM | 4.3 | | 3.4-5.1 mmol/L | |
| CHLORIDE | 96 | L | 98-107 mmol/L | |
| CARBON DIOXIDE | 22 | | 22-32 mmol/L | |
| GLUCOSE | 219 | H | 74-118 mg/dL | |
| BUN | 30 | H | 5-23 mg/dL | |
| CREATININE | 0.9 | | 0.7-1.2 mg/dL | |
| EST GLOM FILT RATE | 91.2 | | mL/min | |
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | |
| *HEPATIC FUNCTION PANEL* | | | | |
| TOTAL PROTEIN | 6.9 | | 6.4-8.3 g/dL | |
| ALBUMIN | 4.0 | | 3.4-5.2 g/dL | |
| GLOBULIN | 2.9 | | 2.3-3.5 gm/dL | |
| BILIRUBIN,TOTAL | 1.0 | | 0.3-1.2 mg/dL | |
| BILIRUBIN,DIRECT | 0.2 | | 0.1-0.5 mg/dL | |
| ALKALINE PHOSP | 77 | | 40-129 U/L | |
| AST(SGOT) | 31 | | 0-40 U/L | |
| ALT(SGPT) | 78 | H | 0-41 U/L | |
| *CARDIAC TROPONIN* | | | | |
| CARDIAC COMMENT | * | | | |
| TROPONIN T | < 0.03 | | < 0.03 ng/mL | |

CARDIAC COMMENT: *This is notification that the CARDP has been replaced by the Troponin T test which is being performed.*

*TROPONIN T REFERENCE RANGES:*

*< 0.03 ng/mL... No evidence of myocardial ischemia*
*0.03 - 0.10 ... Indeterminate*
*> 0.10 ng/mL .. Indicates evidence of myocardial infarction*

** END OF REPORT **

Printed:
01/22/15 0943

ANNA JAQUES HOSPITAL LABORATORY
25 Highland Avenue
Newburyport, MA 01950
TEL: (978) 463-1095

Laboratory Outpatient Report

PATIENT: MINISTERI, ANTHONY
REG DOC: MCLAULIN, JOHN MD
ACCT #: V045968195
AGE/SX: 61/M
DOB: [redacted]/53
STATUS: DEP ER
LOC: ED
ROOM:
BED:
U #: M0311490
REG: 05/07/14
DIS:

SPEC #: 0507:GL00591S
COLL: 05/07/14-1227
RECD: 05/07/14-1227
STATUS: COMP
REQ #: 02645109
SUBM DR: MCLAULIN, JOHN MD
ENTERED: 05/07/14-1206
OTHR DR: BEAUDOIN, STEPHEN P MD
ORDERED: CHEM8

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| CHEMISTRY | | | | |
| *CHEM8* | | | | |
| SODIUM | 138 | | 136-145 mmol/L | |
| POTASSIUM | 4.4 | | 3.4-5.1 mmol/L | |
| CHLORIDE | 101 | | 98-107 mmol/L | |
| CARBON DIOXIDE | 27 | | 22-32 mmol/L | |
| GLUCOSE | 103 | | 74-118 mg/dL | |
| BUN | 16 | | 5-23 mg/dL | |
| CREATININE | 0.7 | | 0.7-1.2 mg/dL | |
| EST GLOM FILT RATE | 121.9 | | mL/min | |
| CALCIUM | 9.4 | | 8.6-10.2 mg/dL | |

** END OF REPORT **

Printed:
01/22/15 0943

ANNA JAQUES HOSPITAL LABORATORY
25 Highland Avenue
Newburyport, MA 01950
TEL:(978) 463-1095

Laboratory Outpatient Report

PATIENT: MINISTERI,ANTHONY | ACCT #: V04658242S | LOC: ED | U #: M0311490
AGE/SX: 61/M | ROOM: | REG: 08/10/14
REG DOC: MCLAULIN,JOHN MD | DOB: [redacted]/53 | BED: | DIS:
STATUS: DEP ER

SPEC #: 0810:GL00259S | COLL: 08/10/14-2031 | STATUS: COMP | REQ #: 02709448
RECD: 08/10/14-2031 | SUBM DR: PHYSICIAN,EMERGENCY DEPT

ENTERED: 08/10/14-2021 | OTHR DR: BEAUDOIN,STEPHEN P MD
MCLAULIN,JOHN MD

ORDERED: CHEM8, HEPATIC, CARD TROPT

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| *CHEM8* | | | | |
| SODIUM | 134 | L | 136-145 mmol/L | |
| POTASSIUM | 4.3 | | 3.4-5.1 mmol/L | |
| CHLORIDE | 96 | L | 98-107 mmol/L | |
| CARBON DIOXIDE | 22 | | 22-32 mmol/L | |
| GLUCOSE | 219 | H | 74-118 mg/dL | |
| BUN | 30 | H | 5-23 mg/dL | |
| CREATININE | 0.9 | | 0.7-1.2 mg/dL | |
| EST GLOM FILT RATE | 91.2 | | mL/min | |
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | |
| *HEPATIC FUNCTION PANEL* | | | | |
| TOTAL PROTEIN | 6.9 | | 6.4-8.3 g/dL | |
| ALBUMIN | 4.0 | | 3.4-5.2 g/dL | |
| GLOBULIN | 2.9 | | 2.3-3.5 gm/dL | |
| BILIRUBIN,TOTAL | 1.0 | | 0.3-1.2 mg/dL | |
| BILIRUBIN,DIRECT | 0.2 | | 0.1-0.5 mg/dL | |
| ALKALINE PHOSP | 77 | | 40-129 U/L | |
| AST(SGOT) | 31 | | 0-40 U/L | |
| ALT(SGPT) | 78 | H | 0-41 U/L | |
| *CARDIAC TROPONIN* | | | | |
| CARDIAC COMMENT | * | | | |
| TROPONIN T | < 0.03 | | < 0.03 ng/mL | |

*This is notification that the CARDP has been replaced by the Troponin T test which is being performed.*

*TROPONIN T REFERENCE RANGES:*

*< 0.03 ng/mL... No evidence of myocardial ischemia*
*0.03 - 0.10 ... Indeterminate*
*> 0.10 ng/mL .. Indicates evidence of myocardial infarction*

** END OF REPORT **



BACTES
Security | Compliance | Trust

MATRIX
PO BOX 13498
PHILADELPHIA, PA 19101-3498

ANTHONY MINISTERI
273-012215
FFE43

LOCMA061
Feb 9 2015 6:06PM

22

*Get your records on-line and avoid the delays of the US Mail.*

*Go to the BACTES web portal... It is the green thing to do.*

*Go to WWW.BACTES.COM and click on the "eDelivery" link to get started.*

---

## CONFIDENTIAL – MEDICAL RECORDS

---

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person (s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited. If you feel you have received these records in error, please call *(800) 560-3800.*

Bactes is the contracted Release of Information (ROI) provider for the source facility for these medical records. If you are interested in learning more about our ROI and related services, please call *(800) 560-3800* or visit www.bactes.com

MATRIX
ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP
AS ADMINISTRATOR FOR RELIANCE STANDARD LIFE INSURANCE CO.

P.O. Box 13498
Philadelphia, PA. 19101
(800) 866-2301

J628n22K

January 14, 2015

Dr. William Omeara
1 Essex Ctr. Dr.
Peabody, MA 01960

L# 2843372

Re: Claimant: Anthony Ministeri
Policy No: LTD 115774
Claim No: 2014-12-05-0446-LTD-01
Policyholder: AECOM Technology Corporation
Date of Birth: [redacted]1953

Dear Dr. William Omeara:

Reliance Standard Life Insurance Company is the disability benefits carrier for the claimant listed above. So that we may continue to determine your patient's eligibility for benefits under the above policy, we require the following information from you:

- Copies of all office/treatment notes, operative reports, hospital records, diagnostic and laboratory test results, discharge summaries, etc, for the period of December 2013 to present.

An authorization for the release of this information is enclosed. Please return this correspondence with your response. If there is a charge for copying these records, please provide an invoice and include your tax identification number. If you wish, you can FAX this information to 602-866-9707.

If you have any questions regarding this matter, please feel free to contact me at 1-800-866-2301 ext. 56066.

Sincerely,

*Danielle Cardenas*

Danielle Cardenas
LTD Claims Department

Enclosure

MATRIX
ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP

2421 W. Peoria Avenue, Suite 200
Phoenix, AZ 85029-4940

2014.12.05.0446.LTD.01

# AUTHORIZATION FOR USE IN OBTAINING INFORMATION

NAME OF INSURED: Anthony Ministeri
INSURED LAST 4 DIGITS SSN: XXX-XX-5766
POLICYHOLDER: Anthony Ministeri

To all physicians and other health care professionals, hospitals, other health care institutions, insurers, medical, hospital and prepaid health plans, pharmacies, employers, group policyholders, contract holders, governmental agencies, private and/or public benefit plan administrators, and/or attorney representatives, including but not limited to covered entities and business associates under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the accompanying regulations:

You are authorized to provide Reliance Standard Life Insurance Company and/or its authorized administrators (including but not limited to, Matrix Absence Management) with information concerning medical care, advice, and/or treatment provided to me, the above named Insured, and/or any employment, salary and/or benefit-related information concerning me, the above named Insured. I understand that the disclosure of information may include disclosure of protected health information under HIPAA and the accompanying regulations, information regarding treatment for mental illness, the human immunodeficiency virus (HIV) and/or the use of drugs and alcohol. I also understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and will no longer be subject to protection under HIPAA and the accompanying regulations. A statement of Reliance Standard Life Insurance Company's privacy policy is available at www.rsli.com or upon request.

I understand that any such information will be used for the purpose of evaluating my claim for benefits.

Upon request, I understand that I am entitled to receive a copy of this Authorization. This Authorization is valid from the date signed for the duration of the claim, and may be revoked by me at any time upon written request to the address below. A reproduction of this Authorization shall be considered as valid as the original.

Date: 11/24/14 Insured's Signature: [signature]

(If the Insured is unable to sign, an authorized person may sign.)

Date: ______ Authorized Person's Signature: ______

Description of Authorized Person's authority to sign on behalf of Insured: ______



Lahey Clinic - Burlington
41 Mall Road
Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY DOS:07/28/2014 LC#: 2843372
DOB[redacted]1953

Document Status: Final

**Diagnosis**
GBM

**Chief Complaint**
Routine follow-up one week after completing RT

**History of Present Illness**
The patient presented with confusion and was found to have a mass involving the right parietal-occipital regions, corpus callosum and left occipital lobe. His was admitted to BIDMC for initial work-up where neurological exam on 5/7/2014 admission was normal except for a left homonymous hemianopsia. He was placed on steroids and antiseizure prophylaxis. On 5/12/2014 he underwent an open biopsy from Dr. Arle where pathology revealed an infiltrating glioma, but the diagnosis of GBM could not be established. Consequently, patient underwent a repeat biopsy on 5/21/2014 by Dr. Kasper where GBM was pathologically proved. The patient states he developed left-sided weakness after the 2nd biopsy. The patient was evaluated in a multidisciplinary fashion at the BIDMC, and radiotherapy with concurrent Temodar chemotherapy was been recommended. The patient lives in the North Shore in Merrimac and was referred to Lahey Medical Center Peabody for treatment closer to home. On 7/23/2014 he completed a course of IMRT to 6000cGy.

Today, the patient states he is starting to improve. His strength, balance and gait are getting better. He feels like his left arm strength is close to normal. His left leg still feels "floppy." He is sleeping 6-7 hours at night and an addition 3-4 hours during the day. He has a PMH of cluster headaches which he manages with Imitrex; he reports 2 episodes of the same cluster headache over the past week which both times responded to Imitrex. Appetite good. No nausea, vomiting, or seizures. He has been instructed to not drive by the BIDMC CNS team at initial work, and he requests that I clear him for driving.

He had significant anxiety/agitation at the start of treatment and behavioral issues for the family at home. I directly asked the wife today how things have been, and she replied better. Early into the course of RT, I referred the patient and family to Lahey Supportive Oncology. The patient and wife met Dr. Collins in consultation but did not follow-up with her.

**Current Meds**
1. Dexamethasone 2 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY; Therapy: 29May2014 to (Evaluate:14Oct2014); Last Rx:16Jul2014
2. Docusate Sodium 100 MG Oral Capsule; TAKE 1 CAPSULE TWICE DAILY; Therapy: 29May2014 to
3. Pepcid 20 MG Oral Tablet; takes 1 tablet 2xday; Therapy: 29May2014 to
4. Prochlorperazine Maleate 10 MG Oral Tablet; TAKE 1 TABLET EVERY 8 HOURS AS NEEDED FOR NAUSEA AND VOMITING; Therapy: 11Jul2014 to (Evaluate:28Jul2014) Requested for: 11Jul2014; Last Rx:11Jul2014
5. SUMAtriptan Succinate 6 MG/0.5ML Subcutaneous Solution; INJECT 0.5ML AT ONSET OF HEADACHE. MAY REPEAT IN 2 HOURS. MAXIMUM OF 2 INJECTIONS PER DAY, NO MORE THAN 2 DAYS PER WEEK; Therapy: 14Jul2014 to
6. Temodar CAPS; Therapy: (Recorded:04Jun2014) to

---

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: 07/28/2014

Document Status: Final

7. TraZODone HCl TABS; Therapy: (Recorded:16Jun2014) to

Concurrent Temodar complete and adjuvant Temodar pending follow-up evaluation at BIDMC.

Of note, patient had been receiving different medications in the same class of drugs from various providers between at least 3 different medical systems: Lahey, Pentucket Medical and BIDMC. For example, during the course of RT, he was prescribed quetiapine (Seroquel) and clonazepam (Klonopin) from his PCP team and trazadone and lorazepam (Ativan) from another provider (I think BIDMC) to address the agitation/anxiety/behavor issues. When I learned of these additional medications being added after my medicine reconciliation at consult, I instructed patient and family to discontinue trazadone and lorazepam, and, instead, utilize the same class of meds prescribed by PCP. Today, the patient's wife states that she has not given him any quetiapine (Seroquel) or trazadone and is only using clonazepam (Klonopin) 1mg BID. She requests a refill to clonazepam (Klonopin) today.

**Vitals**

**Lahey Vitals [Data Includes: Current Encounter]**

| | 28Jul2014 11:41AM |
|---|---|
| Systolic | 129 |
| Diastolic | 86 |
| Heart Rate | 80 |
| BMI Calculated | 27.77 |
| BSA Calculated | 2.15 |
| Height | 6 ft |
| Weight | 205 lb |
| Height Source | Actual Height |
| Weight Source | Actual Weight |
| Respiration | 10 |
| O2 Saturation | 99 |
| Temperature | 97.5 F |
| Pain Score | 0 |
| MD Notified of Pain Score Greater Than 3 | No |
| Allergy Status Reviewed | Yes |
| Safe at Home | Yes |
| Chaperoned During Appointment | Yes |
| Chaperoned By | wife |

**Physical Exam**

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

MINISTERI,ANTHONY
DOB: [redacted]/1953 LC#: 2843372
DOS: 07/28/2014

Document Status: **Final**

General: Sitting comfortably in chair in no acute distress.
Psychiatric: Alert and oriented x 3. Mood and affect appropriate.
HEENT: Patchy alopecia. Well-healed craniotomy sites at right lateral and posterior skull. Speech fluent. Visualization of oral cavity and oropharynx shows white plaques at posterior oropharynx. Scraping of one of these plaques reveales an erythematous base.
Lymph nodes: No cervical or supraclavicular lymphadenopathy.
Heart: Regular
Lungs: Clear
Abdomen: Positive bowel sounds, soft, nontender, nondistended.
Musculoskeletal: No paraspinal tenderness to palpation.
Extremities: No lower extremity edema.
Neuro: Sensation intact to light touch throughout. 5 out of 5 strength throughout except 4/5 at left hip flexion. Unsteady gait but slightly improved. Romberg unsteady and stable.

**Results/Data**

**Selected Results**

**16Jun2014 11:16AM**

CBC with Differential
- Hematocrit: 44.5 % Reference Range 40.0-54.0
- Hemoglobin: 14.9 G/DL Reference Range 13.8-18.0
- MCV: 91 FL Reference Range 80-96
- Platelet Count: 146 K/uL Abnormal Low Reference Range 150-450
- RBC: 4.87 M/uL Reference Range 4.40-6.00
- RDW: 14.0 % Abnormal High Reference Range 11.5-13.4
- WBC: 11.37 K/uL Abnormal High Reference Range 4.4-11.3
- Absolute Baso Ct: 0.02 K/uL Reference Range 0.02-0.08
- Absolute Eos Ct: 0.00 K/uL Reference Range 0.00-0.40
- Absolute Gran Ct: 9.39 K/uL Abnormal High Reference Range 1.4-6.6
- Absolute Lymph Ct: 1.40 K/uL Reference Range 1.2-3.5
- Absolute Mono Ct: 0.56 K/uL Reference Range 0.2-1.0
- Basophil: 0 %
- Lymphocyte: 12 %
- Eosinophil: 0 %
- Monocyte: 5 %
- Polys: 83 %
- WBC: 11.37 K/uL Abnormal High Reference Range 4.4-11.3

**24Jun2014 12:39PM**
- WBC: 13.69 K/uL Abnormal High Reference Range 4.4-11.3
- Polys: 81 %
- Morphology: SLIGHT
- Metamyelocyte: 1 % Abnormal High Reference Range 0
- Monocyte: 8 %
- Hypersegmented Polys: 4 % POLYS Reference Range <5
- Lymphocyte: 9 %
- Band Neutrophil: 1 %
- Absolute Mono Ct: 1.10 K/uL Abnormal High Reference Range 0.2-1.0

---

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB[redacted]1953 LC#: 2843372
DOS: 07/28/2014

Document Status: Final

Absolute Gran Ct: 11.36 K/uL Abnormal High Reference Range 1.4-6.6
Absolute Lymph Ct: 1.23 K/uL Reference Range 1.2-3.5
WBC: 13.69 K/uL Abnormal High Reference Range 4.4-11.3
Platelet Count: 134 K/uL Abnormal Low Reference Range 150-450
RDW: 13.5 % Abnormal High Reference Range 11.5-13.4
RBC: 4.60 M/uL Reference Range 4.40-6.00
Hemoglobin: 14.2 G/DL Reference Range 13.8-18.0
MCV: 88 FL Reference Range 80-96
Hematocrit: 40.7 % Reference Range 40.0-54.0

**30Jun2014 01:19PM**

Hematocrit: 43.1 % Reference Range 40.0-54.0
MCV: 89 FL Reference Range 80-96
Hemoglobin: 14.8 G/DL Reference Range 13.8-18.0
RBC: 4.85 M/uL Reference Range 4.40-6.00
RDW: 13.8 % Abnormal High Reference Range 11.5-13.4
Platelet Count: 166 K/uL Reference Range 150-450
WBC: 15.15 K/uL Abnormal High Reference Range 4.4-11.3
Absolute Gran Ct: 12.57 K/uL Abnormal High Reference Range 1.4-6.6
Absolute Lymph Ct: 1.36 K/uL Reference Range 1.2-3.5
Absolute Eos Ct: 0.00 K/uL Reference Range 0.00-0.40
Absolute Baso Ct: 0.30 K/uL Abnormal High Reference Range 0.02-0.08
Absolute Mono Ct: 0.91 K/uL Reference Range 0.2-1.0
Basophil: 2 %
Lymphocyte: 9 %
Eosinophil: 0 %
Monocyte: 6 %
Morphology: PLATELETS APPEAR NORMAL.
Polys: 83 %
WBC: 15.15 K/uL Abnormal High Reference Range 4.4-11.3

**07Jul2014 01:23PM**

Polys: 76 %
WBC: 10.94 K/uL Reference Range 4.4-11.3
Eosinophil: 1 %
Lymphocyte: 17 %
Monocyte: 6 %
Basophil: 0 %
Absolute Mono Ct: 0.65 K/uL Reference Range 0.2-1.0
Absolute Baso Ct: 0.03 K/uL Reference Range 0.02-0.08
Absolute Eos Ct: 0.06 K/uL Reference Range 0.00-0.40
Absolute Lymph Ct: 1.84 K/uL Reference Range 1.2-3.5
Absolute Gran Ct: 8.35 K/uL Abnormal High Reference Range 1.4-6.6
WBC: 10.94 K/uL Reference Range 4.4-11.3
RDW: 15.1 % Abnormal High Reference Range 11.5-13.4
RBC: 4.48 M/uL Reference Range 4.40-6.00
Hemoglobin: 13.8 G/DL Reference Range 13.8-18.0
Platelet Count: 121 K/uL Abnormal Low Reference Range 150-450
MCV: 91 FL Reference Range 80-96
Hematocrit: 40.9 % Reference Range 40.0-54.0

---

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: 07/28/2014

Document Status: Final

**14Jul2014 01:24PM**
Hematocrit: 40.0 % Reference Range 40.0-54.0
MCV: 92 FL Reference Range 80-96
Platelet Count: 102 K/uL Abnormal Low Reference Range 150-450
Hemoglobin: 13.4 G/DL Abnormal Low Reference Range 13.8-18.0
RBC: 4.35 M/uL Abnormal Low Reference Range 4.40-6.00
Absolute Baso Ct: 0.01 K/uL Abnormal Low Reference Range 0.02-0.08
RDW: 15.8 % Abnormal High Reference Range 11.5-13.4
WBC: 10.10 K/uL Reference Range 4.4-11.3
Absolute Eos Ct: 0.00 K/uL Reference Range 0.00-0.40
Absolute Gran Ct: 8.62 K/uL Abnormal High Reference Range 1.4-6.6
Basophil: 0 %
Absolute Lymph Ct: 0.99 K/uL Abnormal Low Reference Range 1.2-3.5
Absolute Mono Ct: 0.48 K/uL Reference Range 0.2-1.0
Lymphocyte: 10 %
Eosinophil: 0 %
Polys: 85 %
Monocyte: 5 %
WBC: 10.10 K/uL Reference Range 4.4-11.3

**21Jul2014 01:39PM**
WBC: 7.83 K/uL Reference Range 4.4-11.3
Monocyte: 3 %
Metamyelocyte: 4 % Abnormal High Reference Range 0
Morphology: VARIATION IN RBC SIZE.
Polys: 71 %
Eosinophil: 1 %
Lymphocyte: 17 %
Absolute Lymph Ct: 1.33 K/uL Reference Range 1.2-3.5
Absolute Mono Ct: 0.23 K/uL Reference Range 0.2-1.0
Band Neutrophil: 4 %
Absolute Eos Ct: 0.08 K/uL Reference Range 0.00-0.40
Absolute Gran Ct: 6.19 K/uL Reference Range 1.4-6.6
WBC: 7.83 K/uL Reference Range 4.4-11.3
RDW: 17.0 % Abnormal High Reference Range 11.5-13.4
RBC: 4.39 M/uL Abnormal Low Reference Range 4.40-6.00
Hemoglobin: 13.8 G/DL Reference Range 13.8-18.0
Platelet Count: 95 K/uL Abnormal Low Reference Range 150-450
MCV: 93 FL Reference Range 80-96
Hematocrit: 40.8 % Reference Range 40.0-54.0

**28Jul2014 11:28AM**
Hematocrit: 40.1 % Reference Range 40.0-54.0
Hemoglobin: 13.7 G/DL Abnormal Low Reference Range 13.8-18.0
MCV: 94 FL Reference Range 80-96
Platelet Count: 91 K/uL Abnormal Low Reference Range 150-450
RBC: 4.27 M/uL Abnormal Low Reference Range 4.40-6.00
RDW: 18.2 % Abnormal High Reference Range 11.5-13.4
WBC: 6.98 K/uL Reference Range 4.4-11.3
Absolute Baso Ct: 0.07 K/uL Reference Range 0.02-0.08

---

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

MINISTERI,ANTHONY
DOB[redacted]1953 LC#: 2843372
DOS: 07/28/2014

Document Status: Final

Absolute Gran Ct: 5.37 K/uL Reference Range 1.4-6.6
Absolute Lymph Ct: 1.05 K/uL Abnormal Low Reference Range 1.2-3.5
Basophil: 1 %
Absolute Mono Ct: 0.49 K/uL Reference Range 0.2-1.0
Atypical Lymph: 1 % Reference Range 0-5
Band Neutrophil: 3 %
Lymphocyte: 14 %
Metamyelocyte: 4 % Abnormal High Reference Range 0
Myelocyte: 1 % Abnormal High Reference Range 0
Polys: 69 %
Monocyte: 7 %
Morphology: VARIATION IN RBC SIZE.
WBC: 6.98 K/uL Reference Range 4.4-11.3

Decreased platelets likely secondary to Temodar and should improve over time.

## Assessment

(1) GBM
(2) Steroid-induced oropharyngeal candidiasis

Patient is a 61-year-old gentleman with GBM involving both hemispheres s/p open biopsy at BIDMC followed by radiotherapy at Lahey Peabody with concurrent chemotherapy managed by Dr. Uhlman at BIDMC. The patient has tolerated the course of RT well and today demonstrates a slight improvement in his strength and gait.

## Plan

1. ClonazePAM 1 MG Oral Tablet; TAKE 1 TABLET TWICE DAILY AS NEEDED; Therapy: 28Jul2014 to (Evaluate:26Sep2014); Last Rx:28Jul2014
2. Fluconazole 200 MG Oral Tablet; TAKE 1 TABLET DAILY UNTIL COMPLETE; Therapy: 28Jul2014 to (Evaluate:11Aug2014); Last Rx:28Jul2014

I will defer primary CNS management to the CNS team at BIDMC. Patient scheduled for follow-up with Dr. Uhlmann on 8/11/2014. Patient is not sure if he is scheduled for a brain MRI that same day, and I instructed his wife to contact Dr. Uhlmann's office to clarify the MRI timeline as I have seen it vary amongst neuro-oncologists.

Meds:
Refill to clonazepam (Klonopin) 1mg BID dispensed.
Rx Diflucan 200mg PO qd x 14 days for steroid-induced oropharyngeal candidiasis
Decrease Decadron to 2mg qd.

Patient is eager to return to driving but has been placed in a non-driving status from the CNS team at BIDMC. I am not aware of any seizures. However, he was found to have left homonymous hemianopsia at presentation and developed left-sided weakness after biopsy. I told patient that clearance for driving will have to wait for a follow-up MRI and evaluation from the BIDMC CNS team.

Deconditioning and gait disturbance has improved since the start of RT, but patient has lots of room for improvement. At the start of RT, I arranged for a home health assessment including physical therapy, but the

---

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Document Status: Final

patient declined to utilize this service. He now requests referral to outpatient physical therapy at Pentucket Medical or Whittier Rehab Hospital. I'll arrange for outpatient physical therapy at one of these centers.

Patient instructed to return to Lahey Rad Onc in 4 weeks. I am anticipating a post-RT MRI at BIDMC within this timeframe and have instructed the patient to request a copy of the MRI on CD-ROM be sent to me.

## Signatures

Electronically signed by : WILLIAM OMEARA, MD; Jul 28 2014 7:52PM

cc: BEAUDOIN,STEPHEN
Erik Uhlmann



Lahey Clinic - Burlington
41 Mall Road
Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY DOS:07/23/2014 LC#: 2843372
DOB: [redacted]/1953

Document Status: Final

## Diagnosis

GBM

## History of Present Illness

The patient is a 61-year-old gentleman from Merrimac, MA who presented to Anna Jaques Hospital with confusion and CNS imaging identified a brain mass. He was transferred to Beth Israel Deaconess Medical Center where brain MRI identified a mass involving the right parietal-occipital regions, corpus callosum and left occipital lobe. His neurological exam on 5/7/2014 admission to BIDMC was normal except for a left homonymous hemianopsia. He was placed on steroids and antiseizure prophylaxis. On 5/12/2014 he underwent an open biopsy from Dr. Arle where pathology revealed an infiltrating glioma, but the diagnosis of GBM could not be established. Consequently, patient underwent a repeat biopsy on 5/21/2014 by Dr. Kasper where GBM was pathologically proved. The patient states he developed left-sided weakness after the 2nd biopsy resulting in gait and balance problems. The patient was evaluated in a multidisciplinary fashion at the BIDMC, and radiotherapy with concurrent Temodar chemotherapy was recommended. The patient lives in the North Shore and was referred to Lahey Medical Center Peabody for outpatient radiation treatment closer to home.

## Treatment Dates

6/11/2014 - 7/23/2014

## Treatment Site and Dose

Site: Brain
Technique: IMRT with daily IGRT utilizing kV/kV orthogonal pair imaging
Energy: 6 MV
Dose per Fraction: 200 cGy
Number of Fractions: 30
Total Dose: 6000 cGy

## Treatment Course

The patient completed the course of treatment on time and as planned. He received 4600 cGy using an initial IMRT plan targeting gross tumor on T1 with contrast and edema seen on T2 imaging. This was followed by a cone down boost for an additional 1400 cGy using an IMRT plan targeting enhancing tumor seen on T1 with contrast. Total dose was 6000 cGy. The patient developed the expected acute side effects, including fatigue and alopecia.

Given his left-sided weakness and resulting gait and balance problems, I ordered a home health assessment which included home physical and occupational therapy. Patient was subsequently prescribed a walker and cane. He did not find home physical and occupational therapy to be helpful so she discontinued this treatment after a couple of sessions. By the end of treatment, his left upper extremity strength had resolved, he had mild residual left leg weakness, and gait and balance were still off but improved.

The family reported the patient to have significant anxiety and agitation problems at home which dramatically taxed his family providing care. The home health service recommended daily home nursing visits, but the family declined this after finding the first couple of visits unhelpful. I also referred the patient and wife to Supportive Oncology where they were evaluated by Dr. Collins, but, after an initial consultation, they elected to not followup with further visits.

---

cc: BEAUDOIN,STEPHEN
Erik Uhlmann

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DO[redacted]953 LC#: 2843372
DOS: 07/23/2014

Document Status: Final

A few weeks into treatment, he was found to have oropharyngeal candidiasis which was likely secondary to steroid use. It resolved with a 3 day course of Diflucan.

By the end of radiation therapy, I learned that the patient's wife was contacting multiple different providers at different institutions seeking medication help for her husband's agitation at home. This resulted in the patient receiving multiple different medications in the same class of drugs from various providers between at least 3 different medical systems: Lahey, Pentucket Medical and BIDMC. For example, he was prescribed quetiapine (Seroquel) and clonazepam (Klonopin) from his PCP team and trazadone and lorazepam (Ativan) from another provider (I think BIDMC) to address the agitation/anxiety/behavor issues. I hypothesized that his steroid use may be exacerbating his behavior problems at home and attempted a steroid wean; however, he was placed back on the starting dose by another provider a few days later. When I learned of this medication confusion, I instructed the patient and wife that I would be the sole manager of all medications until the end of radiation treatments and 1st followup with me, and they agreed to this plan. Since his PCP team had prescribed quetiapine (Seroquel) and clonazepam (Klonopin), I recommended that he continue with these drugs for anxiety/agitation/sleep problems and discontinue trazadone and lorazepam (Ativan) in anticipation of ultimately transitioning management of these medications to his PCP. I also lowered his Decadron to 2mg BID which he seemed to tolerate with some improvement in his behavioral issues and improved sleep habits.

Concurrent Temodar was managed by Dr. Uhlmann of BIDMC Neuro-Oncology.

## Follow Up Recommendation

Followup with Dr. O'Meara in one week. If patient is doing well clinically, I intend to lower his steroid use further. Patient already has a follow-up scheduled with Dr. Uhlmann of BIDMC Neuro-Oncology on 8/11/2014.

## Signatures

Electronically signed by : WILLIAM OMEARA, MD; Jul 29 2014 9:09AM

cc: BEAUDOIN,STEPHEN
Erik Uhlmann



**Lahey Clinic - Burlington**

41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI, ANTHONY

MERRIMAC, MA 01860

Age/DOB 61 yrs -1953
: MRN: 2843372
Home: (617) 875
Work:

## Results

Accession # RZ51681
Ordering Provider: OMEARA, WILLIAM
Performing Location: Lahey Clinic Burlington (Default) or see report

Collected: 07/28/2014 11:28:00AM
Resulted: 07/28/2014 12:34:00PM
Verified By: <Verification Not Required>

CBC with Differential

Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 6.98 | K/uL | | 4.4-11.3 |
| RBC | 4.27 | M/uL | L | 4.40-6.00 |
| Hemoglobin | 13.7 | G/DL | L | 13.8-18.0 |
| Hematocrit | 40.1 | % | | 40.0-54.0 |
| MCV | 94 | FL | | 80-96 |
| Platelet Count | 91 | K/uL | L | 150-450 |
| RDW | 18.2 | % | H | 11.5-13.4 |
| WBC | 6.98 | K/uL | | 4.4-11.3 |
| Polys | 69 | % | | |
| Band Neutrophil | 3 | % | | |
| Lymphocyte | 14 | % | | |
| Monocyte | 7 | % | | |
| Basophil | 1 | % | | |
| Atypical Lymph | 1 | % | | 0-5 |
| Metamyelocyte | 4 | % | H | 0 |
| Myelocyte | 1 | % | H | 0 |
| Absolute Gran Ct | 5.37 | K/uL | | 1.4-6.6 |
| Absolute Lymph Ct | 1.05 | K/uL | L | 1.2-3.5 |
| Absolute Mono Ct | 0.49 | K/uL | | 0.2-1.0 |
| Absolute Baso Ct | 0.07 | K/uL | | 0.02-0.08 |

Morphology

VARIATION IN RBC SIZE.
MODERATE
DECREASE IN PLATELETS.
Lahey Northshore Laboratory; Peabody,MA

Printed by: Doufexis HIM, Christina | 01/22/2015 6:40:00AM




## Lahey Clinic - Burlington

41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI, ANTHONY
MERRIMAC, MA 01860

Age/DOB : 61 yrs 1953
MRN: 2843372
Home: (617) 87
Work:

### Results

Accession # RZ51663
Ordering Provider: OMEARA, WILLIAM
Performing Location: Lahey Clinic Burlington (Default) or see report

Collected: 07/21/2014 1:39:00PM
Resulted: 07/21/2014 4:02:00PM
Verified By: <Verification Not Required>

**CBC with Differential**

Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 7.83 | K/uL | | 4.4-11.3 |
| RBC | 4.39 | M/uL | L | 4.40-6.00 |
| Hemoglobin | 13.8 | G/DL | | 13.8-18.0 |
| Hematocrit | 40.8 | % | | 40.0-54.0 |
| MCV | 93 | FL | | 80-96 |
| Platelet Count | 95 | K/uL | L | 150-450 |
| RDW | 17.0 | % | H | 11.5-13.4 |
| WBC | 7.83 | K/uL | | 4.4-11.3 |
| Polys | 71 | % | | |
| Band Neutrophil | 4 | % | | |
| Lymphocyte | 17 | % | | |
| Monocyte | 3 | % | | |
| Eosinophil | 1 | % | | |
| Metamyelocyte | 4 | % | H | 0 |
| Absolute Gran Ct | 6.19 | K/uL | | 1.4-6.6 |
| Absolute Lymph Ct | 1.33 | K/uL | | 1.2-3.5 |
| Absolute Mono Ct | 0.23 | K/uL | | 0.2-1.0 |
| Absolute Eos Ct | 0.08 | K/uL | | 0.00-0.40 |

Morphology

VARIATION IN RBC SIZE.
MODERATE
DECREASE IN PLATELETS.
Lahey Northshore Laboratory; Peabody,MA



**Lahey Clinic - Burlington**
41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI, ANTHONY
MERRIMAC, MA 01860

Age/DOB : 61 yrs 1953
MRN: 2843372
Home: (617) 875-
Work:

## Results

Accession # RZ51656
Ordering Provider: OMEARA,WILLIAM
Performing Location: Lahey Clinic Burlington (Default) or see report

Collected: 07/14/2014 1:24:00PM
Resulted: 07/14/2014 2:17:00PM
Verified By: <Verification Not Required>

CBC with Differential

Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 10.10 | K/uL | | 4.4-11.3 |
| RBC | 4.35 | M/uL | L | 4.40-6.00 |
| Hemoglobin | 13.4 | G/DL | L | 13.8-18.0 |
| Hematocrit | 40.0 | % | | 40.0-54.0 |
| MCV | 92 | FL | | 80-96 |
| Platelet Count | 102 | K/uL | L | 150-450 |
| RDW | 15.8 | % | H | 11.5-13.4 |
| WBC | 10.10 | K/uL | | 4.4-11.3 |
| Polys | 85 | % | | |
| Lymphocyte | 10 | % | | |
| Monocyte | 5 | % | | |
| Eosinophil | 0 | % | | |
| Basophil | 0 | % | | |
| Absolute Gran Ct | 8.62 | K/uL | H | 1.4-6.6 |
| Absolute Lymph Ct | 0.99 | K/uL | L | 1.2-3.5 |
| Absolute Mono Ct | 0.48 | K/uL | | 0.2-1.0 |
| Absolute Eos Ct | 0.00 | K/uL | | 0.00-0.40 |
| Absolute Baso Ct | 0.01 | K/uL | L | 0.02-0.08 |

Lahey Northshore Laboratory; Peabody,MA

**Lahey Clinic - Burlington**
41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI, ANTHONY

MERRIMAC, MA 01860

Age/DOB 61 yrs 953
: MRN: 2843372
Home: (617) 875-
Work:

## Results

| | | | |
|---|---|---|---|
| **Accession #** | RZ51636 | **Collected:** | 07/07/2014 1:23:00PM |
| **Ordering Provider:** | OMEARA,WILLIAM | **Resulted:** | 07/07/2014 1:53:00PM |
| **Performing Location:** | Lahey Clinic Burlington (Default) or see report | **Verified By:** | <Verification Not Required> |

**CBC with Differential** | **Stage:** **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| **WBC** | 10.94 | K/uL | | 4.4-11.3 |
| **RBC** | 4.48 | M/uL | | 4.40-6.00 |
| **Hemoglobin** | 13.8 | G/DL | | 13.8-18.0 |
| **Hematocrit** | 40.9 | % | | 40.0-54.0 |
| **MCV** | 91 | FL | | 80-96 |
| **Platelet Count** | 121 | K/uL | L | 150-450 |
| **RDW** | 15.1 | % | H | 11.5-13.4 |
| **WBC** | 10.94 | K/uL | | 4.4-11.3 |
| **Polys** | 76 | % | | |
| **Lymphocyte** | 17 | % | | |
| **Monocyte** | 6 | % | | |
| **Eosinophil** | 1 | % | | |
| **Basophil** | 0 | % | | |
| **Absolute Gran Ct** | 8.35 | K/uL | H | 1.4-6.6 |
| **Absolute Lymph Ct** | 1.84 | K/uL | | 1.2-3.5 |
| **Absolute Mono Ct** | 0.65 | K/uL | | 0.2-1.0 |
| **Absolute Eos Ct** | 0.06 | K/uL | | 0.00-0.40 |
| **Absolute Baso Ct** | 0.03 | K/uL | | 0.02-0.08 |

Lahey Northshore Laboratory; Peabody,MA

**Lahey Clinic - Burlington**

41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI, ANTHONY
MERRIMAC, MA 01860

Age/DOB 61 yrs 1953
: MRN: 2843372
Home: (617) 875
Work:

## Results

Accession # RZ51628
Ordering Provider: OMEARA,WILLIAM
Performing Location: Lahey Clinic Burlington (Default) or see report

Collected: 06/30/2014 1:19:00PM
Resulted: 06/30/2014 3:00:00PM
Verified By: <Verification Not Required>

**CBC with Differential**

Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 15.15 | K/uL | H | 4.4-11.3 |
| RBC | 4.85 | M/uL | | 4.40-6.00 |
| Hemoglobin | 14.8 | G/DL | | 13.8-18.0 |
| Hematocrit | 43.1 | % | | 40.0-54.0 |
| MCV | 89 | FL | | 80-96 |
| Platelet Count | 166 | K/uL | | 150-450 |
| RDW | 13.8 | % | H | 11.5-13.4 |
| WBC | 15.15 | K/uL | H | 4.4-11.3 |
| Polys | 83 | % | | |
| Lymphocyte | 9 | % | | |
| Monocyte | 6 | % | | |
| Eosinophil | 0 | % | | |
| Basophil | 2 | % | | |
| Absolute Gran Ct | 12.57 | K/uL | H | 1.4-6.6 |
| Absolute Lymph Ct | 1.36 | K/uL | | 1.2-3.5 |
| Absolute Mono Ct | 0.91 | K/uL | | 0.2-1.0 |
| Absolute Eos Ct | 0.00 | K/uL | | 0.00-0.40 |
| Absolute Baso Ct | 0.30 | K/uL | H | 0.02-0.08 |

Morphology

PLATELETS APPEAR NORMAL.
Lahey Northshore Laboratory; Peabody,MA


## Lahey Clinic - Burlington

41 Mall Road
Burlington,MA 01805
(781) 744-5100

Patient: MINISTERI, ANTHONY
MERRIMAC, MA 01860

Age/DOB 61 yrs 1953
: MRN: 2843372
Home: (617) 875
Work:

### Results

Accession # RZ51625
Ordering Provider: OMEARA,WILLIAM
Performing Location: Lahey Clinic Burlington (Default) or see report

Collected: 06/24/2014 12:39:00PM
Resulted: 06/24/2014 1:47:00PM
Verified By: <Verification Not Required>

**CBC with Differential**

Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 13.69 | K/uL | H | 4.4-11.3 |
| RBC | 4.60 | M/uL | | 4.40-6.00 |
| Hemoglobin | 14.2 | G/DL | | 13.8-18.0 |
| Hematocrit | 40.7 | % | | 40.0-54.0 |
| MCV | 88 | FL | | 80-96 |
| Platelet Count | 134 | K/uL | L | 150-450 |
| RDW | 13.5 | % | H | 11.5-13.4 |
| WBC | 13.69 | K/uL | H | 4.4-11.3 |
| Polys | 81 | % | | |
| Band Neutrophil | 1 | % | | |
| Lymphocyte | 9 | % | | |
| Monocyte | 8 | % | | |
| Metamyelocyte | 1 | % | H | 0 |
| Absolute Gran Ct | 11.36 | K/uL | H | 1.4-6.6 |
| Absolute Lymph Ct | 1.23 | K/uL | | 1.2-3.5 |
| Absolute Mono Ct | 1.10 | K/uL | H | 0.2-1.0 |
| Hypersegmented Polys | 4 | % POLYS | | <5 |
| Morphology | SLIGHT | | | |

DECREASE IN PLATELETS.
Lahey Northshore Laboratory; Peabody,MA



## Lahey Clinic - Burlington

41 Mall Road
Burlington,MA 01805
(781) 744-5100

Lahey CLINIC

Patient: MINISTERI, ANTHONY
[redacted]
MERRIMAC, MA 01860

Age/DOB : 61 yrs [redacted]-1953
MRN: 2843372
Home: (617) 875-[redacted]
Work:

## Results

| | | | |
|---|---|---|---|
| Accession # | RZ51618 | Collected: | 06/16/2014 11:16:00AM |
| Ordering Provider: | OMEARA, WILLIAM | Resulted: | 06/16/2014 11:31:00AM |
| Performing Location: | Lahey Clinic Burlington (Default) or see report | Verified By: | <Verification Not Required> |

**CBC with Differential** Stage: Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 11.37 | K/uL | H | 4.4-11.3 |
| RBC | 4.87 | M/uL | | 4.40-6.00 |
| Hemoglobin | 14.9 | G/DL | | 13.8-18.0 |
| Hematocrit | 44.5 | % | | 40.0-54.0 |
| MCV | 91 | FL | | 80-96 |
| Platelet Count | 146 | K/uL | L | 150-450 |
| RDW | 14.0 | % | H | 11.5-13.4 |
| WBC | 11.37 | K/uL | H | 4.4-11.3 |
| Polys | 83 | % | | |
| Lymphocyte | 12 | % | | |
| Monocyte | 5 | % | | |
| Eosinophil | 0 | % | | |
| Basophil | 0 | % | | |
| Absolute Gran Ct | 9.39 | K/uL | H | 1.4-6.6 |
| Absolute Lymph Ct | 1.40 | K/uL | | 1.2-3.5 |
| Absolute Mono Ct | 0.56 | K/uL | | 0.2-1.0 |
| Absolute Eos Ct | 0.00 | K/uL | | 0.00-0.40 |
| Absolute Baso Ct | 0.02 | K/uL | | 0.02-0.08 |

Lahey Northshore Laboratory; Peabody,MA

 Lahey Clinic - Burlington
41 Mall Road
Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY DOS:05/29/2014 LC#: 2843372
DOB:[redacted]/1953

Document Status: Final

## Chief Complaint

The patient is a 61-year-old gentleman who presents today for consideration of radiotherapy for a newly diagnosed GBM.

## Diagnosis

GBM

## History of Present Illness

At the beginning of this month while on a business trip in New York City, a colleague noticed that the patient seemed a bit confused and easily lost in the unfamiliar surrounding. When he returned home from this trip, his wife thought he may have had too much to drink on the flight home. There was concern for stroke so he presented to the emergency department at Anna Jacques Hospital. CT scan showed a brain mass, and he was transferred immediately to Beth Israel Deaconess Medical Center. Brain MRI performed on 5/8/2014 showed an enhancing mass involving the right parietal-occipital regions with involvement of the splenium of the corpus callosum and smaller nodular areas of enhancement within the left occipital lobe. Surrounding edema was present, and the imaging was concerning for a high-grade glioma. Neurological exam on 5/7/2014 admission was normal except for a left homonymous hemianopsia. He was placed on steroids and Keppra for seizure prophylaxis. On 5/12/2014 he underwent an open biopsy from Dr. Arle. Pathology revealed an infiltrating glioma but the diagnosis of GBM could not be established. Consequently, patient underwent a repeat biopsy on 5/21/2014 by Dr. Kasper where GBM was proved. Details are not clear to me today, but Keppra was switched to Zonisamide on discharge. The patient has been evaluated in a multidisciplinary fashion at the Beth Israel Deaconess, and radiotherapy with concurrent Temodar chemotherapy has been recommended. The patient lives in the North Shore in Merrimac and was referred to Lahey Medical Center Peabody for treatment closer to home.

The patient feels like his neurological symptoms have worsened since undergoing a second biopsy. He is left-hand dominant and states he has trouble holding things in his left hand. His balance is also worse, and he fell while leaving Beth Israel Deaconess on his last discharge. He had some constipation which he attributes to some of the new medications he has recently started. He does note excessive energy and trouble sleeping since starting steroids. No nausea, vomiting, headaches, or seizures. He has been instructed to not drive by the BIDMC CNS team.

## Past Radiation Chemo

None

## Active Problems

- Glioblastoma Multiforme (Grade IV) Of The Cerebellum 191.6

Hypertension, hyperlipidemia, osteoarthritis.

## Past Medical History

Cluster headaches treated with Botox injections.

---

cc: ARLE,JEFFREY
BEAUDOIN,STEPHEN
Erik Uhlmann
Scott Floyd

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]953 LC#: 2843372
DOS: 05/29/2014

Document Status: Final

## Surgical History
Right hip replacement

## Family History
No family history of cancer.

## Social History
Married and lives with his wife and 3 children in the Merrimac, MA. Works for an engineering firm. Long-standing smoker and continues to smoke.

## Allergies
1. No Known Drug Allergies

## Current Meds
- Dexamethasone 4 MG Oral Tablet; takes 1 tablet every 8 hours; Therapy: 29May2014 to
- Docusate Sodium 100 MG Oral Capsule; TAKE 1 CAPSULE TWICE DAILY; Therapy: 29May2014 to
- Pepcid 20 MG Oral Tablet; takes 1 tablet 2xday; Therapy: 29May2014 to
- Zonisamide 100 MG Oral Capsule; TAKE 1 CAPSULE TWICE DAILY; Therapy: 29May2014 to

## Review of Systems
A 12-point review of systems was performed during intake and personally reviewed by me with the patient. Pertinent positives and negatives included in the HPI.

## Performance Status

ECOG PERFORMANCE STATUS: 1 - Restricted in physically strenuous activity but ambulatory and able to carry out work of a light or sedentary nature, e.g. light house work, office work.

## Physical Exam

General: Sitting comfortably in chair in no acute distress.
Psychiatric: Alert and oriented x 3. Mood and affect appropriate. Mild agitation which he thinks is steroid related.
HEENT: Well healing craniotomy site at right lateral skull. Second biopsy was obtained posteriorly and staples intact with no signs of infection. Speech fluent. Oral cavity and oropharynx normal to visualization and palpation. Mucosa moist. Neck supple.
Lymph nodes: No cervical or supraclavicular lymphadenopathy.
Heart: Regular
Lungs: Clear
Abdomen: Positive bowel sounds, soft, nontender, nondistended. No hepatosplenomegaly.
Musculoskeletal: No paraspinal tenderness to palpation.
Extremities: No lower extremity edema.
Neuro: Cranial nerves II through XII intact except for left homonymous hemianopsia on gross visual field testing. Sensation intact to light touch throughout. 5 out of 5 strength throughout. Slightly unsteady gait. Romberg

cc: ARLE,JEFFREY
BEAUDOIN,STEPHEN
Erik Uhlmann
Scott Floyd

Lahey Clinic - Burlington
41 Mall Road

Burlington, MA 01805
(781) 744-5100

MINISTERI,ANTHONY
DOB: [redacted]1953 LC#: 2843372
DOS: 05/29/2014

Document Status: Final

unsteady. Left finger to nose testing slightly slower compared to right but patient is left-hand dominant.

## Results/Data

Brain MRI from BIDMC personally reviewed and reviewed by me showing an enhancing mass with central necrosis involving the right parietal-occipital regions with involvement of the posterior corpus callosum and crossing over into the left occipital lobe. Surrounding edema is identified. Imaging is consistent with GBM.

## Assessment

1. Glioblastoma Multiforme (Grade IV) Of The Cerebellum 191.6

Patient is a 61 year old gentleman with GBM involving both hemispheres s/p open biopsy.

## Plan

1. LORazepam 1 MG Oral Tablet; TAKE 1 TABLET q 6 hours as needed for anxiety and/or AT BEDTIME AS NEEDED FOR INSOMNIA; Therapy: 29May2014 to (Last Rx:29May2014)
2. Sulfamethoxazole-TMP DS 800-160 MG Oral Tablet; TAKE 1 TABLET every MONDAY, WEDNESDAY, AND FRIDAY while on Temodar; Therapy: 29May2014 to (Last Rx:29May2014)

Radiation therapy recommended with concurrent Temodar. The role of radiation therapy in the patient's clinical scenario was discussed in detail including the rationale, logistics, risks, benefits, short and long-term side effects, and alternatives. All questions were answered to the satisfaction of the patient who desires to proceed. Informed consent was obtained. Simulation will be performed today, and the start of radiotherapy will begin shortly thereafter.

I plan to discuss and coordinate case with patient's neuro-oncologist, Dr. Uhlmann, at BIDMC. Patient states Temodar has been prescribed and they are awaiting receipt from the mail order pharmacy. He is not aware of a prescription for Bactrim for PCP prophylaxis while on Temodar. Consequently, prescription for Bactrim dispensed with instructions on use.

Given his level of agitation and difficulty sleeping since starting Decadron a few weeks ago, I will also prescribe Ativan 1mg with instructions to take every 6 hours as needed. I will also initiate enrollement into the STAR physical therapy cancer program and arrange for an outpatient consultation with the supportive care team.

## Signatures

Electronically signed by : WILLIAM OMEARA, MD; May 29 2014 11:41AM

---

cc: ARLE,JEFFREY
BEAUDOIN,STEPHEN
Erik Uhlmann
Scott Floyd

000034

MATRIX ABSENCE MGMT
DANIELLE CARDENAS
PO BOX 13498
PHILADELPHIA, PA 19101-3498

187 pgs

**ATTENTION**

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**INVOICE**

Invoice #: 0162821481
Date: 1/31/2015
Customer #: 1571023

| Ship to: | Bill to: | Records from: |
|---|---|---|
| DANIELLE CARDENAS<br>MATRIX ABSENCE MGMT<br>PO BOX 13498<br>PHILADELPHIA, PA 19101-3498 | DANIELLE CARDENAS<br>MATRIX ABSENCE MGMT<br>PO BOX 13498<br>PHILADELPHIA, PA 19101-3498 | BETH ISRAEL DEACONESS MEDICAL<br>330 BROOKLINE AVENUE<br>BOSTON, MA 02215 |

**Requested By:** MATRIX ABSENCE MGMT
**Patient Name:** MINISTERI ANTHONY

**CLAIM NUMBER:** 201412050446LTD01
**DOB:** [redacted]53

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 21.84 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 82 | 0.38 | 31.16 |
| Per Page Copy (Paper) 2 | 100 | 0.74 | 74.00 |
| Shipping | | | 8.75 |
| Subtotal | | | 135.75 |
| Sales Tax | | | 8.15 |
| Invoice Total | | | 143.90 |
| Balance Due | | | 143.90 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**

**Please remit this amount : $ 143.90 (USD)**

---

**HealthPort**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: **0162821481**

Check # ____________________

Payment Amount $______________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

2285630

**MATRIX**
**ABSENCE MANAGEMENT**
A MEMBER OF THE TOKIO MARINE GROUP
AS ADMINISTRATOR FOR RELIANCE STANDARD LIFE INSURANCE CO.

P.O. Box 13498
Philadelphia, PA. 19101
(800) 866-2301

January 14, 2015

mail to

Beth Israel Deaconess Medical Center
330 Brookline Avenue
ATTN: Medical Records
Shapiro E/CC-010
Boston, MA 02215

Re: Claimant: Anthony Ministeri
Policy No: LTD 115774
Claim No: 2014-12-05-0446-LTD-01
Policyholder: AECOM Technology Corporation
Date of Birth: [redacted]/1953

JAN 23 2015

Dear Beth Israel Deaconess Medical Center:

Reliance Standard Life Insurance Company is the disability benefits carrier for the claimant listed above. So that we may continue to determine your patient's eligibility for benefits under the above policy, we require the following information from you:

- Copies of all office/treatment notes, operative reports, hospital records, diagnostic and laboratory test results, discharge summaries, etc, for the period of December 2013 to present.

An authorization for the release of this information is enclosed. Please return this correspondence with your response. If there is a charge for copying these records, please provide an invoice and include your tax identification number. If you wish, you can FAX this information to 602-866-9707.

If you have any questions regarding this matter, please feel free to contact me at 1-800-866-2301 ext. 56066.

Sincerely,

*Danielle Cardenas*

Danielle Cardenas Attn:
LTD Claims Department

Enclosure

c2 01130115

110393746

MATRIX
ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP

2421 W. Peoria Avenue, Suite 200
Phoenix, AZ 85029-4940

2014.12.05.0446.LTD.9

AUTHORIZATION FOR USE IN OBTAINING INFORMATION

NAME OF INSURED: Anthony Maisteri
INSURED LAST 4 DIGITS SSN: XXX-XX-[illegible]
POLICYHOLDER: Anthony Maisteri

To all physicians and other health care professionals, hospitals, other health care institutions, insurers, medical, hospital and prepaid health plans, pharmacies, employers, group policyholders, contract holders, governmental agencies, private and/or public benefit plan administrators, and/or attorney representatives, including but not limited to covered entities and business associates under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the accompanying regulations:

You are authorized to provide Reliance Standard Life Insurance Company and/or its authorized administrators (including but not limited to, Matrix Absence Management) with information concerning medical care, advice, and/or treatment provided to me, the above named Insured, and/or any employment, salary and/or benefit-related information concerning me, the above named Insured. I understand that the disclosure of information may include disclosure of protected health information under HIPAA and the accompanying regulations, information regarding treatment for mental illness, the human immunodeficiency virus (HIV) and/or the use of drugs and alcohol. I also understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and will no longer be subject to protection under HIPAA and the accompanying regulations. A statement of Reliance Standard Life Insurance Company's privacy policy is available at www.rsli.com or upon request.

I understand that any such information will be used for the purpose of evaluating my claim for benefits.

Upon request, I understand that I am entitled to receive a copy of this Authorization. This Authorization is valid from the date signed for the duration of the claim, and may be revoked by me at any time upon written request to the address below. A reproduction of this Authorization shall be considered as valid as the original.

11/24/14 [signature]

Date — Insured's Signature

(If the Insured is unable to sign, an authorized person may sign.)

Date — Authorized Person's Signature

Description of Authorized Person's authority to sign on behalf of Insured: ____________

---

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 08/11/14 Discharge Date: 08/21/14

Date of Birth: [redacted]1953 Sex: M

Service: MEDICINE

Allergies:
Oxycodone

Attending: LIEGEL,JESSICA J.

Chief Complaint:
Chief Complaint: chest pain, shortness of breath
Reason for MICU transfer: Massive PE

Major Surgical or Invasive Procedure:
Endotracheal intubation

History of Present Illness:
Mr. Ministri is a 51 year old male with history of GBM diagnosed in May s/p chemo/radiation. He presented to Anna Jaques 8/10/14 after sudden onset chest pain and SOB associated with lightheadedness while sitting on toilet, was found down at home by his wife. While at OSH ED, patient had questionable seizure, was intubated, post intubation with hypoxia and hypotension, transferred here by medflight and started on norepi en route.

In the ED, initial vitals: 137 158/119 22 84%. Labs were notable for CBC 19.9>13.3/39.7<118, differential with left shift, INR 1.1, PTT 23, BNP 344, Chem10 significant for K 5.9, bicarb 18, BUN 31, Cr 0.8, Gluc 264, Ca 7.5, P 5.3. ALT 74, AST 92, AP 54, Alb 3.7. UA with proteinuria and glucosuria. EKG with sinus tach and S1Q3T3. CTA with saddle PE with trop 0.18, 7.12/64/93/22, lactate 3.4.
Patient was given TPA (6mg push and 50mg over 1 hr). Tachycardia improved (120s) after TPA and Levophed was weaned.
On transfer to MICU, vitals were: HR 109, BP 82/63, RR 18, SO2 100% on CMV

Past Medical History:
1. Right frontal and parietal mass - GBM
2. Cluster headaches, botulinum injections

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT Page 2
**** DISCHARGE SUMMARY ****
Signed by: LIEGEL,JESSICA J., MD

**Patient: 2285630 MINISTERI,ANTHONY**
Report Date: 08/21/14

---

(Cont.)

3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia

Social History:
He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He smokes 1 ppd for many years.

Family History:
Noncontributory

Physical Exam:
ADMISSION PHYSICAL EXAM:
VS 98.7 99/65 67 20 97% RA
Gen - alert, NAD, pleasant
HEENT - fading bruising over neck, below R mandible, and R eyelid, MMM, no OP lesions
CV - RRR, no murmur
Resp - crackles on R base unchanged
Ab - soft, NT, ND, BS active, no HSM
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremities
Neuro - PERL, EOMI, face symmetric, moves all ext against resistance, sensation intact to light touch

Pertinent Results:
IMAGES:
8/11/14: CTA Chest
1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are suspicious for pulmonary infarctions.

8/11/14: CT Head
Multilocular cystic lesion centered in the right parietal lobe

AR0347

---

(Cont.)

and extending across the corpus callosum, consistent with the patient's known glioblastoma and surrounding posttreatment changes. No hemorrhage.

8/11 EKG: Sinus tachycardia with HR of ~150, S1Q3T3 present

Echo 8/11 - The left atrium is normal in size. No atrial septal defect is seen by 2D or color Doppler. The estimated right atrial
pressure is at least 15 mmHg. There is mild symmetric left ventricular hypertrophy with normal cavity size and global systolic function (LVEF=55%). Due to suboptimal technical quality, a focal wall motion abnormality cannot be fully excluded. There is no ventricular septal defect. The right ventricular cavity is dilated with depressed free wall contractility. There is no aortic valve stenosis. No aortic regurgitation is seen. The mitral valve appears structurally normal with trivial mitral regurgitation. The pulmonary artery systolic pressure could not be determined. There is no pericardial effusion.

CXR 8/14 -
IMPRESSION:
1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.

Ab U/S 8/18:
1. Mildly echogenic liver consistent with steatosis. Other forms
of liver disease and more advanced liver disease including steatohepatitis, fibrosis, or cirrhosis cannot be excluded on this study.
2. No evidence of cholelithiasis or findings suggestive of acute
cholecystitis.

Brain MRI preliminary 8/18:
1. Right parietal peripherally enhancing mass, extending past midline through the splenium of the corpus callosum, which has slightly decreased in size when compared to prior exam. There

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT Page 4
**** DISCHARGE SUMMARY ****
Signed by: LIEGEL,JESSICA J., MD

**Patient: 2285630 MINISTERI,ANTHONY**
Report Date: 08/21/14

---

(Cont.)

is surrounding edema, mild adjacent sulcal effacement as well as effacement of the posterior horn of the right lateral ventricle. The degree of mass effect appears to have slightly improved from prior exam.
2. In addition, there has been interval growth in size of multiple satellite lesions, most prominently of a right frontal and left parietal lesions described above.
3. No new lesions are noted.

Brief Hospital Course:
51M with history of GBM diagnosed in May s/p chemo/radiation found to have a massive PE leading to respiratory failure and cardiogenic shock, transferred to the MICU s/p lysis with tPA.

Hospital Course by Problem:

Hypercarbic respiratory failure - Resolved. Intubated on transfer here, had some dysynchrony with vent, was paralyzed and received epoprostenol. Improved and was and extubated 8/14/14, intermittent low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due to GBM then 50mg infusion on 8/10). Neurosurgery was consulted, and agreed with anticoagulation, after weighing the risks and benefits in this patient. Initially on heparin gtt and then on lovenox transitioned 8/16. Xa level 8/18 is in range.

Cardiogenic shock - REsolved. R heart strain 2/2 PE. Echo post TPA with
dilated RV and some decreased function. Initially required vasopressin and norepi. Pressors were able to be weaned off by 8/12. BP stable since, had some volume overload not requiring diuresis

Supratherapeutic PTT - REsovled. while on heparin gtt, likey contributed to
bruising. head Ct without hemorrhage 8/11

GBM - s/p chemorads in May during which time he was on low dose temodar. neuro-oncology consulted while pt in ICU. Has continued on dex and seizure meds. Restaging MRI done 8/18 w/ some improvement in large R parietal mass however satellite lesions are stable to increased. Will need to resume

AR0349

---

(Cont.)

chemotherapy, plan is for cycled temodar per Dr Uhlman to be started on discharge.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on CXR PNA vs pulmonary infarction, air-bronchogram present. initially treated with vancomycin + cefepime. Hflu was beta-lactamase negative, narrowed to levaquin, completed 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress response from PE, pt also on dex. Did not worsen with development
of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning for
cholelithiasis/cholecystitis but U/S normal. liver enzymes improving, ? passed gallstone. Now tolerating regular diet and enzymes improved

Delirium - treated with olanzapine in ICU, resolved other than difficulty w/ sleep/wake cycle. on increased dose trazodone

Constipation - no stool for several days while in ICU. Good relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although large diffuse ecchymoses which is likey cause. also ?dilutional and phlebotomy vs
occult GI bleed on heparin but guiac negative. Hemoglobin has remained stable ~9 since transfer out of ICU

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2 consumption from clot, did not decrease on heparin and now resolved. Has had hx of this while on temodar in past so will need to monitor while restarting

Hyperlipidemia - noted to have significant steatosis on liver U/S. Fasting cholesterol markedly elevated, LDLcalc 231. REstarted simvastatin, was taking in past but stoped. Discussed with patient that needs to have this followed with his PCP.

Medications on Admission:
The Preadmission Medication list is accurate and complete.

---

(Cont.)

1. Fluconazole 200 mg PO BID
2. Dexamethasone 2 mg PO Q12H
3. Prochlorperazine 10 mg PO BID PRN nausea
4. Lorazepam 1 mg PO BID
5. Ondansetron 8 mg PO BID PRN nausea

Discharge Medications:
1. Dexamethasone 2 mg PO Q12H
2. Lorazepam 1 mg PO BID
RX *lorazepam 1 mg 1 tablet by mouth twice a day Disp #*30 Tablet Refills:*1
3. Enoxaparin Sodium 90 mg SC Q12H
Start: 08/20/14, First Dose: Next Routine Administration Time
4. Pantoprazole 40 mg PO Q12H
5. Polyethylene Glycol 17 g PO DAILY:PRN constipation
6. Senna 8.6 mg PO BID constipation
7. Simvastatin 20 mg PO QPM
8. Ondansetron 8 mg PO BID PRN nausea
9. Prochlorperazine 10 mg PO BID PRN nausea

Discharge Disposition:
Extended Care

Facility:
Wingate - Andover

Discharge Diagnosis:
Saddle pulmonary embolus
Acute respiratory failure requiring intubation
Hypotension due to cardiogenic shock
Pulmonary infarct
Pneumonia

Discharge Condition:
Condition - stable
Mental status - alert
Ambulatory status - Needing some assistance with ambulation

Discharge Instructions:
Mr Ministeri, it was a pleasure caring for you during your stay

---

(Cont.)

at BIDMC. You were admitted after you were found down at home. You required a breathing tube prior to transfer as well as medications to support your blood pressure. On arrival at BIDM you were found to have a very large blood clot in your pulmonary artery. You were given clot-busting medications and did improve after that. The breathing tube was taken out and you are no longer requiring oxygen. You were started on blood thinners and this will be needed indefinitely. You also were treated for pneumonia, the bacteria found on your sputum cultures is Hemophilus Influenza. You were treated with antibiotics for this and finished on 8/19/14. lastly your cholesterol was elevated and you were found to have fatty liver on ultrasound. A cholesterol lowering drug, simvastatin, was started and this will need to be followed by your primary care provider

Followup Instructions:
You should schedule follow up with your primary doctor for in at least one month for follow up of high cholesterol
You should follow up with Dr Uhlman as deteremined by neuro-oncology clinic

JESSICA J. LIEGEL MD 12-CII

Completed by: JESSICA J. LIEGEL MD 12-CII 08/21/14 @ 1236
Signed electronically by: DR. JESSICA J. LIEGEL, MD
on: THU AUG 21,2014 12:36 PM

**** ADDENDUM TO DISCHARGE SUMMARY ****
Signed by: KASPER,EKKEHARD, MD

**Patient: 2285630 MINISTERI,ANTHONY**
Report Date: 05/22/14

---

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 05/21/14 Discharge Date: 05/22/14

Date of Birth: [redacted]/1953 Sex: M

Service: NEUROSURGERY

Allergies:
Oxycodone

Attending: KASPER,EKKEHARD M.

Addendum:
Changed keppra to Zonisamide for anti-seizure prophylaxis after discussion with neuro-oncology and also decreased prescription amount of PO Dilaudid.

Discharge Medications:
1. Acetaminophen 325-650 mg PO Q6H:PRN pain
2. Dexamethasone 4 mg PO Q8H
RX *dexamethasone 4 mg 1 tablet(s) by mouth q8hours Disp #*60 Tablet Refills:*0
3. Docusate Sodium 100 mg PO BID
RX *docusate sodium 100 mg 1 tablet(s) by mouth twice a day Disp #*60 Tablet Refills:*0
4. Famotidine 20 mg PO BID
5. HYDROmorphone (Dilaudid) 2 mg PO Q6H:PRN pain
RX *hydromorphone [Dilaudid] 2 mg 1 tablet(s) by mouth q6hours Disp #*15 Tablet Refills:*0
6. Zonisamide 100 mg PO BID Duration: 14 Days
RX *zonisamide 100 mg 1 capsule(s) by mouth twice a day Disp #*28 Capsule Refills:*0

Discharge Disposition:
Home

EKKEHARD M. KASPER MD 14-AAE

Completed by: ANDREW M. BUSLER NP 80-DHI 05/22/14 @ 1017
Signed electronically by: DR. EKKEHARD KASPER, MD
on: THU MAY 22,2014 6:40 PM

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT

**** DISCHARGE SUMMARY ****

Signed by: KASPER,EKKEHARD, MD

**This summary has an ADDENDUM; please see the separate document(s).**

**Patient: 2285630 MINISTERI,ANTHONY**

Report Date: 05/22/14

---

Name: MINISTERI,ANTHONY    Unit No: 2285630

Admission Date: 05/21/14    Discharge Date: 05/22/14

Date of Birth: [redacted]1953    Sex: M

Service: NEUROSURGERY

Allergies:
Oxycodone

Attending: KASPER,EKKEHARD M.

Chief Complaint:
R brain lesion

Major Surgical or Invasive Procedure:
5/21/14 R stereotatic brain biopsy

History of Present Illness:
61 y/o M presents for elective stereotatic brain biopsy.

Past Medical History:
1. Right frontal and parietal mass
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia

Social History:
lives at home with his wife

Family History:
NC

Physical Exam:
On Discharge:
intact, stable L peripheral visual field cut

Pertinent Results:

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT Page 2
**** DISCHARGE SUMMARY ****
Signed by: KASPER,EKKEHARD, MD
**This summary has an ADDENDUM; please see the separate document(s).**

**Patient: 2285630 MINISTERI,ANTHONY**
Report Date: 05/22/14

---

(Cont.)

CT Head Pre-op 5/21
1. Status post biopsy and stereotactic device placement.
2. Re-demonstration of known right frontoparietal mass with extension into the left cerebral hemisphere. New hyperdensity antero-inferiorly to this mass, which, given appearance over short time interval, most likely represents focus of hemorrhage. Mildly increased vasogenic edema and subsequent mass effect.

CT Head post-op:
1. Right parietal burr hole with new 1.2 x 1.5 cm hemorrhage superior to
known right frontoparietal mass status post biopsy.
2. Stable mass effect with unchanged mass effect and ventricular configuration.

Brief Hospital Course:
61 y/o M presents for elective R stereotatic brain biopsy. He was taken to the OR on 5/21 with no intraoperative complications. Patient was extubated in the oeprating room and transferred to the PACU for recovery. He remained stable in the recovery room and was transferred to the floor for further care. He met with radiation oncology for discussion of radiaition therapy and decision was made that he will undergoing radiation closer to his home. Overnight into 5/22 he had no issues and on the morning of 5/22 he was deemed fit for discharge to home without services. He was given instructions for followup, prescriptions for required medications, and all questions were answered prior to discharge.

Medications on Admission:
decadron, keppra, pepcid, senna

Discharge Medications:
1. Acetaminophen 325-650 mg PO Q6H:PRN pain
2. Dexamethasone 4 mg PO Q8H
RX *dexamethasone 4 mg 1 tablet(s) by mouth q8hours Disp #*60 Tablet Refills:*0
3. Docusate Sodium 100 mg PO BID
RX *docusate sodium 100 mg 1 tablet(s) by mouth twice a day Disp #*60 Tablet Refills:*0
4. Famotidine 20 mg PO BID

AR0355

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT Page 3
**** DISCHARGE SUMMARY ****
Signed by: KASPER,EKKEHARD, MD
**This summary has an ADDENDUM; please see the separate document(s).**

**Patient: 2285630 MINISTERI,ANTHONY**
Report Date: 05/22/14

---

(Cont.)

5. LeVETiracetam 500 mg PO BID
6. HYDROmorphone (Dilaudid) 2 mg PO Q6H:PRN pain
RX *hydromorphone [Dilaudid] 2 mg 1 tablet(s) by mouth q6hours
Disp #*30 Tablet Refills:*0

Discharge Disposition:
Home

Discharge Diagnosis:
R brain lesion

Discharge Condition:
Mental Status: Clear and coherent.
Level of Consciousness: Alert and interactive.
Activity Status: Ambulatory - Independent.

Discharge Instructions:
Have a friend/family member check your incision daily for signs of infection.

' Take your pain medicine as prescribed.

' Exercise should be limited to walking; no lifting, straining, or excessive bending.

' Dressing may be removed on Day 2 after surgery.

' Your wound was closed with staples and you must wait until after they are removed to wash your hair. You may shower before this time using a shower cap to cover your head.

' Increase your intake of fluids and fiber, as narcotic pain medicine can cause constipation. We generally recommend taking an over the counter stool softener, such as Docusate (Colace) while taking narcotic pain medication.

' Unless directed by your doctor, do not take any anti-inflammatory medicines such as Motrin, Aspirin, Advil, and Ibuprofen etc.

AR0356

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT Page 4
**** DISCHARGE SUMMARY ****
Signed by: KASPER,EKKEHARD, MD
**This summary has an ADDENDUM; please see the separate document(s).**

**Patient: 2285630 MINISTERI,ANTHONY**
Report Date: 05/22/14

---

(Cont.)

´ You have been discharged on Keppra (Levetiracetam), you will not require blood work monitoring.

´ Clearance to drive and return to work will be addressed at your post-operative office visit.

´ Make sure to continue to use your incentive spirometer while at home, unless you have been instructed not to.

CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE FOLLOWING

´ New onset of tremors or seizures.

´ Any confusion or change in mental status.

´ Any numbness, tingling, weakness in your extremities.

´ Pain or headache that is continually increasing, or not relieved by pain medication.

´ Any signs of infection at the wound site: redness, swelling, tenderness, or drainage.

´ Fever greater than or equal to 101¯ F.

Followup Instructions:
Follow-Up Appointment Instructions

´ Please return to the office in 7-10 days(from your date of surgery) for removal of your staples and a wound check. This appointment can be made with the Physician Assistant or Nurse Practitioner. Please make this appointment by calling 617-632-7246. If you live quite a distance from our office, please make arrangements for the same, with your PCP.

AR0357

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT                Page 5
**** DISCHARGE SUMMARY ****
Signed by: KASPER,EKKEHARD, MD
**This summary has an ADDENDUM; please see the separate document(s).**

**Patient: 2285630  MINISTERI,ANTHONY**
Report Date: 05/22/14

---

(Cont.)

        You will have radiation therapy closer to home. You will
be contacted by the facility performing the radiation to set
this up.

        You have an appointment scheduled in the rbain tumor
clinic, the information is below.
Department: NEUROLOGY
When: MONDAY JUN 02,2014 at 12:00 PM
With: ERIK JANOS UHLMANN, MD 617-667-1665
Building: SC Shapiro Clinical Ctr 8th Floor
Campus: EAST     Best Parking: Shapiro Garage


                        EKKEHARD M. KASPER MD 14-AAE

Completed by: ANDREW M. BUSLER NP 80-DHI 05/22/14 @ 0951
Signed electronically by: DR. EKKEHARD KASPER, MD
                    on: THU MAY 22,2014 6:39 PM

AR0358

---

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 05/12/14 Discharge Date: 05/13/14

Date of Birth: [redacted]/1953 Sex: M

Service: NEUROSURGERY

Allergies:
Oxycodone

Attending: ARLE,JEFFREY E.

Chief Complaint:
elective admit for brain biopsy

Major Surgical or Invasive Procedure:
Brain Biopsy right by DR Arle on 5/12/2014

History of Present Illness:
This is a 61 year old gentleman who initiatlly presented 1 week of symptoms consisting ofdisorientation, difficulty driving, difficulty concentrating,
and some poor balance when ambulating. Imaging was done which showed
a right sided brain lesion on CT that appeared to cross the midline concerning for high grade glioma. The patient is no presenting for elective brain biopsy

Past Medical History:
Right hip replacement, osteoarthritis

Social History:
lives at home with his wife

Family History:
NC

Physical Exam:
admission:
5/12/2014
neurologically intact

---

(Cont.)

5/13/2014

slight subtle left hand turn on pronator, slight left drift, otherwise neuro intact, very brisk

Pertinent Results:
Pathology Report Tissue: BRAIN, BIOPSY Procedure Date of 05/12/2014

Report not finalized.
Logged in only.
PATHOLOGY # SU14-20067
BRAIN, BIOPSY

Radiology Report MR HEAD W/ CONTRAST Study Date of 05/12/2014 5:23 AM

IMPRESSION:

Previously seen irregular rim enhancing lesions in the right periatrial region and extending to the corpus callosum to the left occipital lobe is again identified for surgical planning.

Radiology Report CT HEAD W/O CONTRAST Study Date of 05/12/2014 9:34 PM

IMPRESSION:

Status post biopsy of the right periatrial mass with small amount of blood
products in the surgical bed. No change in mass effect.

Radiology Report PORTABLE HEAD CT W/O CONTRAST Study Date of 05/13/2014 8:18 AM

IMPRESSION:

Status post biopsy of right periatrial mass with unchanged small amount of
blood products in the surgical bed. No change in mass effect

(Cont.)

Brief Hospital Course:
This is a 61 year old male who electively presents for a brain biopsy with Dr Arle. The patient tolerated the procedure well and was recovered in the ICU. The patient had a post op NCHCT that was consistent with Status post biopsy of the right periatrial mass with small amount of blood products in the surgical bed. No change in mass effect. The patients exam was consistent with slight subtle left hand cupping on pronator drift exam with some very subtle left neglaect. otherwise, The patient was neurologically intact and very brisk.

On 5/13, The patient had a repeat NCHCT that was stable. The patients neurologically exam was stable. The patient was mobilized and was independent with ambulation. The patient's diet was advanced. The patient was discharged to home.

Discharge Medications:
1. Dexamethasone 4 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 4 mg 1 tablet(s) by mouth three times a day Disp #*6 Tablet Refills:*0
2. Dexamethasone 3 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 1 mg 3 tablet(s) by mouth every eight (8) hours Disp #*18 Tablet Refills:*0
3. Dexamethasone 2 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 2 mg 1 tablet(s) by mouth q8 Disp #*6 Tablet Refills:*0
4. Dexamethasone 2 mg PO Q12H
RX *dexamethasone 2 mg 1 tablet(s) by mouth q12 hours Disp #*60 Tablet Refills:*1
5. Docusate Sodium 100 mg PO BID
RX *docusate sodium [Colace] 100 mg 1 capsule(s) by mouth twice a day Disp #*60 Capsule Refills:*0
6. Famotidine 20 mg PO BID
RX *famotidine 20 mg 1 tablet(s) by mouth twice a day Disp #*60 Tablet Refills:*0
7. LeVETiracetam 500 mg PO BID
RX *levetiracetam 500 mg 1 tablet(s) by mouth twice a day Disp #*60 Tablet Refills:*0
8. OxycoDONE (Immediate Release) 5-10 mg PO Q4H:PRN pain
RX *oxycodone 5 mg 5-10 mg tablet(s) by mouth every four (4)

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT
Page 4
**** DISCHARGE SUMMARY ****
Signed by: ARLE,JEFFREY, MD

**Patient: 2285630 MINISTERI,ANTHONY**
Report Date: 05/13/14

(Cont.)

hours Disp #*50 Tablet Refills:*0
9. Senna 8.6 mg PO BID constipation
RX *sennosides [senna] 8.6 mg 1 mg by mouth twice a day Disp #*60 Capsule Refills:*0

Discharge Disposition:
Home

Discharge Diagnosis:
Right BRAIN LESION

Discharge Condition:
alert and oriented to person/place/time
pupils equal and reactive
slight left cupping of the hand/pronator drift exam
very subtle left neglect
strength and sensation full
incision well healed / approximated with staples

Discharge Instructions:
Brain Biopsy of mass
Dr. Arle

Have a friend/family member check your incision daily for signs of infection.

Take your pain medicine as prescribed.

Exercise should be limited to walking; no lifting, straining, or excessive bending.

Dressing may be removed on Day 2 after surgery on 5/14/2014

Your wound was closed with staples. you must wait until after they are removed to wash your hair. You may shower before this time using a shower cap to cover your head.

Increase your intake of fluids and fiber, as narcotic pain medicine can cause constipation. We generally recommend taking an over the counter stool softener, such as Docusate (Colace) & Senna while taking narcotic pain medication.

Unless directed by your doctor, DO NOT take any anti-inflammatory medicines such as Motrin, Aspirin, Advil, and Ibuprofen etc.

You have been discharged on Keppra (Levetiracetam) for seizure prophylaxsis, you will not require blood work monitoring.

AR0362

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT Page 5
**** DISCHARGE SUMMARY ****
Signed by: ARLE,JEFFREY, MD

**Patient: 2285630 MINISTERI,ANTHONY**
Report Date: 05/13/14

(Cont.)

You are being sent home on steroid medication, make sure you are taking a medication to protect your stomach (Prilosec, Protonix, or Pepcid), as these medications can cause stomach irritation. Make sure to take your steroid medication with meals, or a glass of milk.

Clearance to drive and return to work will be addressed at your post-operative office visit.

Make sure to continue to use your incentive spirometer while at home.

CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE FOLLOWING

New onset of tremors or seizures.

Any confusion or change in mental status.

Any numbness, tingling, weakness in your extremities.

Pain or headache that is continually increasing, or not relieved by pain medication.

Any signs of infection at the wound site: increasing redness, increased swelling, increased tenderness, or drainage.

Fever greater than or equal to 101.5¯ F.

Followup Instructions:
Follow-Up Appointment Instructions:

Please return to the office in 14 days (from your date of surgery on 5/12/2014) for removal of your staples and a wound check. This appointment can be made with the Physician Assistant or Nurse Practitioner. Please make this appointment by calling 617-632-7246. If you live quite a distance from our office, please make arrangements for the same, with your PCP.
You have an appointment in the Brain Tumor Clinic on

05/19/14 11:00a UHLMANN,BRAIN TUMOR
SC SHAPIRO CLINICAL CTR, 8TH FLOOR
NEUROLOGY UNIT CC8 (SB)
Create Visit Summary

. The Brain Tumor Clinic is located on the East Campus of BIDMC, in the Shapiro Building, 8th floor. Their phone number is 617-667-1665. Please call if you need to change your appointment, or require additional directions.

AR0363

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT
Page 6
**** DISCHARGE SUMMARY ****
Signed by: ARLE,JEFFREY, MD

**Patient: 2285630 MINISTERI,ANTHONY**
Report Date: 05/13/14

(Cont.)

JEFFREY E. ARLE MD 14-AAR

Completed by: LISA WILLIAMS NP 80-DAV 05/13/14 @ 1922
Signed electronically by: DR. JEFFREY ARLE, MD
on: THU MAY 22,2014 9:33 PM

AR0364

---

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 05/07/14 Discharge Date: 05/09/14

Date of Birth: [redacted]/1953 Sex: M

Service: NEUROSURGERY

Allergies:
No Known Allergies / Adverse Drug Reactions

Attending: ARLE,JEFFREY E.

Chief Complaint:
disorientation

Major Surgical or Invasive Procedure:
none
the patient is to returen for a Brain Biopsy with Dr Arle on 5/12

History of Present Illness:
This is a 61 year old gentleman who presented to an OSH for evaluation after he had 1 week of symptoms consisting of disorientation, difficulty driving, difficulty concentrating, and
some poor balance when ambulating. Imaging was done which showed a right sided brain lesion on CT that appeared to cross the midline concerning for high grade glioma. He was sent to BIDMC for further management and care. He denies headaches, nausea, vomiting, dizziness, changes in vision, hearing, or speech.

Past Medical History:
Right hip replacement, osteoarthritis

Social History:
lives at home with his wife

Family History:
NC

Physical Exam:

---

(Cont.)

On Admission:
Gen: WD/WN, comfortable, NAD.
HEENT: Pupils: PERRL EOMs full however does skip when looking to left
Neck: Supple.
Lungs: CTA bilaterally.
Cardiac: RRR. S1/S2.
Abd: Soft, NT, BS+
Extrem: Warm and well-perfused.
Neuro:
Mental status: Awake and alert, cooperative with exam, normal affect.
Orientation: Oriented to person, place, and date.
Language: Speech fluent with good comprehension and repetition. Naming intact. No dysarthria or paraphasic errors.

Cranial Nerves:
I: Not tested
II: Pupils equally round and reactive to light, 4mm to 2mm bilaterally. On gross visual field exam has a left homonymous
hemianopsia
III, IV, VI: EOMs full but does skip to left side to try and catch up c/w field cut
V, VII: Facial strength and sensation intact and symmetric.
VIII: Hearing intact to voice.
IX, X: Palatal elevation symmetrical.
XI: Sternocleidomastoid and trapezius normal bilaterally.
XII: Tongue midline without fasciculations.

Motor: Normal bulk and tone bilaterally. No abnormal movements, tremors. Strength full power 5/5 throughout. No pronator drift

Sensation: Intact to light touch, proprioception, pinprick and vibration bilaterally.

On Discharge:
5/9:
neurologically intact

Pertinent Results:
Radiology Report MR HEAD W & W/O CONTRAST Study Date of 05/08/2014 12:03 PM

(Cont.)

IMPRESSION:

Irregular enhancing mass lesion with central areas of low signal intensity is with involvement of the corpus callosum in both occipital lobes most likely due to a glioma. No midline shift or hydrocephalus.

Radiology Report CT ABD & PELVIS W & W/O CONTRAST, ADDL SECTIONS Study Date of 05/08/2014 10:57 AM

IMPRESSION:

Please note that thoracic findings will be detailed in a separate chest CT report.

1. Multiple hepatic hypodensities, some of which may represent hemangiomas, however metastatic disease cannot be excluded. Recommend MRI of the liver for additional evaluation.

2. Lytic appearing lesion in T11, which may represent an atypical hemangioma or metastatic disease. Recommend MRI of the thoracic spine for additional evaluation.

3. Area of increased sclerosis in the intertrochanteric region of the left femur likely represents a cartilaginous lesion, such as an enchondroma. Dedicated radiograph of the left femur could be performed for additional evaluation.

Radiology Report CT CHEST W/CONTRAST Study Date of 05/08/2014 11:05 AM

IMPRESSION:

no evidence of intrathoracic malignancy. Mild to moderate emphysema

Brief Hospital Course:
This is a 61 year old M with symptoms of disorientation and difficulty concentrating who presented after a head CT showed a

(Cont.)

R sided brain lesion that crosses the midline. He was admitted to the neurosurgery service for further management and evaluation. He was started on decadron and keppra.

On 5/8, patient was stable on exam. MRI head and CT torso were ordered.

On 5/9, The results of the MRI of the Brain and the CT torso were discussed with the patient and his wife. Neuro oncology and radiation oncology as well as medical oncology were all consulted. The patient requested to be discharged to home and is planned to return to the hospital on Monday 5/12 for a Brain Biopsy with Dr Arle.

Medications on Admission:
none

Discharge Medications:
1. Bisacodyl 10 mg PO/PR DAILY constipation
RX *bisacodyl 5 mg 2 tablet(s) by mouth once a day Disp #*60 Tablet Refills:*0
2. Dexamethasone 4 mg PO Q6H
RX *dexamethasone 4 mg 1 tablet(s) by mouth every 6 hours Disp #*45 Tablet Refills:*0
3. Famotidine 20 mg PO BID
RX *famotidine 20 mg 1 tablet(s) by mouth twice a day Disp #*60 Tablet Refills:*0
4. LeVETiracetam 500 mg PO BID
RX *levetiracetam 500 mg 1 tablet(s) by mouth twice a day Disp #*60 Tablet Refills:*0

Discharge Disposition:
Home

Discharge Diagnosis:
R brain lesion

Discharge Condition:
neurologically intact

(Cont.)

Discharge Instructions:
Your Brain Biopsy is scheduled with Dr Arle for Monday. There is no time set at this point. Your surgery is scheduled as an ADD ON case.

You will need a MRI of the Brain for OPERATIVE planning. The appointment for the MRI is at 5:20 am Monday on 5/12.

please do not eat or drink any thing after 11pm on 5/11 Sunday.

DO NOT take any aspirin, ibuprofen, heparin, lovenox, plavix, coumadin or any other blood thining medications prior to surgery. You should not take any of these medications for 7 days prior to the operating

´ Exercise should be limited to walking; no lifting, straining, or excessive bending.

´ DO NOT take any anti-inflammatory medicines such as Motrin, Aspirin, Advil, and Ibuprofen etc.

´ You have been discharged on Keppra (Levetiracetam), you will not require blood work monitoring. This is a medication to prevent seizures.

´ You are being sent home on steroid medication ( Decadron 4 mg every 6 hours), make sure you are taking a medication to protect your stomach (Pepcid), as these medications can cause stomach irritation. Make sure to take your steroid medication with meals, or a glass of milk.

´ Clearance to drive and return to work will be addressed at your post-operative office visit.

´ Make sure to continue to use your incentive spirometer while at home.

CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE FOLLOWING

´ New onset of tremors or seizures.

(Cont.)

- Any confusion or change in mental status.
- Any numbness, tingling, weakness in your extremities.
- Pain or headache that is continually increasing, or not relieved by pain medication.
- Any signs of infection at the wound site: increasing redness, increased swelling, increased tenderness, or drainage.
- Fever greater than or equal to 101.5 F.

Followup Instructions:
Follow-Up Appointment Instructions

Your Brain Biopsy is scheduled with Dr Arle for Monday 5/12. There is no time set at this point. Your surgery is scheduled as an ADD ON case. If you should have any questions, please call the office at 617-632-7246.

You will need a MRI of the Brain for OPERATIVE planning. The appointment for the MRI is at 5:20 am Monday on 5/12.

JEFFREY E. ARLE MD 14-AAR

Completed by: LISA WILLIAMS NP 80-DAV 05/09/14 @ 1527
Signed electronically by: DR. JEFFREY ARLE, MD
on: MON MAY 12,2014 12:51 PM

---

Name: MINISTERI, ANTHONY Unit No: 2285630

Service: Date: 05/21/2014

Date of Birth: [redacted]/1953 Sex: M

Surgeon: Ekkehard Kasper, MD 93140

PRINCIPAL DIAGNOSIS: Intracranial lesion.

POSTOP DIAGNOSIS: GBM.

PRINCIPLE PROCEDURE: CT-guided stereotactic brain biopsy, right side.

ASSISTANTS: Kimberly Soorabally, PAC.

INDICATION: The patient is a 61-year-old gentleman who was recently admitted to the BI Deaconess Medical Center with a newly diagnosed intracranial lesion. The lesion is multiloculated, infiltrate corpus callosum was suspicious for an intrinsic neoplasm. The previous brain biopsy did not reveal a diagnostic specimen. Patient hence had to go back to the operating room for redo biopsy. New access point was chosen. The patient was consented. The patient underwent general endotracheal anesthesia by the Anesthesia team. There were no complications on induction. There was adequate blood pressure control. The patient was taken to the OR, and had a CRW frame placed. The patient is now brought back to the CT scanner. A CT in the ring was obtained with contrast. The Radionics StereoCalc software was used to calculate adequate trajectories and target. The patient was brought back to the OR. The patient was positioned supine on the OR table. The CRW frame is now mounted onto a Mayfield headrest. The patient was positioned in a near sitting position. The patient was shaved. The patient was prepped and draped in the usual sterile fashion. Coordinates and trajectories were tested on the phantom. The patient tolerated the procedure well. The patient was now prepped and draped in the usual sterile fashion. Local anesthesia was instilled along the incision line. The incision was carried out with a #10 blade. The incision was carried down to the bone. Self-retaining retractors were inserted. A single burr hole was placed. Remnants of the inner table removed using a straight cup curette. We then coagulated the dura. A Nashold needle was advanced towards the intended

(Cont.)

target point and initially two cores obtained at 12 and 6 o'clock. The needle was then advanced 5 mm and two more cores were obtained at 3 and 9 o'clock. Intraoperative fresh frozen analysis revealed necrotic material and normal white matter but no clear areas of tumor. We therefore advanced the biopsy needle another with a 5 mm and rotated back to 12 o'clock and 6 o'clock, obtained two more cores revealing intraoperative GBM. We then withdrew the needle. There were no complications except a small amount of bleeding from the biopsy site. This was irrigated and stopped spontaneously. There were no complications.
The patient was kept intubated and brought to the CAT scanner for postop scan and then brought to the PACU for extubation. The patient remained stable throughout. The wound was closed in layers. The patient had no other intraoperative issues.

Ekkehard Kasper, MD 14AAE
I was physically present during all critical and key portions of the procedure and immediately available to furnish services during the entire procedure, in compliance with CMS regulations.

Dictated By: Ekkehard Kasper, MD

MEDQUIST36
D: 05/21/2014 12:15:17
T: 05/21/2014 16:23:57
Job#: 033130
Signed electronically by: DR. EKKEHARD KASPER, MD
on: THU MAY 22,2014 8:43 AM

---

Name: MINISTERI, ANTHONY Unit No: 2285630

Service: Date: 05/12/2014

Date of Birth: [redacted]/1953 Sex: M

Surgeon: Jeffrey E. Arle, M.D. 92347

PREOPERATIVE DIAGNOSIS: Refractory infiltrative brain tumor.

POSTOPERATIVE DIAGNOSIS: Refractory infiltrative brain tumor.

ANESTHESIA: General.

PROCEDURE: Frameless stereotactic navigation-assisted biopsy.

SURGEON'S ATTESTATION: I was present and performed all important and otherwise parts of the case myself .

DESCRIPTION OF PROCEDURE: The patient was taken to the operating room on 05/12/2014 intubated, placed in Mayfield head pins, shaved and prepped and draped for a right frontotemporal incision and bur hole. The BrainLAB system was used with fiducials obtained from the MRI scan earlier that day and localized into the system where the tumor could be readily appreciated and the articulating arm could be moved into position with the biopsy needle. After an appropriate time-out, the incision was made with a 10-blade. Careful dissection down to the bone was made with a small Weitlaner for self-retaining retraction. Hemostasis was obtained using the bipolar. A 14 mm bur hole was used, and the dura was coagulated and opened with an 11-blade. The small area of the cortex and the pia was opened with the bipolar. There were no veins in the region, and the biopsy needle was then placed into the designated target and secured into position.

Four-quadrant biopsies were begun. The first quadrant was obtained without incident, as was the second. On the third biopsy, there was blood obtained, and it appeared a small amount of blood was coming through the cannula itself. The syringe was used to remove a small amount of blood, probably 3 cc total. Then, the stylet was replaced. It was periodically looked at, and a small amount of saline was used

--

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT Page 2
**** OPERATIVE REPORT ****
Signed by: ARLE,JEFFREY, MD

**Patient: 2285630 MINISTERI,ANTHONY**
Report Date: 05/12/14

---

(Cont.)

in the cannula, but the decision was made to stop the biopsies at this point and look at the tissue.

His tissue was examined and, while there was edematous white matter and infiltrative reactive astrocytes, it did not appear that there was a diagnosis that could be made. However, the rest of the tissue would be examined, and the decision was made not to proceed with any further biopsy as there was no ability to know how large the bleed was. We let the patient wake up and examined it. So the area was made hemostatic, and the biopsy needle was removed. The wound was closed using interrupted Vicryl and staples. The patient was then taken out of the Mayfield head frame, awakened, extubated, moving all 4 extremities and response down to the CAT scanner for a CAT scan, where a small bleed was noted. The patient was then transferred to the ICU for further care, appropriate and following commands.

Jeffrey E. Arle, M.D. 14-AAR

I was physically present during all critical and key portions of the procedure and immediately available to furnish services during the entire procedure, in compliance with CMS regulations.

Dictated By: Jeffrey E. Arle, M.D.

MEDQUIST36
D: 05/19/2014 18:54:56
T: 05/19/2014 19:29:22
Job#: 028510
Signed electronically by: DR. JEFFREY ARLE, MD
on: THU MAY 22,2014 9:35 PM

AR0374

Beth Israel Deaconess Medical    SU14-21575
  Center
Department of Pathology
                                 Patient Name: MINISTERI, ANTHONY
330 Brookline Avenue             BIDMC MRN: 2285630
Boston, Massachusetts  02215     Birth Date: ████/1953 Age: 61 Y Sex: M
Surgical Pathology voice:
(617) 667-4344
Surgical Pathology Facsimile:
 (617) 667-7120
Cytology voice: (617)
667-4342

Date of Procedure: 05/21/2014    Billing #: 03200273
Date Specimen(s) Received:       Patient Location: Discharged DIS
05/21/2014
Date Reported: 05/27/2014        Ordering Provider: EKKEHARD KASPER, MD
                                 Responsible Provider: EKKEHARD KASPER,
                                 MD

## SURGICAL PATHOLOGY REPORT - Revised

Revised B:
EGFR FISH ANALYSIS:

Epidermal growth factor receptor (EGFR) FISH analysis was performed by
Integrated Oncology, at Esoterix Genetic Laboratories, LLC 521 W 57th
Street, 6th Floor, New York, NY 10019.  The test was ordered by the
physician on 6/12/14:
Specimen ID:   SU14-21575
Marker: EGFR/CEP7
Ratio: 1.2
Result: Not Amplified
Interpretation: Negative

EGFR FISH Results
EGFR/CEP7 Ratio:  1.2
Average Number of EGFR Signals/Nucleus: 3.37
Average Number of CEP7 Signals/Nucleus: 2.78
Percentage of cells with High Polysomy: 35

***** Electronically Signed Out *****
Diagnosed by: ROLF PFANNL, MD
Signed Out:  06/20/2014   10:55
CLIA # 22D0002138


Revised A:  Addendum Report:

IDH1 stain:  Negative.

                                                      (OVER)



AR0375

Beth Israel Deaconess Medical Center Department of Pathology
SU14-21575 2285630 MINISTERI,ANTHONY

***** Electronically Signed Out *****
Diagnosed by: MATTHEW ANDERSON, MD
Signed Out: 06/05/2014 17:25
CLIA # 22D0002138

PATHOLOGIC DIAGNOSIS:

1. Brain, "core biopsy #1", right (1FSA):
Mildly hypercellular white matter, no definite malignancy identified.

2. Brain, "core biopsy #2" right (2A):
Mildly hypercellular white matter, no definite malignancy identified.

3. Brain, "core biopsy #3" right (3A-3FSA):
Infiltrating astrocytoma.

4. Brain, "core biopsy #4", right (4A):
Glioblastoma, WHO grade IV.

5. Brain, "core biopsy #5", right (5A-5FSB):
Glioblastoma, WHO grade IV.

6. Brain, "core biopsy #6", right (6 FSA):
Glioblastoma, WHO grade IV.

7. Brain, "aspirate", right (7A):
Scant white matter with scattered atypical cells.

Note: The tumor is hypercellular and shows an astrocytic phenotype.
Synoptic Report

WHO Histologic Grading Criteria:
Cellularity: moderate.
Atypia: moderate.
Mitoses: present.
Vascular proliferation: present.
Necrosis: present
Studies for IDH-1 mutation and EGFR amplification will be performed and reported in an addendum.

CLINICAL HISTORY:
Right frontal/parietal mass.

GROSS DESCRIPTION:
The specimen is received fresh in seven parts, all labeled with the patient's name, "Ministeri, Anthony" and the medical record number.

Part 1 is additionally labeled "right core biopsy #1". It consists of a fragment of white soft tissue that measures 0.5 x 0.2 x 0.1 cm. The specimen is entirely submitted for frozen section analysis. The

(OVER)

specimen is entirely submitted in cassette 1FSA.

Part 2 is additionally labeled "right core biopsy #2". It consists of a fragment of white-pink soft tissue that measures 0.7 x 0.1 x 0.1 cm. The specimen is entirely submitted into cassette 2A.

Part 3 is additionally labeled "right core biopsy #3". It consists of one pink-tan fragment of soft tissue that measures 0.8 x 0.2 x 0.2 cm. One half of the specimen is submitted for frozen section analysis. The specimen is entirely submitted as follows: 3A=remaining tissue, 3FSB=frozen section remnant.

Part 4 is additionally labeled "right core biopsy #4". It consists of two fragments of pink-tan soft tissue that measures 0.3 x 0.1 x 0.1 cm and 0.2 x 0.1 x 0.1 cm. The specimen is entirely submitted in cassette 4A.

Part 5 is additionally labeled "right core biopsy #5". It consists of multiple fragments of red-tan soft tissue that measure from 0.3 to 0.5 cm in greatest dimension. One piece is submitted for smear. One piece is submitted for frozen section diagnosis. The specimen is entirely submitted as follows: 5A = remainder of tissue, 5-FSB = frozen section remnant.

Part 6 is additionally labeled "right core biopsy #6. It consists of one red-tan soft tissue fragment that measures 0.6 x 0.2 x 0.2 cm. The specimen is entirely frozen. The specimen is entirely submitted in cassette 6-FSA.

Part 7 is additionally labeled "right brain aspirate". It consists of 10 cc of pink transparent fluid with minute fragments of tan-pink soft tissue that measure up to 0.3 cm in greatest dimension. The aspirate is drained through a biopsy and the specimen is submitted into cassette 7A.

FROZEN SECTION DIAGNOSIS:
An intraoperative consultation was performed on part 1. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "Smear plus frozen section diagnosis: brain, core biopsy #1: slightly hypercellular white matter; no definite tumor identified".

An intraoperative consultation was performed on part 3. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "Smear plus frozen section diagnosis: brain, core biopsy #3: hypercellular white matter with scattered atypical cells."

An intraoperative consultation was performed on part 5. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "Smear plus frozen section diagnosis: brain, right core biopsy #5: necrotic debris with rare viable atypical cells".

An intraoperative consultation was performed on part 6. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "frozen section

(OVER)

diagnosis: brain, right core biopsy #6: glioblastoma".

Residents:

By his/her signature, the senior physician certifies that he/she personally conducted a gross and/or microscopic examination of the described specimen(s) and rendered or confirmed the diagnosis(es) related thereto.

Immunohistochemistry test(s), if applicable, were developed and their performance characteristics were determined by the Department of Pathology at Beth Israel Deaconess Medical Center, Boston, MA. They have not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. These tests are used for clinical purposes. They should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing. Unless otherwise specified, all histochemical and immunohistochemical controls are adequate.

***** Electronically Signed Out *****
Diagnosed by: ROLF PFANNL, MD
Signed Out: 05/27/2014 15:04
CLIA # 22D0002138
^https://softmedia.bidmc.org/LIVE.as/SoftImageWebApp_3.1/show/BmrSiBbT4ooktK

Beth Israel Deaconess Medical     SU14-20067
  Center
Department of Pathology
                                  Patient Name: MINISTERI, ANTHONY
330 Brookline Avenue              BIDMC MRN: 2285630
Boston, Massachusetts  02215      Birth Date: ███/1953 Age: 61 Y Sex: M
Surgical Pathology voice:
(617) 667-4344
Surgical Pathology Facsimile:
 (617) 667-7120
Cytology voice: (617)
667-4342

Date of Procedure: 05/12/2014     Billing #: 100327436
Date Specimen(s) Received:        Patient Location: OR West
05/13/2014
Date Reported: 05/15/2014         Ordering Provider: JEFFREY ARLE, MD
                                  Responsible Provider: JEFFREY ARLE, MD


SURGICAL PATHOLOGY REPORT - Revised


Revised A:
Results of IDH-1 immunostain added:
IDH-1 (R132H):  Negative.

***** Electronically Signed Out *****
Diagnosed by: ROLF PFANNL, MD
Signed Out:  05/27/2014    14:58
CLIA # 22D0002138

PATHOLOGIC DIAGNOSIS:

Brain, mass, core biopsy:

Mildly hypercellular white matter with scattered atypical cells, in
suggestive of infiltrating glioma; see note.

Note:  The atypical cells present infiltrate the brain parenchyma and
show mild cytological atypia. There is no evidence of vascular
proliferation or necrosis. No mitotic figures are identified.  A Mib-1
stain shows a low proliferative activity.
The biopsy shows no features of a high-grade glioma and does not
correlate with the imaging characteristics of this lesion. Although
this sample suggests a glioma, sampling is limited and
clinical/radiological correlation is required.
An IDH-1 (R132H) will be performed and reported in addendum.


CLINICAL HISTORY:
Brain mass.
                                                      (OVER)



AR0379

GROSS DESCRIPTION:
The specimen is received fresh in a container labeled with the
patient's name, "Ministeri, Anthony" and the medical record number.  It
consists of a fragment of soft tissue that measures 1.0 x 0.2 x 0.1 cm.
One half of the specimen is submitted for frozen section analysis.
The specimen is entirely submitted as follows:  1FSA = frozen section
remnant, 1B = remainder of specimen.

FROZEN SECTION DIAGNOSIS:
A frozen section diagnosis was performed on one half of the tissue.  A
frozen section diagnosis rendered by Dr. Rolf Pfannl is:  "Smear and
frozen section diagnosis, brain, biopsy #1:  white matter with
scattered reactive changes."

Residents:

By his/her signature, the senior physician certifies that he/she
personally conducted a gross and/or microscopic examination of the
described specimen(s) and rendered or confirmed the diagnosis(es)
related thereto.

Immunohistochemistry test(s), if applicable, were developed and their
performance characteristics were determined by the Department of
Pathology at Beth Israel Deaconess Medical Center, Boston, MA.  They
have not been cleared or approved by the U.S. Food and Drug
Administration.  The FDA has determined that such clearance or approval
is not necessary.  These tests are used for clinical purposes.  They
should not be regarded as investigational or for research.  This
laboratory is certified under the Clinical Laboratory Improvement
Amendments of 1988 (CLIA-88) as qualified to perform high complexity
clinical laboratory testing.  Unless otherwise specified, all
histochemical and immunohistochemical controls are adequate.


***** Electronically Signed Out *****
Diagnosed by: ROLF PFANNL, MD
Signed Out:  05/15/2014   10:00
CLIA # 22D0002138

BETH ISRAEL DEACONESS MEDICAL CENTER - WEST CAMPUS
BOSTON, MASS, 02215

**ECHOCARDIOGRAPHY REPORT**

| NAME | RM | AGE | SEX | REPORT # | BIH UNIT # |
|---|---|---|---|---|---|
| MINISTERI,ANTHONY | | 61 | M | 14-13084 | 2285630 |

---

DATE: 08/11/14 ATTENDING PHYSICIAN: DR. P. CLARDY
SITE: W West MRN:

---

PATIENT/TEST INFORMATION:
Indication: Pulmonary embolus. Right ventricular function.
Height: (in) 71
Weight (lb): 198
BSA (m2): 2.10 m2
BP (mm Hg): 132/70
HR (bpm): 89
Status: Inpatient
Date/Time: 8/11/2014 at 09:34
Test: Portable TTE (Complete)
Doppler: Full Doppler and color Doppler
Contrast: None
Tape Number: 2014W000-0:00
Test Location: West MICU
Technical Quality: Suboptimal

MEASUREMENTS:
Left Atrium - Long Axis Dimension: 2.3 cm (nl <= 4.0 cm)
Right Atrium - Four Chamber Length: 4.8 cm (nl <= 5.0 cm)
Left Ventricle - Septal Wall Thickness: *1.2 cm (nl 0.6 - 1.1 cm)
Left Ventricle - Inferolateral Thickness: *1.2 cm (nl 0.6 - 1.1 cm)
Left Ventricle - Diastolic Dimension: 3.4 cm (nl <= 5.6 cm)
Left Ventricle - Systolic Dimension: 2.3 cm
Left Ventricle - Fractional Shortening: 0.32 (nl >= 0.29)
Left Ventricle - Ejection Fraction: 55% (nl >=55%)
Aorta - Valve Level: 3.2 cm (nl <= 3.6 cm)
Aorta - Ascending: 3.3 cm (nl <= 3.4 cm)
Aortic Valve - Peak Velocity: 1.0 m/sec (nl <= 2.0 m/sec)
Aortic Valve - LVOT VTI: 13
Aortic Valve - LVOT Diam: 2.0 cm
Mitral Valve - E Wave: 0.5 m/sec
Mitral Valve - A Wave: 0.7 m/sec
Mitral Valve - E/A Ratio: 0.71
Mitral Valve - E Wave Deceleration Time: 362 msec

INTERPRETATION:

Findings:

LEFT ATRIUM: Normal LA size.

RIGHT ATRIUM/INTERATRIAL SEPTUM: Normal RA size. Normal interatrial septum. No ASD by 2D or color Doppler. IVC dilated (>2.1cm) with <50% decrease with sniff (estimated RA pressure (>=15 mmHg).

LEFT VENTRICLE: Mild symmetric LVH with normal cavity size and global systolic

(OVER)

**ECHOCARDIOGRAPHY REPORT**

| NAME | RM | AGE | SEX | REPORT # | BIH UNIT # |
|---|---|---|---|---|---|
| MINISTERI,ANTHONY | | 61 | M | 14-13084 | 2285630 |

DATE: 08/11/14 ATTENDING PHYSICIAN: DR. P. CLARDY
SITE: W West MRN:

(CONT)
function (LVEF>55%). Suboptimal technical quality, a focal LV wall motion abnormality cannot be fully excluded. No resting LVOT gradient. No VSD.

RIGHT VENTRICLE: Dilated RV cavity. RV function depressed.

AORTA: Normal aortic diameter at the sinus level. Normal ascending aorta diameter.

AORTIC VALVE: No AS. No AR.

MITRAL VALVE: Normal mitral valve leaflets with trivial MR.

TRICUSPID VALVE: Normal tricuspid valve leaflets with trivial TR. Indeterminate PA systolic pressure.

PULMONIC VALVE/PULMONARY ARTERY: No PS.

PERICARDIUM: No pericardial effusion.

GENERAL COMMENTS: Suboptimal image quality - poor apical views. Suboptimal image quality as the patient was difficult to position. Suboptimal image quality - body habitus. Suboptimal image quality - ventilator. The patient appears to be in sinus rhythm.

Conclusions:
The left atrium is normal in size. No atrial septal defect is seen by 2D or color Doppler. The estimated right atrial pressure is at least 15 mmHg. There is mild symmetric left ventricular hypertrophy with normal cavity size and global systolic function (LVEF=55%). Due to suboptimal technical quality, a focal wall motion abnormality cannot be fully excluded. There is no ventricular septal defect. The right ventricular cavity is dilated with depressed free wall contractility. There is no aortic valve stenosis. No aortic regurgitation is seen. The mitral valve appears structurally normal with trivial mitral regurgitation. The pulmonary artery systolic pressure could not be determined. There is no pericardial effusion.

Electronically signed by Evan Appelbaum, MD on 8/11/2014 09:50.

READING PHYSICIAN:
Electronically signed by: DR. E. APPELBAUM

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 ([redacted]53) 228-56-30
UHLMANN, ERIK J. OPT 01/09/15 12:27 PM
MR HEAD W & W/O CONTRAST Clip # 694-8333
Reason: rule out progression or new lesions
Contrast: GADAVIST Amt: 9

---

UNDERLYING MEDICAL CONDITION:
61 year old man with gbm, PA not required per BC OF CA
REASON FOR THIS EXAMINATION:
rule out progression or new lesions
No contraindications for IV contrast

---

**FINAL REPORT**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with gbm, PA not required per BC OF CA // rule out progression or new lesions

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, gradient echo, FLAIR, diffusion weighted, sagittal MPRAGE postcontrast with axial and coronal reformats sequences of the brain. 9 cc Gadavist.

COMPARISON: Multiple MRI has with and without contrast 14 November 2014 through 8 May 2014.

FINDINGS:

Redemonstrated in the right parieto-occipital lobe is a peripherally enhancing and hemorrhagic mass extending past the midline through the splenium of the corpus callosum measuring neck conglomerate 6.1 x 4.2 x 4.4 cm (TRV, AP, CC) essentially unchanged in size from prior exam. A more nodular T1 intrinsically hyperintense component at the anterior lateral margin of this lesion is unchanged from prior exam. There is mildly increased T1 intrinsically hyperintense signal within the lesion particularly at the level of the corpus callosum and right frontal vertex, compatible with interval mild increase hemorrhage, with associated diffusion-weighted hyperintense signal (series 7, image 22 and series 7, image 18). Multiple satellite lesions in the right frontal lobe and left parietal occipital lobes are again noted without significant interval change. There is no new enhancing lesion.

White matter edema pattern involving the posterior right frontal lobe extending to the anterior temporal lobe, bilateral parietal and occipital lobes are also unchanged. The configuration of the ventricles with mass effect on the occipital horn of the right lateral ventricle is stable.

The intracranial flow voids are preserved. The dural venous sinuses are patent. The paranasal sinuses are essentially clear. The orbits are unremarkable. Trace left-greater-than-right fluid signal in the mastoid air cells are noted. There is unchanged appearance of a mega cisterna magna.

IMPRESSION:

1. Unchanged size iwith slightly decreased enhancement and stable surrounding

(Over)

**MINISTERI,ANTHONY** M 61 [redacted]/53) 228-56-30
UHLMANN,ERIK J. OPT 01/09/15 12:27 PM
MR HEAD W & W/O CONTRAST Clip # 694-8333
Reason: rule out progression or new lesions
Contrast: GADAVIST Amt: 9

---

**FINAL REPORT**

(Cont)
FLAIR edema pattern of a right parietal occipital lobe hemorrhagic mass extending past the midline through the corpus callosum.
2. Mild interval increased hemorrhage within the lesion is noted.
3. Multiple surrounding satellite lesions are also essentially unchanged.
4. No new lesions.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Yu-Ming Chang, MD
Rafeeque A. Bhadelia, MD electronically signed on MON JAN 12,2015 10:18 AM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
UHLMANN, ERIK J. OPT 11/14/14 12:25 PM
MR HEAD W & W/O CONTRAST Clip # 689-6209
Reason: rule out progression or new lesions
Contrast: GADAVIST Amt: 9

---

UNDERLYING MEDICAL CONDITION:
61 year old man with gbm, PA not required per BC OF CA
REASON FOR THIS EXAMINATION:
rule out progression or new lesions
No contraindications for IV contrast

---

**FINAL REPORT**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with gbm, PA not required per BC OF CA // rule out progression or new lesions

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, gradient echo, FLAIR, diffusion weighted, sagittal MPRAGE postcontrast with axial and coronal reformats sequences of the brain. 9 cc Gadavist.

COMPARISON: MR head with and without contrast of 19 September 2014 to 8 May 2014.

FINDINGS:

MPRAGE and axial T1 postcontrast sequences are slightly limited by motion artifact. Centered in the right parietal occipital lobe is the peripherally enhancing mass extending past the midline through the splenium of the corpus callosum measuring approximately 6.1 x 4.2 x 4.4 cm (TRV, AP, CC), essentially unchanged in size from prior exam. At these anterior lateral margin of this mass is a T1 intrinsically hyperintense nodular component essentially unchanged from prior exam. A punctate enhancing right frontal lobe satellite lesion is unchanged in size from prior exam (series 103, image 45). Additional enhancing satellite lesions of the left occipital lobe are unchanged in size from prior exam, allowing for motion artifact. There is suggestion of a 2 mm focus of enhancement of the left frontal vertex (series 100p, image 47) seen only on the MPRAGE sequences and may represent artifact. Otherwise, no definite new enhancing lesion is identified.

Unchanged appearance of mega cisterna magna. White matter edema pattern involving the posterior right frontal lobe extending to the anterior temporal lobe, bilateral parietal and occipital lobes are unchanged from prior exam. There is unchanged configuration of the ventricles with mass effect on the posterior horn of the right lateral ventricle. Otherwise, the ventricles are patent. No evidence of acute infarct or acute hemorrhage. The major intracranial flow voids are preserved. The paranasal sinuses are essentially clear. The orbits are unremarkable. Trace fluid signal seen within the bilateral mastoids, greater on the left. The dural venous sinuses are patent.

IMPRESSION:

(Over)

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
UHLMANN, ERIK J. OPT 11/14/14 12:25 PM
MR HEAD W & W/O CONTRAST Clip # 689-6209
Reason: rule out progression or new lesions
Contrast: GADAVIST Amt: 9

---

**FINAL REPORT**

(Cont)

1. Unchanged appearance of a peripherally enhancing right parietal mass which extends past midline through the splenium of the corpus callosum. Numerous satellite lesions appear unchanged from prior exam. There is evolution of intrinsic blood products
2. There is suggestion of a poorly defined 3 mm enhancing nodule at the left frontal vertex (series 103, image 47) most likely secondary to artifact from motion however close attention to this region on followup exams is recommended.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Yu-Ming Chang, MD
Rafeeque A. Bhadelia, MD electronically signed on FRI NOV 14,2014 5:11 PM

CC: DR. STEPHEN P. BEAUDOIN

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
UHLMANN, ERIK J. OPT 09/19/14 11:52 AM
MR HEAD W & W/O CONTRAST Clip # 684-0035
Reason: rule out progression or new lesions
Contrast: GADAVIST Amt: 9

---

UNDERLYING MEDICAL CONDITION:
61 year old man with gbm, PA not required per BC OF CA
REASON FOR THIS EXAMINATION:
rule out progression or new lesions
No contraindications for IV contrast

---

**FINAL REPORT**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with gbm, PA not required per BC OF CA // rule out progression or new lesions

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, axial gradient echo, FLAIR, T2, diffusion weighted, axial T2 propeller, sagittal MP rage postcontrast with coronal and axial reformats sequences of the brain. 9 cc Gadavist.

COMPARISON: MR head with and without contrast of 18 August 2014 through 8 May 2014.

FINDINGS:

Centered in the right parieto-occipital lobe is a peripherally enhancing mass extending past midline through the splenium of the corpus callosum measuring approximately 5.0 x 4.5 x 4.4 cm, AP, TRV, CC) essentially unchanged in size from prior exam. As on prior exam, there is peripheral gradient echo susceptibility consistent with hemosiderin. Unchanged appearance of a intrinsically T1 hyperintense anterior nodular component, essentially unchanged in size from prior exam. Multiple bilateral small satellite lesions adjacent to the dominant mass is again noted. Right frontal lesion (series 10, image 18) is smaller in size when compared to prior exam, measuring approximately 3 mm from prior 4 mm. A a left occipital lesion (series 900b, image 79) is also slightly smaller size measuring approximately 3 mm from prior measured before. The remainder of the lesions are essentially unchanged. No new enhancing lesions are noted.

Mild surrounding white matter edema pattern involving the posterior right frontal lobe extending to the anterior temporal and edema pattern of the bilateral parietal and occipital lobes is unchanged from prior exam. Unchanged configuration of the ventricles, with unchanged degree of mass effect on the posterior horn of the right lateral ventricle.

There is no evidence of acute infarct. The major flow voids are preserved. The paranasal sinuses are essentially clear. The orbits are unremarkable. Trace fluid signal is seen in the bilateral mastoid air cells.

IMPRESSION:

(Over)

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
UHLMANN, ERIK J. OPT 09/19/14 11:52 AM
MR HEAD W & W/O CONTRAST Clip # 684-0035
Reason: rule out progression or new lesions
Contrast: GADAVISI Amt: 9

**FINAL REPORT**

(Cont)

1. Unchanged appearance of right parietal peripherally enhancing mass which extends past the midline through the splenium of the corpus callosum.
2. Right frontal and a left occipital satellite lesion appears slightly smaller in size. The remainder of the satellite lesions are unchanged from prior exam. No new lesions are identified.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Yu-Ming Chang, MD
David B. Hackney, MD electronically signed on FRI SEP 19,2014 9:00 PM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI,ANTHONY** M 61 ([redacted]/53) 228-56-30
LIEGEL,JESSICA J. MED 11R 08/18/14 10:56 AM
LIVER OR GALLBLADDER US (SINGLE ORGAN) Clip # 680-8646
Reason: is there cholecystitis?
Admitting Diagnosis: PULMONARY EMBOLIS

---

UNDERLYING MEDICAL CONDITION:
61 year old man with RUQ pain and + Murphey's sign
REASON FOR THIS EXAMINATION:
is there cholecystitis?

---

**FINAL REPORT**

EXAMINATION: LIVER OR GALLBLADDER US (SINGLE ORGAN)

INDICATION: 61-year-old male with right upper quadrant pain.

TECHNIQUE: Grey scale and color Doppler ultrasound images of the abdomen were obtained.

COMPARISON: CT abdomen pelvis dated 8 May 2014.

FINDINGS:

LIVER: The liver appears mildly echogenic consistent with mild fatty infiltration. The contour of the liver is smooth. There is no focal liver mass. Better appreciated on recent CT dated 8 May 2014, there is a 1.3 x 0.7 x 0.8 cm simple appearing cyst within the left hepatic lobe. Main portal vein is patent with hepatopetal flow. There is no ascites.

BILE DUCTS: There is no intrahepatic biliary dilation. The CBD measures 4 mm.

GALLBLADDER: There is no evidence of stones or gallbladder wall thickening.

PANCREAS: Visualized portions of the pancreas are unremarkable.

SPLEEN: Normal echogenicity, measuring 11.2 cm.

KIDNEYS: Limited images of the kidneys demonstrate no hydronephrosis.

RETROPERITONEUM: Visualized portions of aorta and IVC are within normal limits.

IMPRESSION:

1. Mildly echogenic liver consistent with steatosis. Other forms of liver disease and more advanced liver disease including steatohepatitis, fibrosis, or cirrhosis cannot be excluded on this study.
2. No evidence of cholelithiasis or findings suggestive of acute cholecystitis.

(Over)

**MINISTERI, ANTHONY** M 61 (/53) 228-56-30
LIEGEL, JESSICA J. MED 11R 08/18/14 10:56 AM
LIVER OR GALLBLADDER US (SINGLE ORGAN) Clip # 680-8646
Reason: is there cholecystitis?
Admitting Diagnosis: PULMONARY EMBOLIS

---

**FINAL REPORT**

(Cont)

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Amanda Trotter, MD
Martin P. Smith, MD electronically signed on TUE AUG 19,2014 2:00 AM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI,ANTHONY** M 61 [redacted]/53) 228-56-30
LIEGEL,JESSICA J. MED 11R 08/18/14 12:20 PM
MR HEAD W & W/O CONTRAST Clip # 680-8097
Reason: f/u GBM, edema
Admitting Diagnosis: PULMONARY EMBOLIS
Contrast: GADAVIST Amt: 9

---

UNDERLYING MEDICAL CONDITION:
61 year old man with hx GBM, persistent parietal mass and edema on CT head
REASON FOR THIS EXAMINATION:
f/u GBM, edema
No contraindications for IV contrast

---

WET READ: DRT TUE AUG 19,2014 4:56 PM
(images not avail 'til after 1630h.)
c/w compl MR 5/8/2014 and NECT 8/11/2014.

no signif overall change.
dominant cystic-necrotic R temporopariet mass is smaller,
while "butterfly" mass replacing and crossing splenium of CC is NSC.
both show mixed slow diff, likely representing combo of intrinsic hypercell and Rx-rel necrosis.

numerous "satellite" lesions, partic L parieto-occ region, are overall larger, while single focus R CSO is prob new.

overall amt of edema is likely less, ?steroid-effect (tho', apptly, pt is on tapered course).
chr blood products limning the domnt lesions, unchanged, w/no new focal hemorrh.

d/w Dr. Jessica Liegel (Heme-Onc hospitalist), via phone, 1650h, 8/19/2014.
WET READ VERSION #1

---

**FINAL REPORT**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with hx GBM, persistent parietal mass and edema on CT head // f/u GBM, edema

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, axial gradient echo, FLAIR, T2, diffusion weighted, sagittal MPRAGE postcontrast with coronal and sagittal reformats sequences of the brain. 9 cc Gadavist. .

COMPARISON: CT head without contrast of 11 August 2014 through 12 May 2014, MR head of 12 May 2014 and 8 May 2014.

FINDINGS:

MRI HEAD: Centered in the right parieto-occipital lobe is a peripherally enhancing mass extending past midline through the splenium of the corpus callosum measuring approximately 5.5 x 4.6 by 4.4 cm (AP, TRV, CC) demonstrating peripheral rim of susceptibility, likely hemosiderin. This lesion has an anterior component demonstrating intrinsic central T1

(Over)

**MINISTERI,ANTHONY** M 61 ([redacted]/53) 228-56-30
LIEGEL,JESSICA J. MED 11R 08/18/14 12:20 PM
MR HEAD W & W/O CONTRAST Clip # 680-8097
Reason: f/u GBM, edema
Admitting Diagnosis: PULMONARY EMBOLIS
Contrast: GADAVIST Amt: 9

---

**FINAL REPORT**

(Cont)

hyperintense signal with surrounding hemosiderin rim, and is smaller when compared to the prior exam, consistent with central necrosis although it still demonstrates peripheral rim enhancement, there are small satellite lesions adjacent to the dominant mass, which include a right frontal lobe 4 mm lesion (series 10, image 17), a 6 and 2 mm lesions in the left parietal occipital lobe (series 10, image 16), and 5 additional lesions in the left parietal occipital lobe more inferiorly at the level of the splenium (series 10, image 14-15) ranging from 2-7 mm. When compared to most immediate prior MR examination of 12 May 2014, the right frontal lesion (series 10, image 17), a lesion adjacent to the posterior horn of the left lateral ventricle (series 10, image 15, and more superior parietal occipital lesions (series 10, image 16) have increased in size. No new enhancing lesions are noted.

There is mild surrounding white matter edema pattern of the involving the posterior right frontal lobe extending to the anterior temporal, and parietal and occipital lobes. Although the path of the edema is similar in appearance to prior exams the mass, there has been interval improvement in degree of mass effect seen on the prior exams with remaining mild adjacent sulcal effacement as well as effacement of the posterior horn of the lateral ventricle.

No evidence of acute infarct. The major flow voids are preserved. The paranasal sinuses are clear. The orbits are unremarkable. Trace fluid signal is seen in the bilateral mastoid air cells.

There are 2 parietal burr holes, unchanged in appearance from prior exam.

IMPRESSION:

1. Right parietal peripherally enhancing mass, extending past midline through the splenium of the corpus callosum, which has slightly decreased in size when compared to prior exam. There is surrounding edema, mild adjacent sulcal effacement as well as effacement of the posterior horn of the right lateral ventricle. The degree of mass effect appears to have slightly improved from prior exam.
2. In addition, there has been interval growth in size of multiple satellite lesions, most prominently of a right frontal and left parietal lesions described above.
3. No new lesions are noted.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Yu-Ming Chang, MD
Rafeeque A. Bhadelia, MD electronically signed on WED AUG 20,2014 10:05 AM

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI,ANTHONY** M 61 ([redacted]/53) 228-56-30
AKUTHOTA,PRAVEEN MED MICU 08/14/14 1:18 PM
CHEST PORT. LINE PLACEMENT; -77 BY DIFFERENT PHYSICIAN Clip # 680-5735
Reason: new right basilic POWER PICC 45 cm Barbara 95307
Admitting Diagnosis: PULMONARY EMBOLIS

---

UNDERLYING MEDICAL CONDITION:
61 year old man with new line
REASON FOR THIS EXAMINATION:
new right basilic POWER PICC 45 cm Barbara 95307

---

**FINAL REPORT**

EXAMINATION: Portable chest radiograph

INDICATION: 61 year old man with new line // new right basilic POWER PICC 45 cm Barbara 95307 Contact name: Barbara, Phone: 95307

COMPARISON: Portable chest x-ray 14 August 2014 at 03:13

FINDINGS:

Since the prior chest x-ray performed earlier this morning, there has been interval placement of a right-sided PICC line that terminates in the cavoatrial junction/upper right atrium. Enteric tube has been removed. Low lung volumes accentuate the bronchovascular markings. However there are prominent bibasilar opacities right-greater-than-left, that is at least partially due to atelectasis and mild pulmonary edema, but underlying infection cannot be excluded. No pneumothorax. Heart size is within the upper limits of normal. No acute osseous abnormalities.

IMPRESSION:

1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Stella Lam, MD
Ronald L. Eisenberg, MD electronically signed on THU AUG 14,2014 2:30 PM

CC: DR. OREN J. MECHANIC

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
AKUTHOTA, PRAVEEN MED MICU 08/14/14 1:18 PM
CHEST PORT. LINE PLACEMENT; -77 BY DIFFERENT PHYSICIAN Clip # 680-5735
Reason: new right basilic POWER PICC 45 cm Barbara 95307
Admitting Diagnosis: PULMONARY EMBOLIS

---

UNDERLYING MEDICAL CONDITION:
61 year old man with new line
REASON FOR THIS EXAMINATION:
new right basilic POWER PICC 45 cm Barbara 95307

---

**FINAL REPORT**

EXAMINATION: Portable chest radiograph

INDICATION: 61 year old man with new line // new right basilic POWER PICC 45 cm Barbara 95307 Contact name: Barbara, Phone: 95307

COMPARISON: Portable chest x-ray 14 August 2014 at 03:13

FINDINGS:

Since the prior chest x-ray performed earlier this morning, there has been interval placement of a right-sided PICC line that terminates in the cavoatrial junction/upper right atrium. Enteric tube has been removed. Low lung volumes accentuate the bronchovascular markings. However there are prominent bibasilar opacities right-greater-than-left, that is at least partially due to atelectasis and mild pulmonary edema, but underlying infection cannot be excluded. No pneumothorax. Heart size is within the upper limits of normal. No acute osseous abnormalities.

IMPRESSION:

1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Stella Lam, MD
Ronald L. Eisenberg, MD electronically signed on THU AUG 14,2014 2:30 PM

CC: DR. OREN J. MECHANIC

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
AKUTHOTA, PRAVEEN MED MICU 08/14/14 3:11 AM
CHEST (PORTABLE AP) Clip # 680-5047
Reason: please evaluate for possible evolving pneumonia.
Admitting Diagnosis: PULMONARY EMBOLIS

---

UNDERLYING MEDICAL CONDITION:
61 year old man with with history of GBM diagnosed in May s/p chemo/radiation found to have a massive PE and transferred to the MICU s/p lysis with tPA now with concern for evolving pneumonia.
REASON FOR THIS EXAMINATION:
please evaluate for possible evolving pneumonia.

---

**FINAL REPORT**

EXAMINATION: CHESI (PORIABLE AP)

INDICATION: 61 year old man with with history of GBM diagnosed in May s/p chemo/radiation found to have a massive PE and transferred to the MICU s/p lysis with tPA now with concern for evolving pneumonia. // please evaluate for possible evolving pneumonia.

COMPARISON: 12 August 2014

IMPRESSION:

The monitoring and support devices are in unchanged correct position. The continues to be a right basal parenchymal opacity with air bronchograms, potentially infectious in origin, combines to a small right pleural effusion. Platelike atelectasis is present at the left lung bases. Borderline size of the cardiac silhouette without evidence of pulmonary edema. No pneumothorax. Bilateral apical symmetrical thickening.

Alexander Bankier, MD, PhD electronically signed on THU AUG 14,2014 8:43 AM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI,ANTHONY** M 61 [redacted]/53) 228-56-30
AKUTHOTA,PRAVEEN MED MICU 08/12/14 6:58 PM
CHEST (PORTABLE AP) Clip # 680-3727
Reason: question pneumonia
Admitting Diagnosis: PULMONARY EMBOLIS

---

UNDERLYING MEDICAL CONDITION:
61 year old man with PE
REASON FOR THIS EXAMINATION:
question pneumonia

---

WET READ: PZMa THU AUG 14,2014 11:55 AM

Developing peripheral opacity at the right and left lateral lung bases is likely secondary to lung infarction as sequela from patient's massive pulmonary embolus. Opacity at the medial left lung base is likely secondary to atelectasis, however an acute infectious process cannot be excluded. Mild pulmonary edema.

WET READ VERSION #1 PZMa TUE AUG 12,2014 10:35 PM

Developing peripheral opacity at the right and left lateral lung bases is likely secondary to lung infarction as sequela from patient's massive pulmonary embolus. Opacity at the medial left lung base is likely secondary to atelectasis, however an acute infectious process cannot be excluded. Mild pulmonary edema.

---

**FINAL REPORT**

EXAMINATION: CHEST (PORTABLE AP)

INDICATION: 61 year old man with PE // question pneumonia

COMPARISON: 10 August 2014

IMPRESSION:

No relevant change as compared to the previous examination. The monitoring and support devices are constant. Constant appearance of the cardiac silhouette and of the lung parenchyma, with known left and right parenchymal opacities.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Pritesh Mehta, MD
Alexander Bankier, MD, PhD electronically signed on THU AUG 14,2014 11:56 AM

CC: DR. ELIZABETH (MED) TARGAN

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 [redacted]/53) 228-56-30
AKUTHOTA, PRAVEEN MED MICU 08/11/14 2:40 PM
CT HEAD W/O CONTRAST Clip # 680-2134
Reason: Please eval for intracranial bleed
Admitting Diagnosis: PULMONARY EMBOLIS

---

UNDERLYING MEDICAL CONDITION:
61 year old man with history of GBM, found to have saddle embolus, now s/p tPA
REASON FOR THIS EXAMINATION:
Please eval for intracranial bleed
No contraindications for IV contrast

---

WET READ: DXHi TUE AUG 12,2014 4:28 PM

No intracranial hemorrhage. Right parietal mass is invading corpus callosum and is associated with white matter hypodensity, which is likely edema given the history of GBM. -DHa
WET READ VERSION #1 DXHi MON AUG 11,2014 4:15 PM

No intracranial hemorrhage. Right parietal mass is invading corpus callosum and is associated with white matter hypodensity, which is likely edema given the history of GBM. -DHa

---

**FINAL REPORT**

EXAMINATION: CT HEAD W/O CONTRAST

INDICATION: 61 year old man with history of GBM, found to have saddle embolus, now s/p tPA // Please eval for intracranial bleed

TECHNIQUE: Contiguous axial MDCT images were obtained through the brain without the administration of IV contrast. Reformatted coronal, sagittal and thin section bone algorithm-reconstructed images were then generated.

DOSE: CTDIvol: 52 mGy
DLP: 1003 mGy-cm

COMPARISON: CT head without contrast 21 May 2014

FINDINGS:

There is no evidence of hemorrhage. There is a right parietal mass invading the splenium corpus callosum. White matter hypodensity is likely edema in the patient's clinical History. The mass-effect on the lateral ventricles and leftward midline shift is less compared to May 21. The basal cisterns appear patent.
Two right-sided burr holes are noted. The paranasal sinuses, mastoid air cells, and middle ear cavities are clear.

IMPRESSION:

No evidence of hemorrhage. Again seen is a right parietal mass with associated edema. The mass effect and midline shift have decreased since May

(Over)

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
AKUTHOTA, PRAVEEN MED MICU 08/11/14 2:40 PM
CT HEAD W/O CONTRAST Clip # 680-2134
Reason: Please eval for intracranial bleed
Admitting Diagnosis: PULMONARY EMBOLIS

---

**FINAL REPORT**

(Cont)
21.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Daon Ha, MD
David B. Hackney, MD electronically signed on TUE AUG 12,2014 4:28 PM

RADLINE (617) 632-7234; A radiology consult service.

--

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI,ANTHONY** M 61 ([redacted]/53) 228-56-30
CLARDY,PETER F. MED MICU 08/11/14 3:53 AM
CHEST (PORTABLE AP) Clip # 680-1299
Reason: pulmonary edema
Admitting Diagnosis: PULMONARY EMBOLIS

---

UNDERLYING MEDICAL CONDITION:
51 year old man with GBM admitted for massive pulmonary embolus s/p lysis with tPA.
REASON FOR THIS EXAMINATION:
pulmonary edema

---

**FINAL REPORT**

EXAMINATION: Portable chest radiograph

INDICATION: 51 year old man with GBM admitted for massive pulmonary embolus s/p lysis with tPA. // pulmonary edema

TECHNIQUE: Portable chest radiograph

COMPARISON: Portable chest radiograph 10 August 2014

FINDINGS:

Since the prior radiograph, there has been interval placement of an enteric tube that is seen in the stomach, but its tip extends beyond the inferior margin of the image. The endotracheal tube is located approximately 3.8 cm from the carina. There are diffuse patchy opacities that is likely a combination of mild pulmonary edema and bronchovascular crowding from low lung volumes. There are no large pleural effusions. No evidence of pneumothorax. The heart is mildly enlarged. No acute osseous abnormalities.

IMPRESSION:

1. Diffuse patchy opacities that is likely due to both low lung volumes and mild pulmonary edema.
2. Interval placement of an enteric tube that extends to at least the stomach.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Stella Lam, MD
Alexander Bankier, MD, PhD electronically signed on TUE AUG 12,2014 10:27 AM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI,ANTHONY** M 61 [redacted]3/53) 228-56-30
REDFIELD,COLBY S. EU 08/10/14 11:48 PM
CTA CHEST W&W/O C&RECONS, NON-CORONARY Clip # 680-1271
Reason: ICH, PE
Contrast: OMNIPAQUE Amt: 100

---

UNDERLYING MEDICAL CONDITION:
History: 51M with ams concern for ICH, PE
REASON FOR THIS EXAMINATION:
ICH, PE
No contraindications for IV contrast

---

WET READ: MJMgb MON AUG 11,2014 1:43 PM

1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are suspicious for pulmonary infarctions.

*** ED URGENT ATTENTION ***

---

**FINAL REPORT**

EXAMINATION: CTA thorax.

INDICATION: History: 51M with ams concern for ICH, PE // ICH, PE

TECHNIQUE: Axial MDCT images were obtained of the thorax after the uneventful administration of Omnipaque intravenous contrast material. Reformatted coronal, sagittal, thin slice axial images, and oblique maximal intensity projection images were also reviewed.

DOSE: DLP: 658.03 mGy-cm

COMPARISON: None.

FINDINGS:

CTA thorax: There are large filling defects in the central and peripheral pulmonary arteries. This includes large filling defects at the bifurcation of the main pulmonary artery. Additionally the right atrium and right ventricle are dilated and the interventricular septum is bowed, consistent with right heart strain (2:72).

Wedge shaped opacities in the superior segments of the lower lobes are suspicious for pulmonary infarctions. Mild centrilobular emphysema involves the upper lobes. There is scarring and bronchiectasis lower lobes, most visibly in the posterior left lower lobe (2:76).

There is no pleural effusion. The airways are patent to the subsegmental level. There is no supraclavicular, axillary, mediastinal, or hilar lymphadenopathy.

(Over)

**MINISTERI,ANTHONY** M 61 [redacted]/53) 228-56-30
REDFIELD,COLBY S. EU 08/10/14 11:48 PM
CTA CHEST W&W/O C&RECONS, NON-CORONARY Clip # 680-1271
Reason: ICH, PE
Contrast: OMNIPAQUE Amt: 100

---

**FINAL REPORT**

(Cont)
Although this study is not designed for the evaluation of subdiaphragmatic structures, the imaged upper abdomen is unremarkable. No lytic or blastic osseous lesion suspicious for malignancy is identified.

IMPRESSION:

1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are suspicious for pulmonary infarctions.

NOTIFICATION: Findings were discussed in person by Dr. Masciocchi with Dr. Redfield at 12:22 a.m. (0 minutes after discovery) on 11 August 2014.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Mark Masciocchi, MD
Bettina Siewert, MD electronically signed on MON AUG 11,2014 1:43 PM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
REDFIELD, COLBY S. EU 08/10/14 11:47 PM
CT HEAD W/O CONTRAST Clip # 680-1270
Reason: ICH, PE

---

UNDERLYING MEDICAL CONDITION:
History: 51M with ams concern for ICH, PE
REASON FOR THIS EXAMINATION:
ICH, PE
No contraindications for IV contrast

---

WET READ: MJMgb MON AUG 11,2014 12:13 AM
Multilocular cystic lesion centered in the right parietal lobe and extending across the corpus callosum, consistent with the patient's known glioblastoma and surrounding posttreatment changes. No hemorrhage.

---

**FINAL REPORT**

EXAMINATION: CT HEAD W/O CONTRAST

INDICATION: History: 51M with ams concern for ICH, PE // ICH, PE
Patient has a history of a GBM.

TECHNIQUE: Contiguous axial images were obtained through the head without the administration of intravenous contrast. Coronal and sagittal reformatted images as well as thin section images in a bone window algorithm were generated and reviewed.

DOSE: DLP: 891.93 mGy-cm; CTDI: 50.10 mGy

COMPARISON: No prior studies available.

FINDINGS:

There is a multilocular cystic lesion centered in the right parietal lobe extending across the corpus callosum and measuring 5.1 x 4.8 cm (2:18). There are also two burr holes in the overlying calvarium. Surrounding subcortical white matter hypodensities likely represent a combination of edema and gliosis.

There is no evidence of infarction, hemorrhage or shift of normally midline structures. The ventricles and sulci are normal in size and configuration. The orbits and globes are unremarkable. The imaged paranasal sinuses, mastoid air cells, and middle ear cavities are clear. The bony calvaria appear intact.

IMPRESSION:

Multilocular cystic lesion centered in the right parietal lobe and extending across the corpus callosum, consistent with the patient's known glioblastoma and surrounding posttreatment changes. No evidence of infarction or hemorrhage.

(Over)

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
REDFIELD, COLBY S. EU 08/10/14 11:47 PM
CT HEAD W/O CONTRAST Clip # 680-1270
Reason: ICH, PE

**FINAL REPORT**

(Cont)

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Mark Masciocchi, MD
David B. Hackney, MD electronically signed on MON AUG 11,2014 10:00 AM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
DAGAN, ALON S. EU 08/10/14 11:39 PM
CHEST (PORTABLE AP) Clip # 680-1269
Reason: ?tube placement

---

UNDERLYING MEDICAL CONDITION:
History: 51M with intube
REASON FOR THIS EXAMINATION:
?tube placement

---

**FINAL REPORT**

INDICATION: History of GBM. Presenting with possible seizure.

COMPARISON: None.

FINDINGS: Portable AP chest radiograph. The ET tube terminates 3.8 cm above the carina. Lung volumes are low with bibasilar atelectasis and scarring, particularly in the left lower lobe. The heart is mildly enlarged, though this is limited by technique. There is no pleural effusion or pneumothorax.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Mark Masciocchi, MD
Alexander Bankier, MD, PhD electronically signed on MON AUG 11,2014 10:39 AM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI,ANTHONY** M 61 [redacted]/53) 228-56-30
KASPER,EKKEHARD M. NSURG CC1A 05/21/14 12:21 PM
CT HEAD W/O CONTRAST Clip # 672-4425
Reason: 61 year old man with R brain lesion s/p R stereotatic brain
Admitting Diagnosis: RIGHT FRONTAL/PARIETAL MASS/SDA

---

UNDERLYING MEDICAL CONDITION:
61 year old man with R brain lesion s/p R stereotatic brain biopsy, please evaluate for post operative changes
REASON FOR THIS EXAMINATION:
61 year old man with R brain lesion s/p R stereotatic brain biopsy, please evaluate for post operative changes
No contraindications for IV contrast

---

**FINAL REPORT**

EXAMINATION: CT HEAD W/O CONTRAST

INDICATION: 61 year old man with R brain lesion s/p R stereotatic brain biopsy, please evaluate for post operative changes

TECHNIQUE: Routine unenhanced head CT was performed and viewed in brain, intermediate and bone windows. Coronal and sagittal reformats were also performed.

DOSE: DLP: 1003 mGy-cm

CTDI: 55 mGy

COMPARISON: Enhanced head CT dated the same date 2 hr prior to current examination.

FINDINGS:

Patient is status post interval stereotactic biopsy via right parietal burr hole. Superior to the known right frontoparietal mass, seen best on sequence 2 image 26, there is a new 1.1 x 1.5 cm hyperdense focus most compatible with hemorrhage. The previously described 1.5 x 1.7 cm hyperdense focus anterior and inferior to known right mass is most compatible with hemorrhage. Again seen and described on MR dated 12 May 2014 is the right frontoparietal mass with extension across the corpus callosum. Surrounding vasogenic edema with mass effect is stable since examination obtained 2 hr previously, with 6 mm of leftward midline shift. Ventricles are stable. Partial opacification of the mastoid air cells is identified. Remainder the visualized paranasal sinuses are unremarkable.

IMPRESSION:

1. Right parietal burr hole with new 1.2 x 1.5 cm hemorrhage superior to known right frontoparietal mass status post biopsy.

2. Stable mass effect with unchanged mass effect and ventricular configuration.

(Over)

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
KASPER, EKKEHARD M. NSURG CC1A 05/21/14 12:21 PM
CT HEAD W/O CONTRAST Clip # 672-4425
Reason: 61 year old man with R brain lesion s/p R stereotatic brain
Admitting Diagnosis: RIGHT FRONTAL/PARIETAL MASS/SDA

---

**FINAL REPORT**

(Cont)

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Amanda Trotter, MD
Elisa N. Flower, MD electronically signed on THU MAY 22,2014 5:19 PM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI,ANTHONY** M 61 ([redacted]/53) 228-56-30
KASPER,EKKEHARD M. NSURG CC1A 05/21/14 10:01 AM
CT STEREOTAXIS W/ CONTRAST Clip # 672-4139
Reason: pre-surgical mapping/evaluation of lesion
Admitting Diagnosis: RIGHT FRONTAL/PARIETAL MASS/SDA
Contrast: OMNIPAQUE Amt: 100

---

UNDERLYING MEDICAL CONDITION:
61 year old man with Right frontal and parietal massinvolving the corpus callosum, confusion, disorientation
REASON FOR THIS EXAMINATION:
pre-surgical mapping/evaluation of lesion
No contraindications for IV contrast

---

**FINAL REPORT**

EXAMINATION: CT STEREOTAXIS W/ CONTRAST

INDICAIION: 61 year old man with Right frontal and parietal mass involving the corpus callosum, now with confusion and disorientation. Pre-surgical mapping/evaluation of lesion

TECHNIQUE: Contiguous axial multi detector CT images were obtained through the brain after administration of intravenous contrast. Reformatted sagittal and coronal images were acquired.

DOSE: DLP: 402 mGy-cm; CTDI: 25 mGy

COMPARISON: Nonenhanced head CT. Dated 13 May 2014.

FINDINGS:

Patient is status post stereotactic biopsy with stereotactic device placement. Prior identified blood products within the biopsy site is largely unchanged and of decreased density consistent with evolution. Anterior and inferior to known right fronto-parietal mass, there is a new focus of hyperdensity (2:31-33) measuring 1.5 x 1.7 cm. Given its rapid development since prior examination dated 13 May 2014, this most likely represents a new focus of hemorrhage as opposed to new enhancement. Again seen and better depicted on MR dated 12 May, 2014, within the right frontoparietal region there is a peripherally enhancing heterogeneous 3.5 x 3.3 cm mass with extension across the corpus callosum and satellite lesions posteriorly and inferiorly within the left parietal lobe. There is mildly increased associated vasogenic edema and slightly increased mass effect as evidence by focal effacement of right cerebral sulci and increased leftward shift of midline structures, previously 4mm now 6mm. There has been mild enlargement of the temporal horn of the right lateral ventricle.

The basal cisterns are patent. There is no evidence of herniation. The visualized paranasal sinuses are clear. Partial opacification of the mastoid air cells are identified. The middle ear cavities are clear.

IMPRESSION:

1. Status post biopsy and stereotactic device placement.

(Over)

**MINISTERI,ANTHONY** M 61 ([redacted]/53) 228-56-30
KASPER,EKKEHARD M. NSURG CC1A 05/21/14 10:01 AM
CT STEREOTAXIS W/ CONTRAST Clip # 672-4139
Reason: pre-surgical mapping/evaluation of lesion
Admitting Diagnosis: RIGHT FRONTAL/PARIETAL MASS/SDA
Contrast: OMNIPAQUE Amt: 100

---

**FINAL REPORT**

(Cont)

2. Re-demonstration of known right frontoparietal mass with extension across the splenium of the corpus callosim. New hyperdensity antero-inferiorly to this mass, which, given appearance over short time interval, most likely represents focus of hemorrhage.

3. Mildly increased vasogenic edema and subsequent mass effect and mild enlargement of the temporal horn of the right lateral ventricle.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Amanda Trotter, MD
Elisa N. Flower, MD electronically signed on THU MAY 22,2014 5:22 PM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 [redacted]/53) 228-56-30
ARLE, JEFFREY E. NSURG SICU-A 05/13/14 8:18 AM
PORTABLE HEAD CT W/O CONTRAST Clip # 671-5782
Reason: ? evolving bleed
Admitting Diagnosis: DISORIENTATION

---

UNDERLYING MEDICAL CONDITION:
61 year old with R Brain lesion s/p biopsy w/ intraoperative hemorrhage
REASON FOR THIS EXAMINATION:
? evolving bleed
No contraindications for IV contrast

---

**FINAL REPORT**

EXAMINATION: PORTABLE HEAD CT W/O CONTRAST

INDICATION: 61 year old with right brain lesion s/p biopsy with intraoperative hemorrhage, for reassessment.

TECHNIQUE: Portable head CT was performed without intravenous contrast.

DOSE: DLP: 1202.38 mGy-cm

CTDI: 70.73 mGy

COMPARISON: Comparison is made with CT head from May 12, 2014.

FINDINGS:

The patient is status post burr hole and biopsy of the previously seen right periatrial lesion with a hyperdense rim. The amount of blood products and pneumocephalus at the site of biopsy is unchanged from prior exam. There is no increase in the extent of white matter hypodensity surrounding the mass. Stable mass effect on the right lateral ventricle and stable mild leftward shift of midline structures. No evidence of herniation. The basal cisterns are patent.

The visualized paranasal sinuses, mastoid air cells, and middle ear cavities are clear. Delete.

IMPRESSION:

Status post biopsy of right periatrial mass with unchanged small amount of blood products in the surgical bed. No change in mass effect.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Matthew M. Miller, MD
Alice L. Fisher, MD electronically signed on TUE MAY 13,2014 3:16 PM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
REBELO, ERIN SURG 05/12/14 9:34 PM
CT HEAD W/O CONTRAST Clip # 671-5573
Reason: s/p brain biopsy

---

**FINAL ADDENDUM**

CORRECTION: There is mild stable leftward shift of midline structures.

DFDkq

Alice L. Fisher, MD electronically signed on TUE MAY 13,2014 3:15 PM

CC: DR. EKKEHARD M. KASPER

RADLINE (617) 632-7234; A radiology consult service.

**MINISTERI,ANTHONY** M 61 [redacted]/53) 228-56-30
REBELO,ERIN SURG 05/12/14 9:34 PM
CT HEAD W/O CONTRAST Clip # 671-5573
Reason: s/p brain biopsy

---

UNDERLYING MEDICAL CONDITION:
61 year old man s/p brain biopsy
REASON FOR THIS EXAMINATION:
s/p brain biopsy
No contraindications for IV contrast

---

**FINAL REPORT**

HISTORY: History of brain biopsy. Please evaluate.

COMPARISONS: MRI of the brain from May 12 and May 8, 2014.

TECHNIQUE: 64 MDCT images were obtained through the brain without the administration of IV contrast. Multiplanar reformatted images in coronal and sagittal axis were generated and reviewed.

DLP: 1337 mGy-cm.

FINDINGS: The patient is status post burr hole and biopsy of the previously noted right periatrial irregular lesion with evidence of pneumocephalus and small amount of blood within the biopsy site. The portion of the lesion which enhances on MRI demonstrates a hyperdense rim on CT. Extent of white matter hypodensity surrounding the enhancing portion of the lesion is similar to the extent of white matter T2 hyperintensity on MRI, likely a combination of edema and tumor infiltration, without evidence for post-biopsy increase in edema. There is stable mass effect on the right lateral ventricle. There is no evidence of shift of midline structures or herniation. Basal cisterns are not compressed.

The visualized paranasal sinuses, mastoid air cells and middle ear cavities are otherwise clear.

IMPRESSION:

Status post biopsy of the right periatrial mass with small amount of blood products in the surgical bed. No change in mass effect.

DFDkq

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Pritesh Mehta, MD
Alice L. Fisher, MD electronically signed on TUE MAY 13,2014 9:32 AM

CC: DR. EKKEHARD M. KASPER

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
ARLE, JEFFREY E. OPT FA5 05/12/14 5:23 AM
MR HEAD W/ CONTRAST Clip # 671-4395
Reason: must be performed prior to surgery on Monday at 0700 on 5/12
Admitting Diagnosis: BRAIN MASS
Contrast: GADAVIST Amt: 9

---

UNDERLYING MEDICAL CONDITION:
61 year old man with 61M with 1 week of disorientation and confusion, presented to OSH and found to have Brain lesion on CT. to have brain biopsy on 5/12 with Dr Arle
REASON FOR THIS EXAMINATION:
must be performed prior to surgery on Monday at 0700 on 5/12. must have MRI wand with feducials prior to OR
No contraindications for IV contrast

---

**FINAL REPORT**

EXAMINATION: MR HEAD

INDICATION: 61 year old man with 61M with 1 week of disorientation and confusion, presented to OSH and found to have Brain lesion on CT. to have brain biopsy on 5/12 with Dr Arle // must be performed prior to surgery on Monday at 0700 on 5/12. must have MRI wand with feducials prior to OR

TECHNIQUE: Preoperative study post gadolinium MPRAGE and T1 axial images were obtained.

COMPARISON: MRI of 8 May 2014.

FINDINGS:

Irregular rim enhancing lesion predominantly in the right periatrial region and extending across the corpus callosum to the left occipital lobe is again identified. Mass effect is seen. No significant interval change is identified.

IMPRESSION:

Previously seen irregular rim enhancing lesions in the right periatrial region and extending to the corpus callosum to the left occipital lobe is again identified for surgical planning.

Rafeeque A. Bhadelia, MD electronically signed on MON MAY 12,2014 4:06 PM

RADLINE (617) 632-7234; A radiology consult service.

# BETH ISRAEL DEACONESS MEDICAL CENTER
## Department of Radiology

**MINISTERI, ANTHONY** M 61 ([redacted]/53) 228-56-30
ARLE, JEFFREY E. NSURG FA5 05/08/14 12:03 PM
MR HEAD W & W/O CONTRAST Clip # 671-1742
Reason: Please evalaute for intracranial lesion
Admitting Diagnosis: BRAIN MASS
Contrast: GADAVIST Amt: 9

---

UNDERLYING MEDICAL CONDITION:
61 year old man with Right sided brain lesion seen on CT
REASON FOR THIS EXAMINATION:
Please evalaute for intracranial lesion
No contraindications for IV contrast

---

**FINAL REPORT**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with Right sided brain lesion seen on CT // Please evalaute for intracranial lesion

TECHNIQUE: Sagittal and axial T1 weighted imaging were performed. After administration of cc of Gadavist intravenous contrast, axial imaging was performed with gradient echo, FLAIR, diffusion, and T1 technique. Sagittal MPRAGE imaging was performed and re-formatted in axial and coronal orientations.

COMPARISON: No prior MRI studies available for comparison.

FINDINGS:

There is enhancing mass lesion identified involving the right parietal occipital region involving the splenium of corpus callosum with a small nodular area of enhancement in the left occipital lobe. There is involvement of the corpus callosum seen. There is surrounding edema identified. Small amount of subacute and chronic blood products are seen. The distribution and appearance is suggestive of a primary brain neoplasm such as glioma. There is mass effect on the posterior aspect of the lateral ventricle. There is no hydrocephalus but there is mild dilatation of the right temporal horn likely secondary to mass effect upon the right trigone

IMPRESSION:

Irregular enhancing mass lesion with central areas of low signal intensity is with involvement of the corpus callosum in both occipital lobes most likely due to a glioma. No midline shift or hydrocephalus.

Rafeeque A. Bhadelia, MD electronically signed on THU MAY 8,2014 1:35 PM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI, ANTHONY** M 61 ([redacted]53) 228-56-30
ARLE, JEFFREY E. NSURG FA5 05/08/14 11:05 AM
CT CHEST W/CONTRAST Clip # 671-1623
Reason: SEE TORSO ORDER
Admitting Diagnosis: BRAIN MASS

---

**FINAL REPORT**

EXAMINATION: CT CHEST W/CONTRAST

INDICATION: 61-year-old man with a brain lesion. Assess for other metastasis for source.

TECHNIQUE: MULTI DETECTOR HELICAL SCANNING OF THE CHEST WAS COORDINATED WITH INTRAVENOUS INFUSION OF NONIONIC CONTRAST AGENT, RECONSTRUCTED AS CONTIGUOUS 5 AND 1.25 MM THICK AXIAL, 5 MM THICK CORONAL AND PARASAGITTAL, AND 8 MM MIP AXIAL IMAGES. SUBSEQUENT SCANNING OF THE ABDOMEN AND PELVIS AND THE TOTAL DOSAGE OF SCANNING THE ENTIRE TORSO WILL BE REPORTED SEPARATELY.

DOSAGE: TOTAL DLP mGy-cm

COMPARISON: There are no prior chest CT scans.

FINDINGS:

There is no axillary or supraclavicular lymph node enlargement. Thyroid is normal. Mediastinal and hilar lymph nodes are not pathologically enlarged. Small pericardial effusion is physiologic. There is no pleural abnormality.

Aorta and pulmonary arteries are normal size.

Emphysema is mild to moderately severe. Lungs are otherwise clear aside from mild subpleural dependent atelectasis. Tracheobronchial tree is normal to subsegmental levels.

There are no bone lesions in the chest cage or soft tissue abnormalities in the chest wall suspicious for malignancy or infection.

IMPRESSION:

no evidence of intrathoracic malignancy. Mild to moderate emphysema

Paul W. Spirn, MD electronically signed on FRI MAY 9,2014 8:51 AM

RADLINE (617) 632-7234; A radiology consult service.

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology**

**MINISTERI,ANTHONY** M 61 [redacted]/53) 228-56-30
ARLE,JEFFREY E. NSURG FA5 05/08/14 10:57 AM
CT ABD & PELVIS W & W/O CONTRAST, ADDL SECTIONS Clip # 671-1606
Reason: evaluate for metastatic disease
Admitting Diagnosis: BRAIN MASS
Contrast: OMNIPAQUE Amt: 150

---

UNDERLYING MEDICAL CONDITION:
61 year old man with Right sided brain lesion, assess for metastatic disease
REASON FOR THIS EXAMINATION:
evaluate for metastatic disease
No contraindications for IV contrast

---

**FINAL REPORT**

EXAMINATION: CT ABD AND PELVIS W AND W/O CONTRAST, ADDL SECTIONS

INDICATION: 61 year old man with Right sided brain lesion, assess for metastatic disease // evaluate for metastatic disease

TECHNIQUE: MDCT axial images were acquired through the abdomen and pelvis following intravenous administration of 150cc of Omnipaque. Coronal and sagittal reformations were performed. Oral contrast was administered.

DOSE: DLP: 1858.34 mGy-cm.

COMPARISON: None.

FINDINGS:

CHEST: Please see separate chest CT report for details of thoracic findings.

ABDOMEN: The liver is normal in size and homogeneous in enhancement. In segment III of the liver there are two subcentimeter hypodensities, which are too small to characterize fully. One of these lesions appears more cystic (3:57). The second lesion is more peripherally located (3:55), and appears to partially fill on the delayed phase scans (6:13), and may represent a hemangioma. In the caudate lobe there is a third hypodense lesion (3:58), which also may represent a hemangioma. The portal and hepatic veins are patent and there is no intra or extrahepatic biliary ductal dilatation. The gallbladder is decompressed, and does not contain any radiopaque gallstones. The common bile duct is not dilated.

The spleen is normal in size and homogeneous in enhancement. The pancreas is homogeneous in enhancement without focal lesions. There is no pancreatic ductal dilatation or peripancreatic fat stranding. The adrenal glands are normal in size and shape.

The kidneys are normal in size and display symmetric nephrograms and contrast excretion. The ureters are normal in caliber along their course to the bladder. There are no concerning mass lesions seen within the kidneys. There are no stones or hydronephrosis. There are no perinephric abnormalities seen.

There is a small hiatal hernia. The stomach is under distended, but grossly normal. The small bowel is partially opacified with contrast, and does not

(Over)

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**Department of Radiology** Page: 2

**MINISTERI,ANTHONY** M 61 [redacted]53) 228-56-30
ARLE,JEFFREY E. NSURG FA5 05/08/14 10:57 AM
CT ABD & PELVIS W & W/O CONTRAST, ADDL SECTIONS Clip # 671-1606
Reason: evaluate for metastatic disease
Admitting Diagnosis: BRAIN MASS
Contrast: OMNIPAQUE Amt: 150

---

**FINAL REPORT**

(Cont)

show abnormal dilatation or focal wall thickening. The large bowel contains feces, and does not show obstructive mass lesions or wall thickening. There is diverticulosis without diverticulitis. The appendix is well visualized and normal appearing. There is no intraperitoneal free air free fluid.

There are no pathologically enlarged retroperitoneal or mesenteric lymph nodes by CT size criteria. There is no aneurysmal dilatation of the abdominal aorta. The aorta and its major branches are patent.

PELVIS: There is a large amount of streak artifact secondary to right hip prosthesis. Allowing for this limitation, the bladder is under distended, but grossly normal. The rectum is unremarkable. There is sigmoid diverticulosis. There is no pelvic free fluid. There are no pathologically enlarged pelvic sidewall or inguinal lymph nodes by CT size criteria.

OSSEOUS STRUCTURES AND SOFT TISSUES: There is a lytic appearing lesion in T11, which may represent an atypical hemangioma or metastatic disease. In the intertrochanteric area of the left femur there is an area of increased sclerosis which likely represents a cartilaginous lesion, such as an enchondroma. There is a left-sided fat containing inguinal hernia.

IMPRESSION:

Please note that thoracic findings will be detailed in a separate chest CT report.

1. Multiple hepatic hypodensities, some of which may represent hemangiomas, however metastatic disease cannot be excluded. Recommend MRI of the liver for additional evaluation.

2. Lytic appearing lesion in T11, which may represent an atypical hemangioma or metastatic disease. Recommend MRI of the thoracic spine for additional evaluation.

3. Area of increased sclerosis in the intertrochanteric region of the left femur likely represents a cartilaginous lesion, such as an enchondroma. Dedicated radiograph of the left femur could be performed for additional evaluation.

BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED TH

Hannah Perry, MD
Olga-Rachel Brook, MD electronically signed on THU MAY 8,2014 5:17 PM

AR0416

MINISTERI,ANTHONY
Male Age: 62 Unit #: 228 56 30

COMPLETE BLOOD COUNT

| | WBC | RBC | Hgb | Hct | MCV | MCH | MCHC | RDW |
|---|---|---|---|---|---|---|---|---|
| | 4.0-11.0 | 4.6-6.2 | 14.0-18.0 | 40-52 | 82-98 | 27-32 | 31-35 | 10.5-15.5 |
| | K/uL | m/uL | g/dL | % | fL | pg | % | % |
| 08/20/14 | 9.3 | 2.89* | 8.9* | 28.2* | 98 | 30.9 | 31.7 | 16.4* |
| 5:14A | Source: Line-PICC | | | | | | | |
| 08/19/14 | 8.9 | 2.85* | 9.0* | 27.8* | 97 | 31.7 | 32.5 | 16.7* |
| 5:15A | Source: Line-PICC | | | | | | | |
| 08/18/14 | 8.3 | 2.97* | 9.2* | 28.9* | 98 | 30.9 | 31.7 | 16.1* |
| 6:15A | Source: Line-PICC | | | | | | | |
| 08/17/14 | 6.9 | 2.64* | 8.4* | 25.7* | 98 | 31.7 | 32.5 | 16.0* |
| 6:03A | Source: Line-PICC | | | | | | | |
| 08/16/14 | 5.9 | 2.39* | 7.7* | 23.2* | 97 | 32.4* | 33.4 | 15.8* |
| 5:00A | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| Source: Line-picc | | | | | | | | |
| 08/15/14 | 5.6 | 2.36* | 7.7* | 22.8* | 97 | 32.5* | 33.6 | 16.0* |
| 11:58A | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| COLLECTED AT 1400 8/15/14 | | | | | | | | |
| 08/15/14 | 5.5 | 2.28* | 7.3* | 22.1* | 97 | 32.3* | 33.3 | 16.2* |
| 5:46A | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| Source: Line-picc | | | | | | | | |
| 08/14/14 | 5.6 | 2.30* | 7.6* | 22.2* | 97 | 33.1* | 34.2 | 16.2* |
| 11:44P | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| Source: Line-picc | | | | | | | | |
| 08/14/14 | | | | 23.7* | | | | |
| 5:14P | | | | (w) | | | | |
| Source: Line-PICC | | | | | | | | |
| 08/14/14 | 5.8 | 2.51* | 8.0* | 24.1* | 96 | 31.9 | 33.2 | 16.2* |
| 11:41A | COLLECTED AT 1200 8/15/14 | | | | | | | |
| 08/14/14 | 6.8 | 2.62* | 8.5* | 25.1* | 96 | 32.2* | 33.7 | 16.4* |
| 10:27A | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| 08/14/14 | 6.2 | 2.67* | 8.6* | 26.0* | 97 | 32.2* | 33.1 | 16.4* |
| 3:59A | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| 08/14/14 | 6.2 | 2.71* | 8.9* | 26.1* | 96 | 32.9* | 34.1 | 16.5* |
| 12:54A | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| 08/13/14 | 7.5 | 3.16* | 10.2* | 29.8* | 95 | 32.4* | 34.3 | 16.6* |
| 1:40A | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| 08/12/14 | 9.3 | 3.30* | 10.7* | 31.4* | 95 | 32.4* | 34.1 | 15.7* |
| 3:38A | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| 08/11/14 | 11.8* | 3.49* | 11.3* | 33.5* | 96 | 32.2* | 33.6 | 15.8* |
| 10:37P | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| 08/11/14 | 10.9 | 3.06* | 10.2* | 30.3* | 99* | 33.5* | 33.9 | 16.2* |
| 5:00P | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| 08/11/14 | 18.4* | 3.67* | 11.9* | 37.3* | 102* | 32.5* | 32.0 | 16.1* |
| 3:47A | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |
| Source: Line-peripheral #20 | | | | | | | | |
| 08/10/14 | 19.9* | 4.00* | 13.3* | 39.7* | 99* | 33.3* | 33.6 | 16.0* |
| 11:45P | (w) | (w) | (w) | (w) | (w) | (w) | (w) | (w) |

(Cont'd)

(w) performed at West Stat Lab (*) Abnormal/Very Abnormal (#) Large Change

MINISTERI, ANTHONY
Male Age: 62 Unit #: 228 56 30

(Cont'd)

COMPLETE BLOOD COUNT

| | WBC | RBC | Hgb | Hct | MCV | MCH | MCHC | RDW |
|---|---|---|---|---|---|---|---|---|
| | 4.0-11.0 K/uL | 4.6-6.2 m/uL | 14.0-18.0 g/dL | 40-52 % | 82-98 fL | 27-32 pg | 31-35 % | 10.5-15.5 % |
| 05/22/14 6:15A | 15.0* (w) | 4.57* (w) | 14.2 (w) | 42.9 (w) | 94 (w) | 31.0 (w) | 33.1 (w) | 12.8 (w) |
| 05/13/14 2:50A | 13.6*# (1) | 4.83 (w) | 15.1 (w) | 43.5 (w) | 90 (w) | 31.3 (w) | 34.7 (w) | 12.3 (w) |
| 05/09/14 5:00P | 8.6 (w) | 4.84 (w) | 15.0 (w) | 43.7 (w) | 90 (w) | 31.1 (w) | 34.4 (w) | 12.2 (w) |
| 05/08/14 9:00A | 7.3 (w) | 4.96 (w) | 15.2 (w) | 46.6 (w) | 94 (w) | 30.6 (w) | 32.6 (w) | 12.7 (w) |
| 05/08/14 6:06A | UNABLE (2) | | | | | | | |

(1) VERIFIED
PERFORMED AT WEST STAT LAB
(2) UNABLE TO PROCESS CBC-SPECIMEN CLOTTED
NOTIFIED N. LORING-FAS 6:29AM 5/8/14
PERFORMED AT WEST STAT LAB

DIFFERENTIAL

| | Neuts | Bands | Lymphs | Monos | Eos | Baso | Atyps | Metas | Myelos |
|---|---|---|---|---|---|---|---|---|---|
| | 50-70% | 0-5% | 18-42% | 2-11% | 0-4% | 0-2% | 0-0% | 0-0% | 0-0% |
| 08/19/14 5:15A | 79* | 4 | 9* | 4 | 0 | 0 | 0 | 2* | 2* |
| | Source: Line-PICC | | | | | | | | |
| 08/15/14 11:58A | 78* (w) | 7* | 7* (w) | 4 (w) | 0 (w) | 0 (w) | 0 | 4* | 0 |
| | COLLECTED AT 1400 8/15/14 | | | | | | | | |
| 08/14/14 11:41A | 71* | 4 | 14* | 8 | 0 | 0 | 1* | 2* | 0 |
| | COLLECTED AT 1200 8/15/14 | | | | | | | | |
| 08/11/14 3:47A | 80* (w) | 3 | 4* (w) | 3 (w) | 0 (w) | 0 (w) | 0 | 2* | 7* |
| | Source: Line-peripheral #20 | | | | | | | | |
| 08/10/14 11:45P | 63 (w) | 5 | 9* (w) | 12* (w) | 0 (w) | 0 (w) | 0 | 4* | 6* |
| 05/08/14 9:00A | 84.3* (w) | | 11.3* (w) | 3.7 (w) | 0.2 (w) | 0.5 (w) | | | |

DIFFERENTIAL

| | Promyel |
|---|---|
| | 0-0% |
| 08/11/14 3:47A | 1* |
| | Source: Line-peripheral #20 |
| 08/10/14 11:45P | 1* |

(Cont'd)

(w) performed at West Stat Lab (*) Abnormal/Very Abnormal (#) Large Change

BETH ISRAEL DEACONESS MEDICAL CENTER HEMATOLOGY PAGE 3
BOSTON, MA 02215-5491 617-667-LABS
SUMMARY FROM 12/01/13 TO 01/23/15 FRI JAN 30,2015 2:49 PM

MINISTERI,ANTHONY
Male Age: 62 Unit #: 228 56 30

(Cont'd)

---RED CELL MORPHOLOGY---

| | Hypochr | Anisocy | Poiklo | Macrocy | Microcy | Polychr | Ovalocy | Burr | Tear Dr |
|---|---|---|---|---|---|---|---|---|---|
| 08/19/14 5:15A | NORMAL | OCCASIO (1) | OCCASIO (1) | OCCASIO (1) | NORMAL | NORMAL | OCCASIO (1) | | |
| Source: Line-PICC | | | | | | | | | |
| 08/15/14 11:58A | 1+ | 1+ | OCCASIO (1) | 1+ | NORMAL | NORMAL | OCCASIO (1) | | |
| COLLECTED AT 1400 8/15/14 | | | | | | | | | |
| 08/14/14 11:41A | OCCASIO (1) | 1+ | NORMAL | 2+ | NORMAL | NORMAL | | | |
| COLLECTED AT 1200 8/15/14 | | | | | | | | | |
| 08/11/14 3:47A | 2+ | 1+ | 1+ | 2+ | NORMAL | OCCASIO (1) | OCCASIO (1) | 2+ | |
| Source: Line-peripheral #20 | | | | | | | | | |
| 08/10/14 11:45P | 1+ | 1+ | 1+ | 2+ | NORMAL | NORMAL | | 1+ | OCCASIO (1) |

(1) OCCASIONAL

---BASIC COAGULATION (PT, PTT, PLT, INR)---

| | PT | PTT | Plt Smr | Plt Ct | INR(PT) |
|---|---|---|---|---|---|
| | 9.4-12.5 sec | 25.0-36.5 sec | | 150-440 K/uL | .9-1.1 |
| 08/20/14 5:14A | | | | 168 | |
| Source: Line-PICC | | | | | |
| 08/19/14 5:15A | | | NORMAL | 154 | |
| Source: Line-PICC | | | | | |
| 08/18/14 6:15A | | | | 166 | |
| Source: Line-PICC | | | | | |
| 08/17/14 6:03A | | | | 141* | |
| Source: Line-PICC | | | | | |
| 08/16/14 5:00A | | | | 124* (w) | |
| Source: Line-picc | | | | | |
| 08/16/14 5:00A | 13.5* (w) | 75.3* (w) | | | 1.2* (w) |
| Source: Line-picc | | | | | |
| 08/15/14 9:43P | 13.2* (w) | 52.1* (w) | | | 1.2* (w) |
| Source: Line-picc; heparin dose: 2000 | | | | | |
| 08/15/14 11:58A | | | LOW | 119* (w) | |
| COLLECTED AT 1400 8/15/14 | | | | | |
| 08/15/14 11:58A | 13.0* (w) | 51.4* (w) | | | 1.2* (w) |
| COLLECTED AT 1400 8/15/14 | | | | | |
| 08/15/14 5:46A | | | | 106* (w) | |
| Source: Line-picc | | | | | |

(Cont'd)

(w) performed at West Stat Lab (*) Abnormal/Very Abnormal (#) Large Change

AR0419

MINISTERI,ANTHONY
Male Age: Unit #: 228 56 30

(Cont'd)

-------------------BASIC COAGULATION (PT, PTT, PLT, INR)-------------------

| | PT | PTT | Plt Smr | Plt Ct | INR(PT) |
|---|---|---|---|---|---|
| | 9.4-12.5 | 25.0-36.5 | | 150-440 | .9-1.1 |
| | sec | sec | | K/uL | |
| 08/15/14 | 13.0* | 60.7* | | | 1.2* |
| 5:46A | (w) | (w) | | | (w) |
| Source: Line-picc | | | | | |
| 08/14/14 | | | | 92* | |
| 11:44P | | | | (w) | |
| Source: Line-picc | | | | | |
| 08/14/14 | | 56.1* | | | |
| 11:44P | | (w) | | | |
| Source: Line-picc | | | | | |
| 08/14/14 | 13.0* | 50.4* | | | 1.2* |
| 5:10P | (w) | (w) | | | (w) |
| Source: Line-PICC | | | | | |
| 08/14/14 | | | LOW | 116* | |
| 11:41A | COLLECTED AT 1200 8/15/14 | | | | |
| 08/14/14 | 12.7* | 57.4* | | | 1.2* |
| 11:41A | HEPARIN DOSE :1200 ;COLLECTED AT 1200 8/15/14 | | | | |
| 08/14/14 | 12.5 | 42.0* | | | 1.2* |
| 11:41A | (w) | (w) | | | (w) |
| 08/14/14 | | | | 88* | |
| 10:27A | | | | (w) | |
| 08/14/14 | | | | 85* | |
| 3:59A | | | | (w) | |
| 08/14/14 | 12.9* | 81.2* | | | 1.2* |
| 3:59A | (w) | (w) | | | (w) |
| 08/14/14 | | | | 92* | |
| 12:54A | | | | (w) | |
| 08/13/14 | 12.3 | 50.5* | | | 1.1 |
| 8:05P | (w) | (w) | | | (w) |
| 08/13/14 | | 81.4* | | | |
| 1:10P | | (w) | | | |
| heparin dose: 1150 | | | | | |
| 08/13/14 | | | | 70* | |
| 1:40A | | | | (w) | |
| 08/13/14 | 11.8 | 43.9* | | | 1.1 |
| 1:40A | (w) | (w) | | | (w) |
| 08/12/14 | | 79.7* | | | |
| 7:00P | | (w) | | | |
| Source: Line-PIV | | | | | |
| 08/12/14 | | 150* | | | |
| 11:48A | | (1) | | | |
| Source: Line-PIV | | | | | |
| 08/12/14 | | 150* | | | |
| 10:25A | | (2) | | | |

(Cont'd)

(w) performed at West Stat Lab (*) Abnormal/Very Abnormal (#) Large Change

BETH ISRAEL DEACONESS MEDICAL CENTER HEMATOLOGY PAGE 5
BOSTON, MA 02215-5491 617-667-LABS
SUMMARY FROM 12/01/13 TO 01/23/15 FRI JAN 30,2015 2:49 PM

**MINISTERI,ANTHONY**
Male Age: 62 Unit #: 228 56 30

(Cont'd)

--------------------BASIC COAGULATION (PT, PTT, PLT, INR)--------------------

| | PT | PTT | Plt Smr | Plt Ct | INR(PT) |
|---|---|---|---|---|---|
| | 9.4-12.5 sec | 25.0-36.5 sec | | 150-440 K/uL | .9-1.1 |
| 08/12/14 3:38A | | | | 80* (w) | |
| 08/12/14 3:38A | 13.4* (w) | 97.2* (w) | | | 1.2* (w) |
| 08/11/14 10:37P | | | | 83* (w) | |
| 08/11/14 10:37P | 13.5* (w) | 71.7* (w) | | | 1.2* (w) |
| 08/11/14 5:00P | | | | 81* (w) | |
| 08/11/14 5:00P | 13.3* (w) | 108.2* (3) | | | 1.2* (w) |
| 08/11/14 8:54A | 16.5* (w) | 30.6 (w) | | | 1.5* (w) |
| 08/11/14 3:47A | 15.3* (w) | 31.8 (w) | | | 1.4* (w) |
| Source: Line-peripheral #20 | | | | | |
| 08/11/14 3:47A | | | LOW | 85* (4) | |
| Source: Line-peripheral #20 | | | | | |
| 08/10/14 11:45P | 11.8 (w) | 23.0* (5) | | | 1.1 (w) |
| 08/10/14 11:45P | | | LOW | 118* (5) | |
| 05/22/14 6:15A | | | | 175 (w) | |
| 05/22/14 6:15A | 9.5 (w) | 24.2* (w) | | | 0.9 (w) |
| 05/13/14 2:50A | | | | 155 (w) | |
| 05/13/14 2:50A | 10.9 (w) | 26.0 (w) | | | 1.0 (w) |
| 05/09/14 5:00P | | | | 158 (w) | |
| 05/09/14 5:00P | 10.6 (w) | 26.8 (w) | | | 1.0 (w) |
| 05/08/14 9:00A | | | | 161 (w) | |
| 05/08/14 6:06A | UNABLE (6) | UNABLE (6) | | | UNABLE (6) |

QUANTITY NOT SUFFICIENT. NOTIFIED S.MCCARTHY AT 0646 05/08/14
(1) 150 IS HIGHEST MEASURED PTT
(Cont'd)

(w) performed at West Stat Lab (*) Abnormal/Very Abnormal (#) Large Change

AR0421

BETH ISRAEL DEACONESS MEDICAL CENTER HEMATOLOGY PAGE 6
BOSTON, MA 02215-5491 617-667-LABS
SUMMARY FROM 12/01/13 TO 01/23/15 FRI JAN 30,2015 2:49 PM

MINISTERI,ANTHONY
Male Age: 62 Unit #: 228 56 30

Reported to and read back by
PAT BOYKINS/CC6D @ 12:20PM 8/12/14
VERIFIED BY REPLICATE ANALYSIS
PERFORMED AT WEST STAT LAB
(2) 150 IS HIGHEST MEASURED PTT
Reported to and read back by
DANIELLE FLEMING/CC6D @ 11:10AM 8/12/14
VERIFIED BY REPLICATE ANALYSIS
PERFORMED AT WEST STAT LAB
(3) VERIFIED BY REPLICATE ANALYSIS
Reported to and read back by
G. DUPONT @ 17:46 ON 8/11/14
PERFORMED AT WEST STAT LAB
(4) VERIFIED BY SMEAR
PERFORMED AT WEST STAT LAB
(5) VERIFIED BY REPLICATE ANALYSIS
PERFORMED AT WEST STAT LAB
(6) UNABLE TO REPORT
PERFORMED AT WEST STAT LAB

------------BASIC COAGULATION (FIBRINOGEN, DD, TT, REPTILASE, BT)------------

| | Fibrino<br>180-400<br>mg/dL |
|---|---|
| 08/11/14<br>3:47A | 55*<br>(1) |

Source: Line-peripheral #20
(1) VERIFIED BY REPLICATE ANALYSIS
Reported to and read back by
D. CLARK AT 04:42 AM ON 8/11/14
PERFORMED AT WEST STAT LAB

------------------------INHIBITORS & ANTICOAGULANTS------------------------

| | LMWH<br>U/mL |
|---|---|
| 08/17/14<br>12:33P | 0.90<br>(1) |

Source: Line-Port
(1) LEVELS SHOULD BE OBTAINED 4-6 HRS AFTER LAST SUBCUTANEOUS DOSE OF LMWH.
THERAPEUTIC RANGES FOR VENOUS THROMBOSIS: 0.6-1.0 U/ML FOR BID DOSING.

-------------------------GENERAL URINE INFORMATION-------------------------

| | Color | Appear | Sp Grav<br>1.001-1.035 |
|---|---|---|---|
| 08/13/14<br>11:59P | DkAmb | Cloudy | 1.030 |
| Source: Catheter | | | |
| 08/11/14<br>12:35A | Yellow<br>(w) | Hazy<br>(w) | 1.030<br>(w) |

(Cont'd)

(w) performed at West Stat Lab (*) Abnormal/Very Abnormal (#) Large Change

AR0422

MINISTERI, ANTHONY
Male Age: 62 Unit #: 228 56 30

(Cont'd)

---GENERAL URINE INFORMATION---

| | Color | Appear | Sp Grav |
|---|---|---|---|
| | | | 1.001-1.035 |
| 05/09/14 3:15P | Yellow (w) | Clear (w) | 1.033 (w) |

Source: CVS

---DIPSTICK URINALYSIS---

| | Blood | Nitrite | Protein | Glucose | Ketone | Bilirub | Urobiln | pH | Leuks |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | .2-1 | 5-8 | |
| | | | mg/dL | mg/dL | mg/dL | mg/dL | mg/dL | units | |
| 08/13/14 11:59P | LG | NEG | 30 | 100 | NEG | MOD | 2* | 5.5 | MOD |
| | Source: Catheter | | | | | | | | |
| 08/11/14 12:35A | SM (w) | NEG (w) | 100 (w) | 1000 (w) | NEG (w) | NEG (w) | NEG (w) | 5.5 (w) | NEG (w) |
| 05/09/14 3:15P | NEG (w) | NEG (w) | 30 (w) | 300 (w) | TR (w) | NEG (w) | NEG (w) | 6.0 (w) | NEG (w) |

Source: CVS

---MICROSCOPIC URINE EXAMINATION---

| | RBC | WBC | Bacteri | Yeast | Epi | TransE |
|---|---|---|---|---|---|---|
| | 0-2 | 0-5 | | | | |
| | #/hpf | #/hpf | | | #/hpf | #/hpf |
| 08/11/14 12:35A | 1 (w) | 3 (w) | FEW (w) | NONE (w) | 0 (w) | <1 |

---URINE CASTS---

| | CastHy |
|---|---|
| | 0-0 |
| | #/lpf |
| 08/11/14 12:35A | 28* |

---OTHER URINE FINDINGS---

| | Mucous |
|---|---|
| 08/11/14 12:35A | OCC |

(w) performed at West Stat Lab (*) Abnormal/Very Abnormal (#) Large Change

BETH ISRAEL DEACONESS MEDICAL CENTER CHEMISTRY 
BOSTON, MA 02215-5491 617-667-LABS
SUMMARY FROM 12/01/13 TO 01/23/15 FRI JAN 30,2015 2:49 PM

**MINISTERI,ANTHONY**
Male Age: 62 Unit # : 228 56 30

-------------------------------RENAL & GLUCOSE-------------------------------

| | Glucose<br>70-100<br>mg/dL | UreaN<br>6-20<br>mg/dL | Creat<br>.5-1.2<br>mg/dL | Na<br>133-145<br>mEq/L | K<br>3.3-5.1<br>mEq/L | Cl<br>96-108<br>mEq/L | HCO3<br>22-32<br>mEq/L | AnGap<br>8-20<br>mEq/L |
|---|---|---|---|---|---|---|---|---|
| 01/09/15<br>12:58P | | | 0.7<br>(1) | | | | | |
| 11/14/14<br>12:53P | | | 1.1<br>(1) | | | | | |
| 09/19/14<br>12:26P | | | 0.8<br>(1) | | | | | |
| 08/20/14<br>5:14A | 105*<br>(2) | 24* | 0.5 | 137 | 4.0 | 103 | 25 | 13 |
| Source: Line-PICC | | | | | | | | |
| 08/19/14<br>5:15A | 97<br>(2) | 23* | 0.5 | 136 | 4.0 | 102 | 24 | 14 |
| Source: Line-PICC | | | | | | | | |
| 08/17/14<br>6:03A | 97<br>(2) | 22* | 0.5 | 138 | 4.1 | 104 | 25 | 13 |
| Source: Line-PICC | | | | | | | | |
| 08/16/14<br>5:00A | 129*<br>(3) | 19<br>(w) | 0.6<br>(w) | 144<br>(w) | 4.1<br>(w) | 105<br>(w) | 24<br>(w) | 19 |
| Source: Line-picc | | | | | | | | |
| 08/15/14<br>5:46A | 121*<br>(3) | 14<br>(w) | 0.5<br>(w) | 140<br>(w) | 3.5<br>(w) | 102<br>(w) | 28<br>(w) | 14 |
| Source: Line-picc | | | | | | | | |
| 08/14/14<br>3:59A | 136*<br>(3) | 17<br>(w) | 0.5<br>(w) | 139<br>(w) | 3.8<br>(w) | 100<br>(w) | 28<br>(w) | 15 |
| 08/13/14<br>1:40A | 160*<br>(3) | 21*<br>(w) | 0.7<br>(w) | 134<br>(w) | 4.1<br>(w) | 102<br>(w) | 24<br>(w) | 12 |
| 08/12/14<br>3:38A | 168*<br>(3) | 27*<br>(w) | 0.7<br>(w) | 133<br>(w) | 4.1<br>(w) | 101<br>(w) | 22<br>(w) | 14 |
| 08/11/14<br>3:47A | 243*<br>(3) | 30*<br>(w) | 1.0<br>(w) | 135<br>(w) | 4.9<br>(4) | 102<br>(w) | 18*<br>(w) | 20 |
| Source: Line-peripheral #20; MODERATELY HEMOLYZED SPECIMEN | | | | | | | | |
| 08/10/14<br>11:45P | 264*<br>(3) | 31*<br>(w) | 0.8<br>(w) | 134<br>(w) | 5.9*<br>(4) | 104<br>(w) | 18*<br>(w) | 18 |
| GROSSLY HEMOLYZED SPECIMEN | | | | | | | | |
| 05/22/14<br>6:15A | 83<br>(3) | 16<br>(w) | 0.6<br>(w) | 135<br>(w) | 4.1<br>(w) | 100<br>(w) | 28<br>(w) | 11 |
| 05/13/14<br>2:50A | 105*<br>(3) | 27*<br>(w) | 0.6<br>(w) | 140<br>(w) | 4.1<br>(w) | 106<br>(w) | 25<br>(w) | 13 |
| 05/09/14<br>5:00P | 145*<br>(3) | 25*<br>(w) | 0.9<br>(w) | 139<br>(w) | 4.0<br>(w) | 105<br>(w) | 24<br>(w) | 14 |
| 05/08/14<br>9:00A | 136*<br>(3) | 16<br>(w) | 0.7<br>(w) | 138<br>(w) | 4.6<br>(w) | 103<br>(w) | 25<br>(w) | 15 |
| 05/08/14<br>6:06A | 133*<br>(3) | 17<br>(w) | 0.6<br>(w) | 137<br>(w) | 5.3*<br>(4) | 105<br>(w) | 21*<br>(w) | 16 |
| MODERATELY HEMOLYZED SPECIMEN | | | | | | | | |

(Cont'd)

(w) performed at West Stat Lab (*) Abnormal/Very Abnormal (#) Large Change

(1) POINT OF CARE
Hydroxyurea may cause falsely elevated values with this method
(2) IF FASTING, 70-100 NORMAL, >125 PROVISIONAL DIABETES
(3) IF FASTING, 70-100 NORMAL, >125 PROVISIONAL DIABETES
PERFORMED AT WEST STAT LAB
(4) HEMOLYSIS FALSELY ELEVATES K.
PERFORMED AT WEST STAT LAB

---------------------ESTIMATED GFR (MDRD CALCULATION)---------------------

| | estGFR |
|---|---|
| 01/09/15 12:58P | Using t (1) |
| 11/14/14 12:53P | Using t (2) |
| 09/19/14 12:26P | Using t (3) |
| 08/19/14 5:15A | Using t (4) |
| Source: Line-PICC | |
| 08/10/14 11:45P | Using t (5) |
| GROSSLY HEMOLYZED SPECIMEN | |
| 05/22/14 6:15A | Using t (6) |
| 05/08/14 6:06A | Using t (6) |
| MODERATELY HEMOLYZED SPECIMEN | |

(1) Using this patient's age, gender, and serum creatinine value of 0.7,
Estimated GFR = >75 if non African-American (mL/min/1.73 m2)
Estimated GFR = >75 if African-American (mL/min/1.73 m2)
For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)
GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure
This POC estimated GFR is within 10% of the correct value.
(2) Using this patient's age, gender, and serum creatinine value of 1.1,
Estimated GFR = 68 if non African-American (mL/min/1.73 m2)
Estimated GFR = >75 if African-American (mL/min/1.73 m2)
For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)
GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure
This POC estimated GFR is within 10% of the correct value.
(3) Using this patient's age, gender, and serum creatinine value of 0.8,
Estimated GFR = >75 if non African-American (mL/min/1.73 m2)
Estimated GFR = >75 if African-American (mL/min/1.73 m2)
For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)
GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure
This POC estimated GFR is within 10% of the correct value.
(4) Using this patient's age, gender, and serum creatinine value of 0.5,
Estimated GFR = >75 if non African-American (mL/min/1.73 m2)
(Cont'd)

BETH ISRAEL DEACONESS MEDICAL CENTER CHEMISTRY PAGE 3
BOSTON, MA 02215-5491 617-667-LABS
SUMMARY FROM 12/01/13 TO 01/23/15 FRI JAN 30,2015 2:49 PM

MINISTERI, ANTHONY
Male Age: 62 Unit #: 228 56 30

Estimated GFR = >75 if African-American (mL/min/1.73 m2)
For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)
GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure

(5) Using this patient's age, gender, and serum creatinine value of 0.8,
Estimated GFR = >75 if non African-American (mL/min/1.73 m2)
Estimated GFR = >75 if African-American (mL/min/1.73 m2)
For comparison, mean GFR for age group 50-59 is 93 (mL/min/1.73 m2)
GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure

(6) Using this patient's age, gender, and serum creatinine value of 0.6,
Estimated GFR = >75 if non African-American (mL/min/1.73 m2)
Estimated GFR = >75 if African-American (mL/min/1.73 m2)
For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)
GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure

----------ENZYMES & BILIRUBIN----------

| | ALT | AST | AlkPhos | TotBili |
|---|---|---|---|---|
| | 0-40 | 0-40 | 40-130 | 0-1.5 |
| | IU/L | IU/L | IU/L | mg/dL |
| 08/20/14 | 119* | 37 | 135* | 1.2 |
| 5:14A | Source: Line-PICC | | | |
| 08/19/14 | 146* | 40 | 139* | 1.4 |
| 5:15A | Source: Line-PICC | | | |
| 08/18/14 | 200* | 65* | 155* | 1.4 |
| 6:15A | Source: Line-PICC | | | |
| 08/17/14 | 200* | 75* | 156* | 1.3 |
| 6:03A | Source: Line-PICC | | | |
| 08/11/14 | 152* | 118* | 65 | 0.8 |
| 3:47A | (1) | (2) | (w) | (w) |
| | Source: Line-peripheral #20; MODERATELY HEMOLYZED SPECIMEN | | | |
| 08/10/14 | 74* | 92* | 54 | 0.7 |
| 11:45P | (1) | (2) | (w) | (w) |

GROSSLY HEMOLYZED SPECIMEN
(1) HEMOLYSIS FALSELY ELEVATES ALT
PERFORMED AT WEST STAT LAB
(2) HEMOLYSIS FALSELY ELEVATES AST.
PERFORMED AT WEST STAT LAB

----------OTHER ENZYMES & BILIRUBINS----------

| | Lipase |
|---|---|
| | 0-60 |
| | IU/L |
| 08/20/14 | 150* |
| 5:14A | Source: Line-PICC |
| 08/19/14 | 235* |
| 5:15A | Source: Line-PICC |
| 08/18/14 | 417* |
| 6:15A | Source: Line-PICC |
| 08/10/14 | 42 |
| 11:45P | (w) |

GROSSLY HEMOLYZED SPECIMEN
(Cont'd)

(w) performed at West Stat Lab . (*) Abnormal/Very Abnormal (#) Large Change

AR0426

**MINISTERI,ANTHONY**

Male Age: 62 Unit #: 228 56 30

(Cont'd)

------------------------------CPK ISOENZYMES------------------------------

| | cTropnT | proBNP |
|---|---|---|
| | 0-.01 | 0-177 |
| | ng/mL | pg/mL |
| 08/10/14 11:45P | | 344* (1) |

GROSSLY HEMOLYZED SPECIMEN

| | cTropnT | proBNP |
|---|---|---|
| 08/10/14 11:45P | 0.18* (2) | |

(1) REFERENCE VALUES VARY WITH AGE, SEX, AND RENAL FUNCTION
AT 35% PREVALENCE, NTPROBNP VALUES
< 450 HAVE 99% NEG PRED VALUE
>1000 HAVE 78% POS PRED VALUE
SEE ONLINE LAB MANUAL FOR MORE DETAILED INFORMATION
PERFORMED AT WEST STAT LAB

(2) Reported to and read back by
M.ROSE @ 0100 08/11/14
CTROPNT > 0.10 NG/ML SUGGESTS ACUTE MI
PERFORMED AT WEST STAT LAB

--------------------------------CHEMISTRY--------------------------------

| | Albumin | Calcium | Phos | Mg | Cholest |
|---|---|---|---|---|---|
| | 3.5-5.2 | 8.4-10.3 | 2.7-4.5 | 1.6-2.6 | 0-199 |
| | g/dL | mg/dL | mg/dL | mg/dL | mg/dL |
| 08/20/14 5:14A | | | | | 296* |
| Source: Line-PICC | | | | | |
| 08/19/14 5:15A | 2.9* | 7.8* | 3.8 | 2.2 | |
| Source: Line-PICC | | | | | |
| 08/17/14 6:03A | | 8.2* | | | |
| Source: Line-PICC | | | | | |
| 08/16/14 5:00A | | 8.4 (w) | 3.8 (w) | 2.4 (w) | |
| Source: Line-picc | | | | | |
| 08/15/14 5:46A | | 8.0* (w) | 3.6 (w) | 2.4 (w) | |
| Source: Line-picc | | | | | |
| 08/14/14 3:59A | | 7.9* (w) | 3.0 (w) | 2.6 (w) | |
| 08/13/14 1:40A | | 8.9 (w) | 3.0 (w) | 2.6 (w) | |
| 08/12/14 3:38A | | 8.0* (w) | 2.8# (w) | 2.1 (w) | |
| 08/11/14 3:47A | | 7.3* (w) | 7.1*# (w) | 2.6 (w) | |
| Source: Line-peripheral #20; MODERATELY HEMOLYZED SPECIMEN | | | | | |
| 08/10/14 11:45P | 3.7 (w) | 7.5* (w) | 5.3* (1) | 2.6 (2) | |

GROSSLY HEMOLYZED SPECIMEN
(Cont'd)

(w) performed at West Stat Lab (*) Abnormal/Very Abnormal (#) Large Change

MINISTERI,ANTHONY
Male Age: 62 Unit #: 228 56 30

(Cont'd)

-------CHEMISTRY-------

| | Albumin | Calcium | Phos | Mg | Cholest |
|---|---|---|---|---|---|
| | 3.5-5.2 | 8.4-10.3 | 2.7-4.5 | 1.6-2.6 | 0-199 |
| | g/dL | mg/dL | mg/dL | mg/dL | mg/dL |
| 05/22/14 | | 8.2* | 3.9 | 2.4 | |
| 6:15A | | (w) | (w) | (w) | |
| 05/13/14 | | 8.4 | 4.3 | 2.5 | |
| 2:50A | | (w) | (w) | (w) | |
| 05/09/14 | | 8.9 | 3.0 | 2.5 | |
| 5:00P | | (w) | (w) | (w) | |
| 05/08/14 | | 9.0 | 3.5 | 2.4 | |
| 9:00A | | (w) | (w) | (w) | |
| 05/08/14 | | 8.8 | 3.1 | 2.6 | |
| 6:06A | | (w) | (w) | (w) | |

MODERATELY HEMOLYZED SPECIMEN
(1) HEMOLYSIS FALSELY ELEVATES P.
PERFORMED AT WEST STAT LAB
(2) HEMOLYSIS FALSELY ELEVATES MG.
PERFORMED AT WEST STAT LAB

-------LIPID/CHOLESTEROL-------

| | Triglyc | HDL | CHOL/HD | LDLcalc |
|---|---|---|---|---|
| | 0-149 | | | 0-129 |
| | mg/dL | mg/dL | Ratio | mg/dL |
| 08/20/14 | 169* | 31 | 9.5 | 231* |
| 5:14A | (1) | | | |

Source: Line-PICC

| | Triglyc | HDL | CHOL/HD | LDLcalc |
|---|---|---|---|---|
| 08/14/14 | 342* | | | |
| 3:59A | (1) | | | |

(1) LDL(CALC) INVALID IF TRIG>400 OR NON-FASTING SAMPLE

-------PITUITARY-------

| | TSH |
|---|---|
| | .27-4.2 |
| | uIU/mL |
| 08/16/14 | 0.40 |
| 5:00A | Source: Line-picc |

-------ANTIBIOTICS-------

| | Vanco |
|---|---|
| | 10-20 |
| | ug/mL |
| 08/15/14 | 14.6 |
| 5:47A | (w) |

Source: Line-picc; Vancomycin @ Trough

| | Vanco |
|---|---|
| 08/14/14 | 7.4* |
| 5:59A | (w) |

Vancomycin @ Trough; LIPEMIC SPECIMEN
(Cont'd)

BETH ISRAEL DEACONESS MEDICAL CENTER CHEMISTRY PAGE 6
BOSTON, MA 02215-5491 617-667-LABS
SUMMARY FROM 12/01/13 TO 01/23/15 FRI JAN 30,2015 2:49 PM

MINISTERI,ANTHONY
Male Age: 62 Unit #: 228 56 30

(Cont'd)

------------------------------LAB USE ONLY------------------------------

| | HoldBLu |
|---|---|
| 08/14/14 10:27A | HOLD (1) |

(1) DISCARD GREATER THAN 24 HRS OLD

------------------------------URINE CHEMISTRY------------------------------

| | Hours |
|---|---|
| 08/11/14 12:35A | RANDOM PLAIN RED |

----------------------------LAB USE ONLY, URINE----------------------------

| | Uhold |
|---|---|
| 08/11/14 12:35A | HOLD PLAIN RED |

(*) Abnormal/Very Abnormal (#) Large Change

AR0429

**MINISTERI,ANTHONY**
Male Age: 62 Unit #: 228 56 30

08/14/14 12:04A LAB # 3972397M
URINE TIME TAKEN: 08/13/14 11:59 PM Source: Catheter.

**FINAL REPORT 08/15/14**

URINE CULTURE (Final 08/15/14):
GRAM POSITIVE COCCUS(COCCI): IN CHAINS. <4000/ML

---

08/13/14 5:49A LAB # 3971585M
BLOOD CULTURE TIME TAKEN: 5:26 AM Source: Venipuncture.

**FINAL REPORT 08/19/14**

Blood Culture, Routine (Final 08/19/14): NO GROWTH.

---

08/12/14 5:47P LAB # 3971129M
SPUTUM TIME TAKEN: 5:45 PM Source: Endotracheal.

**FINAL REPORT 08/15/14**

GRAM STAIN (Final 08/12/14):
>25 PMNs and <10 epithelial cells/100X field.
4+ (>10 per 1000X FIELD): GRAM NEGATIVE ROD(S).
1+ (<1 per 1000X FIELD): GRAM POSITIVE COCCI.
IN PAIRS.

RESPIRATORY CULTURE (Final 08/15/14):
SPARSE GROWTH Commensal Respiratory Flora.
HAEMOPHILUS INFLUENZAE, BETA-LACTAMASE NEGATIVE: MODERATE GROWTH.
BETA LACTAMASE NEGATIVE.

(continued on page 2)

**MINISTERI,ANTHONY**

Male Age: **Unit # : 228 56 30**

08/11/14 4:04A LAB # 3969972E
MRSA SCREEN TIME TAKEN: 3 47 AM Source: Nasal swab.

**FINAL REPORT 08/13/14**

MRSA SCREEN (Final 08/13/14): No MRSA isolated.

---

08/11/14 12:25A LAB # 3969950E
BLOOD CULTURE TIME TAKEN: 08/10/14 11:45 PM

**FINAL REPORT 08/17/14**

Blood Culture, Routine (Final 08/17/14): NO GROWTH.

Date: 12/12/14 Signed: 12/16/14 at 5:19 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: December 12, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal glioblastoma involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: Glioblastoma, WHO grade IV, EGFR not amplified
6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2 days due to PLT 95
8/10/14 Syncope, fall, CP, brought to Anna Jaques
8/10/14 CT-A chest showed massive PE, received tPA
8/?/14 C1 TMZ 150 mg/m2
9/19/14 Brain MRI stable
9/24/14 C2 TMZ 150 mg/m2
10/22/14 C3 TMZ 150 mg/m2
11/14/14 Brain MRI stable
11/19/14 C4 TMZ 150 mg/m2
12/17/14 C5 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He had steadily worsening problems with concentration, and spatial orientation, that reached a level that interfered with his functioning. He had biopsy only, and completed chemoradiation. He started cyclic temozolomide. He presents to the clinic with his wife and son.

MEDICATIONS:
1. CITALOPRAM 10 mg by mouth once a day
2. DEXAMETHASONE 4 mg by mouth once a day
3. ENOXAPARIN 90 mg/0.9 ml twice a day sc
4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy
5. LORAZEPAM 1 mg by mouth twice a day
6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo
7. PANTOPRAZOLE 40 mg by mouth twice a day
8. SIMVASTATIN atin 20 mg by mouth at bedtime

9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed headache
10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime
11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day
12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia
7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:
He is married and lives with his wife and three healthy children. He has three healthy siblings. His mother is 89 and his father is 87. He is a senior vice president of an engineering company. He smokes 1 ppd for many years.

REVIEW OF SYSTEMS:
Confusion and disorientation as in HPI. He has a history of cluster headaces and received botulinim toxin injections. No visual problems, no weakness, no numbness, tingling, no dizziness, no double vision, no difficulty swallowing, or speaking, no ear-ringing, no rash, or other skin problems, no constipation or diarrhea, or gastrointestinal problems, no abdominal pain, no mouth sores, no cough, no fever, no shortness of breath, no weight change, no chest pain, or other cardiovascular problems, no problems urinating, no incontinence, or other genitourinary problems, no neck pain, joint pain or other musculoskeletal problems, no fatigue, no sleep problems, no anxiety. No trouble walking, good balance. No hematological, allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:
T 98.5 BP 120/80 P 84 R 16 KPS 70 wt 188.5 ht 72. Mental status is satisfactory in areas of alertness, orientation, concentration memory and language. On cranial nerve examination, eye movements are full, pupils are equal and reactive. Full visual fields. No facial weakness, no dysarthria. No tongue weakness. On motor examination, there is no weakness. Coordination is normal. Fine movements are satisfactory. Light touch and vibration is perceived well throughout. Reflexes are normoactive and symmetric. Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal surgery site is well healed.

LABORATORY:

11/5/14 WBC 5.9 PLT 155
9/19/14 CREAT 0.8

IMAGING:
1. Brain MRI dated 11/14/14 is reviewed and compared to the previous study of 9/19/14. Unchanged appearance of a peripherally enhancing right parietal mass which extends past midline through the splenium of the corpus callosum. Numerous satellite lesions appear unchanged from prior exam. There is evolution of intrinsic blood products. There is suggestion of a poorly defined 3 mm enhancing nodule at the left frontal vertex (series 103, image 47) most likely secondary to artifact from motion however close attention to this region on followup exams is recommended.

ASSESSMENT AND PLAN:
In summary, this is a 61 year old, left-handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He has no seizure history and was irritable, thus levetiracetam was stopped. He is on dexamethasone 4 mg daily, along with GI prophylaxis. He had a pulmonary embolism, and on LMW heparin. I prescribed temozolomide for C5. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

ERIK UHLMANN, MD

[SOURCE: OMR]

Date: 11/14/14 Signed: 11/19/14 at 2:33 pm

AGE 61

MINISTERI,ANTHONY UNIT # 2285630

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: November 14, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal glioblastoma involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: Glioblastoma, WHO grade IV, EGFR not amplified
6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2 days due to PLT 95
8/10/14 Syncope, fall, CP, brought to Anna Jaques
8/10/14 CT-A chest showed massive PE, received tPA
8/?/14 C1 TMZ 150 mg/m2
9/19/14 Brain MRI stable
9/24/14 C2 TMZ 150 mg/m2
10/22/14 C3 TMZ 150 mg/m2
11/14/14 Brain MRI stable
11/19/14 C4 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He had steadily worsening problems with concentration, and spatial orientation, that reached a level that interfered with his functioning. He had biopsy only, and completed chemoradiation. He started cyclic temozolomide. He presents to the clinic with his wife and son.

MEDICATIONS:
1. CITALOPRAM 10 mg by mouth once a day
2. DEXAMETHASONE 2 mg by mouth twice a day
3. ENOXAPARIN 90 mg/0.9 ml twice a day sc
4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy
5. LORAZEPAM 1 mg by mouth twice a day
6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo
7. PANTOPRAZOLE 40 mg by mouth twice a day
8. SIMVASTATIN atin 20 mg by mouth at bedtime
9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston, MA 02215
PROGRESS NOTE          Page 2
Date: 11/14/14    Signed: 11/19/14 at 2:33 pm
                                    AGE 61
MINISTERI, ANTHONY                  UNIT #    2285630

headache
10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime
11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day
12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia
7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:
He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

REVIEW OF SYSTEMS:
Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:
T 98.5 BP 120/80 P 84 R 16 KPS 70 wt 193.0 ht 72. Mental status
is satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery site is well healed.

LABORATORY:
11/5/14 WBC 5.9 PLT 155

AR0436

9/19/14 CREAT 0.8

IMAGING:
1. Brain MRI dated 11/14/14 is reviewed and compared to the previous study of 9/19/14. Unchanged appearance of a peripherally enhancing right parietal mass which extends past midline through the splenium of the corpus callosum. Numerous satellite lesions appear unchanged from prior exam. There is evolution of intrinsic blood products. There is suggestion of a poorly defined 3 mm enhancing nodule at the left frontal vertex (series 103, image 47) most likely secondary to artifact from motion however close attention to this region on followup exams is recommended.

ASSESSMENT AND PLAN:
In summary, this is a 61 year old, left-handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He has no seizure history and was irritable, thus levetiracetam was stopped. He is on dexamethasone 2 mg twice daily, along with GI prophylaxis. He had a pulmonary embolism, and on LMW heparin. I prescribed temozolomide for C4. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

ERIK UHLMANN, MD

[SOURCE: OMR]

Date: 10/17/14 Signed: 10/23/14 at 11:51 pm

AGE 61

MINISTERI,ANTHONY UNIT # 2285630

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: October 17, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal glioblastoma involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: Glioblastoma, WHO grade IV, EGFR not amplified
6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2 days due to PLT 95
8/10/14 Syncope, fall, CP, brought to Anna Jaques
8/10/14 CT-A chest showed massive PE, received tPA
8/?/14 C1 TMZ 150 mg/m2
9/19/14 Brain MRI stable
9/24/14 C2 TMZ 150 mg/m2
10/22/14 C3 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He had steadily worsening problems with concentration, and spatial orientation, that reached a level that interfered with his functioning. He had biopsy only, and completed chemoradiation. He started cyclic temozolomide. He presents to the clinic with his wife and son.

MEDICATIONS:
1. CITALOPRAM 10 mg by mouth once a day
2. DEXAMETHASONE 2 mg by mouth twice a day
3. ENOXAPARIN 90 mg/0.9 ml twice a day sc
4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy
5. LORAZEPAM 1 mg by mouth twice a day
6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo
7. PANTOPRAZOLE 40 mg by mouth twice a day
8. SIMVASTATIN atin 20 mg by mouth at bedtime
9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed headache
10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day
12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia
7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:
He is married and lives with his wife and three healthy children. He has three healthy siblings. His mother is 89 and his father is 87. He is a senior vice president of an engineering company. He smokes 1 ppd for many years.

REVIEW OF SYSTEMS:
Confusion and disorientation as in HPI. He has a history of cluster headaces and received botulinim toxin injections. No visual problems, no weakness, no numbness, tingling, no dizziness, no double vision, no difficulty swallowing, or speaking, no ear-ringing, no rash, or other skin problems, no constipation or diarrhea, or gastrointestinal problems, no abdominal pain, no mouth sores, no cough, no fever, no shortness of breath, no weight change, no chest pain, or other cardiovascular problems, no problems urinating, no incontinence, or other genitourinary problems, no neck pain, joint pain or other musculoskeletal problems, no fatigue, no sleep problems, no anxiety. No trouble walking, good balance. No hematological, allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:
T 98.0 BP 130/90 P 88 R 16 KPS 70 wt 191.9 ht 72. Mental status is satisfactory in areas of alertness, orientation, concentration memory and language. On cranial nerve examination, eye movements are full, pupils are equal and reactive. Full visual fields. No facial weakness, no dysarthria. No tongue weakness. On motor examination, there is no weakness. Coordination is normal. Fine movements are satisfactory. Light touch and vibration is perceived well throughout. Reflexes are normoactive and symmetric. Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal surgery site is well healed.

LABORATORY:
10/16/14 WBC 5.8 HGB 14.6 PLT 140
9/19/14 CREAT 0.8

IMAGING:
1. Brain MRI dated 9/19/14 is reviewed and compared to the previous study of 8/18/14. Unchanged appearance of right parietal peripherally enhancing mass which extends past the midline through the splenium of the corpus callosum. Right frontal and a left occipital satellite lesion appears slightly smaller in size. The remainder of the satellite lesions are unchanged from prior exam. No new lesions are identified.

ASSESSMENT AND PLAN:
In summary, this is a 61 year old, left-handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He has no seizure history and was irritable, thus levetiracetam was stopped. He is on dexamethasone 2 mg twice daily, along with GI prophylaxis. He had a pulmonary embolism, and on LMW heparin. I prescribed temozolomide for C3. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

ERIK UHLMANN, MD

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 09/19/14   Signed: 09/25/14 at 5:47 pm
                                        AGE 61
MINISTERI,ANTHONY                        UNIT #    2285630

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: September 19, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal
glioblastoma involving the corpus callosum, confusion,
disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: Glioblastoma, WHO grade IV, EGFR not amplified
6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2
days due to PLT 95
8/10/14 Syncope, fall, CP, brought to Anna Jaques
8/10/14 CT-A chest showed massive PE, received tPA
8/?/14 C1 TMZ 150 mg/m2
9/19/14 C2 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He presents to the clinic
with his wife and son.

MEDICATIONS:
1. CITALOPRAM 10 mg by mouth once a day
2. DEXAMETHASONE 2 mg by mouth twice a day
3. ENOXAPARIN 90 mg/0.9 ml twice a day sc
4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy
5. LORAZEPAM 1 mg by mouth twice a day
6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo
7. PANTOPRAZOLE 40 mg by mouth twice a day
8. SIMVASTATIN atin 20 mg by mouth at bedtime
9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed
headache
10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime
11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day
12. SENNOSIDES 8.6 mg by mouth twice a day

AR0441

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia
7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:
He is married and lives with his wife and three healthy children. He has three healthy siblings. His mother is 89 and his father is 87. He is a senior vice president of an engineering company. He smokes 1 ppd for many years.

REVIEW OF SYSTEMS:
Confusion and disorientation as in HPI. He has a history of cluster headaces and received botulinim toxin injections. No visual problems, no weakness, no numbness, tingling, no dizziness, no double vision, no difficulty swallowing, or speaking, no ear-ringing, no rash, or other skin problems, no constipation or diarrhea, or gastrointestinal problems, no abdominal pain, no mouth sores, no cough, no fever, no shortness of breath, no weight change, no chest pain, or other cardiovascular problems, no problems urinating, no incontinence, or other genitourinary problems, no neck pain, joint pain or other musculoskeletal problems, no fatigue, no sleep problems, no anxiety. No trouble walking, good balance. No hematological, allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:
T 98.2 BP 130/80 P 72 R 16 KPS 70 wt 183.8 ht 72. Mental status is satisfactory in areas of alertness, orientation, concentration memory and language. On cranial nerve examination, eye movements are full, pupils are equal and reactive. Full visual fields. No facial weakness, no dysarthria. No tongue weakness. On motor examination, there is no weakness. Coordination is normal. Fine movements are satisfactory. Light touch and vibration is perceived well throughout. Reflexes are normoactive and symmetric. Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal surgery site is well healed.

LABORATORY:
8/20/14 WBC 9.3 HGB 8.9 PLT 168
9/19/14 CREAT 0.8

IMAGING:
1. Brain MRI dated 9/19/14 is reviewed and compared to the previous study of 8/18/14. Unchanged appearance of right parietal

peripherally enhancing mass which extends past the midline through the splenium of the corpus callosum. Right frontal and a left occipital satellite lesion appears slightly smaller in size. The remainder of the satellite lesions are unchanged from prior exam. No new lesions are identified.

ASSESSMENT AND PLAN:
In summary, this is a 61 year old, left-handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He has no seizure history and was irritable, thus levetiracetam was stopped. He is on dexamethasone 2 mg twice daily, along with GI prophylaxis. He had a pulmonary embolism, and on LMW heparin. I prescribed temozolomide for C2. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

ERIK UHLMANN, MD

[SOURCE: OMR]

                                              Date: 08/21/14 Signed: 08/21/14 at 12:31 pm
AGE 61
MINISTERI, ANTHONY UNIT # 2285630

Continued Stay Review - Case Management

Patient: Ministeri, Anthony
MRN: BID #228-56-30
DOB: 01/23/1953

Final D/C Plan? [X]Y / [ ]N

Discharge Plan: Spoke with patient and family and referrals were made to Wingate of Andover, Merrimack Valley Health Center, and Whittier Haverhill. Received bed offers from Wingate Andover and Merrimack Valley Health Center. Patient/family decided to accept bed at Wingate of Andover.

Transportation: Ambulance

Discharge Facility: Wingate of Andover
80 Andover St.
Andover, MA 01810
O - 978-470-3434
F - 978-749-2980

Facility Comments:

Homecare Info:

DME Info:

Case Manager: Michele Phelps, RN, BSN
Date Completed: 08/21/14

MICHELE PHELPS, RN, BSN

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Venous Access
330 Brookline Avenue, Boston, MA 02215
PROGRESS NOTE Page 1

Date: 08/21/14 Signed: 08/21/14 at 12:31 pm

AGE 61

MINISTERI, ANTHONY UNIT # 2285630

1215 Pt seen for PICC removal as being discharged. Agreeable to procedure. dsg intact, site clean, bruising from insertion. PICC withdrawn easily for full 45cm. Abx oint gauze ^occlusive dsg applied. Instructed to notify nurse here or at SNF for bleeding, pain, redness, swelling. Verbalized understanding.

NANCY K. WEINER, RN

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE Page 1
Date: 08/21/14 Signed: 08/21/14 at 12:59 pm Cosigned: 08/21/14 at 2:36 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

Note contains an addendum. See bottom.

PHYSICAL THERAPY PROGRESS NOTE
Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "I feel ok. I'm leaving."

OBJECTIVE: Follow up visit to address goals of PT evaluation on: 8/13

Patient seen today for:
Patient Education
Therapeutic Activities
Gait Training
Balance Training

Updated Medical Status:
Labs:
08/20/14: WBC: 9.3
08/20/14: HGB: 8.9*
08/20/14: HCT: 28.2*
08/20/14: Plt Count: 168

Radiology:
Ab U/S 8/18: Mildly echogenic liver consistent with steatosis. Other forms of liver disease and more advanced liver disease including steatohepatitis, fibrosis, or cirrhosis cannot be excluded on this study. No evidence of cholelithiasis or findings suggestive of acute cholecystitis.
Brain MRI 8/18:
Right parietal peripherally enhancing mass, extending past midline through the splenium of the corpus callosum, which has slightly decreased in size when compared to prior exam. There is surrounding edema, mild adjacent sulcal effacement as well as effacement of the posterior horn of the right lateral ventricle. The degree of mass effect appears to have slightly improved from prior exam. In addition, there has been interval growth in size of multiple satellite lesions, most prominently of a right frontal and left parietal lesions described above. No new lesions are noted.

Medications: Start Simvastatin 8/20.

Procedures: n/a

Hemodynamic Response/Aerobic Capacity

| | Position | HR | BP | RR | O2 | RPE |
|---|---|---|---|---|---|---|
| Rest | Supine | 86 | 108/60 | 20 | 97%RA | |
| | Sit | 92 | 106/54 | 24 | 96%RA | |
| | Stand | n/a | | | | |
| Activity | Stand | 96 | | | 96%RA | |

AR0446

                                        Recovery Sit 82 110/64 97%RA
Total Distance Walked: 20ft Minutes:

Functional Status
Rolling: I Use of rail: Y
Sup/Sidelying to Sit: I Head of Bed Elevated: Y
Sit to Stand: S w/ RW
Ambulation: S w/ RW
Stairs: n/a
Other Activity: n/a
Specify:

***Abbreviation Key*** I=Independent S=Supervision CG=Contact Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane AC=Axillary Crutches

Gait: Pt ambulated 20 ft S w/ RW. Rigid posture w/ min knee flexion, decreased foot clearnace, decreased step length and min bilateral lateral sway noted. No path deviation or LOB noted. Pt demonstrates anixous behaviour and wants to "get things done!".

Balance: Sitting - Static: I w/o UE support. Dynamic: I w/ single UE support. Pt able to reach outside BOS in all directions >6", able to touch toes. Standing: S for AD management - requires momentum, bil UE support on bed.
Dynamic - S w/ single UE support on R. Pt does not demonstrate reaching outside BOS. Requires mod verbal cues for AD management. Pt demonstrates impulsiveness but responds to simple commands.

Pain: 0/10 at rest. 5/10 with activity. 3/10 at recovery.
Location: RUQ
Quality: "sharp"
Intervention: position of comfort

Limiting Symptoms:
anxiety
SOB

Other Tests and Measures:

Pulmonary: Pt c/o of SOB with ambulation but does not demonstrate significant desaturation. Demonstrates self deep breathing initiation and takes rest breaks frequently. "I'll do it on my own time".

Team Communication: Communicated w/ NSG RE: Pt status pre and post visit, mobility recommendation and PT plan of care.

Patient Education RE: PT plan of care, D/C planning, AD management, energy conservation and deep-breathing techniques.

Intervention: Gait and balance training, and pt education.

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE        Page 3
Date: 08/21/14   Signed: 08/21/14 at 12:59 pm Cosigned: 08/21/14 at 2:36 pm
AGE 61
MINISTERI,ANTHONY                       UNIT #   2285630

ASSESSMENT/CLINICAL IMPRESSION:
61M PE 2/2 glioblastoma and resolving PE. Pt has made improvement
in his sit>stand transfer and ambulation since his last eval, he
met 8/8 of his goals on 8/18. Despite his improvement the remains
in need of skilled rehab due to his impusiveness, and requirement
of 24S. Recommend D/C to rehab. Inpatient PT will continue to
follow to progress function if he stays.

Anticipated Discharge: (X)rehab ( )home

PLAN: balance, gait, endurance training, ther ex and acitivity,
pt education: deep breathing, energy conservation, fall
precautions, AD management, PT plan of care and D/C planning.

Recommendations for Nursing: Pt up in chair for all meals,
ambulate 3xday S w/ RW.

Patient agrees with the above goals and is willing to participate
in the rehabilitation program. Please indicate with an 'X': Yes
(X) or No ( ). If no please explain:

Date: 08/21/2014
Time: 12:02-12:33

Physical Therapy Student Name: Tessa Carson, PT/s
Physical Therapy Student Pager: 92757

Physical Therapist Name: Meghan Church PT, DPT
Physical Therapist Pager: 32318


                    TESSA CARSON

    Cosignature: MEGHAN CHURCH, PT

#  -Addendum- 08/21/14 at 2:36 pm

I have read and agree with above.
Meghan Church PT, DPT p32318
08/21/2014


                    MEGHAN CHURCH, PT




[SOURCE: OMR]

AR0448

Date: 08/20/14 Signed: 08/20/14 at 5:30 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

ONCOLOGY PROGRESS NOTE, Aug 20, 14

61 yr old male with GBM s/p chemorads in May. He was transferred from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden onset chest pain and SOB w/ possible syncope while sitting on toilet on 8/10. He required intubation at OSH for possible seizure, hypotensive during flight to BIDMC requiring levophed. EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got tpa x 2 in ED. During ICU stay was on 2 pressors, paralytics and flolan while in ICU and over next few days able to wean pressors and vent. Pt was extubated 8/14/14.

Subjective/Interim: No complaints this am. No longer having ab/side pain. Now tolerating regular diet. Denies SOB, cough, hemoptysis. Bruising now improving quickly.

ROS: no fever/chills, melena, nausea, vomiting, chest pain. Remainder 10pt ROS negative other than HPI above.

Exam:
VS - afeb, OVSS
Gen - alert, NAD, pleasant
HEENT - fading bruising over neck, below R mandible, and R eyelid, MMM, no OP lesions
CV - RRR, no murmur
Resp - CTAB
Ab - soft, NT, ND, BS active, no HSM
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremities
Neuro - PERL, EOMI, face symmetric, moves all ext against resistance, sensation intact to light touch

Labs:

| | | | | |
|---|---|---|---|---|
| 137 | 103 | 24 | 105 | AGap=13 |
| 4.0 | 25 | 0.5 | | |

LT: 119 AP: 135 Tbili: 1.2 Alb:
AST: 37
Amy: Lip: 150
Cholesterol:296
Triglyc: 169
HDL: 31
CHOL/HD: 9.5
LDLcalc: 231
wbc 9.3 hgb 8.9 plt 168

IMAGING
8/10/14
CTA chest - 1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower

lobes are suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size. No atrial septal defect is seen by 2D or color Doppler. The estimated right atrial pressure is at least 15 mmHg. There is mild symmetric left ventricular hypertrophy with normal cavity size and global systolic function (LVEF=55%). Due to suboptimal technical quality, a focal wall motion abnormality cannot be fully excluded. There is no ventricular septal defect. The right ventricular cavity is dilated with depressed free wall contractility. There is no aortic valve stenosis. No aortic regurgitation is seen. The mitral valve appears structurally normal with trivial mitral regurgitation. The pulmonary artery systolic pressure could not be determined. There is no pericardial effusion.

CT head 8/11 - FINDINGS:
There is no evidence of hemorrhage. There is a right parietal mass invading the splenium corpus callosum. White matter hypodensity is likely edema in the patient's clinical History. The mass-effect on the lateral ventricles and leftward midline shift is less compared to May 21. The basal cisterns appear patent.
Two right-sided burr holes are noted. The paranasal sinuses, mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -
IMPRESSION:
1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.

Ab U/S 8/18:
1. Mildly echogenic liver consistent with steatosis. Other forms of liver disease and more advanced liver disease including steatohepatitis, fibrosis, or cirrhosis cannot be excluded on this study.
2. No evidence of cholelithiasis or findings suggestive of acute cholecystitis.

Brain MRI 8/18:
1. Right parietal peripherally enhancing mass, extending past midline through the splenium of the corpus callosum, which has slightly decreased in size when compared to prior exam. There is surrounding edema, mild adjacent sulcal effacement as well as effacement of the posterior horn of the right lateral ventricle. The degree of mass effect appears to have slightly improved from prior exam.
2. In addition, there has been interval growth in size of

multiple satellite lesions, most prominently of a right frontal and left parietal lesions described above.
3. No new lesions are noted.

Assessment/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due to GBM then 50mg infusion on 8/10). On heparin gtt and now on lovenox transitioned 8/16. Xa level 8/18 is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likey contributed to bruising. head Ct without hemorrhage 8/11

GBM - s/p chemorads in May. parietal mass has persisted on head CT this admission also has ongoing edema. neuro-oncology consulted while pt in ICU. Has continued on dex and seizure meds. Restaging MRI done 8/18 w/ some improvement in large R parietal mass however satellite lesions have increased. Will need to resume chemotherapy, plan is for cycled temodar per Dr Uhlman to be started on discharge.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on CXR PNA vs pulmonary infarction, air-bronchogram present. initially treated with vancomycin + cefepime. Hflu was beta-lactamase negative, narrowed to levaquin, completed 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress response from PE, pt also on dex. Did not worsen with development of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning for cholelithiasis/cholecystitis but U/S normal. liver enzymes improving, ? passed gallstone. Now tolerating regular diet

Delirium - treated with olanzapine in ICU, nearly resolved, still having difficulty with sleep/wake cycle. on increase trazodone

Constipation - no stool for several days while in ICU. Good relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although large diffuse ecchymoses. also ?dilutional and phlebotomy vs occult GI bleed on heparin but guiac negative. Slightly improved past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2 consumption from clot, did not decrease on heparin and now

improving

Hyperlipidemia - noted to have significant steatosis on liver U/S. Fasting cholesterol markedly elevated, LDLcalc 231. Will start statin. Discussed with patient that needs to have this followed with his PCP.

Code status - Full code
Dispo - Plan to discharge tomorrow to Windgate at Andover

JESSICA J. LIEGEL, MD

[SOURCE: OMR]

Date: 08/19/14 Signed: 08/19/14 at 12:40 pm
AGE 61
MINISTERI, ANTHONY UNIT # 2285630

Note contains an addendum. See bottom.

INPATIENT NUTRITION FOLLOW UP NOTE

SUBJECTIVE:
Patient reports that he is having trouble with pos due to decreased appetitie in settin gof altered taste. Per patient and family member, he is eating less than 50% of his meals, only taking a few bites at times. He did not like the Ensure and is unwilling to drink it however he is willing to try a different oral supplement. He reports eating few bites of pizza today.

OBJECTIVE:
Weight:90 kgs admit, no new wts
Current Diet Order:Full liquids
Nutrition Supplement:Ensure TID
GI:abd distended 8/18, sig abd pain on 8/17 now improved, last bm 8/17 (loose x2)
Skin:wnl
Labs:noted; BUN trending up
Pertinent Medications:pantoprazole, enoxaparin sodium, senna, docuate, dexamethasone, calcium cabonate 500mg others noted

ASSESSMENT:
Specifics
51 year old male wthi GBM s/p chemo/radiation found to have massive PE and trasnferred to MICU s/p lysis with TPA 8/11 and heparin drip initially requiring pressors (d/c 8/12)and intubation. Patient reveived tube feeds for a short time while intubated and d/c on 8/14 for extubation with diet advanced on 8/15 to regular and transferred to floor on 8/17. Patient had plan for head CT on 8/17 unable to complete due to suden onset of significant abd pain concerning for choleecystitis. Patient was NPO on 8/18 for US found to have steatosis and no evidence of cholelithiasis or cholecystitis. Patient now also s/p head MRI on 8/18 wtih results pending. Noted diet advanced to full liquids after procedures on 8/18. Per RN reports, pt appetite has been good. However per patient and family report, he now has poor appetite eating less than 50% of meals therefore he is unlikely to be meeting estimated nutritional needs. Will change oral supplement to patient preference, if he is unable to increase pos, will need to consider enteral feeds to supplement pos.

INTERVENTIONS / RECOMMENDATIONS:
[x] Advance diet as tolerated to regular, encourage po intake
[x] Oral supplements: Frappe with 2 packets beneprotein TID
[x] Tube feeding recommendations if patient is unable to increase pos.
- To meet 100% of needs: Jevity 1.5 @ 70mL/hr = 2520 kcal, 108g protein)
- To meet 50% of needs: Jevity 1.5 @70mL/hr x12 hrs = 1260 kcal, 54g protein

[x] Daily multivitamin with minerals

Beth Israel Deaconess Medical Center/Nutrition
Baker 205
PROGRESS NOTE          Page 2

Date: 08/19/14   Signed: 08/19/14 at 12:40 pm
                                          AGE 61
MINISTERI,ANTHONY                         UNIT #    2285630
   [x] Monitor Chem10, replete lytes prn
   [x] Monitor FSBGs, insulin sliding scale prn
   [x] Monitor weight, I/Os, skin
   [x] Following, page #39958


                BARBARA DUTRA, RD

  #  -Addendum- 08/19/14 at 2:52 pm

  [x] Consider appetite stimulant


              BARBARA DUTRA, RD, LDN, CNSC


[SOURCE: OMR]

AR0454

ONCOLOGY PROGRESS NOTE, Aug 19, 14

61 yr old male with GBM s/p chemorads in May. He was transferred from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden onset chest pain and SOB w/ possible syncope while sitting on toilet on 8/10. He required intubation at OSH for possible seizure, hypotensive during flight to BIDMC requiring levophed. EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got tpa x 2 in ED. During ICU stay was on 2 pressors, paralytics and flolan while in ICU and over next few days able to wean pressors and vent. Pt was extubated 8/14/14.

Subjective/Interim: No complaints this am. Still has some pain over R side but more dull. Tolerating liquids well. Denies SOB, cough, hemoptysis. Feels his weight is back to baseline with minimal residual swelling.

ROS: no fever/chills, melena, nausea, vomiting. Remainder 10pt ROS negative other than HPI above.

Exam:
VS - 98.4 98/64 90 20 100%RA
Gen - alert, NAD, pleasant
HEENT - improving bruising over neck, below R mandible, and R eyelid, MMM, no OP lesions
CV - RRR, no murmur
Resp - CTAB
Ab - soft, NT, ND, BS active, no HSM
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremities

wbc 8.9 hgb 9 plt 154
lytes and Cr wnl
ALT 146/ AST 40 improved
bili 1.4
alkP 139

IMAGING
8/10/14
CTA chest - 1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size. No atrial septal defect is seen by 2D or color Doppler. The estimated right atrial pressure is at least 15 mmHg. There is mild symmetric left ventricular hypertrophy with normal cavity size and global systolic function (LVEF=55%). Due to suboptimal technical

quality, a focal wall motion abnormality cannot be fully excluded. There is no ventricular septal defect. The right ventricular cavity is dilated with depressed free wall contractility. There is no aortic valve stenosis. No aortic regurgitation is seen. The mitral valve appears structurally normal with trivial mitral regurgitation. The pulmonary artery systolic pressure could not be determined. There is no pericardial effusion.

CT head 8/11 - FINDINGS:
There is no evidence of hemorrhage. There is a right parietal mass invading the splenium corpus callosum. White matter hypodensity is likely edema in the patient's clinical History. The mass-effect on the lateral ventricles and leftward midline shift is less compared to May 21. The basal cisterns appear patent.
Two right-sided burr holes are noted. The paranasal sinuses, mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -
IMPRESSION:
1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.

Ab U/S 8/18:
1. Mildly echogenic liver consistent with steatosis. Other forms of liver disease and more advanced liver disease including steatohepatitis, fibrosis, or cirrhosis cannot be excluded on this study.
2. No evidence of cholelithiasis or findings suggestive of acute cholecystitis.

Assessment/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due to GBM then 50mg infusion on 8/10). On heparin gtt and now on lovenox transitioned 8/16. Xa level 8/18 is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likey contributed to bruising. head Ct without hemorrhage 8/11

GBM - s/p chemorads in May. parietal mass has persisted on head

                                          CT this admission also has ongoing edema. neuro-oncology consulted while pt in ICU. Has continued on dex and seizure meds. Restaging MRI done 8/18 w/ plan to restart temodar, awaiting results

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on CXR PNA vs pulmonary infarction, air-bronchogram present. initially treated with vancomycin + cefepime. Hflu was beta-lactamase negative, narrowed to levaquin, to complete today

Leukocytosis - present on arrival, thought to be 2/2 stress response from PE, pt also on dex. Did not worsen with development of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning for cholelithiasis/cholecystitis but U/S normal. liver enzymes improving, ? passed gallstone. will slowly advance diet

Delirium - treated with olanzapine in ICU, nearly resolved, still having difficulty with sleep/wake cycle. on increase trazodone

Constipation - no stool for several days while in ICU. Good relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although large diffuse ecchymoses. also ?dilutional and phlebotomy vs occult GI bleed on heparin but guiac negative. Slightly improved past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2 consumption from clot, did not decrease on heparin and now improving

Code status - Full code
Dispo - Will require rehab placement once medically stable for discharge, likely 24-48 hrs

JESSICA J. LIEGEL, MD

[SOURCE: OMR]

Date: 08/18/14 Signed: 08/18/14 at 4:41 pm

AGE 61

MINISTERI,ANTHONY UNIT # 2285630

ONCOLOGY PROGRESS NOTE, Aug 18, 14

61 yr old male with GBM s/p chemorads in May. He was transferred from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden onset chest pain and SOB w/ possible syncope while sitting on toilet on 8/10. He required intubation at OSH for possible seizure, hypotensive during flight to BIDMC requiring levophed. EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got tpa x 2 in ED. During ICU stay was on 2 pressors, paralytics and flolan while in ICU and over next few days able to wean pressors and vent. Pt was extubated 8/14/14.

Subjective/Interim: Developed new onset RUQ pain last night, describes as being stabbed w/ poker. Never had pain like this before. Not worse with eating. No nausea/vomiting. Had 3 BM yesterday, no diarrhea. Has extensive bruising over arms and face, cont to improve, no bleeding.

ROS: no fever/chills, melena, cough, SOB. Remainder 10pt ROS negative other than HPI above.

Exam:
VS - 98.1 128/80 84 20 94%RA
Gen - alert, NAD, pleasant
HEENT - evolving bruising over neck, below R mandible, and R eyelid, MMM, no OP lesions
CV - RRR, no murmur
Resp - CTAB
Ab - soft, NT, ND, BS active, no HSM
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremities

Labs -
ALT: 200 AP: 155 Tbili: 1.4 Alb:
AST: 65 LDH: Dbili: TProt:
Amy: Lip: 417

wbc 8.3 hgb 9.2 plt 166

IMAGING
8/10/14
CTA chest - 1. Massive pulmonary embolism involving the central and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and bowing of the
interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size. No atrial septal

                                           defect is seen by 2D or color Doppler. The estimated right atrial pressure is at least 15 mmHg. There is mild symmetric left ventricular hypertrophy with normal cavity size and global systolic function (LVEF=55%). Due to suboptimal technical quality, a focal wall motion abnormality cannot be fully excluded. There is no ventricular septal defect. The right ventricular cavity is dilated with depressed free wall contractility. There is no aortic valve stenosis. No aortic regurgitation is seen. The mitral valve appears structurally normal with trivial mitral regurgitation. The pulmonary artery systolic pressure could not be determined. There is no pericardial effusion.

CT head 8/11 - FINDINGS:
There is no evidence of hemorrhage. There is a right parietal mass invading the splenium corpus callosum. White matter hypodensity is likely edema in the patient's clinical History. The mass-effect on the lateral ventricles and leftward midline shift is less compared to May 21. The basal cisterns appear patent.
Two right-sided burr holes are noted. The paranasal sinuses, mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -
IMPRESSION:
1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.

Assessment/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due to GBM then 50mg infusion on 8/10). On heparin gtt and now on lovenox transitioned 8/16. Xa level today is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likey contributed to bruising. head Ct without hemorrhage 8/11

GBM - s/p chemorads in May. parietal mass has persisted on head CT this admission also has ongoing edema. neuro-oncology consulted while pt in ICU. Has continued on dex and seizure meds. REstaging MRI done today as patient due for further treatment.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on CXR PNA vs pulmonary infarction, air-bronchogram present. initially treated with vancomycin + cefepime. Hflu was beta-lactamase negative, narrowed to levaquin, day 7 will be 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress response from PE, pt also on dex. Did not worsen with development of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning for cholelithiasis/cholecystitis but exam now significantly improved. WBC remains normal, afebrile. Will await RUQ U/S, consider surgery consult. change to cefepime if exam worsens, has fever, etc.

Delirium - treated with olanzapine in ICU, nearly resolved, still having difficulty with sleep/wake cycle. on increase trazodone

Constipation - no stool for several days while in ICU. Good relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although large diffuse ecchymoses. also ?dilutional and phlebotomy vs occult GI bleed on heparin but guiac negative. Slightly improved past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2 consumption from clot, did not decrease on heparin and now improving

Code status - Full code
Dispo - Will require rehab placement once medically stable for discharge.

JESSICA J. LIEGEL, MD

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE Page 1
Date: 08/18/14 Signed: 08/18/14 at 5:48 pm Cosigned: 08/18/14 at 5:57 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

Note contains an addendum. See bottom.

PHYSICAL THERAPY PROGRESS NOTE
Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "I'm feeling better."

OBJECTIVE: Follow up visit to address goals of PT evaluation on: 8/13

Patient seen today for:
Patient Education
Therapeutic Activities
Gait Training
Therapeutic Exercise
Balance Training

Updated Medical Status: new onset of abdominal pain, possible cholecycitis. A&Ox3 w/ MRI and US unread as of yet.

Labs:
08/18/14: WBC: 8.3
08/18/14: HGB: 9.2*
08/18/14: HCT: 28.9*
08/18/14: Plt Count: 166

Radiology:
MR Head 8/18: Unread
CXR 8/14 - New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.
CT head 8/11: There is no evidence of hemorrhage. There is a right parietal mass invading the splenium corpus callosum. White matter hypodensity is likely edema in the patient's clinical History. The mass-effect on the lateral ventricles and leftward midline shift is less compared to May 21.

Medications: Change to 0.5mg HYDROmorphone IV, TraZODone 50-100 mg.

Procedures: n/a

Hemodynamic Response/Aerobic Capacity

| | Position | HR | BP | RR | O2 | RPE |
|---|---|---|---|---|---|---|
| Rest | Supine | 98 | 128/70 | 22 | 96%RA | 2 |
| | Sit | 112 | 122/70 | 24 | 94%RA | 2 |
| | Stand | 118 | n/a | 28 | 94%RA | 3 |
| Activity | n/a | | | | | |

AR0461

                                              Recovery Sit 115 126/74 22 99%RA 2
Total Distance Walked: n/a Minutes:

Functional Status
Rolling: I Use of rail: N
Sup/Sidelying to Sit: min A Head of Bed Elevated: n/a
Sit to Stand: initially min A progress to CG w/ RW
Ambulation: n/a
Stairs: n/a
Other Activity: stand-step transfer bed>chair: CG
Specify: n/a

***Abbreviation Key*** I=Independent S=Supervision CG=Contact Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane AC=Axillary Crutches

Gait: Pt declined ambulation due to pain/fear of increasing pain in RUQ w/ upright activity.

Balance: Sitting - Static: I w/o UE support. Dynamic: I w/ single UE support. Pt able to reach outside BOS in all directions >6", able to touch toes. Standing: initially min A for AD management and retropulsion. Pt progressed to CG - requires momentum, bil UE support on bed and mod verbal cues for sequencing. Pt demonstrates impulsiveness but responds to simple commands. Dynamic - CG w/ single UE support on R. Pt does not demonstrate reaching outside BOS. Mod bil sway while transfering, requires mod verbal cues for sequencing and CG for AD management.

Pain: 0/10 at rest. 4/10 with activity. 2/10 at recovery.
Location: RUQ
Quality: "sharp"
Intervention: position of comfort

Limiting Symptoms:
pain
weakness

Other Tests and Measures:

Orientation, Alertness, Arousal, Attention:
Pt is oriented to name, DOB, reason and location. Pt able to recall the date w/o reading off of the calendar. Pt able to state 3/12 months of the year backwards and 5/7 days of the week backwards w/o error. Able to count backwards from 10 adequately. Pt able to recall 1/3 items 3 min later. Pt is easily distracted and performs better in quiet environment. Performs well w/ simple commands and visual demonstration for motor sequencing.

Team Communication: Communication w/ NSG RE: Pt status pre and post visit, mobility recommendations, D/C planning.
Patient discussed at interdisciplinary team rounds.

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 3
Date: 08/18/14    Signed: 08/18/14 at 5:48 pm Cosigned: 08/18/14 at 5:57 pm
                                                  AGE 61
MINISTERI,ANTHONY                            UNIT #    2285630

Patient Education RE: need for AD, benefits for OOB activity and
ther ex, fall precautions, PT plan of care and D/C planning.

Intervention: Transfer and balance training, pt education.

Balance re-training in sitting:
-12 (6ea) reps of reaching outside BOS w/ single UE support, both
UEs.
-3 w/ R UE reaching, L UE support on RW: pt did not demonstrate
reaching outside BOS. Pt declined further treatment due to pain
in RUQ.

ASSESSMENT/CLINICAL IMPRESSION: 61M PE 2/2 glioblastoma and new
concern for possible cholecycitis due to RUQ pain. Pt has made
great improvement from his initial evaluation and has met 8/8 of
his goals. Despite his improvement the pt would benefit from
skilled rehab due to his impusiveness, level of cognition and
requirement of 24S. Recommend D/C to rehab.

Anticipated Discharge: (X)rehab ( )home following  PT visits

PLAN: balance, gait, endurance training, ther ex and acitivity,
pt education: deep breathing, energy conservation, fall
precautions, AD management, PT plan of care and D/C planning.
Recommendations for Nursing:

Patient agrees with the above goals and is willing to participate
in the rehabilitation program.  Please indicate with an 'X': Yes
(X) or No ( ). If no please explain:

Date: 08/18/2014
Time: 16:49-17:12

Physical Therapy Student Name: Tessa Carson, PT/s
Physical Therapy Student Pager: 92757

Physical Therapist Name: Meghan Church PT, DPT
Physical Therapist Pager: 32318


                       TESSA CARSON

      Cosignature: MEGHAN CHURCH, PT

   #  -Addendum- 08/18/14 at 5:57 pm

I have read and agree with above.
Meghan Church PT, DPT p32318
08/18/2014

                     MEGHAN CHURCH, PT
[SOURCE: OMR]

AR0463

Date: 08/17/14 Signed: 08/17/14 at 8:58 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

ONCOLOGY PROGRESS NOTE, Aug 17, 14

61 yr old male with GBM s/p chemorads in May. He was transferred from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden onset chest pain and SOB w/ possible syncope while sitting on toilet on 8/10. He required intubation at OSH for possible seizure, hypotensive during flight to BIDMC requiring levophed. EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got tpa x 2 in ED. During ICU stay was on 2 pressors, paralytics and flolan while in ICU and over next few days able to wean pressors and vent. Pt was extubated 8/14/14.

Subjective/Interim: Transferred out of West ICU last night. Has been on RA. Denies dyspnea other than when initially getting up. No chest pain, leg pain, leg swelling. Has extensive bruising over arms and face, gradually improving per family. Had BM last night and two this am after miralax and MOM. Having difficulty sleeping

ROS: no fever/chills, no nausea, vomiting, ab pain, melena. Remainder 10pt ROS negative other than HPI above.

Exam:
VS - 98.4 128/70 81 20 93%RA
Gen - alert, NAD, pleasant
HEENT - bruising over neck and lateral face, MMM, no OP lesions
CV - RRR, no murmur
Resp - CTAB
Ab - soft, NT, ND, BS hypoactive
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremitys

Labs - hgb 8.4 Plt 141 (both improved)
Lytes and Cr wnl
Xa 4 hrs after am dose 0.9

IMAGING
8/10/14
CTA chest - 1. Massive pulmonary embolism involving the central and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and bowing of the
interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size. No atrial septal defect is seen by 2D or color Doppler. The estimated right atrial pressure is at least 15 mmHg. There is mild symmetric left ventricular hypertrophy with normal cavity size and global systolic function (LVEF=55%). Due to suboptimal technical

quality, a focal wall motion abnormality cannot be fully excluded. There is no ventricular septal defect. The right ventricular cavity is dilated with depressed free wall contractility. There is no aortic valve stenosis. No aortic regurgitation is seen. The mitral valve appears structurally normal with trivial mitral regurgitation. The pulmonary artery systolic pressure could not be determined. There is no pericardial effusion.

CT head 8/11 - FINDINGS:
There is no evidence of hemorrhage. There is a right parietal mass invading the splenium corpus callosum. White matter hypodensity is likely edema in the patient's clinical History. The mass-effect on the lateral ventricles and leftward midline shift is less compared to May 21. The basal cisterns appear patent.
Two right-sided burr holes are noted. The paranasal sinuses, mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -
IMPRESSION:
1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.

Assessment/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due to GBM then 50mg infusion on 8/10). On heparin gtt and now on lovenox transitioned 8/16. Checked Xa level today is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likey contributed to bruising. head Ct without hemorrhage

GBM - s/p chemorads in May. parietal mass has persisted on head CT this admission also has ongoing edema. neuro-oncology consulted while pt in ICU. Has continued on dex and seizure meds. Will obtain restaging MRI as patient due for further treatment.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on CXR PNA vs pulmonary infarction, air-bronchogram present. initially treated with vancomycin + cefepime. Hflu was beta-lactamase negative, narrowed to levaquin, day 7 will be 8/19

                                          Leukocytosis - present on arrival, thought to be 2/2 stress response from PE, pt also on dex. Did not worsen with development of PNA. Now resolved

Delirium - treated with olanzapine, nearly resolved, still having difficulty with sleep/wake cycle. will increase trazodone

Constipation - no stool for several days while in ICU. Had BM last night with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although large diffuse ecchymoses. also ?dilutional and phlebotomy vs occult GI bleed on heparin but guiac negative. Slightly improved past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2 consumption from clot, did not decrease on heparin and now improving

Code status - Full code
Dispo - Anticipate d/c home next 48 -72 hrs, will request PT/OT to assess pt safe for discharge home

JESSICA J. LIEGEL, MD

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE Page 1

Date: 08/15/14 Signed: 08/15/14 at 4:39 pm

AGE 61

MINISTERI,ANTHONY UNIT # 2285630

PHYSICAL THERAPY PROGRESS NOTE
Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "Am I going to get out of bed?"

OBJECTIVE: Follow up visit to address goals of PT evaluation on: 8/13

Patient seen today for:
Patient Education
Therapeutic Activities
Functional Mobility Training
Balance Training
Gait Training
Continuous Pulse Oximetry

Updated Medical Status:
Labs:
08/15/14: WBC: a) 5.6; b) 5.5
08/15/14: HGB: a) 7.7*; b) 7.3*
08/15/14: HCT: a) 22.8*; b) 22.1*
08/15/14: Plt Count: a) 119*; b) 106*
08/15/14: PT: a) 13.0*; b) 13.0*
08/15/14: PTT: a) 51.4*; b) 60.7*
08/15/14: INR: a) 1.2*; b) 1.2*

Pt more delirious/agitated overnight without sleep until 6am this morning.

Hemodynamic Response/Aerobic Capacity

| | Position | HR | BP | RR | O2 |
|---|---|---|---|---|---|
| Rest | supine | 82 | 139/74 | | 97% 4L |
| Activity | sit | | 137/84 | | |
| Recovery | sit | | 127/68 | | 96% 4L |

Total Distance Walked: NT Minutes:
*BP on L distal LE

Functional Status
Rolling: min A with bed rail
Supine/Side-lying to Sit: min A
Sit to Stand: min A x 2
Ambulation: NT
Stairs: NT
Other Activity: stand pivot to chair
Specify: mod A x 1

***Abbreviation Key*** I=Independent S=Supervision CG=Contact Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane AC=Axillary Crutches

Gait: Sit to stand x 2 trials with min A x 2 and UE support; stand pivot with mod A 2/2 L LE buckling and pt fatigue. Denied dizziness/SOB t/o.

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 2
Date: 08/15/14    Signed: 08/15/14 at 4:39 pm
                                        AGE 61
MINISTERI,ANTHONY                       UNIT #    2285630

Balance: At the edge of the bed, pt able to maintain midline BUE support and S. Min reaching within BOS with improved midline posture. Static stance required min A x 2, B UE support, wife BOS and L LE buckling.

Pain: Denied pain t/o

Limiting Symptoms: fatigue, lethargy, agitation with Foley

Other Tests and Measures:
Arousal/Attention/Cognition/Communication:
Arousal: Pt maintains eyes open t/o PT session with auditory stimulation with improved eye contact. Remain inattentive 2/2 general restlessness/discomfort and lack of sleep he reports.

Orientation: Oriented to name/ DOB/ hospital only. Patient able to read calendar to re-orient to day/ date/ year.

Communication: verbally communicates, difficulty articulating symptoms/needs 2/2 fatigue. Indep demonstrates call bell use.

Command Following: 100% single step motor commands with delay in initiation.

CAM ICU: positive

Visual Perception: Scans and tracks in all 4 visual quadrants. Unable to read calendar on the wall. Able to read staff ID badges at arms length distance. Reports continued blurry vision.

Short term memory: Unable to recall edu > 3 min, such as purpose of Foley catheter when pt reports need to urinate or requests "do you have a bathroom around here".

Mobility: mobilizes all extremities including L UE/LE with attention to L and R hemibody/environment, but demonstrates decreased use of L UE for tasks (and is L handed) as well as L LE functional weakness >R, with buckling in weight bearing and decreased ability to lift L LE/weight shift to L.

Pulmonary: normal breathing pattern with frequent coughing. Cough: Moderate, congested and productive per pt, not observed this session.

Team Communication: Communicated with RN RE: Pt status pre and post treatment, recommendations for mobility. Patient discussed at interdisciplinary team rounds.

Patient/Caregiver Education: PT role, PT plan of care, D/C plans to rehab, orientation training, benefits of OOB to chair

Intervention: OOB assessment/mobility, sit to stand trial, pt edu and cognitive assessment/training.

AR0468

Date: 08/15/14 Signed: 08/15/14 at 4:39 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

ASSESSMENT/CLINICAL IMPRESSION: 61 yo M with recent diagnoses/treatment of GBM now presents with massive PE and hypercarbic respiratory failure s/p extubation. Pt currently presents to PT most limited by cognition and deconditioning in setting of recent bed rest, with evidence of delirium. Anticipate pt will continue to make functional and cognitive gains with continued mobilization, weaning of sedation and acute PT/OT intervention. Today pt presents with continued improvements particularly regarding functional mobility / balance. Given pt's age, active PLOF, apparent strength and mobilization of extremities, and relatively brief period of sedation/intubation, pt has good potential to return to ambulatory functional status. His ICU course to date and future care will likely prolong his recovery timeline, but acute PT will continue to progress and reassess. At this time, continue to recommend d/c to interdisciplinary rehab setting, although this may change pending patient progress this admission.

Anticipated Discharge: (x)rehab ( )home

PLAN:
ROM/stretching program with rehab aide/PT coop student
Progress functional mobility including bed mobility, transfers, gait and stairs as tolerated.
Balance training
Cognitive activities and orientation training
Pulmonary hygiene with continuous O2 monitoring
Patient/Caregiver education RE: delirium reduction, early mobility
D/C planning

Recommendations for Nursing: Pt is at high risk for deconditioning please encourage frequent mobility and maximize independence in ADLs. Lift for all mobility 3x/day.
Please use pressure relieving air cushion / chair alarm when out of bed. Normalize sleep-wake cycle to decrease risk of delirium.

Patient agrees with the above goals and is willing to participate in the rehabilitation program. Please indicate with an 'X': Yes ( ) or No (x). If no please explain: pt unable given impaired cognition

Date: 08/15/2014
Time: 1130-1210

Physical Therapist Name: Angela Berlin PT, DPT
Physical Therapist Pager: 35470

ANGELA BERLIN, PT

[SOURCE: OMR]

                                        Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE Page 1

Date: 08/15/14 Signed: 08/15/14 at 3:10 pm

AGE 61

MINISTERI,ANTHONY UNIT # 2285630

OCCUPATIONAL THERAPY PROGRESS NOTE
Rehabilitation Services - Inpatient Occupational Therapy

SUBJECTIVE: Patient reports being tired.

OBJECTIVE:

Activities of Daily Living: (assistance required)
- Grooming: Supervised to face/ hand washing with cloth

Aerobic Activity Response:

| | Position | HR | BP | RR | O2 |
|---|---|---|---|---|---|
| Rest | supine | 82 | 139/74 | | 97% |
| Activity | sit | | 137/84 | | |
| Recovery | sit | | 127/68 | | |

Functional Transfers: (assistance required
- Rolling: Min assist
- Sup / Sidelying to Sit: Min assist
- Sit to Stand: Min assist x 2
- Stand pivot to chair: Mod assist x 1

Cognition:
- Orientation: Awake, eyes open. Oriented to name/ DOB/ hospital only. Patient able to read calendar to re-orient to day/ date/ year.
- Attention: Impaired attention to formal testing. Impaired Vigilance testing
- CAM ICU Positive
- Visual Perception: Scans and tracks in all 4 visual quadrants. Unable to read calendar on the wall. Able to read staff ID badges at arms length distance.
- Follows commands: Following simple 1 step physical commands.
- Communication: Difficulty verbalizing basic needs 2/2 fatigue/ cognitive impairment.

Patient Education: Role of OT. Benefits of OOB and activity performance.

Team Communication: RN, MD, PT regarding patient status

ASSESSMENT: 61 year old male with GBM admit for management of a massive PE. The patient is participating in a PT/OT program and making functional gains. He continues to demonstrate the need to d/c to a rehab facility with daily PT/OT to maximize his functional potential. Plan to continue acute OT for ADL training, functional training, and cognitive re-training.

Anticipated Discharge: rehab

PLAN: Continue per initial eval

Date: 08/15/14 Signed: 08/15/14 at 3:10 pm
AGE 61
MINISTERI, ANTHONY UNIT # 2285630

Patient Agrees with the above goals and is willing to participate in the rehabilitation program. Please indicate with an 'X':
Yes ( x ) or No ( ).
If no please explain:

Time: 1130-1210
Pager #: 35564

SCOTT HAMELIN, OTR/L, CHT

[SOURCE: OMR]

                                           OCCUPATIONAL THERAPY EVALUATION
Rehabilitation Services - Inpatient Occupational Therapy

Attending Physician: AKUTHOTA,PRAVEEN
Referral Date: 8/14/2014
Medical Dx/ICD9: PE; 415.1
Reason for Referral: Evaluation and Treatment
Activity Orders: As Tolerated Per Verbal Order in Interdisciplinary Mobility Rounds

HPI/Subjective Complaint: 51 yo M with history of GBM diagnosed in May s/p chemo/radiation, found to have a massive PE and transferred to the MICU s/p lysis with tPA, paralyzed with rocuronium initially, intubated and ventilated, with initial pressor requirement (Levophed, and vasopressin). Intubated with hypercarbic respiratory failure with decreased ventilation, increased lactate, sinus tachycardia and troponin leak, obstructive shock. Pt extubated (8/14) few hours prior to OT evaluation

Ventilator support dates: 8/11-8/14
Number of days of bed-rest: 8/11-8/14

Past Medical/Surgical History:
-GBM diagnosed in May s/p chemo/radiation
-hip Joint replacements
-Cluster headaches

Medications: Heparin IV Sliding Scale Dexamethasone Cefepime Vancomycin Midazolam Fentanyl Citrate Propofol

Radiology:
8/11 CT HEAD: No evidence of hemorrhage. Again seen is a right parietal mass with associated edema. The mass effect and midline shift have decreased since May 21.
8/11 ECHO: The right ventricular cavity is dilated with depressed free wall contractility. There is no aortic valve stenosis. No aortic regurgitation is seen. The mitral valve appears structurally normal with trivial mitral regurgitation. The pulmonary artery systolic pressure could not be determined. There is no pericardial effusion.
8/10 CTA CHEST: 1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum). 2. Wedge shaped opacities in the superior segments of the lower lobes are suspicious for pulmonary infarctions.
8/10 CT HEAD: Multilocular cystic lesion centered in the right parietal lobe and extending across the corpus callosum, consistent with the patient's known glioblastoma and surrounding posttreatment changes. No evidence of infarction or hemorrhage.
8/10 CXR: Lung volumes are low with bibasilar atelectasis and scarring, particularly in the left lower lobe

                                          Labs:
08/14/14: WBC: a) 6.8; b) 6.2; c) 6.2
08/14/14: HGB: a) 8.5*; b) 8.6*; c) 8.9*
08/14/14: HCT: a) 25.1*; b) 26.0*; c) 26.1*
08/14/14: Plt Count: a) 88*; b) 85*; c) 92*

Social/Occupational History: (PER PT EVAL- no family present to provided) Married, lives with wife and kids. Works and just started a new job that requires travel one month ago.

Living Environment: Pt lives in a multi-level home, presumed stairs.

Prior Functional Status/Activity Level: Ambulates without an assistive device per sisters, but leading up to GBM diagnosis in May was using a SC progressing to RW progressing to w/c. Progressed to independent baseline s/p chemo/radiation. Indep ADLs/IADLs and active per sisters, without residual neuro deficits that they are aware of. Drives.

OBJECTIVE TESTING
Current Activities of Daily Living:
Self Feeding: NT
Grooming: Min assist with suction
UE Bathing: Max assist (simulated)
LE Bathing: Max assist (simulated)
UE Dressing: Max assist
LE Dressing: Max assist
Toileting: NT
Specify: Pt requires heavy assist to complete self-care, unable to attend to task to wash face with cloth. Max assist to don socks.

PERFORMANCE SKILLS
Process Skills:
A&Ox self, DOB and hospital. Pt reports the year as "January" (also his birthday) unable to attend to cues to look "outside" or the wall calendar. Pt unable to report the season or year.
Behaviors: lethargic, distracted with shovel mask
Following Commands: 50% one step commands with cues and increased time to complete
Memory: recognized PT from yesterday but unaware of role/title
Attention: CAM ICU positive, eye open 75% of the time
Insight/ Safety Awareness: Impaired, cues for transfer and motor planning
Visual perception: tracks from L to R
Communication: able to make needs known when prompted, speech slurred and dysarthric, difficult to understand at times.

Current Instrumental Activities of Daily Living:
Home Management: needs assist
Money Management: NT
Community Integration: needs assist

Motor Skills - Functional Transfers:
Rolling: NT
Supine/Side-lying to Sit: Mod assist x2
Sit to Stand: Max assist x 2
Bed to Chair: dependent with lift
Functional Balance: CG assist to supervision
Specify: Pt require max cues to attend with transfers, mod assist to the EOb, once at EOB was able to demo functional balance with CG to supervision with B UE to support. Pt with R side lean, corrects initially however purpose with fatigue in attempts to lay supine "back to bed." Pt demo three sit to stand with max assist x 2, unable to fully erect upright, demo WBing into B LE, pt achieve 75% upright. Defer transfer and use the lift to the chair, chair alarm on.

***Abbreviation Key***
I=Independent S=Supervision CG=Contact Guard RW=Rolling Walker
SW=Standard Walker SC=Straight Cane AC=Axillary Crutches

Functional Balance: CG to supervision at EOB

Hemodynamic Response/Aerobic Capacity

| | Position | HR | BP | RR | O2 | RPE |
|---|---|---|---|---|---|---|
| Rest | Supine | 94 | 142/84 | | 96% (shovel mask- 50%) | |
| Activity | EOB | 100-116 | 161/100 | | 100% (SM @ 50%) | |
| Recovery | Reclined | 100 | 138/71 | | 99% (SM) | |

Range of Motion: B UE WFL

Muscle Performance: unable to attend to formal testing
B UE >= 3+/5 grossly
Motor Control: no abnormal movements

Coordination: unable to assess 2/2 to commands

Integumentary: shovel mask at 50%, L UE bruising (from shoulder >distally- purple), tele, PIV, BP taken on L calf

Sensation: withdraws

Pain: denies

Limiting Symptoms: arousal, commands, attention, strength, activity tolerance

Team Communication: NR pre/post session, PT co-treat

Patient/Caregiver Education RE: OT role, plan of care, re-orientation

Intervention: complete OT evaluation

Date: 08/14/14 Signed: 08/14/14 at 3:27 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

DIAGNOSIS
Impairments, Functional Limitations, Disabilities
-Impaired arousal
-Impaired commands
-Impaired orientation
-Impaired strength
-Impaired transfers
-Impaired bed mobility
-Impaired insight
-Impaired ADLs

Clinical Impression/Prognosis: 61 yo M with recent diagnoses/ treatment of GBM now presents with massive PE and hypercarbia respiratory failure s/p extubation presents as noted above. Pt is functioning well below independent baseline. Pt was limited today by impaired arousal, command, cognition and attention to tasks. Pt demo heavy assist with transfers, requiring max cues to motor plan and problem tasks. Pt presents delirious and deconditioned in the ICU s/p recent extubation. Pt will likely require d/c to rehab with OT/PT to maximize functional independence and cognition. Acute OT will continue to progress to maximize gains and prevent acute delirium.

Current Status: G8987 Self Care

AM-PAC raw score:
Based on the results of the AM-PAC, the patient presents with CMS severity:
60%-80% impaired (CL)

Goal Status: G8988 Self Care
with CMS severity:
40%-60% impaired (CK)

Goals: Time Frame: 1 Week
- 100% eye's open
- 100% one step commands
- min assist to log roll
- Mod assist to the commode
- O x 3
- correct on 2/3 attention tests

Anticipated Discharge: (X)rehab ( )home following OT visits

Treatment Plan: f/u ADLs, mobility, transfer, cognitive re-training

Frequency/Duration: 1x/week for 1 week

Recommendations for Nursing: dependent with the lift to the chair bed/chair alarm, constant re-orientation

Delirium prevention:
***OOB to chair 3 day for ALL meals please!

***Familiar pictures and items within view
***News or nonverbal music on during daytime
***Lights on during day with shades UP
***Frequent Reorientation to clock, calendar, window
***Encourage participation with ADLs
***Use of chair/bed alarms
***Encourage family presence at bedside

Patient agrees with the above goals and is willing to participate in the rehabilitation program. Please indicate with an 'X': Yes (X) or No ( ). If no please explain:

Date: 08/14/2014
Time: 1100-1130

Occupational Therapist Name: McKenna S. Reese MS, OTR/L
Occupational Therapist Pager: 39754

MCKENNA REESE, OTR/L

[SOURCE: OMR]

Date: 08/14/14 Signed: 08/14/14 at 3:42 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

PHYSICAL THERAPY PROGRESS NOTE
Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "I am exhausted"

OBJECTIVE: Follow up visit to address goals of PT evaluation on: 8/13

Patient seen today for:
Patient Education
Therapeutic Activities
Functional Mobility Training
Balance Training
Gait Training
Continuous Pulse Oximetry

Updated Medical Status:
Labs:
08/14/14: WBC: a) 6.8; b) 6.2; c) 6.2
08/14/14: HGB: a) 8.5*; b) 8.6*; c) 8.9*
08/14/14: HCT: a) 25.1*; b) 26.0*; c) 26.1*
08/14/14: Plt Count: a) 88*; b) 85*; c) 92*

Procedures: extubated this morning

Hemodynamic Response/Aerobic Capacity

| | Position | HR | BP | RR | O2 | RPE |
|---|---|---|---|---|---|---|
| Rest | Supine | 103 | 142/84 | 22 | 94% 50%SM | |
| | Sit | | | | | |
| | Stand | | | | | |
| Activity | Sit | 116 | 161/100* | 28 | 90% 50% SM | |
| Recovery | Reclined | 102 | 138/71 | 24 | 100% 50% SM | |

Total Distance Walked: NT Minutes:
*BP on L distal LE with ? accuracy while LE dangling and pt too agitated to tolerate fully immobile BP reading. RN aware.

Functional Status
Rolling: NT
Supine/Side-lying to Sit: Mod assist x2
Sit to Stand: Max assist x 2
Ambulation: NT
Stairs: NT
Other Activity: OOB to chair
Specify: total A with lift

***Abbreviation Key*** I=Independent S=Supervision CG=Contact Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane AC=Axillary Crutches

Gait: pt unable. Mod A x 2 for transition to EOB sitting 2/2 p lethargy and motor task initiation. Cuing for transfer with pt use of UE and scooting trunk to EOB. Sit to stand x 3 trials with max A x 2 and pt able to attain 75% of full stance with B LE WB,

without buckling, with increased forward flexed posture and wide BOS. Transfer not performed functionally 2/2 pt fatigue and inability to safely weight shift to pivot or step to chair. Seated rest breaks required between trials 2/2 pt fatigue.

Balance: At the edge of the bed, pt able to maintain midline BUE support and S. Min reaching within BOS with increased R trunk lean, also noted with fatigue. No overt LOB noted in sitting. Able to sit briefly without UE support and maintain trunk midline. Increased trunk unsteadiness and need for UE support with stance trial.

Pain: Denied pain t/o

Limiting Symptoms: fatigue, lethargy, pt focus on clearing secretions

Other Tests and Measures:
Arousal/Attention/Cognition/Communication:
Arousal: Pt maintains eyes open for 75% of PT session with auditory stimulation.

Orientation: Pt is orientated to: A&Ox self, DOB and hospital. Pt reports the year as "January" (also his birthday) unable to attend to cues to look "outside" or the wall calendar. Pt unable to report the season or year.

Communication: able to make needs known when prompted, speech slurred and dysarthric, difficult to understand at times with pt clearing throat and moaning often without report of symptoms or needs.

Command Following: 50% one step commands with cues and increased time to complete.

CAM ICU: positive

Pulmonary: normal breathing pattern with frequent coughing. BS coarse at bases. Cough: Moderate, congested and productive but pt requiring max cues to spit out secretions and is visibly swallowing a fair amount. When able to use Yankauer or expectorate secretions they are thick, tan, and copious. Pt denies SOB or difficulty breathing through out. Requires assist for Yankauer use.

Team Communication: Communicated with RN RE: Pt status pre and post treatment, recommendations for mobility. Patient discussed at interdisciplinary team rounds.

Patient/Caregiver Education: PT role, PT plan of care, D/C plans to rehab, orientation training, benefits of OOB to chair

Intervention: OOB assessment/mobility, sit to stand trial, pt edu and cognitive assessment/training.

ASSESSMENT/CLINICAL IMPRESSION: 61 yo M with recent diagnoses/treatment of GBM now presents with massive PE and hypercardic respiratory failure s/p extubation. Pt currently presents to PT most limited by cognition and deconditioning in setting of recent bed rest, with evidence of delirium. Anticipate pt will continue to make functional and cognitive gains with continued mobilization, weaning of sedation and acute PT intervention. Today pt presents with significant improvements in arousal command following, communication, secretion clearance/pulm toilet, ventilation, and functional mobility/balance. Given pt's age, active PLOF, apparent strength and mobilization of extremities, and relatively brief period of sedation/intubation, pt has good potential to return to ambulatory functional status. His ICU course to date and future care will likely prolong his recovery timeline, but acute PT will continue to progress and reassess. At this time, continue to recommend d/c to interdisciplinary rehab setting, although this may change pending patient progress this admission.

Anticipated Discharge: (x)rehab ( )home

PLAN:
ROM/stretching program with rehab aide/PT coop student
Progress functional mobility including bed mobility, transfers, gait and stairs as tolerated.
Balance training
Cognitive activities and orientation training
Pulmonary hygiene with continuous O2 monitoring
Patient/Caregiver education RE: delirium reduction, early mobility
D/C planning

Recommendations for Nursing: Pt is at high risk for deconditioning please encourage frequent mobility and maximize independence in ADLs. Lift for all mobility 3x/day.
Please use pressure relieving air cushion / chair alarm when out of bed. Normalize sleep-wake cycle to decrease risk of delirium.

Patient agrees with the above goals and is willing to participate in the rehabilitation program. Please indicate with an 'X': Yes ( ) or No (x). If no please explain: pt unable given impaired cognition

Date: 08/14/2014
Time: 900-915/1100-1130

Physical Therapist Name: Angela Berlin PT, DPT
Physical Therapist Pager: 35470

ANGELA BERLIN, PT

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Venous Access
330 Brookline Avenue, Boston, MA 02215
PROGRESS NOTE Page 1

Date: 08/14/14 Signed: 08/14/14 at 2:37 pm

AGE 61

MINISTERI, ANTHONY UNIT # 2285630

new POWER PICC tip is cavoatrial junction, wire removed on insertion

CAROLYN FASOLI

[SOURCE: OMR]

AR0480

Beth Israel Deaconess Medical Center/Venous Access
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE Page 1

Date: 08/14/14 Signed: 08/14/14 at 2:54 pm

AGE 61

MINISTERI,ANTHONY UNIT # 2285630

PICC line--- cxr re-check by radiology tip may be in rt. atrium, pulled back 2 cm to place distal SVC/ cavoatrial junction

CAROLYN FASOLI

[SOURCE: OMR]

Date: 08/13/14 Signed: 08/13/14 at 4:09 pm

AGE 61

MINISTERI,ANTHONY UNIT # 2285630

PHYSICAL THERAPY EVALUATION
Rehabilitation Services - Inpatient Physical Therapy

Attending Physician: AKUTHOTA,PRAVEEN
Referral Date: 8/13/2014
Medical Dx/ICD9: PE; 415.1
Reason for Referral: Evaluation and Treatment
Activity Orders: As Tolerated Per Verbal Order in Interdisciplinary Mobility Rounds

HPI/Subjective Complaint: 51 yo M with history of GBM diagnosed in May s/p chemo/radiation, found to have a massive PE and transferred to the MICU s/p lysis with tPA, paralyzed with rocuronium initially, intubated and ventilated, with initial pressor requirement (Levophed, and vasopressin). Intubated with hypercarbic respiratory failure with decreased ventilation, increased lactate, sinus tachycardia and troponin leak, obstructive shock. Today presents for PT evaluation s/p weaning sedation, vent settings, and d/c of pressors and paralytics.

Ventilator support dates: 8/11-present
Vasopressor support dates: 8/11-8/12
Neuromuscular blocking agents dates: 8/11-8/12
Sedation dates: 8/11-present
Number of days of bed-rest: 8/11-present

Past Medical/Surgical History:
GBM diagnosed in May s/p chemo/radiation
Hip Joint replacements
Cluster headaches

Medications: Heparin IV Sliding Scale Dexamethasone Cefepime Vancomycin Midazolam Fentanyl Citrate Propofol

Radiology:
8/11 CT HEAD: No evidence of hemorrhage. Again seen is a right parietal mass with associated edema. The mass effect and midline shift have decreased since May 21.
8/11 ECHO: The right ventricular cavity is dilated with depressed free wall contractility. There is no aortic valve stenosis. No aortic regurgitation is seen. The mitral valve appears structurally normal with trivial mitral regurgitation. The pulmonary artery systolic pressure could not be determined. There is no pericardial effusion.
8/10 CTA CHEST: 1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are suspicious for pulmonary infarctions.
8/10 CT HEAD: Multilocular cystic lesion centered in the right parietal lobe and extending across the corpus callosum, consistent with the patient's known glioblastoma and surrounding

posttreatment changes. No evidence of infarction or hemorrhage.
8/10 CXR: Lung volumes are low with bibasilar atelectasis and scarring, particularly in the left lower lobe

Labs:
08/13/14: WBC: 7.5
08/13/14: HGB: 10.2*
08/13/14: HCT: 29.8*
08/13/14: Plt Count: 70*
08/13/14: PT: 11.8
08/13/14: PTT: a) 81.4*; b) 43.9*
08/13/14: INR: 1.1

| BLOOD GASES | | pO2 | pCO2 | pH | Base XS |
|---|---|---|---|---|---|
| 08/13/2014 | VEN | 45* | 51* | 7.33* | 0 |

**Patient unable to provide social and function history but information below obtained from OMR / Family:

Social/Occupational History: Married, lives with wife and kids. Works and just started a new job that requires travel one month ago.

Living Environment: Pt lives in a multi-level home, presumed stairs.

Prior Functional Status/Activity Level: Ambulates without an assistive device per sisters, but leading up to GBM diagnosis in May was using a SC progressing to RW progressing to w/c. Progressed to independent baseline s/p chemo/radiation. Indep ADLs/IADLs and active per sisters, without residual neuro deficits that they are aware of. Drives.

OBJECTIVE TESTS
Arousal/Attention/Cognition/Communication:
Arousal: Pt somnolent but briefly opens eyes to auditory/tactile stimulation and does not make eye contact with PT. Arousable to voice alone ~50% of time, otherwise arousable to sternal rub, reaching ETT each time with attempts to open eyes.

Orientation: unable to fully assess 2/2 somnolence but nods yes consistently to option of "hospital", responds to name, and nods yes to questions re recognizing sisters/their voices at bedside.

Communication: Pt is orally intubated but pt is able to: nod yes/no. Yes/no reliability not fully reliable 2/2 somnolence.

Command Following: Pt follows 4/5 serial commands for wiggling toes and moving LE with greater command following/movement on R LE than L. Also intermittently follows commands to squeeze and release PT hand, open eyes, stick out tongue, and move extremities. Followed >/= 50% of single step motor commands with max tactile and auditory stimulation/repetition.

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE Page 3
Date: 08/13/14 Signed: 08/13/14 at 4:09 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

CAM ICU: positive

Hemodynamic Response/Aerobic Capacity

| | Position | HR | BP | RR | O2 | RPE Rest |
|---|---|---|---|---|---|---|
| Supine | 111 | 167/92 | 13 | 95% on vent | | |
| | Sit | | | | | |
| | Stand | | | | | |
| Activity | | | | | | |
| Recovery | | | | | | |

Total Distance Walked: NT Minutes:

Pulmonary:
Ventilator Settings: CPAP FiO2 40% PEEP 8 PSV 5
Tidal Volumes Supine: .852 L
Normal breathing pattern. Cough: moderate, productive of moderate clear secretions with inline suctioning provided by PT. Breathing synchronous with ventilator with some biting of ETT.

Integumentary:
Access: PIV
Edema: B distal UE and LE edema
Nutrition: OGT
Respiratory: ETT
Skin breakdown: no signs of skin breakdown at head / elbows / heels; otherwise not assessed.
Other: Foley

Vascular: palpable pulses t/o distal extremities; distal extremities warm to touch.

Sensory Integrity: withdraws to deep nail bed pressure extremities x4; unable to participate in formal sensory exam.

Pain: Shook head no 3/3 times when asked about pain. No facial grimace observed with eval.

Limiting Symptoms: arousal

Posture: WNL

Range Of Motion: WNL

Muscle Performance: pt moves all extremities against gravity but unable to complete formal MMT 2/2 arousal/command following. R UE >/= 2/5; B LE >/= 2/5. L UE with decreased movement observed on command/spontaneously but pt move all extremities spontaneously t/o eval and B UE purposefully (R>L) to attempts to reach ETT. Moves R UE and B LE (R>L) on command >/= 50% of time.

Motor Function: no abnormal tone observed, no abnormal movement patterns observed

Vision: unable to assess 2/2 arousal.

AR0484

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE Page 4
Date: 08/13/14 Signed: 08/13/14 at 4:09 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

Functional Status
Rolling: NT
Sup/Sidelying to Sit: NT
Sit to Stand: NT
Ambulation: NT
Stairs: NT
Other Activity:
Specify:

***Abbreviation Key*** I=Independent S=Supervision CG=Contact Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane AC=Axillary Crutches

Gait: OOB mobility NT 2/2 pt arousal and RN weaning sedation. Pt demonstrated increased attempts to open eyes, increased command following and increased spontaneous movement of extremities with EOB elevated. Pt demonstrated use of trunk control to sit up in bed, pulling self into long sitting briefly.

Balance: NT

Additional Tests/Measures:

Team Communication: Communicated with RN RE: pt status pre and post treatment, recommendations for mobility. Pt discussed at interdisciplinary mobility rounds.

Patient/Caregiver Education RE: PT role, PT plan of care, fall precautions, importance of mobility and time out of bed, orientation training, D/C planning.

Intervention:
balance training
functional mobility training
cognitive activities
PROM w/ prolonged stretch for 60 sec to Bila ankle into DF

DIAGNOSIS
Impairments, Functional Limitations, Disabilities
Impaired Cognition
Impaired Functional Mobility
Impaired Balance
Impaired Ventilation
Impaired Gas Exchange
Impaired Muscle Performance
Knowledge Deficit RE: role of PT

Clinical Impression/Prognosis: 61 yo M with recent diagnoses/treatment of GBM now presents with massive PE and hypercardic respiratory failure with above impairments c/w ventilatory pump dysfunction and non-progressive CNS dysfunction. Pt currently presents to PT most limited by arousal with likely delirium given his course requiring sedation, paralytics, and

AR0485

                                          prolonged immobility. Anticipate pt will continue to make functional and cognitive gains with continued mobilization, weaning of sedation and acute PT intervention. Given pt's age, active PLOF, apparent strength and mobilization of extremities, and relatively brief period of sedation/intubation thus far, pt has good potential to return to ambulatory functional status. His ICU course to date and future care will likely prolong his recovery timeline, but acute PT will continue to progress and reassess. At this time, recommend d/c to interdisciplinary rehab setting, although this may change pending patient progress this admission.

Current Status: G8978 Mobility
AM-PAC raw score: 8
Based on the results of the AM-PAC, the patient presents with
CMS severity: 80%-100%impaired (CM)
Goal Status: G8979 Mobility
with CMS severity: 60%-80% impaired (CL)

Goals: Time Frame: 1 Week
- Pt will maintain eyes open for 30 min PT session
- Pt will follow 5/5 single step commands
- Pt will answer 5/5 yes/no questions accurately
- Pt will require modA for supine to sit transfer with bed rail
- Pt will require minA for balance with BUE support for 30 sec
- Pt will maintain SpO2 >95% on 2L NC vs 35% TM
- Pt will achieve MRC sum score >48
- Pt will demonstrate understanding of role of PT

Anticipated Discharge: (x)rehab ( )home

Treatment Plan:
ROM/stretching program with rehab aide/PT coop student
Progress functional mobility including bed mobility, transfers
Balance training
Cognitive activities and orientation training
Pulmonary hygiene with continuous O2 monitoring
Patient/Caregiver education RE: delirium reduction, early mobility
D/C planning

Frequency/Duration: 3-5x/week for 1 week

Recommendations for Nursing:
Pt is at high risk for deconditioning please encourage frequent mobility and maximize independence in ADLs.
Lift for all mobility including transfers to chair 3x/day.
Limit sitting time given patient's inability to effectively reposition in chair. Please use pressure relieving air cushion / chair alarm when out of bed. Normalize sleep-wake cycle to decrease risk of delirium.

Patient agrees with the above goals and is willing to participate in the rehabilitation program. Please indicate with an 'X': Yes

                                      () or No (x). If no please explain: pt unable at this time given impaired cognition

Date: 08/13/2014
Time: 1230-1255

Physical Therapist Name: Angela Berlin PT, DPT
Physical Therapist Pager: 35470

ANGELA BERLIN, PT

[SOURCE: OMR]

                                        Beth Israel Deaconess Medical Center/Lowry Medical Office Building
Neurosurgery
110 Francis St., Boston,MA 02215
PROGRESS NOTE Page 1

Date: 08/11/14 Signed: 08/11/14 at 7:58 am

AGE 61
MINISTERI,ANTHONY UNIT # 2285630

Mr. Ministri is a 61 year old male known to the neurosurgery service. He had an elective R stereotatic brain biopsy on 5/21 with no intraoperative complications. He was discharged home on 5/22 and is currently followed by Dr. Uhlmann for management of his gliobastoma. He has undergone chemotherapy and radiation. He presents to the emergency department 8/11 with hemodynamic instability related to a saddle pulmonary embolism.
Images of NCHCT were reviewed. There are no contraindiction for TPA and anticoaguation for managment of the PE.

NATASHA E POYLIN, NP

[SOURCE: OMR]

# ED Attending Physician Chart (V1): SEIZURE

Beth Israel Deaconess Medical Center
Anthony Ministeri, MRN: 2285630
Date of Birth: Jan 23, 1953

Beth Israel Deaconess Medical Center Attending Physician Chart (V1)
ED MD: Larry Nathanson MD
Visit date Aug 10, 2014, report date Aug 25, 2014
Attending Physician: Larry Nathanson MD, MD

Visit Date: Aug 10, 2014

Chart Created: Aug 25, 2014 14:40

HISTORY OF PRESENTING ILLNESS

This patient is a 51 year old male with PMHx of GBM diagnosed in May, with chemotherapy and radiation treatments who presents via EMS sedated and intubated to 25 s/p syncopal fall and seizure. Per EMS, patient was on the toilet when he suddenly experienced CP, SOB, and lightheadedness then sufferred a syncopal fall forward, striking his head and chest. Patient was found on the ground seizing and hypoxic. En route to the ED, the patient's blood pressure dropped and his last measured pressure was 121/91. Full code per xfer EMS.

Timing: Sudden Onset
Severity: Moderate
Duration: Minutes
Location: Neuro
Context/Circumstances: S/p syncopal fall and PMHx of brain cancer
Associated Signs/Symptoms: Head strike

PAST FAMILY AND SOCIAL HISTORY

Nursing triage/initial assessment reviewed and confirmed

Past Medical History: GBM

REVIEW OF SYSTEMS

Positive for Chest pain and Dyspnea.

No Back pain, Black stool, Diaphoresis, Dysuria/freq, Edema, Fever/chills or Headache.

Head / Eyes: +Head strike

PHYSICAL EXAMINATION

Constitutional: Sedated and intubated

HEENT: Pupils equal, minimally reactive
MMM
Chest: Clear to auscultation
Cardiovascular: Regular Rate and Rhythm
Abdominal: Soft
Extr/Back: No edema
Skin: Warm and dry

Imaging Study Obtained:

C12 CHEST (PORTABLE AP), Status: ||

Imaging Study Obtained:

Q111 CT HEAD W/O CONTRAST, Status: ||

Imaging Study Obtained:

Q416 CTA CHEST W&W/O C&RECONS, NON-CORONARY, Status: ||

ECG

Heart Rate: 135
Note(s): Isolated ST elevation at V1
Non-specific intraventricular delay
Rhythm: Sinus

RADIOLOGY

Note(s): CTA Chest:

1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are suspicious for pulmonary infarctions.
CT Head:
Multilocular cystic lesion centered in the right parietal lobe and extending across the corpus callosum, consistent with the patient's known glioblastoma and surrounding posttreatment changes. No hemorrhage.

PHYSICIAN PERFORMED PROCEDURES

Physician Performed Procedures: Other - see note
Procedure Note(s): bedside US by resident
(Attending Physician): I certify that I was physically present for the key portion of the procedures above

Physician Performed Procedures

bedside US by resident

I certify that I was physically present for the key portion of the procedures above

SUPPLEMENTS

Initial Provider contact information
Initial provider: Alon S Dagan
Initial contact: 08/10/2014 23:36

MEDICAL DECISION MAKING

51 Year old male with PMHx of GBM who presents after head strike with seizure, hypotension and hypoxia. His presentation is most consistent with massive PE, however the h/o GBM and head trauma make anticoagulation dangerous. The pt went to CT with the team in attendance. NCHCT was negative and neurosurgery weighed in that TPA was not contraindicated due to his brain tumor. CTA showed the massive PE as suspected. He was requiring increasing levophed and he remained difficult to oxygenate and family was not available to consult so TPA was administered emergently with good effect. Shortly thereafter he was off pressors and was weaned off PEEP, satting 100%. Will admit to MICU for continued aggressive treatment.
Service Consulted at 00:05 Neurosurgery
Service Consulted at 01:58 Respiratory Therapy
Final ED Diagnosis 1: massive PE

This uploaded version of the chart may not be the final one; some addenda and test results may not be entered into this OMR note.

This Emergency Department patient encounter note may have been created using voice-recognition software and in real time during the ED visit. Please excuse any typographical errors that have not been edited out.

LARRY NATHANSON, MD

[SOURCE: OMR]

Date: 06/02/14 Signed: 06/06/14 at 1:28 pm

AGE 61

MINISTERI,ANTHONY UNIT # 2285630

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: May 19, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP
PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal glioblastoma involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: Glioblastoma, WHO grade IV
6/10/14 IMRT+TMZ at Lahey Clinic

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal mass involving the corpus callosum, confusion, and disorientation. He describes steadily worsening problems with concentration, and spatial orientation, that reached a level that interfered with his functioning during a recent trip. He presents to the clinic with his wife and son. He is irritable since discharge.

MEDICATIONS:
1. Dexamethasone 4 mg PO BID
2. Levetiracetam 500 mg PO BID
3. Docusate Sodium 100 mg PO BID:PRN constipation
4. Famotidine 20 mg PO BID
5. Sennosides 17.2 mg BY MOUTH TWICE DAILY PRN constipation
6. Oxycodone 5 mg PO every 4 hours as needed pain NOT TAKING

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia

SOCIAL AND FAMILY HISTORY:
He is married and lives with his wife and three healthy children. He has three healthy siblings. His mother is 89 and his father is 87. He is a senior vice president of an engineering company. He smokes 1 ppd for many years.

REVIEW OF SYSTEMS:
Confusion and disorientation as in HPI. He has a history of cluster headaces and received botulinim toxin injections. No visual problems, no weakness, no numbness, tingling, no dizziness, no double vision, no difficulty swallowing, or speaking, no ear-ringing, no rash, or other skin problems, no constipation or diarrhea, or gastrointestinal problems, no abdominal pain, no mouth sores, no cough, no fever, no shortness of breath, no weight change, no chest pain, or other cardiovascular problems, no problems urinating, no incontinence, or other genitourinary problems, no neck pain, joint pain or other musculoskeletal problems, no fatigue, no sleep problems, no anxiety. No trouble walking, good balance. No hematological, allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:
T 97.8 BP 124/72 P 60 R 16 KPS 60 wt 188.3 ht 72. Mental status is satisfactory in areas of alertness, orientation, concentration memory and language. On cranial nerve examination, eye movements are full, pupils are equal and reactive. Full visual fields. No facial weakness, no dysarthria. No tongue weakness. On motor examination, there is no weakness. Coordination is normal. Fine movements are satisfactory. Light touch and vibration is perceived well throughout. Reflexes are normoactive and symmetric. Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal surgery site is clean, no discharge, swelling or redness, right occipital site is healing, staples are in place.

LABORATORY:
5/9/14 WBC 8.6 HGB 15.0 PLT 158
5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0.9 GLC 145

IMAGING:
1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass lesion identified involving the right parietal occipital region involving the splenium of corpus callosum with a small nodular area of enhancement in the left occipital lobe. There is involvement of the corpus callosum seen. There is surrounding edema identified. Small amount of subacute and chronic blood products are seen. The distribution and appearance is suggestive of a primary brain neoplasm such as glioma. There is mass effect on the posterior aspect of the lateral ventricle. There is no hydrocephalus but there is mild dilatation of the right temporal horn likely secondary to mass effect upon the right trigone.
2. CT c/a/p dated 5/8/14 shows no evidence of intrathoracic malignancy. Mild to moderate emphysema. Multiple hepatic

hypodensities, some of which may represent hemangiomas, however metastatic disease cannot be excluded. Lytic appearing lesion in T11, which may represent an atypical hemangioma or metastatic disease. Area of increased sclerosis in the intertrochanteric region of the left femur likely represents a cartilaginous lesion, such as an enchondroma. Dedicated radiograph of the left femur could be performed for additional evaluation.

ASSESSMENT AND PLAN:
In summary, this is a 61 year old, left-handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He had repeat biopsy of the lesion. I will review the pathology. He has no seizure history and was irritable, thus levetiracetam was stopped. He is on dexamethasone 8 mg am and 4 mg pm, along with GI prophylaxis. I removed staples. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

ERIK UHLMANN, MD

[SOURCE: OMR]

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: May 19, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP
PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal mass involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: pending

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal mass involving the corpus callosum, confusion, and disorientation. He describes steadily worsening problems with concentration, and spatial orientation, that reached a level that interfered with his functioning during a recent trip. He presents to the clinic with his wife and son. He is irritable since discharge.

MEDICATIONS:
1. Dexamethasone 2 mg PO BID
2. Levetiracetam 500 mg PO BID
3. Docusate Sodium 100 mg PO BID:PRN constipation
4. Famotidine 20 mg PO BID
5. Sennosides 17.2 mg BY MOUTH TWICE DAILY PRN constipation
6. Oxycodone 5 mg PO every 4 hours as needed pain NOT TAKING

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal mass
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia

SOCIAL AND FAMILY HISTORY:
He is married and lives with his wife and three healthy children.

                                          He has three healthy siblings. His mother is 89 and his father is 87. He is a senior vice president of an engineering company. He smokes 1 ppd for many years.

REVIEW OF SYSTEMS:
Confusion and disorientation as in HPI. He has a history of cluster headaces and received botulinim toxin injections. No visual problems, no weakness, no numbness, tingling, no dizziness, no double vision, no difficulty swallowing, or speaking, no ear-ringing, no rash, or other skin problems, no constipation or diarrhea, or gastrointestinal problems, no abdominal pain, no mouth sores, no cough, no fever, no shortness of breath, no weight change, no chest pain, or other cardiovascular problems, no problems urinating, no incontinence, or other genitourinary problems, no neck pain, joint pain or other musculoskeletal problems, no fatigue, no sleep problems, no anxiety. No trouble walking, good balance. No hematological, allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:
T 98.4 BP 120/80 P 72 R 18 KPS 60. Mental status is satisfactory in areas of alertness, orientation, concentration memory and language. On cranial nerve examination, eye movements are full, pupils are equal and reactive. Full visual fields. No facial weakness, no dysarthria. No tongue weakness. On motor examination, there is no weakness. Coordination is normal. Fine movements are satisfactory. Light touch and vibration is perceived well throughout. Reflexes are normoactive and symmetric. Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal surgery sites is clean, no discharge, swelling or redness, staples are in place.

LABORATORY:
5/9/14 WBC 8.6 HGB 15.0 PLT 158
5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0.9 GLC 145

IMAGING:
1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass lesion identified involving the right parietal occipital region involving the splenium of corpus callosum with a small nodular area of enhancement in the left occipital lobe. There is involvement of the corpus callosum seen. There is surrounding edema identified. Small amount of subacute and chronic blood products are seen. The distribution and appearance is suggestive of a primary brain neoplasm such as glioma. There is mass effect on the posterior aspect of the lateral ventricle. There is no hydrocephalus but there is mild dilatation of the right temporal horn likely secondary to mass effect upon the right trigone.
2. CT c/a/p dated 5/8/14 shows no evidence of intrathoracic malignancy. Mild to moderate emphysema. Multiple hepatic hypodensities, some of which may represent hemangiomas, however metastatic disease cannot be excluded. Lytic appearing lesion in

T11, which may represent an atypical hemangioma or metastatic disease. Area of increased sclerosis in the intertrochanteric region of the left femur likely represents a cartilaginous lesion, such as an enchondroma. Dedicated radiograph of the left femur could be performed for additional evaluation.

ASSESSMENT AND PLAN:
In summary, this is a 61 year old, left-handed man with right frontal and parietal mass involving the corpus callosum, confusion, and disorientation. He will undergo repeat biopsy of the lesion for treatment and trial eligibility. I will review the pathology. He has no seizure history and on levetiracetam. He is irritable, thus I will stop after the biopsy. He is on dexamethasone along with GI prophylaxis. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

ERIK UHLMANN, MD

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston,MA 02215
PROGRESS NOTE Page 1
Date: 05/19/14 Signed: 05/19/14 at 1:13 pm Cosigned: 05/21/14 at 12:06 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

Note contains an addendum. See bottom.

FOLLOW UP NOTE

Department of Radiation Oncology
Beth Israel Deaconess Medical Center
330 Brookline Avenue, Boston, MA 02215
(617) 667-2345

BIDMC: 228-56-30
Name: Ministeri, Anthony
DOB: [redacted]/1953
Address: [redacted] Merrimac, MA 01860.
Phone: 978-346-[redacted]
Referring MD: Jeffrey Arle, M.D.
Primary MD: Stephen Beaudoin, M.D.
Diagnosis: Brain masses, liver and bone lesions.
Performance Status: ECOG 1.

DATE: 05/19/14

IDENTIFICATION: Mr. Ministeri is a 61-year-old male who recently presented with one week of disorientation/confusion as well as coordination difficulties. He was found on a CT scan at an outside facility to have a brain lesion. He has subsequently been found to have a bihemispheric lesion and is s/p nondiagnostic stereotactic biopsy. He presents in follow up today to discuss next steps.

HISTORY OF PRESENT ILLNESS: The patient reports that he has been in his usual state of health until recently. He notes on a recent business trip to New York one week ago having some issues with getting lost within an office building and even walking on the street. He notes that he has also had some difficulty typing memos, occasionally typing gibberish. He also notes he has had some difficulty with drinking from cups and is noting increased clumsiness. He presented to Anna Jacques Hospital where a CT scan demonstrated reportedly an approximately 6 cm mass in the right frontal and parietal lobe. The patient received Decadron and was transferred. While at Beth Israel Deaconess, an MRI of the brain was obtained demonstrating enhancing mass lesion in the right parieto-occipital regions involving the splenium of the corpus callosum with a small area of nodular enhancement in the left occipital lobe. There was noted to be perilesional edema. There was no midline shift or hydrocephalus appreciated, and in aggregate these results were felt to be most consistent with a primary glioma. CT of the chest was obtained the same day, which did not demonstrate any evidence of intrathoracic malignancy. CT of the abdomen and pelvis demonstrated multiple hepatic hypodensities felt to possibly represent hemangiomas; however, metastatic disease could not be excluded. MRI of the liver was

AR0498

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston,MA 02215
PROGRESS NOTE Page 2
Date: 05/19/14 Signed: 05/19/14 at 1:13 pm Cosigned: 05/21/14 at 12:06 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

recommended for additional evaluation. A lytic lesion at T11 was also noted, which was possibly consistent with an atypical hemangioma versus metastatic disease and MRI of the spine was also recommended.

INTERIM HISTORY: The patient underwent stereotactic biopsy with Dr. Arle on 05/12/14. The first sample revealed only gliosis on final pathology - a second sample was attempted to be obtained but the procedure was aborted due to bleeding. He has recovered well and focused ROS otherwise negative.

PAST MEDICAL HISTORY:
1. History of right hip replacement.
2. Osteoarthritis.

CURRENT OUTPATIENT MEDICATIONS: None.

DRUG ALLERGIES: The patient has no known drug allergies.

FAMILY HISTORY: Unknown.

SOCIAL HISTORY: The patient is accompanied by his wife and son. He works in engineering for a construction firm and does quite a bit of traveling. He has a past history of smoking including a current history of smoking. He possibly intends treatment closer to home as applicable.

PHYSICAL EXAMINATION:
General: Well-appearing, appearing stated age, in no acute distress.
HEENT: Extraocular movements intact, anicteric sclerae, mucus membranes moist, no oral lesions, face symmetric.
Neck: Supple
Pulm: Clear normal respirations
Cards: Regular to inspection
Abd: Soft, benign
Extr: No cyanosis nor edema. Warm and well perfused.
Neuro/Psych: Alert and oriented x3, CN II-XII intact, strength/sensation/coordination grossly intact.
Derm: No suspicious lesions nor rashes on exposed skin.

DATA REVIEW: There are no new data to review at today's visit. His pathology was discussed extensively in Multidisciplinary Brain Tumor Board.

IMPRESSION AND PLAN: Mr. Ministeri is a 61-year-old male with a recent history of coordination difficulties as well as confusion who was found to have a large bihemispheric brain lesion in the right parieto-occipital area as well as liver hypodensities and a T11 hyperdensity on recent staging CT scan. Clinically, he is stable to improved on steroid therapy. Recent biopsy was nondiagnostic and he presents today in follow up for discussion

AR0499

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston,MA 02215
PROGRESS NOTE Page 3
Date: 05/19/14 Signed: 05/19/14 at 1:13 pm Cosigned: 05/21/14 at 12:06 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

of next steps in treatment.

Today, we met with the patient and his wife and son in the Multidisciplinary Brain Tumor Clinic at the Beth Israel Deaconess Hospital to discuss our impressions and treatment recommendations. We reviewed with Mr. Ministeri that our treatment pathways hinge on obtaining a tissue diagnosis, despite radiographic findings being most in keeping with a primary brain tumor. We agree with plans underway for a second biopsy attempt. Should this be unobtainable for whatever reason, we would treat him as a primary glioma. Mr. Ministeri will call our office once his biopsy is scheduled. He noted that he lives at some distance from our hospital and may wish to pursue RT closer to home (near the NH border). When he calls, should this be his wish, he can make the necessary recommendations/referrals. Mr. Ministeri and his family expressed understanding and agreement with this plan. All questions answered today. They also were provided again with our contact information in case of any additional questions or concerns.

Thank you for involving us in the care of this patient.

This patient was seen, discussed and examined with Dr. Scott Floyd, attending physician in Radiation Oncology.

Ravi A. Chandra MD PhD

Cc: Stephen Beaudoin MD
Pentucket Medical Associates
260 Merrimac St
Newburyport, MA 01950
Cc: Jeffrey Arle MD
BIDMC NeuroSurgery
110 Francis Street, Suite 3B
Boston, MA 02215-5501

RAVI CHANDRA, MD

Cosignature: SCOTT FLOYD, MD, PHD

# -Addendum- 05/21/14 at 12:06 pm

HMFP# A140748: I saw and examined Mr. Ministeri with Dr. Chandra and I agree with his findings assessment and plan as detailed above. I would add the following comments: Mr. Ministeri is a 61 year old with a large symptomatic lesion crossing the posterior corups callosum with radiographic appearance of high grade glioma. A biopsy showed atypical cells, suggestive of glioma. Our recommendation is for repeat biopsy to establish definitive diagnosis. This was explained in detail to Mr. Ministeri and his family who is present today. We also again discussed the usual treatment course for high grade glioma, consisting of temodar/radiation followed by temodar. We will await results of

AR0500

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston,MA 02215
PROGRESS NOTE Page 4
Date: 05/19/14 Signed: 05/19/14 at 1:13 pm Cosigned: 05/21/14 at 12:06 pm
AGE 61
MINISTERI,ANTHONY UNIT # 2285630

repeat biopsy, and discuss this and final treatment recommendations with Mr. Ministeri.

SCOTT FLOYD, MD, PHD

[SOURCE: OMR]

AR0501

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on July 1, 2020 with the Clerk of the Court via CM/ECF. I further certify that the foregoing document is being served this date on all counsel for Defendants via transmission by electronic mail.

____/s/ Eugene Sullivan