# APPENDIX

# ADMINISTRATIVE RECORD PART 2 OF 5

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 1
Date: 05/13/14   Signed: 05/13/14 at 12:10 pm Cosigned: 05/13/14 at 12:13 pm
AGE 61
MINISTERI,ANTHONY                         UNIT #   2285630

Note contains an addendum. See bottom.

PHYSICAL THERAPY EVALUATION
Rehabilitation Services - Inpatient Physical Therapy

Attending Physician: ARLE,JEFFREY E
Referral Date: 5/13/14
Medical Dx/ICD9: s/p right brain biopsy
Reason for Referral: Evaluation and Treatment, Home Safety
Evaluation, Risk to Fall, Other Considerations (leaving today if
cleared by PT)
Activity Orders: Out of bed w/ assist tid

HPI/Subjective Complaint: 61M presenting s/p R brain biopsy. Pt
initially presented to OSH w/ complaint of several weeks of
disorientation, difficulty driving, difficulty concentrating, and
impaired balance. Imaging at OSH demonstrated R sided brain
lesion which crossed midline on CT concerning for high grade
glioma. Pt was sent to BIDMC ED on 5/7 for futher w/u and
admitted to neurosurgery service, was started on decadron and
keppra and discharged on 5/9 w/ plan to return on 5/12 for
biopsy, which was performed as scheduled and complicated by
unexpected bleeding noted from biopsy site intraoperatively. Pt
was sent to the SICU for monitoring, and presents today for PT
eval for possible home discharge.

Past Medical/Surgical History: Right hip replacement,
osteoarthritis

Medications: acetaminophen, biscodyl, cefazolin, dexamethosone,
famotidine, glucagon, hydralazine, levetiracetam, morphine
sulfate, ondansetron, oxycodone, senna

Radiology:
Head CT 5/12: Status post biopsy of the right periatrial mass
with small amount of blood products in the surgical bed. No
change in mass effect.
MRI 5/12: Previously seen irregular rim enhancing lesions in the
right periatrial region and extending to the corpus callosum to
the left occipital lobe is again identified for surgical
planning.

Labs:
05/13/14: WBC: 13.6*
05/13/14: HGB: 15.1
05/13/14: HCT: 43.5
05/13/14: Plt Count: 155

Social/Occupational History: lives w/ wife, 19 year old daughter
and a dog at home. Pt has a son in South Carolina who plays
baseball. Pt works full time running engineering and construction

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 2
Date: 05/13/14   Signed: 05/13/14 at 12:10 pm Cosigned: 05/13/14 at 12:13 pm
AGE 61
MINISTERI,ANTHONY                              UNIT #   2285630
business, mostly desk work, tons of travel. Pt enjoys 1-2 glasses
of wine per night, reports current smoking 7-8 cigarettes per
day, is trying to cut back, uses Nicorette gum occasionally.
Stopped entirely for 5-6 years at one point. Pt initially started
smoking at age 20.

Living Environment: 3 story home, no steps to enter, main living
area on 1st floor, bedroom on 2nd floor, bathrooms on every
floor. Bilateral railings on stairs (can reach both). has shower
chair and crutches at home from previous THR.

Prior Functional Status/Activity Level: Totally I PTA, drives.
Pt describes a LOB on escalator while in Manhattan 3-4 days ago,
caught himself on railing, no resulting fall. No other LOB but "I
use a death grip on the stair railings" 2/2 recent balance
impairment. Pt reports occasional walking for exerise, enjoys
golf.

OBJECTIVE TESTS
Arousal, Attention, Cognition, Communication: Pt is alert and
oriented to name, DOB, place, year, month, but reports day as
"wednesday", "7-8"; does report mother's day was this weekend.
11/12 months of the year backward. 2/3 random words 30 min later.
Pt communicates fluently, enjoys using humor, follows all
commands but requires occasional redirect.

Hemodynamic Response/Aerobic Capacity

| | Position | HR | BP | RR | O2 | RPE Rest |
|---|---|---|---|---|---|---|
| Supine | | | | | | |
| | Sit | 68 | 115/60 | 12 | | |
| | Stand | 80 | 130/70 | | | |
| Activity | amb | 84 | 145/70 | 16 | | |
| Recovery | | | | | | |

Total Distance Walked: 500'      Minutes:  15

Pulmonary: denies SOB, strong dry non-productive cough which
elicits discomfort at scalp incision. Lungs CTAB, diminished at
bases.

Integumentary: LUE PIV, pneumoboots, R scalp incision w/ gauze
dressing intact w/ scant dried blood.

Vascular: Distal extremities warm to touch, trace LE edema

Sensory Integrity: grossly intact to light touch, denies
numbness/paraesthesias

Pain: denies pain throughout except cough elicits incisional
discomfort

Limiting Symptoms: none described. Pt denies dizziness or
lightheadedness upon standing.

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 3
Date: 05/13/14   Signed: 05/13/14 at 12:10 pm Cosigned: 05/13/14 at 12:13 pm
AGE 61
MINISTERI,ANTHONY                              UNIT #   2285630

Posture: increased thoracic kyphosis, forward head, otherwise WFL

Range Of Motion: grossly WFL

Muscle Performance: 5/5 bilateral hip flexion, knee extension,
dorsiflexion, UEs grossly >/=3/5

Motor Function: moves all extremities in isolation, no deficits
noted on exam

Vision: acuity grossly intact however pt does not have his
reading glasses present, visual fields intact. Pt demonstrates
mildly decreased attention to objects in periphery (chair in
hallway, button to open door, contacts door jam on L when passing
through threshold) however pt remarks "I have ADD, I don't pay
attention". Pt denies visual impairment.

Functional Status
    Rolling: Presumed I, received in chair
    Sup/Sidelying to Sit: Presumed I, received in chair
    Sit to Stand:   I
    Ambulation: I
    Stairs: I
    Other Activity:
    Specify:
***Abbreviation Key*** I=Independent S=Supervision CG=Contact
Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane
AC=Axillary Crutches

Gait: Pt amb 500' I w/o AD. Pt describes pattern as similar to
baseline, notable for wide base of support and externally rotated
LEs bilaterally. Pt able to perform cognitive dual task
(conversation, serial 5s back from 100 [pt reports could not do
serial 7s at baseline]) and tandem gait w/o deviations.
Comfortable gait speed over 10m: 1.0m/s, which correlates w/
unlimited community mobility and no increase in fall risk.
Pt also ascend/descends 1 flight of stairs w/ R rail, reciprocal
pattern, I, no LOB.

Balance: Independent static sitting and standing, dynamic
standing and stair climbing. Tinetti POMA 28/28 (low fall risk).
4-item Dynamic Gait Index score: 11/12, which indicates further
balance assessment is NOT needed. Pt reports that he no longer
perceives the balance impairment described in HPI.

Team Communication: Pt's case discussed w/ RN pre/post session
re: mobility recs and d/c planning.

Patient/Caregiver Education RE: fall precautions, slow position
changes, avoiding valsalva, need for tobacco cessation, role of
PT

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE            Page 4
Date: 05/13/14   Signed: 05/13/14 at 12:10 pm Cosigned: 05/13/14 at 12:13 pm
                                            AGE 61
MINISTERI,ANTHONY                           UNIT #   2285630

Intervention: PT exam and edu as above.

DIAGNOSIS
Impairments, Functional Limitations, Disabilities
- Knowledge deficit RE: role of PT, tobacco cessation

Clinical Impression/Prognosis: Pt is a 61M presenting POD#1 s/p R
brain lesion biopsy w/ above impairments consistent w/
deconditioning post surgery. Pt is functioning near his baseline
w/ no fall risk identified on exam; pt is safe for home d/c when
medically stable. No further PT follow-up needs identified. Pt
has excellent prognosis for return to prior level of function
given age, lack of significant comorbidities, prior level of
function and performance on exam, however prognosis may be
limited by ongoing tobacco use.

Current Status: G8978 Mobility AM-PAC raw score: 24
Based on the results of the AM-PAC, the patient presents with
CMS severity: 0%   impaired (CH)

Goal Status: G8979 Mobility with CMS severity:0%   impaired (CH)

DC status: G8980 Mobility AM-PAC raw score: 24.
Based on the results of the AM-PAC, the patient presents with CMS
severity: 0%   impaired (CH)

Goals:               Time Frame: Met on exam
- Pt will demonstrate knowledge of role of PT, need for smoking
cessation
- Pt will ambulate 500' I w/o LOB
- Pt will ascend/descend 1 flight of stairs w/o LOB
- Pt will perform all functional mobility I w/o LOB

Anticipated Discharge: ( )rehab (x )home

Treatment Plan: D/C acute PT

Recommendations for Nursing: Encourage frequent mobility, OOB and
upright positioning.

Patient agrees with the above goals and is willing to participate
in the rehabilitation program.  Please indicate with an 'X': Yes
(x ) or No ( ). If no please explain:

Date: 05/13/2014
Time: 11:10 - 11:40           .

Student Physical Therapist Name: Tegan Guilfoyle, PT/s
Student Physical Therapist Pager: 38622


                TEGAN GUILFOYLE, PT

    Cosignature: STACEY ADAMSON, PT

Beth Israel Deaconess Medical Center/Rehabilitative Services
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE              Page 5
Date: 05/13/14    Signed: 05/13/14 at 12:10 pm Cosigned: 05/13/14 at 12:13 pm
AGE 61
MINISTERI,ANTHONY                          UNIT #    2285630

#   -Addendum- 05/13/14 at 12:13 pm

I have read and agree with the above information.

Stacey E. Adamson PT, DPT, NCS          Pager #35523
Date: 05/13/2014


STACEY ADAMSON, PT

[SOURCE: OMR]

AR0506

Harvard Medical Faculty Physicians/Neurology

INITIAL NOTE          Page 1
Date: 05/09/14   Signed: 05/14/14 at 7:40 pm
                                          AGE 61
MINISTERI,ANTHONY                         UNIT #   2285630

NEURO-ONCOLOGY CONSULT NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: FA5-FA501-02

DATE OF VISIT: May 9, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP
PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal mass
involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: pending

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He is visited in his
hospital room with two of his colleagues and friends.

MEDICATIONS:
1. Dexamethasone 4 mg PO Q6H
2. LeVETiracetam 500 mg PO BID
3. Insulin SC Sliding Scale
4. Dextrose 50% 12.5 gm IV PRN hypoglycemia protocol
5. Glucagon 1 mg IM Q15MIN:PRN hypoglycemia protocol
6. Glucose Gel 15 g PO PRN hypoglycemia protocol
7. Docusate Sodium 100 mg PO BID:PRN constipation
8. Famotidine 20 mg PO BID
9. Bisacodyl 10 mg PO/PR DAILY constipation
10. IV access: Peripheral line
11. IV 20 mEq Potassium Chloride 1000 ml NS 85 ml/hr

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal mass
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia

Harvard Medical Faculty Physicians/Neurology

INITIAL NOTE          Page 2
Date: 05/09/14    Signed: 05/14/14 at 7:40 pm

AGE 61
MINISTERI,ANTHONY                           UNIT #    2285630

SOCIAL AND FAMILY HISTORY:
He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years. .

REVIEW OF SYSTEMS:
Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:
T 98.1 BP 114/86 P 72 R 18 KPS 50 spO2 99%RA. Mental status is
satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness.

LABORATORY:
5/9/14 WBC 8.6 HGB 15.0 PLT 158
5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0.9 GLC 145

IMAGING:
1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass
lesion identified involving the right parietal occipital region
involving the splenium of corpus callosum with a small nodular
area of enhancement in the left occipital lobe. There is
involvement of the corpus callosum seen. There is surrounding
edema identified. Small amount of subacute and chronic blood
products are seen. The distribution and appearance is suggestive
of a primary brain neoplasm such as glioma. There is mass effect
on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal
horn likely secondary to mass effect upon the right trigone.
2. CT c/a/p dated 5/8/14 shows no evidence of intrathoracic
malignancy. Mild to moderate emphysema. Multiple hepatic
hypodensities, some of which may represent hemangiomas, however

AR0508

Harvard Medical Faculty Physicians/Neurology

INITIAL NOTE          Page 3
Date: 05/09/14    Signed: 05/14/14 at 7:40 pm
                                          AGE 61
MINISTERI,ANTHONY                     UNIT #   2285630
   metastatic disease cannot be excluded. Lytic appearing lesion in
   Tll, which may represent an atypical hemangioma or metastatic
   disease. Area of increased sclerosis in the intertrochanteric
   region of the left femur likely represents a cartilaginous
   lesion, such as an enchondroma. Dedicated radiograph of the left
   femur could be performed for additional evaluation.

ASSESSMENT AND PLAN:
In summary, this is a 61 year old, left-handed man with right
frontal and parietal mass involving the corpus callosum,
confusion, and disorientation. He will undergo biopsy of the
lesion. I will review the pathology. He has no seizure history
and on levetiracetam. He is on dexamethasone along with GI
prophylaxis. 60 minutes were spent with the patient of which 50%
was counseling. Additional time was spent on reviewing tests and
images, and preparing documentation. All questions were answered
to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057


               ERIK UHLMANN, MD                              .


[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston,MA 02215
INITIAL NOTE          Page 1
Date: 05/09/14    Signed: 05/12/14 at 9:48 am Cosigned: 05/13/14 at 11:41 am
AGE 61
MINISTERI,ANTHONY                              UNIT #   2285630

Note contains an addendum. See bottom.

INITIAL CONSULTATION NOTE

Department of Radiation Oncology
Beth Israel Deaconess Medical Center
330 Brookline Avenue, Boston, MA 02215
(617) 667-2345

BIDMC:  228-56-30
Name:  Ministeri, Anthony
DOB:   ████/1953
Address: ████████████████Merrimac, MA 01860.
Phone:  978-346-█
Referring MD:  Jeffrey Arle, M.D.
Primary MD:  Stephen Beaudoin, M.D.
Diagnosis:  Brain masses, liver and bone lesions.
Performance Status:  ECOG 1.

DATE:  05/09/2014

IDENTIFICATION:  Mr. Ministeri is a 61-year-old male who recently
presented with one week of disorientation/confusion as well as
coordination difficulties.  He was found on a CT scan at an
outside facility to have a brain lesion.  He has subsequently
been sent to our hospital for further evaluation and management.
We have been asked by Dr. Arle and the primary team to see the
patient and make recommendations regarding next steps in
management.

HISTORY OF PRESENT ILLNESS:  The patient reports that he has been
in his usual state of health until recently.  He notes on a
recent business trip to New York one week ago having some issues
with getting lost within an office building and even walking on
the street.  He notes that he has also had some difficulty typing
memos, occasionally typing gibberish.  He also notes he has had
some difficulty with drinking from cups and is noting increased
clumsiness.  He presented to Anna Jacques Hospital where a CT
scan demonstrated reportedly an approximately 6 cm mass in the
right frontal and parietal lobe.  The patient received Decadron
and was transferred.  While at Beth Israel Deaconess, an MRI of
the brain was obtained demonstrating enhancing mass lesion in the
right parieto-occipital regions involving the splenium of the
corpus callosum with a small area of nodular enhancement in the
left occipital lobe.  There was noted to be perilesional edema.
There was no midline shift or hydrocephalus appreciated, and in
aggregate these results were felt to be most consistent with a
primary glioma.  CT of the chest was obtained the same day, which
did not demonstrate any evidence of intrathoracic malignancy.  CT
of the abdomen and pelvis demonstrated multiple hepatic
hypodensities felt to possibly represent hemangiomas; however,

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston,MA 02215
INITIAL NOTE        Page 2
Date: 05/09/14   Signed: 05/12/14 at 9:48 am Cosigned: 05/13/14 at 11:41 am
AGE 61
MINISTERI,ANTHONY                          UNIT #   2285630

metastatic disease could not be excluded.  MRI of the liver was
recommended for additional evaluation.  A lytic lesion at T11 was
also noted, which was possibly consistent with an atypical
hemangioma versus metastatic disease and MRI of the spine was
also recommended.

The patient reports since being on Decadron in the hospital
feeling quite a bit better, although he still has some difficulty
with drinking.  He is very eager to return home with plans to
return next week for a stereotactic biopsy with our colleagues in
Neurosurgery.  A focused review of systems is otherwise negative.

PAST MEDICAL HISTORY:
1.  History of right hip replacement.
2.  Osteoarthritis.

CURRENT OUTPATIENT MEDICATIONS:  None.

DRUG ALLERGIES:  The patient has no known drug allergies.

FAMILY HISTORY:  Unknown.

SOCIAL HISTORY:  The patient is accompanied by his wife.  He
works in engineering for a construction firm and does quite a bit
of traveling.  He has a past history of smoking including a
current history of smoking.  He possibly intends treatment closer
to home as applicable.

PHYSICAL EXAMINATION:
General: Well-appearing, appearing stated age, in no acute
distress.
HEENT:  Extraocular movements intact, anicteric sclerae, mucus
membranes moist, no oral lesions, face symmetric.
Neck: Supple
Pulm: Clear normal respirations
Cards: Regular to inspection
Abd: Soft, benign
Extr: No cyanosis nor edema. Warm and well perfused.
Neuro/Psych: Alert and oriented x3, CN II-XII intact, strength/
light touch sensation intact in upper and lower extremities,
proximal and distal. Please note that there is left-sided neglect
as well as left visual field/neglect and positive left pronator
drift. No finger to nose dysmetria. Coordination otherwise
intact. Gait intact as tested (tandem).
Derm: No suspicious lesions nor rashes on exposed skin.

DATA REVIEW:  The patient's MRI scan dated May 8, 2014, was
personally reviewed, results as indicated in the history of
present illness.

IMPRESSION AND PLAN:  Mr. Ministeri is a 61-year-old male with a
recent history of coordination difficulties as well as confusion

AR0511

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston,MA 02215
INITIAL NOTE          Page 3
Date: 05/09/14    Signed: 05/12/14 at 9:48 am Cosigned: 05/13/14 at 11:41 am
AGE 61
MINISTERI,ANTHONY                             UNIT #    2285630

who were found to have a large bihemispheric brain lesion in the
right parieto-occipital area as well as liver hypodensities and a
T11 hyperdensity on recent staging CT scan. Clinically, he is
stable to improved on steroid therapy and we have been asked by
Dr. Arle and the primary team to see the patient and make
recommendations regarding next steps in management.

Today, we met with the patient and his wife in his hospital room
at the Beth Israel Deaconess Hospital to discuss our impressions
and treatment recommendations. We had a long discussion with Mr.
Ministeri and his wife regarding available clinical data, in
particular that his head imaging is most in keeping with a
malignancy; however, his upcoming stereotactic biopsy will help
us exclude potential other etiologies. Assuming this is
malignant in nature, we discussed broadly speaking that the
differential diagnosis includes a metastatic lesion (especially
given his history of smoking) versus a primary brain tumor. We
discussed the prognostic ramifications of each and discussed
typical survivals at the patient's request. We indicated that we
will be able to better discuss the treatment paradigms once
pathologic analysis has been obtained. The patient expressed
understanding and agreement with this plan. We indicated that as
applicable and at the patient's request, we will be able to
provide referrals to radiation oncologist closer to home. The
patient and his wife asked a number of appropriate questions,
which were answered to the best of our ability to their apparent
satisfaction today. They also were provided with our contact
information and know how to contact us at any time with any
questions or concerns.

Thank you for involving us in the care of this patient.

This patient was seen, discussed and examined with Dr. Scott
Floyd, attending physician in Radiation Oncology.

Ravi A. Chandra MD PhD

eScription document:1-13659623

Cc: Stephen Beaudoin MD
Pentucket Medical Associates
260 Merrimac St
Newburyport, MA 01950
Cc: Jeffrey Arle MD
BIDMC NeuroSurgery
110 Francis Street, Suite 3B
Boston, MA 02215-5501


RAVI CHANDRA, MD

Cosignature: SCOTT FLOYD, MD, PHD

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston,MA 02215
INITIAL NOTE          Page 4
Date: 05/09/14    Signed: 05/12/14 at 9:48 am Cosigned: 05/13/14 at 11:41 am
                                             AGE 61
MINISTERI,ANTHONY                            UNIT #  ˙ 2285630

# -Addendum- 05/13/14 at 11:41 am

On the day of consultation, I saw and examined Mr. Ministeri with
Dr. Chandra. I agree with his findings, assessment and plan as
detailed above. I would add the following comments: Mr. Ministeri
is a 61 year old smoker who presents with large symptomatic
necrotic appearing brain mass. He has improved greatly with
decadron therapy. CT torso also reveals liver lesions and a lytic
T11 mass. These are concerning for metastatic cancer. His brain
lesion imaing is also consistent with primary brain tumor,
however. He will require a tissue diagnosis, for futher treatment
recommendations, and a biopsy is planned for 5/12/14.  We
discussed both metastatic cancer and primary malignant brain
tumors in detail, with the patient and his wife, noting that we
are unable to make specific recommendations at this time without
pathology. We will followup with Mr. Ministeri when pathology is
available for further recommendations.


                    SCOTT FLOYD, MD, PHD

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Hematology/Oncology
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 1
Date: 05/09/14   Signed: 05/09/14 at 8:02 pm Cosigned: 05/11/14 at 10:32 pm
                                              AGE 61
MINISTERI,ANTHONY                             UNIT #    2285630

Note contains an addendum. See bottom.

HEMATOLOGY-ONCOLOGY INITIAL CONSULT NOTE

Attending on Service: Dr. Robb Friedman
Fellow on service: Dr. Xiuning Le
Rotating Medical Student: AJ Piper, MS4

SERVICE REQUESTING CONSULT: Neurosurgery

ATTENDING: Dr. Jeffrey Arle

REASON FOR CONSULT: Brain tumor

CHIEF COMPLAINT: confusion, dizziness, incoordination

HISTORY OF PRESENT ILLNESS: Mr. Ministeri is a 61yo man with
history of smoking who presented with confusion, dizziness, and
incoordination of 1 week duration. Mr. Ministeri was feeling
completely normal until about 1 week ago when he found himself
lost in a hotel in New York City, requiring assistance to find
his room. Similar episodes of confusion, incoordination, and
dizziness continued to occur over the last week prompting Mr.
Ministeri to seek evaluation at an AJH in Newburyport. CT at AJH
was concerning for right sided high-grade glioma crossing the
midline without midline shift or hydrocephalus. Review of systems
reveals that Mr. Ministeri retains his appetite, but has lost
10lbs over the last month or so. Mr. Ministeri denies any
headaches, vision or hearing changes, nausea/vomiting, facial
droop, or dysarthria. He denies any weakness or abnormalities in
sensation.

Since arrival at the BIDMC, Mr. Ministeri has undergone further
imaging and work-up. Brain MRI with and without contrast confirms
an irregular enhancing lesion which crosses the corpus collasum
without midline shift or hydrocephalus. A possible lung nodule
found on X-ray at AJH was not found on chest CT. However, CT
chest and abdominal findings at BIDMC included possible hepatic
hemangioma, lytic spine lesion at T11, and a left femoral
intertrochanteric density consistent with an endochondroma.

Review of systems:
(+) Per HPI
(-) Denies fever, chills, night sweats. Denies headache, sinus
tenderness, rhinorrhea or congestion. Denied cough, shortness of
breath. Denied chest pain or tightness, palpitations. Denied
nausea, vomiting, diarrhea, constipation or abdominal pain. No
recent change in bowel or bladder habits. No dysuria. Denied
arthralgias or myalgias.

PAST MEDICAL HISTORY:

Beth Israel Deaconess Medical Center/Hematology/Oncology
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 2
Date: 05/09/14   Signed: 05/09/14 at 8:02 pm Cosigned: 05/11/14 at 10:32 pm
                                        AGE 61
MINISTERI,ANTHONY                        UNIT #   2285630
   1) Cluster headaches
   2) Closed skull fracture
   3) HTN
   4) Hyperlipidemia
   5) Osteoarthritis

PAST SURGICAL HISTORY:
1) Right total hip arthroplasty

HOME MEDICATIONS: Simvastatin, naproxen, verapamil
INPATIENT MEDICATIONS: Decadron 4mg Q6hrs, levetiracetam 500mg PO
BID, famotidine, lorezapam, diphenhydramine, heparin 5000 SC TID,
Insulun sliding scale, nicotine patch

ALLERGIES: NKDA

SOCIAL HISTORY: Pt lives with his wife Renee and is happily
married with children. The oldest is a junior in college living
in SC. One grandchild. Pt was recently let go from one
contruction/engineering firm and began work with another in April
in a part-time position. He has medical insurance, but is
uncertain about disability status. Pt is a long-time 1ppd smoker
and socially uses EtOH. No illicit drug use.

FAMILY HISTORY: NC

PHYSICAL EXAM
VS: 98.4  122/77  78  19  95% on RA
GENERAL: alert and oriented, NAD
HEENT: No scleral icterus. PERRLA/EOMI. MMM.
EXTREMITIES: No c/c/e
NEURO: A&Ox3. Appropriate. CN 2-12 grossly intact. Preserved
sensation throughout. 5/5 strength throughout. Gait assessment
deferred

LABS:

Na: 138
K: 4.6
Cl: 103
HCO3: 25
BUN: 16
Cr: 0.7
Gluc: 136
AGap=15

Ca: 9.0 Mg: 2.4 P: 3.5

WBC: 7.3
Hgb: 15.2
Hct: 46.6
Plt: 161

AR0515

Beth Israel Deaconess Medical Center/Hematology/Oncology
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 3
Date: 05/09/14   Signed: 05/09/14 at 8:02 pm Cosigned: 05/11/14 at 10:32 pm
                                          AGE 61
MINISTERI,ANTHONY                         UNIT #   2285630
     N:84.3 L:11.3 M:3.7 E:0.2 Bas:0.5

STUDIES:

5/8 - HEAD CT W/Wo Contrast:

IMPRESSION:

Irregular enhancing mass lesion with central areas of low signal
intensity is with involvement of the corpus callosum in both
occipital lobes most likely due to a glioma.  No midline shift or
hydrocephalus.

5/8 - CHEST CT W/ Contrast

IMPRESSION:

no evidence of intrathoracic malignancy. Mild to moderate
emphysema

IMPRESSION:

Please note that thoracic findings will be detailed in a separate
chest CT
report.

1.  Multiple hepatic hypodensities, some of which may represent
hemangiomas, however metastatic disease cannot be excluded.
Recommend MRI of the liver for additional evaluation.

2.  Lytic appearing lesion in T11, which may represent an
atypical hemangioma or metastatic disease. Recommend MRI of the
thoracic spine for additional evaluation.

3. Area of increased sclerosis in the intertrochanteric region of
the left femur likely represents a cartilaginous lesion, such as
an enchondroma.  Dedicated radiograph of the left femur could be
performed for additional evaluation.

The study and the report were reviewed by the staff radiologist.

ASSESSMENT AND PLAN:Mr. Ministeri is a 61yo man with smoking
history who presented with one week of confusion and
incoordination found to have a right-sided enhancing brain lesion
highly concerning for high-grade glioma. Additional studies do
not at this point indicate a distant primary tumor. CXR at an OSH
did demonstrate a lung nodule, though this was not found on chest
CT. Chest and abdominal CT did reveal multiple hepatic
hypodensities, possibly indicative of hemangiomas versus
metastasis. Additionally, a lytic-appearing spine lesion was
noted at T11. While both lesions could be better characterized
with MRI, biopsy of the brain mass on Monday will offer

Beth Israel Deaconess Medical Center/Hematology/Oncology
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 4
Date: 05/09/14   Signed: 05/09/14 at 8:02 pm  Cosigned: 05/11/14 at 10:32 pm
AGE 61
MINISTERI,ANTHONY                              UNIT #   2285630
definitive diagnosis of his brain lesion.

If the biopsy confirms high grade glioma, maximal safe resection
and whole brain radiation is typically followed by chemotherapy
with temazolimide as the standard of care most typically offered
by neuro-oncology. Additional agents have been approved for use
in the recurrent setting.

At this point, we suggest no further imaging studies or work-up
anticipating that following results of brain biopsy complete
oncologic care will be established through neuro-oncology,
neurosurgery and radiation oncology.

Thank you for involving us in Mr. Ministeri's care. The patient
was seen and discussed with Dr. Robb Friedman, who is the consult
attending.


           XIUNING LE, MD

    Cosignature: ROBB S FRIEDMAN, MD

#  -Addendum- 05/11/14 at 10:32 pm

Attending Addendum

I interviewed and examined the patient and reviewed the chart and
relevant data.  I agree with assessment and recommendations,
which I formulated with Dr. Le.  Time spent with patient and
formulating plan: 50 minutes.

Robb S. Friedman MD
Hematology / Oncology


           ROBB S FRIEDMAN, MD

[SOURCE: OMR]

AR0517

Beth Israel Deaconess Medical Center/Lowry Medical Office Building
Neurosurgery
110 Francis St., Boston,MA 02215
INITIAL NOTE          Page 1
Date: 05/08/14   Signed: 05/08/14 at 12:13 am Cosigned: 05/09/14 at 8:34 am
AGE 61
MINISTERI,ANTHONY                           UNIT #   2285630

CC: disorientation

HPI: Patient is a 61 year old gentleman who presented to an OSH
for evaluation after he had 1 week of symptoms consisting of
disorientation, difficulty driving, difficulty concentrating, and
some poor balance when ambulating. Imaging was done which showed
a right sided brain lesion on CT that appeared to cross the
midline concerning for high grade glioma. He was sent to BIDMC
for further management and care. He denies headaches, nausea,
vomiting, dizziness, changes in vision, hearing, or speech.

PMHx: Right hip replacement, osteoarthritis

All: NKDA

Medications prior to admission: none

ROS: as above per HPI, denies alternate system complaints

PHYSICAL EXAM:
Gen: WD/WN, comfortable, NAD.
HEENT: Pupils: PERRL          EOMs full however does skip when
looking to left
Neck: Supple.
Lungs: CTA bilaterally.
Cardiac: RRR. S1/S2.
Abd: Soft, NT, BS+
Extrem: Warm and well-perfused.
Neuro:
Mental status: Awake and alert, cooperative with exam, normal
affect.
Orientation: Oriented to person, place, and date.
Language: Speech fluent with good comprehension and repetition.
Naming intact. No dysarthria or paraphasic errors.

Cranial Nerves:
I: Not tested
II: Pupils equally round and reactive to light, 4mm to
2mm bilaterally. On gross visual field exam has a left homonymous
hemianopsia
III, IV, VI: EOMs full but does skip to left side to try and
catch up c/w field cut
V, VII: Facial strength and sensation intact and symmetric.
VIII: Hearing intact to voice.
IX, X: Palatal elevation symmetrical.
XI: Sternocleidomastoid and trapezius normal bilaterally.
XII: Tongue midline without fasciculations.

Motor: Normal bulk and tone bilaterally. No abnormal movements,
tremors. Strength full power 5/5 throughout. No pronator drift

Beth Israel Deaconess Medical Center/Lowry Medical Office Building
Neurosurgery
110 Francis St., Boston,MA 02215
INITIAL NOTE          Page 2
Date: 05/08/14    Signed: 05/08/14 at 12:13 am Cosigned: 05/09/14 at 8:34 am
AGE 61
MINISTERI,ANTHONY                          UNIT #   2285630

Sensation: Intact to light touch, proprioception, pinprick and vibration bilaterally.

CT: CT OSH shows Right sided brain lesion that appears to cross midline concerning for high grade glioma

Assessment/Plan: 61M presents as a transfer from OSH for eval of right sided brain lesion seen on CT scan. Symptoms of disorientation, gait disturbance, and difficulty driving subjectively as well as finding of left homonymous hemianopsia on physical exam. Plan as follows:
1. Will admit to neurosurgery service floor
2. Will start patient on decadron 4mgq6hours
3. MRI of the brain with and without contrast to further characterize lesion
4. CT of the chest/abdomen/pelvis to evaluate for malignancy as CXR at OSH showed? Lung lesion
5. Will likely perform brain biopsy for pathology later this week.


I have reviewed this case with Dr Jeffrey Arle who formulated the above plan.


Thank you for this consult,

Andrew Busler MSN, ACNP-BC

On        I saw and examined the patient and reviewed this note. I agree with the findings and plan of care.  I would add the following remarks:



Attending Physician:
Jeffrey Arle MD PhD




ANDREW BUSLER, NP

Cosignature: JEFFREY ARLE, MD
[SOURCE: OMR]

```
            Beth Israel Deaconess Medical Center - Emergency
                        PROGRESS NOTE              Page 1
Date: 05/07/14   Signed: 05/07/14 at 7:04 pm
                                                AGE 61
MINISTERI,ANTHONY                               UNIT #   2285630
```

# ED Attending Physician Chart (V1): INTRACRANIAL MASS

Beth Israel Deaconess Medical Center
Anthony Ministeri, MRN: 2285630
Date of Birth: Jan 23, 1953

Beth Israel Deaconess Medical Center Attending Physician Chart
(V1)
ED MD: Maureen Chase MD
Visit date May 7, 2014, report date May 7, 2014
Attending Physician: Maureen Chase MD, MD

Visit Date: May 7, 2014

                    Chart Created: May 7, 2014 16:26

HISTORY OF PRESENTING ILLNESS

This patient is a 61 year old male who complains of
INTRACRANIAL MASS. 61 yo mle transferred from AJH after
found to have a mass concerning for glioblastoma in setting
confusion for past 6 days. Pt denies any focal neurologic
complaints.
CT Head: Large mass (6.6x5.4x4.4cm) involving the R frontal
and parietal lobe that crosses the corpus callosum highly
concerning for high-grade glioma w/ associated mass effect
and 4mm R to L midline shift. Received decadrom at OSH. The
patient is reporting that he was slightly confused over the
past several days which he noted when attempting to find his
floor in a hotel room using the elevator banks. He denies
focal weakness but does note that he has had a hard time
keeping a drink in the upright position and his left hand
which is his dominant hand for the past week or so.
                        Timing: Gradual
                      Severity: Moderate
                      Duration: 6 Days
           Context/Circumstances: mild confusion x 6 days
       Associated Signs/Symptoms: denies HA

PAST FAMILY AND SOCIAL HISTORY

Nursing triage/initial assessment reviewed and confirmed

Past Medical History: htn, hyperchol, cluster headaches
                      treated with botox
             Medications: Simvastatin, naproxen,
                          verapamil
      Allergies and Reactions: NKDA
            Family History: no fh cancers
            Social History:   Tobacco: Current; 1
                              PPD.
                              Alcohol: Yes.
                              Recreational Drugs: None.
                              Denies Drugs. Positive for

```
              Beth Israel Deaconess Medical Center - Emergency
                        PROGRESS NOTE          Page 2
Date: 05/07/14   Signed: 05/07/14 at 7:04 pm
                                            AGE 61
MINISTERI,ANTHONY                           UNIT #   2285630
                                 Alcohol and Smoking.
```

REVIEW OF SYSTEMS

All other systems reviewed and negative.

PHYSICAL EXAMINATION

Temp: 98.4 HR: 85 BP: 140/83 Resp: 18 O(2)Sat: 96 Normal

Constitutional: mildly anxious
Chest: Normal
Cardiovascular: Normal
Abdominal: Normal
Neuro: slight facial asymmetry around eyes (chronic per
family), speech fluent, left pronator drift, normal gait
Psych: Normal mentation

SUPPLEMENTS

Initial Provider contact information
Initial provider: Nissa J Ali
Initial contact: 05/07/2014 15:42

MEDICAL DECISION MAKING

Neurosurgery consult on patient arrival. Will admit the
patient for MRI, possible biopsy.
     Service Consulted  at 16:23 Neurosurgery
          Final ED Diagnosis 1: Brain tumor concerning for
                              glioblastoma

This uploaded version of the chart may not be the final one;
some addenda and test results may not be entered into this
OMR note.

This Emergency Department patient encounter note may have
been created using voice-recognition software and in real
time during the ED visit. Please excuse any typographical
errors that have not been edited out.


                    MAUREEN CHASE, MD

[SOURCE: OMR]
```

```
            Beth Israel Deaconess Medical Center — Inpatient
                     PROGRESS NOTE          Page 1
Date: 05/09/14   Signed: 05/09/14 at 11:51 am
                                        AGE 61
MINISTERI,ANTHONY                       UNIT #   2285630
```

Continued Stay Review — Case Management

Patient: Ministeri, Anthony
MRN: BID #228-56-30
DOB: ████1953

Final D/C Plan? [ ]Y / [x ]N
Discharge Plan: Unclear at this time.  Continues IVF and imaging.
Awaiting recs from team.

Transportation:
Discharge Facility:
Facility Comments:

Homecare Info:

DME Info:

Case Manager: Lorraine Macisaac, RN
Date Completed: 05/09/14

                    LORRAINE MACISAAC, RN

[SOURCE: OMR]

AR0522

```
            Beth Israel Deaconess Medical Center - Inpatient
                      PROGRESS NOTE          Page 1
Date: 05/08/14   Signed: 05/08/14 at 3:46 pm
                                             AGE 61
MINISTERI,ANTHONY                            UNIT #    2285630
```

           Initial Patient Assessment - Case Management
Ministeri, Anthony
BID #228-56-30 ████/1953
Current Bed:F 501
Anticipated Discharge Date: not clear

Primary Insurance: Blue Cross
Free Care App:  Medicaid App:

Functional Status / Services Prior To Admission:Independent
Health Care Proxy:  offered, wife to discuss with patient

Primary Contact:spouse

Referrals Recommended:

Current Plan: cont to follow closely

Patient Discussed with Multidisciplinary Team? [x ]Y / [ ]N

Case Manager: Lorraine Macisaac, RN
Date:05/08/14


           LORRAINE MACISAAC, RN

[SOURCE: OMR]

MINISTERI,ANTHONY
MRN: 2285630
Age: 61   Room: 1187
Male   White
Responsible Dr: LIEGEL,JESSICA J.

Sinus rhythm. Within normal limits. No significant chan
previous tracing of 8-15-14 and that of 8-11-14.
TRACING #2

Read by: CHARLES I. HAFFAJEE, M.D.

21:36:22  08/17/2014
Cart 2199-79  TR-2134809

|  | | Intervals | | | Axes | |
|------|-----|-----|--------|----|-----|---|
| Rate | PR | QRS | QT/QTc | P | QRS | T |
| 82 | 148 | 84 | 374/412 | 32 | 58 | 3 |



Beth Israel Deaconess Medical Center

AR0524

MINISTERI,ANTHONY
MRN: 2285630
Age: 61   Room: 1187
Male   White
Responsible Dr: LIEGEL,JESSICA J.

Sinus rhythm.. Left atrial abnormality. Otherwise, with
significant change compared to the previous tracing of
TRACING #1

Read by: CHARLES I. HAFFAJEE, M.D.

22:29:04  08/15/2014
Cart 3396-53  TR-2134611

| | Intervals | | | Axes | | |
|---|---|---|---|---|---|---|
| Rate | PR | QRS | QT/QTc | P | QRS | T |
| 78 | 150 | 84 | 384/415 | 46 | 52 | -3 |



Beth Israel Deaconess Medical Center

AR0525

MINISTERI,ANTHONY
MRN: 2285630
Age: 61   Room: 0683
Male   White
Responsible Dr: AKUTHOTA,PRAVEEN

Sinus rhythm.  Non-specific inferior T wave abnormaliti
previous tracing sinus rate is slower.
TRACING #2

Read by: ELI V. GELFAND, M.D.

8:31:52  08/11/2014
Cart 3249-10  TR-2132317

|  | | Intervals | | Axes | | |
|---|---|---|---|---|---|---|
| Rate | PR | QRS | QT/QTc | P | QRS | T |
| 84 | 152 | 86 | 358/400 | 74 | 25 | -1 |



Beth Israel Deaconess Medical Center

AR0526

MINISTERI,ANTHONY
MRN: 2285630
Age: 61   Room: 0683
Male   White
Responsible Dr: AKUTHOTA,PRAVEEN

Sinus tachycardia.  Right bundle-branch block.  Diffuse
abnormalities, likely secondary to rate.  No previous tr
comparison.
TRACING #1

Read by: ELI V. GELFAND, M.D.

23:37:00  08/10/2014
Cart 3798-117  TR-2132026

|  | | Intervals | | Axes | | |
| Rate | PR | QRS | QT/QTc | P | QRS | T |
| 135 | 140 | 106 | 272/403 | 40 | 71 | -13 |



Beth Israel Deaconess Medical Center

AR0527

**Beth Israel Deaconess Medical Center**
**Department of Radiation Oncology**
**330 Brookline Avenue – FNB-25**
**Boston, MA 02215**
**Tel #: (617) 667-2345**
**Fax #: (617) 667-4990**

# FAX COVER SHEET
# CONFIDENTIAL

| TO: | Dr. Floyd |
|---|---|
| FROM: | Matrix Absence Man |
| RE: | A. Winisteri 2014-12-050446-LTD-01 |
| DATE: | 2|4 |
| PAGES: | |

Message/Note:

_____

_____

_____

_____

## Confidentiality Statement

*This facsimile transmission is intended for the use of the person(s) to whom it may be addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution, copying, or use of this information is prohibited. If you have received this facsimile transmission in error, please notify us immediately by telephone, during which time we can arrange for return of attached documents (if necessary). Thank you.*

Matrix RCVD via FAX 02/04/2015

AR0528

**MATRIX**
**ABSENCE MANAGEMENT**
A MEMBER OF THE TOKIO MARINE GROUP
AS ADMINISTRATOR FOR RELIANCE STANDARD LIFE INSURANCE CO.

P.O. Box 13498
Philadelphia, PA. 19101
(800) 866-2301

January 14, 2015

Dr. Scott Floyd
330 Brookline Ave.
Boston, MA  02215

Re:  Claimant:           Anthony Ministeri
     Policy No:          LTD 115774
     Claim No:           2014-12-05-0446-LTD-01
     Policyholder:       AECOM Technology Corporation
     Date of Birth:      ████1953

Dear Dr. Scott Floyd:

Reliance Standard Life Insurance Company is the disability benefits carrier for the claimant
listed above. So that we may continue to determine your patient's eligibility for benefits under
the above policy, we require the following information from you:

- Copies of all office/treatment notes, operative reports, hospital records, diagnostic and
  laboratory test results, discharge summaries, etc, for the period of December 2013 to present.

An authorization for the release of this information is enclosed. Please return this correspondence
with your response. If there is a charge for copying these records, please provide an invoice and
include your tax identification number. If you wish, you can FAX this information to 602-866-
9707.

If you have any questions regarding this matter, please feel free to contact me at 1-800-866-2301
ext. 56066.

Sincerely,

*Danielle Cardenas*

Danielle Cardenas
LTD Claims Department

Enclosure

Matrix RCVD via FAX 02/04/2015

AR0529

**MATRIX**
ABSENCE MANAGEMENT
A SERVICE OF THE UNITED GROUP

2421 W. Peoria Avenue, Suite 200
Phoenix, AZ 85029-4940

2014-12-05-0416-CID-1

## AUTHORIZATION FOR USE IN OBTAINING INFORMATION

NAME OF INSURED: Anthony Minister
INSURED LAST 4 DIGITS SSN: XXX-XX-____
POLICYHOLDER: Anthony Minister

To all physicians and other health care professionals, hospitals, other health care institutions, insurers, medical, hospital, and prepaid health plans, pharmacies, employers, group policyholders, contract holders, governmental agencies, private and/or public benefit plan administrators, and/or attorney representatives, including but not limited to covered entities and/ business associates under the Health Information Portability and Accountability Act of 1996 ("HIPAA") and the accompanying regulations:

You are authorized to provide Reliance Standard Life Insurance Company and/or its authorized administrators (including but not limited to, Matrix Absence Management) with information concerning medical care, advice, and/or treatment provided to me, the above named insured, and/or any employment, salary and/or benefit related information concerning me, the above named insured. I understand that the disclosure of information may include disclosure of protected health information under HIPAA and the accompanying regulations. Information regarding treatment or manifestations of the human immunodeficiency virus (HIV) and/or the use of drugs and alcohol. I also understand that information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and will no longer be subject to protection under HIPAA and the accompanying regulations. A statement of Reliance Standard Life Insurance Company's privacy policy is available at www.reliance or upon request.

I understand that any such information will be used for the purpose of evaluating my claim for benefits.

Upon request, I understand that I am entitled to receive a copy of this Authorization. This Authorization is valid from the date signed for the duration of the claim, and may be revoked by me at any time upon written request to the address below. A reproduction of this Authorization shall be considered as valid as the original.

_____          _____
Date                                         Insured's Signature

(If the insured is unable to sign, an authorized person may sign.)

_____          _____
Date                                         Authorized Person's Signature

Description of Authorized Person's authority to sign on behalf of insured: _____

Rev. 12/1/08                                          -6-

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston,MA 02215
INITIAL NOTE

*Page 1 of 4*

Date: 05/09/14  Signed: 05/12/14 at 9:48 am Cosigned: 05/13/14 at 11:41 am  AGE  **61**
**MINISTERI,ANTHONY**                                                    MRN  **2285630**

Note contains an addendum. See bottom.

INITIAL CONSULTATION NOTE

Department of Radiation Oncology
Beth Israel Deaconess Medical Center
330 Brookline Avenue, Boston, MA 02215
(617) 667-2345

BIDMC:  228-56-30
Name:  Ministeri, Anthony
DOB:  ████/1953
Address:  ████████████████  Merrimac, MA 01860.
Phone:  978-346-████
Referring MD:  Jeffrey Arle, M.D.
Primary MD:  Stephen Beaudoin, M.D.
Diagnosis:  Brain masses, liver and bone lesions.
Performance Status:  ECOG 1.

DATE:  05/09/2014

IDENTIFICATION: Mr. Ministeri is a 61-year-old male who recently
presented with one week of disorientation/confusion as well as
coordination difficulties. He was found on a CT scan at an
outside facility to have a brain lesion. He has subsequently
been sent to our hospital for further evaluation and management.
We have been asked by Dr. Arle and the primary team to see the
patient and make recommendations regarding next steps in
management.

HISTORY OF PRESENT ILLNESS: The patient reports that he has been
in his usual state of health until recently. He notes on a
recent business trip to New York one week ago having some issues
with getting lost within an office building and even walking on
the street. He notes that he has also had some difficulty typing
memos, occasionally typing gibberish. He also notes he has had
some difficulty with drinking from cups and is noting increased
clumsiness. He presented to Anna Jacques Hospital where a CT
scan demonstrated reportedly an approximately 6 cm mass in the
right frontal and parietal lobe. The patient received Decadron
and was transferred. While at Beth Israel Deaconess, an MRI of
the brain was obtained demonstrating enhancing mass lesion in the
right parieto-occipital regions involving the splenium of the
corpus callosum with a small area of nodular enhancement in the
left occipital lobe. There was noted to be perilesional edema.
There was no midline shift or hydrocephalus appreciated, and in
aggregate these results were felt to be most consistent with a
primary glioma. CT of the chest was obtained the same day, which
did not demonstrate any evidence of intrathoracic malignancy. CT
of the abdomen and pelvis demonstrated multiple hepatic
hypodensities felt to possibly represent hemangiomas; however,
metastatic disease could not be excluded. MRI of the liver was
recommended for additional evaluation. A lytic lesion at T11 was

Matrix RCVD via FAX 02/04/2015

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston, MA 02215
INITIAL NOTE

Date: 05/09/14  Signed: 05/12/14 at 9:48 am Cosigned: 05/13/14 at 11:41 am  AGE  61

**MINISTERI, ANTHONY**                                                    MRN  2285630

also noted, which was possibly consistent with an atypical
hemangioma versus metastatic disease and MRI of the spine was
also recommended.

The patient reports since being on Decadron in the hospital
feeling quite a bit better, although he still has some difficulty
with drinking. He is very eager to return home with plans to
return next week for a stereotactic biopsy with our colleagues in
Neurosurgery. A focused review of systems is otherwise negative.

PAST MEDICAL HISTORY:
1.  History of right hip replacement.
2.  Osteoarthritis.

CURRENT OUTPATIENT MEDICATIONS:  None.

DRUG ALLERGIES:  The patient has no known drug allergies.

FAMILY HISTORY:  Unknown.

SOCIAL HISTORY:  The patient is accompanied by his wife. He
works in engineering for a construction firm and does quite a bit
of traveling. He has a past history of smoking including a
current history of smoking. He possibly intends treatment closer
to home as applicable.

PHYSICAL EXAMINATION:
General: Well-appearing, appearing stated age, in no acute
distress.
HEENT:  Extraocular movements intact, anicteric sclerae, mucus
membranes moist, no oral lesions, face symmetric.
Neck: Supple
Pulm: Clear normal respirations
Cards: Regular to inspection
Abd: Soft, benign
Extr: No cyanosis nor edema. Warm and well perfused.
Neuro/Psych: Alert and oriented x3, CN II-XII intact, strength/
light touch sensation intact in upper and lower extremities,
proximal and distal. Please note that there is left-sided neglect
as well as left visual field/neglect and positive left pronator
drift. No finger to nose dysmetria. Coordination otherwise
intact. Gait intact as tested (tandem).
Derm: No suspicious lesions nor rashes on exposed skin.

DATA REVIEW:  The patient's MRI scan dated May 8, 2014, was
personally reviewed, results as indicated in the history of
present illness.

IMPRESSION AND PLAN:  Mr. Ministeri is a 61-year-old male with a
recent history of coordination difficulties as well as confusion
who was found to have a large bihemispheric brain lesion in the
right parieto-occipital area as well as liver hypodensities and a
T11 hyperdensity on recent staging CT scan. Clinically, he is
stable to improved on steroid therapy and we have been asked by
Dr. Arle and the primary team to see the patient and make

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston, MA 02215
INITIAL NOTE

Date: 05/09/14  Signed: 05/12/14 at 9:48 am  Cosigned: 05/13/14 at 11:41 am  AGE  **61**

**MINISTERI, ANTHONY**                                                              MRN  **2285630**

recommendations regarding next steps in management.

Today, we met with the patient and his wife in his hospital room
at the Beth Israel Deaconess Hospital to discuss our impressions
and treatment recommendations.  We had a long discussion with Mr.
Ministeri and his wife regarding available clinical data, in
particular that his head imaging is most in keeping with a
malignancy; however, his upcoming stereotactic biopsy will help
us exclude potential other etiologies.  Assuming this is
malignant in nature, we discussed broadly speaking that the
differential diagnosis includes a metastatic lesion (especially
given his history of smoking) versus a primary brain tumor.  We
discussed the prognostic ramifications of each and discussed
typical survivals at the patient's request.  We indicated that we
will be able to better discuss the treatment paradigms once
pathologic analysis has been obtained.  The patient expressed
understanding and agreement with this plan.  We indicated that as
applicable and at the patient's request, we will be able to
provide referrals to radiation oncologist closer to home.  The
patient and his wife asked a number of appropriate questions,
which were answered to the best of our ability to their apparent
satisfaction today.  They also were provided with our contact
information and know how to contact us at any time with any
questions or concerns.

Thank you for involving us in the care of this patient.

This patient was seen, discussed and examined with Dr. Scott
Floyd, attending physician in Radiation Oncology.

Ravi A. Chandra MD PhD

eScription document:1-13659623

Cc: Stephen Beaudoin MD
Pentucket Medical Associates
260 Merrimac St
Newburyport, MA 01950
Cc: Jeffrey Arle MD
BIDMC NeuroSurgery
110 Francis Street, Suite 3B
Boston, MA 02215-5501


                    RAVI CHANDRA, MD


   Cosignature: SCOTT FLOYD, MD, PHD


#  -Addendum- 05/13/14 at 11:41 am

On the day of consultation, I saw and examined Mr. Ministeri with
Dr. Chandra. I agree with his findings, assessment and plan as
detailed above. I would add the following comments: Mr. Ministeri

**Matrix RCVD via FAX 02/04/2015**

Beth Israel Deaconess Medical Center/Radiation Oncology
330 Brookline Ave, Boston, MA 02215
INITIAL NOTE

*Page 4 of 4*

Date: 05/09/14   Signed: 05/12/14 at 9:48 am   Cosigned: 05/13/14 at 11:41 am   AGE   **61**

**MINISTERI,ANTHONY**                                                      MRN   **2285630**

is a 61 year old smoker who presents with large symptomatic
necrotic appearing brain mass. He has improved greatly with
decadron therapy. CT torso also reveals liver lesions and a lytic
T11 mass. These are concerning for metastatic cancer. His brain
lesion imaing is also consistent with primary brain tumor,
however. He will require a tissue diagnosis, for futher treatment
recommendations, and a biopsy is planned for 5/12/14. We
discussed both metastatic cancer and primary malignant brain
tumors in detail, with the patient and his wife, noting that we
are unable to make specific recommendations at this time without
pathology. We will followup with Mr. Ministeri when pathology is
available for further recommendations.
                    SCOTT FLOYD, MD, PHD

[SOURCE: OMR]

AR0534

# MATRIX
## ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP
AS ADMINISTRATOR FOR RELIANCE STANDARD LIFE INSURANCE CO.

P.O. Box 13498
Philadelphia, PA. 19101
(800) 866-2301

January 14, 2015

Dr. Erik Uhlmann
330 Brookline ave
Boston, MA  02215

Re:  Claimant:        Anthony Ministeri
     Policy No:        LTD 115774
     Claim No:         2014-12-05-0446-LTD-01
     Policyholder:     AECOM Technology Corporation
     Date of Birth:    ▇▇▇/1953

Dear Dr. Erik Uhlmann:

Reliance Standard Life Insurance Company is the disability benefits carrier for the claimant
listed above. So that we may continue to determine your patient's eligibility for benefits under
the above policy, we require the following information from you:

* Copies of all office/treatment notes, operative reports, hospital records, diagnostic and
  laboratory test results, discharge summaries, etc, for the period of December 2013 to present.

An authorization for the release of this information is enclosed. Please return this correspondence
with your response. If there is a charge for copying these records, please provide an invoice and
include your tax identification number. If you wish, you can FAX this information to 602-866-
9707.

If you have any questions regarding this matter, please feel free to contact me at 1-800-866-2301
ext. 56066.

Sincerely,

*Danielle Cardenas*

Danielle Cardenas
LTD Claims Department

Enclosure

Matrix RCVD via FAX 01/23/2015

AR0535

MINISTERI,ANTHONY              228-56-30          M 62 ▇▇▇1953

**Radiology Report    MR HEAD W & W/O CONTRAST**    **Study Date of 05/08/2014 12:03 PM**

ARLE,JEFFREY E.                        NSURG    FA5        05/08/14 12:03 PM
MR HEAD W & W/O CONTRAST                                  Clip # 671-1742
Reason: Please evaluate for intracranial lesion
Contrast: GADAVIST Amt: 9

UNDERLYING MEDICAL CONDITION:
    61 year old man with Right sided brain lesion seen on CT
REASON FOR THIS EXAMINATION:
    Please evaluate for intracranial lesion
CONTRAINDICATIONS FOR IV CONTRAST:
    None.

**Final Report**

EXAMINATION:  MR HEAD W AND W/O CONTRAST

INDICATION:  61 year old man with Right sided brain lesion seen on CT  //
Please evaluate for intracranial lesion

TECHNIQUE:  Sagittal and axial T1 weighted imaging were performed. After
administration of cc of Gadavist intravenous contrast, axial imaging was
performed with gradient echo, FLAIR, diffusion, and T1 technique. Sagittal
MPRAGE imaging was performed and re-formatted in axial and coronal
orientations.

COMPARISON:  No prior MRI studies available for comparison.

FINDINGS:

There is enhancing mass lesion identified involving the right parietal
occipital region involving the splenium of corpus callosum with a small
nodular area of enhancement in the left occipital lobe. There is involvement
of the corpus callosum seen. There is surrounding edema identified. Small
amount of subacute and chronic blood products are seen.  The distribution and
appearance is suggestive of a primary brain neoplasm such as glioma. There is
mass effect on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal horn likely
secondary to mass effect upon the right trigone

IMPRESSION:

Irregular enhancing mass lesion with central areas of low signal intensity is
with involvement of the corpus callosum in both occipital lobes most likely

AR0536

01/23/2015 11:49AM FAX 16176871664 BRAIN TUMOR CENTER 0003/0029
Case 1:18-cv-10611-LTS Document 42-1 Filed 07/01/20 Page 37 of 501

MINISTERI,ANTHONY 228-56-30 M 62 JAN 23,1953                    Page 2 of 2

due to a glioma.  No midline shift or hydrocephalus.

Rafeeque A. Bhadelia, MD electronically signed on THU MAY 8,2014 1:35 PM

 Imaging Lab

**There is no report history available for viewing.**

Matrix RCHD via FAX 01/23/2015

AR0537

Beth Israel Deaconess Medical    SU14-20067
 Center
Department of Pathology
                                Patient Name: MINISTERI, ANTHONY
330 Brookline Avenue            BIDMC MRN: 2285630
Boston, Massachusetts  02215    Birth Date: ████/1953 Age: 61 Y Sex: I
Surgical Pathology voice:
(617) 667-4344
Surgical Pathology Facsimile:
 (617) 667-7120
Cytology voice: (617)
667-4342

Date of Procedure: 05/12/2014  Billing #: 100327436
Date Specimen(s) Received:     Patient Location: OR West
05/13/2014
Date Reported: 05/15/2014      Ordering Provider: JEFFREY ARLE, MD
                               Responsible Provider: JEFFREY ARLE, MD


                   SURGICAL PATHOLOGY REPORT - Revised


Revised A:
Results of IDH-1 immunostain added:
IDH-1 (R132H):  Negative.

***** Electronically Signed Out *****
Diagnosed by: ROLF PFANNL, MD
Signed Out:  05/27/2014   14:58
CLIA # 22D0002138

PATHOLOGIC DIAGNOSIS:

Brain, mass, core biopsy:

Mildly hypercellular white matter with scattered atypical cells, in
suggestive of infiltrating glioma; see note.

Note:  The atypical cells present infiltrate the brain parenchyma and
show mild cytological atypia. There is no evidence of vascular
proliferation or necrosis. No mitotic figures are identified.  A Mib-
stain shows a low proliferative activity.
The biopsy shows no features of a high-grade glioma and does not
correlate with the imaging characteristics of this lesion. Although
this sample suggests a glioma, sampling is limited and

Matrix RCVD via FAX 01/23/2015

AR0538

clinical/radiological correlation is required.
An IDH-1 (R132H) will be performed and reported in addendum.


CLINICAL HISTORY:
Brain mass.

GROSS DESCRIPTION:
The specimen is received fresh in a container labeled with the
patient's name, "Ministeri, Anthony" and the medical record number.
consists of a fragment of soft tissue that measures 1.0 x 0.2 x 0.1 c
 One half of the specimen is submitted for frozen section analysis.
The specimen is entirely submitted as follows:  1FSA = frozen section
remnant, 1B = remainder of specimen.

FROZEN SECTION DIAGNOSIS:
A frozen section diagnosis was performed on one half of the tissue.  ;
frozen section diagnosis rendered by Dr. Rolf Pfannl is:  "Smear and
frozen section diagnosis, brain, biopsy #1:  white matter with
scattered reactive changes."

Residents:

By his/her signature, the senior physician certifies that he/she
personally conducted a gross and/or microscopic examination of the
described specimen(s) and rendered or confirmed the diagnosis(es)
related thereto.

Immunohistochemistry test(s), if applicable, were developed and their
performance characteristics were determined by the Department of
Pathology at Beth Israel Deaconess Medical Center, Boston, MA.  They
have not been cleared or approved by the U.S. Food and Drug
Administration.  The FDA has determined that such clearance or approv
is not necessary.  These tests are used for clinical purposes.  They
should not be regarded as investigational or for research.  This
laboratory is certified under the Clinical Laboratory Improvement
Amendments of 1988 (CLIA-88) as qualified to perform high complexity
clinical laboratory testing.  Unless otherwise specified, all
histochemical and immunohistochemical controls are adequate.


***** Electronically Signed Out *****
Diagnosed by: ROLF PFANNL, MD
Signed Out:  05/15/2014   10:00
CLIA # 22D0002138

AR0539



Beth Israel Deaconess Medical Center
Department of Pathology
330 Brookline Avenue
Boston, Massachusetts 02215
Main: (617) 667-4344
Facsimile: (617) 667-7120

**Beth Israel Deaconess Medical Center**

**SU14-21575**

**Patient: MINISTERI, ANTHONY**
BIDMC MRN: 2285630
Birth Date: ████/1953 Age: 61 Y Sex:M

Date of Procedure: 05/21/2014
Date Specimen(s) Received: 05/21/2014
Date Reported: 05/27/2014
Revised on: 06/20/2014

Billing #: 03200273
Patient Location: DischargedDIS
Ordering Provider: EKKEHARD KASPER, MD
Responsible Provider: EKKEHARD KASPER, MD

## SURGICAL PATHOLOGY REPORT - Revised

Revised B:
EGFR FISH ANALYSIS:

Epidermal growth factor receptor (EGFR) FISH analysis was performed by Integrated Oncology, at
Esoterix Genetic Laboratories, LLC 521 W 57th Street, 6th Floor, New York, NY 10019. The test
was ordered by the physician on 6/12/14:
Specimen ID:  SU14-21575
Marker: EGFR/CEP7
Ratio: 1.2
**Result: Not Amplified**
**Interpretation: Negative**

EGFR FISH Results
EGFR/CEP7 Ratio: 1.2
Average Number of EGFR Signals/Nucleus: 3.37
Average Number of CEP7 Signals/Nucleus: 2.78
Percentage of cells with High Polysomy: 35

***** **Electronically Signed Out** *****
Diagnosed by: ROLF PFANNL, MD
Signed Out: 06/20/2014   10:55
CLIA # 22D0002138

**Revised A:**  Addendum Report:

IDH1 stain: Negative.

***** **Electronically Signed Out** *****
Diagnosed by: MATTHEW ANDERSON, MD
Signed Out: 06/05/2014   17:25

Page 1 of 4

Matrix RCVD via FAX 01/23/2015

AR0540

Beth Israel Deaconess Medical Center
Department of Pathology

SU14-21575
Patient: MINISTERI, ANTHONY

CLIA # 22D0002138

## PATHOLOGIC DIAGNOSIS:

1. Brain, "core biopsy #1", right (1FSA):
Mildly hypercellular white matter, no definite malignancy identified.

2. Brain, "core biopsy #2" right (2A):
Mildly hypercellular white matter, no definite malignancy identified.

3. Brain, "core biopsy #3" right (3A-3FSA):
Infiltrating astrocytoma.

4. Brain, "core biopsy #4", right (4A):
Glioblastoma, WHO grade IV.

5. Brain, "core biopsy #5", right (5A-5FSB):
Glioblastoma, WHO grade IV.

6. Brain, "core biopsy #6", right (6 FSA):
Glioblastoma, WHO grade IV.

7. Brain, "aspirate", right (7A):
Scant white matter with scattered atypical cells.

Note: The tumor is hypercellular and shows an astrocytic phenotype.
Synoptic Report

WHO Histologic Grading Criteria:
Cellularity: moderate.
Atypia: moderate.
Mitoses: present.
Vascular proliferation: present.
Necrosis: present
Studies for IDH-1 mutation and EGFR amplification will be performed and reported in an addendum.

## CLINICAL HISTORY:
Right frontal/parietal mass.

## GROSS DESCRIPTION:
The specimen is received fresh in seven parts, all labeled with the patient's name, "Ministeri, Anthony" and the medical record number.

Part 1 is additionally labeled "right core biopsy #1". It consists of a fragment of white soft tissue that

Page 2 of 4

Matrix RCVD via FAX 01/23/2015

AR0541

Beth Israel Deaconess Medical Center                                    SU14-21575
Department of Pathology                                    Patient: MINISTERI, ANTHONY

measures 0.5 x 0.2 x 0.1 cm. The specimen is entirely submitted for frozen section analysis. The specimen is entirely submitted in cassette 1FSA.

Part 2 is additionally labeled "right core biopsy #2". It consists of a fragment of white-pink soft tissue that measures 0.7 x 0.1 x 0.1 cm. The specimen is entirely submitted into cassette 2A.

Part 3 is additionally labeled "right core biopsy #3". It consists of one pink-tan fragment of soft tissue that measures 0.8 x 0.2 x 0.2 cm. One half of the specimen is submitted for frozen section analysis. The specimen is entirely submitted as follows: 3A=remaining tissue, 3FSB=frozen section remnant.

Part 4 is additionally labeled "right core biopsy #4". It consists of two fragments of pink-tan soft tissue that measures 0.3 x 0.1 x 0.1 cm and 0.2 x 0.1 x 0.1 cm. The specimen is entirely submitted in cassette 4A.

Part 5 is additionally labeled "right core biopsy #5". It consists of multiple fragments of red-tan soft tissue that measure from 0.3 to 0.5 cm in greatest dimension. One piece is submitted for smear. One piece is submitted for frozen section diagnosis. The specimen is entirely submitted as follows: 5A = remainder of tissue, 5-FSB = frozen section remnant.

Part 6 is additionally labeled "right core biopsy #6. It consists of one red-tan soft tissue fragment that measures 0.6 x 0.2 x 0.2 cm. The specimen is entirely frozen. The specimen is entirely submitted in cassette 6-FSA.

Part 7 is additionally labeled "right brain aspirate". It consists of 10 cc of pink transparent fluid with minute fragments of tan-pink soft tissue that measure up to 0.3 cm in greatest dimension. The aspirate is drained through a biopsy and the specimen is submitted into cassette 7A.

## FROZEN SECTION DIAGNOSIS:

An intraoperative consultation was performed on part 1. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "Smear plus frozen section diagnosis: brain, core biopsy #1: slightly hypercellular white matter; no definite tumor identified".

An intraoperative consultation was performed on part 3. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "Smear plus frozen section diagnosis: brain, core biopsy #3: hypercellular white matter with scattered atypical cells."

An intraoperative consultation was performed on part 5. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "Smear plus frozen section diagnosis: brain, right core biopsy #5: necrotic debris with rare viable atypical cells".

An intraoperative consultation was performed on part 6. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "frozen section diagnosis: brain, right core biopsy #6: glioblastoma".

**Residents:**

By his/her signature, the senior physician certifies that he/she personally conducted a gross and/or microscopic examination of the described specimen(s) and rendered or confirmed the diagnosis(es) related thereto.

Page 3 of 4

AR0542

Beth Israel Deaconess Medical Center                                    SU14-21575
Department of Pathology                                       Patient: MINISTERI, ANTHONY

Immunohistochemistry test(s), if applicable, were developed and their performance characteristics were determined by the Department of Pathology at Beth Israel Deaconess Medical Center, Boston, MA. They have not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. These tests are used for clinical purposes. They should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing. Unless otherwise specified, all histochemical and immunohistochemical controls are adequate.

##### ***** Electronically Signed Out *****
Diagnosed by: ROLF PFANNL, MD
Signed Out: 05/27/2014   15:04
CLIA # 22D0002138

Matrix RCVD via FAX 01/23/2015

AR0543

MINISTERI,ANTHONY                228-56-30           M 62      3,1953

**Radiology**    **CTA CHEST W&W/O C&RECONS, NON-**      **Study Date of 08/10/2014 11:48**
**Report**       **CORONARY**                            **PM**

REDFIELD,COLBY S.                              EU            08/10/14 11:48 PM
CTA CHEST W&W/O C&RECONS, NON-                     Clip # 680-1271
Reason: ICH, PE
Contrast: OMNIPAQUE Amt: 100

---

UNDERLYING MEDICAL CONDITION:
    History: 51M with ams concern for ICH, PE
REASON FOR THIS EXAMINATION:
    ICH, PE
CONTRAINDICATIONS FOR IV CONTRAST:
    None.

---

**Wet Read by MASCIOCCHI,MARK J on MON AUG 11,2014 1:43 PM**

1. Massive pulmonary embolism involving the central and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and bowing of the
interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions.

*** ED URGENT ATTENTION ***

---

                              **Final Report**
EXAMINATION:  CTA thorax.

INDICATION:  History: 51M with ams concern for ICH, PE  // ICH, PE

TECHNIQUE:  Axial MDCT images were obtained of the thorax after the uneventful
administration of Omnipaque intravenous contrast material. Reformatted
coronal, sagittal, thin slice axial images, and oblique maximal intensity
projection images were also reviewed.

DOSE:  DLP: 658.03 mGy-cm

COMPARISON:  None.

FINDINGS:

CTA thorax: There are large filling defects in the central and peripheral
pulmonary arteries. This includes large filling defects at the bifurcation of

AR0544

MINISTERI,ANTHONY 228-56-30 M 62 ▮▮▮▮,1953                                      Page 2 of 2

the main pulmonary artery. Additionally the right atrium and right ventricle
are dilated and the interventricular septum is bowed, consistent with right
heart strain (2:72).

Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions.  Mild centrilobular emphysema involves
the upper lobes.  There is scarring and bronchiectasis lower lobes, most
visibly in the posterior left lower lobe (2:76).

There is no pleural effusion. The airways are patent to the subsegmental
level. There is no supraclavicular, axillary, mediastinal, or hilar
lymphadenopathy.

Although this study is not designed for the evaluation of subdiaphragmatic
structures, the imaged upper abdomen is unremarkable. No lytic or blastic
osseous lesion suspicious for malignancy is identified.

IMPRESSION:

1. Massive pulmonary embolism involving the central and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and bowing of the
interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions.

NOTIFICATION:  Findings were discussed in person by Dr. Masciocchi with Dr.
Redfield at 12:22 a.m. (0 minutes after discovery) on 11 August 2014.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I
HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE
FINDINGS AS DOCUMENTED ABOVE.*

Mark Masciocchi, MD
Bettina Siewert, MD electronically signed on MON AUG 11,2014 1:43 PM

Imaging Lab

AR0545

MINISTERI,ANTHONY              228-56-30        M 62      1953

**Radiology Report    MR HEAD W & W/O CONTRAST**    Study Date of 08/18/2014 12:20 PM

LIEGEL,JESSICA J.                    MED    11R            08/18/14 12:20 PM
MR HEAD W & W/O CONTRAST                          Clip # 680-8097
Reason: f/u GBM, edema
Contrast: GADAVIST Amt: 9

UNDERLYING MEDICAL CONDITION:
    61 year old man with hx GBM, persistent parietal mass and edema on CT head
REASON FOR THIS EXAMINATION:
    f/u GBM, edema
CONTRAINDICATIONS FOR IV CONTRAST:
    None.

**Wet Read** by TEICH,DOUGLAS L. on TUE AUG 19,2014 4:56 PM
(images not avail 'til after 1630h.)
c/w compl MR 5/8/2014 and NECT 8/11/2014.

no signif overall change.
dominant cystic-necrotic R temporopariet mass is smaller,
while "butterfly" mass replacing and crossing splenium of CC is NSC.
both show mixed slow diff, likely representing combo of intrinsic hypercell
and Rx-rel necrosis.

numerous "satellite" lesions, partic L parieto-occ region, are overall larger,
while single focus R CSO is prob new.

overall amt of edema is likely less, ?steroid-effect (tho', apptly, pt is on
tapered course).
chr blood products limning the domnt lesions, unchanged, w/no new focal
hemorrh.

d/w Dr. Jessica Liegel (Heme-Onc hospitalist), via phone, 1650h, 8/19/2014.

                        **Final Report**
EXAMINATION:  MR HEAD W AND W/O CONTRAST

INDICATION:  61 year old man with hx GBM, persistent parietal mass and edema
on CT head  // f/u GBM, edema

TECHNIQUE:  Sagittal T1, axial T1 pre and postcontrast, axial gradient echo,
FLAIR, T2, diffusion weighted, sagittal MPRAGE postcontrast with coronal and
sagittal reformats sequences of the brain. 9 cc Gadavist. .

AR0546

COMPARISON: CT head without contrast of 11 August 2014 through 12 May 2014, MR head of 12 May 2014 and 8 May 2014.

FINDINGS:

MRI HEAD: Centered in the right parieto-occipital lobe is a peripherally enhancing mass extending past midline through the splenium of the corpus callosum measuring approximately 5.5 x 4.6 by 4.4 cm (AP, TRV, CC) demonstrating peripheral rim of susceptibility, likely hemosiderin. This lesion has an anterior component demonstrating intrinsic central T1 hyperintense signal with surrounding hemosiderin rim, and is smaller when compared to the prior exam, consistent with central necrosis although it still demonstrates peripheral rim enhancement, there are small satellite lesions adjacent to the dominant mass, which include a right frontal lobe 4 mm lesion (series 10, image 17), a 6 and 2 mm lesions in the left parietal occipital lobe (series 10, image 16), and 5 additional lesions in the left parietal occipital lobe more inferiorly at the level of the splenium (series 10, image 14-15) ranging from 2-7 mm. When compared to most immediate prior MR examination of 12 May 2014, the right frontal lesion (series 10, image 17), a lesion adjacent to the posterior horn of the left lateral ventricle (series 10, image 15, and more superior parietal occipital lesions (series 10, image 16) have increased in size. No new enhancing lesions are noted.

There is mild surrounding white matter edema pattern of the involving the posterior right frontal lobe extending to the anterior temporal, and parietal and occipital lobes. Although the path of the edema is similar in appearance to prior exams the mass, there has been interval improvement in degree of mass effect seen on the prior exams with remaining mild adjacent sulcal effacement as well as effacement of the posterior horn of the lateral ventricle.

No evidence of acute infarct. The major flow voids are preserved. The paranasal sinuses are clear. The orbits are unremarkable. Trace fluid signal is seen in the bilateral mastoid air cells.

There are 2 parietal burr holes, unchanged in appearance from prior exam.

IMPRESSION:

1. Right parietal peripherally enhancing mass, extending past midline through the splenium of the corpus callosum, which has slightly decreased in size when compared to prior exam. There is surrounding edema, mild adjacent sulcal effacement as well as effacement of the posterior horn of the right lateral ventricle. The degree of mass effect appears to have slightly improved from prior exam.
2. In addition, there has been interval growth in size of multiple satellite

AR0547

described above.

3. No new lesions are noted.


*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I
HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE
FINDINGS AS DOCUMENTED ABOVE.*

Yu-Ming Chang, MD

Rafeeque A. Bhadelia, MD electronically signed on WED AUG 20,2014 10:05 AM

 Imaging Lab

AR0548

MINISTERI,ANTHONY                    228-56-30          M 62        1953

**Radiology Report    MR HEAD W & W/O CONTRAST**        **Study Date of 01/09/2015 12:27 PM**

UHLMANN,ERIK J.                              OPT              01/09/15 12:27 PM
MR HEAD W & W/O CONTRAST                                 Clip # 694-8333
Reason: rule out progression or new lesions
Contrast: GADAVIST Amt: 9

UNDERLYING MEDICAL CONDITION:
    61 year old man with gbm, PA not required per BC OF CA
REASON FOR THIS EXAMINATION:
    rule out progression or new lesions
CONTRAINDICATIONS FOR IV CONTRAST:
    None.

### Final Report

EXAMINATION:  MR HEAD W AND W/O CONTRAST

INDICATION:  61 year old man with gbm, PA not required per BC OF CA  // rule
out progression or new lesions

TECHNIQUE:  Sagittal T1, axial T1 pre and postcontrast, gradient echo, FLAIR,
diffusion weighted, sagittal MPRAGE postcontrast with axial and coronal
reformats sequences of the brain. 9 cc Gadavist.

COMPARISON:  Multiple MRI has with and without contrast 14 November 2014
through 8 May 2014.

FINDINGS:

Redemonstrated in the right parieto-occipital lobe is a peripherally enhancing
and hemorrhagic mass extending past the midline through the splenium of the
corpus callosum measuring neck conglomerate 6.1 x 4.2 x 4.4 cm (TRV, AP, CC)
essentially unchanged in size from prior exam. A more nodular T1 intrinsically
hyperintense component at the anterior lateral margin of this lesion is
unchanged from prior exam. There is mildly increased T1 intrinsically
hyperintense signal within the lesion particularly at the level of the corpus
callosum and right frontal vertex, compatible with interval mild increase
hemorrhage, with associated diffusion-weighted hyperintense signal (series 7,
image 22 and series 7, image 18).  Multiple satellite lesions in the right
frontal lobe and left parietal occipital lobes are again noted without
significant interval change. There is no new enhancing lesion.

White matter edema pattern involving the posterior right frontal lobe
extending to the anterior temporal lobe, bilateral parietal and occipital

AR0549

lobes are also unchanged. The configuration of the ventricles with mass effect on the occipital horn of the right lateral ventricle is stable.

The intracranial flow voids are preserved. The dural venous sinuses are patent. The paranasal sinuses are essentially clear. The orbits are unremarkable. Trace left-greater-than-right fluid signal in the mastoid air cells are noted. There is unchanged appearance of a mega cisterna magna.

IMPRESSION:

1. Unchanged size iwith slightly decreased enhancement and stable surrounding FLAIR edema pattern of a right parietal occipital lobe hemorrhagic mass extending past the midline through the corpus callosum.
2. Mild interval increased hemorrhage within the lesion is noted.
3. Multiple surrounding satellite lesions are also essentially unchanged.
4. No new lesions.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Yu-Ming Chang, MD
Rafeeque A. Bhadelia, MD electronically signed on MON JAN 12,2015 10:18 AM

Imaging Lab

AR0550

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 01/09/15    Signed: 01/14/15 at 4:36 pm

MINISTERI,ANTHONY

AGE 61
UNIT #    2285630

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: January 9, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal
glioblastoma involving the corpus callosum, confusion,
disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: Glioblastoma, WHO grade IV, EGFR not amplified
6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2
days due to PLT 95
8/10/14 Syncope, fall, CP, brought to Anna Jaques
8/10/14 CT-A chest showed massive PE, received tPA
8/?/14 C1 TMZ 150 mg/m2
9/19/14 Brain MRI stable
9/24/14 C2 TMZ 150 mg/m2
10/22/14 C3 TMZ 150 mg/m2
11/14/14 Brain MRI stable
11/19/14 C4 TMZ 150 mg/m2
12/17/14 C5 TMZ 150 mg/m2
1/9/15 Brain MRI stable
1/14/15 C6 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal
glioblastoma involving the corpus callosum, confusion, and
disorientation. He had steadily worsening problems with
concentration, and spatial orientation, that reached a level that
interfered with his functioning. He had biopsy only, and
completed chemoradiation. He started cyclic temozolomide. He
presents to the clinic with his wife.

MEDICATIONS:
1. CITALOPRAM 10 mg by mouth once a day
2. DEXAMETHASONE 4 mg by mouth once a day
3. ENOXAPARIN 90 mg/0.9 ml twice a day sc
4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy
5. LORAZEPAM 1 mg by mouth twice a day
6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo

Matrix RCVD via FAX 01/23/2015

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 2
Date: 01/09/15    Signed: 01/14/15 at 4:36 pm
                                        AGE 61
MINISTERI,ANTHONY                       UNIT #    2285630
   7. PANTOPRAZOLE 40 mg by mouth twice a day
   8. SIMVASTATIN atin 20 mg by mouth at bedtime
   9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed
   headache
   10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime
   11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day
   12. SENNOSIDES 8.6 mg by mouth twice a day

   ALLERGIES:
   No known drug allergies

   PAST MEDICAL HISTORY:
   1. Right frontal and parietal glioblastoma
   2. Cluster headaches, botulinum injections
   3. Right hip replacement, osteoarthritis
   4. Closed skull fracture
   5. Hypertension
   6. Dyslipidemia
   7. Pulmonary embolism

   SOCIAL AND FAMILY HISTORY:
   He is married and lives with his wife and three healthy children.
   He has three healthy siblings. His mother is 89 and his father is
   87. He is a senior vice president of an engineering company. He
   smokes 1 ppd for many years.

   REVIEW OF SYSTEMS:
   Confusion and disorientation as in HPI. He has a history of
   cluster headaces and received botulinim toxin injections. No
   visual problems, no weakness, no numbness, tingling, no
   dizziness, no double vision, no difficulty swallowing, or
   speaking, no ear-ringing, no rash, or other skin problems, no
   constipation or diarrhea, or gastrointestinal problems, no
   abdominal pain, no mouth sores, no cough, no fever, no shortness
   of breath, no weight change, no chest pain, or other
   cardiovascular problems, no problems urinating, no incontinence,
   or other genitourinary problems, no neck pain, joint pain or
   other musculoskeletal problems, no fatigue, no sleep problems, no
   anxiety. No trouble walking, good balance. No hematological,
   allergic, immunological, or endocrine problems.

   PHYSICAL EXAMINATION:
   T 97.8 BP 120/80 P 84 R 16 KPS 70 wt 199.8 ht 72. Mental status
   is satisfactory in areas of alertness, orientation, concentration
   memory and language. On cranial nerve examination, eye movements
   are full, pupils are equal and reactive. He has right visual
   extinction. No facial weakness, no dysarthria. No tongue
   weakness. On motor examination, there is no weakness.
   Coordination is normal. Fine movements are satisfactory. Light
   touch is perceived well throughout. Reflexes are normoactive and
   symmetric. Gait and station are normal. On general examination,
   the oropharynx is clear, the lungs are clear, the heart is
   regular, the legs are without edema or tenderness. Right parietal
   surgery site is well healed.

Matrix RCVD via FAX 01/23/2015

AR0552

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 3
Date: 01/09/15    Signed: 01/14/15 at 4:36 pm

AGE 61
MINISTERI,ANTHONY                          UNIT #    2285630

LABORATORY:
1/8/15 WBC 5.6 HGB 12.7 PLT 167
9/19/14 CREAT 0.8

IMAGING:
1. Brain MRI dated 1/9/15 is reviewed and compared to the
previous study of 11/14/14. Unchanged size iwith slightly
decreased enhancement and stable surrounding FLAIR edema pattern
of a right parietal occipital lobe hemorrhagic mass extending
past the midline through the corpus callosum. Mild interval
increased hemorrhage within the lesion is noted. Multiple
surrounding satellite lesions are also essentially unchanged. No
new lesions.

ASSESSMENT AND PLAN:
In summary, this is a 61 year old, left-handed man with right
frontal and parietal glioblastoma involving the corpus callosum,
confusion, and disorientation. He has no seizure history and was
irritable, thus levetiracetam was stopped. He is on dexamethasone
4 mg daily, along with GI prophylaxis. He had a pulmonary
embolism, and on LMW heparin. I prescribed temozolomide for C6.
He is planning a trip between 2/10/15-3/15/15 and will return
early, on 2/3/15 for chemotherapy dosing. He is not ready to
drive due to limited self-care and visual deficit. 30 minutes
were spent with the patient of which 50% was counseling.
Additional time was spent on reviewing tests and images, and
preparing documentation. All questions were answered to the best
of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057


              ERIK UHLMANN, MD

[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE        Page 1
Date: 10/17/14   Signed: 10/23/14 at 11:51 pm

AGE 61
MINISTERI,ANTHONY                        UNIT #   2285630

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: October 17, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal
glioblastoma involving the corpus callosum, confusion,
disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: Glioblastoma, WHO grade IV, EGFR not amplified
6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2
days due to PLT 95
8/10/14 Syncope, fall, CP, brought to Anna Jaques
8/10/14 CT-A chest showed massive PE, received tPA
8/?/14 C1 TMZ 150 mg/m2
9/19/14 Brain MRI stable
9/24/14 C2 TMZ 150 mg/m2
10/22/14 C3 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal
glioblastoma involving the corpus callosum, confusion, and
disorientation. He had steadily worsening problems with
concentration, and spatial orientation, that reached a level that
interfered with his functioning. He had biopsy only, and
completed chemoradiation. He started cyclic temozolomide. He
presents to the clinic with his wife and son.

MEDICATIONS:
1. CITALOPRAM 10 mg by mouth once a day
2. DEXAMETHASONE 2 mg by mouth twice a day
3. ENOXAPARIN 90 mg/0.9 ml twice a day sc
4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy
5. LORAZEPAM 1 mg by mouth twice a day
6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo
7. PANTOPRAZOLE 40 mg by mouth twice a day
8. SIMVATRIPTAN atin 20 mg by mouth at bedtime
9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed
headache
10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

AR0554

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 2
Date: 10/17/14    Signed: 10/23/14 at 11:51 pm
                                    AGE 61
MINISTERI,ANTHONY                   UNIT #   2285630
    11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day
    12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia
7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:
He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

REVIEW OF SYSTEMS:
Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:
T 98.0 BP 130/90 P 88 R 16 KPS 70 wt 191.9 ht 72. Mental status
is satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery site is well healed.

LABORATORY:
10/16/14 WBC 5.8 HGB 14.6 PLT 140
9/19/14 CREAT 0.8

AR0555

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE       Page 3
Date: 10/17/14    Signed: 10/23/14 at 11:51 pm
                                    AGE 61
MINISTERI,ANTHONY                   UNIT #   2285630
    IMAGING:
    1. Brain MRI dated 9/19/14 is reviewed and compared to the
    previous study of 8/18/14. Unchanged appearance of right parietal
    peripherally enhancing mass which extends past the midline
    through the splenium of the corpus callosum. Right frontal and a
    left occipital satellite lesion appears slightly
    smaller in size. The remainder of the satellite lesions are
    unchanged from prior exam. No new lesions are identified.

    ASSESSMENT AND PLAN:
    In summary, this is a 61 year old, left-handed man with right
    frontal and parietal glioblastoma involving the corpus callosum,
    confusion, and disorientation. He has no seizure history and was
    irritable, thus levetiracetam was stopped. He is on dexamethasone
    2 mg twice daily, along with GI prophylaxis. He had a pulmonary
    embolism, and on LMW heparin. I prescribed temozolomide for C3.
    30 minutes were spent with the patient of which 50% was
    counseling. Additional time was spent on reviewing tests and
    images, and preparing documentation. All questions were answered
    to the best of my ability.

    Erik Uhlmann, MD
    Neuro-Oncology
    Pager 91057


          ERIK UHLMANN, MD


[SOURCE: OMR]

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 06/02/14    Signed: 06/06/14 at 1:28 pm
                                        AGE 61
MINISTERI,ANTHONY                       UNIT #    2285630

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: May 19, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP
PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal
glioblastoma involving the corpus callosum, confusion,
disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: Glioblastoma, WHO grade IV
6/10/14 IMRT+TMZ at Lahey Clinic

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He presents to the clinic
with his wife and son. He is irritable since discharge.

MEDICATIONS:
1. Dexamethasone 4 mg PO BID
2. Levetiracetam 500 mg PO BID
3. Docusate Sodium 100 mg PO BID:PRN constipation
4. Famotidine 20 mg PO BID
5. Sennosides 17.2 mg BY MOUTH TWICE DAILY PRN constipation
6. Oxycodone 5 mg PO every 4 hours as needed pain NOT TAKING

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia

Matrix RCVD via FAX 01/23/2015

AR0557

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 2
Date: 06/02/14   Signed: 06/06/14 at 1:28 pm

AGE 61
MINISTERI,ANTHONY                          UNIT #   2285630

SOCIAL AND FAMILY HISTORY:
He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

REVIEW OF SYSTEMS:
Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:
T 97.8 BP 124/72 P 60 R 16 KPS 60 wt 188.3 ht 72. Mental status
is satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery site is clean, no discharge, swelling or redness, right
occipital site is healing, staples are in place.

LABORATORY:
5/9/14 WBC 8.6 HGB 15.0 PLT 158
5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0.9 GLC 145

IMAGING:
1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass
lesion identified involving the right parietal occipital region
involving the splenium of corpus callosum with a small nodular
area of enhancement in the left occipital lobe. There is
involvement of the corpus callosum seen. There is surrounding
edema identified. Small amount of subacute and chronic blood
products are seen. The distribution and appearance is suggestive
of a primary brain neoplasm such as glioma. There is mass effect
on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal
horn likely secondary to mass effect upon the right trigone.
2. CT c/a/p dated 5/8/14 shows no evidence of intrathoracic
malignancy. Mild to moderate emphysema. Multiple hepatic

AR0558

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 3
Date: 06/02/14    Signed: 06/06/14 at 1:28 pm

                                         AGE 61
MINISTERI,ANTHONY                       UNIT #    2285630
    hypodensities, some of which may represent hemangiomas, however
    metastatic disease cannot be excluded. Lytic appearing lesion in
    T11, which may represent an atypical hemangioma or metastatic
    disease. Area of increased sclerosis in the intertrochanteric
    region of the left femur likely represents a cartilaginous
    lesion, such as an enchondroma. Dedicated radiograph of the left
    femur could be performed for additional evaluation.

    ASSESSMENT AND PLAN:
    In summary, this is a 61 year old, left-handed man with right
    frontal and parietal glioblastoma involving the corpus callosum,
    confusion, and disorientation. He had repeat biopsy of the
    lesion. I will review the pathology. He has no seizure history
    and was irritable, thus levetiracetam was stopped. He is on
    dexamethasone 8 mg am and 4 mg pm, along with GI prophylaxis. I
    removed staples. 30 minutes were spent with the patient of which
    50% was counseling. Additional time was spent on reviewing tests
    and images, and preparing documentation. All questions were
    answered to the best of my ability.

    Erik Uhlmann, MD
    Neuro-Oncology
    Pager 91057


              ERIK UHLMANN, MD

[SOURCE: OMR]

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT
**** OPERATIVE REPORT ****
Signed by: KASPER,EKKEHARD, MD

Page 1

Patient: 2285630  MINISTERI,ANTHONY
Report Date: 05/21/14

Name:  MINISTERI, ANTHONY          Unit No:  2285630

Service:                          Date:  05/21/2014

Date of Birth:  01/23/1953        Sex:  M

Surgeon:  Ekkehard Kasper, MD 93140


PRINCIPAL DIAGNOSIS:  Intracranial lesion.

POSTOP DIAGNOSIS:  GBM.

PRINCIPLE PROCEDURE:  CT-guided stereotactic brain biopsy,
right side.

ASSISTANTS:  Kimberly Soorabally, PAC.

INDICATION:  The patient is a 61-year-old gentleman who was
recently admitted to the BI Deaconess Medical Center with a
newly diagnosed intracranial lesion.  The lesion is
multiloculated, infiltrate corpus callosum was suspicious for
an intrinsic neoplasm.  The previous brain biopsy did not
reveal a diagnostic specimen.  Patient hence had to go back
to the operating room for redo biopsy.  New access point was
chosen.  The patient was consented.  The patient underwent
general endotracheal anesthesia by the Anesthesia team.
There were no complications on induction.  There was adequate
blood pressure control.  The patient was taken to the OR, and
had a CRW frame placed.  The patient is now brought back to
the CT scanner.  A CT in the ring was obtained with contrast.
The Radionics StereoCalc software was used to calculate
adequate trajectories and target.  The patient was brought
back to the OR.  The patient was positioned supine on the OR
table.  The CRW frame is now mounted onto a Mayfield
headrest.  The patient was positioned in a near  sitting
position.  The patient was shaved.  The patient was prepped
and draped in the usual sterile fashion.  Coordinates and
trajectories were tested on the phantom.  The patient
tolerated the procedure well.  The patient was now prepped
and draped in the usual sterile fashion.  Local anesthesia
was instilled along the incision line.  The incision was
carried out with a #10 blade.  The incision was carried down
to the bone.  Self-retaining retractors were inserted.  A
single burr hole was placed.  Remnants of the inner table
removed using a straight cup curette.  We then coagulated the
dura.  A Nashold needle was advanced towards the intended

Matrix RCVD via FAX 01/23/2015

AR0560

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT                    Page 2
**** OPERATIVE REPORT ****
Signed by: KASPER,EKKEHARD, MD

**Patient: 2285630  MINISTERI,ANTHONY**
Report Date: 05/21/14

(Cont.)

target point and initially two cores obtained at 12 and 6
o'clock.  The needle was then advanced 5 mm and two more
cores were obtained at 3 and 9 o'clock.  Intraoperative fresh
frozen analysis revealed necrotic material and  normal white
matter but no clear areas of tumor.  We therefore advanced
the biopsy needle another with a 5 mm and rotated back to 12
o'clock and 6 o'clock,  obtained two more cores revealing
intraoperative GBM.  We then withdrew the needle.  There were
no complications except a small amount of bleeding from the
biopsy site.  This was irrigated and stopped spontaneously.
There were no complications.
The patient was kept intubated and brought to the CAT scanner
for postop scan and then brought to the PACU for extubation.
The patient remained stable throughout.  The wound was closed
in layers.  The patient had no other intraoperative issues.


Ekkehard Kasper, MD 14AAE
I was physically present during all critical and key portions of
the procedure and immediately available to furnish services during
the entire procedure, in compliance with CMS regulations.


Dictated By:  Ekkehard Kasper, MD

MEDQUIST36
D:  05/21/2014 12:15:17
T:  05/21/2014 16:23:57
Job#:  033130
Signed electronically by: DR. EKKEHARD KASPER, MD
                    on: THU MAY 22,2014 8:43 AM

AR0561

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT                    Page 1
**** OPERATIVE REPORT ****
Signed by: ARLE,JEFFREY, MD

### Patient: 2285630  MINISTERI,ANTHONY
Report Date: 05/12/14

---

Name:  MINISTERI, ANTHONY              Unit No:  2285630

Service:                               Date:  05/12/2014

Date of Birth:  01/23/1953     Sex:  M

Surgeon:  Jeffrey E. Arle, M.D. 92347


PREOPERATIVE DIAGNOSIS:  Refractory infiltrative brain tumor.

POSTOPERATIVE DIAGNOSIS:  Refractory infiltrative brain
tumor.

ANESTHESIA:  General.

PROCEDURE:  Frameless stereotactic navigation-assisted
biopsy.

SURGEON'S ATTESTATION:  I was present and performed all
important and otherwise parts of the case myself .

DESCRIPTION OF PROCEDURE:  The patient was taken to the
operating room on 05/12/2014 intubated, placed in Mayfield
head pins, shaved and prepped and draped for a right
frontotemporal incision and bur hole.  The BrainLAB system
was used with fiducials obtained from the MRI scan earlier
that day and localized into the system where the tumor could
be readily appreciated and the articulating arm could be
moved into position with the biopsy needle.  After an
appropriate time-out, the incision was made with a 10-blade.
Careful dissection down to the bone was made with a small
Weitlaner for self-retaining retraction.  Hemostasis was
obtained using the bipolar.  A 14 mm bur hole was used, and
the dura was coagulated and opened with an 11-blade.  The
small area of the cortex and the pia was opened with the
bipolar.  There were no veins in the region, and the biopsy
needle was then placed into the designated target and secured
into position.

Four-quadrant biopsies were begun.  The first quadrant was
obtained without incident, as was the second.  On the third
biopsy, there was blood obtained, and it appeared a small
amount of blood was coming through the cannula itself.  The
syringe was used to remove a small amount of blood, probably
3 cc total.  Then, the stylet was replaced.  It was
periodically looked at, and a small amount of saline was used

Matrix RCVD via FAX 01/23/2015

AR0562

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT                    Page 2
**** OPERATIVE REPORT ****
Signed by: ARLE,JEFFREY, MD

**Patient: 2285630  MINISTERI,ANTHONY**
Report Date: 05/12/14

(Cont.)

in the cannula, but the decision was made to stop the
biopsies at this point and look at the tissue.

His tissue was examined and, while there was edematous white
matter and infiltrative reactive astrocytes, it did not
appear that there was a diagnosis that could be made.
However, the rest of the tissue would be examined, and the
decision was made not to proceed with any further biopsy as
there was no ability to know how large the bleed was.  We let
the patient wake up and examined it.  So the area was made
hemostatic, and the biopsy needle was removed.  The wound was
closed using interrupted Vicryl and staples.  The patient was
then taken out of the Mayfield head frame, awakened,
extubated, moving all 4 extremities and  response down to the
CAT scanner for a CAT scan, where a small bleed was noted.
The patient was then transferred to the ICU for further care,
appropriate and following commands.


Jeffrey E. Arle, M.D. 14-AAR
I was physically present during all critical and key portions of
the procedure and immediately available to furnish services during
the entire procedure, in compliance with CMS regulations.


Dictated By:  Jeffrey E. Arle, M.D.

MEDQUIST36
D:  05/19/2014 18:54:56
T:  05/19/2014 19:29:22
Job#:  028510
Signed electronically by: DR. JEFFREY ARLE, MD
                          on: THU MAY 22,2014 9:35 PM

## FAX COVER SHEET

**To:**

**From: Evelyn Umpierre**
<Evelyn.Umpierre@matrixcos.com>

**Company:**

**Date:** 10/29/14 05:03:46 AM

**Fax Number: 6176671664**

**Pages (Including cover): 4**

**Re: FW: ANTHONY MINISTERI DOB      53 2014-09-24-0460  DR UHLMANN
PLEASE SUBMIT MEDICAL RECORDS FROM MAY 2014 TO PRESENT FAX 602-866-9707**

**Notes:**

Evelyn Umpierre
Integrated Claims Examiner

**MATRIX**
**ABSENCE MANAGEMENT**
A MEMBER OF THE TOKIO MARINE GROUP

**Phone:**    800.866.2301 X52141
**Email:**    evelyn.umpierre@matrixcos.com
**Web:**    www.matrixcos.com

NOTICE: ...

**From: Evelyn Umpierre**
**Sent: Wednesday, October 29, 2014 4:54 AM**
**To: 6176641664@fax2mail.com**
**Cc: Evelyn Umpierre**
**Subject: ANTHONY MINISTERI DOB 1/23/53 2014-09-24-0460 DR UHLMANN PLEASE SUBMIT MEDICAL RECORDS FROM MAY 2014 TO PRESENT FAX 602-866-9707**
**Importance: High**

Evelyn Umpierre
Integrated Claims Examiner





Matrix RCVD via FAX 11/04/2014

**AR0564**

# MATRIX
### ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP

**Phone:** 800.966.2301 X52141
**Email:** evelyn.umpierre@matrixcos.com
**Web:** www.matrixcos.com

**NOTICE:** ...

**From:** AZKonica6-noreply@matrixcos.com [mailto:AZKonica6-noreply@matrixcos.com]
**Sent:** Wednesday, October 29, 2014 4:49 AM
**To:** Evelyn Umpierre
**Subject:** Message from AZKonica6





Matrix RCVD via FAX 11/04/2014

AR0565

# MATRIX
Absence Management, Inc.

11221 North 28th Drive, Building E, Suite 100
Phoenix, AZ 85029
Telephone: (602) 866-2333
800 Number (800) 866-2301
Fax: (602) 866-9707

October 28, 2014

SENT VIA FACSIMILE:
Dr Erik Uhlmann                    617-667-1664
Attn: Medical Records

RE:          Anthony Ministeri
D.O.B.:      ████/53
Claim No.:   2014-09-24-0460-STD-01
Employer:    Aecom
             Short Term Disability Benefit Plan

Dear Dr

We are reviewing a short-term disability claim, submitted by your patient, Mr Anthony Ministeri. As a part of our evaluation of his/her eligibility for benefits, we must ask that you provide us with the following information:

Please provide us with copies of all office notes, medical test results, and medical treatment records you have on file for this patient from May 2014 to present.

If you have any questions or concerns regarding this request, please contact me directly at (602) 866-2333 or (800) 866-2301 x 52141. You may also FAX your response to my attention at (602)866-9707.

Please return the requested information no later than November 11, 2014.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members. In order to comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Sincerely,

Evelyn Umpierre

a *DELPHI* company

AR0566

**MATRIX**
ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP

P.O. Box 13498
Philadelphia, PA 19101

## AUTHORIZATION FOR USE IN OBTAINING INFORMATION

NAME OF INSURED: _Anthony Ministeri_
INSURED'S BIRTH DATE: _____/53
POLICYHOLDER: _Anthony Ministeri_

To all physicians and other health care professionals, hospitals, other health care institutions, insurers, medical, hospital and prepaid health plans, pharmacies, employers, group policyholders, contract holders, governmental agencies (including but not limited to the Social Security Administration), private and/or public benefit plan administrators, and/or attorney representatives, including but not limited to covered entities and business associates under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the accompanying regulations:

You are authorized to provide Matrix Absence Management and/or its authorized administrators, with information concerning medical care, advice, and/or treatment provided to me, the above named Insured, and/or any employment, salary and/or benefit-related information concerning me, the above named Insured. I understand that the disclosure of information may include disclosure of protected health information under HIPAA and the accompanying regulations, information regarding treatment for mental illness, the human immunodeficiency virus (HIV) and/or the use of drugs and alcohol. I also understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and will no longer be subject to protection under HIPAA and the accompanying regulations. A statement of Matrix Absence Management's privacy policy is available at www.matrixcos.com or upon request.

I understand that any such information will be used for the purpose of evaluating my claim for benefits. Upon request, I understand that I am entitled to receive a copy of this Authorization. This Authorization is valid from the date signed for the duration of the claim, and may be revoked by me at any time upon written request to the address above. A reproduction of this Authorization shall be considered as valid as the original.

_10/27/15_
Date                                   Insured's Signature
**(If the Insured is unable to sign, an authorized person may sign.)**

_____         _____
Date                                     Authorized Person's Signature

Description of Authorized Person's authority to sign on behalf of Insured:

_____

Matrix RCVD via FAX 11/04/2014

AR0567

# MATRIX
## ABSENCE MANAGEMENT
A MEMBER OF THE TOKIO MARINE GROUP

**Attending Physician's Statement
Supplementary Report for Continued
Short Term Disability Benefits**

| Patient's Name | Social Security Number | Claim Number |
|---|---|---|
| Anthony Ministeri | | 2014-09-24-0460-ASW-01 |

**Diagnosis and Concurrent Conditions INCLUDING ICD-9 CODES**

Primary brain tumor: Glioblastoma Multiforme (191.9) post-op period complicated by massive pulmonary embolus. Pt completed a 6 week course of chemo/radiation, now on monthly oral chemo. PE managed c injectable Lovenox!

Give dates of other medical (non-surgical) treatment, if any:

| Office | |
|---|---|
| Home | See attached notes |
| Hospital | |
| Nursing Home | Rehab 8/20/14 - 9/20/14 |

Is patient still under your care for this condition?
☑ Yes ☐ No   If "no", give date your services terminated   Date

How long was or will patient be continuously totally disabled? (unable to work)

| From | To |
|---|---|
| August 10 2014 | present |

How long was or will patient be partially disabled?

Is house confinement necessary? ☐ Yes ☑ No  If "yes", give dates.

Is patient taking any prescribed medication?
☑ Yes ☐ No   If "yes", please provide name of drug(s) and frequency of dosage.

Temodar x5 days/28 days; Celexa, Lovenox, Zofran, Simvastatin, Protonix

**Additional Comments** Pt is totally disabled at this point and unable to work in any capacity. Pt has severe impairment in executive functioning and decreased mobility and treatment related fatigue.

Any person who knowingly and with intent to injure, defraud or deceive Matrix Absence Management, files a statement of claim or submits any information in conjunctions with a claim containing fraudulent, false, misleading, incomplete or deceptive information commits a fraudulent insurance act, which is a crime. These actions will result in the denial of the claim, and are subject to prosecution under state and/or federal law. Matrix Absence Management will cooperate fully with any prosecution and will seek and all appropriate legal remedies.

| Attending Physician's Name (Please Print) | Fax Number |
|---|---|
| Eric Wohlman MD | (617) 667 1664 |

| Signature (Attending Physician) | Date 10/31/14 | Degree MD | Telephone (617) 667 1665 |
|---|---|---|---|

| Street Address 330 Brookline Ave | City or Town Boston MA | State or Providence | Zip Code 02215 |
|---|---|---|---|

**IMPORTANT: PLEASE ATTACH ALL MEDICAL RECORDS FROM _____ TO _____.**

Mail Completed Form to: Matrix Absence Management, P.O. Box 13498, Philadelphia, PA 19101

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 10/17/14    Signed: 10/23/14 at 11:51 pm
AGE 61
MINISTERI,ANTHONY                        UNIT #    2285630

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: October 17, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal
glioblastoma involving the corpus callosum, confusion,
disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: Glioblastoma, WHO grade IV, EGFR not amplified
6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2
days due to PLT 95
8/10/14 Syncope, fall, CP, brought to Anna Jaques
8/10/14 CT-A chest showed massive PE, received tPA
8/?/14 C1 TMZ 150 mg/m2
9/19/14 Brain MRI stable
9/24/14 C2 TMZ 150 mg/m2
10/22/14 C3 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal
glioblastoma involving the corpus callosum, confusion, and
disorientation. He had steadily worsening problems with
concentration, and spatial orientation, that reached a level that
interfered with his functioning. He had biopsy only, and
completed chemoradiation. He started cyclic temozolomide. He
presents to the clinic with his wife and son.

MEDICATIONS:
1. CITALOPRAM 10 mg by mouth once a day
2. DEXAMETHASONE 2 mg by mouth twice a day
3. ENOXAPARIN 90 mg/0.9 ml twice a day sc
4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy
5. LORAZEPAM 1 mg by mouth twice a day
6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo
7. PANTOPRAZOLE 40 mg by mouth twice a day
8. SIMVASTATIN atin 20 mg by mouth at bedtime
9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed
headache
10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

Matrix RCVD via FAX 11/04/2014

AR0569

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 2
Date: 10/17/14   Signed: 10/23/14 at 11:51 pm
AGE 61
MINISTERI,ANTHONY                        UNIT #   2285630
   11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day
   12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia
7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:
He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

REVIEW OF SYSTEMS:
Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:
T 98.0 BP 130/90 P 88 R 16 KPS 70 wt 191.9 ht 72. Mental status
is satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery site is well healed.

LABORATORY:
10/16/14 WBC 5.8 HGB 14.6 PLT 140
9/19/14 CREAT 0.8

Matrix RCVD via FAX 11/04/2014

AR0570

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 3
Date: 10/17/14    Signed: 10/23/14 at 11:51 pm

AGE 61
MINISTERI,ANTHONY                          UNIT #    2285630
IMAGING:
1. Brain MRI dated 9/19/14 is reviewed and compared to the previous study of 8/18/14. Unchanged appearance of right parietal peripherally enhancing mass which extends past the midline through the splenium of the corpus callosum. Right frontal and a left occipital satellite lesion appears slightly smaller in size. The remainder of the satellite lesions are unchanged from prior exam. No new lesions are identified.

ASSESSMENT AND PLAN:
In summary, this is a 61 year old, left-handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He has no seizure history and was irritable, thus levetiracetam was stopped. He is on dexamethasone 2 mg twice daily, along with GI prophylaxis. He had a pulmonary embolism, and on LMW heparin. I prescribed temozolomide for C3. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057


              ERIK UHLMANN, MD


[SOURCE: OMR]

AR0571

Matrix RCVD via FAX 11/04/2014

AR0572

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT          Page 1
**** DISCHARGE SUMMARY ****
Signed by: LIEGEL,JESSICA J., MD

**Patient: 2285630  MINISTERI,ANTHONY**
Report Date: 08/21/14

---

Name:  MINISTERI,ANTHONY               Unit No:   2285630

Admission Date:  08/11/14             Discharge Date:   08/21/14

Date of Birth:  ██/1953              Sex:   M

Service: MEDICINE

Allergies:
Oxycodone

Attending: LIEGEL,JESSICA J.

Chief Complaint:
Chief Complaint: chest pain, shortness of breath
Reason for MICU transfer:  Massive PE

Major Surgical or Invasive Procedure:
Endotracheal intubation

History of Present Illness:
Mr. Ministri is a 51 year old male with history of GBM diagnosed
in May s/p chemo/radiation.  He presented to Anna Jaques 8/10/14
after sudden onset chest pain and SOB associated with
lightheadedness while sitting on toilet, was found down at home
by his wife. While at OSH ED, patient had questionable seizure,
was intubated, post intubation with hypoxia and hypotension,
transferred here by medflight and started on norepi en route.

In the ED, initial vitals: 137 158/119 22 84%. Labs were
notable for CBC 19.9>13.3/39.7<118, differential with left
shift, INR 1.1, PTT 23, BNP 344, Chem10 significant for K 5.9,
bicarb 18, BUN 31, Cr 0.8, Gluc 264, Ca 7.5, P 5.3. ALT 74, AST
92, AP 54, Alb 3.7. UA with proteinuria and glucosuria. EKG with
sinus tach and S1Q3T3. CTA with saddle PE with trop 0.18,
7.12/64/93/22, lactate 3.4.
Patient was given TPA (6mg push and 50mg over 1 hr). Tachycardia
improved (120s) after TPA and Levophed was weaned.
On transfer to MICU, vitals were: HR 109, BP 82/63, RR 18, SO2
100% on CMV

Past Medical History:
1. Right frontal and parietal mass - GBM
2. Cluster headaches, botulinum injections

Matrix RCVD via FAX 11/04/2014

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT
**** DISCHARGE SUMMARY ****          Page 2
Signed by: LIEGEL,JESSICA J., MD

**Patient: 2285630  MINISTERI,ANTHONY**
Report Date: 08/21/14

(Cont.)

    3. Right hip replacement, osteoarthritis
    4. Closed skull fracture
    5. Hypertension
    6. Dyslipidemia


Social History:
He is married and lives with his wife and three healthy
children.
He has three healthy siblings. His mother is 89 and his father
is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.


Family History:
Noncontributory

Physical Exam:
ADMISSION PHYSICAL EXAM:
VS 98.7  99/65 67  20  97% RA
Gen - alert, NAD, pleasant
HEENT - fading bruising over neck,  below R mandible, and R
eyelid, MMM, no OP lesions
CV - RRR, no murmur
Resp - crackles on R base unchanged
Ab - soft, NT, ND, BS active, no HSM
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremities
Neuro - PERL, EOMI, face symmetric, moves all ext against
resistance, sensation intact to light touch


Pertinent Results:
IMAGES:
8/11/14: CTA Chest
1. Massive pulmonary embolism involving the central and
peripheral pulmonary arteries with right heart strain (dilated
right ventricle and bowing of the interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower
lobes are suspicious for pulmonary infarctions.

8/11/14: CT Head
Multilocular cystic lesion centered in the right parietal lobe

Matrix RCVD via FAX 11/04/2014

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT                    Page 3
**** DISCHARGE SUMMARY ****
Signed by: LIEGEL,JESSICA J., MD

Patient: 2285630   MINISTERI,ANTHONY
Report Date: 08/21/14

(Cont.)

and extending across the corpus callosum, consistent with the
patient's known glioblastoma and surrounding posttreatment
changes. No hemorrhage.

8/11 EKG: Sinus tachycardia with HR of ~150, S1Q3T3 present

Echo 8/11 - The left atrium is normal in size. No atrial septal
defect is seen by 2D or color Doppler. The estimated right
atrial
pressure is at least 15 mmHg. There is mild symmetric left
ventricular hypertrophy with normal cavity size and global
systolic function (LVEF=55%). Due to suboptimal technical
quality, a focal wall motion abnormality cannot be fully
excluded. There is no ventricular septal defect. The right
ventricular cavity is dilated with depressed free wall
contractility. There is no aortic valve stenosis. No aortic
regurgitation is seen. The mitral valve appears structurally
normal with trivial mitral regurgitation. The pulmonary artery
systolic pressure could not be determined. There is no
pericardial effusion.

CXR 8/14 -
IMPRESSION:
1. New right PICC line terminates in the cavoatrial
junction/upper right atrium. Retracting the catheter by 2cm
would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely
atelectasis and mild pulmonary edema, but cannot exclude
underlying pneumonia particularly in the right lung base.

Ab U/S 8/18:
1. Mildly echogenic liver consistent with steatosis. Other
forms
of liver disease and more advanced liver disease including
steatohepatitis, fibrosis, or cirrhosis cannot be excluded on
this study.
2. No evidence of cholelithiasis or findings suggestive of
acute
cholecystitis.

Brain MRI preliminary 8/18:
1. Right parietal peripherally enhancing mass, extending past
midline through the splenium of the corpus callosum, which has
slightly decreased in size when compared to prior exam. There

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT                    Page 4
**** DISCHARGE SUMMARY ****
Signed by: LIEGEL,JESSICA J., MD

Patient: 2285630  MINISTERI,ANTHONY
Report Date: 08/21/14

(Cont.)

is surrounding edema, mild adjacent sulcal effacement as well as
effacement of the posterior horn of the right lateral
ventricle. The degree of mass effect appears to have slightly
improved from prior exam.
2. In addition, there has been interval growth in size of
multiple satellite lesions, most prominently of a right frontal
and left parietal lesions described above.
3. No new lesions are noted.

Brief Hospital Course:
51M with history of GBM diagnosed in May s/p chemo/radiation
found to have a massive PE leading to respiratory failure and
cardiogenic shock, transferred to the MICU s/p lysis with tPA.

Hospital Course by Problem:

Hypercarbic respiratory failure - Resolved. Intubated on
transfer here, had some dysynchrony with vent, was paralyzed and
received epoprostenol. Improved and was and extubated 8/14/14,
intermittent low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop
leak, S1Q3T3 on EKG.  Treated with tpa in ED (6mg bolus, half
dose due to GBM then 50mg infusion on 8/10). Neurosurgery was
consulted, and agreed with anticoagulation, after weighing the
risks and benefits in this patient. Initially on heparin gtt and
then on lovenox transitioned 8/16.  Xa level 8/18 is in range.

Cardiogenic shock - REsolved. R heart strain 2/2 PE.  Echo post
TPA with
dilated RV and some decreased function. Initially required
vasopressin and norepi.  Pressors were able to be weaned off by
8/12. BP stable since, had some volume overload not requiring
diuresis

Supratherapeutic PTT - REsovled. while on heparin gtt, likey
contributed to
bruising.  head Ct without hemorrhage 8/11

GBM - s/p chemorads in May during which time he was on low dose
temodar. neuro-oncology consulted while pt in ICU.  Has
continued on dex and seizure meds. Restaging MRI done 8/18 w/
some improvement in large R parietal mass however satellite
lesions are stable to increased.  Will need to resume

AR0576

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT
**** DISCHARGE SUMMARY ****
Signed by: LIEGEL, JESSICA J., MD

Page 5

**Patient: 2285630  MINISTERI, ANTHONY**
Report Date: 08/21/14

---

(Cont.)

chemotherapy, plan is for cycled temodar per Dr Uhlman to be
started on discharge.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on
CXR PNA vs pulmonary infarction, air-bronchogram present.
initially treated with vancomycin + cefepime. Hflu was
beta-lactamase negative, narrowed to levaquin, completed 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress
response from PE, pt also on dex. Did not worsen with
development
of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning
for
cholelithiasis/cholecystitis but U/S normal. liver enzymes
improving, ? passed gallstone. Now tolerating regular diet and
enzymes improved

Delirium - treated with olanzapine in ICU, resolved other than
difficulty w/ sleep/wake cycle. on increased dose trazodone

Constipation - no stool for several days while in ICU. Good
relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although
large diffuse ecchymoses which is likey cause. also ?dilutional
and phlebotomy vs
occult GI bleed on heparin but guiac negative. Hemoglobin has
remained stable -9 since transfer out of ICU

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2
consumption from clot, did not decrease on heparin and now
resolved. Has had hx of this while on temodar in past so will
need to monitor while restarting

Hyperlipidemia - noted to have significant steatosis on liver
U/S. Fasting cholesterol markedly elevated, LDLcalc 231.
REstarted simvastatin, was taking in past but stoped. Discussed
with patient that needs to have this followed with his PCP.


Medications on Admission:
The Preadmission Medication list is accurate and complete.

AR0577

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT                    Page 6
**** DISCHARGE SUMMARY ****
Signed by: LIEGEL,JESSICA J., MD

**Patient: 2285630  MINISTERI,ANTHONY**
Report Date: 08/21/14

(Cont.)

1. Fluconazole 200 mg PO BID
2. Dexamethasone 2 mg PO Q12H
3. Prochlorperazine 10 mg PO BID PRN nausea
4. Lorazepam 1 mg PO BID
5. Ondansetron 8 mg PO BID PRN nausea


Discharge Medications:
1. Dexamethasone 2 mg PO Q12H
2. Lorazepam 1 mg PO BID
RX *lorazepam 1 mg 1 tablet by mouth twice a day Disp #*30
Tablet Refills:*1
3. Enoxaparin Sodium 90 mg SC Q12H
Start: 08/20/14, First Dose: Next Routine Administration Time
4. Pantoprazole 40 mg PO Q12H
5. Polyethylene Glycol 17 g PO DAILY:PRN constipation
6. Senna 8.6 mg PO BID constipation
7. Simvastatin 20 mg PO QPM
8. Ondansetron 8 mg PO BID PRN nausea
9. Prochlorperazine 10 mg PO BID PRN nausea


Discharge Disposition:
Extended Care

Facility:
Wingate - Andover

Discharge Diagnosis:
Saddle pulmonary embolus
Acute respiratory failure requiring intubation
Hypotension due to cardiogenic shock
Pulmonary infarct
Pneumonia


Discharge Condition:
Condition - stable
Mental status - alert
Ambulatory status - Needing some assistance with ambulation


Discharge Instructions:
Mr Ministeri, it was a pleasure caring for you during your stay

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT
**** DISCHARGE SUMMARY ****
Signed by: LIEGEL,JESSICA J., MD

Page 7

**Patient: 2285630   MINISTERI,ANTHONY**
Report Date: 08/21/14

(Cont.)

at BIDMC. You were admitted after you were found down at home.
You required a breathing tube prior to transfer as well as
medications to support your blood pressure. On arrival at BIDM
you were found to have a very large blood clot in your pulmonary
artery. You were given clot-busting medications and did improve
after that. The breathing tube was taken out and you are no
longer requiring oxygen. You were started on blood thinners and
this will be needed indefinitely. You also were treated for
pneumonia, the bacteria found on your sputum cultures is
Hemophilus Influenza. You were treated with antibiotics for
this and finished on 8/19/14. lastly your cholesterol was
elevated and you were found to have fatty liver on ultrasound.
A cholesterol lowering drug, simvastatin, was started and this
will need to be followed by your primary care provider

Followup Instructions:
You should schedule follow up with your primary doctor for in at
least one month for follow up of high cholesterol
You should follow up with Dr Uhlman as deteremined by
neuro-oncology clinic

                    JESSICA J. LIEGEL MD 12-CII

Completed by: JESSICA J. LIEGEL MD 12-CII 08/21/14 @ 1236
Signed electronically by: DR. JESSICA J. LIEGEL, MD
               on: THU AUG 21,2014 12:36 PM

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 1
Date: 06/02/14    Signed: 06/06/14 at 1:28 pm

AGE 61
MINISTERI,ANTHONY                                   UNIT #    2285630

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: May 19, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP
PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal
glioblastoma involving the corpus callosum, confusion,
disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: Glioblastoma, WHO grade IV
6/10/14 IMRT+TMZ at Lahey Clinic

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He presents to the clinic
with his wife and son. He is irritable since discharge.

MEDICATIONS:
1. Dexamethasone 4 mg PO BID
2. Levetiracetam 500 mg PO BID
3. Docusate Sodium 100 mg PO BID:PRN constipation
4. Famotidine 20 mg PO BID
5. Sennosides 17.2 mg BY MOUTH TWICE DAILY PRN constipation
6. Oxycodone 5 mg PO every 4 hours as needed pain NOT TAKING

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia

Matrix RCVD via FAX 11/04/2014

AR0580

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston,MA 02215
PROGRESS NOTE          Page 2
Date: 06/02/14    Signed: 06/06/14 at 1:28 pm

AGE 61
MINISTERI,ANTHONY                      UNIT #    2285630

**SOCIAL AND FAMILY HISTORY:**
He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

**REVIEW OF SYSTEMS:**
Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION:**
T 97.8 BP 124/72 P 60 R 16 KPS 60 wt 188.3 ht 72. Mental status
is satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery site is clean, no discharge, swelling or redness, right
occipital site is healing, staples are in place.

**LABORATORY:**
5/9/14 WBC 8.6 HGB 15.0 PLT 158
5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0.9 GLC 145

**IMAGING:**
1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass
lesion identified involving the right parietal occipital region
involving the splenium of corpus callosum with a small nodular
area of enhancement in the left occipital lobe. There is
involvement of the corpus callosum seen. There is surrounding
edema identified. Small amount of subacute and chronic blood
products are seen. The distribution and appearance is suggestive
of a primary brain neoplasm such as glioma. There is mass effect
on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal
horn likely secondary to mass effect upon the right trigone.
2. CT c/a/p dated 5/8/14 shows no evidence of intrathoracic
malignancy. Mild to moderate emphysema. Multiple hepatic

AR0581

Beth Israel Deaconess Medical Center/Neurology
330 Brookline Avenue, Boston, MA 02215
PROGRESS NOTE          Page 3
Date: 06/02/14   Signed: 06/06/14 at 1:28 pm

AGE 61
MINISTERI, ANTHONY                       UNIT #   2285630
hypodensities, some of which may represent hemangiomas, however
metastatic disease cannot be excluded. Lytic appearing lesion in
T11, which may represent an atypical hemangioma or metastatic
disease. Area of increased sclerosis in the intertrochanteric
region of the left femur likely represents a cartilaginous
lesion, such as an enchondroma. Dedicated radiograph of the left
femur could be performed for additional evaluation.

ASSESSMENT AND PLAN:
In summary, this is a 61 year old, left-handed man with right
frontal and parietal glioblastoma involving the corpus callosum,
confusion, and disorientation. He had repeat biopsy of the
lesion. I will review the pathology. He has no seizure history
and was irritable, thus levetiracetam was stopped. He is on
dexamethasone 8 mg am and 4 mg pm, along with GI prophylaxis. I
removed staples. 30 minutes were spent with the patient of which
50% was counseling. Additional time was spent on reviewing tests
and images, and preparing documentation. All questions were
answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057


                    ERIK UHLMANN, MD

[SOURCE: OMR]

Harvard Medical Faculty Physicians/Neurology

                        PROGRESS NOTE          Page 1
Date: 05/19/14    Signed: 05/21/14 at 5:43 pm
                                              AGE 61
MINISTERI,ANTHONY                             UNIT #    2285630

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: May 19, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP
PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal mass
involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started
5/2/14 Confusion during a business trip to NYC
5/6/14 Worse confusion on a family visit in NC
5/8/14 Brain MRI showed right frontal and parietal mass
5/12/14 Biopsy by Dr. Arle
Pathology: infiltrating glioma
5/21/14 Biopsy by Dr. Kasper
Pathology: pending

HISTORY OF PRESENT ILLNESS:
61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He presents to the clinic
with his wife and son. He is irritable since discharge.

MEDICATIONS:
1. Dexamethasone 2 mg PO BID
2. Levetiracetam 500 mg PO BID
3. Docusate Sodium 100 mg PO BID:PRN constipation
4. Famotidine 20 mg PO BID
5. Sennosides 17.2 mg BY MOUTH TWICE DAILY PRN constipation
6. Oxycodone 5 mg PO every 4 hours as needed pain NOT TAKING

ALLERGIES:
No known drug allergies

PAST MEDICAL HISTORY:
1. Right frontal and parietal mass
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia

SOCIAL AND FAMILY HISTORY:
He is married and lives with his wife and three healthy children.

AR0583

Harvard Medical Faculty Physicians/Neurology

PROGRESS NOTE          Page 2
Date: 05/19/14    Signed: 05/21/14 at 5:43 pm
                                          AGE 61
MINISTERI,ANTHONY                         UNIT #    2285630
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

REVIEW OF SYSTEMS:
Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:
T 98.4 BP 120/80 P 72 R 18 KPS 60. Mental status is satisfactory
in areas of alertness, orientation, concentration memory and
language. On cranial nerve examination, eye movements are full,
pupils are equal and reactive. Full visual fields. No facial
weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery sites is clean, no discharge, swelling or redness,
staples are in place.

LABORATORY:
5/9/14 WBC 8.6 HGB 15.0 PLT 158
5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0.9 GLC 145

IMAGING:
1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass
lesion identified involving the right parietal occipital region
involving the splenium of corpus callosum with a small nodular
area of enhancement in the left occipital lobe. There is
involvement of the corpus callosum seen. There is surrounding
edema identified. Small amount of subacute and chronic blood
products are seen. The distribution and appearance is suggestive
of a primary brain neoplasm such as glioma. There is mass effect
on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal
horn likely secondary to mass effect upon the right trigone.
2. CT c/a/p dated 5/8/14 shows no evidence of intrathoracic
malignancy. Mild to moderate emphysema. Multiple hepatic
hypodensities, some of which may represent hemangiomas, however
metastatic disease cannot be excluded. Lytic appearing lesion in

AR0584

Harvard Medical Faculty Physicians/Neurology

PROGRESS NOTE          Page 3
Date: 05/19/14   Signed: 05/21/14 at 5:43 pm

AGE 61
MINISTERI,ANTHONY                    UNIT #   2285630
    T11, which may represent an atypical hemangioma or metastatic
    disease. Area of increased sclerosis in the intertrochanteric
    region of the left femur likely represents a cartilaginous
    lesion, such as an enchondroma. Dedicated radiograph of the left
    femur could be performed for additional evaluation.

ASSESSMENT AND PLAN:
In summary, this is a 61 year old, left-handed man with right
frontal and parietal mass involving the corpus callosum,
confusion, and disorientation. He will undergo repeat biopsy of
the lesion for treatment and trial eligibility. I will review the
pathology. He has no seizure history and on levetiracetam. He is
irritable, thus I will stop after the biopsy. He is on
dexamethasone along with GI prophylaxis. 30 minutes were spent
with the patient of which 50% was counseling. Additional time was
spent on reviewing tests and images, and preparing documentation.
All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057


          ERIK UHLMANN, MD

[SOURCE: OMR]

Matrix RCVD via FAX 11/04/2014

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT
**** OPERATIVE REPORT ****
Signed by: ARLE,JEFFREY, MD

Page 1

### Patient: 2285630  MINISTERI,ANTHONY
Report Date: 05/12/14

---

Name:  MINISTERI, ANTHONY          Unit No:  2285630

Service:                          Date:  05/12/2014

Date of Birth:  ⬛/1953         Sex:  M

Surgeon:  Jeffrey E. Arle, M.D. 92347


PREOPERATIVE DIAGNOSIS:  Refractory infiltrative brain tumor.

POSTOPERATIVE DIAGNOSIS:  Refractory infiltrative brain tumor.

ANESTHESIA:  General.

PROCEDURE:  Frameless stereotactic navigation-assisted biopsy.

SURGEON'S ATTESTATION:  I was present and performed all important and otherwise parts of the case myself .

DESCRIPTION OF PROCEDURE:  The patient was taken to the operating room on 05/12/2014 intubated, placed in Mayfield head pins, shaved and prepped and draped for a right frontotemporal incision and bur hole.  The BrainLAB system was used with fiducials obtained from the MRI scan earlier that day and localized into the system where the tumor could be readily appreciated and the articulating arm could be moved into position with the biopsy needle.  After an appropriate time-out, the incision was made with a 10-blade. Careful dissection down to the bone was made with a small Weitlaner for self-retaining retraction.  Hemostasis was obtained using the bipolar.  A 14 mm bur hole was used, and the dura was coagulated and opened with an 11-blade.  The small area of the cortex and the pia was opened with the bipolar.  There were no veins in the region, and the biopsy needle was then placed into the designated target and secured into position.

Four-quadrant biopsies were begun.  The first quadrant was obtained without incident, as was the second.  On the third biopsy, there was blood obtained, and it appeared a small amount of blood was coming through the cannula itself.  The syringe was used to remove a small amount of blood, probably 3 cc total.  Then, the stylet was replaced.  It was periodically looked at, and a small amount of saline was used

Matrix RCVD via FAX 11/04/2014

AR0587

BETH ISRAEL DEACONESS MEDICAL CENTER
BOSTON, MA 02215-5491
MEDICAL RECORDS DEPARTMENT
**** OPERATIVE REPORT ****
Signed by: ARLE,JEFFREY, MD

Page 2

**Patient: 2285630  MINISTERI,ANTHONY**
Report Date: 05/12/14

---

(Cont.)

in the cannula, but the decision was made to stop the
biopsies at this point and look at the tissue.

His tissue was examined and, while there was edematous white
matter and infiltrative reactive astrocytes, it did not
appear that there was a diagnosis that could be made.
However, the rest of the tissue would be examined, and the
decision was made not to proceed with any further biopsy as
there was no ability to know how large the bleed was. We let
the patient wake up and examined it. So the area was made
hemostatic, and the biopsy needle was removed. The wound was
closed using interrupted Vicryl and staples. The patient was
then taken out of the Mayfield head frame, awakened,
extubated, moving all 4 extremities and response down to the
CAT scanner for a CAT scan, where a small bleed was noted.
The patient was then transferred to the ICU for further care,
appropriate and following commands.


Jeffrey E. Arle, M.D. 14-AAR
I was physically present during all critical and key portions of
the procedure and immediately available to furnish services during
the entire procedure, in compliance with CMS regulations.


Dictated By: Jeffrey E. Arle, M.D.

MEDQUIST36
D:  05/19/2014 18:54:56
T:  05/19/2014 19:29:22
Job#: 028510
Signed electronically by: DR. JEFFREY ARLE, MD
                on: THU MAY 22,2014 9:35 PM

Beth Israel Deaconess Medical Center/Hematology/Oncology
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 1
Date: 05/09/14   Signed: 05/09/14 at 8:02 pm Cosigned: 05/11/14 at 10:32 pm
                                            AGE 61
MINISTERI,ANTHONY                           UNIT #   2285630

Note contains an addendum. See bottom.

HEMATOLOGY-ONCOLOGY INITIAL CONSULT NOTE

Attending on Service: Dr. Robb Friedman
Fellow on service: Dr. Xiuning Le
Rotating Medical Student: AJ Piper, MS4

SERVICE REQUESTING CONSULT: Neurosurgery

ATTENDING: Dr. Jeffrey Arle

REASON FOR CONSULT: Brain tumor

CHIEF COMPLAINT: confusion, dizziness, incoordination

HISTORY OF PRESENT ILLNESS: Mr. Ministeri is a 61yo man with
history of smoking who presented with confusion, dizziness, and
incoordination of 1 week duration. Mr. Ministeri was feeling
completely normal until about 1 week ago when he found himself
lost in a hotel in New York City, requiring assistance to find
his room. Similar episodes of confusion, incoordination, and
dizziness continued to occur over the last week prompting Mr.
Ministeri to seek evaluation at an AJH in Newburyport. CT at AJH
was concerning for right sided high-grade glioma crossing the
midline without midline shift or hydrocephalus. Review of systems
reveals that Mr. Ministeri retains his appetite, but has lost
10lbs over the last month or so. Mr. Ministeri denies any
headaches, vision or hearing changes, nausea/vomiting, facial
droop, or dysarthria. He denies any weakness or abnormalities in
sensation.

Since arrival at the BIDMC, Mr. Ministeri has undergone further
imaging and work-up. Brain MRI with and without contrast confirms
an irregular enhancing lesion which crosses the corpus collasum
without midline shift or hydrocephalus. A possible lung nodule
found on X-ray at AJH was not found on chest CT. However, CT
chest and abdominal findings at BIDMC included possible hepatic
hemangioma, lytic spine lesion at T11, and a left femoral
intertrochanteric density consistent with an endochondroma.

Review of systems:
(+) Per HPI
(-) Denies fever, chills, night sweats. Denies headache, sinus
tenderness, rhinorrhea or congestion. Denied cough, shortness of
breath. Denied chest pain or tightness, palpitations. Denied
nausea, vomiting, diarrhea, constipation or abdominal pain. No
recent change in bowel or bladder habits. No dysuria. Denied
arthralgias or myalgias.

PAST MEDICAL HISTORY:

Matrix RCVD via FAX 11/04/2014

AR0589

Beth Israel Deaconess Medical Center/Hematology/Oncology
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 2
Date: 05/09/14    Signed: 05/09/14 at 8:02 pm Cosigned: 05/11/14 at 10:32 pm
AGE 61
MINISTERI,ANTHONY                              UNIT #    2285630
    1) Cluster headaches
    2) Closed skull fracture
    3) HTN
    4) Hyperlipidemia
    5) Osteoarthritis

    PAST SURGICAL HISTORY:
    1) Right total hip arthroplasty

    HOME MEDICATIONS: Simvastatin, naproxen, verapamil
    INPATIENT MEDICATIONS: Decadron 4mg Q6hrs, levetiracetam 500mg PO
    BID, famotidine, lorezapam, diphenhydramine, heparin 5000 SC TID,
    Insulun sliding scale, nicotine patch

    ALLERGIES: NKDA

    SOCIAL HISTORY: Pt lives with his wife Renee and is happily
    married with children. The oldest is a junior in college living
    in SC. One grandchild. Pt was recently let go from one
    contruction/engineering firm and began work with another in April
    in a part-time position. He has medical insurance, but is
    uncertain about disability status. Pt is a long-time 1ppd smoker
    and socially uses EtOH. No illicit drug use.

    FAMILY HISTORY: NC

    PHYSICAL EXAM
    VS: 98.4  122/77  78  19  95% on RA
    GENERAL: alert and oriented, NAD
    HEENT: No scleral icterus. PERRLA/EOMI. MMM.
    EXTREMITIES: No c/c/e
    NEURO: A&Ox3. Appropriate. CN 2-12 grossly intact. Preserved
    sensation throughout. 5/5 strength throughout. Gait assessment
    deferred

    LABS:

    Na: 138
    K: 4.6
    Cl: 103
    HCO3: 25
    BUN: 16
    Cr: 0.7
    Gluc: 136
    AGap=15

    Ca: 9.0 Mg: 2.4 P: 3.5

    WBC: 7.3
    Hgb: 15.2
    Hct: 46.6
    Plt: 161

Beth Israel Deaconess Medical Center/Hematology/Oncology
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE        Page 3
Date: 05/09/14    Signed: 05/09/14 at 8:02 pm Cosigned: 05/11/14 at 10:32 pm
AGE 61
MINISTERI,ANTHONY                            UNIT #   2285630
N:84.3 L:11.3 M:3.7 E:0.2 Bas:0.5

STUDIES:

5/8 - HEAD CT W/Wo Contrast:

IMPRESSION:

Irregular enhancing mass lesion with central areas of low signal
intensity is with involvement of the corpus callosum in both
occipital lobes most likely due to a glioma.  No midline shift or
hydrocephalus.

5/8 - CHEST CT W/ Contrast

IMPRESSION:

no evidence of intrathoracic malignancy. Mild to moderate
emphysema

IMPRESSION:

Please note that thoracic findings will be detailed in a separate
chest CT
report.

1.   Multiple hepatic hypodensities, some of which may represent
hemangiomas, however metastatic disease cannot be excluded.
Recommend MRI of the liver for additional evaluation.

2.   Lytic appearing lesion in T11, which may represent an
atypical hemangioma or metastatic disease. Recommend MRI of the
thoracic spine for additional evaluation.

3. Area of increased sclerosis in the intertrochanteric region of
the left femur likely represents a cartilaginous lesion, such as
an enchondroma.  Dedicated radiograph of the left femur could be
performed for additional evaluation.

The study and the report were reviewed by the staff radiologist.

ASSESSMENT AND PLAN:Mr. Ministeri is a 61yo man with smoking
history who presented with one week of confusion and
incoordination found to have a right-sided enhancing brain lesion
highly concerning for high-grade glioma. Additional studies do
not at this point indicate a distant primary tumor. CXR at an OSH
did demonstrate a lung nodule, though this was not found on chest
CT. Chest and abdominal CT did reveal multiple hepatic
hypodensities, possibly indicative of hemangiomas versus
metastasis. Additionally, a lytic-appearing spine lesion was
noted at T11. While both lesions could be better characterized
with MRI, biopsy of the brain mass on Monday will offer

Beth Israel Deaconess Medical Center/Hematology/Oncology
330 Brookline Avenue, Boston,MA 02215
INITIAL NOTE          Page 4
Date: 05/09/14   Signed: 05/09/14 at 8:02 pm Cosigned: 05/11/14 at 10:32 pm
                                             AGE 61
MINISTERI,ANTHONY                            UNIT #   2285630

definitive diagnosis of his brain lesion.

If the biopsy confirms high grade glioma, maximal safe resection
and whole brain radiation is typically followed by chemotherapy
with temazolimide as the standard of care most typically offered
by neuro-oncology. Additional agents have been approved for use
in the recurrent setting.

At this point, we suggest no further imaging studies or work-up
anticipating that following results of brain biopsy complete
oncologic care will be established through neuro-oncology,
neurosurgery and radiation oncology.

Thank you for involving us in Mr. Ministeri's care. The patient
was seen and discussed with Dr. Robb Friedman, who is the consult
attending.


        XIUNING LE, MD

    Cosignature: ROBB S FRIEDMAN, MD

#   -Addendum- 05/11/14 at 10:32 pm

Attending Addendum

I interviewed and examined the patient and reviewed the chart and
relevant data.  I agree with assessment and recommendations,
which I formulated with Dr. Le.  Time spent with patient and
formulating plan: 50 minutes.

Robb S. Friedman MD
Hematology / Oncology


        ROBB S FRIEDMAN, MD


[SOURCE: OMR]



## Beth Israel Deaconess Medical Center

Both Israel Deaconess Medical Center
Department of Pathology
330 Brookline Avenue
Boston, Massachusetts 02215
Main: (617) 667-4344
Facsimile: (617) 667-7120

**SU14-21575**

**Patient: MINISTERI, ANTHONY**
BIDMC MRN: 2285630
Birth Date: ████/1953 Age: 61 Y Sex:M

Date of Procedure: 05/21/2014
Date Specimen(s) Received: 05/21/2014
Date Reported: 05/27/2014
Revised on: 06/20/2014

Billing #: 03200273
Patient Location: DischargedDIS
Ordering Provider: EKKEHARD KASPER, MD
Responsible Provider: EKKEHARD KASPER, MD

# SURGICAL PATHOLOGY REPORT - Revised

Revised B:
EGFR FISH ANALYSIS:

Epidermal growth factor receptor (EGFR) FISH analysis was performed by Integrated Oncology, at Esoterix Genetic Laboratories, LLC 521 W 57th Street, 6th Floor, New York, NY 10019. The test was ordered by the physician on 6/12/14:
Specimen ID:  SU14-21575
Marker: EGFR/CEP7
Ratio: 1.2
**Result: Not Amplified**
**Interpretation: Negative**

EGFR FISH Results
EGFR/CEP7 Ratio: 1.2
Average Number of EGFR Signals/Nucleus: 3.37
Average Number of CEP7 Signals/Nucleus: 2.78
Percentage of cells with High Polysomy: 35

***** Electronically Signed Out *****
Diagnosed by: ROLF PFANNL, MD
Signed Out: 06/20/2014  10:55
CLIA # 22D0002138

**Revised A:**  Addendum Report:

IDH1 stain: Negative.

***** Electronically Signed Out *****
Diagnosed by: MATTHEW ANDERSON, MD
Signed Out: 06/05/2014  17:25

Page 1 of 4

AR0593

Beth Israel Deaconess Medical Center
Department of Pathology

SU14-21575
Patient: MINISTERI, ANTHONY

CLIA # 22D0002138

## PATHOLOGIC DIAGNOSIS:

1. Brain, "core biopsy #1", right (1FSA):
Mildly hypercellular white matter, no definite malignancy identified.

2. Brain, "core biopsy #2" right (2A):
Mildly hypercellular white matter, no definite malignancy identified.

3. Brain, "core biopsy #3" right (3A-3FSA):
Infiltrating astrocytoma.

4. Brain, "core biopsy #4", right (4A):
Glioblastoma, WHO grade IV.

5. Brain, "core biopsy #5", right (5A-5FSB):
Glioblastoma, WHO grade IV.

6. Brain, "core biopsy #6", right (6 FSA):
Glioblastoma, WHO grade IV.

7. Brain, "aspirate", right (7A):
Scant white matter with scattered atypical cells.

Note: The tumor is hypercellular and shows an astrocytic phenotype.
Synoptic Report

WHO Histologic Grading Criteria:
Cellularity: moderate.
Atypia: moderate.
Mitoses: present.
Vascular proliferation: present.
Necrosis: present
Studies for IDH-1 mutation and EGFR amplification will be performed and reported in an addendum.

## CLINICAL HISTORY:
Right frontal/parietal mass.

## GROSS DESCRIPTION:
The specimen is received fresh in seven parts, all labeled with the patient's name, "Ministeri, Anthony" and the medical record number.

Part 1 is additionally labeled "right core biopsy #1". It consists of a fragment of white soft tissue that

Page 2 of 4

Matrix RCVD via FAX 11/04/2014

AR0594

Beth Israel Deaconess Medical Center                    SU14-21575
Department of Pathology                    Patient: MINISTERI, ANTHONY

measures 0.5 x 0.2 x 0.1 cm. The specimen is entirely submitted for frozen section analysis. The specimen is entirely submitted in cassette 1FSA.

Part 2 is additionally labeled "right core biopsy #2". It consists of a fragment of white-pink soft tissue that measures 0.7 x 0.1 x 0.1 cm. The specimen is entirely submitted into cassette 2A.

Part 3 is additionally labeled "right core biopsy #3". It consists of one pink-tan fragment of soft tissue that measures 0.8 x 0.2 x 0.2 cm. One half of the specimen is submitted for frozen section analysis. The specimen is entirely submitted as follows: 3A=remaining tissue, 3FSB=frozen section remnant.

Part 4 is additionally labeled "right core biopsy #4". It consists of two fragments of pink-tan soft tissue that measures 0.3 x 0.1 x 0.1 cm and 0.2 x 0.1 x 0.1 cm. The specimen is entirely submitted in cassette 4A.

Part 5 is additionally labeled "right core biopsy #5". It consists of multiple fragments of red-tan soft tissue that measure from 0.3 to 0.5 cm in greatest dimension. One piece is submitted for smear. One piece is submitted for frozen section diagnosis. The specimen is entirely submitted as follows: 5A = remainder of tissue, 5-FSB = frozen section remnant.

Part 6 is additionally labeled "right core biopsy #6. It consists of one red-tan soft tissue fragment that measures 0.6 x 0.2 x 0.2 cm. The specimen is entirely frozen. The specimen is entirely submitted in cassette 6-FSA.

Part 7 is additionally labeled "right brain aspirate". It consists of 10 cc of pink transparent fluid with minute fragments of tan-pink soft tissue that measure up to 0.3 cm in greatest dimension. The aspirate is drained through a biopsy and the specimen is submitted into cassette 7A.

## FROZEN SECTION DIAGNOSIS:

An intraoperative consultation was performed on part 1. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "Smear plus frozen section diagnosis: brain, core biopsy #1: slightly hypercellular white matter; no definite tumor identified".

An intraoperative consultation was performed on part 3. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "Smear plus frozen section diagnosis: brain, core biopsy #3: hypercellular white matter with scattered atypical cells."

An intraoperative consultation was performed on part 5. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "Smear plus frozen section diagnosis: brain, right core biopsy #5: necrotic debris with rare viable atypical cells".

An intraoperative consultation was performed on part 6. The frozen section diagnosis rendered by Dr. Rolf Pfannl is "frozen section diagnosis: brain, right core biopsy #6: glioblastoma".

**Residents:**

By his/her signature, the senior physician certifies that he/she personally conducted a gross and/or microscopic examination of the described specimen(s) and rendered or confirmed the diagnosis(es) related thereto.

Page 3 of 4

Beth Israel Deaconess Medical Center                                      SU14-21575
Department of Pathology                                    Patient: MINISTERI, ANTHONY

Immunohistochemistry test(s), if applicable, were developed and their performance characteristics were determined by the Department of Pathology at Beth
Israel Deaconess Medical Center, Boston, MA. They have not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined
that such clearance or approval is not necessary. These tests are used for clinical purposes. They should not be regarded as investigational or for research.
This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity clinical
laboratory testing. Unless otherwise specified, all histochemical and immunohistochemical controls are adequate.

***** Electronically Signed Out *****
Diagnosed by: ROLF PFANNL, MD
Signed Out: 05/27/2014  15:04
CLIA # 22D0002138

Page 4 of 4

AR0596

2016 -04- 11 - 0467 -6L- 01

# RELIANCE STANDARD
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

2001 Market Street, Suite 1500
Philadelphia, PA 19103
(800) 351-7500 | (267) 256-7090

## EMPLOYEE NOTIFICATION SERVICE AGREEMENT

**PARTICIPATING UNIT:** AECOM Technology Corporation
**PARTICIPATING UNIT NUMBER(s):** GL 151836, GL 151835, GL 151833, GL 151832, GL 151834

Dear Sir or Madam:

This letter will confirm the Administrative Agreement by and between Reliance Standard Life Insurance Company ("us", "we") and the above named Participating Unit ("you", "your"). The services provided via this Agreement take effect on the date shown below, such date to be determined upon receipt of a signed copy of this Agreement from you.

This Agreement outlines the terms of the Employee Notification Service – Conversion (and Portability, if applicable), as follows:

- We will provide you with a pre-formatted spreadsheet. This spreadsheet will be used by you to notify us of those employees who ceased to qualify for coverage (or whose coverage was reduced due to any applicable age reduction) under the Policy during the previous twenty (20) business days, or to notify us of the fact that there are no employees eligible to convert or port. The spreadsheet must be:

    (a) submitted to us electronically;

    (b) submitted to us whether or not there are employees who are eligible to convert or port during the previous five (5) business days; and

    (c) received by us on the third (3rd) business day of each week.

- We will prepare and mail conversion/port packets to the individual(s) identified on the spreadsheet, using the addresses provided by you. We will mail the individual packets within five (5) business days of the receipt of your spreadsheet. We will send you an electronic confirmation of these mailings.

- Individuals electing to convert/port coverage will be instructed to return their conversion/port form(s) to you for review. Your Administrative Correspondent will validate the information provided in the "Applicant" section of the form(s), and complete the information requested in the "Policyholder/Participating Unit" section. The completed and verified form(s) must be sent by you to the address provided on the form(s) within five (5) business days.

AR0597

Page 2

This Agreement constitutes the entire agreement (related to this subject matter) between the parties hereto. Any amendments or modifications of this Agreement can only be made by a writing that is signed by both parties.

This Agreement is subject to the laws of the state in which the Policy is delivered.

This Agreement is not considered to be part of the Policy, but will terminate in the event that the Policy terminates. All terms and conditions of the Policy remain in full force and effect as stated therein. In the event of any conflict between this Agreement and the Policy, this Agreement will govern.

RELIANCE STANDARD LIFE INSURANCE COMPANY

Evan Schaffner
Vice President, Group Sales & Marketing

1 / 01 / 2014
EFFECTIVE DATE OF SERVICE
(to be completed by us)

Your Representative

_Jenniffer Gabriele_
Signature

Jenniffer Gabriele
Name

Manager, Benefits
Title

11-25-13
Date

Your Administrative Correspondent

Jenniffer Gabriele
Name

jenniffer.gabriele @ aecom.com
e-mail address

# ‖RELIANCE STANDARD
## ‖LIFE INSURANCE COMPANY
### A MEMBER OF THE TOKIO MARINE GROUP

Premium Services - Portability & Conversion Unit
2001 Market Street, Suite 1500
Philadelphia, Pennsylvania 19103-7090

June 08, 2016    *Sent 3-5 business days after*
*11|11|2015 notification*

ANTHONY MINISTERI

MERRIMAC, MA 01860

RE:    Portability and Conversion
    Policyholder Name:        AECOM Technology Corporation
    Policy Number:        GL151836
    Employee Name:        ANTHONY MINISTERI
    Conversion

Dear ANTHONY MINISTERI,

We are writing to you about your Group insurance through AECOM Technology Corporation.

Reliance Standard has been advised by AECOM Technology Corporation that you and/or your dependents no longer meet the eligibility requirements of the group policy(ies) referenced above or that your covered Group Life benefit amount has been subjected to a reduction. AECOM Technology Corporation has requested that Reliance Standard make you aware of the Portability and/or Conversion provisions available in their Group policy(ies). Group Life (GL) and Voluntary Group Life (VG), if applicable to you, may have both a Portability and Conversion provision. The document entitled "Comparison of Life Conversion and Portability Provisions" is enclosed as a guide to help you understand the differences between the two options. Long Term Disability (LTD), Voluntary Long Term Disability (VPL), and Voluntary Accidental Death & Dismemberment insurance (VAR), if applicable to you, only have a Conversion provision while Voluntary Critical Illness (VCI) and Voluntary Accident insurance (VAI) only have a Portability provision.

For your convenience, we have enclosed, where applicable, the rate information and applications for the above referenced policy(ies).    If you wish to apply for any of these coverages, the enclosed forms must be completed by you within the allotted # of days, as noted on the applications, from your date of termination or the date you or your dependent(s) are no longer eligible for coverage. If the Employer section of the form(s) has already been completed, return it/them to the address indicated on the application. You must complete your portion of the form and return it to

If you have any questions, please contact our Customer Service Department at (800) 351-7500.

Sincerely,
Reliance Standard

ENC:    Applications
    Rate Information

*01072*

AR0599

# Comparison of Life Conversion and Portability Provisions

| | Portability | Conversion |
|---|---|---|
| **Eligibility** | You can port coverage under the group life policy if you are no longer eligible for coverage under the group life policy<br><br>To be eligible for portability, you must have been covered for twelve (12) months under the Reliance Standard policy and/or the prior group policy. [1]<br><br>You are not eligible for Portability if:<br>&raquo; you are considered Totally Disabled under the Waiver of Premium in Event of Total Disability or Extension of Life Insurance in Event of Total Disability provisions, or<br>&raquo; you have already applied to convert all your coverage under the Conversion privilege,<br>&raquo; you retire [1]<br>&raquo; you have reached the maximum age, if applicable, as stated in the group life policy. [2] | You and your dependents can convert coverage for the following reasons:<br><br>A.  Termination of employment<br>B.  You and/or your dependents are no longer eligible as defined in the policy<br>C.  Termination or amendment of the Policy if you have been covered for at least five (5) years under the group life policy.<br>D.  Insurance coverage reduces1.<br>E.  Upon retirement.<br>F.  When your coverage under Waiver of Premium ends, if applicable.<br>G.  Upon the death of the Insured (for dependents). |
| **Timing for Application** | Within 31 days from the date you are no longer eligible for coverage under the group life policy | Within 31 days from the date your insurance coverage terminates for any of the reasons noted above.<br><br>The Conversion Policy is effective at the end of the 31 day application period |
| **Face or Coverage Amount** | The amount of coverage available will be the current amount of coverage you were insured for under the group life policy on the last day you were insured. However, the amount of coverage will never be more than:<br>&raquo; the highest amount of insurance available to eligible persons under your employer's life insurance plan; or<br>&raquo; a total of $500,000 from all Reliance Standard group life insurance* combined,<br>whichever is less.<br><br>*including AD&D, if applicable | The coverage amount you are approved for is based on the reaso[n] Conversion is applied for list (see list under the Eligibility section). If applying for Conversion due to:<br><br>&raquo; termination of employment - the policy will be issued for an amount not over what you had before you terminated.<br>&raquo; you are no longer an eligible employee, or dependent, as defined in the group life policy - the policy will be issued for an amount not over what was inforce before coverage terminated<br>&raquo; termination or amendment of the group life policy if you have been covered for at least five (5) years under the policy - the face amount of the policy will be the lesser of the amount of coverage you were previously insured for under the life policy less any amount you are entitled to under another group life policy or $5,000*<br>&raquo; insurance coverage reduces - the amount will not be more tha[n] the amount that ended due to the reduction.1<br>&raquo; retirement - the policy will be issued for an amount not over what you had before you retired<br>&raquo; coverage under Waiver of Premium ends - the policy will be issued for an amount not over what you had before coverage under Waiver of Premium ended.<br><br>*amount varies by state |

[1] not applicable to Voluntary Life (VG) policies

[2] only applicable to Voluntary Life (VG) policies

**RELIANCE STANDARD**
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

www.reliancestandard.com

2406-(7/14)

*02072*

**AR0600**

| | Portability | Conversion |
|---|---|---|
| **Death during Application Period** | If death occurs within the 31 day application period and you have not applied for Portability, Reliance Standard will not pay a benefit. | If death occurs within the 31 day application period, whether or not you applied, we will pay the benefit under your employer's group life policy that you were entitled to convert. |
| **Medical Approval (Evidence of Insurability)** | Proof of good health is not required. | Proof of good health is not required |
| **Premium Information** | Premium will be billed directly to you on a quarterly, semi-annual or annual basis. You will be advised when the first premium is due. | Premium will be billed directly to you on a quarterly, semi-annual or annual basis. The first premium must be paid within the 31 day application period |
| **Maximum Duration of Coverage** | Insurance coverage continued under the Portability provision will terminate on the first of the following to occur:<br><br>» the end of the period for which premium has been paid;<br>» the ported policy has been in force for 2 years*;<br>» you turn 65*; or<br>» the policy terminates*<br><br>If Portability coverage terminates due to age, 2 year duration or policy termination then coverage may be converted to an individual life insurance policy<br><br>* These termination triggers vary by policy and/or state requirements. | The converted life contract will remain in force as long as premiums continue to be paid. |

This information is not an insurance policy and does not describe the entire plan. For more detailed information you must ask your employer's Human Resources benefit manager. There is a detailed description of the plan's provisions, limitations and exclusions in the Certificate of Insurance which is issued to you when your coverage begins.

The availability of the described products, benefits and features may vary by state

Group Life coverage is underwritten by Reliance Standard Life Insurance Company and provided through policy form series LRS-6422 et al. Reliance Standard Life Insurance Company is licensed in all states, (except New York) and the District of Columbia, Puerto Rico, the US Virgin Islands and Guam. In New York, insurance products and services are provided through First Reliance Standard Life Insurance Company, Home Office: New York, NY through policy form series DRS-6422, et. al.

Voluntary Group Term Life insurance coverage is underwritten by Reliance Standard Life Insurance Company and provided through policy form series LRS-8349, et al in all states except Maine, New York, Pennsylvania, Puerto Rico, South Dakota, Vermont, the US Virgin Islands and Washington where coverage is provided as follows Maine, South Dakota and Washington through policy form series LRS-9419, et al; Vermont through policy form series LRS-8522, et al; and Pennsylvania through policy form series LRS-8800, et al. Reliance Standard Life Insurance Company is licensed in all states, (except New York), and the District of Columbia, Puerto Rico, the US Virgin Islands and Guam.

In New York, insurance products and services are provided through First Reliance Standard Life Insurance Company, Home Office: New York, NY through policy form series FRSL-8349, et al.

**RELIANCE STANDARD**
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

www.reliancestandard.com

-2466-(7/14)

*03072*

**AR0601**

# RELIANCE STANDARD
## LIFE INSURANCE COMPANY

**Reliance Standard Life Insurance Compa**
**GROUP LIFE CONVERSION APPLICATIO**

A MEMBER OF THE TOKIO MARINE GROUP

This form is to be used only when an eligible person desires to convert his Group Life insurance to an individual policy. This form must completed in full and submitted to the Company within 60 days following the effective date of termination of insurance. The top portion this form is to be completed by the policyholder, the lower portion by the applicant. The applicant may wish to refer to his policy's Schedule Benefits page to complete some of the questions on this application.

When all areas are complete, mail to: Insurance Services, Division of Protective Life Insurance Company, Post Office Box 12687, Birmingha AL 35202-6687. Fax: (205) 268-3402.   Email: ladphs@protective.com.

## TO BE COMPLETED BY POLICYHOLDER

Name and Address of Group Policyholder and, if applicable, Division Name: AECOM Technology Corporation

| | |
|---|---|
| Policy No: GL151836 | Policy Eff. Date: |
| Insured's Full Name: ANTHONY MINISTERI | __X__ Male        _____ Female |
| Date of Birth: ▇/1953 | Annual Salary/Earnings: $156,000.00 |
| Social Security No.: XXX-XX-5766 | Date Employment Began: 04/01/2014 |
| Occupation/Job Title: 999 GLOBAL   UNASSIGN | Date Last Worked: 10/03/2015 |
| Scheduled Work Hours: 24.00 / week | Insured's Premium Paid To: |
| Insured's Effective Date: 01/01/2015 | Insurance Class: |
| Insured Amount: | Dependent Insurance Amounts: |
| Basic $140,000.00        Supp $468,000.00 | Spouse: _____ / |
| | Children: $10,000.00   / |

Reason Insured Stopped Work (specify): TERM
Conversion Rights Exercised Due To (check applicable response):

__X__ (1) Employee Terminated Employment On: 10/03/2015
_____ (2) Group Policy Terminated On: _____
_____ (3) Disability of the Insured On: _____   Has A Waiver of Premium Claim Been Submitted to RSL?   Yes____   No____
If No, Please Explain: _____
_____ (4) Other, Please Explain: _____

I have reviewed the information set forth, and represent that to the best of my knowledge and belief it is true and correct.

_____        _____        _____
Signature Of Policyholder's Authorized Representative              Title                              Date Signed

Phone Number of Representative:_____       Federal Employer Identification Number:   611088522

## TO BE COMPLETED BY APPLICANT

I would like to convert $_____ of my group life insurance coverage that was in-force prior to the termination date.
Desired Mode of Premium Payment        _____Quarterly        _____Semi-Annually        _____Annually
Beneficiary Designation
Upon the death of the insured, the proceeds of the policy to which this application is attached shall be paid as follows:
Primary Beneficiary(s)

| | | | |
|---|---|---|---|
| Name_____ | Address_____ | Relationship_____ | Percentage_____ |
| Name_____ | Address_____ | Relationship_____ | Percentage_____ |

Contingent Beneficiary(s)

| | | | |
|---|---|---|---|
| Name_____ | Address_____ | Relationship_____ | Percentage_____ |
| Name_____ | Address_____ | Relationship_____ | Percentage_____ |

If more than one primary beneficiary is named and no percentage is indicated, payment will be in equal shares to the surviving prima beneficiary(s). If there are no surviving primary beneficiary(s), the proceeds will be paid to the contingent beneficiary(s). If more than o contingent beneficiary is named and no percentage is indicated, payment will be in equal shares to the surviving contingent beneficiary(s) there are no surviving contingent beneficiary(s), the proceeds will be paid to the executors, administrators, or assigns of

Applicant's Address_____
City, State, Zip Code_____   Phone (_____)_____

I have reviewed the information set forth above and represent that to the best of my knowledge and belief it is true and correct.

Signature_____       Date Signed_____

L. -1330-0299

**\*04072\***

## Sample Conversion Rates
(THESE RATES MAY CHANGE WITHOUT PRIOR NOTICE TO YOU)

| ISSUE AGE | Conversion Rates per $1,000 of benefit per year | ISSUE AGE | Conversion Rates per $1,000 of benefit per year | ISSUE AGE | Conversion Rates per $1,000 of benefit per year |
|---|---|---|---|---|---|
| 15 | $20.00 | 48 | $44.85 | 81 | $351.11 |
| 16 | $21.25 | 49 | $46.75 | 82 | $377.34 |
| 17 | $21.57 | 50 | $49.08 | 83 | $405.32 |
| 18 | $21.87 | 51 | $51.74 | 84 | $435.22 |
| 19 | $22.20 | 52 | $54.50 | 85 | $466.82 |
| 20 | $22.30 | 53 | $57.75 | 86 | $499.98 |
| 21 | $22.35 | 54 | $61.56 | 87 | $534.31 |
| 22 | $22.48 | 55 | $65.09 | 88 | $569.45 |
| 23 | $22.57 | 56 | $69.00 | 89 | $608.70 |
| 24 | $22.63 | 57 | $73.29 | 90 | $644.27 |
| 25 | $22.70 | 58 | $77.97 | 91 | $680.55 |
| 26 | $22.79 | 59 | $82.14 | 92 | $715.39 |
| 27 | $22.89 | 60 | $87.60 | 93 | $750.11 |
| 28 | $23.17 | 61 | $93.53 | 94 | $781.68 |
| 29 | $23.23 | 62 | $99.94 | 95 | $810.35 |
| 30 | $23.75 | 63 | $106.22 | 96 | $829.35 |
| 31 | $24.50 | 64 | $113.23 | 97 | $829.35 |
| 32 | $24.55 | 65 | $121.68 | 98 | $829.35 |
| 33 | $25.25 | 66 | $130.19 | 99 | $829.35 |
| 34 | $25.81 | 67 | $139.50 | 100 | $829.35 |
| 35 | $26.50 | 68 | $149.68 | | |
| 36 | $27.25 | 69 | $156.00 | | |
| 37 | $28.00 | 70 | $156.06 | | |
| 38 | $28.86 | 71 | $167.08 | | |
| 39 | $30.00 | 72 | $179.28 | | |
| 40 | $31.52 | 73 | $192.12 | | |
| 41 | $32.25 | 74 | $206.37 | | |
| 42 | $33.75 | 75 | $222.60 | | |
| 43 | $35.32 | 76 | $240.06 | | |
| 44 | $36.75 | 77 | $258.80 | | |
| 45 | $38.50 | 78 | $279.82 | | |
| 46 | $40.50 | 79 | $302.24 | | |
| 47 | $42.25 | 80 | $325.90 | | |

*05072*

# RELIANCE STANDARD
## LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

**Term Life Insurance Portability Reque**

This form is to be used only when a person desires and is eligible to port Term Life Insurance. This form must be completed in full a submitted to the Company within 60 days following the date of termination. SEND TO: Reliance Standard Life Insurance Compa Attention: Premium Services - Portability & Conversion, 2001 Market Street, Suite 1500, Philadelphia, PA 19103-7090, Email: portates@rsli.co Fax number: 1-800-680-6760.

## VERIFICATION OF INSURED PERSON'S ELIGIBILITY TO PORTATE TERM LIFE INSURANCE

### To Be Completed By Policyholder/Participating Unit (PLEASE PRINT)

_X_ Male  _____ Female

1. Insured Person's Full Name:  ANTHONY MINISTERI _____  2. Soc. Sec. Number:  XXX-XX-5766

3. Name of Policyholder/Participating Unit:  AECOM Technology Corporation

4. Policyholder/Participating Unit No.:  GL151836 _____  5. Branch or Location (if different from 3.): _____

6. Date Employed:  04/01/2014  Salary: $156,000.00  Date Last Salary Change:  04/01/2014  Class: _____

7. Effective Date of Coverage:  Employee: 01/01/2015  Spouse, if any: _____  Children, if any: _____

8. Occupation/Job Title:  999 GLOBAL  UNASSIGN _____  9. Date Person Last Worked:  10/03/2015

10. Date Employment Terminated (if different from 9.):  10/03/2015

11. If (9) and (10) differ, please explain: _____

12. Was the Insured's Termination due to retirement?  _____ Yes  _____ No

13 Amount of Term Life Insurance (including the amount of any AD&D rider coverage, if applicable) in force under the Policy on date of termination:

|  | | | |
|---|---|---|---|
| Basic: Employee $ _____ | Spouse, if any $ _____ | Children, if any $ _____ |
| Supplemental: Employee $468,000.00 | Spouse, if any $ _____ | Children, if any $ _____ |
| AD & D Life: Employee $ _____ | Spouse, if any $ _____ | Children, if any $ _____ |

14. Verified by: _____  _____  _____  _____
(Signed by authorized individual)    Date    Phone Number    Email Address

### To Be Completed By Applicant (PLEASE PRINT)

Name: _____  Spouse's Name: _____

Address: _____
(Street)           (City)           (State)      (Zip)

Date of Birth:  Employee: _____  Spouse, if any: _____  Children, if any: _____

Amount of Coverage Desired (must be equal to or less than amount in force; may not exceed $500,000 from all Reliance Standard Life/ AD&D coverage combined):

| | | |
|---|---|---|
| Basic: Employee $ _____ | Spouse, if any $ _____ | Children, if any $ _____ |
| Supplemental: Employee $ _____ | Spouse, if any $ _____ | Children, if any $ _____ |
| AD & D Life: Employee $ _____ | Spouse, if any $ _____ | Children, if any $ _____ |

Beneficiary:

| Full Name(s) | Relationship | Percent of Proceeds | SSN |
|---|---|---|---|
| | | | |
| | | | |

_____  _____  _____  _____
Signature of Applicant    Email Address    Phone Number    Date Signed

E -1008-0713

\*06072\*

**AR0604**

**GL & VG Standard Portability Rates Effective July 1, 2014**
**These rates may change without prior notice to you.**

### Insured and Spouse Rates

| Attained Age Band | Monthly Rates per $1,000 | | Quarterly Rates per $10,000 | |
|---|---|---|---|---|
| | Term Life | AD&D | Term Life | AD&D |
| <30 | $0.21 | $0.059 | $6.38 | $1.76 |
| 30-34 | $0.27 | $0.049 | $8.20 | $1.47 |
| 35-39 | $0.33 | $0.046 | $10.02 | $1.39 |
| 40-44 | $0.51 | $0.046 | $15.43 | $1.39 |
| 45-49 | $0.84 | $0.048 | $25.33 | $1.43 |
| 50-54 | $1.42 | $0.050 | $42.50 | $1.51 |
| 55-59 | $2.35 | $0.055 | $70.42 | $1.64 |
| 60-64 | $3.10 | $0.059 | $92.86 | $1.76 |
| 65-69 | $4.45 | $0.063 | $133.48 | $1.89 |
| 70+ | $9.25 | $0.069 | $277.48 | $2.06 |

### Dependent Child Rates

| Coverage Amount | Quarterly Rate |
|---|---|
| $1,000 ages 14 days to six months and $2,000 for six months to 20 years | $2.60 |
| $1,000 ages 14 days to six months and $2,000 for six months to 20 years; Full-time students under 26 years | $2.73 |
| $1,000 ages 14 days to six months and $2,500 for six months to 20 years; Full-time students under 26 years | $3.07 |
| $1,000 ages 14 days to six months and $5,000 for six months to 20 years; Full-time students under 26 years | $4.58 |
| $1,000 ages 14 days to six months and $7,500 for six months to 20 years; Full-time students under 26 years | $6.13 |
| $1,000 ages 14 days to six months and $10,000 for six months to 20 years; Full-time students under 26 years | $7.69 |
| $1,000 ages 14 days to six months and $20,000 for six months to 20 years; Full-time students under 26 years | $13.89 |

Customer Service is available Monday through Friday from 8:00 a.m. to 7:00 p.m. (Eastern).
Call 800-351-7500 if you need assistance.

*07071*

AR0605

*2016-04-11-0467-GL01*

PO Box 847934
Boston, MA 02284-7934
finance@lucensgrp.com

# Lucens
### group

TAX ID: 46-4344946

| | |
|---|---|
| BILL TO: | **INVOICE NO.** R-16335 |
| Reliance Standard Life Insurance Company | **TERMS** Net 15 |
| P O. Box 8330 | **DATE** 5/31/2016 |
| Philadelphia, PA 19101-8330 | **DUE DATE** 6/15/2016 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Query Services** | 1 | 1.00 | $125.00 |
| Ministeri, Anthony | | | |
| ***-**-5766 | | | |
| 2016-04-11-0467-GL-01 | | | |
| Requestor: Andrea Wilsman | | | |
| Request Date: 5/18/2016 | | | |



|  | BALANCE DUE: | $125 00 |
|---|---|---|

PLACE IN FILE
REVIEWED BY
SS ANALYST

AR0606

2016-04-11-04676L-01

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME  : 06/10/2016 11:23
NAME  : SALES AND MKTG
FAX   : 2672563531
TEL   : 2672563946
SER.# : 000B5J218050
```

```
DATE,TIME            06/10  11:22
FAX NO./NAME         919785211029
DURATION             00:01:13
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

AR0607

TRANSMISSION VERIFICATION REPORT

```
TIME  : 06/10/2016 11:25
NAME  : SALES AND MKTG
FAX   : 2672563531
TEL   : 2672563946
SER.# : 000B5J218050
```

```
DATE,TIME        06/10  11:23
FAX NO./NAME     919785211029
DURATION         00:01:14
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```

AR0608

**RELIANCE STANDARD**
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

May 11, 2016

SOCIAL SECURITY ADMINISTRATION
~~NORTHEASTERN PROGRAM SERVICE CENTER~~
~~1 JAMAICA CENTER PLAZA~~
~~JAMAICA, NY 11432-3898~~
*FAX ( 978 ) 521- 1029 (3 Pages)*

*367 MAIN ST.*
*HAVERHILL, MA 01830-4091*
*ATTN: Alex VERAS*

Re:  Insured:        Anthony Ministeri
     Policy No:      GL 151836
     Policyholder:   AECOM Technology Corporation
     Claim No:       2016-04-11-0467-GL-01

Dear SOCIAL SECURITY ADMINISTRATION:

Enclosed is a Consent for Release of Information singed by Renee Ministeri, Next-of-Kin for release of the complete medical file and the application for benefits.

We are also enclosing a Life Claim Authorization signed by Renee Ministeri.

Should you have any questions, please contact our office at (800) 351-7500 ext., 3783. In the event there is a fee for these records, please fax the bill to (267) 256-3537.

Sincerely,

*Jane M. Hopson*

Jane M. Hopson
Life Claims Department

Enclosure: Life Claim Authorization/Consent for Release of Information

Social Security Administration                                                    Form Approved
**Consent for Release of Information**                                            OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. *(\* signifies a required field).*

**TO: Social Security Administration**

Anthony Ministeri, Jr.                    ████1953                    ████5766
DECEDENT                                  Date of Birth               * Social Security Number

I authorize the Social Security Administration to release information or records about Anthony Ministeri, Jr., to:

**\*NAME OF PERSON OR ORGANIZATION**              **\*ADDRESS OF PERSON OR ORGANIZATION**
Reliance Standard Life Insurance Company          P.O. Box 7698
                                                  Philadelphia, PA 19101-7698

**\*I want this information released because:**
We may charge a fee to release information for non-program purposes.
To document my Group Life Claim and/or to determine the benefits payable under the provisions of the policy which Mr. Ministeri is insured. This Consent for Release of Information shall remain in effect for two years from the date it is signed below.

**\*Please release the following information selected from the list below:**
You must specify the records you are requesting by checking at least one box. We will not honor a request for "any and all records" or "my entire file." Also, we will not disclose records unless you include the applicable date ranges where requested.

1. ☐ Social Security Number

2. ☐ Current monthly Social Security benefit amount

3. ☐ Current monthly Supplemental Security Income payment amount

4. ☐ My benefit/payment amounts from date_____ to date _____

5. ☐ My Medicare entitlement from date _____ to date _____

6. ☒ Medical records from my claims folder(s) from date 4/1/2014 to date 10/1/2014

     If you want SSA to release a minor's medical records, do not use this form. Instead, contact your local Social
     Security office.

7. ☒ Complete medical records from my claims folder.

8. ☒ Other record(s) application for benefits.

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004)) that I have examined all the information on this form, and any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeks or obtain access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

**\*Signature of Next-of-Kin :** _Janee Ministeri_          **\*Date:** _5/3/16_

**\*Address:** ██████████████  _Merrimac  MA  01860_

**Relationship (if not the subject of the record):**     Spouse          **\*Daytime Phone:** _978344_████

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

1. Signature of witness:_____   2. Signature of witness:_____

   Address (Number and street, City, State, and Zip Code):     Address (Number and street, City, State, and Zip Code):

Form SSA-3288 (07-2013) EF (07-2013)

AR0610

# RELIANCE STANDARD
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

P.O. Box 7307
Philadelphia, PA 19101-7307

## LIFE CLAIM AUTHORIZATION FOR USE IN OBTAINING INFORMATION

NAME OF DECEDENT: _Anthony Ministeri_

DECEDENT'S DATE OF BIRTH: _____/53_

DATE OF DEATH: _M/2/2015_

BENEFICIARY: _Renee Ministeri_

NEXT OF KIN OR LEGAL REPRESENTATIVE OF
DECEDENT'S ESTATE: _Renee Ministeri_

RELATIONSHIP: _Spouse_

*(If Executor, Administrator etc., Provide Appropriate Court Order)*

To all physicians and other health care professionals, hospitals, other health care institutions, insurers, medical, hospital and prepaid health plans, pharmacies, pharmacy benefit managers, employers, group policyholders, contract holders, governmental agencies (including but not limited to the Internal Revenue Service and the Social Security Administration), private and/or public benefit plan administrators, and/or attorney representatives, including but not limited to covered entities and business associates under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the accompanying regulations:

You are authorized to provide Reliance Standard Life Insurance Company and/or its authorized administrators with information concerning medical care, advice, and/or treatment provided to the above named Decedent, and/or any employment, salary and/or benefit-related information concerning the above named Decedent. I understand that the disclosure of information may include disclosure of protected health information under HIPAA and the accompanying regulations, information regarding treatment for mental illness, the human immunodeficiency virus (HIV) and/or the use of drugs and alcohol. I also understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and will no longer be subject to protection under HIPAA and the accompanying regulations. A statement of Reliance Standard Life Insurance Company's privacy policy is available at www.rsli.com or upon request.

I understand that any such information will be used for the purpose of evaluating my claim for benefits. Upon request, I understand that I am entitled to receive a copy of this Authorization. This Authorization is valid from the date signed for the duration of the claim, and may be revoked by me at any time upon written request to the address below. A reproduction of this Authorization shall be considered as valid as the original.

_2/11/16_
Date

_Renee Ministeri_
Beneficiary's Signature

**If the Beneficiary is not the Decedent's next of kin or legal representative, the next-of-kin or authorized legal representative of the Decedent's Estate must sign below:**

_____
Date

_____
Authorized Person's Signature

Description of Authorized Person's authority to sign on behalf of Insured:

_____

EF-1025

AR0611

61/vw-169/nP   M1

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

Northeastern Program
Service Center
1 Jamaica Center Plaza
Jamaica, New York 11432-3898
Date: June 13, 2016
Claim Number: ███-5766 A

RELIANCE STANDARD
PO BOX 7698
PHILADELPHIA PA  19101

Re: Anthony Ministeri Jr

Dear Sir/Madam:

As requested, we are enclosing copies of Medical records in our
file.  It is not necessary to notify the Social Security
Administration of the disposition of these records.  However,
because of the personal nature of medical information about the
individual, the records should be destroyed after they have
served their intended purpose.

Our office is required to charge for services connected with
supplying you with the enclosed information which you requested.
In this case, the charge for searching and photocopying services
is $86.00.

Please send your remittance in the form of a check payable to
the "Social Security Administration" with the Social Security
claim number 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 prominently displayed on the face of
the check, in the amount of $86.00 to:

SOCIAL SECURITY ADMINISTRATION
OFFICE OF FINANCIAL OPERATIONS
PO BOX 17042
BALTIMORE MD 21235

*Social Security Administration*

Form Approved OMB No. 0960-0579

## DISABILITY REPORT - ADULT - Form SSA-3368

### (3368) Section 1 - Information About the Disabled Person

**1.A.** Name (First, Middle Initial, Last) **Anthony Ministeri JR**

**1.B.** Social Security Number ██-5766

**1.C.** Mailing Address (Street or PO Box) ████████████
Include apartment number if applicable, **MERRIMAC, MA 01860**
City, State/Province, Zip/Postal Code,
Country (if not USA)

**1.D.** Email Address **aministeri@comcast.net**

**1.E.** Daytime Phone Number, including area code, and the IDD and country codes if you live outside the USA or Canada.
Phone number **978-758-**███
Check this box if you do not have a phone or number where we can leave a message

**1.F.** Alternate Phone Number - another number where we may reach you, if any
Alternate phone number

**1.G.** Can you speak and understand English? **Yes**
If no, what language do you prefer?
NOTE: If you cannot speak and understand English, we will provide an interpreter, free of charge.

**1.H.** Can you read and understand English? **Yes**

**1.I.** Can you write more than your name in English? **Yes**

**1.J.** Have you used any other names on your medical or educational records? **No**
Examples are maiden name, other married name or nickname.
If yes, please list them here:

### (3368) Section 2 - Contacts

Give the name of someone **(other than your doctors)** we can contact who knows about your medical conditions, and can help you with your claim.

| | |
|---|---|
| **2.A.** Name (First, Middle Initial, Last) | **Renee Ministeri** |
| **2.B.** Relationship to you: | **Spouse** |
| **2.C.** Daytime Phone Number (as described in 1.E. above) **978-758-**██ | |
| **2.D.** Mailing Address (Street or PO Box) ████████████ | |
| Include apartment number or unit if applicable, **MERRIMAC, MA 01860** | |
| City, State/Province, Zip/Postal Code, | |
| Country (if not USA) | |

**AR0613**

**2.E.** Can this person speak and understand English? **Yes**

If no, what language is preferred?

**2.F.** Who is completing this report? **The person who is applying for disability (Go to Section 3 - Medical Conditions)**

---

## (3368) Section 3 - Medical Conditions

**3.A.** List all of the physical or mental conditions (including emotional or learning problems) that limit your ability to work. If you have cancer, please include the stage and type. List each condition separately.

1. **Brain cancer Stage 4**

**3.B.** What is your height without shoes? **6'**

**3.C.** What is your weight without shoes? **200 lbs.**

**3.D.** Do your conditions cause you pain or other symptoms? **Yes**

---

## (3368) Section 4 - Work Activity

**4.A.** Are you currently working?

**No, I have stopped working**  (Go to question **4.C.** below)

**IF YOU HAVE NEVER WORKED:**

**4.B.** When do you believe your condition(s) became severe enough to keep you from working (even though you have never worked)? (month/day/year)

**IF YOU HAVE STOPPED WORKING:**

**4.C.** When did you stop working? (month/day/year)

**04/10/2014**

Why did you stop working?

**Because of my condition(s).**

**4.D.** Did your condition(s) cause you to make changes in your work activity? (for example: job duties, hours or rate of pay)

**No** (Go to Section 5 - Education and Training)

**4.E.** Since the date in 4.D. above, have you had gross earnings greater than $1070 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

**IF YOU ARE CURRENTLY WORKING:**

**4.F.** Has your condition(s) caused you to make changes in your work activity? (for example: job duties or hours)

**4.G.** Since your condition(s) first bothered you, have you had gross earnings greater than $1070 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

AR0614

**(3368) Section 5 - Education and Training Information**

**5.A.** Check the highest grade of school completed. **1 year of college**
      Date Completed:                **1971**

**5.B.** Did you attend special education classes? No (Go to 5.C.)

**5.C.** Have you completed any type of specialized job training, trade or vocational school?
No

**(3368) Section 6 - Job History**

**6.A.** List the jobs (up to 5) that you had in the 15 years before you became unable to work because of your physical or mental conditions. List your most recent job first.

**Check here and go to Section 7 on page 5 if you did not work at all in the 15 years before you became unable to work.**

| Job Title | Type of Business | Dates Worked | | Hours Per Day | Days Per Week | Rate Of Pay | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | From mm/yy | To mm/yy | | | Amount | Frequency |
| Sr VP project engineer | engineer/construction | 1980 | 04/10/2014 | 8 | 5 | $250,000.00 | Year |

Check the box below that applies to you.

**I had only one job in the last 15 years before I became unable to work. Answer the questions below.**

Do not complete this page if you had **more than one job** in the last 15 years before you became unable to work.

6.B. Describe this job. What did you do all day?
**I managed of group of engineering managers for on-going like manufacturing plants. I traveled a lot to sites.**

6.C. In this job, did you:
      Use machines, tools or equipment? **Yes**
      Use technical knowledge or skills? **Yes**
      Do any writing, complete reports, or perform any duties like this? **Yes**

6.D. In this job, how many total hours each day did you do each of the tasks listed:

| Task | Hours | Task | Hours | Task | Hours |
|------|-------|------|-------|------|-------|
| Walk | 2 | Stoop (Bend down & forward at the waist) | 0 | Handle large objects | 0 |
| Stand | 2 | Kneel (Bend legs to rest on knees) | 0 | Write, type or handle small objects | 7 |
| Sit | 4 | Crouch (Bend legs & back down & forward) | 0 | Reach | 2 |
| Climb | 0.5 | Crawl (Move on hands & knees) | 0 | | |

6.E. Lifting and carrying (Explain in the box below, what you lifted, how far you carried it, and how often you did this in your job): **I carried my computer bag and luggage**

6.F. Check **heaviest** weight lifted: **30 lbs**

6.G. Check weight **frequently lifted** (by frequently, we mean from 1/3 to 2/3 of the workday.): **Less than 10 lbs.**

6.H. Did you supervise other people in this job? **Yes**
      How many people did you supervise? **21**
      What part of your time did you spend supervising people? **4**
      Did you hire and fire employees? **Yes**

6.I. Were you a lead worker? **No**

---

## (3368) Section 7 - Medicines

7. Are you taking any medicines (prescription or non-prescription)?
**Yes** (Give the information requested below. You may need to look at your medicine containers.)

| Name of Medicine | If prescribed, give name of doctor | Reason for medicine |
|---|---|---|
| Dexamethasone | BETH ISRAEL DEACONES | inflammation |
| enoxaparin | BETH ISRAEL DEACONES | blood thinner |
| lactulose | BETH ISRAEL DEACONES | nausea |
| Lorazepam | BETH ISRAEL DEACONES | anxiety |
| ondansetron | BETH ISRAEL DEACONES | unk |
| Pantoprazole | BETH ISRAEL DEACONES | unk |
| polethylene | BETH ISRAEL DEACONES | laxative |
| sennosides | BETH ISRAEL DEACONES | unk |
| Simvastatin | BETH ISRAEL DEACONES | cholesterol |
| sumatriptansuccinate | BETH ISRAEL DEACONES | unk |
| temozolomide | BETH ISRAEL DEACONES | unk |
| temozolomite | BETH ISRAEL DEACONES | unk |

## (3368) Section 8 - Medical Treatment

Have you seen a doctor or other health care professional or received treatment at a hospital or clinic, or **do you have a future appointment scheduled:**

**8.A.** For any **physical** condition(s)?
Yes

**8.B.** For any **mental** condition(s) **(including emotional or learning problems)**?
No

**If you answered "No" to both 8.A. and 8.B., go to Section 9 - Other Medical Information on page 11.**

Tell us who may have medical records about any of your physical and/or mental condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals (including emergency room visits), clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| 8.C. Name of Facility or Office | PMA |
|---|---|
| Name of health care professional who treated you | Steven Boudain |

| ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE. | | |
|---|---|---|

| Phone Number | 978-499-7200 | Patient ID# (if known) | |
|---|---|---|---|
| Mailing Address | One Parkway Haverhill, MA 01830 | | |

**Dates of Treatment**

| 1. Office, Clinic or Outpatient visits | | 2. Emergency Room visits List the most recent date first | | 3. Overnight hospital stays List the most recent date first | | | |
|---|---|---|---|---|---|---|---|
| First Visit | 2000 | A. | | A. Date in | | Date out | |
| Last Visit | 12/11/14 | B. | | B. Date in | | Date out | |
| Next scheduled appointment (if any) | 06/15 | C. | | C. Date in | | Date out | |

**What medical conditions were treated or evaluated?**

primary care

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)

routine care

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.

**Check this box if no tests by this provider or at this facility.**

| Kind of Test | Dates of Tests |
|---|---|
| | |

---

| 8.D. Name of Facility or Office | ANNA JAQUES HOSPITAL |
|---|---|
| Name of health care professional who treated you | unkn |

| ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE. | | |
|---|---|---|

| Phone Number | 978-463-1000 | Patient ID# (if known) | |
|---|---|---|---|
| Mailing Address | 25 HIGHLAND AVENUE ATTN MEDICAL RECORDS NEWBURYPORT, MA 01950 | | |

**Dates of Treatment**

| 1. Office, Clinic or Outpatient visits | | 2. Emergency Room visits List the most recent date first | | 3. Overnight hospital stays List the most recent date first | | | |
|---|---|---|---|---|---|---|---|
| First Visit | | A. | 08/11/14 | A. Date in | | Date out | |
| Last Visit | | B. | 05/12/14 | B. Date in | | Date out | |

| Next scheduled appointment (if any) | | C. | | C. Date in | | Date out | |
|---|---|---|---|---|---|---|---|

**What medical conditions were treated or evaluated?**

collapses and transported to Beth Israel by ambulance, medi-vacced in 08/14

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)

emergency

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.

**Check this box if no tests by this provider or at this facility.**

| Kind of Test | Dates of Tests |
|---|---|

---

| **8.E.** Name of Facility or Office | BETH ISRAEL DEACONES | | | | | | |
|---|---|---|---|---|---|---|---|
| Name of health care professional who treated you | Erik Uhlmann MD (neuro oncology); Sandy Chikel NP; Loretta Barron NP | | | | | | |

**ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.**

| Phone Number | 617-667-3710 | | Patient ID# (if known) | | |
|---|---|---|---|---|---|
| Mailing Address | 330 BROOKLINE AVENUE<br>ATTN MEDICAL RECORDS<br>BOSTON, MA 02215 | | | | |

**Dates of Treatment**

| | **1. Office, Clinic or Outpatient visits** | | **2. Emergency Room visits**<br>List the most recent date first | | **3. Overnight hospital stays**<br>List the most recent date first | | |
|---|---|---|---|---|---|---|---|
| First Visit | 05/12/2014 | A. | 08/2014 | A. Date in | 08/2014 | Date out | 10 days |
| Last Visit | 01/09/2015 | B. | | B. Date in | | Date out | |
| Next scheduled appointment (if any) | 02/03/15 | C. | | C. Date in | | Date out | |

**What medical conditions were treated or evaluated?**

collapsed, brain cancer & pulmonary embolism

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)

tests, diagnosis, medications, 2 brain biopsies, chemo, radiation

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.

**Check this box if no tests by this provider or at this facility.**

| Kind of Test | Dates of Tests |
|---|---|
| EEG (Brain wave test) | 05/2014 |
| MRI/CT Scan (brain) | 05/2014 |

AR0619

| 8.F. Name of Facility or Office | LAHEY MEDICAL CENTER | | | | |
|---|---|---|---|---|---|
| Name of health care professional who treated you | William O'Merar MD | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | |
| Phone Number | 978-538-4267 | Patient ID# (if known) | | | |
| Mailing Address | ONE ESSEX CENTER DRIVE PEABODY, MA 01960 | | | | |

**Dates of Treatment**

| | 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits List the most recent date first | | 3. Overnight hospital stays List the most recent date first | | |
|---|---|---|---|---|---|---|
| First Visit | 05/29/14 | A. | | A. Date in | | Date out |
| Last Visit | 07/23/14 | B. | | B. Date in | | Date out |
| Next scheduled appointment (if any) | none | C. | | C. Date in | | Date out |

**What medical conditions were treated or evaluated?**

brain cancer Stage 4

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)

radiation

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.

**Check this box if no tests by this provider or at this facility.**

| Kind of Test | Dates of Tests |
|---|---|

| 8.G. Name of Facility or Office | Wingate Rehabilitation & Skilled Nursing | | | | |
|---|---|---|---|---|---|
| Name of health care professional who treated you | unk | | | | |
| **ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.** | | | | | |
| Phone Number | 978-470-3434 | Patient ID# (if known) | | | |
| Mailing Address | 80 Andover St Andover, MA 01810 | | | | |

**Dates of Treatment**

| | 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits List the most recent date first | | 3. Overnight hospital stays List the most recent date first | | |
|---|---|---|---|---|---|---|
| First Visit | | A. | | A. Date in | 08/22/14 | Date out | 2 weeks |
| Last Visit | | B. | | B. Date in | | Date out |

| Next scheduled appointment (if any) | | C. | | C. Date in | | Date out | |
|---|---|---|---|---|---|---|---|

| What medical conditions were treated or evaluated? |
|---|
| rehab after hospitalization for pulmonary embolism |

| What treatment did you receive for the above conditions? (Do not describe medicines or tests in this box.) |
|---|
| PT, OT |

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.

**Check this box if no tests by this provider or at this facility.**

| Kind of Test | Dates of Tests |
|---|---|

## (3368) Section 9 - Other Medical Information

**9. Does anyone else have medical information about any of your physical and/or mental condition(s) (including emotional and learning problems), or are you scheduled to see anyone else?** (This may include places such as workers' compensation, vocational rehabilitation, insurance companies who have paid you disability benefits, prisons, attorneys, social service agencies and welfare.)

**Yes** (Please complete information below.)

| Name | Matrix Insurance | | | | |
|---|---|---|---|---|---|
| Phone Number | 770-253-0033 | | Claim or ID Number (if any) | | |
| Mailing Address, City, State/Province, ZIP/Postal Code, Country (if not USA) | 25 Greenville St Newnan, GA 30263 | | | | |
| Date of First Contact | 08/2014 | Date of Last Contact | 01/15 | Date of Next Contact (if any) | 02/15 |
| Reasons for Contacts | | | | | |
| short and hopefully long-term private disability | | | | | |

AR0621

**COMPLETE THIS SECTION ONLY IF YOU ARE ALREADY RECEIVING SSI.**

**(3368) Section 10 - Vocational Rehabilitation, Employment, or Other Support Services**

**10.A.** Have you participated, or are you participating in:

- An individual work plan with an employment network under the Ticket to Work Program;
- An individualized plan for employment with a vocational rehabilitation agency or any other organization;
- A Plan to Achieve Self-Support (PASS);
- An individualized education program (IEP) through a school (if a student age 18 - 21); or
- Any program providing vocational rehabilitation, employment services, or other support services to help you go to work?

**(3368) Section 11 - Remarks**

Please write any additional information you did not give in earlier parts of this report. If you did not have enough space in the sections of this report to write the requested information, please use this space to tell us the additional information requested in those sections. Be sure to show the section to which you are referring.

| **Date Report Completed** | ▶ _____ / _____ / _____ |
|---|---|
| | (Month)   (Day)        (Year) |

**Form SSA-3368 EDCS**

AR0622

# DISABILITY REPORT - FIELD OFFICE - Form SSA-3367

## (3367) ID/Prior Filings

**Identifying Information**

1. Name of person(s) on whose Social Security record(s) this claim is being filed:

**Anthony Ministeri JR**

His or Her Social Security Number(s): ██-5766

Name of Claimant (if different from above):

SSN (if different from above):

Gender: **Male**

Date of Birth: ██/1953

2. Claimant's Alleged Onset Date: **04/10/2014**

| | |
|---|---|
| 3. Potential Onset Date (if different from above): | **04/10/2014, DIB** |
| 4. Reason for Potential Onset Date: | |
| SSI Application Date: | **No** |
| SSI Alien: | **No** |
| Date Last Insured: | **No** |
| Date First Insured: | **No** |
| Controlling Date: | **No** |
| Statutorily Blind: | **No** |
| Work Before/After AOD: | **Yes** |
| UWA: | **No** |
| SGA: | **Yes** |
| Not SGA: | **No** |
| 820/821 In File: | **No** |
| Other (Explain Below): | **No** |
| 5. Explanation for Potential Onset Date, when applicable: | **ROD: 04/10/2014 based on last work** |
| 820/821 Pending: | **No** |
| Date requested: | |

**Miscellaneous Information**

6. Protective Filing Date:

Date Last Insured (DIB/Freeze case): **12/31/2018**

Closed Period Case: **No**

**Prior Filing Information**

7. Prior Filing(s): **No**

If "Yes" and you are not sending the prior folder, enter the following:

## (3367) Presumptive

The Presumptive Disability page details are not being displayed here because there is no initial level SSI claim on this case.

## (3367) Observations

9. Observations/Perceptions:

How was the Interview Conducted? **Face-to-face with claimant**

If the claimant had difficulty with the following, explain in Observations, or show "No" or "Not observed/perceived." (Explain any "No" answers that you think would assist the DDS in making a decision):

Hearing:          No
Reading:          No
Breathing:        No
Understanding: No
Coherency:        No
Concentrating: No
Talking:          No
Answering:     **Yes**
Sitting:          No
Standing:         No
Walking:          No
Seeing:           No
Using hand(s): No
Writing:          No

Other (specify):
**The claimant forgot names and dates. He turned to his wife fairly often.**

Observations: Describe the claimant's behavior, appearance, grooming, degree of limitations, etc.
**The claimant was casuslly dressed and had good hygiene. He was polite, cooperative, and had a nice sense of humor.**

## (3367) Development

10. Development Initiated by FO:

A. Medical:

B. Other:

C. Forms to be completed by applicant and sent to the DDS:
SSA-3371:
SSA-3369:
Other:

11. Was medical evidence brought in to the FO by the claimant? **No**
12. Is DDS capability development needed? **No**
Remarks:

Name of Interviewer: **D. Higgins**
Phone Number: **866-964-4324**
Name of Person Completing Form: **D. Higgins**
Date: **01/16/2015**

---

**Form SSA-3367 EDCS**

AR0625

## Health Information Technology (HIT) Medical Report

NOTE: The following displays data transmitted to SSA from the health IT partner using standards-based computer transactions and is reformatted to assist with navigating through the clinical details of the record. Known duplicative information will be struck-through (e.g. ~~sample~~).

### Summarization of episode note
### BIDMC Continuity of Care Document

### Received From: BETH ISRAEL DEACONESS MEDICAL CENTER

Creation Date:
01/16/2015

Date Range Requested:
04/10/2013 - 01/16/2015

Type of Request:
MEGAHIT Triggered

**Anthony Ministeri JR**
**SSN:** ███-5766              **DOB:** ███/1953              **Sex:** Male

**Partner Medical Record Demographics:**
Name: ANTHONY MINISTERI     **DOB:** 01/23/1953              **Sex:** Male

**Table of Contents**
- Problems List [PROB LIST]
- Encounters [ENC]
- Procedures [PROCED]
- Laboratory Results [LABS]

# PROB LIST

**Problems List**

| Problem [Code] | Occurrences | First Date | Last Date | Associated Types |
|---|---|---|---|---|
| Abn function study NEC [794.9] | 1 | May 22, 2014 | - | ASSERTION |
| Abn liver function study [794.8] | 1 | May 22, 2014 | - | ASSERTION |
| Abn react-procedure NEC [E879.8] | 1 | May 13, 2014 | - | ASSERTION |
| Accid in resident instit [E849.7] | 1 | May 13, 2014 | - | ASSERTION |
| Acute respiratry failure [518.81] | 1 | Aug 21, 2014 | - | ASSERTION |
| Altered mental status [780.97] | 1 | May 07, 2014 | - | ASSERTION |
| Anemia NOS [285.9] | 1 | Aug 21, 2014 | - | ASSERTION |
| Brain condition NOS [348.9] | 1 | May 07, 2014 | - | ASSERTION |
| Brain neoplasm NOS [239.6] | 1 | May 13, 2014 | - | ASSERTION |
| Cardiogenic shock [785.51] | 1 | Aug 21, 2014 | - | ASSERTION |
| Gout NOS [274.9] | 1 | May 13, 2014 | - | ASSERTION |
| H.influenzae pneumonia [482.2] | 1 | Aug 21, 2014 | - | ASSERTION |
| Hemorrhage complic proc [998.11] | 1 | May 13, 2014 | - | ASSERTION |
| Hx antineoplastic chemo [V87.41] | 1 | Aug 21, 2014 | - | ASSERTION |
| Hx of irradiation [V15.3] | 1 | Aug 21, 2014 | - | ASSERTION |
| Hyperlipidemia NEC/NOS [272.4] | 3 | May 13, 2014 | Aug 21, 2014 | ASSERTION |
| Hypertension NOS [401.9] | 3 | May 13, 2014 | Aug 21, 2014 | ASSERTION |
| Joint replaced hip [V43.64] | 2 | May 13, 2014 | May 22, 2014 | ASSERTION |
| Mal neo parietal lobe [191.3] | 7 | May 19, 2014 | Jan 09, 2015 | ASSERTION |
| Malig neo brain NOS [191.9] | 3 | May 22, 2014 | Aug 21, 2014 | ASSERTION |
| Other alter consciousnes [780.09] | 1 | Aug 21, 2014 | - | ASSERTION |
| Saddle embol pulmon art [415.13] | 2 | Aug 11, 2014 | Aug 21, 2014 | ASSERTION |
| Thrombocytopenia NOS [287.5] | 1 | Aug 21, 2014 | - | ASSERTION |
| Tobacco use disorder [305.1] | 1 | May 22, 2014 | - | ASSERTION |

**Narrative Text**

| Problem | Effective Dates | Problem Status | Provider | Comments |
|---|---|---|---|---|
| GLIOBLASTOMA | | Active | 13-ACI - Dr. ERIK J. UHLMANN | |
| BRAIN NEOPLASM NOS - 239.6 | 05/13/14 | Active | 14-AAR - Dr JEFFREY E. ARLE | Inpatient discharge diagnosis |
| HYPERLIPIDEMIA NEC/NOS - 272.4 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| HEMORR COMPLIC PROCEDURE - 998.11 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| ABN REACT-PROCEDURE NEC - E879.8 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| ACCID IN RESIDENT INSTIT - E849.7 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| GOUT NOS - 274.9 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |

| Problem | Effective Dates | Problem Status | Provider | Comments |
|---|---|---|---|---|
| HYPERTENSION NOS - 401.9 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| JOINT REPLACEMENT-HIP - V43.64 | 05/13/14 | Active | 14-AAR - Dr JEFFREY E. ARLE | Inpatient discharge diagnosis |
| MALIG NEO BRAIN NOS - 191.9 | 05/22/14 | Active | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| HYPERLIPIDEMIA NEC/NOS - 272.4 | 05/22/14 | Active | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| ABN FUNCTION STUDY NEC - 794.9 | 05/22/14 | Active | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| ABN LIVER FUNCTION STUDY - 794.8 | 05/22/14 | Active | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| JOINT REPLACEMENT-HIP - V43.64 | 05/22/14 | Active | 14-AAE - Dr EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| TOBACCO USE - 305.1 | 05/22/14 | Active | 14-AAE - Dr EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| HYPERTENSION NOS - 401.9 | 05/22/14 | Active | 14-AAE - Dr EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| SADDLE EMBOLUS OF PULMONARY ARTERY - 415.13 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| ACUTE RESPIRATORY FAILURE - 518.81 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| CARDIOGENIC SHOCK - 785.51 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| H.INFLUENZAE PNEUMONIA - 482.2 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| MALIG NEO BRAIN NOS - 191.9 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| THROMBOCYTOPENIA NOS - 287.5 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| SEMICOMA/STUPOR - 780.09 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| HYPERTENSION NOS - 401.9 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| HYPERLIPIDEMIA NEC/NOS - 272.4 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| ANEMIA NOS - 285.9 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| HX OF IRRADIATION - V15.3 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |

AR0628

| Problem | Effective Dates | Problem Status | Provider | Comments |
|---|---|---|---|---|
| PERSONAL HISTORY OF ANTINEOPLASTIC CHEMOTHERAPY - V87.41 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| BRAIN CONDITION NOS - 348.9 | 05/07/14 | Active | 12-ATJ - Dr. MAUREEN CHASE | ED visit diagnosis |
| ALTERED MENTAL STATUS - 780.97 | 05/07/14 | Active | 12-ATJ - Dr. MAUREEN CHASE | ED visit diagnosis |
| SADDLE EMBOLUS OF PULMONARY ARTERY - 415.13 | 08/11/14 | Active | 12-968 - Dr. LARRY ADAM NATHANSON | ED visit diagnosis |
| MALIG NEO BRAIN NOS - 191.9 | 08/11/14 | Active | 12-968 - Dr. LARRY ADAM NATHANSON | ED visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 05/19/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 06/02/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 09/19/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 10/17/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 11/14/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 12/12/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 01/09/15 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |

# ENC

### Encounters

**Progress note 05/07/2014 Dr. Maureen Chase Service: Emergency**

Note Date: 05/07/14

Signed by MAUREEN CHASE, MD on 05/07/14 at 7:04 pm Affiliation: BIDMC

--Title: ED Attending Physician Chart (V1): INTRACRANIAL MASS

Beth Israel Deaconess Medical Center

Anthony Ministeri, MRN: 2285630

Date of Birth: Jan 23, 1953

Beth Israel Deaconess Medical Center Attending Physician Chart

(V1)

ED MD: Maureen Chase MD

Visit date May 7, 2014, report date May 7, 2014

Attending Physician: Maureen Chase MD, MD

Visit Date: May 7, 2014

Chart Created: May 7, 2014 16:26

HISTORY OF PRESENTING ILLNESS

**Progress note 05/07/2014 Dr. Maureen Chase Service: Emergency**

This patient is a 61 year old male who complains of
INTRACRANIAL MASS. 61 yo mle transferred from AJH after
found to have a mass concerning for glioblastoma in setting
confusion for past 6 days. Pt denies any focal neurologic
complaints.

CT Head: Large mass (6.6x5.4x4.4cm) involving the R frontal
and parietal lobe that crosses the corpus callosum highly
concerning for high-grade glioma w/ associated mass effect
and 4mm R to L midline shift. Received decadrom at OSH. The
patient is reporting that he was slightly confused over the
past several days which he noted when attempting to find his
floor in a hotel room using the elevator banks. He denies
focal weakness but does note that he has had a hard time
keeping a drink in the upright position and his left hand
which is his dominant hand for the past week or so.

Timing: Gradual

Severity: Moderate

Duration: 6 Days

Context/Circumstances: mild confusion x 6 days

Associated Signs/Symptoms: denies HA

PAST FAMILY AND SOCIAL HISTORY

Nursing triage/initial **assessment** reviewed and confirmed

Past Medical History: htn, hyperchol, cluster headaches
treated with botox

Medications: Simvastatin, naproxen,
verapamil

Allergies and Reactions: NKDA

Family History: no fh cancers

Social History: Tobacco: Current; 1
PPD.

Alcohol: Yes

Recreational Drugs: None.

Denies Drugs. Positive for

Alcohol and Smoking.

**REVIEW OF SYSTEMS**

All other systems reviewed and negative.

**PHYSICAL EXAMINATION**

Temp: 98.4 HR: 85 BP: 140/83 Resp: 18 O(2)Sat: 96 Normal

Constitutional: mildly anxious

Chest: Normal

Cardiovascular: Normal

Abdominal: Normal

Neuro: slight facial asymmetry around eyes (chronic per
family), speech fluent, left pronator drift, normal gait

Psych: Normal mentation

SUPPLEMENTS

AR0630

**Progress note 05/07/2014 Dr. Maureen Chase Service: Emergency**

Initial Provider contact information

Initial provider: Nissa J Ali

Initial contact: 05/07/2014 15:42

MEDICAL DECISION MAKING

Neurosurgery **consult** on patient arrival. Will admit the
patient for MRI, possible biopsy.

Service Consulted at 16 23 Neurosurgery

Final ED **Diagnosis** 1: Brain tumor concerning for
glioblastoma

This uploaded version of the chart may not be the final one;
some addenda and test **results** may not be entered into this
OMR note

This Emergency Department patient encounter note may have
been created using voice-recognition software and in real
time during the ED visit. Please excuse any typographical
errors that have not been edited out.

**Initial note 05/08/2014 Andrew M. Busler, Dr. Jeffrey E. Arle Service: Neurosurgery**

Note Date: 05/08/14

Signed by ANDREW BUSLER, NP on 05/08/14 at 12:13 am Affiliation: BIDMC

Cosigned by JEFFREY ARLE, MD on 05/09/14 at 8.34 am

CC: disorientation

HPI: Patient is a 61 year old gentleman who presented to an OSH
for evaluation after he had 1 week of symptoms consisting of
disorientation, difficulty driving, difficulty concentrating, and
some poor balance when ambulating. Imaging was done which showed
a right sided brain lesion on CT that appeared to cross the
midline concerning for high grade glioma. He was sent to BIDMC
for further management and care. He denies headaches, nausea,
vomiting, dizziness, changes in vision, hearing, or speech.

PMHx: Right hip replacement, osteoarthritis

All: NKDA

Medications prior to admission: none

ROS: as above per HPI, denies alternate system complaints

PHYSICAL EXAM:

Gen: WD/WN, comfortable, NAD.

HEENT Pupils: PERRL EOMs full however does skip when
looking to left

Neck: Supple.

Lungs: CTA bilaterally.

Cardiac: RRR. S1/S2.

Abd: Soft, NT, BS+

Extrem Warm and well-perfused.

Neuro:

AR0631

**Initial note 05/08/2014 Andrew M. Busler, Dr. Jeffrey E. Arle Service: Neurosurgery**

Mental status: Awake and alert, cooperative with exam, normal affect.

Orientation: Oriented to person, place, and date.

Language: Speech fluent with good comprehension and repetition. Naming intact. No dysarthria or paraphasic errors.

Cranial Nerves:

I: Not tested

II: Pupils equally round and reactive to light, 4mm to 2mm bilaterally. On gross visual field exam has a left homonymous hemianopsia

III, IV, VI: EOMs full but does skip to left side to try and catch up c/w field cut

V, VII: Facial strength and sensation intact and symmetric.

VIII: Hearing intact to voice.

IX, X: Palatal elevation symmetrical.

XI: Sternocleidomastoid and trapezius normal bilaterally.

XII: Tongue midline without fasciculations.

Motor: Normal bulk and tone bilaterally. No abnormal movements, tremors. Strength full power 5/5 throughout. No pronator drift

Sensation: Intact to light touch, proprioception, pinprick and vibration bilaterally.

CT: CT OSH shows Right sided brain lesion that appears to cross midline concerning for high grade glioma

**Assessment**/Plan: 61 M presents as a transfer from OSH for eval of right sided brain lesion seen on CT scan. Symptoms of disorientation, gait disturbance, and difficulty driving subjectively as well as **finding** of left homonymous hemianopsia on physical exam. Plan as follows:

1. Will admit to neurosurgery service floor

2. Will start patient on decadron 4mgq6hours

3. MRI of the brain with and without contrast to further characterize lesion

4. CT of the chest/abdomen/pelvis to evaluate for malignancy as CXR at OSH showed? Lung lesion

5. Will likely perform brain biopsy for pathology later this week.

I have reviewed this case with Dr Jeffrey Arle who formulated the above plan.

Thank you for this **consult**.

Andrew Busler MSN, ACNP-BC

On I saw and examined the patient and reviewed this note. I agree with the **findings** and plan of care. I would add the following remarks:

Attending Physician

Jeffrey Arle MD PhD

AR0632

Initial note 05/08/2014 Andrew M. Busler, Dr. Jeffrey E. Arle Service: Neurosurgery

**Progress note 05/08/2014 Dr. Lorraine RN Macisaac Service: Inpatient**

Note Date: 05/08/14

Signed by LORRAINE MACISAAC, RN on 05/08/14 at 3:46 pm Affiliation: BIDMC

Initial Patient **Assessment** - Case Management

Ministeri, Anthony

BID #228-56-30 01/23/1953

Current Bed:F 501

Anticipated Discharge Date: not clear

Primary Insurance. Blue Cross

Free Care App. Medicaid App:

Functional Status / Services Prior To Admission:Independent

Health Care Proxy: offered, wife to discuss with patient

Primary Contact:spouse

Referrals Recommended:

Current Plan: cont to follow closely

Patient Discussed with Multidisciplinary Team? [x ]Y / [ ]N

Case Manager: Lorraine Macisaac, RN

Date:05/08/14

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**PATIENT DISCHARGE PLAN**
**PATIENT INFORMATION**

| | | |
|---|---|---|
| Patient Name | ANTHONY MINISTERI | |
| MRN#: | 2285630 | |
| Case#. | 0319758 4 | |
| DOB: | ▬1953 | |
| Patient Status: | Admitted MAY 07,2014 | |
| Reason for Admission: | BRAIN MASS | |
| Discharged to | Home | |
| Primary Physician: | Dr. STEPHEN P. BEAUDOIN | 978-499-7200 |
| Attending Physician: | Dr. JEFFREY E. ARLE | 617-632-7246 |

**DISCHARGE MEDICATIONS**

1.Bisacodyl 10 mg PO/PR DAILY constipation
RX *bisacodyl 5 mg 2 tablet(s) by mouth once a day
Disp #*60 Tablet Refills:*0
2.Dexamethasone 4 mg PO Q6H
RX *dexamethasone 4 mg 1 tablet(s) by mouth every 6 hours
Disp #*45 Tablet Refills:*0
3.Famotidine 20 mg PO BID
RX *famotidine 20 mg 1 tablet(s) by mouth twice a day
Disp #*60 Tablet Refills:*0
4.LeVETiracetam 500 mg PO BID
RX *levetiracetam 500 mg 1 tablet(s) by mouth twice a day
Disp #*60 Tablet Refills:*0
**DISCHARGE INSTRUCTIONS**
**FINAL DIAGNOSIS**
**RECOMMENDED FOLLOW-UP**

**MAJOR SURGICAL OR INVASIVE PROCEDURES**
**CONDITION AT DISCHARGE**
Discharge: Electronically Signed by WILLIAMS,LISA, APN on 05/09/14 @ 1516

---

**Progress note 05/09/2014 Dr. Lorraine RN Macisaac Service: Inpatient**

Note Date: 05/09/14

Signed by LORRAINE MACISAAC, RN on 05/09/14 at 11:51 am Affiliation: BIDMC

Continued Stay Review - Case Management

Patient: Ministeri, Anthony

MRN: BID #228-56-30

DOB ███ 953

Final D/C Plan? [ ]Y / [x ]N

Discharge Plan: Unclear at this time. Continues IVF and imaging.

Awaiting recs from team.

Transportation:

Discharge Facility:

Facility Comments:

Homecare Info:

DME Info:

Case Manager: Lorraine Macisaac, RN

Date Completed 05/09/14

---

**Initial note 05/09/2014 Dr. Xiuning Le, Dr. Robb S. Friedman Service: Hematology/Oncology**

Note Date: 05/09/14

Signed by XIUNING LE, MD on 05/09/14 at 8:02 pm Affiliation: BIDMC

Cosigned by ROBB S FRIEDMAN, MD on 05/11/14 at 10:32 pm

HEMATOLOGY-ONCOLOGY INITIAL **CONSULT** NOTE

Attending on Service: Dr. Robb Friedman

Fellow on service: Dr. Xiuning Le

Rotating Medical Student: AJ Piper, MS4

SERVICE REQUESTING **CONSULT**: Neurosurgery

ATTENDING: Dr. Jeffrey Arle

REASON FOR **CONSULT**: Brain tumor

**CHIEF COMPLAINT**: confusion, dizziness, incoordination

HISTORY OF PRESENT ILLNESS: Mr. Ministeri is a 61yo man with history of smoking who presented with confusion, dizziness, and incoordination of 1 week duration. Mr. Ministeri was feeling completely normal until about 1 week ago when he found himself lost in a hotel in New York City, requiring assistance to find his room. Similar episodes of confusion, incoordination, and dizziness continued to occur over the last week prompting Mr. Ministeri to seek evaluation at an AJH in Newburyport. CT at AJH was concerning for right sided high-grade glioma crossing the midline without midline shift or hydrocephalus. **Review of systems** reveals that Mr. Ministeri retains his appetite, but has lost

AR0634

**Initial note 05/09/2014 Dr. Xiuning Le, Dr. Robb S. Friedman Service: Hematology/Oncology**

10lbs over the last month or so. Mr. Ministeri denies any headaches, vision or hearing changes, nausea/vomiting, facial droop, or dysarthria. He denies any weakness or abnormalities in sensation.

Since arrival at the BIDMC, Mr. Ministeri has undergone further imaging and work-up. Brain MRI with and without contrast confirms an irregular enhancing lesion which crosses the corpus collasum without midline shift or hydrocephalus. A possible lung nodule found on X-ray at AJH was not found on chest CT. However, CT chest and abdominal **findings** at BIDMC included possible hepatic hemangioma, lytic spine lesion at T11, and a left femoral intertrochanteric density consistent with an endochondroma.

**Review of systems:**
(+) Per HPI
(-) Denies fever, chills, night sweats. Denies headache, sinus tenderness, rhinorrhea or congestion. Denied cough, shortness of breath. Denied chest pain or tightness, palpitations. Denied nausea, vomiting, diarrhea, constipation or abdominal pain. No recent change in bowel or bladder habits. No dysuria. Denied arthralgias or myalgias.

PAST MEDICAL HISTORY:
1) Cluster headaches
2) Closed skull fracture
3) HTN
4) Hyperlipidemia
5) Osteoarthritis

PAST SURGICAL HISTORY:
1) Right total hip arthroplasty

HOME MEDICATIONS: Simvastatin, naproxen, verapamil
INPATIENT MEDICATIONS: Decadron 4mg Q6hrs, levetiracetam 500mg PO BID, famotidine, lorezapam, diphenhydramine, heparin 5000 SC TID, Insulun sliding scale, nicotine patch

ALLERGIES: NKDA

SOCIAL HISTORY: Pt lives with his wife Renee and is happily married with children. The oldest is a junior in college living in SC. One grandchild. Pt was recently let go from one contruction/engineering firm and began work with another in April in a part-time position. He has medical insurance, but is uncertain about disability status. Pt is a long-time 1ppd smoker and socially uses EtOH. No illicit drug use.

FAMILY HISTORY: NC

PHYSICAL EXAM
VS: 98.4 122/77 78 19 95% on RA
GENERAL: alert and oriented, NAD
HEENT No scleral icterus. PERRLA/EOMI. MMM.
EXTREMITIES: No c/c/e

**Initial note 05/09/2014 Dr. Xiuning Le, Dr. Robb S. Friedman Service: Hematology/Oncology**

NEURO: A&Ox3. Appropriate. CN 2-12 grossly intact. Preserved

sensation throughout. 5/5 strength throughout. Gait **assessment**

deferred

LABS:

Na: 138

K: 4.6

Cl: 103

HCO3: 25

BUN: 16

Cr: 0.7

Gluc: 136

AGap=15

Ca: 9.0 Mg: 2.4 P: 3.5

WBC: 7.3

Hgb: 15.2

Hct: 46.6

Plt: 161

N:84.3 L:11.3 M:3.7 E:0.2 Bas:0.5

STUDIES:

5/8 - HEAD CT W/Wo Contrast:

**IMPRESSION**:

Irregular enhancing mass lesion with central areas of low signal

intensity is with involvement of the corpus callosum in both

occipital lobes most likely due to a glioma. No midline shift or

hydrocephalus.

5/8 - CHEST CT W/ Contrast

**IMPRESSION**:

no evidence of intrathoracic malignancy. Mild to moderate

emphysema

**IMPRESSION**:

Please note that thoracic **findings** will be detailed in a separate

chest CT

report.

1. Multiple hepatic hypodensities, some of which may represent

hemangiomas, however metastatic disease cannot be excluded.

Recommend MRI of the liver for additional evaluation.

2. Lytic appearing lesion in T11, which may represent an

atypical hemangioma or metastatic disease. Recommend MRI of the

thoracic spine for additional evaluation.

3. Area of increased sclerosis in the intertrochanteric region of

the left femur likely represents a cartilaginous lesion, such as

an enchondroma. Dedicated radiograph of the left femur could be

performed for additional evaluation.

The study and the report were reviewed by the staff radiologist.

AR0636

**Initial note 05/09/2014 Dr. Xiuning Le, Dr. Robb S. Friedman Service: Hematology/Oncology**

**ASSESSMENT** AND PLAN:Mr. Ministeri is a 61yo man with smoking history who presented with one week of confusion and incoordination found to have a right-sided enhancing brain lesion highly concerning for high-grade glioma. Additional studies do not at this point indicate a distant primary tumor. CXR at an OSH did demonstrate a lung nodule, though this was not found on chest CT. Chest and abdominal CT did reveal multiple hepatic hypodensities, possibly indicative of hemangiomas versus metastasis. Additionally, a lytic-appearing spine lesion was noted at T11. While both lesions could be better characterized with MRI, biopsy of the brain mass on Monday will offer definitive **diagnosis** of his brain lesion.

If the biopsy confirms high grade glioma, maximal safe resection and whole brain radiation is typically followed by chemotherapy with temazolimide as the standard of care most typically offered by neuro-oncology. Additional agents have been approved for use in the recurrent setting.

At this point, we suggest no further imaging studies or work-up anticipating that following **results** of brain biopsy complete oncologic care will be established through neuro-oncology, neurosurgery and radiation oncology.

Thank you for involving us in Mr. Ministeri's care. The patient was seen and discussed with Dr. Robb Friedman, who is the **consult** attending.

Addendum by ROBB S FRIEDMAN, MD on 05/11/14 at 10:32 pm: Attending Addendum

I interviewed and examined the patient and reviewed the chart and relevant data. I agree with **assessment** and recommendations, which I formulated with Dr. Le. Time spent with patient and formulating plan: 50 minutes.

Robb S. Friedman MD
Hematology / Oncology

**Initial note 05/09/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 05/09/14

Signed by ERIK UHLMANN, MD on 05/14/14 at 7:40 pm Affiliation: HMFP practice

NEURO-ONCOLOGY **CONSULT** NOTE

PATIENT: Anthony Ministeri

BID MRN: 2285630

LOCATION: FA5-FA501-02

DATE OF VISIT: May 9, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

AR0637

**Initial note 05/09/2014 Dr. Erik J. Uhlmann Service: Neurology**

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal mass
involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: pending

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He is visited in his
hospital room with two of his colleagues and friends.

MEDICATIONS:

1. Dexamethasone 4 mg PO Q6H

2. LeVETiracetam 500 mg PO BID

3. Insulin SC Sliding Scale

4. Dextrose 50% 12.5 gm IV PRN hypoglycemia protocol

5. Glucagon 1 mg IM Q15MIN:PRN hypoglycemia protocol

6. Glucose Gel 15 g PO PRN hypoglycemia protocol

7. Docusate Sodium 100 mg PO BID:PRN constipation

8. Famotidine 20 mg PO BID

9. Bisacodyl 10 mg PO/PR DAILY constipation

10. IV access: Peripheral line

11. IV 20 mEq Potassium Chloride 1000 ml NS 85 ml/hr

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal mass

2. Cluster headaches, botulinum injections

3. Right hip replacement, osteoarthritis

4. Closed skull fracture

5. Hypertension

6 Dyslipidemia

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years. .

**REVIEW OF SYSTEMS**:

Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no

AR0638

**Initial note 05/09/2014 Dr. Erik J. Uhlmann Service: Neurology**

dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety  No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

## PHYSICAL EXAMINATION:

T 98.1 BP 114/86 P 72 R 18 KPS 50 spO2 99%RA. Mental status is
satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness.

LABORATORY:
5/9/14 WBC 8.6 HGB 15.0 PLT 158
5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0.9 GLC 145

IMAGING:
1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass
lesion identified involving the right parietal occipital region
involving the splenium of corpus callosum with a small nodular
area of enhancement in the left occipital lobe. There is
involvement of the corpus callosum seen. There is surrounding
edema identified. Small amount of subacute and chronic blood
products are seen. The distribution and appearance is suggestive
of a primary brain neoplasm such as glioma. There is mass effect
on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal
horn likely secondary to mass effect upon the right trigone.
2. CT c/a/p dated 5/8/14 shows no evidence of intrathoracic
malignancy. Mild to moderate emphysema. Multiple hepatic
hypodensities, some of which may represent hemangiomas, however
metastatic disease cannot be excluded. Lytic appearing lesion in
T11, which may represent an atypical hemangioma or metastatic
disease. Area of increased sclerosis in the intertrochanteric
region of the left femur likely represents a cartilaginous
lesion, such as an enchondroma. Dedicated radiograph of the left
femur could be performed for additional evaluation.

## ASSESSMENT AND PLAN:

AR0639

**Initial note 05/09/2014 Dr. Erik J. Uhlmann Service: Neurology**

In summary, this is a 61 year old, left-handed man with right
frontal and parietal mass involving the corpus callosum,
confusion, and disorientation. He will undergo biopsy of the
lesion. I will review the pathology. He has no seizure history
and on levetiracetam. He is on dexamethasone along with GI
prophylaxis. 60 minutes were spent with the patient of which 50%
was counseling. Additional time was spent on reviewing tests and
images, and preparing documentation. All questions were answered
to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

**Initial note 05/09/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

Note Date: 05/09/14

Signed by RAVI CHANDRA, MD on 05/12/14 at 9:48 am Affiliation: BIDMC

Cosigned by SCOTT FLOYD, MD, PHD on 05/13/14 at 11:41 am

INITIAL **CONSULTATION** NOTE

Department of Radiation Oncology

Beth Israel Deaconess Medical Center

330 Brookline Avenue, Boston, MA 02215

(617) 667-2345

BIDMC: 228-56-30

Name  Ministeri, Anthony

DOB: ████/1953

Address: ████████████Merrimac, MA 01860.

Phone: 978-346-████

Referring MD: Jeffrey Arle, M.D.

Primary MD: Stephen Beaudoin, M.D.

**Diagnosis**: Brain masses, liver and bone lesions.

Performance Status: ECOG 1.

DATE. 05/09/2014

IDENTIFICATION: Mr. Ministeri is a 61-year-old male who recently
presented with one week of disorientation/confusion as well as
coordination difficulties  He was found on a CT scan at an
outside facility to have a brain lesion. He has subsequently
been sent to our hospital for further evaluation and management.
We have been asked by Dr. Arle and the primary team to see the
patient and make recommendations regarding next steps in
management.

HISTORY OF PRESENT ILLNESS: The patient reports that he has been
in his usual state of health until recently. He notes on a
recent business trip to New York one week ago having some issues
with getting lost within an office building and even walking on
the street. He notes that he has also had some difficulty typing

**Initial note 05/09/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

memos, occasionally typing gibberish. He also notes he has had some difficulty with drinking from cups and is noting increased clumsiness. He presented to Anna Jacques Hospital where a CT scan demonstrated reportedly an approximately 6 cm mass in the right frontal and parietal lobe. The patient received Decadron and was transferred. While at Beth Israel Deaconess, an MRI of the brain was obtained demonstrating enhancing mass lesion in the right parieto-occipital regions involving the splenium of the corpus callosum with a small area of nodular enhancement in the left occipital lobe. There was noted to be perilesional edema. There was no midline shift or hydrocephalus appreciated, and in aggregate these **results** were felt to be most consistent with a primary glioma. CT of the chest was obtained the same day, which did not demonstrate any evidence of intrathoracic malignancy. CT of the abdomen and pelvis demonstrated multiple hepatic hypodensities felt to possibly represent hemangiomas; however, metastatic disease could not be excluded. MRI of the liver was recommended for additional evaluation. A lytic lesion at T11 was also noted, which was possibly consistent with an atypical hemangioma versus metastatic disease and MRI of the spine was also recommended.

The patient reports since being on Decadron in the hospital feeling quite a bit better, although he still has some difficulty with drinking. He is very eager to return home with plans to return next week for a stereotactic biopsy with our colleagues in Neurosurgery. A focused **review of systems** is otherwise negative.

PAST MEDICAL HISTORY:

1. History of right hip replacement.

2. Osteoarthritis

CURRENT OUTPATIENT MEDICATIONS: None.

DRUG ALLERGIES: The patient has no known drug allergies.

FAMILY HISTORY: Unknown.

SOCIAL HISTORY: The patient is accompanied by his wife. He works in engineering for a construction firm and does quite a bit of traveling. He has a past history of smoking including a current history of smoking. He possibly intends treatment closer to home as applicable.

**PHYSICAL EXAMINATION:**

General: Well-appearing, appearing stated age, in no acute distress.

HEENT: Extraocular movements intact, anicteric sclerae, mucus membranes moist, no oral lesions, face symmetric.

Neck: Supple

Pulm: Clear normal respirations

Cards: Regular to inspection

Abd: Soft, benign

AR0641

**Initial note 05/09/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

Extr: No cyanosis nor edema. Warm and well perfused.

Neuro/Psych: Alert and oriented x3, CN II-XII intact, strength/
light touch sensation intact in upper and lower extremities,
proximal and distal. Please note that there is left-sided neglect
as well as left visual field/neglect and positive left pronator
drift. No finger to nose dysmetria. Coordination otherwise
intact. Gait intact as tested (tandem).

Derm. No suspicious lesions nor rashes on exposed skin.

DATA REVIEW: The patient's MRI scan dated May 8, 2014, was
personally reviewed, **results** as indicated in the history of
present illness.

**IMPRESSION** AND PLAN: Mr. Ministeri is a 61-year-old male with a
recent history of coordination difficulties as well as confusion
who was found to have a large bihemispheric brain lesion in the
right parieto-occipital area as well as liver hypodensities and a
T11 hyperdensity on recent staging CT scan. Clinically, he is
stable to improved on steroid therapy and we have been asked by
Dr. Arle and the primary team to see the patient and make
recommendations regarding next steps in management.

Today, we met with the patient and his wife in his hospital room
at the Beth Israel Deaconess Hospital to discuss our **impressions**
and treatment recommendations. We had a long discussion with Mr.
Ministeri and his wife regarding available clinical data, in
particular that his head imaging is most in keeping with a
malignancy, however, his upcoming stereotactic biopsy will help
us exclude potential other etiologies. Assuming this is
malignant in nature, we discussed broadly speaking that the
differential **diagnosis** includes a metastatic lesion (especially
given his history of smoking) versus a primary brain tumor. We
discussed the prognostic ramifications of each and discussed
typical survivals at the patient's request. We indicated that we
will be able to better discuss the treatment paradigms once
pathologic analysis has been obtained. The patient expressed
understanding and agreement with this plan. We indicated that as
applicable and at the patient's request, we will be able to
provide referrals to radiation oncologist closer to home. The
patient and his wife asked a number of appropriate questions,
which were answered to the best of our ability to their apparent
satisfaction today. They also were provided with our contact
information and know how to contact us at any time with any
questions or concerns

Thank you for involving us in the care of this patient.

This patient was seen, discussed and examined with Dr. Scott
Floyd, attending physician in Radiation Oncology.

Ravi A. Chandra MD PhD

eScription document:1-13659623

**Initial note 05/09/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

Cc: Stephen Beaudoin MD

Pentucket Medical Associates

260 Merrimac St

Newburyport, MA 01950

Cc: Jeffrey Arle MD

BIDMC NeuroSurgery

110 Francis Street, Suite 3B

Boston, MA 02215-5501


Addendum by SCOTT FLOYD, MD, PHD on 05/13/14 at 11:41 am:
On the day of **consultation**, I saw and examined Mr. Ministeri with
Dr. Chandra. I agree with his **findings**, **assessment** and plan as
detailed above. I would add the following comments: Mr. Ministeri
is a 61 year old smoker who presents with large symptomatic
necrotic appearing brain mass. He has improved greatly with
decadron therapy. CT torso also reveals liver lesions and a lytic
T11 mass. These are concerning for metastatic cancer. His brain
lesion imaing is also consistent with primary brain tumor,
however. He will require a tissue **diagnosis**, for futher treatment
recommendations, and a biopsy is planned for 5/12/14. We
discussed both metastatic cancer and primary malignant brain
tumors in detail, with the patient and his wife, noting that we
are unable to make specific recommendations at this time without
pathology. We will followup with Mr. Ministeri when pathology is
available for further recommendations.

---

**Disch Sum 05/09/2014 Dr. Jeffrey E. Arle**
**DISCHARGE SUMMARY**

ARLE,JEFFREY E.

Signed Electronically by ARLE,JEFFREY on MON MAY 12,2014 12:51 PM

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 05/07/14 Discharge Date: 05/09/14

Date of Birth: ███/1953 Sex: M

Service: NEUROSURGERY

Allergies:

No Known Allergies / Adverse Drug Reactions

Attending: ARLE,JEFFREY E.

**Chief Complaint:**

disorientation

Major Surgical or Invasive Procedure:

the patient is to returen for a Brain Biopsy with Dr Arle on

5/12

**Disch Sum 05/09/2014 Dr. Jeffrey E. Arle**

History of Present Illness:

This is a 61 year old gentleman who presented to an OSH

for evaluation after he had 1 week of symptoms consisting of

disorientation, difficulty driving, difficulty concentrating,
and

some poor balance when ambulating. Imaging was done which showed

a right sided brain lesion on CT that appeared to cross the

midline concerning for high grade glioma. He was sent to BIDMC

for further management and care. He denies headaches, nausea,

vomiting, dizziness, changes in vision, hearing, or speech.

Past Medical History:

Right hip replacement, osteoarthritis

Social History:

lives at home with his wife

Family History:

NC

Physical Exam:

On Admission:

Gen: WD/WN, comfortable, NAD.

HEENT: Pupils: PERRL EOMs full however does skip when

looking to left

Neck: Supple.

Lungs: CTA bilaterally.

Cardiac: RRR. S1/S2.

Abd: Soft, NT, BS+

Extrem: Warm and well-perfused

Neuro:

Mental status: Awake and alert, cooperative with exam, normal

affect.

Orientation: Oriented to person, place, and date.

Language: Speech fluent with good comprehension and repetition.

Naming intact. No dysarthria or paraphasic errors.

Cranial Nerves:

I: Not tested

II: Pupils equally round and reactive to light, 4mm to

2mm bilaterally. On gross visual field exam has a left

homonymous

hemianopsia

III, IV, VI: EOMs full but does skip to left side to try and

catch up c/w field cut

V, VII: Facial strength and sensation intact and symmetric.

VIII: Hearing intact to voice.

IX, X: Palatal elevation symmetrical.

XI: Sternocleidomastoid and trapezius normal bilaterally.

XII: Tongue midline without fasciculations.

Motor: Normal bulk and tone bilaterally. No abnormal movements,

**Disch Sum 05/09/2014 Dr. Jeffrey E. Arle**

tremors. Strength full power 5/5 throughout. No pronator drift

Sensation: Intact to light touch, proprioception, pinprick and
vibration bilaterally.

On Discharge:
5/9:
neurologically intact

Pertinent **Results**:
Radiology Report MR HEAD W & W/O CONTRAST Study Date of
05/08/2014 12:03 PM

**IMPRESSION**:

Irregular enhancing mass lesion with central areas of low signal
intensity is with involvement of the corpus callosum in both
occipital lobes most likely due to a glioma. No midline shift
or hydrocephalus.

Radiology Report CT ABD & PELVIS W & W/O CONTRAST, ADDL SECTIONS
Study Date of 05/08/2014 10:57 AM

**IMPRESSION**:

Please note that thoracic **findings** will be detailed in a
separate chest CT
report.

1 Multiple hepatic hypodensities, some of which may represent
hemangiomas, however metastatic disease cannot be excluded.
Recommend MRI of the liver for additional evaluation.

2. Lytic appearing lesion in T11, which may represent an
atypical hemangioma or metastatic disease. Recommend MRI of the
thoracic spine for additional evaluation.

3. Area of increased sclerosis in the intertrochanteric region
of the left
femur likely represents a cartilaginous lesion, such as an
enchondroma.
Dedicated radiograph of the left femur could be performed for
additional
evaluation.

Radiology Report CT CHEST W/CONTRAST Study Date of 05/08/2014
11:05 AM

**IMPRESSION**:

no evidence of intrathoracic malignancy. Mild to moderate
emphysema

Brief Hospital Course:
This is a 61 year old M with symptoms of disorientation and
difficulty concentrating who presented after a head CT showed a
R sided brain lesion that crosses the midline. He was admitted
to the neurosurgery service for further management and
evaluation. He was started on decadron and keppra.

AR0645

**Disch Sum 05/09/2014 Dr. Jeffrey E. Arle**

On 5/8, patient was stable on exam. MRI head and CT torso were ordered.

On 5/9, The **results** of the MRI of the Brain and the CT torso were discussed with the patient and his wife. Neuro oncology and radiation oncology as well as medical oncology were all consulted. The patient requested to be discharged to home and is planned to return to the hospital on Monday 5/12 for a Brain Biopsy with Dr Arle.

Medications on Admission:
none

Discharge Medications:
1. Bisacodyl 10 mg PO/PR DAILY constipation
RX *bisacodyl 5 mg 2 tablet(s) by mouth once a day Disp #*60 Tablet Refills:*0
2. Dexamethasone 4 mg PO Q6H
RX *dexamethasone 4 mg 1 tablet(s) by mouth every 6 hours Disp #*45 Tablet Refills:*0
3. Famotidine 20 mg PO BID
RX *famotidine 20 mg 1 tablet(s) by mouth twice a day Disp #*60 Tablet Refills:*0
4 LeVETiracetam 500 mg PO BID
RX *levetiracetam 500 mg 1 tablet(s) by mouth twice a day Disp #*60 Tablet Refills:*0

Discharge Disposition:
Home
Discharge **Diagnosis**:
R brain lesion

Discharge Condition:
neurologically intact

Discharge Instructions:

Your Brain Biopsy is scheduled with Dr Arle for Monday. There is no time set at this point. Your surgery is scheduled as an ADD ON case.

You will need a MRI of the Brain for OPERATIVE planning. The appointment for the MRI is at 5:20 am Monday on 5/12.

please do not eat or drink any thing after 11pm on 5/11 Sunday.

DO NOT take any aspirin, ibuprofen, heparin, lovenox, plavix, coumadin or any other blood thining medications prior to surgery. You should not take any of these medications for 7 days prior to the operating

? Exercise should be limited to walking; no lifting, straining, or excessive bending.

? DO NOT take any anti-inflammatory medicines such as Motrin, Aspirin, Advil, and Ibuprofen etc.

**Disch Sum 05/09/2014 Dr. Jeffrey E. Arle**

? You have been discharged on Keppra (Levetiracetam), you
will not require blood work monitoring  This is a medication to
prevent seizures.

? You are being sent home on steroid medication ( Decadron 4
mg every 6 hours), make sure you are taking a medication to
protect your stomach (Pepcid), as these medications can cause
stomach irritation  Make sure to take your steroid medication
with meals, or a glass of milk.

? Clearance to drive and return to work will be addressed at
your post-operative office visit.

? Make sure to continue to use your incentive spirometer
while at home.

CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE
FOLLOWING

? New onset of tremors or seizures.

? Any confusion or change in mental status.

? Any numbness, tingling, weakness in your extremities.

? Pain or headache that is continually increasing, or not
relieved by pain medication.

? Any signs of infection at the wound site: increasing
redness, increased swelling, increased tenderness, or drainage

? Fever greater than or equal to 101.5- F.

Followup Instructions:
Follow-Up Appointment Instructions

Your Brain Biopsy is scheduled with Dr Arle for Monday 5/12.
There is no time set at this point. Your surgery is scheduled
as an ADD ON case. If you should have any questions, please
call the office at 617-632-7246.

You will need a MRI of the Brain for OPERATIVE planning  The
appointment for the MRI is at 5:20 am Monday on 5/12

JEFFREY E. ARLE MD 14-AAR

Completed by: LISA WILLIAMS NP 80-DAV 05/09/14 @ 1527

**Op Report 05/12/2014 Dr. Jeffrey E. Arle**
**OPERATIVE REPORT**

ARLE,JEFFREY E.

Signed Electronically by ARLE,JEFFREY on THU MAY 22,2014 9:35 PM

Name  MINISTERI, ANTHONY Unit No: 2285630

Service: Date: 05/12/2014

Date of Birth: ███/1953 Sex: M

**Op Report 05/12/2014 Dr. Jeffrey E. Arle**

Surgeon: Jeffrey E. Arle, M.D. 92347

PREOPERATIVE **DIAGNOSIS**: Refractory infiltrative brain tumor.

POSTOPERATIVE **DIAGNOSIS**: Refractory infiltrative brain tumor.

ANESTHESIA: General.

PROCEDURE: Frameless stereotactic navigation-assisted biopsy.

SURGEON'S ATTESTATION: I was present and performed all important and otherwise parts of the case myself .

DESCRIPTION OF PROCEDURE: The patient was taken to the operating room on 05/12/2014 intubated, placed in Mayfield head pins, shaved and prepped and draped for a right frontotemporal incision and bur hole. The BrainLAB system was used with fiducials obtained from the MRI scan earlier that day and localized into the system where the tumor could be readily appreciated and the articulating arm could be moved into position with the biopsy needle. After an appropriate time-out, the incision was made with a 10-blade. Careful dissection down to the bone was made with a small Weitlaner for self-retaining retraction. Hemostasis was obtained using the bipolar. A 14 mm bur hole was used, and the dura was coagulated and opened with an 11-blade. The small area of the cortex and the pia was opened with the bipolar. There were no veins in the region, and the biopsy needle was then placed into the designated target and secured into position.

Four-quadrant biopsies were begun. The first quadrant was obtained without incident, as was the second. On the third biopsy, there was blood obtained, and it appeared a small amount of blood was coming through the cannula itself. The syringe was used to remove a small amount of blood, probably 3 cc total  Then, the stylet was replaced. It was periodically looked at, and a small amount of saline was used in the cannula, but the decision was made to stop the biopsies at this point and look at the tissue.

His tissue was examined and, while there was edematous white matter and infiltrative reactive astrocytes, it did not appear that there was a **diagnosis** that could be made. However, the rest of the tissue would be examined, and the decision was made not to proceed with any further biopsy as there was no ability to know how large the bleed was. We let the patient wake up and examined it. So the area was made hemostatic, and the biopsy needle was removed. The wound was closed using interrupted Vicryl and staples. The patient was then taken out of the Mayfield head frame, awakened, extubated, moving all 4 extremities and response down to the

AR0648

**Op Report 05/12/2014 Dr. Jeffrey E. Arle**

CAT scanner for a CAT scan, where a small bleed was noted.
The patient was then transferred to the ICU for further care,
appropriate and following commands.

Jeffrey E. Arle, M.D. 14-AAR
I was physically present during all critical and key portions of
the procedure and immediately available to furnish services during
the entire procedure, in compliance with CMS regulations.

Dictated By: Jeffrey E. Arle, M.D.

MEDQUIST36
D: 05/19/2014 18:54:56
T: 05/19/2014 19:29:22
Job#: 028510

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**PATIENT DISCHARGE PLAN**
**PATIENT INFORMATION**

| | |
|---|---|
| Patient Name | ANTHONY MINISTERI |
| MRN#: | 2285630 |
| Case#: | 0319879 7 |
| DOB: | ███1953 |
| Patient Status: | Admitted MAY 12,2014 |
| Reason for Admission: | DISORIENTATION |
| Discharged to: | Home |
| Primary Physician: | Dr. STEPHEN P. BEAUDOIN    978-499-7200 |
| Attending Physician: | Dr. JEFFREY E. ARLE    617-632-7246 |

**DISCHARGE MEDICATIONS**

1.Dexamethasone 4 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 4 mg 1 tablet(s) by mouth three times a day
Disp #*6 Tablet Refills:*0
2.Dexamethasone 3 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 1 mg 3 tablet(s) by mouth every eight (8) hours
·Disp #*18 Tablet Refills:*0
3.Dexamethasone 2 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 2 mg 1 tablet(s) by mouth q8
Disp #*6 Tablet Refills:*0
4.Dexamethasone 2 mg PO Q12H
RX *dexamethasone 2 mg 1 tablet(s) by mouth q12 hours
Disp #*60 Tablet Refills:*1
5.Docusate Sodium 100 mg PO BID
RX *docusate sodium [Colace] 100 mg 1 capsule(s) by mouth twice a day
Disp #*60 Capsule Refills:*0
6.Famotidine 20 mg PO BID
RX *famotidine 20 mg 1 tablet(s) by mouth twice a day
Disp #*60 Tablet Refills:*0
7 LeVETiracetam 500 mg PO BID
RX *levetiracetam 500 mg 1 tablet(s) by mouth twice a day
Disp #*60 Tablet Refills:*0
8.OxycoDONE (Immediate Release) 5-10 mg PO Q4H:PRN pain
RX *oxycodone 5 mg 5-10 mg tablet(s) by mouth every four (4) hours
Disp #*50 Tablet Refills:*0
9.Senna 8.6 mg PO BID constipation
RX *sennosides [senna] 8.6 mg 1 mg by mouth twice a day
Disp #*60 Capsule Refills:*0
**DISCHARGE INSTRUCTIONS**

AR0649

## DISCHARGE INSTRUCTIONS

Brain Biopsy of mass

Dr. Arle

- Have a friend/family member check your incision daily for signs of infection.
- Take your pain medicine as prescribed.
- Exercise should be limited to walking, no lifting, straining, or excessive bending.
- Dressing may be removed on Day 2 after surgery on 5/14/2014
- Your wound was closed with staples. you must wait until after they are removed to wash your hair. You may shower before this time using a shower cap to cover your head.
- Increase your intake of fluids and fiber, as narcotic pain medicine can cause constipation. We generally recommend taking an over the counter stool softener, such as Docusate (Colace) & Senna while taking narcotic pain medication.
- Unless directed by your doctor, DO NOT take any anti-inflammatory medicines such as Motrin, Aspirin, Advil, and Ibuprofen etc.
- You have been discharged on Keppra (Levetiracetam) for seizure prophylaxsis, you will not require blood work monitoring.
- You are being sent home on steroid medication, make sure you are taking a medication to protect your stomach (Prilosec, Protonix, or Pepcid), as these medications can cause stomach irritation. Make sure to take your steroid medication with meals, or a glass of milk.
- Clearance to drive and return to work will be addressed at your post-operative office visit.
- Make sure to continue to use your incentive spirometer while at home.

CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE FOLLOWING

- New onset of tremors or seizures.
- Any confusion or change in mental status.
- Any numbness, tingling, weakness in your extremities.
- Pain or headache that is continually increasing, or not relieved by pain medication.
- Any signs of infection at the wound site: increasing redness, increased swelling, increased tenderness, or drainage.
- Fever greater than or equal to 101 5- F.

## FINAL DIAGNOSIS

Right BRAIN LESION

## RECOMMENDED FOLLOW-UP

Follow-Up Appointment Instructions:

- Please return to the office in 14 days (from your date of surgery on 5/12/2014) for removal of your staples and a wound check. This appointment can be made with the Physician Assistant or Nurse Practitioner. Please make this appointment by calling 617-632-7246. If you live quite a distance from our office, please make arrangements for the same, with your PCP.
- You have an appointment in the Brain Tumor Clinic on
05/19/14 11:00a UHLMANN,BRAIN TUMOR
SC SHAPIRO CLINICAL CTR, 8TH FLOOR
NEUROLOGY UNIT CC8 (SB)
Create Visit Summary
. The Brain Tumor Clinic is located on the East Campus of BIDMC, in the Shapiro Building, 8th floor. Their phone number is 617-667-1665. Please call if you need to change your appointment, or require additional directions.

## MAJOR SURGICAL OR INVASIVE PROCEDURES

Brain Biopsy right by DR Arle on 5/12/2014

## CONDITION AT DISCHARGE

alert and oriented to person/place/time

pupils equal and reactive

slight left cupping of the hand/pronator drift exam

very subtle left neglect

strength and sensation full

incision well healed / approximated with staples

Discharge: Electronically Signed by WILLIAMS,LISA, APN on 05/13/14 @ 1629

---

**Initial note 05/13/2014 Dr. Tegan PT Guilfoyle, Dr. Stacey PT Adamson Service: Rehabilitative Services**

Note Date: 05/13/14

Signed by TEGAN GUILFOYLE, PT on 05/13/14 at 12:10 pm Affiliation: BIDMC

Cosigned by STACEY ADAMSON, PT on 05/13/14 at 12:13 pm

PHYSICAL THERAPY EVALUATION

Rehabilitation Services - Inpatient Physical Therapy

Attending Physician: ARLE,JEFFREY E

Referral Date: 5/13/14

AR0650

**Initial note 05/13/2014 Dr. Tegan PT Guilfoyle, Dr. Stacey PT Adamson Service: Rehabilitative Services**

Medical Dx/ICD9: s/p right brain biopsy

Reason for Referral: Evaluation and Treatment, Home Safety
Evaluation, Risk to Fall, Other Considerations (leaving today if
cleared by PT)

Activity Orders: Out of bed w/ assist tid

HPI/Subjective Complaint: 61M presenting s/p R brain biopsy. Pt
initially presented to OSH w/ complaint of several weeks of
disorientation, difficulty driving, difficulty concentrating, and
impaired balance. Imaging at OSH demonstrated R sided brain
lesion which crossed midline on CT concerning for high grade
glioma. Pt was sent to BIDMC ED on 5/7 for futher w/u and
admitted to neurosurgery service, was started on decadron and
keppra and discharged on 5/9 w/ plan to return on 5/12 for
biopsy, which was performed as scheduled and complicated by
unexpected bleeding noted from biopsy site intraoperatively. Pt
was sent to the SICU for monitoring, and presents today for PT
eval for possible home discharge.

Past Medical/Surgical History: Right hip replacement,
osteoarthritis

Medications: acetaminophen, biscodyl, cefazolin, dexamethosone,
famotidine, glucagon, hydralazine, levetiracetam, morphine
sulfate, ondansetron, oxycodone, senna

Radiology:
Head CT 5/12: Status post biopsy of the right periatrial mass
with small amount of blood products in the surgical bed. No
change in mass effect.
MRI 5/12: Previously seen irregular rim enhancing lesions in the
right periatrial region and extending to the corpus callosum to
the left occipital lobe is again identified for surgical
planning.

Labs:
05/13/14: WBC: 13.6*
05/13/14: HGB: 15.1
05/13/14: HCT: 43.5
05/13/14: Plt Count: 155

Social/Occupational History: lives w/ wife, 19 year old daughter
and a dog at home. Pt has a son in South Carolina who plays
baseball. Pt works full time running engineering and construction
business, mostly desk work, tons of travel. Pt enjoys 1-2 glasses
of wine per night, reports current smoking 7-8 cigarettes per
day, is trying to cut back, uses Nicorette gum occasionally.
Stopped entirely for 5-6 years at one point. Pt initially started
smoking at age 20.

Living Environment: 3 story home, no steps to enter, main living
area on 1st floor, bedroom on 2nd floor, bathrooms on every
floor. Bilateral railings on stairs (can reach both), has shower

**Initial note 05/13/2014 Dr. Tegan PT Guilfoyle, Dr. Stacey PT Adamson Service: Rehabilitative Services**

chair and crutches at home from previous THR

Prior Functional Status/Activity Level: Totally I PTA, drives.
Pt describes a LOB on escalator while in Manhattan 3-4 days ago,
caught himself on railing, no resulting fall. No other LOB but "I
use a death grip on the stair railings" 2/2 recent balance
impairment. Pt reports occasional walking for exerise, enjoys
golf.

OBJECTIVE TESTS

Arousal, Attention, Cognition, Communication. Pt is alert and
oriented to name, DOB, place, year, month, but reports day as
"wednesday", "7-8"; does report mother's day was this weekend.
11/12 months of the year backward. 2/3 random words 30 min later.
Pt communicates fluently, enjoys using humor, follows all
commands but requires occasional redirect.

Hemodynamic Response/Aerobic Capacity
Position HR BP RR O2 RPE Rest
Supine
Sit 68 115/60 12
Stand 80 130/70
Activity amb 84 145/70 16
Recovery
Total Distance Walked. 500' Minutes: 15

Pulmonary: denies SOB, strong dry non-productive cough which
elicits discomfort at scalp incision. Lungs CTAB, diminished at
bases.

Integumentary: LUE PIV, pneumoboots, R scalp incision w/ gauze
dressing intact w/ scant dried blood.

Vascular: Distal extremities warm to touch, trace LE edema

Sensory Integrity: grossly intact to light touch, denies
numbness/paraesthesias

Pain: denies pain throughout except cough elicits incisional
discomfort

Limiting Symptoms: none described. Pt denies dizziness or
lightheadedness upon standing.

Posture: increased thoracic kyphosis, forward head, otherwise WFL

Range Of Motion: grossly WFL

Muscle Performance. 5/5 bilateral hip flexion, knee extension,
dorsiflexion, UEs grossly >/=3/5

Motor Function: moves all extremities in isolation, no deficits
noted on exam

Vision: acuitiy grossly intact however pt does not have his
reading glasses present, visual fields intact. Pt demonstrates
mildly decreased attention to objects in periphery (chair in
hallway, button to open door, contacts door jam on L when passing
through threshold) however pt remarks "I have ADD, I don't pay

AR0652

**Initial note 05/13/2014 Dr. Tegan PT Guilfoyle, Dr. Stacey PT Adamson Service: Rehabilitative Services**

attention". Pt denies visual impairment.

Functional Status

Rolling: Presumed I, received in chair

Sup/Sidelying to Sit: Presumed I, received in chair

Sit to Stand: I

Ambulation: I

Stairs: I

Other Activity:

Specify:

***Abbreviation Key*** I=Independent S=Supervision CG=Contact
Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane
AC=Axillary Crutches

Gait: Pt amb 500' I w/o AD. Pt describes pattern as similar to
baseline, notable for wide base of support and externally rotated
LEs bilaterally. Pt able to perform cognitive dual task
(conversation, serial 5s back from 100 [pt reports could not do
serial 7s at baseline]) and tandem gait w/o deviations.
Comfortable gait speed over 10m: 1.0m/s, which correlates w/
unlimited community mobility and no increase in fall risk.
Pt also ascend/descends 1 flight of stairs w/ R rail, reciprocal
pattern, I, no LOB.

Balance: Independent static sitting and standing, dynamic
standing and stair climbing. Tinetti POMA 28/28 (low fall risk).
4-item Dynamic Gait Index score 11/12, which indicates further
balance **assessment** is NOT needed. Pt reports that he no longer
perceives the balance impairment described in HPI

Team Communication: Pt's case discussed w/ RN pre/post session
re: mobility recs and d/c planning.

Patient/Caregiver Education RE: fall precautions, slow position
changes, avoiding valsalva, need for tobacco cessation, role of
PT

Intervention: PT exam and edu as above.

**DIAGNOSIS**

Impairments, Functional Limitations, Disabilities

- Knowledge deficit RE: role of PT, tobacco cessation

Clinical **Impression**/Prognosis. Pt is a 61 M presenting POD#1 s/p R
brain lesion biopsy w/ above impairments consistent w/
deconditioning post surgery. Pt is functioning near his baseline
w/ no fall risk identified on exam; pt is safe for home d/c when
medically stable. No further PT follow-up needs identified. Pt
has excellent prognosis for return to prior level of function
given age, lack of significant comorbidities, prior level of
function and performance on exam, however prognosis may be
limited by ongoing tobacco use.

Current Status: G8978 Mobility AM-PAC raw score: 24
Based on the **results** of the AM-PAC, the patient presents with

**Initial note 05/13/2014 Dr. Tegan PT Guilfoyle, Dr. Stacey PT Adamson Service: Rehabilitative Services**

CMS severity: 0% impaired (CH)

Goal Status: G8979 Mobility with CMS severity:0% impaired (CH)

DC status: G8980 Mobility AM-PAC raw score: 24.

Based on the **results** of the AM-PAC, the patient presents with CMS
severity: 0% impaired (CH)

Goals: Time Frame: Met on exam
- Pt will demonstrate knowledge of role of PT, need for smoking
cessation
- Pt will ambulate 500' I w/o LOB
- Pt will ascend/descend 1 flight of stairs w/o LOB
- Pt will perform all functional mobility I w/o LOB

Anticipated Discharge: ( )rehab (x )home

Treatment Plan: D/C acute PT

Recommendations for Nursing: Encourage frequent mobility, OOB and
upright positioning.

Patient agrees with the above goals and is willing to participate
in the rehabilitation program. Please indicate with an 'X': Yes
(x ) or No ( ). If no please explain:

Date: 05/13/2014
Time: 11:10 - 11:40
Student Physical Therapist Name: Tegan Guilfoyle, PT/s
Student Physical Therapist Pager: 38622

Addendum by STACEY ADAMSON, PT on 05/13/14 at 12:13 pm:
I have read and agree with the above information.
Stacey E. Adamson PT, DPT, NCS Pager #35523
Date: 05/13/2014

---

**Disch Sum 05/13/2014 Dr. Jeffrey E. Arle**
**DISCHARGE SUMMARY**

ARLE,JEFFREY E

Signed Electronically by ARLE,JEFFREY on THU MAY 22,2014 9:33 PM

Name: MINISTERI,ANTHONY Unit No. 2285630

Admission Date: 05/12/14 Discharge Date: 05/13/14

Date of Birth: ███/1953 Sex: M

Service: NEUROSURGERY

Allergies:
Oxycodone

Attending: ARLE,JEFFREY E.

**Chief Complaint**
elective admit for brain biopsy

Major Surgical or Invasive Procedure:
Brain Biopsy right by DR Arle on 5/12/2014

AR0654

**Disch Sum 05/13/2014 Dr. Jeffrey E. Arle**

History of Present Illness:
This is a 61 year old gentleman who initiatlly presented 1 week
of symptoms consisting ofdisorientation, difficulty driving,
difficulty concentrating,
and some poor balance when ambulating. Imaging was done which
showed
a right sided brain lesion on CT that appeared to cross the
midline concerning for high grade glioma. The patient is no
presenting for elective brain biopsy

Past Medical History:
Right hip replacement, osteoarthritis

Social History:
lives at home with his wife

Family History:
NC

Physical Exam:
admission:
5/12/2014
neurologically intact

5/13/2014

slight subtle left hand turn on pronator, slight left drift,
otherwise neuro intact, very brisk

Pertinent **Results**.
Pathology Report Tissue: BRAIN, BIOPSY Procedure Date of
05/12/2014

Report not finalized.
Logged in only.
PATHOLOGY # SU14-20067
BRAIN, BIOPSY

Radiology Report MR HEAD W/ CONTRAST Study Date of 05/12/2014
5:23 AM

**IMPRESSION**

Previously seen irregular rim enhancing lesions in the right
periatrial region and extending to the corpus callosum to the
left occipital lobe is again identified for surgical planning.

Radiology Report CT HEAD W/O CONTRAST Study Date of 05/12/2014
9:34 PM

**IMPRESSION**:

Status post biopsy of the right periatrial mass with small
amount of blood
products in the surgical bed  No change in mass effect.

Radiology Report PORTABLE HEAD CT W/O CONTRAST Study Date of
05/13/2014 8:18 AM

**Disch Sum 05/13/2014 Dr. Jeffrey E. Arle**

**IMPRESSION**

Status post biopsy of right periatrial mass with unchanged small amount of
blood products in the surgical bed. No change in mass effect

Brief Hospital Course:

This is a 61 year old male who electively presents for a brain biopsy with Dr Arle. The patient tolerated the procedure well and was recovered in the ICU. The patient had a post op NCHCT that was consistent with Status post biopsy of the right periatrial mass with small amount of blood products in the surgical bed. No change in mass effect. The patients exam was consistent with slight subtle left hand cupping on pronator drift exam with some very subtle left neglaect. otherwise, The patient was neurologically intact and very brisk.

On 5/13, The patient had a repeat NCHCT that was stable. The patients neurologically exam was stable. The patient was mobilized and was independent with ambulation. The patient's diet was advanced. The patient was discharged to home

Discharge Medications:

1. Dexamethasone 4 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 4 mg 1 tablet(s) by mouth three times a day
Disp #*6 Tablet Refills:*0
2. Dexamethasone 3 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 1 mg 3 tablet(s) by mouth every eight (8)
hours Disp #*18 Tablet Refills:*0
3. Dexamethasone 2 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 2 mg 1 tablet(s) by mouth q8 Disp #*6 Tablet
Refills:*0
4. Dexamethasone 2 mg PO Q12H
RX *dexamethasone 2 mg 1 tablet(s) by mouth q12 hours Disp #*60
Tablet Refills:*1
5. Docusate Sodium 100 mg PO BID
RX *docusate sodium [Colace] 100 mg 1 capsule(s) by mouth twice
a day Disp #*60 Capsule Refills:*0
6. Famotidine 20 mg PO BID
RX *famotidine 20 mg 1 tablet(s) by mouth twice a day Disp #*60
Tablet Refills:*0
7. LeVETiracetam 500 mg PO BID
RX *levetiracetam 500 mg 1 tablet(s) by mouth twice a day Disp
#*60 Tablet Refills:*0
8. OxycoDONE (Immediate Release) 5-10 mg PO Q4H:PRN pain
RX *oxycodone 5 mg 5-10 mg tablet(s) by mouth every four (4)
hours Disp #*50 Tablet Refills:*0
9. Senna 8.6 mg PO BID constipation
RX *sennosides [senna] 8.6 mg 1 mg by mouth twice a day Disp
#*60 Capsule Refills *0

AR0656

**Disch Sum 05/13/2014 Dr. Jeffrey E. Arle**

Discharge Disposition:
Home

Discharge **Diagnosis**:
Right BRAIN LESION

Discharge Condition:
alert and oriented to person/place/time
pupils equal and reactive
slight left cupping of the hand/pronator drift exam
very subtle left neglect
strength and sensation full
incision well healed / approximated with staples

Discharge Instructions:
Brain Biopsy of mass
Dr. Arle

--Have a friend/family member check your incision daily for
·signs of infection.
--Take your pain medicine as prescribed.
--Exercise should be limited to walking; no lifting, straining,
or excessive bending.
--Dressing may be removed on Day 2 after surgery on 5/14/2014
--Your wound was closed with staples. you must wait until after
they are removed to wash your hair. You may shower before this
time using a shower cap to cover your head.
--Increase your intake of fluids and fiber, as narcotic pain
medicine can cause constipation. We generally recommend taking
an over the counter stool softener, such as Docusate (Colace) &
Senna while taking narcotic pain medication.
--Unless directed by your doctor, DO NOT take any
anti-inflammatory medicines such as Motrin, Aspirin, Advil, and
Ibuprofen etc.
--You have been discharged on Keppra (Levetiracetam) for seizure
prophylaxsis, you will not require blood work monitoring.
--You are being sent home on steroid medication, make sure you
are taking a medication to protect your stomach (Prilosec,
Protonix, or Pepcid), as these medications can cause stomach
irritation. Make sure to take your steroid medication with
meals, or a glass of milk.
--Clearance to drive and return to work will be addressed at
your post-operative office visit.
--Make sure to continue to use your incentive spirometer while
at home.
CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE
FOLLOWING

--New onset of tremors or seizures.
--Any confusion or change in mental status.
--Any numbness, tingling, weakness in your extremities.

AR0657

**Disch Sum 05/13/2014 Dr. Jeffrey E. Arle**

—Pain or headache that is continually increasing, or not
relieved by pain medication.

—Any signs of infection at the wound site: increasing redness,
increased swelling, increased tenderness, or drainage.

—Fever greater than or equal to 101.5- F.

Followup Instructions:

Follow-Up Appointment Instructions:

-Please return to the office in 14 days (from your date of
surgery on 5/12/2014) for removal of your staples and a wound
check. This appointment can be made with the Physician Assistant
or Nurse Practitioner. Please make this appointment by calling
617-632-7246. If you live quite a distance from our office,
please make arrangements for the same, with your PCP.

-You have an appointment in the Brain Tumor Clinic on

05/19/14 11:00a UHLMANN,BRAIN TUMOR
SC SHAPIRO CLINICAL CTR, 8TH FLOOR
NEUROLOGY UNIT CC8 (SB)

Create Visit Summary

  The Brain Tumor Clinic is located on the East Campus of
BIDMC, in the Shapiro Building, 8th floor. Their phone number is
617-667-1665. Please call if you need to change your
appointment, or require additional directions.

JEFFREY E. ARLE MD 14-AAR

Completed by: LISA WILLIAMS NP 80-DAV 05/13/14 @ 1922

---

**Progress note 05/19/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

Note Date: 05/19/14

Signed by RAVI CHANDRA, MD on 05/19/14 at 1:13 pm Affiliation: BIDMC

Cosigned by SCOTT FLOYD, MD, PHD on 05/21/14 at 12:06 pm

FOLLOW UP NOTE

Department of Radiation Oncology
Beth Israel Deaconess Medical Center
330 Brookline Avenue, Boston, MA 02215
(617) 667-2345

BIDMC: 228-56-30
Name: Ministeri, Anthony
DOB: ████/1953
Address: ████████████Merrimac, MA 01860.
Phone: 978-346-████
Referring MD: Jeffrey Arle, M.D.
Primary MD: Stephen Beaudoin, M.D.
**Diagnosis**: Brain masses, liver and bone lesions.
Performance Status: ECOG 1.

DATE: 05/19/14

**Progress note 05/19/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

IDENTIFICATION: Mr. Ministeri is a 61-year-old male who recently presented with one week of disorientation/confusion as well as coordination difficulties. He was found on a CT scan at an outside facility to have a brain lesion. He has subsequently been found to have a bihemispheric lesion and is s/p nondiagnostic stereotactic biopsy. He presents in follow up today to discuss next steps.

HISTORY OF PRESENT ILLNESS: The patient reports that he has been in his usual state of health until recently. He notes on a recent business trip to New York one week ago having some issues with getting lost within an office building and even walking on the street. He notes that he has also had some difficulty typing memos, occasionally typing gibberish. He also notes he has had some difficulty with drinking from cups and is noting increased clumsiness. He presented to Anna Jacques Hospital where a CT scan demonstrated reportedly an approximately 6 cm mass in the right frontal and parietal lobe. The patient received Decadron and was transferred. While at Beth Israel Deaconess, an MRI of the brain was obtained demonstrating enhancing mass lesion in the right parieto-occipital regions involving the splenium of the corpus callosum with a small area of nodular enhancement in the left occipital lobe. There was noted to be perilesional edema. There was no midline shift or hydrocephalus appreciated, and in aggregate these **results** were felt to be most consistent with a primary glioma. CT of the chest was obtained the same day, which did not demonstrate any evidence of intrathoracic malignancy. CT of the abdomen and pelvis demonstrated multiple hepatic hypodensities felt to possibly represent hemangiomas; however, metastatic disease could not be excluded. MRI of the liver was recommended for additional evaluation. A lytic lesion at T11 was also noted, which was possibly consistent with an atypical hemangioma versus metastatic disease and MRI of the spine was also recommended.

INTERIM HISTORY: The patient underwent stereotactic biopsy with Dr. Arle on 05/12/14. The first sample revealed only gliosis on final pathology - a second sample was attempted to be obtained but the procedure was aborted due to bleeding. He has recovered well and focused ROS otherwise negative.

PAST MEDICAL HISTORY:
1. History of right hip replacement.
2. Osteoarthritis.

CURRENT OUTPATIENT MEDICATIONS: None.

DRUG ALLERGIES. The patient has no known drug allergies.

FAMILY HISTORY: Unknown.

SOCIAL HISTORY: The patient is accompanied by his wife and son. He works in engineering for a construction firm and does quite a

AR0659

**Progress note 05/19/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

bit of traveling. He has a past history of smoking including a
current history of smoking. He possibly intends treatment closer
to home as applicable.

## PHYSICAL EXAMINATION:

General: Well-appearing, appearing stated age, in no acute
distress.
HEENT: Extraocular movements intact, anicteric sclerae, mucus
membranes moist, no oral lesions, face symmetric.
Neck: Supple
Pulm: Clear normal respirations
Cards: Regular to inspection
Abd: Soft, benign
Extr: No cyanosis nor edema. Warm and well perfused.
Neuro/Psych: Alert and oriented x3, CN II-XII intact,
strength/sensation/coordination grossly intact.
Derm: No suspicious lesions nor rashes on exposed skin.

DATA REVIEW: There are no new data to review at today's visit.
His pathology was discussed extensively in Multidisciplinary
Brain Tumor Board

**IMPRESSION** AND PLAN  Mr. Ministeri is a 61-year-old male with a
recent history of coordination difficulties as well as confusion
who was found to have a large bihemispheric brain lesion in the
right parieto-occipital area as well as liver hypodensities and a
T11 hyperdensity on recent staging CT scan. Clinically, he is
stable to improved on steroid therapy. Recent biopsy was
nondiagnostic and he presents today in follow up for discussion
of next steps in treatment.

Today, we met with the patient and his wife and son in the
Multidisciplinary Brain Tumor Clinic at the Beth Israel Deaconess
Hospital to discuss our **impressions** and treatment
recommendations. We reviewed with Mr. Ministeri that our
treatment pathways hinge on obtaining a tissue **diagnosis**, despite
radiographic **findings** being most in keeping with a primary brain
tumor. We agree with plans underway for a second biopsy attempt.
Should this be unobtainable for whatever reason, we would treat
him as a primary glioma. Mr. Ministeri will call our office once
his biopsy is scheduled. He noted that he lives at some distance
from our hospital and may wish to pursue RT closer to home (near
the NH border). When he calls, should this be his wish, he can
make the necessary recommendations/referrals. Mr. Ministeri and
his family expressed understanding and agreement with this plan.
All questions answered today. They also were provided again with
our contact information in case of any additional questions or
concerns.

Thank you for involving us in the care of this patient.

This patient was seen, discussed and examined with Dr. Scott
Floyd, attending physician in Radiation Oncology.

**Progress note 05/19/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

Ravi A. Chandra MD PhD

Cc. Stephen Beaudoin MD

Pentucket Medical Associates

260 Merrimac St

Newburyport, MA 01950

Cc: Jeffrey Arle MD

BIDMC NeuroSurgery

110 Francis Street, Suite 3B

Boston, MA 02215-5501

Addendum by SCOTT FLOYD, MD, PHD on 05/21/14 at 12:06 pm:
HMFP# A140748: I saw and examined Mr. Ministeri with Dr. Chandra
and I agree with his **findings assessment** and plan as detailed
above. I would add the following comments: Mr. Ministeri is a 61
year old with a large symptomatic lesion crossing the posterior
corups callosum with radiographic appearance of high grade
glioma. A biopsy showed atypical cells, suggestive of glioma. Our
recommendation is for repeat biopsy to establish definitive
**diagnosis**. This was explained in detail to Mr. Ministeri and his
family who is present today. We also again discussed the usual
treatment course for high grade glioma, consisting of
temodar/radiation followed by temodar We will await **results** of
repeat biopsy, and discuss this and final treatment
recommendations with Mr. Ministeri.

**Progress note 05/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 05/19/14

Signed by ERIK UHLMANN, MD on 05/21/14 at 5:43 pm Affiliation: HMFP practice

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri

BID MRN: 2285630

LOCATION: SHAPIRO 8

DATE OF VISIT: May 19, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

**CHIEF COMPLAINT** AND **DIAGNOSIS**. Right frontal and parietal mass
involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: pending

**Progress note 05/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He presents to the clinic
with his wife and son. He is irritable since discharge.

MEDICATIONS:

1. Dexamethasone 2 mg PO BID
2. Levetiracetam 500 mg PO BID
3. Docusate Sodium 100 mg PO BID:PRN constipation
4. Famotidine 20 mg PO BID
5. Sennosides 17.2 mg BY MOUTH TWICE DAILY PRN constipation
6. Oxycodone 5 mg PO every 4 hours as needed pain NOT TAKING

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal mass
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

**REVIEW OF SYSTEMS:**

Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION:**

T 98.4 BP 120/80 P 72 R 18 KPS 60. Mental status is satisfactory
in areas of alertness, orientation, concentration memory and
language. On cranial nerve examination, eye movements are full,

**Progress note 05/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

pupils are equal and reactive. Full visual fields. No facial weakness, no dysarthria. No tongue weakness. On motor examination, there is no weakness. Coordination is normal  Fine movements are satisfactory. Light touch and vibration is perceived well throughout. Reflexes are normoactive and symmetric. Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal surgery sites is clean, no discharge, swelling or redness, staples are in place.

LABORATORY:

5/9/14 WBC 8.6 HGB 15.0 PLT 158

5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0.9 GLC 145

IMAGING:

1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass lesion identified involving the right parietal occipital region involving the splenium of corpus callosum with a small nodular area of enhancement in the left occipital lobe. There is involvement of the corpus callosum seen. There is surrounding edema identified. Small amount of subacute and chronic blood products are seen. The distribution and appearance is suggestive of a primary brain neoplasm such as glioma. There is mass effect on the posterior aspect of the lateral ventricle. There is no hydrocephalus but there is mild dilatation of the right temporal horn likely secondary to mass effect upon the right trigone.

2. CT c/a/p dated 5/8/14 shows no evidence of intrathoracic malignancy. Mild to moderate emphysema. Multiple hepatic hypodensities, some of which may represent hemangiomas, however metastatic disease cannot be excluded. Lytic appearing lesion in T11, which may represent an atypical hemangioma or metastatic disease. Area of increased sclerosis in the intertrochanteric region of the left femur likely represents a cartilaginous lesion, such as an enchondroma. Dedicated radiograph of the left femur could be performed for additional evaluation.

**ASSESSMENT** AND PLAN:

In summary, this is a 61 year old, left-handed man with right frontal and parietal mass involving the corpus callosum, confusion, and disorientation. He will undergo repeat biopsy of the lesion for treatment and trial eligibility. I will review the pathology. He has no seizure history and on levetiracetam. He is irritable, thus I will stop after the biopsy. He is on dexamethasone along with GI prophylaxis. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD

Neuro-Oncology

AR0663

**Progress note 05/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

Pager 91057

████████████████████████████████████

**Op Report 05/21/2014 Dr. Ekkehard M. Kasper**

**OPERATIVE REPORT**

KASPER, EKKEHARD M.

Signed Electronically by KASPER,EKKEHARD on THU MAY 22,2014 8:43 AM

Name: MINISTERI, ANTHONY Unit No: 2285630

Service: Date: 05/21/2014

Date of Birth: ████1953 Sex: M

Surgeon: Ekkehard Kasper, MD 93140

PRINCIPAL **DIAGNOSIS**: Intracranial lesion.

POSTOP **DIAGNOSIS**: GBM.

PRINCIPLE PROCEDURE: CT-guided stereotactic brain biopsy,
right side.

ASSISTANTS: Kimberly Soorabally, PAC.

INDICATION: The patient is a 61-year-old gentleman who was
recently admitted to the BI Deaconess Medical Center with a
newly diagnosed intracranial lesion. The lesion is
multiloculated, infiltrate corpus callosum was suspicious for
an intrinsic neoplasm. The previous brain biopsy did not
reveal a diagnostic specimen. Patient hence had to go back
to the operating room for redo biopsy. New access point was
chosen. The patient was consented. The patient underwent
general endotracheal anesthesia by the Anesthesia team.
There were no complications on induction. There was adequate
blood pressure control. The patient was taken to the OR, and
had a CRW frame placed. The patient is now brought back to
the CT scanner. A CT in the ring was obtained with contrast.
The Radionics StereoCalc software was used to calculate
adequate trajectories and target. The patient was brought
back to the OR. The patient was positioned supine on the OR
table. The CRW frame is now mounted onto a Mayfield
headrest. The patient was positioned in a near sitting
position. The patient was shaved. The patient was prepped
and draped in the usual sterile fashion. Coordinates and
trajectories were tested on the phantom. The patient
tolerated the procedure well. The patient was now prepped
and draped in the usual sterile fashion. Local anesthesia
was instilled along the incision line. The incision was
carried out with a #10 blade. The incision was carried down
to the bone. Self-retaining retractors were inserted. A
single burr hole was placed. Remnants of the inner table
removed using a straight cup curette. We then coagulated the
dura. A Nashold needle was advanced towards the intended

AR0664

**Op Report 05/21/2014 Dr. Ekkehard M. Kasper**

target point and initially two cores obtained at 12 and 6
o'clock. The needle was then advanced 5 mm and two more
cores were obtained at 3 and 9 o'clock. Intraoperative fresh
frozen analysis revealed necrotic material and normal white
matter but no clear areas of tumor. We therefore advanced
the biopsy needle another with a 5 mm and rotated back to 12
o'clock and 6 o'clock, obtained two more cores revealing
intraoperative GBM. We then withdrew the needle. There were
no complications except a small amount of bleeding from the
biopsy site. This was irrigated and stopped spontaneously.
There were no complications.
The patient was kept intubated and brought to the CAT scanner
for postop scan and then brought to the PACU for extubation.
The patient remained stable throughout. The wound was closed
in layers. The patient had no other intraoperative issues

Ekkehard Kasper, MD 14AAE
I was physically present during all critical and key portions of
the procedure and immediately available to furnish services during
the entire procedure, in compliance with CMS regulations.

Dictated By: Ekkehard Kasper, MD

MEDQUIST36
D: 05/21/2014 12:15:17
T: 05/21/2014 16:23:57
Job#: 033130

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**PATIENT DISCHARGE PLAN**
**PATIENT INFORMATION**

| | |
|---|---|
| Patient Name | ANTHONY MINISTERI |
| MRN#: | 2285630 |
| Case#: | 0320027 3 |
| DOB: | ███,1953 |
| Patient Status: | Admitted MAY 21,2014 |
| Reason for Admission: | RIGHT FRONTAL/PARIETAL MASS/SDA |
| Discharged to: | Home |
| Primary Physician: | Dr. STEPHEN P. BEAUDOIN | 978-499-7200 |
| Attending Physician: | Dr. EKKEHARD M KASPER | 617-632-7246 |

**DISCHARGE MEDICATIONS**
1. Acetaminophen 325-650 mg PO Q6H:PRN pain
2. Dexamethasone 4 mg PO Q8H
RX *dexamethasone 4 mg 1 tablet(s) by mouth q8hours
Disp #*60 Tablet Refills:*0
3. Docusate Sodium 100 mg PO BID
RX *docusate sodium 100 mg 1 tablet(s) by mouth twice a day
Disp #*60 Tablet Refills:*0
4. Famotidine 20 mg PO BID
5. HYDROmorphone (Dilaudid) 2 mg PO Q6H:PRN pain
RX *hydromorphone [Dilaudid] 2 mg 1 tablet(s) by mouth q6hours
Disp #*15 Tablet Refills:*0
6. Zonisamide 100 mg PO BID Duration: 14 Days
RX *zonisamide 100 mg 1 capsule(s) by mouth twice a day
Disp #*28 Capsule Refills:*0

AR0665

## DISCHARGE INSTRUCTIONS

Have a friend/family member check your incision daily for signs of infection.

☐ Take your pain medicine as prescribed.

☐ Exercise should be limited to walking; no lifting, straining, or excessive bending.

☐ Dressing may be removed on Day 2 after surgery.

☐ Your wound was closed with staples and you must wait until after they are removed to wash your hair. You may shower before this time using a shower cap to cover your head.

☐ Increase your intake of fluids and fiber, as narcotic pain medicine can cause constipation. We generally recommend taking an over the counter stool softener, such as Docusate (Colace) while taking narcotic pain medication.

☐ Unless directed by your doctor, do not take any anti-inflammatory medicines such as Motrin, Aspirin, Advil, and Ibuprofen etc.

☐ You have been discharged on Keppra (Levetiracetam), you will not require blood work monitoring.

☐ Clearance to drive and return to work will be addressed at your post-operative office visit.

☐ Make sure to continue to use your incentive spirometer while at home, unless you have been instructed not to.

CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE FOLLOWING

☐ New onset of tremors or seizures.

☐ Any confusion or change in mental status.

☐ Any numbness, tingling, weakness in your extremities.

☐ Pain or headache that is continually increasing, or not relieved by pain medication.

☐ Any signs of infection at the wound site. redness, swelling, tenderness, or drainage.

☐ Fever greater than or equal to 101- F.

## FINAL DIAGNOSIS

R brain lesion

## RECOMMENDED FOLLOW-UP

Follow-Up Appointment Instructions

☐ Please return to the office in 7-10 days(from your date of surgery) for removal of your staples and a wound check. This appointment can be made with the Physician Assistant or Nurse Practitioner. Please make this appointment by calling 617-632-7246. If you live quite a distance from our office, please make arrangements for the same, with your PCP.

☐ You will have radiation therapy closer to home. You will be contacted by the facility performing the radiation to set this up.

☐ You have an appointment scheduled in the rbain tumor clinic, the information is below.

Department: NEUROLOGY

When: MONDAY JUN 02,2014 at 12:00 PM

With: ERIK JANOS UHLMANN, MD 617-667-1665

Building: SC Shapiro Clinical Ctr 8th Floor

Campus: EAST Best Parking: Shapiro Garage

## MAJOR SURGICAL OR INVASIVE PROCEDURES

5/21/14 R stereotatic brain biopsy

## CONDITION AT DISCHARGE

Mental Status: Clear and coherent.

Level of Consciousness: Alert and interactive.

Activity Status: Ambulatory - Independent.

Discharge: Electronically Signed by BUSLER,ANDREW, APN on 05/22/14 @ 1016

---

**Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper**

## DISCHARGE SUMMARY

KASPER,EKKEHARD M.

Signed Electronically by KASPER,EKKEHARD on THU MAY 22,2014 6:39 PM

***This summary has an ADDENDUM, please see the separate document(s).***

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 05/21/14 Discharge Date: 05/22/14

Date of Birth: ███/1953 Sex: M

Service: NEUROSURGERY

Allergies:

Oxycodone

Attending: KASPER,EKKEHARD M.

## Chief Complaint

**Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper**

R brain lesion

Major Surgical or Invasive Procedure:
5/21/14 R stereotatic brain biopsy

History of Present Illness:
61 y/o M presents for elective stereotatic brain biopsy.

Past Medical History:
1  Right frontal and parietal mass
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6  Dyslipidemia

Social History:
lives at home with his wife

Family History:
NC

Physical Exam:
On Discharge:
intact, stable L peripheral visual field cut

Pertinent **Results**:
CT Head Pre-op 5/21
1. Status post biopsy and stereotactic device placement.
2. Re-demonstration of known right frontoparietal mass with
extension into the left cerebral hemisphere. New hyperdensity
antero-inferiorly to this mass, which, given appearance over
short time interval, most likely represents focus of hemorrhage.
Mildly increased vasogenic edema and subsequent mass effect.

CT Head post-op:
1. Right parietal burr hole with new 1.2 x 1.5 cm hemorrhage
superior to
known right frontoparietal mass status post biopsy.
2. Stable mass effect with unchanged mass effect and ventricular
configuration.

Brief Hospital Course:
61 y/o M presents for elective R stereotatic brain biopsy. He
was taken to the OR on 5/21 with no intraoperative
complications. Patient was extubated in the oeprating room and
transferred to the PACU for recovery. He remained stable in the
recovery room and was transferred to the floor for further care.
He met with radiation oncology for discussion of radiaition
therapy and decision was made that he will undergoing radiation
closer to his home. Overnight into 5/22 he had no issues and on
the morning of 5/22 he was deemed fit for discharge to home
without services. He was given instructions for followup,
prescriptions for required medications, and all questions were

**Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper**

answered prior to discharge.

Medications on Admission:
decadron, keppra, pepcid, senna

Discharge Medications:
1. Acetaminophen 325-650 mg PO Q6H:PRN pain
2. Dexamethasone 4 mg PO Q8H
RX *dexamethasone 4 mg 1 tablet(s) by mouth q8hours Disp #*60
Tablet Refills:*0
3. Docusate Sodium 100 mg PO BID
RX *docusate sodium 100 mg 1 tablet(s) by mouth twice a day Disp
#*60 Tablet Refills:*0
4. Famotidine 20 mg PO BID
5. LeVETiracetam 500 mg PO BID
6. HYDROmorphone (Dilaudid) 2 mg PO Q6H:PRN pain
RX *hydromorphone [Dilaudid] 2 mg 1 tablet(s) by mouth q6hours
Disp #*30 Tablet Refills:*0

Discharge Disposition:
Home

Discharge **Diagnosis**:
R brain lesion

Discharge Condition:
Mental Status: Clear and coherent.
Level of Consciousness: Alert and interactive.
Activity Status: Ambulatory - Independent.

Discharge Instructions:
Have a friend/family member check your incision daily for signs
of infection.

? Take your pain medicine as prescribed

? Exercise should be limited to walking; no lifting,
straining, or excessive bending.

? Dressing may be removed on Day 2 after surgery.

? Your wound was closed with staples and you must wait
until after they are removed to wash your hair. You may shower
before this time using a shower cap to cover your head.

? Increase your intake of fluids and fiber, as narcotic pain
medicine can cause constipation. We generally recommend taking
an over the counter stool softener, such as Docusate (Colace)
while taking narcotic pain medication.

? Unless directed by your doctor, do not take any
anti-inflammatory medicines such as Motrin, Aspirin, Advil, and
Ibuprofen etc.

? You have been discharged on Keppra (Levetiracetam), you
will not require blood work monitoring.

? Clearance to drive and return to work will be addressed at

AR0668

**Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper**

your post-operative office visit.

? Make sure to continue to use your incentive spirometer
while at home, unless you have been instructed not to.

CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE
FOLLOWING

? New onset of tremors or seizures.

? Any confusion or change in mental status.

? Any numbness, tingling, weakness in your extremities.

? Pain or headache that is continually increasing, or not
relieved by pain medication.

? Any signs of infection at the wound site: redness,
swelling, tenderness, or drainage.

? Fever greater than or equal to 101- F.

Followup Instructions:
Follow-Up Appointment Instructions

? Please return to the office in 7-10 days(from your date of
surgery) for removal of your staples and a wound check. This
appointment can be made with the Physician Assistant or Nurse
Practitioner. Please make this appointment by calling
617-632-7246. If you live quite a distance from our office,
please make arrangements for the same, with your PCP.

? You will have radiation therapy closer to home. You will
be contacted by the facility performing the radiation to set
this up.

? You have an appointment scheduled in the rbain tumor
clinic, the information is below.
Department: NEUROLOGY
When: MONDAY JUN 02,2014 at 12:00 PM
With: ERIK JANOS UHLMANN, MD 617-667-1665
Building: SC Shapiro Clinical Ctr 8th Floor
Campus: EAST Best Parking: Shapiro Garage

EKKEHARD M. KASPER MD 14-AAE

Completed by: ANDREW M. BUSLER NP 80-DHI 05/22/14 @ 0951

**Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper**
ADDENDUM TO **DISCHARGE SUMMARY**
KASPER,EKKEHARD M.
Signed Electronically by KASPER,EKKEHARD on THU MAY 22,2014 6:40 PM

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 05/21/14 Discharge Date: 05/22/14

Date of Birth: ███ 1953 Sex: M

**Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper**

Service: NEUROSURGERY

Allergies:
· Oxycodone

Attending: KASPER,EKKEHARD M.

Addendum:
Changed keppra to Zonisamide for anti-seizure prophylaxis after
discussion with neuro-oncology and also decreased prescription
amount of PO Dilaudid:

Discharge Medications:
1. Acetaminophen 325-650 mg PO Q6H:PRN pain
2. Dexamethasone 4 mg PO Q8H
RX *dexamethasone 4 mg 1 tablet(s) by mouth q8hours Disp #*60
Tablet Refills:*0
3. Docusate Sodium 100 mg PO BID
RX *docusate sodium 100 mg 1 tablet(s) by mouth twice a day Disp
#*60 Tablet Refills:*0
4. Famotidine 20 mg PO BID
5. HYDROmorphone (Dilaudid) 2 mg PO Q6H:PRN pain
RX *hydromorphone [Dilaudid] 2 mg 1 tablet(s) by mouth q6hours
Disp #*15 Tablet Refills:*0
6. Zonisamide 100 mg PO BID Duration: 14 Days
RX *zonisamide 100 mg 1 capsule(s) by mouth twice a day Disp
#*28 Capsule Refills:*0

Discharge Disposition:
Home

EKKEHARD M. KASPER MD 14-AAE

Completed by: ANDREW M. BUSLER NP 80-DHI 05/22/14 @ 1017

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Progress note 06/02/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 06/02/14

Signed by ERIK UHLMANN, MD on 06/06/14 at 1:28 pm Affiliation: BIDMC

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: May 19, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP
PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal
glioblastoma involving the corpus callosum, confusion,
disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started

**Progress note 06/02/2014 Dr. Erik J. Uhlmann Service: Neurology**

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: Glioblastoma, WHO gráde IV

6/10/14 IMRT+TMZ at Lahey Clinic

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He presents to the clinic
with his wife and son. He is irritable since discharge.

MEDICATIONS:

1. Dexamethasone 4 mg PO BID

2. Levetiracetam 500 mg PO BID

3. Docusate Sodium 100 mg PO BID:PRN constipation

4. Famotidine 20 mg PO BID

5. Sennosides 17.2 mg BY MOUTH TWICE DAILY PRN constipation

6. Oxycodone 5 mg PO every 4 hours as needed pain NOT TAKING

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal glioblastoma

2. Cluster headaches, botulinum injections

3. Right hip replacement, osteoarthritis

4. Closed skull fracture

5. Hypertension

6. Dyslipidemia

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

**REVIEW OF SYSTEMS**:

Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovasculer problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or

AR0671

**Progress note 06/02/2014 Dr. Erik J. Uhlmann Service: Neurology**
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

<u>**PHYSICAL EXAMINATION**</u>:

T 97.8 BP 124/72 P 60 R 16 KPS 60 wt 188.3 ht 72  Mental status
is satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory  Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery site is clean, no discharge, swelling or redness, right
occipital site is healing, staples are in place.

LABORATORY:

5/9/14 WBC 8.6 HGB 15.0 PLT 158

5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0.9 GLC 145

IMAGING:

1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass
lesion identified involving the right parietal occipital region
involving the splenium of corpus callosum with a small nodular
area of enhancement in the left occipital lobe. There is
involvement of the corpus callosum seen. There is surrounding
edema identified. Small amount of subacute and chronic blood
products are seen  The distribution and appearance is suggestive
of a primary brain neoplasm such as glioma. There is mass effect
on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal
horn likely secondary to mass effect upon the right trigone.
2  CT c/a/p dated 5/8/14 shows no evidence of intrathoracic
malignancy. Mild to moderate emphysema. Multiple hepatic
hypodensities, some of which may represent hemangiomas, however
metastatic disease cannot be excluded. Lytic appearing lesion in
T11, which may represent an atypical hemangioma or metastatic
disease  Area of increased sclerosis in the intertrochanteric
region of the left femur likely represents a cartilaginous
lesion, such as an enchondroma. Dedicated radiograph of the left
femur could be performed for additional evaluation.

<u>**ASSESSMENT**</u> AND PLAN:

In summary, this is a 61 year old, left-handed man with right
frontal and parietal glioblastoma involving the corpus callosum,
confusion, and disorientation. He had repeat biopsy of the
lesion. I will review the pathology. He has no seizure history
and was irritable, thus levetiracetam was stopped. He is on

**Progress note 06/02/2014 Dr. Erik J. Uhlmann Service: Neurology**

dexamethasone 8 mg am and 4 mg pm, along with GI prophylaxis. I
removed staples. 30 minutes were spent with the patient of which
50% was counseling. Additional time was spent on reviewing tests
and images, and preparing documentation. All questions were
answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

**Letter 06/04/2014 Dr. Deborha Cooper Service: Neurology**

June 4, 2014

Anthony Ministeri
███████████
Merrimac, MA 01860

BID#: 228-56-30 DOB: ████/1953

Dear Mr. Ministeri:

Enclosed is a printout of all of your upcoming appointments.

If you have an MRI scheduled, you will also receive an MRI
Outpatient Screening questionnaire.

If you have an MRI/CT and you are over 60 years old, or have
diabetes, hypertension (high blood pressure), renal disease,
gout, or protein in your urine, you will need to have a Lab test
done prior to your MRI. If you answer yes to any of the above,
please call me so that we can arrange for you to get the
necessary labs done

Please call our office at (617) 667-1665 to confirm your
appointment. If you need to reschedule or cancel, please call at
least 24 hours prior to the scheduled appointment.

Please check with your insurance company or your primary care
provider to find out if you need an insurance referral for this
visit. If you need one, please have your primary care provider
fax the referral to our office at 617-667-1664.

Please call the BIDMC Patient Registration line at 617-754-8240
to update your patient profile.

Sincerely,

Deborha Cooper
Administrative Assistant
Brain Tumor Center
Eric T Wong, MD Erik J Uhlmann, MD Soma Sengupta
617-667-1665
Signed electronically: 06/04/14 at 1:06 pm

AR0673

**Letter 06/12/2014 Dr. Erik J. Uhlmann Service: Neurology**

June 12, 2014

RE: Anthony Ministeri BID#: 228-56-30 DOB: 01/23/1953

Anthony Ministeri is my patient in this hospital and clinic. He
developed a chronic neurological condition, and received
treatment including brain surgery on 5/12/14, and now undergoing
chemotherapy and radiation. My first visit with him was on
5/9/14, and his most recent visit in my clinic was on 6/2/14. He
is fully compliant with the prescribed treatment. He is presently
not fit to return to work. The date when he is able to return to
work is not yet known, and will depend on his progress during the
next several weeks. If you have any questions please contact me.

Sincerely,

Erik J. Uhlmann, MD
Phone: 617-667-1665
Fax: 617-667-1664
CC: aministeri@comcast.net
Signed electronically: 06/12/14 at 1:19 pm

**Telephone 06/13/2014 Dr. Julianne RN Bloom Service: Neurology**
Note Date: 06/13/14
Signed by JULIANNE BLOOM, RN on 06/13/14 at 3:42 pm Affiliation: BIDMC

Spoke with Margie RN at Lahey Clinic N. Shore (Peabody)- Mr.
Ministeri started XRT to GBM earlier this week. He is currently
on 12mg of Decadron daily -8mg in the morning and 4mg in the
evening. He has had a few falls this week. PT was sent in by VNA
to evaluate pt. He is currently ambulating with a walker. Rad/Onc
staff feels wife is overwhelmed at home and they have gotten
social services involved for support. Dr. Uhlmann would like to
see Mr. Ministeri next week. Margie RN will meet with wife to day
when he is in for treatment and have her call our dept. to
discuss and appt. time.
Pt will have weekly CBCs starting Monday 6/16/14. **Results** will be
faxed to Dr. Uhlmann's office.

**Telephone 07/21/2014 Dr. Julianne RN Bloom Service: Neurology**
Note Date: 07/21/14
Signed by JULIANNE BLOOM, RN on 07/21/14 at 4:03 pm Affiliation: BIDMC

Received a call from RN at Lahey Radiation Oncology- Mr.
Ministeri's platelets are down to 95 (102). Pt completes XRT this
Wednesday 7/23/14. Discussed with Dr. Uhlmann- will hold Temodar
for the last 2 days of treatment. Patient will have bloods drawn
at Lahey next Monday. Follow up in BTC on 8/11/14.
Plan discussed with Mrs. Ministeri who understands the plan.

**Progress note 08/10/2014 Dr. Larry Adam Nathanson Service: Emergency**

Note Date 08/10/14

Signed by LARRY NATHANSON, MD on 08/25/14 at 2:47 pm Affiliation: BIDMC

--Title: ED Attending Physician Chart (V1): SEIZURE

Beth Israel Deaconess Medical Center

Anthony Ministeri, MRN: 2285630

Date of Birth: Jan 23, 1953

Beth Israel Deaconess Medical Center Attending Physician Chart

(V1)

ED MD: Larry Nathanson MD

Visit date Aug 10, 2014, report date Aug 25, 2014

Attending Physician: Larry Nathanson MD, MD

Visit Date: Aug 10, 2014

Chart Created: Aug 25, 2014 14:40

HISTORY OF PRESENTING ILLNESS

This patient is a 51 year old male with PMHx of GBM
diagnosed in May, with chemotherapy and radiation treatments
who presents via EMS sedated and intubated to 25 s/p
syncopal fall and seizure. Per EMS, patient was on the
toilet when he suddenly experienced CP, SOB, and
lightheadedness then suffered a syncopal fall forward,
striking his head and chest. Patient was found on the ground
seizing and hypoxic. En route to the ED, the patient's blood
pressure dropped and his last measured pressure was 121/91.
Full code per xfer EMS.

Timing: Sudden Onset

Severity: Moderate

Duration: Minutes

Location: Neuro

Context/Circumstances: S/p syncopal fall and PMHx
of brain cancer

Associated Signs/Symptoms: Head strike

PAST FAMILY AND SOCIAL HISTORY

Nursing triage/initial **assessment** reviewed and confirmed

Past Medical History: GBM

**REVIEW OF SYSTEMS**

Positive for Chest pain and Dyspnea.

No Back pain, Black stool, Diaphoresis, Dysuria/freq, Edema,
Fever/chills or Headache.

Head / Eyes: +Head strike

**PHYSICAL EXAMINATION**

Constitutional: Sedated and intubated

HEENT: Pupils equal, minimally reactive
MMM

**Progress note 08/10/2014 Dr. Larry Adam Nathanson Service: Emergency**

Chest: Clear to auscultation

Cardiovascular: Regular Rate and Rhythm

Abdominal: Soft

Extr/Back: No edema

Skin: Warm and dry

Imaging Study Obtained:

C12 CHEST (PORTABLE AP), Status: ||

Imaging Study Obtained:

Q111 CT HEAD W/O CONTRAST, Status: ||

Imaging Study Obtained:

Q416 CTA CHEST W&W/O C&RECONS, NON-CORONARY, Status: ||

ECG

Heart Rate: 135

Note(s): Isolated ST elevation at

V1

Non-specific intraventricular

delay

Rhythm: Sinus

RADIOLOGY

Note(s). CTA Chest:

1.

Massive pulmonary embolism

involving the central and

peripheral pulmonary

arteries with right heart

strain (dilated right

ventricle and bowing of the

interventricular septum).

2. Wedge shaped opacities in

the superior segments of the

lower lobes are

suspicious for pulmonary

infarctions.

CT Head:

Multilocular cystic lesion

centered in the right

parietal lobe and extending

across the corpus callosum,

consistent with the patient's

known glioblastoma

and surrounding posttreatment

changes. No hemorrhage.

PHYSICIAN PERFORMED PROCEDURES

Physician Performed Procedures: Other - see note

Procedure Note(s): bedside US by resident

AR0676

**Progress note 08/10/2014 Dr. Larry Adam Nathanson Service: Emergency**

(Attending Physician): I certify that I was
physically present for the
key portion of the procedures
above

Physician Performed Procedures

bedside US by resident

I certify that I was physically present for the key portion
of the procedures above

SUPPLEMENTS

Initial Provider contact information
Initial provider: Alon S Dagan
Initial contact: 08/10/2014 23:36

MEDICAL DECISION MAKING

51 Year old male with PMHx of GBM who presents after head
strike with seizure, hypotension and hypoxia. His
presentation is most consistent with massive PE, however the
h/o GBM and head trauma make anticoagulation dangerous. The
pt went to CT with the team in attendance. NCHCT was
negative and neurosurgery weighed in that TPA was not
contraindicated due to his brain tumor. CTA showed the
massive PE as suspected. He was requiring increasing
levophed and he remained difficult to oxygenate and family
was not available to **consult** so TPA was administered
emergently with good effect. Shortly thereafter he was off
pressors and was weaned off PEEP, satting 100%. Will admit
to MICU for continued aggressive treatment
Service Consulted at 00:05 Neurosurgery
Service Consulted at 01:58 Respiratory Therapy
Final ED **Diagnosis** 1: massive PE

This uploaded version of the chart may not be the final one;
some addenda and test **results** may not be entered into this
OMR note.

This Emergency Department patient encounter note may have
been created using voice-recognition software and in real
time during the ED visit. Please excuse any typographical
errors that have not been edited out.

---

**Progress note 08/11/2014 Natasha Elizabeth Poylin Service: Neurosurgery**
Note Date: 08/11/14
Signed by NATASHA E POYLIN, NP on 08/11/14 at 7:58 am Affiliation: BIDMC

Mr. Ministri is a 61 year old male known to the neurosurgery
service. He had an elective R stereotatic brain biopsy on 5/21
with no intraoperative complications. He was discharged home on
5/22 and is currently followed by Dr. Uhlmann for management of

**Progress note 08/11/2014 Natasha Elizabeth Poylin Service: Neurosurgery**

his gliobastoma. He has undergone chemotherapy and radiation. He

presents to the emergency department 8/11 with hemodynamic

instability related to a saddle pulmonary embolism.

Images of NCHCT were reviewed. There are no contraindiction for

TPA and anticoaguation for managment of the PE.

---

**Initial note 08/11/2014 Dr. Sarah MSW,LICSW Porell Service: Social Work**

Note Date: 08/11/14

Signed by SARAH PORELL, MSW,LICSW on 08/11/14 at 3:12 pm Affiliation: BIDMC

Social Work

Family of pt referred to sw in MICU huddle for coping support.

Pt is a 61 year old man with history of GBM diagnosed in May s/p

chemo/radiation who presented to Anna Jaques 8/10/14 after sudden

onset chest pain and SOB associated with lightheadedness while

sitting on toilet (?syncope). While at OSH ED, patient had

questionable seizure, was intubated, post intubation with

decreased O2 sat transferred to BIDMC.

SW met briefly with pt's wife (Renee) and oldest dtr in hallway

this AM. They report being understandably anxious and worried

about pt. Wife reports what would be most immediately helpful to

her is to have a clear sense of pt's condition. She reports that

though she was present at rounds, it was overwhelming for her,

she did not understand the medical jargon and almost fainted.

She would like a simple explanation of pt's condition, especially

wondering if pt is so tenuous she should have her son, who is out

of state come home.

She and dtr reports that pt and wife have 3 children, son out of

state and 2 dtrs locally. Pt also has sibling who are local and

are here at the hospital.

SW informed RN of family's request. MICU team off the unit at

the time, but RN to inform them of family's wish for a better

understanding of pt's condition. SW provided support to family

and informed them team will f/up when back on unit. Also

discussed with them nature of ICU admission and work up phase and

acknowledged/normalized difficulty coping with lack of clear dx

and prognosis. Inquired re: family's wish/need for pastoral care

support. Wife and dtr declined need as they report that pt's

siblings are strong Christians and are providing much spiritual

SW provided sw contact info and informed family or sw

role/function.

SW checked back in with family this afternoon, who initially were

needing time alone. SW spoke briefly with eldest dtr who reports

they are having a difficult time, but are supporting each other

and understand the nature of the work up process.

SW will f/up tomorrow.

AR0678

**Initial note 08/11/2014 Dr. Sarah MSW,LICSW Porell Service: Social Work**

Sarah Porell, LICSW

#38435

████████████████████████████████████████████

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

Note Date: 08/13/14

Signed by ANGELA BERLIN, PT on 08/13/14 at 4:09 pm Affiliation: BIDMC

PHYSICAL THERAPY EVALUATION

Rehabilitation Services - Inpatient Physical Therapy

Attending Physician: AKUTHOTA,PRAVEEN

Referral Date: 8/13/2014

Medical Dx/ICD9: PE; 415.1

Reason for Referral: Evaluation and Treatment

Activity Orders: As Tolerated Per Verbal Order in

Interdisciplinary Mobility Rounds

HPI/Subjective Complaint: 51 yo M with history of GBM diagnosed
in May s/p chemo/radiation, found to have a massive PE and
transferred to the MICU s/p lysis with tPA, paralyzed with
rocuronium initially, intubated and ventilated, with initial
pressor requirement (Levophed, and vasopressin). Intubated with
hypercarbic respiratory failure with decreased ventilation,
increased lactate, sinus tachycardia and troponin leak,
obstructive shock. Today presents for PT evaluation s/p weaning
sedation, vent settings, and d/c of pressors and paralytics.

Ventilator support dates: 8/11-present
Vasopressor support dates: 8/11-8/12
Neuromuscular blocking agents dates: 8/11-8/12
Sedation dates: 8/11-present
Number of days of bed-rest: 8/11-present

Past Medical/Surgical History.
GBM diagnosed in May s/p chemo/radiation
Hip Joint replacements
Cluster headaches

Medications: Heparin IV Sliding Scale Dexamethasone Cefepime
Vancomycin Midazolam Fentanyl Citrate Propofol

Radiology
8/11 CT HEAD: No evidence of hemorrhage. Again seen is a right
parietal mass with associated edema. The mass effect and midline
shift have decreased since May 21.
8/11 ECHO: The right ventricular cavity is dilated with depressed
free wall contractility. There is no aortic valve stenosis. No
aortic regurgitation is seen. The mitral valve appears
structurally normal with trivial mitral regurgitation. The
pulmonary artery systolic pressure could not be determined. There
is no pericardial effusion.

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

8/10 CTA CHEST: 1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum).

2. Wedge shaped opacities in the superior segments of the lower lobes are suspicious for pulmonary infarctions.

8/10 CT HEAD: Multilocular cystic lesion centered in the right parietal lobe and extending across the corpus callosum, consistent with the patient's known glioblastoma and surrounding posttreatment changes. No evidence of infarction or hemorrhage.

8/10 CXR: Lung volumes are low with bibasilar atelectasis and scarring, particularly in the left lower lobe

Labs:

08/13/14: WBC: 7.5

08/13/14: HGB: 10.2*

08/13/14: HCT: 29.8*

08/13/14: Plt Count: 70*

08/13/14: PT: 11.8

08/13/14: PTT: a) 81.4*; b) 43.9*

08/13/14: INR: 1.1

BLOOD GASES pO2 pCO2 pH Base XS

08/13/2014 VEN 45* 51* 7.33* 0

**Patient unable to provide social and function history but information below obtained from OMR / Family:

Social/Occupational History: Married, lives with wife and kids. Works and just started a new job that requires travel one month ago.

Living Environment: Pt lives in a multi-level home, presumed stairs.

Prior Functional Status/Activity Level: Ambulates without an **assistive device** per sisters, but leading up to GBM **diagnosis** in May was using a SC progressing to RW progressing to w/c. Progressed to independent baseline s/p chemo/radiation. Indep ADLs/IADLs and active per sisters, without residual neuro deficits that they are aware of. Drives.

OBJECTIVE TESTS

Arousal/Attention/Cognition/Communication:

Arousal: Pt somnolent but briefly opens eyes to auditory/tactile stimulation and does not make eye contact with PT. Arousable to voice alone

~50% of time, otherwise arousable to sternal rub, reaching ETT each time with attempts to open eyes.

Orientation: unable to fully assess 2/2 somnolence but nods yes consistently to option of "hospital", responds to name, and nods yes to questions re recognizing sisters/their voices at bedside.

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

Communication: Pt is orally intubated but pt is able to: nod
yes/no  Yes/no reliability not fully reliable 2/2 somnolence.

Command Following: Pt follows 4/5 serial commands for wiggling
toes and moving LE with greater command following/movement on R
LE than L. Also intermittently follows commands to squeeze and
release PT hand, open eyes, stick out tongue, and move
extremities. Followed >/= 50% of single step motor commands with
max tactile and auditory stimulation/repetition.

CAM ICU: positive

Hemodynamic Response/Aerobic Capacity
Position HR BP RR O2 RPE Rest
Supine 111 167/92 13 95% on vent
Sit
Stand
Activity
Recovery
Total Distance Walked: NT Minutes.

Pulmonary:
Ventilator Settings: CPAP FiO2 40% PEEP 8 PSV 5
Tidal Volumes Supine: .852 L
Normal breathing pattern. Cough: moderate, productive of
moderate clear secretions with inline suctioning provided by PT.
Breathing synchronous with ventilator with some biting of ETT.

Integumentary:
Access: PIV
Edema: B distal UE and LE edema
Nutrition: OGT
Respiratory: ETT
Skin breakdown: no signs of skin breakdown at head / elbows /
heels; otherwise not assessed.
Other: Foley

Vascular: palpable pulses t/o distal extremities; distal
extremities warm to touch.

Sensory Integrity. withdraws to deep nail bed pressure
extremities x4; unable to participate in formal sensory exam.

Pain: Shook head no 3/3 times when asked about pain. No facial
grimace observed with eval.

Limiting Symptoms: arousal

Posture: WNL

Range Of Motion: WNL

Muscle Performance: pt moves all extremities against gravity but
unable to complete formal MMT 2/2 arousal/command following. R UE
>/= 2/5; B LE >/= 2/5. L UE with decreased movement observed on
command/spontaneously but pt move all extremities spontaneously
t/o eval and B UE purposefully (R>L) to attempts to reach ETT.

AR0681

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

Moves R UE and B LE (R>L) on command >/= 50% of time.

Motor Function: no abnormal tone observed, no abnormal movement patterns observed

Vision: unable to assess 2/2 arousal.

Functional Status
Rolling: NT
Sup/Sidelying to Sit: NT
Sit to Stand: NT
Ambulation: NT
Stairs: NT
Other Activity.
Specify:

***Abbreviation Key*** I=Independent S=Supervision CG=Contact Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane AC=Axillary Crutches

Gait: OOB mobility NT 2/2 pt arousal and RN weaning sedation  Pt demonstrated increased attempts to open eyes, increased command following and increased spontaneous movement of extremities with EOB elevated. Pt demonstrated use of trunk control to sit up in bed, pulling self into long sitting briefly.

Balance: NT

Additional Tests/Measures:

Team Communication: Communicated with RN RE: pt status pre and post treatment, recommendations for mobility. Pt discussed at interdisciplinary mobility rounds.

Patient/Caregiver Education RE: PT role, PT plan of care, fall precautions, importance of mobility and time out of bed, orientation training, D/C planning.

Intervention:
balance training
functional mobility training
cognitive activities
PROM w/ prolonged stretch for 60 sec to Bila ankle into DF

**DIAGNOSIS**
Impairments, Functional Limitations, Disabilities
Impaired Cognition
Impaired Functional Mobility
Impaired Balance
Impaired Ventilation
Impaired Gas Exchange
Impaired Muscle Performance
Knowledge Deficit RE: role of PT

Clinical **Impression**/Prognosis: 61 yo M with recent **diagnoses**/treatment of GBM now presents with massive PE and hypercardic respiratory failure with above impairments c/w

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

ventilatory pump dysfunction and non-progressive CNS dysfunction.
Pt currently presents to PT most limited by arousal with likely
delirium given his course requiring sedation, paralytics, and
prolonged immobility. Anticipate pt will continue to make
functional and cognitive gains with continued mobilization,
weaning of sedation and acute PT intervention. Given pt's age,
active PLOF, apparent strength and mobilization of extremities,
and relatively brief period of sedation/intubation thus far, pt
has good potential to return to ambulatory functional status. His
ICU course to date and future care will likely prolong his
recovery timeline, but acute PT will continue to progress and
reassess. At this time, recommend d/c to interdisciplinary rehab
setting, although this may change pending patient progress this
admission.

Current Status: G8978 Mobility
AM-PAC raw score: 8
Based on the **results** of the AM-PAC, the patient presents with
CMS severity: 80%-100%impaired (CM)
Goal Status: G8979 Mobility
with CMS severity: 60%-80% impaired (CL)

Goals: Time Frame: 1 Week
Pt will maintain eyes open for 30 min PT session
Pt will follow 5/5 single step commands
Pt will answer 5/5 yes/no questions accurately
Pt will require modA for supine to sit transfer with bed rail
Pt will require minA for balance with BUE support for 30 sec
Pt will maintain SpO2 >95% on 2L NC vs 35% TM
Pt will achieve MRC sum score >48
Pt will demonstrate understanding of role of PT

Anticipated Discharge. (x)rehab ( )home

Treatment Plan:
ROM/stretching program with rehab aide/PT coop student
Progress functional mobility including bed mobility, transfers
Balance training
Cognitive activities and orientation training
Pulmonary hygiene with continuous O2 monitoring
Patient/Caregiver education RE: delirium reduction, early
mobility
D/C planning

Frequency/Duration: 3-5x/week for 1 week

Recommendations for Nursing:
Pt is at high risk for deconditioning please encourage frequent
mobility and maximize independence in ADLs.
Lift for all mobility including transfers to chair 3x/day.
Limit sitting time given patient's inability to effectively
reposition in chair. Please use pressure relieving air cushion /
chair alarm when out of bed. Normalize sleep-wake cycle to

AR0683

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**
decrease risk of delirium.

Patient agrees with the above goals and is willing to participate
in the rehabilitation program. Please indicate with an 'X': Yes
() or No (x). If no please explain: pt unable at this time given
impaired cognition

Date: 08/13/2014
Time 1230-1255
Physical Therapist Name: Angela Berlin PT, DPT
Physical Therapist Pager: 35470

**Progress note 08/14/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**
Note Date: 08/14/14
Signed by ANGELA BERLIN, PT on 08/14/14 at 3:42 pm Affiliation: BIDMC

PHYSICAL THERAPY PROGRESS NOTE
Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "I am exhausted"

OBJECTIVE: Follow up visit to address goals of PT evaluation on:
8/13

Patient seen today for:
Patient Education
Therapeutic Activities
Functional Mobility Training
Balance Training
Gait Training
Continuous Pulse Oximetry

Updated Medical Status:
Labs:
08/14/14: WBC: a) 6.8; b) 6.2; c) 6.2
08/14/14: HGB: a) 8.5*, b) 8.6*; c) 8.9*
08/14/14: HCT: a) 25.1*; b) 26.0*; c) 26.1*
08/14/14: Plt Count: a) 88*; b) 85*; c) 92*

Procedures: extubated this morning

Hemodynamic Response/Aerobic Capacity
Position HR BP RR O2 RPE
Rest Supine 103 142/84 22 94% 50%SM
Sit
Stand
Activity Sit 116 161/100* 28 90% 50% SM
Recovery Reclined 102 138/71 24 100% 50% SM
Total Distance Walked: NT Minutes.
*BP on L distal LE with ? accuracy while LE dangling and pt too
agitated to tolerate fully immobile BP reading. RN aware.

Functional Status
Rolling: NT

**Progress note 08/14/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

Supine/Side-lying to Sit: Mod assist x2

Sit to Stand: Max assist x 2

Ambulation: NT

Stairs: NT

Other Activity: OOB to chair

Specify: total A with lift

***Abbreviation Key*** 1=Independent S=Supervision CG=Contact
Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane
AC=Axillary Crutches

Gait: pt unable. Mod A x 2 for transition to EOB sitting 2/2 p
lethargy and motor task initiation. Cuing for transfer with pt
use of UE and scooting trunk to EOB. Sit to stand x 3 trials with
max A x 2 and pt able to attain 75% of full stance with B LE WB,
without buckling, with increased forward flexed posture and wide
BOS. Transfer not performed functionally 2/2 pt fatigue and
inability to safely weight shift to pivot or step to chair.
Seated rest breaks required between trials 2/2 pt fatigue

Balance: At the edge of the bed, pt able to maintain midline BUE
support and S. Min reaching within BOS with increased R trunk
lean, also noted with fatigue. No overt LOB noted in sitting.
Able to sit briefly without UE support and maintain trunk
midline. Increased trunk unsteadiness and need for UE support
with stance trial.

Pain: Denied pain t/o

Limiting Symptoms: fatigue, lethargy, pt focus on clearing
secretions

Other Tests and Measures:

Arousal/Attention/Cognition/Communication:

Arousal: Pt maintains eyes open for 75% of PT session with
auditory stimulation.

Orientation: Pt is orientated to: A&Ox self, DOB and hospital. Pt
reports the year as "January" (also his birthday) unable to
attend to cues to look "outside" or the wall calendar. Pt unable
to report the season or year.

Communication: able to make needs known when prompted, speech
slurred and dysarthric, difficult to understand at times with pt
clearing throat and moaning often without report of symptoms or
needs.

Command Following: 50% one step commands with cues and increased
time to complete.

CAM ICU: positive

Pulmonary: normal breathing pattern with frequent coughing.
BS coarse at bases. Cough: Moderate, congested and productive but
pt requiring max cues to spit out secretions and is visibly
swallowing a fair amount. When able to use Yankauer or

**Progress note 08/14/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

expectorate secretions they are thick, tan, and copious. Pt
denies SOB or difficulty breathing through out. Requires assist
for Yankauer use.

Team Communication: Communicated with RN RE: Pt status pre and
post treatment, recommendations for mobility. Patient discussed
at interdisciplinary team rounds.

Patient/Caregiver Education. PT role, PT plan of care, D/C plans
to rehab, orientation training, benefits of OOB to chair

Intervention: OOB **assessment**/mobility, sit to stand trial, pt edu
and cognitive **assessment**/training.

**ASSESSMENT**/CLINICAL **IMPRESSION**: 61 yo M with recent
**diagnoses**/treatment of GBM now presents with massive PE and
hypercardic respiratory failure s/p extubation. Pt currently
presents to PT most limited by cognition and deconditioning in
setting of recent bed rest, with evidence of delirium.
Anticipate pt will continue to make functional and cognitive
gains with continued mobilization, weaning of sedation and acute
PT intervention  Today pt presents with significant improvements
in arousal command following, communication, secretion
clearance/pulm toilet, ventilation, and functional
mobility/balance. Given pt's age, active PLOF, apparent strength
and mobilization of extremities, and relatively brief period of
sedation/intubation, pt has good potential to return to
ambulatory functional status. His ICU course to date and future
care will likely prolong his recovery timeline, but acute PT will
continue to progress and reassess. At this time, continue to
recommend d/c to interdisciplinary rehab setting, although this
may change pending patient progress this admission.

Anticipated Discharge: (x)rehab ( )home

PLAN
ROM/stretching program with rehab aide/PT coop student
Progress functional mobility including bed mobility, transfers,
gait and stairs as tolerated.
Balance training
Cognitive activities and orientation training
Pulmonary hygiene with continuous O2 monitoring
Patient/Caregiver education RE: delirium reduction, early
mobility
D/C planning

Recommendations for Nursing: Pt is at high risk for
deconditioning please encourage frequent mobility and maximize
independence in ADLs. Lift for all mobility 3x/day.
Please use pressure relieving air cushion / chair alarm when out
of bed. Normalize sleep-wake cycle to decrease risk of delirium.

Patient agrees with the above goals and is willing to participate
in the rehabilitation program. Please indicate with an 'X': Yes (

AR0686

**Progress note 08/14/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

) or No (x). If no please explain: pt unable given impaired

cognition

Date: 08/14/2014

Time: 900-915/1100-1130

Physical Therapist Name: Angela Berlin PT, DPT

Physical Therapist Pager: 35470

**Progress note 08/14/2014 Dr. Carolyn Fasoli Service: Venous Access**

Note Date: 08/14/14

Signed by CAROLYN FASOLI on 08/14/14 at 2 37 pm Affiliation: BIDMC

new POWER PICC tip is cavoatrial junction, wire removed on

insertion

**Progress note 08/14/2014 Dr. Carolyn Fasoli Service: Venous Access**

Note Date: 08/14/14

Signed by CAROLYN FASOLI on 08/14/14 at 2:54 pm Affiliation: BIDMC

PICC line--- cxr re-check by radiology tip may be in rt.

atrium, pulled back 2 cm to place distal SVC/ cavoatrial

junction

**Initial note 08/14/2014 Dr. McKenna OTR/L Reese Service: Rehabilitative Services**

Note Date: 08/14/14

Signed by MCKENNA REESE, OTR/L on 08/14/14 at 3:27 pm Affiliation: BIDMC

OCCUPATIONAL THERAPY EVALUATION

Rehabilitation Services - Inpatient Occupational Therapy

Attending Physician: AKUTHOTA,PRAVEEN

Referral Date: 8/14/2014

Medical Dx/ICD9: PE; 415.1

Reason for Referral: Evaluation and Treatment

Activity Orders: As Tolerated Per Verbal Order in

Interdisciplinary Mobility Rounds

HPI/Subjective Complaint: 51 yo M with history of GBM diagnosed

in May s/p chemo/radiation, found to have a massive PE and

transferred to the MICU s/p lysis with tPA, paralyzed with

rocuronium initially, intubated and ventilated, with initial

pressor requirement (Levophed, and vasopressin). Intubated with

hypercarbic respiratory failure with decreased ventilation,

increased lactate, sinus tachycardia and troponin leak,

obstructive shock. Pt extubated (8/14) few hours prior to OT

evaluation

Ventilator support dates: 8/11-8/14

Number of days of bed-rest: 8/11-8/14

Past Medical/Surgical History:

AR0687

**Initial note 08/14/2014 Dr. McKenna OTR/L Reese Service: Rehabilitative Services**

-GBM diagnosed in May s/p chemo/radiation

-hip Joint replacements

-Cluster headaches

Medications: Heparin IV Sliding Scale Dexamethasone Cefepime Vancomycin Midazolam Fentanyl Citrate Propofol

Radiology:

8/11 CT HEAD: No evidence of hemorrhage. Again seen is a right parietal mass with associated edema. The mass effect and midline shift have decreased since May 21.

8/11 ECHO: The right ventricular cavity is dilated with depressed free wall contractility. There is no aortic valve stenosis. No aortic regurgitation is seen. The mitral valve appears structurally normal with trivial mitral regurgitation. The pulmonary artery systolic pressure could not be determined. There is no pericardial effusion.

8/10 CTA CHEST: 1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum). 2. Wedge shaped opacities in the superior segments of the lower lobes are suspicious for pulmonary infarctions.

8/10 CT HEAD: Multilocular cystic lesion centered in the right parietal lobe and extending across the corpus callosum, consistent with the patient's known glioblastoma and surrounding posttreatment changes. No evidence of infarction or hemorrhage.

8/10 CXR: Lung volumes are low with bibasilar atelectasis and scarring, particularly in the left lower lobe

Labs:

08/14/14: WBC: a) 6.8, b) 6 2; c) 6.2

08/14/14: HGB: a) 8.5*; b) 8.6*; c) 8.9*

08/14/14: HCT: a) 25.1*; b) 26.0*; c) 26.1*

08/14/14: Plt Count: a) 88*; b) 85*; c) 92*

Social/Occupational History: (PER PT EVAL- no family present to provided) Married, lives with wife and kids. Works and just started a new job that requires travel one month ago.

Living Environment: Pt lives in a multi-level home, presumed stairs.

Prior Functional Status/Activity Level: Ambulates without an **assistive device** per sisters, but leading up to GBM **diagnosis** in May was using a SC progressing to RW progressing to w/c. Progressed to independent baseline s/p chemo/radiation. Indep ADLs/IADLs and active per sisters, without residual neuro deficits that they are aware of. Drives.

OBJECTIVE TESTING

Current Activities of Daily Living:

Self Feeding: NT

**Initial note 08/14/2014 Dr. McKenna OTR/L Reese Service: Rehabilitative Services**

Grooming: Min assist with suction

UE Bathing: Max assist (simulated)

LE Bathing: Max assist (simulated)

UE Dressing: Max assist

LE Dressing: Max assist

Toileting: NT

Specify: Pt requires heavy assist to complete self-care, unable
to attend to task to wash face with cloth. Max assist to don
socks.

PERFORMANCE SKILLS:

Process Skills:

A&Ox self, DOB and hospital. Pt reports the year as "January"
(also his birthday) unable to attend to cues to look "outside" or
the wall calendar. Pt unable to report the season or year.

Behaviors: lethargic, distracted with shovel mask

Following Commands: 50% one step commands with cues and increased
time to complete

Memory: recognized PT from yesterday but unaware of role/title

Attention: CAM ICU positive, eye open 75% of the time

Insight/ Safety Awareness: Impaired, cues for transfer and motor
planning

Visual perception: tracks from L to R

Communication: able to make needs known when prompted, speech
slurred and dysarthric, difficult to understand at times

Current Instrumental Activities of Daily Living:

Home Management: needs assist

Money Management: NT

Community Integration. needs assist

Motor Skills - Functional Transfers:

Rolling: NT

Supine/Side-lying to Sit: Mod assist x2

Sit to Stand: Max assist x 2

Bed to Chair: dependent with lift

Functional Balance: CG assist to supervision

Specify: Pt require max cues to attend with transfers, mod assist
to the EOb, once at EOB was able to demo functional balance with
CG to supervision with B UE to support. Pt with R side lean,
corrects initially however purpose with fatigue in attempts to
lay supine "back to bed." Pt demo three sit to stand with max
assist x 2, unable to fully erect upright, demo WBing into B LE,
pt achieve 75% upright. Defer transfer and use the lift to the
chair, chair alarm on.

***Abbreviation Key***

I=Independent S=Supervision CG=Contact Guard RW=Rolling Walker
SW=Standard Walker SC=Straight Cane AC=Axillary Crutches

Functional Balance: CG to supervision at EOB

Hemodynamic Response/Aerobic Capacity

AR0689

**Initial note 08/14/2014 Dr. McKenna OTR/L Reese Service: Rehabilitative Services**

Position HR BP RR O2 RPE

Rest Supine 94 142/84 96% (shovel mask- 50%)

Activity EOB 100-116 161/100 100% (SM @ 50%)

Recovery Reclined 100 138/71 99% (SM)

Range of Motion: B UE WFL

Muscle Performance: unable to attend to formal testing

B UE >= 3+/5 grossly

Motor Control: no abnormal movements

Coordination: unable to assess 2/2 to commands

Integumentary: shovel mask at 50%, L UE bruising (from shoulder
>distally- purple), tele, PIV, BP taken on L calf

Sensation: withdraws

Pain: denies

Limiting Symptoms: arousal, commands, attention, strength,
activity tolerance

Team Communication: NR pre/post session, PT co-treat

Patient/Caregiver Education RE: OT role, plan of care,
re-orientation

Intervention: complete OT evaluation

## DIAGNOSIS

Impairments, Functional Limitations, Disabilities

-Impaired arousal

-Impaired commands

-Impaired orientation

-Impaired strength

-Impaired transfers

-Impaired bed mobility

-Impaired insight

-Impaired ADLs

Clinical **Impression**/Prognosis: 61 yo M with recent **diagnoses**/
treatment of GBM now presents with massive PE and hypercarbia
respiratory failure s/p extubation presents as noted above. Pt is
functioning well below independent baseline. Pt was limited today
by impaired arousal, command, cognition and attention to tasks.
Pt demo heavy assist with transfers, requiring max cues to motor
plan and problem tasks. Pt presents delirious and deconditioned
in the ICU s/p recent extubation. Pt will likely require d/c to
rehab with OT/PT to maximize functional independence and
cognition. Acute OT will continue to progress to maximize gains
and prevent acute delirium.

Current Status: G8987 Self Care

AM-PAC raw score:

Based on the **results** of the AM-PAC, the patient presents with
CMS severity:

60%-80% impaired (CL)

**Initial note 08/14/2014 Dr. McKenna OTR/L Reese Service: Rehabilitative Services**

Goal Status: G8988 Self Care

with CMS severity:

40%-60% impaired (CK)

Goals: Time Frame: 1 Week

- 100% eye's open

- 100% one step commands

- min assist to log roll

- Mod assist to the commode

- O x 3

- correct on 2/3 attention tests

Anticipated Discharge: (X)rehab ( )home following OT visits

Treatment Plan: f/u ADLs, mobility, transfer, cognitive

re-training

Frequency/Duration: 1x/week for 1 week

Recommendations for Nursing: dependent with the lift to the chair

bed/chair alarm, constant re-orientation

Delirium prevention:

***OOB to chair 3 day for ALL meals please!

***Familiar pictures and items within view

***News or nonverbal music on during daytime

***Lights on during day with shades UP

***Frequent Reorientation to clock, calendar, window

***Encourage participation with ADLs

***Use of chair/bed alarms

***Encourage family presence at bedside

Patient agrees with the above goals and is willing to participate

in the rehabilitation program. Please indicate with an 'X': Yes

(X) or No ( ). If no please explain:

Date: 08/14/2014

Time: 1100-1130

Occupational Therapist Name: McKenna S. Reese MS, OTR/L

Occupational Therapist Pager: 39754

**Progress note 08/15/2014 Dr. Scott OTR/L, CHT Hamelin Service: Rehabilitative Services**

Note Date: 08/15/14

Signed by SCOTT HAMELIN, OTR/L, CHT on 08/15/14 at 3:10 pm Affiliation: BIDMC

OCCUPATIONAL THERAPY PROGRESS NOTE

Rehabilitation Services - Inpatient Occupational Therapy

SUBJECTIVE: Patient reports being tired.

OBJECTIVE:

Activities of Daily Living: (assistance required)

- Grooming: Supervised to face/ hand washing with cloth

Aerobic Activity Response:

AR0691

**Progress note 08/15/2014 Dr. Scott OTR/L, CHT Hamelin Service: Rehabilitative Services**

Position HR BP RR O2

Rest supine 82 139/74 97%

Activity sit 137/84

Recovery sit 127/68

Functional Transfers: (assistance required

- Rolling: Min assist

- Sup / Sidelying to Sit: Min assist

- Sit to Stand: Min assist x 2

- Stand pivot to chair: Mod assist x 1

Cognition:

- Orientation: Awake, eyes open  Oriented to name/ DOB/ hospital
only. Patient able to read calendar to re-orient to day/ date/
year.

- Attention: Impaired attention to formal testing. Impaired
Vigilance testing

- CAM ICU Positive

- Visual Perception: Scans and tracks in all 4 visual quadrants.
Unable to read calendar on the wall. Able to read staff ID badges
at arms length distance.

- Follows commands: Following simple 1 step physical commands.

- Communication: Difficulty verbalizing basic needs 2/2 fatigue/
cognitive impairment.

Patient Education: Role of OT. Benefits of OOB and activity
performance.

Team Communication: RN, MD, PT regarding patient status

**ASSESSMENT**: 61 year old male with GBM admit for management of a
massive PE. The patient is participating in a PT/OT program and
making functional gains. He continues to demonstrate the need to
d/c to a rehab facility with daily PT/OT to maximize his
functional potential  Plan to continue acute OT for ADL training,
functional training, and cognitive re-training.

Anticipated Discharge: rehab

PLAN: Continue per initial eval

Patient Agrees with the above goals and is willing to participate
in the rehabilitation program. Please indicate with an 'X':

Yes ( x ) or No ( ).

If no please explain:

Time  1130-1210

Pager #: 35564

**Progress note 08/15/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

Note Date: 08/15/14

Signed by ANGELA BERLIN, PT on 08/15/14 at 4:39 pm Affiliation: BIDMC

**Progress note 08/15/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

PHYSICAL THERAPY PROGRESS NOTE

Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "Am I going to get out of bed?"

OBJECTIVE  Follow up visit to address goals of PT evaluation on:
8/13

Patient seen today for:
Patient Education
Therapeutic Activities
Functional Mobility Training
Balance Training
Gait Training
Continuous Pulse Oximetry

Updated Medical Status:
Labs:
08/15/14: WBC: a) 5.6; b) 5.5
08/15/14: HGB: a) 7.7*; b) 7.3*
08/15/14: HCT: a) 22.8*; b) 22 1*
08/15/14: Plt Count: a) 119*; b) 106*
08/15/14: PT: a) 13 0*; b) 13.0*
08/15/14: PTT: a) 51.4*; b) 60.7*
08/15/14: INR: a) 1.2*; b) 1.2*

Pt more delirious/agitated overnight without sleep until 6am this
morning.

Hemodynamic Response/Aerobic Capacity
Position HR BP RR O2
Rest supine 82 139/74 97% 4L
Activity sit 137/84
Recovery sit 127/68 96% 4L
Total Distance Walked: NT Minutes:
*BP on L distal LE

Functional Status
Rolling: min A with bed rail
Supine/Side-lying to Sit: min A
Sit to Stand  min A x 2
Ambulation: NT
Stairs: NT
Other Activity: stand pivot to chair
Specify: mod A x 1

***Abbreviation Key*** I=Independent S=Supervision CG=Contact
Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane
AC=Axillary Crutches

Gait: Sit to stand x 2 trials with min A x 2 and UE support;
stand pivot with mod A 2/2 L LE buckling and pt fatigue. Denied
dizziness/SOB t/o.

Balance: At the edge of the bed, pt able to maintain midline BUE
support and S. Min reaching within BOS with improved midline

AR0693

**Progress note 08/15/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

posture. Static stance required min A x 2, B UE support, wife BOS
and L LE buckling.

Pain: Denied pain t/o

Limiting Symptoms: fatigue, lethargy, agitation with Foley

Other Tests and Measures:

Arousal/Attention/Cognition/Communication:

Arousal: Pt maintains eyes open t/o PT session with auditory
stimulation with improved eye contact. Remain inattentive 2/2
general restlessness/discomfort and lack of sleep he reports.

Orientation: Oriented to name/ DOB/ hospital only. Patient able
to read calendar to re-orient to day/ date/ year.

Communication: verbally communicates, difficulty articulating
symptoms/needs 2/2 fatigue. Indep demonstrates call bell use.

Command Following: 100% single step motor commands with delay in
initiation.

CAM ICU positive

Visual Perception: Scans and tracks in all 4 visual quadrants.
Unable to read calendar on the wall. Able to read staff ID badges
at arms length distance. Reports continued blurry vision.

Short term memory: Unable to recall edu > 3 min, such as purpose
of Foley catheter when pt reports need to urinate or requests "do
you have a bathroom around here".

Mobility: mobilizes all extremities including L UE/LE with
attention to L and R hemibody/environment, but demonstrates
decreased use of L UE for tasks (and is L handed) as well as L LE
functional weakness >R, with buckling in weight bearing and
decreased ability to lift L LE/weight shift to L.

Pulmonary: normal breathing pattern with frequent coughing.
Cough: Moderate, congested and productive per pt, not observed
this session.

Team Communication: Communicated with RN RE: Pt status pre and
post treatment, recommendations for mobility. Patient discussed
at interdisciplinary team rounds.

Patient/Caregiver Education: PT role, PT plan of care, D/C plans
to rehab, orientation training, benefits of OOB to chair

Intervention: OOB **assessment**/mobility, sit to stand trial, pt edu
and cognitive **assessment**/training.

**ASSESSMENT**/CLINICAL **IMPRESSION**: 61 yo M with recent
**diagnoses**/treatment of GBM now presents with massive PE and
hypercarbic respiratory failure s/p extubation. Pt currently
presents to PT most limited by cognition and deconditioning in
setting of recent bed rest, with evidence of delirium.
Anticipate pt will continue to make functional and cognitive
gains with continued mobilization, weaning of sedation and acute
PT/OT intervention. Today pt presents with continued

AR0694

**Progress note 08/15/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

improvements particularly regarding functional mobility / balance. Given pt's age, active PLOF, apparent strength and mobilization of extremities, and relatively brief period of sedation/intubation, pt has good potential to return to ambulatory functional status. His ICU course to date and future care will likely prolong his recovery timeline, but acute PT will continue to progress and reassess. At this time, continue to recommend d/c to interdisciplinary rehab setting, although this may change pending patient progress this admission.

Anticipated Discharge. (x)rehab ( )home

PLAN:
ROM/stretching program with rehab aide/PT coop student
Progress functional mobility including bed mobility, transfers, gait and stairs as tolerated.
Balance training
Cognitive activities and orientation training
Pulmonary hygiene with continuous O2 monitoring
Patient/Caregiver education RE: delirium reduction, early mobility
D/C planning

Recommendations for Nursing: Pt is at high risk for deconditioning please encourage frequent mobility and maximize independence in ADLs. Lift for all mobility 3x/day.
Please use pressure relieving air cushion / chair alarm when out of bed. Normalize sleep-wake cycle to decrease risk of delirium.

Patient agrees with the above goals and is willing to participate in the rehabilitation program. Please indicate with an 'X': Yes ( ) or No (x). If no please explain: pt unable given impaired cognition

Date: 08/15/2014
Time: 1130-1210
Physical Therapist Name: Angela Berlin PT, DPT
Physical Therapist Pager: 35470

**Progress note 08/17/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**
Note Date. 08/17/14
Signed by JESSICA J. LIEGEL, MD on 08/17/14 at 8:58 pm Affiliation: HMFP practice

ONCOLOGY PROGRESS NOTE, Aug 17, 14

61 yr old male with GBM s/p chemorads in May. He was transferred from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden onset chest pain and SOB w/ possible syncope while sitting on toilet on 8/10. He required intubation at OSH for possible seizure, hypotensive during flight to BIDMC requiring levophed. EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got

**Progress note 08/17/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

tpa x 2 in ED. During ICU stay was on 2 pressors, paralytics and
flolan while in ICU and over next few days able to wean pressors
and vent. Pt was extubated 8/14/14.

Subjective/Interim: Transferred out of West ICU last night. Has
been on RA. Denies dyspnea other than when initially getting up.
No chest pain, leg pain, leg swelling. Has extensive bruising
over arms and face, gradually improving per family. Had BM last
night and two this am after miralax and MOM. Having difficulty
sleeping

ROS: no fever/chills, no nausea, vomiting, ab pain, melena.
Remainder 10pt ROS negative other than HPI above.

Exam:
VS - 98 4 128/70 81 20 93%RA
Gen - alert, NAD, pleasant
HEENT - bruising over neck and lateral face, MMM, no OP lesions
CV - RRR, no murmur
Resp - CTAB
Ab - soft, NT, ND, BS hypoactive
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremitys

Labs - hgb 8.4 Plt 141 (both improved)
Lytes and Cr wnl
Xa 4 hrs after am dose 0.9

IMAGING
8/10/14
CTA chest - 1. Massive pulmonary embolism involving the central
and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and
bowing of the
interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower
lobes are
suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size. No atrial septal
defect is seen by 2D or color Doppler. The estimated right atrial
pressure is at least 15 mmHg. There is mild symmetric left
ventricular hypertrophy with normal cavity size and global
systolic function (LVEF=55%). Due to suboptimal technical
quality, a focal wall motion abnormality cannot be fully
excluded. There is no ventricular septal defect. The right
ventricular cavity is dilated with depressed free wall
contractility. There is no aortic valve stenosis. No aortic
regurgitation is seen. The mitral valve appears structurally
normal with trivial mitral regurgitation. The pulmonary artery
systolic pressure could not be determined. There is no
pericardial effusion.

AR0696

**Progress note 08/17/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

CT head 8/11 - **FINDINGS**:

There is no evidence of hemorrhage  There is a right parietal
mass invading the splenium corpus callosum. White matter
hypodensity is likely edema in the patient's clinical History.
The mass-effect on the lateral ventricles and leftward midline
shift is less compared to May 21. The basal cisterns appear
patent.

Two right-sided burr holes are noted. The paranasal sinuses,
mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -

**IMPRESSION**:

1. New right PICC line terminates in the cavoatrial
junction/upper right atrium. Retracting the catheter by 2cm
would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely
atelectasis and mild pulmonary edema, but cannot exclude
underlying pneumonia particularly in the right lung base.

**Assessment**/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and
extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak,
S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due
to GBM then 50mg infusion on 8/10). On heparin gtt and now on
lovenox transitioned 8/16. Checked Xa level today is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with
dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likey contributed to
bruising. head Ct without hemorrhage

GBM - s/p chemorads in May. parietal mass has persisted on head
CT this admission also has ongoing edema. neuro-oncology
consulted while pt in ICU. Has continued on dex and seizure
meds. Will obtain restaging MRI as patient due for further
treatment.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on
CXR PNA vs pulmonary infarction, air-bronchogram present.
initially treated with vancomycin + cefepime. Hflu was
beta-lactamase negative, narrowed to levaquin, day 7 will be 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress
response from PE, pt also on dex. Did not worsen with development
of PNA. Now resolved

Delirium - treated with olanzapine, nearly resolved, still having
difficulty with sleep/wake cycle. will increase trazodone

Constipation - no stool for several days while in ICU. Had BM
last night with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although

AR0697

**Progress note 08/17/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

large diffuse ecchymoses. also ?dilutional and phlebotomy vs
occult GI bleed on heparin but guiac negative. Slightly improved
past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2
consumption from clot, did not decrease on heparin and now
improving

Code status - Full code
Dispo - Anticipate d/c home next 48 -72 hrs, will request PT/OT
to assess pt safe for discharge home

**Progress note 08/18/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

Note Date: 08/18/14
Signed by TESSA CARSON on 08/18/14 at 5:48 pm Affiliation: BIDMC
Cosigned by MEGHAN CHURCH, PT on 08/18/14 at 5:57 pm

PHYSICAL THERAPY PROGRESS NOTE
Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "I'm feeling better."

OBJECTIVE: Follow up visit to address goals of PT evaluation on:
8/13

Patient seen today for:
Patient Education
Therapeutic Activities
Gait Training
Therapeutic Exercise
Balance Training

Updated Medical Status: new onset of abdominal pain, possible
cholecycitis. A&Ox3 w/ MRI and US unread as of yet.

Labs:
08/18/14: WBC: 8.3
08/18/14: HGB: 9.2*
08/18/14: HCT: 28.9*
08/18/14: Plt Count: 166

Radiology
MR Head 8/18: Unread
CXR 8/14 - New right PICC line terminates in the cavoatrial
junction/upper right atrium. Retracting the catheter by 2cm
would definitely place it at or above the cavoatrial junction.
Bibasilar opacities, right greater than left. Likely
atelectasis and mild pulmonary edema, but cannot exclude
underlying pneumonia particularly in the right lung base.
CT head 8/11: There is no evidence of hemorrhage. There is a
right parietal mass invading the splenium corpus callosum. White
matter hypodensity is likely edema in the patient's clinical
History  The mass-effect on the lateral ventricles and leftward
midline shift is less compared to May 21.

**Progress note 08/18/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

Medications: Change to 0.5mg HYDROmorphone IV, TraZODone 50-100 mg.

Procedures: n/a

Hemodynamic Response/Aerobic Capacity
Position HR BP RR O2 RPE
Rest Supine 98 128/70 22 96%RA 2
Sit 112 122/70 24 94%RA 2
Stand 118 n/a 28 94%RA 3
Activity n/a
Recovery Sit 115 126/74 22 99%RA 2
Total Distance Walked: n/a Minutes:

Functional Status
Rolling: I Use of rail: N
Sup/Sidelying to Sit: min A Head of Bed Elevated: n/a
Sit to Stand: initially min A progress to CG w/ RW
Ambulation: n/a                                                    )
Stairs: n/a
Other Activity: stand-step transfer bed>chair: CG
Specify: n/a

***Abbreviation Key*** I=Independent S=Supervision CG=Contact
Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane
AC=Axillary Crutches

Gait: Pt declined ambulation due to pain/fear of increasing pain
in RUQ w/ upright activity.

Balance: Sitting - Static: I w/o UE support. Dynamic: I w/ single
UE support. Pt able to reach outside BOS in all directions >6",
able to touch toes. Standing: initially min A for AD management
and retropulsion. Pt progressed to CG - requires momentum, bil
UE support on bed and mod verbal cues for sequencing. Pt
demonstrates impulsiveness but responds to simple commands.
Dynamic - CG w/ single UE support on R. Pt does not demonstrate
reaching outside BOS. Mod bil sway while transferring, requires
mod verbal cues for sequencing and CG for AD management.

Pain: 0/10 at rest. 4/10 with activity. 2/10 at recovery.
Location: RUQ
Quality: "sharp"
Intervention: position of comfort

Limiting Symptoms:
pain
weakness

Other Tests and Measures:

Orientation, Alertness, Arousal, Attention:
Pt is oriented to name, DOB, reason and location. Pt able to
recall the date w/o reading off of the calendar. Pt able to state
3/12 months of the year backwards and 5/7 days of the week

AR0699

**Progress note 08/18/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

backwards w/o error. Able to count backwards from 10 adequately.
Pt able to recall 1/3 items 3 min later. Pt is easily distracted
and performs better in quiet environment. Performs well w/ simple
commands and visual demonstration for motor sequencing.

Team Communication: Communication w/ NSG RE: Pt status pre and
post visit, mobility recommendations, D/C planning.
Patient discussed at interdisciplinary team rounds.

Patient Education RE: need for AD, benefits for OOB activity and
ther ex, fall precautions, PT plan of care and D/C planning.

Intervention: Transfer and balance training, pt education.

Balance re-training in sitting:
-12 (6ea) reps of reaching outside BOS w/ single UE support, both
UEs.
-3 w/ R UE reaching, L UE support on RW: pt did not demonstrate
reaching outside BOS. Pt declined further treatment due to pain
in RUQ.

**ASSESSMENT**/CLINICAL **IMPRESSION**: 61 M PE 2/2 glioblastoma and new
concern for possible cholecycitis due to RUQ pain. Pt has made
great improvement from his initial evaluation and has met 8/8 of
his goals. Despite his improvement the pt would benefit from
skilled rehab due to his impusiveness, level of cognition and
requirement of 24S. Recommend D/C to rehab.

Anticipated Discharge: (X)rehab ( )home following PT visits

PLAN: balance, gait, endurance training, ther ex and acitvity,
pt education: deep breathing, energy conservation, fall
precautions, AD management, PT plan of care and D/C planning.
Recommendations for Nursing:

Patient agrees with the above goals and is willing to participate
in the rehabilitation program. Please indicate with an 'X': Yes
(X) or No ( ). If no please explain:

Date: 08/18/2014
Time: 16:49-17 12

Physical Therapy Student Name: Tessa Carson, PT/s
Physical Therapy Student Pager: 92757

Physical Therapist Name: Meghan Church PT, DPT
Physical Therapist Pager: 32318

Addendum by MEGHAN CHURCH, PT on 08/18/14 at 5:57 pm:
I have read and agree with above.
Meghan Church PT, DPT p32318
08/18/2014

**Progress note 08/18/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**
Note Date: 08/18/14
Signed by JESSICA J. LIEGEL, MD on 08/18/14 at 4:41 pm Affiliation: HMFP practice

**Progress note 08/18/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

ONCOLOGY PROGRESS NOTE, Aug 18, 14

61 yr old male with GBM s/p chemorads in May. He was transferred
from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden
onset chest pain and SOB w/ possible syncope while sitting on
toilet on 8/10. He required intubation at OSH for possible
seizure, hypotensive during flight to BIDMC requiring levophed.
EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got
tpa x 2 in ED. During ICU stay was on 2 pressors, paralytics and
flolan while in ICU and over next few days able to wean pressors
and vent. Pt was extubated 8/14/14.

Subjective/Interim: Developed new onset RUQ pain last night,
describes as being stabbed w/ poker. Never had pain like this
before. Not worse with eating. No nausea/vomiting. Had 3 BM
yesterday, no diarrhea. Has extensive bruising over arms and
face, cont to improve, no bleeding.

ROS: no fever/chills, melena, cough, SOB. Remainder 10pt ROS
negative other than HPI above.

Exam:
VS - 98.1 128/80 84 20 94%RA
Gen - alert, NAD, pleasant
HEENT - evolving bruising over neck, below R mandible, and R
eyelid, MMM, no OP lesions
CV - RRR, no murmur
Resp - CTAB
Ab - soft, NT, ND, BS active, no HSM
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremities

Labs -
ALT: 200 AP: 155 Tbili: 1.4 Alb:
AST: 65 LDH: Dbili: TProt:
Amy: Lip: 417

wbc 8.3 hgb 9.2 plt 166

IMAGING
8/10/14
CTA chest - 1  Massive pulmonary embolism involving the central
and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and
bowing of the
interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower
lobes are
suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size. No atrial septal
defect is seen by 2D or color Doppler. The estimated right atrial
pressure is at least 15 mmHg. There is mild symmetric left

AR0701

**Progress note 08/18/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

ventricular hypertrophy with normal cavity size and global systolic function (LVEF=55%). Due to suboptimal technical quality, a focal wall motion abnormality cannot be fully excluded. There is no ventricular septal defect. The right ventricular cavity is dilated with depressed free wall contractility. There is no aortic valve stenosis. No aortic regurgitation is seen. The mitral valve appears structurally normal with trivial mitral regurgitation. The pulmonary artery systolic pressure could not be determined. There is no pericardial effusion.

CT head 8/11 - **FINDINGS**:
There is no evidence of hemorrhage. There is a right parietal mass invading the splenium corpus callosum. White matter hypodensity is likely edema in the patient's clinical History The mass-effect on the lateral ventricles and leftward midline shift is less compared to May 21. The basal cisterns appear patent.
Two right-sided burr holes are noted. The paranasal sinuses, mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -
**IMPRESSION**
1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.

**Assessment**/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due to GBM then 50mg infusion on 8/10). On heparin gtt and now on lovenox transitioned 8/16. Xa level today is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likely contributed to bruising. head Ct without hemorrhage 8/11

GBM - s/p chemorads in May. parietal mass has persisted on head CT this admission also has ongoing edema. neuro-oncology consulted while pt in ICU. Has continued on dex and seizure meds. REstaging MRI done today as patient due for further treatment.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on CXR PNA vs pulmonary infarction, air-bronchogram present. initially treated with vancomycin + cefepime. Hflu was

**Progress note 08/18/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

beta-lactamase negative, narrowed to levaquin, day 7 will be 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress response from PE, pt also on dex. Did not worsen with development of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili – most concerning for cholelithiasis/cholecystitis but exam now significantly improved WBC remains normal, afebrile. Will await RUQ U/S, consider surgery **consult**. change to cefepime if exam worsens, has fever, etc.

Delirium - treated with olanzapine in ICU, nearly resolved, still having difficulty with sleep/wake cycle. on increase trazodone

Constipation - no stool for several days while in ICU. Good relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although large diffuse ecchymoses. also ?dilutional and phlebotomy vs occult GI bleed on heparin but guiac negative. Slightly improved past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2 consumption from clot, did not decrease on heparin and now improving

Code status - Full code

Dispo - Will require rehab placement once medically stable for discharge

---

**Progress note 08/19/2014 Dr. Barbara RD, LDN, CNSC Dutra Service: Nutrition**

Note Date: 08/19/14

Signed by BARBARA DUTRA, RD, LDN, CNSC on 08/19/14 at 12:40 pm Affiliation: BIDMC

INPATIENT NUTRITION FOLLOW UP NOTE

SUBJECTIVE:

Patient reports that he is having trouble with pos due to decreased appetitie in settin gof altered taste. Per patient and family member, he is eating less than 50% of his meals, only taking a few bites at times. He did not like the Ensure and is unwilling to drink it however he is willing to try a different oral supplement. He reports eating few bites of pizza today.

OBJECTIVE:

Weight:90 kgs admit, no new wts

Current Diet Order:Full liquids

Nutrition Supplement:Ensure TID

GI:abd distended 8/18, sig abd pain on 8/17 now improved, last bm 8/17 (loose x2)

Skin:wnl

Labs:noted; BUN trending up

Pertinent Medications:pantoprazole, enoxaparin sodium, senna, docuate, dexamethasone, calcium cabonate 500mg others noted

AR0703

**Progress note 08/19/2014 Dr. Barbara RD, LDN, CNSC Dutra Service: Nutrition**

<u>ASSESSMENT</u>:

Specifics

51 year old male wthi GBM s/p chemo/radiation found to have
massive PE and trasnferred to MICU s/p lysis with TPA 8/11 and
heparin drip initially requiring pressors (d/c 8/12)and
intubation. Patient reveived tube feeds for a short time while
intubated and d/c on 8/14 for extubation with diet advanced on
8/15 to regular and transferred to floor on 8/17. Patient had
plan for head CT on 8/17 unable to complete due to suden onset of
significant abd pain concerning for choleecystitis. Patient was
NPO on 8/18 for US found to have steatosis and no evidence of
cholelithiasis or cholecystitis. Patient now also s/p head MRI on
8/18 wtih **results** pending. Noted diet advanced to full liquds
after procedures on 8/18. Per RN reports, pt appetite has been
good. Howevcer per patient and family report, he now has poor
appetite eating less than 50% of meals therefore he is unlikely
to be meeting estimated nutritional needs. Will change oral
supplement to patient preference, if he is unable to increase
pos, will need to consider enteral feeds to supplement pos.

INTERVENTIONS / RECOMMENDATIONS:

[x] Advance diet as tolerated to regular, encourage po intake
[x] Oral supplements: Frappe with 2 packets beneprotein TID
[x] Tube feeding recommendations if patient is unable to increase
pos.
- To meet 100% of needs: Jevity 1.5 @ 70mL/hr = 2520 kcal,
108g protein)
- To meet 50% of needs: Jevity 1.5 @70mL/hr x12 hrs =
1260 kcal, 54g protein
[x] Daily multivitamin with minerals
[x] Monitor Chem10, replete lytes prn
[x] Monitor FSBGs, insulin sliding scale prn
[x] Monitor weight, I/Os, skin
[x] Following, page #39958

Addendum by BARBARA DUTRA, RD, LDN, CNSC on 08/19/14 at 2:52 pm:

[x] Consider appetite stimulant

---

**Progress note 08/19/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

Note Date: 08/19/14

Signed by JESSICA J. LIEGEL, MD on 08/19/14 at 4:33 pm Affiliation: HMFP practice

ONCOLOGY PROGRESS NOTE, Aug 19, 14

61 yr old male wtih GBM s/p chemorads in May. He was transferred
from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden
onset chest pain and SOB w/ possible syncope while sitting on
toilet on 8/10. He required intubation at OSH for possible
seizure, hypotensive during flight to BIDMC requiring levophed.

AR0704

**Progress note 08/19/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got
tpa x 2 in ED. During ICU stay was on 2 pressors, paralytics and
flolan while in ICU and over next few days able to wean pressors
and vent. Pt was extubated 8/14/14.

Subjective/Interim: No complaints this am. Still has some pain
over R side but more dull. Tolerating liquids well. Denies SOB,
cough, hemoptysis. Feels his weight is back to baseline with
minimal residual swelling.

ROS: no fever/chills, melena, nausea, vomiting. Remainder 10pt
ROS negative other than HPI above.

Exam:
VS - 98.4 98/64 90 20 100%RA
Gen - alert, NAD, pleasant
HEENT - improving bruising over neck, below R mandible, and R
eyelid, MMM, no OP lesions
CV - RRR, no murmur
Resp - CTAB
Ab - soft, NT, ND, BS active, no HSM
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremities

wbc 8.9 hgb 9 plt 154
lytes and Cr wnl
ALT 146/ AST 40 improved
bili 1.4
alkP 139

IMAGING
8/10/14
CTA chest - 1. Massive pulmonary embolism involving the central
and peripheral pulmonary arteries with right heart strain
(dilated right ventricle and bowing of the interventricular
septum).
2. Wedge shaped opacities in the superior segments of the lower
lobes are
suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size. No atrial septal
defect is seen by 2D or color Doppler. The estimated right atrial
pressure is at least 15 mmHg. There is mild symmetric left
ventricular hypertrophy with normal cavity size and global
systolic function (LVEF=55%). Due to suboptimal technical
quality, a focal wall motion abnormality cannot be fully
excluded. There is no ventricular septal defect. The right
ventricular cavity is dilated with depressed free wall
contractility. There is no aortic valve stenosis. No aortic
regurgitation is seen. The mitral valve appears structurally
normal with trivial mitral regurgitation. The pulmonary artery
systolic pressure could not be determined. There is no

**Progress note 08/19/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**
pericardial effusion.

CT head 8/11 - **FINDINGS**:

There is no evidence of hemorrhage. There is a right parietal
mass invading the splenium corpus callosum. White matter
hypodensity is likely edema in the patient's clinical History.
The mass-effect on the lateral ventricles and leftward midline
shift is less compared to May 21. The basal cisterns appear
patent.

Two right-sided burr holes are noted. The paranasal sinuses,
mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -

**IMPRESSION**

1. New right PICC line terminates in the cavoatrial
junction/upper right atrium. Retracting the catheter by 2cm
would definitely place it at or above the cavoatrial junction
2. Bibasilar opacities, right greater than left. Likely
atelectasis and mild pulmonary edema, but cannot exclude
underlying pneumonia particularly in the right lung base.

Ab U/S 8/18:

1. Mildly echogenic liver consistent with steatosis. Other forms
of liver disease and more advanced liver disease including
steatohepatitis, fibrosis, or cirrhosis cannot be excluded on
this study.
2. No evidence of cholelithiasis or **findings** suggestive of acute
cholecystitis.

**Assessment**/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and
extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak,
S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due
to GBM then 50mg infusion on 8/10). On heparin gtt and now on
lovenox transitioned 8/16. Xa level 8/18 is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with
dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likey contributed to
bruising. head Ct without hemorrhage 8/11

GBM - s/p chemorads in May. parietal mass has persisted on head
CT this admission also has ongoing edema. neuro-oncology
consulted while pt in ICU. Has continued on dex and seizure
meds. Restaging MRI done 8/18 w/ plan to restart temodar,
awaiting **results**

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on
CXR PNA vs pulmonary infarction, air-bronchogram present.
initially treated with vancomycin + cefepime. Hflu was
beta-lactamase negative, narrowed to levaquin, to complete today

**Progress note 08/19/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

Leukocytosis - present on arrival, thought to be 2/2 stress
response from PE, pt also on dex. Did not worsen with development
of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning for
cholelithiasis/cholecystitis but U/S normal. liver enzymes
improving, ? passed gallstone. will slowly advance diet

Delirium - treated with olanzapine in ICU, nearly resolved, still
having difficulty with sleep/wake cycle. on increase trazodone

Constipation - no stool for several days while in ICU. Good
relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although
large diffuse ecchymoses. also ?dilutional and phlebotomy vs
occult GI bleed on heparin but guiac negative. Slightly improved
past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2
consumption from clot, did not decrease on heparin and now
improving

Code status - Full code
Dispo - Will require rehab placement once medically stable for
discharge, likely 24-48 hrs

---

**Progress note 08/20/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

Note Date: 08/20/14
Signed by JESSICA J. LIEGEL, MD on 08/20/14 at 5:30 pm Affiliation: HMFP practice

ONCOLOGY PROGRESS NOTE, Aug 20, 14

61 yr old male with GBM s/p chemorads in May. He was transferred
from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden
onset chest pain and SOB w/ possible syncope while sitting on
toilet on 8/10. He required intubation at OSH for possible
seizure, hypotensive during flight to BIDMC requiring levophed.
EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got
tpa x 2 in ED. During ICU stay was on 2 pressors, paralytics and
flolan while in ICU and over next few days able to wean pressors
and vent. Pt was extubated 8/14/14.

Subjective/Interim: No complaints this am. No longer having
ab/side pain. Now tolerating regular diet. Denies SOB, cough,
hemoptysis. Bruising now improving quickly.

ROS: no fever/chills, melena, nausea, vomiting, chest pain.
Remainder 10pt ROS negative other than HPI above.

Exam.
VS - afeb, OVSS
Gen - alert, NAD, pleasant
HEENT - fading bruising over neck, below R mandible, and R
eyelid, MMM, no OP lesions

**Progress note 08/20/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

CV - RRR, no murmur

Resp - CTAB

Ab - soft, NT, ND, BS active, no HSM

Ext - nonpitting edema of legs and hands

Skin - scattered large ecchymoses over all extremities

Neuro - PERL, EOMI, face symmetric, moves all ext against
resistance, sensation intact to light touch

Labs·

137--103--24--105- AGap=13

4.0--25--0 5-

LT: 119-AP: 135-Tbili: 1.2-Alb:

AST: 37-

Amy:-Lip: 150- -

Cholesterol:296

Triglyc· 169

HDL: 31

CHOL/HD: 9.5

LDLcalc. 231

wbc 9.3--hgb 8.9--plt 168

IMAGING

8/10/14

CTA chest - 1. Massive pulmonary embolism involving the central
and peripheral pulmonary arteries with right heart strain
(dilated right ventricle and bowing of the interventricular
septum).

2. Wedge shaped opacities in the superior segments of the lower
lobes are

suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size. No atrial septal
defect is seen by 2D or color Doppler. The estimated right atrial
pressure is at least 15 mmHg. There is mild symmetric left
ventricular hypertrophy with normal cavity size and global
systolic function (LVEF=55%). Due to suboptimal technical
quality, a focal wall motion abnormality cannot be fully
excluded. There is no ventricular septal defect. The right
ventricular cavity is dilated with depressed free wall
contractility. There is no aortic valve stenosis. No aortic
regurgitation is seen. The mitral valve appears structurally
normal with trivial mitral regurgitation. The pulmonary artery
systolic pressure could not be determined. There is no
pericardial effusion.

CT head 8/11 - **FINDINGS**:
There is no evidence of hemorrhage. There is a right parietal
mass invading the splenium corpus callosum. White matter
hypodensity is likely edema in the patient's clinical History.
The mass-effect on the lateral ventricles and leftward midline
shift is less compared to May 21. The basal cisterns appear

AR0708

**Progress note 08/20/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

patent.

Two right-sided burr holes are noted. The paranasal sinuses, mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -

<u>IMPRESSION</u>:

1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.

2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.

Ab U/S 8/18:

1. Mildly echogenic liver consistent with steatosis. Other forms of liver disease and more advanced liver disease including steatohepatitis, fibrosis, or cirrhosis cannot be excluded on this study.

2. No evidence of cholelithiasis or **findings** suggestive of acute cholecystitis.

Brain MRI 8/18:

1. Right parietal peripherally enhancing mass, extending past midline through the splenium of the corpus callosum, which has slightly decreased in size when compared to prior exam. There is surrounding edema, mild adjacent sulcal effacement as well as effacement of the posterior horn of the right lateral ventricle. The degree of mass effect appears to have slightly improved from prior exam.

2. In addition, there has been interval growth in size of multiple satellite lesions, most prominently of a right frontal and left parietal lesions described above.

3. No new lesions are noted.

<u>Assessment</u>/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due to GBM then 50mg infusion on 8/10). On heparin gtt and now on lovenox transitioned 8/16. Xa level 8/18 is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likey contributed to bruising. head Ct without hemorrhage 8/11

GBM - s/p chemorads in May. parietal mass has persisted on head CT this admission also has ongoing edema. neuro-oncology consulted while pt in ICU. Has continued on dex and seizure meds. Restaging MRI done 8/18 w/ some improvement in large R parietal mass however satellite lesions have increased. Will

AR0709

**Progress note 08/20/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**
need to resume chemotherapy, plan is for cycled temodar per Dr
Uhlman to be started on discharge.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on
CXR PNA vs pulmonary infarction, air-bronchogram present.
initially treated with vancomycin + cefepime. Hflu was
beta-lactamase negative, narrowed to levaquin, completed 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress
response from PE, pt also on dex. Did not worsen with development
of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning for
cholelithiasis/cholecystitis but U/S normal. liver enzymes
improving, ? passed gallstone. Now tolerating regular diet

Delirium - treated with olanzapine in ICU, nearly resolved, still
having difficulty with sleep/wake cycle. on increase trazodone

Constipation - no stool for several days while in ICU. Good
relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although
large diffuse ecchymoses. also ?dilutional and phlebotomy vs
occult GI bleed on heparin but guiac negative. Slightly improved
past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2
consumption from clot, did not decrease on heparin and now
improving

Hyperlipidemia - noted to have significant steatosis on liver
U/S. Fasting cholesterol markedly elevated, LDLcalc 231. Will
start statin. Discussed with patient that needs to have this
followed with his PCP.

Code status - Full code

Dispo - Plan to discharge tomorrow to Windgate at Andover

---

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**PATIENT DISCHARGE PLAN**
**PATIENT INFORMATION**

| | |
|---|---|
| Patient Name | ANTHONY MINISTERI |
| MRN#: | 2285630 |
| Case#: | 0321936 1 |
| DOB: | ▆▆1953 |
| Patient Status: | Admitted AUG 11,2014 |
| Reason for Admission: | PULMONARY EMBOLIS |
| Discharged to: | Extended Care Facility:Wingate - Andover 978-470-3434 |
| Primary Physician: | Dr. STEPHEN P. BEAUDOIN |
| Attending Physician: | Dr. JESSICA J. LIEGEL |

978-499-7200
617-667-1198

**DISCHARGE MEDICATIONS**
1.Dexamethasone 2 mg PO Q12H
2.Lorazepam 1 mg PO BID
RX *lorazepam 1 mg 1 tablet by mouth twice a day
Disp #*30 Tablet Refills:*1
3.Enoxaparin Sodium 90 mg SC Q12H
4.Pantoprazole 40 mg PO Q12H

## DISCHARGE MEDICATIONS

5.Polyethylene Glycol 17 g PO DAILY:PRN constipation
6.Senna 8.6 mg PO BID constipation
7.Simvastatin 20 mg PO QPM
8.Ondansetron 8 mg PO BID PRN nausea
9.Prochlorperazine 10 mg PO BID PRN nausea
10.Ondansetron 8 mg PO DAILY
start 8/24/14 x 5 days with chemo
11 Temodar (temozolomide) 140 mg oral daily
total dose = 320mg, start 8/24/14 x 5 days
12.Temozolomide (temozolomide) 180 mg ORAL DAILY
total dose = 320mg, start 8/24/14 x 5 days

## DISCHARGE INSTRUCTIONS

Mr Mjnisteri, it was a pleasure caring for you during your stay at BIDMC. You were admitted after you were found down at home. You required a breathing tube prior to transfer as well as medications to support your blood pressure. On arrival at BIDM you were found to have a very large blood clot in your pulmonary artery You were given clot-busting medications and did improve after that. The breathing tube was taken out and you are no longer requiring oxygen. You were started on blood thinners and this will be needed indefinitely. You also were treated for pneumonia, the bacteria found on your sputum cultures is Hemophilus Influenza. You were treated with antibiotics for this. MRI of the brain showed some improvement in the R parietal tumor are still multiple other smaller tumors thus you will need to resume chemotherapy, Dr Uhlman will be prescribing temodar. Lastly you were found to have high cholesterol and were restarted on a cholesterol-lowering statin medication which you have been on in the past.

## FINAL DIAGNOSIS

Saddle pulmonary embolus
Acute respiratory failure requiring intubation
Hypotension due to cardiogenic shock
Pulmonary infarct
Pneumonia
Glioblastoma multiforme

## RECOMMENDED FOLLOW-UP

Department: NEUROLOGY/NEURO-ONCOLOGY
When: MONDAY SEP 15,2014 at 2.00 PM
With: ERIK JANOS UHLMANN, MD 617-667-1665
Building: SC Shapiro Clinical Ctr 8th Floor
Campus: EAST Best Parking: Shapiro Garage
You should schedule follow up with your primary doctor for at least one month for follow up of high cholesterol
Name: BEAUDOIN,STEPHEN P.
Specialty: Primary Care
Location: PENTUCKET MEDICAL ASSOCIATES
Address: 260 MERRIMAC ST, NEWBURYPORT,MA, 01950
Phone: 978-499-7200
Please discuss with the staff at the facility a follow up appointment with your PCP when you are ready for discharge.

## MAJOR SURGICAL OR INVASIVE PROCEDURES

Endotracheal intubation

## CONDITION AT DISCHARGE

Condition - stable
Mental status - alert
Ambulatory status - Needing some assistance with ambulation
Discharge: Electronically Signed by LIEGEL,JESSICA J., MD on 08/21/14 @ 1449

---

**Progress note 08/21/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

Note Date: 08/21/14

Signed by TESSA CARSON on 08/21/14 at 12:59 pm Affiliation: BIDMC

Cosigned by MEGHAN CHURCH, PT on 08/21/14 at 2:36 pm

PHYSICAL THERAPY PROGRESS NOTE

Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "I feel ok. I'm leaving."

OBJECTIVE: Follow up visit to address goals of PT evaluation on:

8/13

**Progress note 08/21/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

Patient seen today for:

Patient Education

Therapeutic Activities

Gait Training

Balance Training

Updated Medical Status:

Labs:

08/20/14: WBC: 9.3

08/20/14: HGB 8.9*

08/20/14: HCT: 28.2*

08/20/14: Plt Count: 168

Radiology:

Ab U/S 8/18: Mildly echogenic liver consistent with steatosis.
Other forms of liver disease and more advanced liver disease
including steatohepatitis, fibrosis, or cirrhosis cannot be
excluded on this study. No evidence of cholelithiasis or **findings**
suggestive of acute cholecystitis.

Brain MRI 8/18:

Right parietal peripherally enhancing mass, extending past
midline through the splenium of the corpus callosum, which has
slightly decreased in size when compared to prior exam. There is
surrounding edema, mild adjacent sulcal effacement as well as
effacement of the posterior horn of the right lateral
ventricle. The degree of mass effect appears to have slightly
improved from prior exam. In addition, there has been interval
growth in size of multiple satellite lesions, most prominently of
a right frontal and left parietal lesions described above. No new
lesions are noted.

Medications: Start Simvastatin 8/20.

Procedures: n/a

Hemodynamic Response/Aerobic Capacity

Position HR BP RR O2 RPE

Rest Supine 86 108/60 20 97%RA

Sit 92 106/54 24 96%RA

Stand n/a

Activity Stand 96 96%RA

Recovery Sit 82 110/64 97%RA

Total Distance Walked: 20ft Minutes:

Functional Status

Rolling: I Use of rail: Y

Sup/Sidelying to Sit: I Head of Bed Elevated: Y

Sit to Stand. S w/ RW

Ambulation: S w/ RW

Stairs: n/a

Other Activity. n/a

Specify:

**Progress note 08/21/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

***Abbreviation Key*** I=Independent S=Supervision CG=Contact Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane AC=Axillary Crutches

Gait: Pt ambulated 20 ft S w/ RW. Rigid posture w/ min knee flexion, decreased foot clearnace, decreased step length and min bilateral lateral sway noted. No path deviation or LOB noted. Pt demonstrates anixous behaviour and wants to "get things done!".

Balance: Sitting - Static: I w/o UE support. Dynamic: I w/ single UE support. Pt able to reach outside BOS in all directions >6", able to touch toes. Standing: S for AD management - requires momentum, bil UE support on bed.
Dynamic - S w/ single UE support on R. Pt does not demonstrate reaching outside BOS. Requires mod verbal cues for AD management. Pt demonstrates impulsiveness but responds to simple commands.

Pain: 0/10 at rest. 5/10 with activity. 3/10 at recovery.
Location: RUQ
Quality: "sharp"
Intervention: position of comfort

Limiting Symptoms:
anxiety
SOB

Other Tests and Measures:

Pulmonary: Pt c/o of SOB with ambulation but does not demonstrate significant desaturation. Demonstrates self deep breathing initiation and takes rest breaks frequently. "I'll do it on my own time".

Team Communication: Communicated w/ NSG RE: Pt status pre and post visit, mobility recommendation and PT plan of care.

Patient Education RE: PT plan of care, D/C planning, AD management, energy conservation and deep-breathing techniques.

Intervention: Gait and balance training, and pt education.

**ASSESSMENT**/CLINICAL **IMPRESSION**:
61 M PE 2/2 glioblastoma and resolving PE. Pt has made improvement in his sit>stand transfer and ambulation since his last eval, he met 8/8 of his goals on 8/18. Despite his improvement the remains in need of skilled rehab due to his impusiveness, and requirement of 24S. Recommend D/C to rehab. Inpatient PT will continue to follow to progress function if he stays.

Anticipated Discharge: (X)rehab ( )home

PLAN: balance, gait, endurance training, ther ex and acitivity, pt education: deep breathing, energy conservation, fall precautions, AD management, PT plan of care and D/C planning.

Recommendations for Nursing: Pt up in chair for all meals, ambulate 3xday S w/ RW.

Patient agrees with the above goals and is willing to participate

**Progress note 08/21/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

in the rehabilitation program. Please indicate with an 'X' Yes

(X) or No ( ). If no please explain:

Date: 08/21/2014

Time: 12:02-12:33

Physical Therapy Student Name: Tessa Carson, PT/s

Physical Therapy Student Pager: 92757

Physical Therapist Name: Meghan Church PT, DPT

Physical Therapist Pager: 32318

Addendum by MEGHAN CHURCH, PT on 08/21/14 at 2:36 pm

I have read and agree with above.

Meghan Church PT, DPT p32318

08/21/2014

**Progress note 08/21/2014 Dr. Nancy K. RN Weiner Service: Venous Access**

Note Date: 08/21/14

Signed by NANCY K. WEINER, RN on 08/21/14 at 12:31 pm Affiliation: BIDMC

1215 Pt seen for PICC removal as being discharged. Agreeable to

procedure  dsg intact, site clean, bruising from insertion. PICC

withdrawn easily for full 45cm. Abx oint gauze ^occlusive dsg

applied. Instructed to notify nurse here or at SNF for bleeding,

pain, redness, swelling. Verbalized understanding.

**Progress note 08/21/2014 Dr. Michele RN, BSN Phelps Service: Case Management**

Note Date: 08/21/14

Signed by MICHELE PHELPS, RN, BSN on 08/21/14 at 12:31 pm Affiliation: BIDMC

Continued Stay Review - Case Management

Patient: Ministeri, Anthony

MRN: BID #228-56-30

DOB: ████/1953

Final D/C Plan? [X]Y / [ ]N

Discharge Plan: Spoke with patient and family and referrals were

made to Wingate of Andover, Merrimack Valley Health Center, and

Whittier Haverhill. Received bed offers from Wingate Andover and

Merrimack Valley Health Center. Patient/family decided to accept

bed at Wingate of Andover.

Transportation: Ambulance

Discharge Facility: Wingate of Andover

80 Andover St.

Andover, MA 01810

O - 978-470-3434

F - 978-749-2980

Facility Comments:

Homecare Info:

**Progress note 08/21/2014 Dr. Michele RN, BSN Phelps Service: Case Management**

DME Info:

Case Manager: Michele Phelps, RN, BSN

Date Completed: 08/21/14



**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**
**DISCHARGE SUMMARY**

LIEGEL,JESSICA J.

Signed Electronically by LIEGEL,JESSICA J. on THU AUG 21,2014 12:36 PM

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 08/11/14 Discharge Date: 08/21/14

Date of Birth: 01/23/1953 Sex: M

Service: MEDICINE

Allergies:
Oxycodone

Attending: LIEGEL,JESSICA J.

**Chief Complaint:**
**Chief Complaint:** chest pain, shortness of breath
Reason for MICU transfer: Massive PE

Major Surgical or Invasive Procedure:
Endotracheal intubation

History of Present Illness:
Mr. Ministri is a 51 year old male with history of GBM diagnosed
in May s/p chemo/radiation. He presented to Anna Jaques 8/10/14
after sudden onset chest pain and SOB associated with
lightheadedness while sitting on toilet, was found down at home
by his wife. While at OSH ED, patient had questionable seizure,
was intubated, post intubation with hypoxia and hypotension,
transferred here by medflight and started on norepi en route.

In the ED, initial vitals: 137 158/119 22 84%. Labs were
notable for CBC 19.9>13.3/39.7<118, differential with left
shift, INR 1.1, PTT 23, BNP 344, Chem10 significant for K 5.9,
bicarb 18, BUN 31, Cr 0.8, Gluc 264, Ca 7.5, P 5.3. ALT 74, AST
92, AP 54, Alb 3.7. UA with proteinuria and glucosuria. EKG with
sinus tach and S1Q3T3. CTA with saddle PE with trop 0.18,
7.12/64/93/22, lactate 3.4.
Patient was given TPA (6mg push and 50mg over 1 hr). Tachycardia
improved (120s) after TPA and Levophed was weaned.
On transfer to MICU, vitals were: HR 109, BP 82/63, RR 18, SO2
100% on CMV

Past Medical History:
1. Right frontal and parietal mass - GBM
2. Cluster headaches, botulinum injections

AR0715

**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**

3. Right hip replacement, osteoarthritis

4. Closed skull fracture

5. Hypertension

6. Dyslipidemia

Social History:

He is married and lives with his wife and three healthy

children.

He has three healthy siblings. His mother is 89 and his father

is

87. He is a senior vice president of an engineering company. He

smokes 1 ppd for many years.

Family History:

Noncontributory

Physical Exam:

ADMISSION PHYSICAL EXAM:

VS 98.7 99/65 67 20 97% RA

Gen - alert, NAD, pleasant

HEENT - fading bruising over neck, below R mandible, and R

eyelid, MMM, no OP lesions

CV - RRR, no murmur

Resp - crackles on R base unchanged

Ab - soft, NT, ND, BS active, no HSM

Ext - nonpitting edema of legs and hands

Skin - scattered large ecchymoses over all extremities

Neuro - PERL, EOMI, face symmetric, moves all ext against

resistance, sensation intact to light touch

Pertinent **Results**:

IMAGES:

8/11/14: CTA Chest

1. Massive pulmonary embolism involving the central and

peripheral pulmonary arteries with right heart strain (dilated

right ventricle and bowing of the interventricular septum).

2. Wedge shaped opacities in the superior segments of the lower

lobes are suspicious for pulmonary infarctions

8/11/14: CT Head

Multilocular cystic lesion centered in the right parietal lobe

and extending across the corpus callosum, consistent with the

patient's known glioblastoma and surrounding posttreatment

changes. No hemorrhage.

8/11 EKG: Sinus tachycardia with HR of

~150, S1Q3T3 present

Echo 8/11 - The left atrium is normal in size. No atrial septal

defect is seen by 2D or color Doppler. The estimated right

atrial

pressure is at least 15 mmHg. There is mild symmetric left

ventricular hypertrophy with normal cavity size and global

AR0716

**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**

systolic function (LVEF=55%)  Due to suboptimal technical
quality, a focal wall motion abnormality cannot be fully
excluded. There is no ventricular septal defect. The right
ventricular cavity is dilated with depressed free wall
contractility. There is no aortic valve stenosis. No aortic
regurgitation is seen. The mitral valve appears structurally
normal with trivial mitral regurgitation. The pulmonary artery
systolic pressure could not be determined. There is no
pericardial effusion.

CXR 8/14 -

**IMPRESSION:**

1. New right PICC line terminates in the cavoatrial
junction/upper right atrium. Retracting the catheter by 2cm
would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely
atelectasis and mild pulmonary edema, but cannot exclude
underlying pneumonia particularly in the right lung base.

Ab U/S 8/18:

1. Mildly echogenic liver consistent with steatosis. Other
forms
of liver disease and more advanced liver disease including
steatohepatitis, fibrosis, or cirrhosis cannot be excluded on
this study.
2. No evidence of cholelithiasis or **findings** suggestive of
acute
cholecystitis.

Brain MRI preliminary 8/18:

1. Right parietal peripherally enhancing mass, extending past
midline through the splenium of the corpus callosum, which has
slightly decreased in size when compared to prior exam. There
is surrounding edema, mild adjacent sulcal effacement as well as
effacement of the posterior horn of the right lateral
ventricle. The degree of mass effect appears to have slightly
improved from prior exam.
2. In addition, there has been interval growth in size of
multiple satellite lesions, most prominently of a right frontal
and left parietal lesions described above.
3. No new lesions are noted.

Brief Hospital Course:

51M with history of GBM diagnosed in May s/p chemo/radiation
found to have a massive PE leading to respiratory failure and
cardiogenic shock, transferred to the MICU s/p lysis with tPA.

Hospital Course by Problem:

Hypercarbic respiratory failure - Resolved. Intubated on
transfer here, had some dysynchrony with vent, was paralyzed and
received epoprostenol. Improved and was and extubated 8/14/14,
intermittent low sats but maintaining >92% on RA

AR0717

**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**

Massive PE - R heart strain, tachycardia, hypotension, trop
leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half
dose due to GBM then 50mg infusion on 8/10). Neurosurgery was
consulted, and agreed with anticoagulation, after weighing the
risks and benefits in this patient. Initially on heparin gtt and
then on lovenox transitioned 8/16. Xa level 8/18 is in range.

Cardiogenic shock - REsolved. R heart strain 2/2 PE. Echo post
TPA with
dilated RV and some decreased function. Initially required
vasopressin and norepi. Pressors were able to be weaned off by
8/12. BP stable since, had some volume overload not requiring
diuresis

Supratherapeutic PTT - REsovled. while on heparin gtt, likey
contributed to
bruising. head Ct without hemorrhage 8/11

GBM - s/p chemorads in May during which time he was on low dose
temodar. neuro-oncology consulted while pt in ICU. Has
continued on dex and seizure meds. Restaging MRI done 8/18 w/
some improvement in large R parietal mass however satellite
lesions are stable to increased. Will need to resume
chemotherapy, plan is for cycled temodar per Dr Uhlman to be
started on discharge.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on
CXR PNA vs pulmonary infarction, air-bronchogram present.
initially treated with vancomycin + cefepime. Hflu was
beta-lactamase negative, narrowed to levaquin, completed 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress
response from PE. pt also on dex. Did not worsen with
development
of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning
for
cholelithiasis/cholecystitis but U/S normal. liver enzymes
improving, ? passed gallstone. Now tolerating regular diet and
enzymes improved

Delirium - treated with olanzapine in ICU, resolved other than
difficulty w/ sleep/wake cycle. on increased dose trazodone

Constipation - no stool for several days while in ICU. Good
relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although
large diffuse ecchymoses which is likey cause. also ?dilutional
and phlebotomy vs
occult GI bleed on heparin but guiac negative. Hemoglobin has
remained stable
~9 since transfer out of ICU

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2

**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**
consumption from clot, did not decrease on heparin and now
resolved. Has had hx of this while on temodar in past so will
need to monitor while restarting

Hyperlipidemia - noted to have significant steatosis on liver
U/S. Fasting cholesterol markedly elevated, LDLcalc 231.
REstarted simvastatin, was taking in past but stoped. Discussed
with patient that needs to have this followed with his PCP.

Medications on Admission:
The Preadmission Medication list is accurate and complete.
1. Fluconazole 200 mg PO BID
2. Dexamethasone 2 mg PO Q12H
3. Prochlorperazine 10 mg PO BID PRN nausea
4. Lorazepam 1 mg PO BID
5 Ondansetron 8 mg PO BID PRN nausea

Discharge Medications:
1 Dexamethasone 2 mg PO Q12H
2. Lorazepam 1 mg PO BID
RX *lorazepam 1 mg 1 tablet by mouth twice a day Disp #*30
Tablet Refills:*1
3. Enoxaparin Sodium 90 mg SC Q12H
Start: 08/20/14, First Dose: Next Routine Administration Time
4. Pantoprazole 40 mg PO Q12H
5. Polyethylene Glycol 17 g PO DAILY:PRN constipation
6. Senna 8.6 mg PO BID constipation
7. Simvastatin 20 mg PO QPM
8. Ondansetron 8 mg PO BID PRN nausea
9. Prochlorperazine 10 mg PO BID PRN nausea

Discharge Disposition:
Extended Care

Facility:
Wingate - Andover

Discharge **Diagnosis**:
Saddle pulmonary embolus
Acute respiratory failure requiring intubation
Hypotension due to cardiogenic shock
Pulmonary infarct
Pneumonia

Discharge Condition:
Condition - stable
Mental status - alert
Ambulatory status - Needing some assistance with ambulation

Discharge Instructions:
Mr Ministeri, it was a pleasure caring for you during your stay
at BIDMC. You were admitted after you were found down at home.
You required a breathing tube prior to transfer as well as

AR0719

**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**

medications to support your blood pressure. On arrival at BIDM
you were found to have a very large blood clot in your pulmonary
artery. You were given clot-busting medications and did improve
after that. The breathing tube was taken out and you are no
longer requiring oxygen. You were started on blood thinners and
this will be needed indefinitely. You also were treated for
pneumonia, the bacteria found on your sputum cultures is
Hemophilus Influenza. You were treated with antibiotics for
this and finished on 8/19/14. lastly your cholesterol was
elevated and you were found to have fatty liver on ultrasound.
A cholesterol lowering drug, simvastatin, was started and this
will need to be followed by your primary care provider

Followup Instructions:
You should schedule follow up with your primary doctor for in at
least one month for follow up of high cholesterol
You should follow up with Dr Uhlman as deteremined by
neuro-oncology clinic
JESSICA J. LIEGEL MD 12-CII

Completed by: JESSICA J. LIEGEL MD 12-CII 08/21/14 @ 1236

---

**Letter 08/25/2014 Dr. Debórha Cooper Service: Neurology**

August 25, 2014

To Whom This May Concern

RE: Anthony Ministeri BID#: 228-56-30 DOB: 01/23/1953

Dear Sir/Madam:

Anthony Ministeri is followed by Dr. Erik J Uhlmann. Mr
Ministeri's last day of work was August 8, 2014 and his first day
of leave was August 11, 2014.

Erik J Uhlmann
BIDMC
330 Brookline Avenue
Boston, MA 02215
Phone: 617-667-1665
FAX: 617-667-1664

Sincerely,

Deborha Cooper
Administrative Assistant
Brain Tumor Center
Eric T Wong, MD Erik J Uhlmann, MD Soma Sengupta
617-667-1665
Signed·electronically: 08/25/14 at 1.29 pm

**Progress note 09/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 09/19/14

Signed by ERIK UHLMANN, MD on 09/25/14 at 5:47 pm Affiliation: BIDMC

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri

BID MRN: 2285630

LOCATION: SHAPIRO 8

DATE OF VISIT: September 19, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal
glioblastoma involving the corpus callosum, confusion,
disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr Kasper

Pathology: Glioblastoma, WHO grade IV, EGFR not amplified

6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2
days due to PLT 95

8/10/14 Syncope, fall, CP, brought to Anna Jaques

8/10/14 CT-A chest showed massive PE, received tPA

8/?/14 C1 TMZ 150 mg/m2

9/19/14 C2 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He presents to the clinic
with his wife and son.

MEDICATIONS:

1. CITALOPRAM 10 mg by mouth once a day

2. DEXAMETHASONE 2 mg by mouth twice a day

3 ENOXAPARIN 90 mg/0.9 ml twice a day sc

4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy

5. LORAZEPAM 1 mg by mouth twice a day

6 ONDANSETRON 8 mg by mouth daily 1 hour before chemo

7. PANTOPRAZOLE 40 mg by mouth twice a day

8. SIMVASTATIN atin 20 mg by mouth at bedtime

9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed
headache

10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day

AR0721

**Progress note 09/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES·

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal glioblastoma

2. Cluster headaches, botulimum injections

3. Right hip replacement, osteoarthritis

4. Closed skull fracture

5. Hypertension

6. Dyslipidemia

7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

**REVIEW OF SYSTEMS:**

Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION·**

T 98.2 BP 130/80 P 72 R 16 KPS 70 wt 183.8 ht 72. Mental status
is satisfactory in areas of alertness, orientation, concentration
memory and language  On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory  Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery site is well healed.

LABORATORY:

8/20/14 WBC 9.3 HGB 8.9 PLT 168

9/19/14 CREAT 0.8

AR0722

**Progress note 09/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

IMAGING:

1. Brain MRI dated 9/19/14 is reviewed and compared to the previous study of 8/18/14. Unchanged appearance of right parietal peripherally enhancing mass which extends past the midline through the splenium of the corpus callosum. Right frontal and a left occipital satellite lesion appears slightly smaller in size. The remainder of the satellite lesions are unchanged from prior exam. No new lesions are identified.

ASSESSMENT AND PLAN:

In summary, this is a 61 year old, left-handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He has no seizure history and was irritable, thus levetiracetam was stopped. He is on dexamethasone 2 mg twice daily, along with GI prophylaxis. He had a pulmonary embolism, and on LMW heparin. I prescribed temozolomide for C2. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

**Letter 09/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

September 19, 2014

RE: Anthony Ministeri BID#: 228-56-30 DOB: 01/23/1953

Anthony Ministeri is my patient in this hospital and clinic. He developed a chronic neurological condition, and received treatment including brain surgery on 5/12/14, and now undergoing chemotherapy and radiation. My first visit with him was on 5/9/14, and he was hospitalized from 8/11/14 to 8/21/14 with a serious complication. He is fully compliant with the prescribed treatment. He is presently not fit to return to work. The date when he is able to return to work is 1/5/15. If you have any questions please contact me.

Sincerely,

Erik J. Uhlmann, MD
Signed electronically: 09/19/14 at 2:16 pm

**Progress note 10/17/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 10/17/14
Signed by ERIK UHLMANN, MD on 10/23/14 at 11:51 pm Affiliation: BIDMC

**Progress note 10/17/2014 Dr. Erik J. Uhlmann Service: Neurology**

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri

BID MRN: 2285630

LOCATION: SHAPIRO 8

DATE OF VISIT: October 17, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal glioblastoma involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: Glioblastoma, WHO grade IV, EGFR not amplified

6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2 days due to PLT 95

8/10/14 Syncope, fall, CP, brought to Anna Jaques

8/10/14 CT-A chest showed massive PE, received tPA

8/?/14 C1 TMZ 150 mg/m2

9/19/14 Brain MRI stable

9/24/14 C2 TMZ 150 mg/m2

10/22/14 C3 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He had steadily worsening problems with concentration, and spatial orientation, that reached a level that interfered with his functioning. He had biopsy only, and completed chemoradiation. He started cyclic temozolomide. He presents to the clinic with his wife and son.

MEDICATIONS:

1. CITALOPRAM 10 mg by mouth once a day

2. DEXAMETHASONE 2 mg by mouth twice a day

3. ENOXAPARIN 90 mg/0.9 ml twice a day sc

4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy

5. LORAZEPAM 1 mg by mouth twice a day

6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo

7. PANTOPRAZOLE 40 mg by mouth twice a day

8. SIMVASTATIN atin 20 mg by mouth at bedtime

9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed headache

10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

AR0724

**Progress note 10/17/2014 Dr. Erik J. Uhlmann Service: Neurology**

11  POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day

12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1  Right frontal and parietal glioblastoma

2  Cluster headaches, botulinum injections

3. Right hip replacement, osteoarthritis

4. Closed skull fracture

5. Hypertension

6. Dyslipidemia

7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children. He has three healthy siblings. His mother is 89 and his father is 87. He is a senior vice president of an engineering company He smokes 1 ppd for many years

**REVIEW OF SYSTEMS**:

Confusion and disorientation as in HPI. He has a history of cluster headaces and received botulinim toxin injections. No visual problems, no weakness, no numbness, tingling, no dizziness, no double vision, no difficulty swallowing, or speaking, no ear-ringing, no rash, or other skin problems, no constipation or diarrhea, or gastrointestinal problems, no abdominal pain, no mouth sores, no cough, no fever, no shortness of breath, no weight change, no chest pain, or other cardiovascular problems, no problems urinating, no incontinence, or other genitourinary problems, no neck pain, joint pain or other musculoskeletal problems, no fatigue, no sleep problems, no anxiety. No trouble walking, good balance. No hematological, allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION**:

T 98 0 BP 130/90 P 88 R 16 KPS 70 wt 191.9 ht 72. Mental status is satisfactory in areas of alertness, orientation, concentration memory and language. On cranial nerve examination, eye movements are full, pupils are equal and reactive. Full visual fields. No facial weakness, no dysarthria. No tongue weakness On motor examination, there is no weakness. Coordination is normal. Fine movements are satisfactory. Light touch and vibration is perceived well throughout. Reflexes are normoactive and symmetric. Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal surgery site is well healed.

LABORATORY:

10/16/14 WBC 5.8 HGB 14.6 PLT 140

9/19/14 CREAT 0.8

AR0725

**Progress note 10/17/2014 Dr. Erik J. Uhlmann Service: Neurology**

IMAGING·

1. Brain MRI dated 9/19/14 is reviewed and compared to the previous study of 8/18/14. Unchanged appearance of right parietal peripherally enhancing mass which extends past the midline through the splenium of the corpus callosum. Right frontal and a left occipital satellite lesion appears slightly smaller in size. The remainder of the satellite lesions are unchanged from prior exam. No new lesions are identified.

**ASSESSMENT** AND PLAN·

In summary, this is a 61 year old, left-handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He has no seizure history and was irritable, thus levetiracetam was stopped. He is on dexamethasone 2 mg twice daily, along with GI prophylaxis. He had a pulmonary embolism, and on LMW heparin. I prescribed temozolomide for C3. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

**Telephone 11/02/2014 Dr. Eric T. Wong Service: Neurology**

Note Date: 11/02/14
Signed by ERIC T. WONG, MD on 11/02/14 at 12:11 pm Affiliation: HMFP practice

I received a phone call from Renee Ministeri reporting that her husband Anthony Ministeri is running out of lorazepam, which he takes for anxiety. He takes 1 mg of lorazepam BID and it was last refill on 09/30/14. I faxed a copy of the prescription to Rite Aid at 978-834-0014, which is located at 15 Haverhill Road in Amsbury, MA. I will also mail the hard copy to the pharmacy.

**Telephone 11/04/2014 Dr. Julianne RN Bloom Service: Neurology**

Note Date: 11/04/14
Signed by JULIANNE BLOOM, RN on 11/04/14 at 2:03 pm Affiliation: BIDMC

Spoke with Mrs. Ministeri and Anthony is doing well on Decadron 2mg daily. He has been on this dose since 10/17/14. Will stop Decadron for now. Mrs.Ministeri knows to call if he is having any weakness or headaches. Patient will be seen on 11/14/14 with same day MRI

**Progress note 11/14/2014 Dr. Erik J. Uhlmann Service: Neurology**

**Progress note 11/14/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 11/14/14

Signed by ERIK UHLMANN, MD on 11/19/14 at 2:33 pm Affiliation: BIDMC

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri

BID MRN: 2285630

LOCATION: SHAPIRO 8

DATE OF VISIT: November 14, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal glioblastoma involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: Glioblastoma, WHO grade IV, EGFR not amplified

6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2 days due to PLT 95

8/10/14 Syncope, fall, CP, brought to Anna Jaques

8/10/14 CT-A chest showed massive PE, received tPA

8/?/14 C1 TMZ 150 mg/m2

9/19/14 Brain MRI stable

9/24/14 C2 TMZ 150 mg/m2

10/22/14 C3 TMZ 150 mg/m2

11/14/14 Brain MRI stable

11/19/14 C4 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He had steadily worsening problems with concentration, and spatial orientation, that reached a level that interfered with his functioning. He had biopsy only, and completed chemoradiation. He started cyclic temozolomide. He presents to the clinic with his wife and son.

MEDICATIONS:

1. CITALOPRAM 10 mg by mouth once a day

2. DEXAMETHASONE 2 mg by mouth twice a day

3 ENOXAPARIN 90 mg/0.9 ml twice a day sc

4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy

5. LORAZEPAM 1 mg by mouth twice a day

6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo

7 PANTOPRAZOLE 40 mg by mouth twice a day

**Progress note 11/14/2014 Dr. Erik J. Uhlmann Service: Neurology**

8. SIMVASTATIN atin 20 mg by mouth at bedtime

9. SUMATRIPTAN SUCCINATE 6 mg/0 5 ml as needed for as needed headache

10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day

12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1  Right frontal and parietal glioblastoma

2  Cluster headaches, botulinum injections

3  Right hip replacement, osteoarthritis

4. Closed skull fracture

5  Hypertension

6  Dyslipidemia

7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children. He has three healthy siblings. His mother is 89 and his father is 87. He is a senior vice president of an engineering company. He smokes 1 ppd for many years.

**REVIEW OF SYSTEMS:**

Confusion and disorientation as in HPI. He has a history of cluster headaces and received botulinim toxin injections. No visual problems, no weakness, no numbness, tingling, no dizziness, no double vision, no difficulty swallowing, or speaking, no ear-ringing, no rash, or other skin problems, no constipation or diarrhea, or gastrointestinal problems, no abdominal pain, no mouth sores, no cough, no fever, no shortness of breath, no weight change, no chest pain, or other cardiovascular problems, no problems urinating, no incontinence, or other genitourinary problems, no neck pain, joint pain or other musculoskeletal problems, no fatigue, no sleep problems, no anxiety. No trouble walking, good balance. No hematological, allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION.**

T 98.5 BP 120/80 P 84 R 16 KPS 70 wt 193.0 ht 72. Mental status is satisfactory in areas of alertness, orientation, concentration memory and language. On cranial nerve examination, eye movements are full, pupils are equal and reactive. Full visual fields. No facial weakness, no dysarthria. No tongue weakness. On motor examination, there is no weakness. Coordination is normal. Fine movements are satisfactory. Light touch and vibration is perceived well throughout. Reflexes are normoactive and symmetric. Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal

AR0728

**Progress note 11/14/2014 Dr. Erik J. Uhlmann Service: Neurology**

surgery site is well healed.

LABORATORY:

11/5/14 WBC 5.9 PLT 155

9/19/14 CREAT 0 8

IMAGING:

1. Brain MRI dated 11/14/14 is reviewed and compared to the previous study of 9/19/14. Unchanged appearance of a peripherally enhancing right parietal mass which extends past midline through the splenium of the corpus callosum. Numerous satellite lesions appear unchanged from prior exam. There is evolution of intrinsic blood products. There is suggestion of a poorly defined 3 mm enhancing nodule at the left frontal vertex (series 103, image 47) most likely secondary to artifact from motion however close attention to this region on followup exams is recommended.

ASSESSMENT AND PLAN:

In summary, this is a 61 year old, left-handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He has no seizure history and was irritable, thus levetiracetam was stopped. He is on dexamethasone 2 mg twice daily, along with GI prophylaxis. He had a pulmonary embolism, and on LMW heparin. I prescribed temozolomide for C4. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD

Neuro-Oncology

Pager 91057

**Progress note 12/12/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 12/12/14

Signed by ERIK UHLMANN, MD on 12/16/14 at 5:19 pm Affiliation: BIDMC

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri

BID MRN: 2285630

LOCATION: SHAPIRO 8

DATE OF VISIT: December 12, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal glioblastoma involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

**Progress note 12/12/2014 Dr. Erik J. Uhlmann Service: Neurology**

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: Glioblastoma, WHO grade IV, EGFR not amplified

6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2

days due to PLT 95

8/10/14 Syncope, fall, CP, brought to Anna Jaques

8/10/14 CT-A chest showed massive PE, received tPA

8/?/14 C1 TMZ 150 mg/m2

9/19/14 Brain MRI stable

9/24/14 C2 TMZ 150 mg/m2

10/22/14 C3 TMZ 150 mg/m2

11/14/14 Brain MRI stable

11/19/14 C4 TMZ 150 mg/m2

12/17/14 C5 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal
glioblastoma involving the corpus callosum, confusion, and
disorientation. He had steadily worsening problems with
concentration, and spatial orientation, that reached a level that
interfered with his functioning. He had biopsy only, and
completed chemoradiation. He started cyclic temozolomide. He
presents to the clinic with his wife and son.

MEDICATIONS:

1. CITALOPRAM 10 mg by mouth once a day

2 DEXAMETHASONE 4 mg by mouth once a day

3. ENOXAPARIN 90 mg/0.9 ml twice a day sc

4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy

5. LORAZEPAM 1 mg by mouth twice a day

6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo

7. PANTOPRAZOLE 40 mg by mouth twice a day

8. SIMVASTATIN atin 20 mg by mouth at bedtime

9 SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed
headache

10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day

12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal glioblastoma

2. Cluster headaches, botulinum injections

3. Right hip replacement, osteoarthritis

4. Closed skull fracture

AR0730

**Progress note 12/12/2014 Dr. Erik J. Uhlmann Service: Neurology**

5. Hypertension

6. Dyslipidemia

7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

**REVIEW OF SYSTEMS**:

Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION**:

T 98.5 BP 120/80 P 84 R 16 KPS 70 wt 188.5 ht 72. Mental status
is satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery site is well healed.

LABORATORY:

11/5/14 WBC 5.9 PLT 155

9/19/14 CREAT 0.8

IMAGING:

1. Brain MRI dated 11/14/14 is reviewed and compared to the
previous study of 9/19/14. Unchanged appearance of a peripherally
enhancing right parietal mass which extends past midline through
the splenium of the corpus callosum. Numerous
satellite lesions appear unchanged from prior exam. There is
evolution of intrinsic blood products. There is suggestion of a
poorly defined 3 mm enhancing nodule at the left frontal vertex
(series 103, image 47) most likely secondary to artifact from

AR0731

**Progress note 12/12/2014 Dr. Erik J. Uhlmann Service: Neurology**

motion however close attention to this region on followup exams
is recommended.

**ASSESSMENT** AND PLAN.

In summary, this is a 61 year old, left-handed man with right
frontal and parietal glioblastoma involving the corpus callosum,
confusion, and disorientation. He has no seizure history and was
irritable, thus levetiracetam was stopped. He is on dexamethasone
4 mg daily, along with GI prophylaxis. He had a pulmonary
embolism, and on LMW heparin. I prescribed temozolomide for C5.
30 minutes were spent with the patient of which 50% was
counseling. Additional time was spent on reviewing tests and
images, and preparing documentation. All questions were answered
to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

**Letter 01/06/2015 Dr. Erik J. Uhlmann Service: Neurology**

January 6, 2015

RE: Anthony Ministeri BID#. 228-56-30 DOB: 01/23/1953

Anthony Ministeri is my patient in this hospital and clinic. He
developed a chronic neurological condition, and received
treatment including brain surgery on 5/12/14, and now undergoing
chemotherapy and radiation. My first visit with him was on
5/9/14, and he was hospitalized from 8/11/14 to 8/21/14 with a
serious complication. He is fully compliant with the prescribed
treatment. He is presently not fit to return to work. The date
when he is able to return to work is 3/31/15. If you have any
questions please contact me.

Sincerely,

Erik J. Uhlmann, MD
Signed electronically: 01/06/15 at 3:02 pm

**Progress note 01/09/2015 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 01/09/15
Signed by ERIK UHLMANN, MD on 01/14/15 at 4:36 pm Affiliation: BIDMC

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8
DATE OF VISIT: January 9, 2014
PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

**Progress note 01/09/2015 Dr. Erik J. Uhlmann Service: Neurology**

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal glioblastoma involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: Glioblastoma, WHO grade IV, EGFR not amplified

6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2 days due to PLT 95

8/10/14 Syncope, fall, CP, brought to Anna Jaques

8/10/14 CT-A chest showed massive PE, received tPA

8/?/14 C1 TMZ 150 mg/m2

9/19/14 Brain MRI stable

9/24/14 C2 TMZ 150 mg/m2

10/22/14 C3 TMZ 150 mg/m2

11/14/14 Brain MRI stable

11/19/14 C4 TMZ 150 mg/m2

12/17/14 C5 TMZ 150 mg/m2

1/9/15 Brain MRI stable

1/14/15 C6 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He had steadily worsening problems with concentration, and spatial orientation, that reached a level that interfered with his functioning. He had biopsy only, and completed chemoradiation. He started cyclic temozolomide. He presents to the clinic with his wife.

MEDICATIONS:

1 CITALOPRAM 10 mg by mouth once a day

2. DEXAMETHASONE 4 mg by mouth once a day

3. ENOXAPARIN 90 mg/0.9 ml twice a day sc

4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy

5. LORAZEPAM 1 mg by mouth twice a day

6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo

7. PANTOPRAZOLE 40 mg by mouth twice a day

8. SIMVASTATIN atin 20 mg by mouth at bedtime

9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed headache

10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day

12. SENNOSIDES 8.6 mg by mouth twice a day

**Progress note 01/09/2015 Dr. Erik J. Uhlmann Service: Neurology**

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia
7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children. He has three healthy siblings. His mother is 89 and his father is 87. He is a senior vice president of an engineering company. He smokes 1 ppd for many years.

REVIEW OF SYSTEMS:

Confusion and disorientation as in HPI. He has a history of cluster headaces and received botulinim toxin injections. No visual problems, no weakness, no numbness, tingling, no dizziness, no double vision, no difficulty swallowing, or speaking, no ear-ringing, no rash, or other skin problems, no constipation or diarrhea, or gastrointestinal problems, no abdominal pain, no mouth sores, no cough, no fever, no shortness of breath, no weight change, no chest pain, or other cardiovascular problems, no problems urinating, no incontinence, or other genitourinary problems, no neck pain, joint pain or other musculoskeletal problems, no fatigue, no sleep problems, no anxiety. No trouble walking, good balance. No hematological, allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:

T 97.8 BP 120/80 P 84 R 16 KPS 70 wt 199.8 ht 72  Mental status is satisfactory in areas of alertness, orientation, concentration memory and language. On cranial nerve examination, eye movements are full, pupils are equal and reactive. He has right visual extinction. No facial weakness, no dysarthria. No tongue weakness. On motor examination, there is no weakness. Coordination is normal. Fine movements are satisfactory  Light touch is perceived well throughout. Reflexes are normoactive and symmetric  Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal surgery site is well healed.

LABORATORY:

1/8/15 WBC 5.6 HGB 12.7 PLT 167
9/19/14 CREAT 0.8

IMAGING:

1. Brain MRI dated 1/9/15 is reviewed and compared to the

AR0734

**Progress note 01/09/2015 Dr. Erik J. Uhlmann Service: Neurology**

previous study of 11/14/14. Unchanged size iwith slightly
decreased enhancement and stable surrounding FLAIR edema pattern
of a right parietal occipital lobe hemorrhagic mass extending
past the midline through the corpus callosum. Mild interval
increased hemorrhage within the lesion is noted. Multiple
surrounding satellite lesions are also essentially unchanged. No
new lesions.

**ASSESSMENT** AND PLAN:

In summary, this is a 61 year old, left-handed man with right
frontal and parietal glioblastoma involving the corpus callosum,
confusion, and disorientation. He has no seizure history and was
irritable, thus levetiracetam was stopped. He is on dexamethasone
4 mg daily, along with GI prophylaxis. He had a pulmonary
embolism, and on LMW heparin. I prescribed temozolomide for C6.
He is planning a trip between 2/10/15-3/15/15 and will return
early, on 2/3/15 for chemotherapy dosing. He is not ready to
drive due to limited self-care and visual deficit. 30 minutes
were spent with the patient of which 50% was counseling.
Additional time was spent on reviewing tests and images, and
preparing documentation. All questions were answered to the best
of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**Letter 01/16/2015 Dr. Deborha Cooper Service: Neurology**

January 16, 2015

Anthony Ministeri

████████████

Merrimac, MA 01860

BID#: 228-56-30 DOB: 01/23/1953

Dear Mr. Ministeri:

Enclosed is a printout of all of your upcoming appointments.

Please call our office at (617) 667-1665 to confirm your
appointment. If you need to reschedule or cancel, please call at
least 24 hours prior to the scheduled appointment

Please check with your insurance company or your primary care
provider to find out if you need an insurance referral for this
visit. If you need one, please have your primary care provider
fax the referral to our office at 617-667-1664.

Please call the BIDMC Patient Registration line at 617-754-8240
to update your patient profile.

Sincerely,

**Letter 01/16/2015 Dr. Deborha Cooper Service: Neurology**

Deborha Cooper

Administrative Assistant

Brain Tumor Center

Eric T Wong, MD Erik J Uhlmann, MD Soma Sengupta

617-667-1665

Signed electronically: 01/16/15 at 10:46 am

# PROCED

## Procedures

### Non-identified Provider

| Date | Procedure/Encounter Type [Code] |
|------|--------------------------------|
| Jan 09, 2015 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| Dec 12, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| Nov 14, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| Oct 17, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| Sep 19, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| Aug 21, 2014 | Cont inv mec ven <96 hrs [96.71] |
| Aug 21, 2014 | Inject/inf thrombo agent [99.10] |
| Aug 21, 2014 | CV cath plcmt w guidance [38.97] |
| Jun 02, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| May 22, 2014 | Closed brain biopsy [01.13] |
| May 22, 2014 | Immobiliz/wound attn NEC [93.59] |
| May 19, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| May 13, 2014 | Closed brain biopsy [01.13] |
| May 13, 2014 | Immobiliz/wound attn NEC [93.59] |

### Narrative Text

| Procedure | Date | Provider | Comments |
|-----------|------|----------|----------|
| PERCUTANEOUS BRAIN BX - 01.13 | 05/13/14 | 14-AAR - Dr. JEFFREY E ARLE | Inpatient Procedure |
| IMMOBILIZ/WOUND ATTN NEC - 93.59 | 05/13/14 | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient Procedure |
| PERCUTANEOUS BRAIN BX - 01.13 | 05/22/14 | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient Procedure |
| IMMOBILIZ/WOUND ATTN NEC - 93.59 | 05/22/14 | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient Procedure |
| CONTINUOUS INVASIVE MECHANICAL VENTILATION FOR LESS THAN 96 CONSECUTIVE HOURS - 96.71 | 08/21/14 | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient Procedure |

AR0736

| Procedure | Date | Provider | Comments |
|---|---|---|---|
| INJECTION/INFUSION THROMBOLYTIC - 99.10 | 08/21/14 | 12-CII - Dr JESSICA J. LIEGEL | Inpatient Procedure |
| CENTRAL VENOUS CATHETER PLACEMENT WITH GUIDANCE - 38.97 | 08/21/14 | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient Procedure |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 05/19/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 06/02/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 09/19/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 10/17/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 11/14/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 12/12/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 01/09/15 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |

# LABS

## Laboratory Results

### Narrative Text

| Blood | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Hematology** | | | | | | | | | |
| COMPLETE BLOOD COUNT | WBC | RBC | Hgb | Hct | MCV | MCH | MCHC | RDW | Plt Ct |
| 20 Aug 2014 05:14AM | 9.3 | 2.89* | 8.9* | 28.2* | 98 | 30.9 | 31.7 | 16.4* | 168 |
| Source: Line-PICC | | | | | | | | | |
| 19 Aug 2014 05:15AM | 8.9 | 2.85* | 9.0* | 27.8* | 97 | 31.7 | 32.5 | 16.7* | 154 |
| Source: Line-PICC | | | | | | | | | |
| 18 Aug 2014 06:15AM | 8.3 | 2.97* | 9.2* | 28.9* | 98 | 30.9 | 31.7 | 16.1* | 166 |
| Source: Line-PICC | | | | | | | | | |
| 17 Aug 2014 06:03AM | 6.9 | 2.64* | 8.4* | 25.7* | 98 | 31.7 | 32.5 | 16.0* | 141* |
| Source: Line-PICC | | | | | | | | | |
| 16 Aug 2014 05:00AM | 5.9 | 2.39* | 7.7* | 23.2* | 97 | 32.4* | 33.4 | 15.8* | 124* |
| Source: Line-picc | | | | | | | | | |
| 15 Aug 2014 11:58AM | 5.6 | 2.36* | 7.7* | 22.8* | 97 | 32.5* | 33.6 | 16.0* | 119* |

AR0737

| Hematology | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **COMPLETE BLOOD COUNT** | ' WBC | RBC | Hgb | Hct | MCV | MCH | MCHC | RDW | Plt Ct |
| COLLECTED AT 1400 8/15/14 | | | | | | | | | |
| 15 Aug 2014 05:46AM | 5.5 | 2.28* | 7.3* | 22.1* | 97 | 32.3* | 33.3 | 16.2* | 106* |
| Source: Line-picc | | | | | | | | | |
| 14 Aug 2014 11:44PM | 5.6 | 2.30* | 7.6* | 22.2* | 97 | 33.1* | 34.2 | 16.2* | 92* |
| Source: Line-picc | | | | | | | | | |
| 14 Aug 2014 05:14PM | | | | 23.7* | | | | | |
| Source: Line-PICC | | | | | | | | | |
| 14 Aug 2014 11:41AM | 5 8 | 2.51* | 8.0* | 24.1* | 96 | 31.9 | 33.2 | 16.2* | 116* |
| COLLECTED AT 1200 8/15/14 | | | | | | | | | |
| 14 Aug 2014 10:27AM | 6.8 | 2.62* | 8.5* | 25.1* | 96 | 32.2* | 33.7 | 16.4* | 88* |
| 14 Aug 2014 03:59AM | 6.2 | 2.67* | 8.6* | 26.0* | 97 | 32.2* | 33.1 | 16.4* | 85* |
| 14 Aug 2014 12:54AM | 6.2 | 2.71* | 8.9* | 26.1* | 96 | 32.9* | 34.1 | 16.5* | 92* |
| 13 Aug 2014 01:40AM | 7.5 | 3.16* | 10.2* | 29.8* | 95 | 32.4* | 34.3 | 16 6* | 70* |
| 12 Aug 2014 03:38AM | 9.3 | 3.30* | 10.7* | 31.4* | 95 | 32.4* | 34.1 | 15.7* | 80* |
| 11 Aug 2014 10:37PM | 11.8* | 3.49* | 11.3* | 33.5* | 96 | 32.2* | 33.6 | 15.8* | 83* |
| 11 Aug 2014 05:00PM | 10.9 | 3.06* | 10.2* | 30.3* | 99* | 33.5* | 33.9 | 16.2* | 81* |
| 11 Aug 2014 03:47AM | 18.4* | 3.67* | 11.9* | 37.3* | 102* | 32.5* | 32.0 | 16.1* | 85* VERIFIED BY SMEAR |
| Source: Line-peripheral #20 | | | | | | | | | |
| 10 Aug 2014 11:45PM | 19.9* | 4.00* | 13.3* | 39.7* | 99* | 33.3* | 33.6 | 16.0* | 118* VERIFIED BY REPLICATE ANALYSIS |
| 22 May 2014 06:15AM | 15 0* | 4.57* | 14.2 | 42.9 | 94 | 31.0 | 33.1 | 12.8 | 175 |
| 13 May 2014 02:50AM | 13.6*# VERIFIED | 4 83 | 15.1 | 43.5 | 90 | 31.3 | 34.7 | 12.3 | 155 |
| 09 May 2014 05:00PM | 8.6 | 4.84 | 15.0 | 43.7 | 90 | 31.1 | 34.4 | 12.2 | 158 |
| 08 May 2014 09:00AM | 7.3 | 4.96 | 15.2 | 46 6 | 94 | 30.6 | 32.6 | 12.7 | 161 |
| 08 May 2014 06:06AM | UNABLE TO UNABLE TO PROCESS CBC-SPECIMEN CLOTTED NOTIFIED N LORING-FA5 6:29AM 5/8/14 | | | | | | | | |

| **DIFFERENTIAL** | Neuts | Bands | Lymphs | Monos | Eos | Baso | Atyps | Metas | Myelos | Promyel |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 Aug 2014 05:15AM | 79* | 4 | 9* | 4 | 0 | 0 | 0 | 2* | 2* | |
| Source: Line-PICC | | | | | | | | | | |
| 15 Aug 2014 11:58AM | 78* | 7* | 7* | 4 | 0 | 0 | 0 | 4* | 0 | |

| DIFFERENTIAL | Neuts | Bands | Lymphs | Monos | Eos | Baso | Atyps | Metas | Myelos | Promyel |
|---|---|---|---|---|---|---|---|---|---|---|
| COLLECTED AT 1400 8/15/14 | | | | | | | | | | |
| 14 Aug 2014 11:41AM | 71* | 4 | 14* | 8 | 0 | 0 | 1* | 2* | 0 | |
| COLLECTED AT 1200 8/15/14 | | | | | | | | | | |
| 11 Aug 2014 03:47AM | 80* | 3 | 4* | 3 | 0 | 0 | 0 | 2* | 7* | 1* |
| Source: Line-peripheral #20 | | | | | | | | | | |
| 10 Aug 2014 11:45PM | 63 | 5 | 9* | 12* | 0 | 0 | 0 | 4* | 6* | 1* |
| 08 May 2014 09:00AM | 84.3* | | 11.3* | 3.7 | 0.2 | 0.5 | | | | |

| RED CELL MORPHOLOGY | Hypochr | Anisocy | Poiklo | Macrocy | Microcy | Polychr | Ovalocy | Burr | Tear Dr |
|---|---|---|---|---|---|---|---|---|---|
| 19 Aug 2014 05:15AM | NORMAL | OCCASIONAL | OCCASIONAL | OCCASIONAL | NORMAL | NORMAL | OCCASIONAL | | |
| Source: Line-PICC | | | | | | | | | |
| 15 Aug 2014 11:58AM | 1+ | 1+ | OCCASIONAL | 1+ | NORMAL | NORMAL | OCCASIONAL | | |
| COLLECTED AT 1400 8/15/14 | | | | | | | | | |
| 14 Aug 2014 11:41AM | OCCASIONAL | 1+ | NORMAL | 2+ | NORMAL | NORMAL | | | |
| COLLECTED AT 1200 8/15/14 | | | | | | | | | |
| 11 Aug 2014 03:47AM | 2+ | 1+ | 1+ | 2+ | NORMAL | OCCASIONAL | OCCASIONAL | 2+ | |
| Source: Line-peripheral #20 | | | | | | | | | |
| 10 Aug 2014 11:45PM | 1+ | 1+ | 1+ | 2+ | NORMAL | NORMAL | | 1+ | OCCASIONAL |

| BASIC COAGULATION (PT, PTT, PLT, INR) | PT | PTT | Plt Smr | Plt Ct | INR(PT) |
|---|---|---|---|---|---|
| 20 Aug 2014 05:14AM | | | | 168 | |
| Source: Line-PICC | | | | | |
| 19 Aug 2014 05:15AM | | | NORMAL | 154 | |
| Source: Line-PICC | | | | | |
| 18 Aug 2014 06:15AM | | | | 166 | |
| Source: Line-PICC | | | | | |
| 17 Aug 2014 06:03AM | | | | 141* | |
| Source: Line-PICC | | | | | |
| 16 Aug 2014 05:00AM | | | | 124* | |
| Source: Line-picc | | | | | |
| 16 Aug 2014 05:00AM | 13.5* | 75.3* | | | 1.2* |
| Source: Line-picc | | | | | |
| 15 Aug 2014 09:43PM | 13.2* | 52.1* | | | 1.2* |

AR0739

| BASIC COAGULATION (PT, PTT, PLT, INR) | PT | PTT | Plt Smr | Plt Ct | INR(PT) |
|---|---|---|---|---|---|
| Source: Line-picc; heparin dose: 2000 | | | | | |
| 15 Aug 2014 11:58AM | | | LOW | 119" | |
| COLLECTED AT 1400 8/15/14 | | | | | |
| 15 Aug 2014 11:58AM | 13.0* | 51.4* | | | 1.2* |
| COLLECTED AT 1400 8/15/14 | | | | | |
| 15 Aug 2014 05:46AM | | | | 106* | |
| Source: Line-picc | | | | | |
| 15 Aug 2014 05:46AM | 13.0* | 60.7* | | | 1.2* |
| Source: Line-picc | | | | | |
| 14 Aug 2014 11:44PM | | | | 92* | |
| Source: Line-picc | | | | | |
| 14 Aug 2014 11:44PM | | 56.1* | | | |
| Source: Line-picc | | | | | |
| 14 Aug 2014 05:10PM | 13.0* | 50.4* | | | 1.2* |
| Source: Line-PICC | | | | | |
| 14 Aug 2014 11:41AM | | | LOW | 116* | |
| COLLECTED AT 1200 8/15/14 | | | | | |
| 14 Aug 2014 11:41AM | 12.7* | 57.4* | | | 1.2* |
| HEPARIN DOSE :1200 ;COLLECTED AT 1200 8/15/14 | | | | | |
| 14 Aug 2014 11:41AM | 12.5 | 42.0* | | | 1.2* |
| 14 Aug 2014 10:27AM | | | | 88* | |
| 14 Aug 2014 03:59AM | | | | 85* | |
| 14 Aug 2014 03:59AM | 12.9* | 81.2* | | | 1.2* |
| 14 Aug 2014 12:54AM | | | | 92* | |
| 13 Aug 2014 08:05PM | 12.3 | 50.5* | | | 1.1 |
| 13 Aug 2014 01:10PM | | 81.4* | | | |
| heparin dose: 1150 | | | | | |
| 13 Aug 2014 01:40AM | | | | 70* | |
| 13 Aug 2014 01:40AM | 11.8 | 43.9* | | | 1.1 |
| 12 Aug 2014 07:00PM | | 79.7* | | | |
| Source: Line-PIV | | | | | |
| 12 Aug 2014 11:48AM | | 150* 150 IS HIGHEST MEASURED PTT Reported to and read back by PAT BOYKINS/CC6D @ 12:20PM 8/12/14 | | | |

AR0740

| BASIC COAGULATION (PT, PTT, PLT, INR) | PT | PTT | Plt Smr | Plt Ct | INR(PT) |
|---|---|---|---|---|---|
| | | VERIFIED BY REPLICATE ANALYSIS | | | |
| Source: Line-PIV | | | | | |
| 12 Aug 2014 10:25AM | | 150*<br>150 IS HIGHEST MEASURED PTT<br>Reported to and read back by DANIELLE FLEMING/CC6D @ 11?:10AM 8/12/14<br>VERIFIED BY REPLICATE ANALYSIS | | | |
| 12 Aug 2014 03:38AM | | | | 80* | |
| 12 Aug 2014 03:38AM | 13.4* | 97.2* | | | 1.2* |
| 11 Aug 2014 10:37PM | | | | 83* | |
| 11 Aug 2014 10:37PM | 13.5* | 71.7* | | | 1.2* |
| 11 Aug 2014 05:00PM | | | | 81* | |
| 11 Aug 2014 05:00PM | 13.3* | 108.2*<br>VERIFIED BY REPLICATE ANALYSIS<br>Reported to and read back by G. DUPONT @ 17:46 ON 8/11/14 | | | 1.2* |
| 11 Aug 2014 08:54AM | 16.5* | 30.6 | | | 1.5* |
| 11 Aug 2014 03:47AM | 15.3* | 31.8 | | | 1.4* |
| Source: Line-peripheral #20 | | | | | |
| 11 Aug 2014 03:47AM | | | LOW | 85*<br>VERIFIED BY SMEAR | |
| Source: Line-peripheral #20 | | | | | |
| 10 Aug 2014 11:45PM | 11.8 | 23.0*<br>VERIFIED BY REPLICATE ANALYSIS | | | 1.1 |
| 10 Aug 2014 11:45PM | | | LOW | 118*<br>VERIFIED BY REPLICATE ANALYSIS | |
| 22 May 2014 06:15AM | | | | 175 | |
| 22 May 2014 06:15AM | 9.5 | 24.2* | | | 0.9 |
| 13 May 2014 02:50AM | | | | 155 | |
| 13 May 2014 02:50AM | 10.9 | 26.0 | | | 1.0 |
| 09 May 2014 05:00PM | | | | 158 | |
| 09 May 2014 05:00PM | 10.6 | 26.8 | | | 1.0 |
| 08 May 2014 09:00AM | | | | 161 | |
| 08 May 2014 06:06AM | UNABLE TO UNABLE TO REPORT | UNABLE TO UNABLE TO REPORT | | | UNABLE TO UNABLE TO REPORT |

AR0741

| BASIC COAGULATION (PT, PTT, PLT, INR) | PT | PTT | Plt Smr | Plt Ct | INR(PT) |
|---|---|---|---|---|---|
| QUANTITY NOT SUFFICIENT. NOTIFIED S MCCARTHY AT 0646 05/08/14 | | | | | |

| BASIC COAGULATION (FIBRINOGEN, DD, TT, REPTILASE, BT) | | Fibrino | |
|---|---|---|---|
| 11 Aug 2014 03.47AM    . | | 55* VERIFIED BY REPLICATE ANALYSIS Reported to and read back by D. CLARK AT 04:42 AM ON 8/11/14 | |
| Source: Line-peripheral #20 | | | |

| INHIBITORS & ANTICOAGULANTS | LMWH | |
|---|---|---|
| 17 Aug 2014 12.33PM | 0.90 LEVELS SHOULD BE OBTAINED 4-6 HRS AFTER LAST SUBCUTANEOUS DOSE OF LMWH.;THERAPEUTIC RANGES FOR VENOUS THROMBOSIS: 0.6-1.0 U/ML FOR BID DOSING. | |
| Source: Line-Port | | |

| LAB USE ONLY | |
|---|---|
| 20 Aug 2014 05.14AM | |
| Source: Line-PICC | |
| 18 Aug 2014 06:15AM | |
| Source: Line-PICC | |
| 17 Aug 2014 06 03AM | |
| Source: Line-PICC | |
| 16 Aug 2014 05.00AM | |
| Source: Line-picc | |
| 15 Aug 2014 05:46AM | |
| Source: Line-picc | |
| 14 Aug 2014 11.44PM | |
| Source: Line-picc | |
| 14 Aug 2014 10:27AM | |
| 14 Aug 2014 03:59AM | |
| 14 Aug 2014 12:54AM | |
| 13 Aug 2014 01 40AM | |
| 12 Aug 2014 03:38AM | |
| 11 Aug 2014 10:37PM | |
| 11 Aug 2014 05:00PM | |
| 22 May 2014 06:15AM | |
| 13 May 2014 02:50AM | |
| 09 May 2014 05:00PM | |

AR0742

Chemistry

| RENAL & GLUCOSE | Glucose | UreaN | Creat | Na | K | Cl | HCO3 | AnGap |
|---|---|---|---|---|---|---|---|---|
| 09 Jan 2015 12:58PM | | | 0.7<br>POINT OF CARE<br>Hydroxyurea may cause falsely elevated values with this method | | | | | |
| 14 Nov 2014 12:53PM | | | 1.1<br>POINT OF CARE<br>Hydroxyurea may cause falsely elevated values with this method | | | | | |
| 19 Sep 2014 12:26PM | | | 0.8<br>POINT OF CARE<br>Hydroxyurea may cause falsely elevated values with this method | | | | | |
| 20 Aug 2014 05:14AM | 105*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 24* | 0.5 | 137 | 4.0 | 103 | 25 | 13 |
| Source: Line-PICC | | | | | | | | |
| 19 Aug 2014 05:15AM | 97<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 23* | 0.5 | 136 | 4.0 | 102 | 24 | 14 |
| Source: Line-PICC | | | | | | | | |
| 17 Aug 2014 06:03AM | 97<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 22* | 0.5 | 138 | 4.1 | 104 | 25 | 13 |
| Source: Line-PICC | | | | | | | | |
| 16 Aug 2014 05:00AM | 129*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 19 | 0.6 | 144 | 4.1 | 105 | 24 | 19 |
| Source: Line-picc | | | | | | | | |
| 15 Aug 2014 05:46AM | 121*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 14 | 0.5 | 140 | 3.5 | 102 | 28 | 14 |
| Source: Line-picc | | | | | | | | |
| 14 Aug 2014 03:59AM | 136*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 17 | 0.5 | 139 | 3.8 | 100 | 28 | 15 |
| 13 Aug 2014 01:40AM | 160*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 21* | 0.7 | 134 | 4.1 | 102 | 24 | 12 |
| 12 Aug 2014 03:38AM | 168*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 27* | 0.7 | 133 | 4.1 | 101 | 22 | 14 |
| 11 Aug 2014 03:47AM | 243*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 30* | 1.0 | 135 | 4.9<br>HEMOLYSIS<br>FALSELY<br>ELEVATES K. | 102 | 18* | 20 |
| Source: Line-peripheral #20;<br>MODERATELY HEMOLYZED<br>SPECIMEN | | | | | | | | |

AR0743

| Chemistry | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RENAL & GLUCOSE** | Glucose | UreaN | Creat | Na | K | Cl | HCO3 | AnGap |
| 10 Aug 2014 11:45PM | 264*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 31* | 0.8 | 134 | 5.9*<br>HEMOLYSIS<br>FALSELY<br>ELEVATES K. | 104 | 18* | 18 |
| GROSSLY HEMOLYZED<br>SPECIMEN | | | | | | | | |
| 22 May 2014 06:15AM | 83<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 16 | 0.6 | 135 | 4.1 | 100 | 28 | 11 |
| 13 May 2014 02:50AM | 105*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 27* | 0.6 | 140 | 4.1 | 106 | 25 | 13 |
| 09 May 2014 05:00PM | 145*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 25* | 0.9 | 139 | 4.0 | 105 | 24 | 14 |
| 08 May 2014 09:00AM | 136*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 16 | 0.7 | 138 | 4.6 | 103 | 25 | 15 |
| 08 May 2014 06.06AM | 133*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 17 | 0.6 | 137 | 5.3*<br>HEMOLYSIS<br>FALSELY<br>ELEVATES K. | 105 | 21* | 16 |
| MODERATELY HEMOLYZED<br>SPECIMEN | | | | | | | | |

| **ESTIMATED GFR (MDRD CALCULATION)** | estGFR |
|---|---|
| 09 Jan 2015 12:58PM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.7,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure<br>This POC estimated GFR is within 10% of the correct value. |
| 14 Nov 2014 12:53PM | Using this<br>Using this patient's age, gender, and serum creatinine value of 1.1,<br>Estimated GFR = 68 if non African-American (mL/min/1 73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1 73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure<br>This POC estimated GFR is within 10% of the correct value. |
| 19 Sep 2014 12:26PM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.8,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure<br>This POC estimated GFR is within 10% of the correct value. |
| 19 Aug 2014 05:15AM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.5,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure |

AR0744

| ESTIMATED GFR (MDRD CALCULATION) | estGFR |
|---|---|
| Source: Line-PICC | |
| 10 Aug 2014 11:45PM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.8,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 50-59 is 93 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure |
| GROSSLY HEMOLYZED SPECIMEN | |
| 22 May 2014 06:15AM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.6,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure |
| 08 May 2014 06:06AM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.6,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure |
| MODERATELY HEMOLYZED SPECIMEN | |

| ENZYMES & BILIRUBIN | ALT | AST | LD(LDH) | CK(CPK) | AlkPhos | Amylase | TotBili | DirBili |
|---|---|---|---|---|---|---|---|---|
| 20 Aug 2014 05:14AM | 119* | 37 | | | 135* | | 1.2 | |
| Source: Line-PICC | | | | | | | | |
| 19 Aug 2014 05:15AM | 146* | 40 | | | 139* | | 1.4 | |
| Source: Line-PICC | | | | | | | | |
| 18 Aug 2014 06:15AM | 200* | 65* | | | 155* | | 1.4 | |
| Source: Line-PICC | | | | | | | | |
| 17 Aug 2014 06:03AM | 200* | 75* | | | 156* | | 1.3 | |
| Source: Line-PICC | | | | | | | | |
| 11 Aug 2014 03:47AM | 152*<br>HEMOLYSIS FALSELY ELEVATES ALT | 118*<br>HEMOLYSIS FALSELY ELEVATES AST. | | | 65 | | 0.8 | |
| Source: Line-peripheral #20, MODERATELY HEMOLYZED SPECIMEN | | | | | | | | |
| 10 Aug 2014 11:45PM | 74*<br>HEMOLYSIS FALSELY ELEVATES ALT | 92*<br>HEMOLYSIS FALSELY ELEVATES AST. | | | 54 | | 0.7 | |
| GROSSLY HEMOLYZED SPECIMEN | | | | | | | | |

| OTHER ENZYMES & BILIRUBINS | Lipase |
|---|---|
| 20 Aug 2014 05:14AM | 150* |
| Source: Line-PICC | |
| 19 Aug 2014 05:15AM | 235* |
| Source: Line-PICC | |
| 18 Aug 2014 06:15AM | 417* |
| Source: Line-PICC | |
| 10 Aug 2014 11:45PM | 42 |
| GROSSLY HEMOLYZED SPECIMEN | |

AR0745

| CPK ISOENZYMES | cTropnT | proBNP |
|---|---|---|
| 10 Aug 2014 11:45PM | | 344*<br>REFERENCE VALUES VARY WITH AGE, SEX, AND RENAL FUNCTION;AT 35% PREVALENCE, NTPROBNP VALUES; < 450 HAVE 99% NEG PRED VALUE; >1000 HAVE 78% POS PRED VALUE;SEE ONLINE LAB MANUAL FOR MORE DETAILED INFORMATION |
| GROSSLY HEMOLYZED SPECIMEN | | |
| 10 Aug 2014 11:45PM | 0.18*<br>Reported to and read back by<br>M.ROSE @ 0100<br>08/11/14<br>CTROPNT > 0.10 NG/ML SUGGESTS ACUTE MI | |

| CHEMISTRY | TotProt | Albumin | Globuln | Calcium | Phos | Mg | UricAcd | Iron | Cholest |
|---|---|---|---|---|---|---|---|---|---|
| 20 Aug 2014 05:14AM | | | | | | | | | 296* |
| Source: Line-PICC | | | | | | | | | |
| 19 Aug 2014 05:15AM | | 2.9* | | 7.8* | 3.8 | 2.2 | | | |
| Source: Line-PICC | | | | | | | | | |
| 17 Aug 2014 06:03AM | | | | 8.2* | | | | | |
| Source: Line-PICC | | | | | | | | | |
| 16 Aug 2014 05:00AM | | | | 8.4 | 3.8 | 2.4 | | | |
| Source: Line-picc | | | | | | | | | |
| 15 Aug 2014 05:46AM | | | | 8.0* | 3.6 | 2.4 | | | |
| Source: Line-picc | | | | | | | | | |
| 14 Aug 2014 03:59AM | | | | 7.9* | 3.0 | 2.6 | | | |
| 13 2014 01:40AM | | | | 8.9 | 3.0 | 2.6 | | | |
| 12 Aug 2014 03:38AM | | | | 8.0* | 2.8# | 2.1 | | | |
| 11 Aug 2014 03:47AM | | | | 7.3* | 7.1*# | 2.6 | | | |
| Source: Line-peripheral #20;<br>MODERATELY HEMOLYZED SPECIMEN | | | | | | | | | |
| 10 Aug 2014 11:45PM | | 3.7 | | 7.5* | 5.3*<br>HEMOLYSIS FALSELY ELEVATES P. | 2.6<br>HEMOLYSIS FALSELY ELEVATES MG. | | | |
| GROSSLY HEMOLYZED SPECIMEN | | | | | | | | | |
| 22 May 2014 06:15AM | | | | 8.2* | 3.9 | 2.4 | | | |
| 13 May 2014 02:50AM | | | | 8.4 | 4.3 | 2.5 | | | |
| 09 May 2014 05:00PM | | | | 8.9 | 3.0 | 2.5 | | | |
| 08 May 2014 09:00AM | | | | 9.0 | 3.5 | 2.4 | | | |
| 08 May 2014 06:06AM | | | | 8.8 | 3.1 | 2.6 | | | |

AR0746

| CHEMISTRY | | TotProt | Albumin | Globuln | Calcium | | Phos | | Mg | | | UricAcd | Iron | Cholest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MODERATELY HEMOLYZED SPECIMEN | | | | | | | | | | | | | | |

| LIPID/CHOLESTEROL | Cholest | | Triglyc | | | HDL | CHOL/HD | LDLcalc |
|---|---|---|---|---|---|---|---|---|
| | 296* | | 169* | | | 31 | 9.5 | 231* |
| 20 Aug 2014 05:14AM | | | LDL(CALC) INVALID IF TRIG>400 OR NON-FASTING SAMPLE | | | | | |
| Source: Line-PICC | . | | | | | | | |
| 14 Aug 2014 03:59AM | | | 342* | | | | | |
| | | | LDL(CALC) INVALID IF TRIG>400 OR NON-FASTING SAMPLE | | | | | |

| PITUITARY | | TSH |
|---|---|---|
| | | 0.40 |
| 16 Aug 2014 05:00AM | | |
| Source: Line-picc | | |

| ANTIBIOTICS | Vanco |
|---|---|
| | 14.6 |
| 15 Aug 2014 05:47AM | |
| Source: Line-picc; Vancomycin @ Trough | |
| | 7.4* |
| 14 Aug 2014 05:59AM | |
| Vancomycin @ Trough; LIPEMIC SPECIMEN | |

| LAB USE ONLY | HoldBLu |
|---|---|
| | HOLD |
| 14 Aug 2014 10.27AM | HOLD |
| | DISCARD GREATER THAN 24 HRS OLD |

| Blood Gas | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLOOD GASES | Type | Temp | Rates | Tidal V | PEEP | FiO2 | O2 Flow | pO2 | pCO2 | pH | calTCO2 | Base XS | | Intubat |
| 13 Aug 2014 05:44AM | VEN | 38 3 | 24/0 | 531 | 12 | 50 | | 45* NO CALLS MADE - NOT ARTERIAL BLOOD | 51* | 7.33* | 28 | 0 | ASSIST/CON ASSIST/CONTROL | INTUBATEI |
| 12 Aug 2014 07:04PM | VEN | 37.4 | 24/27 | 500 | 10 | 50 | | 49* NO CALLS MADE - NOT ARTERIAL BLOOD | 44 | 7.42 | 30 | 3 | | |
| 12 Aug 2014 03:54AM | VEN | | | | | | | 48* NO CALLS MADE - NOT ARTERIAL BLOOD | 34* | 7.43 | 23 | 0 | | |
| 12 Aug 2014 12:39AM | VEN | | | | | | | 40* NO CALLS MADE - NOT ARTERIAL BLOOD | 33* | 7.42 | 22 | -1 | | |
| 11 Aug 2014 10:59PM | VEN | | | | | | | 72* | 31* | 7.43 | 21 | -2 | | |
| 11 Aug 2014 05:10PM | VEN | | | | | | | 34* NO CALLS MADE - NOT ARTERIAL BLOOD | 42 | 7.22* NO CALLS MADE - NOT ARTERIAL BLOOD | 18* | -11 | | |
| 11 Aug 2014 | VEN | | 30/ | 657 | 5 | 60 | | 38* NO CALLS MADE - SAME | 50* | 7.21* VERIFIED NO CALLS | 21 | -8 | | INTUBATEI |

AR0747

| Blood Gas | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLOOD GASES | Type | Temp | Rates | Tidal V | PEEP | FiO2 | O2 Flow | pO2 | pCO2 | pH | calTCO2 | Base XS | | Intubat |
| 08:57AM | | | | | | | | ABNORMALITY PREVIOUSLY NOTED TODAY | | MADE - SAME ABNORMALITY PREVIOUSLY NOTED TODAY | | | | |
| 11 Aug 2014 06:45AM | VEN | | | | | | | 39* NO CALLS MADE - NOT ARTERIAL BLOOD | 56* | 7.12* NO CALLS MADE - NOT ARTERIAL BLOOD | 19* | -12 | | |
| 11 Aug 2014 05:29AM | VEN | | | | | | | 41* NO CALLS MADE - NOT ARTERIAL BLOOD | 65* NO CALLS MADE - NOT ARTERIAL BLOOD | 7.11* NO CALLS MADE - NOT ARTERIAL BLOOD | 22 | -11 | | |
| 11 Aug 2014 04:01AM | VEN | | | | | | | 41* PROVIDER NOTIFIED PER CURRENT LAB POLICY | 85* VERIFIED PROVIDER NOTIFIED PER CURRENT LAB POLICY | 7.04* VERIFIED PROVIDER NOTIFIED PER CURRENT LAB POLICY | 25 | -11 | | |
| 10 Aug 2014 11:55PM | VEN | | | | | | | 93 | 64* NO CALLS MADE - NOT ARTERIAL BLOOD | 7.12* NO CALLS MADE - NOT ARTERIAL BLOOD | 22 | -9 | | |

| WHOLE BLOOD, MISCELLANEOUS CHEMISTRY | Lactate |
|---|---|
| 13 Aug 2014 05:44AM | 1.7 |
| 12 Aug 2014 07:04PM | 1.2 |
| 11 Aug 2014 06:45AM | 2.3* |
| 11 Aug 2014 05:29AM | 2.6* |
| 11 Aug 2014 04:01AM | 3.3* |
| 10 Aug 2014 11:55PM | 3.4* |

| HEMOGLOBLIN FRACTIONS ( COOXIMETRY) | O2 Sat |
|---|---|
| 12 Aug 2014 07:04PM | 80 |
| 10 Aug 2014 11:55PM | 92 |

| CALCIUM | freeCa |
|---|---|
| 13 Aug 2014 05:44AM | 1.15 |
| 12 Aug 2014 07:04PM | 1.15 |
| 11 Aug 2014 08:57AM | 1.02* |

| Urine |
|---|

AR0748

**Hematology**

| GENERAL URINE INFORMATION | | | | | Type | Color | Appear | Sp Grav | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DkAmb | Cloudy | 1.030 | |
| 13 Aug 2014 11:59PM | | | | | | | | | |
| Source: Catheter | | | | | | | | | |
| | | | | | | Yellow | Hazy | 1.030 | |
| 11 Aug 2014 12:35AM | | | | | | | | | |
| 09 May 2014 03:15PM | | | | | | Yellow | Clear | 1.033 | |
| Source: CVS | | | | | | | | | |

| DIPSTICK URINALYSIS | Blood | Nitrite | Protein | Glucose | Ketone | Bilirub | Urobiln | pH | Leuks |
|---|---|---|---|---|---|---|---|---|---|
| | LG | NEG | 30 | 100 | NEG | MOD | 2* | 5.5 | MOD |
| 13 Aug 2014 11:59PM | | | | | | | | | |
| Source: Catheter | | | | | | | | | |
| | SM | NEG | 100 | 1000 | NEG | NEG | NEG | 5.5 | NEG |
| 11 Aug 2014 12:35AM | | | | | | | | | |
| | NEG | NEG | 30 | 300 | TR | NEG | NEG | 6.0 | NEG |
| 09 May 2014 03:15PM | | | | | | | | | |
| Source: CVS | | | | | | | | | |

| MICROSCOPIC URINE EXAMINATION | RBC | WBC | Bacteri | Yeast | Epi | TransE | RenalEp |
|---|---|---|---|---|---|---|---|
| | 1 | 3 | FEW | NONE | 0 | <1 | |
| 11 Aug 2014 12:35AM | | | | | | | |

| URINE CASTS | CastHy |
|---|---|
| | 28* |
| 11 Aug 2014 12:35AM | |

| OTHER URINE FINDINGS | Mucous |
|---|---|
| | OCC |
| 11 Aug 2014 12:35AM | |
| | |
| 13 Aug 2014 11:59PM | |
| Source: Catheter | |
| | |
| 09 May 2014 03:15PM | |
| Source: CVS | |

| Chemistry | |
|---|---|
| URINE CHEMISTRY | Hours |
| | RANDOM |
| 11 Aug 2014 12:35AM | |
| PLAIN RED | |
| LAB USE ONLY, URINE | Uhold |
| | HOLD |
| 11 Aug 2014 12:35AM | |
| PLAIN RED | |
| CSF | |

No Results for this Date Range

| Other Fluid | |
|---|---|
| | EGFR |
| | TEST |
| 12 Jun 2014 02:42PM | |
| | TEST |
| 27 May 2014 03:08PM | |

| MINISTERI,ANTHONY | 228-56-30 | M 61 ████1953 |
|---|---|---|
| Radiology Report | MR HEAD W & W/O CONTRAST | Study Date of 05/08/14 12:03 PM |

ARLE,JEFFREY E.                                                NSURG   FA5   05/08/14 SCHED
MR HEAD W & W/O CONTRAST
Reason: Please evalaute for intracranial lesion
Contrast: GADAVIST
UNDERLYING MEDICAL CONDITION:
61 year old man with Right sided brain lesion seen on CT
REASON FOR THIS EXAMINATION:
Please evalaute for intracranial lesion
CONTRAINDICATIONS FOR IV CONTRAST:
None.

**Final Report**
EXAMINATION: MR HEAD W AND W/O CONTRAST
INDICATION: 61 year old man with Right sided brain lesion seen on CT //
Please evalaute for intracranial lesion
TECHNIQUE: Sagittal and axial T1 weighted imaging were performed. After
administration of cc of Gadavist intravenous contrast, axial imaging was
performed with gradient echo, FLAIR, diffusion, and T1 technique. Sagittal
MPRAGE imaging was performed and re-formatted in axial and coronal
orientations.
COMPARISON: No prior MRI studies available for comparison.
FINDINGS:
There is enhancing mass lesion identified involving the right parietal
occipital region involving the splenium of corpus callosum with a small
nodular area of enhancement in the left occipital lobe. There is involvement
of the corpus callosum seen. There is surrounding edema identified. Small
amount of subacute and chronic blood products are seen. The distribution and
appearance is suggestive of a primary brain neoplasm such as glioma. There is
mass effect on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal horn likely
secondary to mass effect upon the right trigone
IMPRESSION:
Irregular enhancing mass lesion with central areas of low signal intensity is
with involvement of the corpus callosum in both occipital lobes most likely
due to a glioma. No midline shift or hydrocephalus.
Rafeeque A  Bhadelia, MD electronically signed on THU MAY 8,2014 1:35 PM

| MINISTERI,ANTHONY | | 228-56-30 | | M 61 | 1953 |
| --- | --- | --- | --- | --- | --- |
| **Radiology Report** | CT CHEST W/CONTRAST | | **Study Date of 05/08/14 11:05 AM** | | |
| ARLE,JEFFREY E. | NSURG | | FA5 | | 05/08/14 SCHED |
| CT CHEST W/CONTRAST | | | | | |
| Reason  SEE TORSO ORDER | | | | | |

**Final Report**

EXAMINATION: CT CHEST W/CONTRAST

INDICATION: 61-year-old man with a brain lesion. Assess for other metastasis for source.

TECHNIQUE: MULTI DETECTOR HELICAL SCANNING OF THE CHEST WAS COORDINATED WITH INTRAVENOUS INFUSION OF NONIONIC CONTRAST AGENT, RECONSTRUCTED AS CONTIGUOUS 5 AND 1.25 MM THICK AXIAL, 5 MM THICK CORONAL AND PARASAGITTAL, AND 8 MM MIP AXIAL IMAGES. SUBSEQUENT SCANNING OF THE ABDOMEN AND PELVIS AND THE TOTAL DOSAGE OF SCANNING THE ENTIRE TORSO WILL BE REPORTED SEPARATELY.

DOSAGE: TOTAL DLP mGy-cm

COMPARISON· There are no prior chest CT scans.

FINDINGS:

There is no axillary or supraclavicular lymph node enlargement. Thyroid is normal. Mediastinal and hilar lymph nodes are not pathologically enlarged. Small pericardial effusion is physiologic. There is no pleural abnormality.

Aorta and pulmonary arteries are normal size.

Emphysema is mild to moderately severe. Lungs are otherwise clear aside from mild subpleural dependent atelectasis. Tracheobronchial tree is normal to subsegmental levels.

There are no bone lesions in the chest cage or soft tissue abnormalities in the chest wall suspicious for malignancy or infection.

IMPRESSION.

no evidence of intrathoracic malignancy. Mild to moderate emphysema

Paul W. Spirn, MD electronically signed on FRI MAY 9,2014 8:51 AM

---

MINISTERI,ANTHONY                        228-56-30                              M 61 ▮▮▮▮1953
**Radiology Report    CT ABD & PELVIS W & W/O CONTRAST, ADDL SECTIONS      Study Date of 05/08/14 10:57 AM**
ARLE,JEFFREY E.                                                          NSURG   FA5   05/08/14 SCHED

CT ABD & PELVIS W & W/O CONTRA

Reason: evaluate for metastatic disease

Contrast: OMNIPAQUE

UNDERLYING MEDICAL CONDITION:

61 year old man with Right sided brain lesion, assess for metastatic disease

REASON FOR THIS EXAMINATION:

evaluate for metastatic disease

CONTRAINDICATIONS FOR IV CONTRAST:

None.

**Final Report**

EXAMINATION: CT ABD AND PELVIS W AND W/O CONTRAST, ADDL SECTIONS

INDICATION: 61 year old man with Right sided brain lesion, assess for metastatic disease // evaluate for metastatic disease

TECHNIQUE: MDCT axial images were acquired through the abdomen and pelvis following intravenous administration of 150cc of Omnipaque. Coronal and sagittal reformations were performed. Oral contrast was administered.

DOSE: DLP: 1858.34 mGy-cm.

COMPARISON· None.

FINDINGS:

CHEST: Please see separate chest CT report for details of thoracic findings.

ABDOMEN: The liver is normal in size and homogeneous in enhancement. In segment III of the liver there are two subcentimeter hypodensities, which are too small to characterize fully. One of these lesions appears more cystic (3:57). The second lesion is more peripherally located (3:55), and appears to partially fill on the delayed phase scans (6:13), and may represent a hemangioma. In the caudate lobe there is a third hypodense lesion (3:58), which also may represent a hemangioma. The portal and hepatic veins are patent and there is no intra or extrahepatic biliary ductal dilatation. The gallbladder is decompressed, and does not contain any radiopaque gallstones. The common bile duct is not dilated.

The spleen is normal in size and homogeneous in enhancement. The pancreas is homogeneous in enhancement without focal lesions. There is no pancreatic

ductal dilatation or peripancreatic fat stranding. The adrenal glands are normal in size and shape.

The kidneys are normal in size and display symmetric nephrograms and contrast excretion. The ureters are normal in caliber along their course to the bladder. There are no concerning mass lesions seen within the kidneys. There are no stones or hydronephrosis. There are no perinephric abnormalities seen. There is a small hiatal hernia. The stomach is under distended, but grossly normal. The small bowel is partially opacified with contrast, and does not show abnormal dilatation or focal wall thickening. The large bowel contains feces, and does not show obstructive mass lesions or wall thickening. There is diverticulosis without diverticulitis. The appendix is well visualized and normal appearing. There is no intraperitoneal free air free fluid.

There are no pathologically enlarged retroperitoneal or mesenteric lymph nodes by CT size criteria. There is no aneurysmal dilatation of the abdominal aorta. The aorta and its major branches are patent.

PELVIS: There is a large amount of streak artifact secondary to right hip prosthesis. Allowing for this limitation, the bladder is under distended, but grossly normal. The rectum is unremarkable. There is sigmoid diverticulosis. There is no pelvic free fluid. There are no pathologically enlarged pelvic sidewall or inguinal lymph nodes by CT size criteria.

OSSEOUS STRUCTURES AND SOFT TISSUES: There is a lytic appearing lesion in T11, which may represent an atypical hemangioma or metastatic disease. In the intertrochanteric area of the left femur there is an area of increased sclerosis which likely represents a cartilaginous lesion, such as an enchondroma. There is a left-sided fat containing inguinal hernia.

IMPRESSION

Please note that thoracic findings will be detailed in a separate chest CT report.

1. Multiple hepatic hypodensities, some of which may represent hemangiomas, however metastatic disease cannot be excluded. Recommend MRI of the liver for additional evaluation.

2. Lytic appearing lesion in T11, which may represent an atypical hemangioma or metastatic disease. Recommend MRI of the thoracic spine for additional evaluation.

3. Area of increased sclerosis in the intertrochanteric region of the left femur likely represents a cartilaginous lesion, such as an enchondroma. Dedicated radiograph of the left femur could be performed for additional evaluation.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Hannah Perry, MD

Olga-Rachel Brook, MD electronically signed on THU MAY 8,2014 5:17 PM

---

| MINISTERI,ANTHONY | | 228-56-30 | M 61 ▮,1953 |
|---|---|---|---|
| **Radiology Report** | **CT HEAD W/O CONTRAST** | | **Study Date of 05/12/14 9:34 PM** |
| REBELO,ERIN | SURG | | 05/12/14 SCHED |

CT HEAD W/O CONTRAST

Reason: s/p brain biopsy

UNDERLYING MEDICAL CONDITION:

61 year old man s/p brain biopsy

REASON FOR THIS EXAMINATION:

s/p brain biopsy

CONTRAINDICATIONS FOR IV CONTRAST:

None.

**Final Addendum**

CORRECTION. There is mild stable leftward shift of midline structures.

Alice L. Fisher, MD electronically signed on TUE MAY 13,2014 3:15 PM

| REBELO,ERIN | SURG | 05/12/14 SCHED |
|---|---|---|

CT HEAD W/O CONTRAST

Reason: s/p brain biopsy

AR0752

UNDERLYING MEDICAL CONDITION:

61 year old man s/p brain biopsy

REASON FOR THIS EXAMINATION:

s/p brain biopsy

CONTRAINDICATIONS FOR IV CONTRAST:

None.

**Final Report**

HISTORY: History of brain biopsy. Please evaluate.

COMPARISONS: MRI of the brain from May 12 and May 8, 2014.

TECHNIQUE: 64 MDCT images were obtained through the brain without the administration of IV contrast. Multiplanar reformatted images in coronal and sagittal axis were generated and reviewed.

DLP: 1337 mGy-cm.

FINDINGS: The patient is status post burr hole and biopsy of the previously noted right periatrial irregular lesion with evidence of pneumocephalus and small amount of blood within the biopsy site. The portion of the lesion which enhances on MRI demonstrates a hyperdense rim on CT. Extent of white matter hypodensity surrounding the enhancing portion of the lesion is similar to the extent of white matter T2 hyperintensity on MRI, likely a combination of edema and tumor infiltration, without evidence for post-biopsy increase in edema. There is stable mass effect on the right lateral ventricle. There is no evidence of shift of midline structures or herniation. Basal cisterns are not compressed.

The visualized paranasal sinuses, mastoid air cells and middle ear cavities are otherwise clear

IMPRESSION:

Status post biopsy of the right periatrial mass with small amount of blood products in the surgical bed. No change in mass effect.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Pritesh Mehta, MD

Alice L. Fisher, MD electronically signed on TUE MAY 13,2014 9:32 AM

---

MINISTERI,ANTHONY                          228-56-30                          M 61          ,1953

**Radiology Report**        **MR HEAD W/ CONTRAST**        **Study Date of 05/12/14 5:23 AM**

ARLE,JEFFREY E.                                                                    OPT  FA5  05/12/14 SCHED

MR HEAD W/ CONTRAST

Reason: must be performed prior to surgery on Monday at 0700 on 5/12

Contrast: GADAVIST

UNDERLYING MEDICAL CONDITION.

61 year old man with 61M with 1 week of disorientation and confusion, presented to OSH and found to have Brain lesion on CT. to have brain biopsy on 5/12 with Dr Arle

REASON FOR THIS EXAMINATION:

must be performed prior to surgery on Monday at 0700 on 5/12. must have MRI wand with feducials prior to OR

CONTRAINDICATIONS FOR IV CONTRAST:

None.

AR0753

**Final Report**

EXAMINATION: MR HEAD

INDICATION: 61 year old man with 61M with 1 week of disorientation and
confusion, presented to OSH and found to have Brain lesion on CT. to have
brain biopsy on 5/12 with Dr Arle // must be performed prior to surgery on
Monday at 0700 on 5/12. must have MRI wand with feducials prior to OR

TECHNIQUE: Preoperative study post gadolinium MPRAGE and T1 axial images were
obtained.

COMPARISON: MRI of 8 May 2014.

FINDINGS:

Irregular rim enhancing lesion predominantly in the right periatrial region
and extending across the corpus callosum to the left occipital lobe is again
identified. Mass effect is seen. No significant interval change is identified.

IMPRESSION:

Previously seen irregular rim enhancing lesions in the right periatrial region
and extending to the corpus callosum to the left occipital lobe is again
identified for surgical planning.

Rafeeque A. Bhadelia, MD electronically signed on MON MAY 12,2014 4:06 PM

Beth Israel Deaconess Medical SU14-20067

Center

Department of Pathology

Patient Name: MINISTERI, ANTHONY

330 Brookline Avenue BIDMC MRN: 2285630

Boston, Massachusetts 02215 Birth Date: ███/1953 Age: 61 Y Sex: M

Surgical Pathology voice:

(617) 667-4344

Surgical Pathology Facsimile:

(617) 667-7120

Cytology voice: (617)

667-4342

Date of Procedure: 05/12/2014 Billing #: 100327436

Date Specimen(s) Received: Patient Location: OR West

05/13/2014

Date Reported: 05/15/2014 Ordering Provider: JEFFREY ARLE, MD

Responsible Provider: JEFFREY ARLE, MD

SURGICAL PATHOLOGY REPORT - Revised

Revised A:

Results of IDH-1 immunostain added:

IDH-1 (R132H): Negative.

***** Electronically Signed Out *****

Diagnosed by: ROLF PFANNL, MD

Signed Out. 05/27/2014 14:58

CLIA # 22D0002138

PATHOLOGIC DIAGNOSIS:

Brain, mass, core biopsy:

Mildly hypercellular white matter with scattered atypical cells, in
suggestive of infiltrating glioma; see note.

Note: The atypical cells present infiltrate the brain parenchyma and
show mild cytological atypia. There is no evidence of vascular
proliferation or necrosis. No mitotic figures are identified. A Mib-1
stain shows a low proliferative activity.

The biopsy shows no features of a high-grade glioma and does not
correlate with the imaging characteristics of this lesion. Although
this sample suggests a glioma, sampling is limited and
clinical/radiological correlation is required.

An IDH-1 (R132H) will be performed and reported in addendum.

CLINICAL HISTORY:

Brain mass.

GROSS DESCRIPTION:

The specimen is received fresh in a container labeled with the
patient's name, "Ministeri, Anthony" and the medical record number. It
consists of a fragment of soft tissue that measures 1.0 x 0.2 x 0.1 cm.
One half of the specimen is submitted for frozen section analysis.
The specimen is entirely submitted as follows: 1FSA = frozen section
remnant, 1B = remainder of specimen.

FROZEN SECTION DIAGNOSIS:

A frozen section diagnosis was performed on one half of the tissue. A
frozen section diagnosis rendered by Dr. Rolf Pfannl is: "Smear and
frozen section diagnosis, brain, biopsy #1: white matter with
scattered reactive changes."

Residents:

By his/her signature, the senior physician certifies that he/she
personally conducted a gross and/or microscopic examination of the
described specimen(s) and rendered or confirmed the diagnosis(es)

AR0755

related thereto.

Immunohistochemistry test(s), if applicable, were developed and their
performance characteristics were determined by the Department of
Pathology at Beth Israel Deaconess Medical Center, Boston, MA. They
have not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or approval
is not necessary  These tests are used for clinical purposes. They
should not be regarded as investigational or for research. This
laboratory is certified under the Clinical Laboratory Improvement
Amendments of 1988 (CLIA-88) as qualified to perform high complexity
clinical laboratory testing. Unless otherwise specified, all
histochemical and immunohistochemical controls are adequate.


***** Electronically Signed Out *****

Diagnosed by: ROLF PFANNL, MD

Signed Out: 05/15/2014 10:00

CLIA # 22D0002138

---

| MINISTERI, ANTHONY | 228-56-30 | M 61        ,1953 |
|---|---|---|

**Radiology Report**      **PORTABLE HEAD CT W/O CONTRAST**           **Study Date of 05/13/14 8:18 AM**

ARLE, JEFFREY E.                                                                    NSURG   SICU-A    05/13/14 SCHED

PORTABLE HEAD CT W/O CONTRAST
Reason. ? evolving bleed
UNDERLYING MEDICAL CONDITION:
61 year old with R Brain lesion s/p biopsy w/ intraoperative hemorrhage
REASON FOR THIS EXAMINATION:
? evolving bleed
CONTRAINDICATIONS FOR IV CONTRAST:
None.
**Final Report**
EXAMINATION: PORTABLE HEAD CT W/O CONTRAST
INDICATION: 61 year old with right brain lesion s/p biopsy with
intraoperative hemorrhage, for reassessment.
TECHNIQUE: Portable head CT was performed without intravenous contrast.
DOSE: DLP: 1202.38 mGy-cm
CTDI: 70.73 mGy
COMPARISON: Comparison is made with CT head from May 12, 2014.
FINDINGS:
The patient is status post burr hole and biopsy of the previously seen right
periatrial lesion with a hyperdense rim. The amount of blood products and
pneumocephalus at the site of biopsy is unchanged from prior exam. There is no
increase in the extent of white matter hypodensity surrounding the mass.
Stable mass effect on the right lateral ventricle and stable mild leftward
shift of midline structures. No evidence of herniation. The basal cisterns are
patent.
The visualized paranasal sinuses, mastoid air cells, and middle ear cavities
are clear. Delete.
IMPRESSION:
Status post biopsy of right periatrial mass with unchanged small amount of
blood products in the surgical bed. No change in mass effect.

AR0756

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Matthew M. Miller, MD

Alice L. Fisher, MD electronically signed on TUE MAY 13,2014 3:16 PM

---

MINISTERI,ANTHONY                           228-56-30                     M 61 [REDACTED] 1953
**Radiology Report**         **CT HEAD W/O CONTRAST**      Study Date of 05/21/14 12:21 PM
KASPER,EKKEHARD M.                                                NSURG  CC1A  05/21/14 SCHED
CT HEAD W/O CONTRAST
Reason: 61 year old man with R brain lesion s/p R stereotatic brain
UNDERLYING MEDICAL CONDITION:
61 year old man with R brain lesion s/p R stereotatic brain biopsy, please
evaluate for post operative changes
REASON FOR THIS EXAMINATION:
61 year old man with R brain lesion s/p R stereotatic brain biopsy, please
evaluate for post operative changes
CONTRAINDICATIONS FOR IV CONTRAST:
None.
**Final Report**
EXAMINATION: CT HEAD W/O CONTRAST
INDICATION: 61 year old man with R brain lesion s/p R stereotatic brain
biopsy, please evaluate for post operative changes
TECHNIQUE: Routine unenhanced head CT was performed and viewed in brain,
intermediate and bone windows. Coronal and sagittal reformats were also
performed.
DOSE: DLP: 1003 mGy-cm
CTDI: 55 mGy
COMPARISON: Enhanced head CT dated the same date 2 hr prior to current
examination.
FINDINGS:
Patient is status post interval stereotactic biopsy via right parietal burr
hole. Superior to the known right frontoparietal mass, seen best on sequence 2
image 26, there is a new 1.1 x 1.5 cm hyperdense focus most compatible with
hemorrhage. The previously described 1.5 x 1.7 cm hyperdense focus anterior
and inferior to known right mass is most compatible with hemorrhage. Again
seen and described on MR dated 12 May 2014 is the right frontoparietal mass
with extension across the corpus callosum. Surrounding vasogenic edema with
mass effect is stable since examination obtained 2 hr previously, with 6 mm of
leftward midline shift. Ventricles are stable. Partial opacification of the
mastoid air cells is identified. Remainder the visualized paranasal sinuses
are unremarkable.
IMPRESSION
1. Right parietal burr hole with new 1.2 x 1.5 cm hemorrhage superior to
known right frontoparietal mass status post biopsy.
2. Stable mass effect with unchanged mass effect and ventricular
configuration.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Amanda Trotter, MD
Elisa N. Flower, MD electronically signed on THU MAY 22,2014 5:19 PM

---

MINISTERI,ANTHONY                           228-56-30                     M 61 [REDACTED] ,1953
**Radiology Report**      **CT STEREOTAXIS W/ CONTRAST**   Study Date of 05/21/14 10:01 AM
KASPER,EKKEHARD M.                                                NSURG  CC1A  05/21/14 SCHED
CT STEREOTAXIS W/ CONTRAST
Reason: pre-surgical mapping/evaluation of lesion
Contrast: OMNIPAQUE

**AR0757**

UNDERLYING MEDICAL CONDITION:
61 year old man with Right frontal and parietal mass involving the corpus
callosum, confusion, disorientation
REASON FOR THIS EXAMINATION:
pre-surgical mapping/evaluation of lesion
CONTRAINDICATIONS FOR IV CONTRAST:
None.
**Final Report**
EXAMINATION: CT STEREOTAXIS W/ CONTRAST
INDICATION: 61 year old man with Right frontal and parietal mass involving
the corpus callosum, now with confusion and disorientation. Pre-surgical
mapping/evaluation of lesion
TECHNIQUE: Contiguous axial multi detector CT images were obtained through
the brain after administration of intravenous contrast. Reformatted sagittal
and coronal images were acquired.
DOSE: DLP: 402 mGy-cm; CTDI: 25 mGy
COMPARISON. Nonenhanced head CT. Dated 13 May 2014.
FINDINGS:
Patient is status post stereotactic biopsy with stereotactic device placement.
Prior identified blood products within the biopsy site is largely unchanged
and of decreased density consistent with evolution. Anterior and inferior to
known right fronto-parietal mass, there is a new focus of hyperdensity
(2.31-33) measuring 1.5 x 1.7 cm. Given its rapid development since prior
examination dated 13 May 2014, this most likely represents a new focus of
hemorrhage as opposed to new enhancement. Again seen and better depicted on
MR dated 12 May, 2014, within the right frontoparietal region there is a
peripherally enhancing heterogeneous 3.5 x 3.3 cm mass with extension across
the corpus callosum and satellite lesions posteriorly and inferiorly within
the left parietal lobe. There is mildly increased associated vasogenic edema
and slightly increased mass effect as evidence by focal effacement of right
cerebral sulci and increased leftward shift of midline structures, previously
4mm now 6mm. There has been mild enlargement of the temporal horn of the right
lateral ventricle.
The basal cisterns are patent. There is no evidence of herniation. The
visualized paranasal sinuses are clear. Partial opacification of the mastoid
air cells are identified. The middle ear cavities are clear.
IMPRESSION:
1. Status post biopsy and stereotactic device placement.
2. Re-demonstration of known right frontoparietal mass with extension across
the splenium of the corpus callosim. New hyperdensity antero-inferiorly to
this mass, which, given appearance over short time interval, most likely
represents focus of hemorrhage.
3. Mildly increased vasogenic edema and subsequent mass effect and mild
enlargement of the temporal horn of the right lateral ventricle.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR
THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Amanda Trotter, MD
Elisa N. Flower, MD electronically signed on THU MAY 22,2014 5:22 PM

| | | |
|---|---|---|
| MINISTERI,ANTHONY | 228-56-30 | M 61 ▮▮▮1953 |
| **Radiology Report**   CTA CHEST W&W/O C&RECONS, NON-CORONARY | | **Study Date of 08/10/14 11:48 PM** |
| REDFIELD,COLBY S. | | EU   08/10/14 SCHED |

CTA CHEST W&W/O C&RECONS, NON-
Reason: ICH, PE
Contrast: OMNIPAQUE

UNDERLYING MEDICAL CONDITION:
History: 51M with ams concern for ICH, PE
REASON FOR THIS EXAMINATION:
ICH, PE
CONTRAINDICATIONS FOR IV CONTRAST:
None.

**Wet Read: >MJMgb MON AUG 11,2014 1:43 PM**
1. Massive pulmonary embolism involving the central and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and bowing of the
interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions.
*** ED URGENT ATTENTION ***
**Final Report**
EXAMINATION: CTA thorax.
INDICATION: History: 51M with ams concern for ICH, PE // ICH, PE
TECHNIQUE: Axial MDCT images were obtained of the thorax after the uneventful
administration of Omnipaque intravenous contrast material. Reformatted
coronal, sagittal, thin slice axial images, and oblique maximal intensity
projection images were also reviewed.
DOSE: DLP: 658.03 mGy-cm
COMPARISON: None.
FINDINGS:
CTA thorax: There are large filling defects in the central and peripheral
pulmonary arteries. This includes large filling defects at the bifurcation of
the main pulmonary artery. Additionally the right atrium and right ventricle
are dilated and the interventricular septum is bowed, consistent with right
heart strain (2:72).
Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions. Mild centrilobular emphysema involves
the upper lobes. There is scarring and bronchiectasis lower lobes, most
visibly in the posterior left lower lobe (2:76).
There is no pleural effusion. The airways are patent to the subsegmental
level. There is no supraclavicular, axillary, mediastinal, or hilar
lymphadenopathy.
Although this study is not designed for the evaluation of subdiaphragmatic
structures, the imaged upper abdomen is unremarkable. No lytic or blastic
osseous lesion suspicious for malignancy is identified.
IMPRESSION:
1. Massive pulmonary embolism involving the central and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and bowing of the
interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions.
NOTIFICATION: Findings were discussed in person by Dr. Masciocchi with Dr.
Redfield at 12:22 a.m. (0 minutes after discovery) on 11 August 2014.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR
THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Mark Masciocchi, MD
Bettina Siewert, MD electronically signed on MON AUG 11,2014 1:43 PM

| MINISTERI,ANTHONY | | 228-56-30 | | M 61 ██ 1953 |
|---|---|---|---|---|
| **Radiology Report** | **CT HEAD W/O CONTRAST** | | **Study Date of 08/10/14 11:47 PM** | |
| REDFIELD,COLBY S. | EU | | | 08/10/14 SCHED |

CT HEAD W/O CONTRAST
Reason: ICH, PE

UNDERLYING MEDICAL CONDITION:
History: 51M with ams concern for ICH, PE
REASON FOR THIS EXAMINATION:
ICH, PE
CONTRAINDICATIONS FOR IV CONTRAST:
None.
**Wet Read: >MJMgb MON AUG 11,2014 12:13 AM**
Multilocular cystic lesion centered in the right parietal lobe and extending
across the corpus callosum, consistent with the patient's known glioblastoma
and surrounding posttreatment changes. No hemorrhage.
**Final Report**
EXAMINATION: CT HEAD W/O CONTRAST
INDICATION: History: 51M with ams concern for ICH, PE // ICH, PE
Patient has a history of a GBM.
TECHNIQUE: Contiguous axial images were obtained through the head without the
administration of intravenous contrast. Coronal and sagittal reformatted
images as well as thin section images in a bone window algorithm were
generated and reviewed.
DOSE: DLP: 891.93 mGy-cm; CTDI: 50.10 mGy
COMPARISON: No prior studies available.
FINDINGS:
There is a multilocular cystic lesion centered in the right parietal lobe
extending across the corpus callosum and measuring 5.1 x 4.8 cm (2:18). There
are also two burr holes in the overlying calvarium. Surrounding subcortical
white matter hypodensities likely represent a combination of edema and
gliosis.
There is no evidence of infarction, hemorrhage or shift of normally midline
structures. The ventricles and sulci are normal in size and configuration. The
orbits and globes are unremarkable. The imaged paranasal sinuses, mastoid air
cells, and middle ear cavities are clear. The bony calvaria appear intact.
IMPRESSION:
Multilocular cystic lesion centered in the right parietal lobe and extending
across the corpus callosum, consistent with the patient's known glioblastoma
and surrounding posttreatment changes. No evidence of infarction or
hemorrhage.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Mark Masciocchi, MD
David B. Hackney, MD electronically signed on MON AUG 11,2014 10:00 AM

---

MINISTERI,ANTHONY                           228-56-30                           M 61      1953
**Radiology Report**          **CHEST (PORTABLE AP)**          **Study Date of 08/10/14 11:39 PM**
DAGAN,ALON S.                        EU                                           08/10/14 SCHED
CHEST (PORTABLE AP)
Reason: ?tube placement
UNDERLYING MEDICAL CONDITION:
History: 51M with intube
REASON FOR THIS EXAMINATION:
?tube placement
**Final Report**
INDICATION: History of GBM. Presenting with possible seizure.
COMPARISON: None.
FINDINGS: Portable AP chest radiograph. The ET tube terminates 3.8 cm above
the carina. Lung volumes are low with bibasilar atelectasis and scarring,
particularly in the left lower lobe. The heart is mildly enlarged, though
this is limited by technique. There is no pleural effusion or pneumothorax.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Mark Masciocchi, MD
Alexander Bankier, MD, PhD electronically signed on MON AUG 11,2014 10:39 AM

MINISTERI,ANTHONY                                228-56-30                              M 61 [REDACTED],1953
**Cardiology Report**               **ECG   Study Date of 08/10/14 11:37:00 PM**
Sinus tachycardia. Right bundle-branch block. Diffuse ST-T wave
abnormalities, likely secondary to rate. No previous tracing available for
comparison.
TRACING #1
Read by:                                                    GELFAND,ELI V.

| Rate | PR | Intervals QRS | QT/QTc | P | Axes QRS | T |
|------|-----|------|--------|-----|-----|-----|
| 135 | 140 | 106 | 272/403 | 40 | 71 | -13 |

(14-56994M)

MINISTERI,ANTHONY                                228-56-30                              M 61 [REDACTED],1953
**Radiology Report**          **CT HEAD W/O CONTRAST**           **Study Date of 08/11/14 2:40 PM**
AKUTHOTA,PRAVEEN                                                      MED   MICU   08/11/14 SCHED
CT HEAD W/O CONTRAST
Reason: Please eval for intracranial bleed
UNDERLYING MEDICAL CONDITION:
61 year old man with history of GBM, found to have saddle embolus, now s/p tPA
REASON FOR THIS EXAMINATION:
Please eval for intracranial bleed
CONTRAINDICATIONS FOR IV CONTRAST:
None.
**Wet Read: >DXHi TUE AUG 12,2014 4:28 PM**
No intracranial hemorrhage. Right parietal mass is invading corpus callosum
and is associated with white matter hypodensity, which is likely edema given
the history of GBM. -DHa
Wet Read Audit # 1 DXHi MON AUG 11,2014 4:15 PM
No intracranial hemorrhage. Right parietal mass is invading corpus callosum
and is associated with white matter hypodensity, which is likely edema given
the history of GBM. -DHa
**Final Report**
EXAMINATION: CT HEAD W/O CONTRAST
INDICATION: 61 year old man with history of GBM, found to have saddle
embolus, now s/p tPA // Please eval for intracranial bleed
TECHNIQUE: Contiguous axial MDCT images were obtained through the brain
without the administration of IV contrast. Reformatted coronal, sagittal and
thin section bone algorithm-reconstructed images were then generated.
DOSE: CTDIvol: 52 mGy
DLP: 1003 mGy-cm
COMPARISON: CT head without contrast 21 May 2014
FINDINGS:
There is no evidence of hemorrhage. There is a right parietal mass invading
the splenium corpus callosum. White matter hypodensity is likely edema in the
patient's clinical History. The mass-effect on the lateral ventricles and
leftward midline shift is less compared to May 21. The basal cisterns appear
patent.
Two right-sided burr holes are noted. The paranasal sinuses, mastoid air
cells, and middle ear cavities are clear.
IMPRESSION:
No evidence of hemorrhage. Again seen is a right parietal mass with
associated edema. The mass effect and midline shift have decreased since May
21.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Daon Ha, MD
David B. Hackney, MD electronically signed on TUE AUG 12,2014 4:28 PM

MINISTERI,ANTHONY                                228-56-30                              M 61 [REDACTED],1953

**Radiology Report**        **CHEST (PORTABLE AP)**        Study Date of 08/11/14 3:53 AM
CLARDY,PETER F.                    MED                    MICU                    08/11/14 SCHED
CHEST (PORTABLE AP)
Reason: pulmonary edema
UNDERLYING MEDICAL CONDITION:
51 year old man with GBM admitted for massive pulmonary embolus s/p lysis with
tPA.
REASON FOR THIS EXAMINATION:
pulmonary edema
**Final Report**
EXAMINATION: Portable chest radiograph
INDICATION: 51 year old man with GBM admitted for massive pulmonary embolus
s/p lysis with tPA. // pulmonary edema
TECHNIQUE: Portable chest radiograph
COMPARISON: Portable chest radiograph 10 August 2014
FINDINGS.
Since the prior radiograph, there has been interval placement of an enteric
tube that is seen in the stomach, but its tip extends beyond the inferior
margin of the image. The endotracheal tube is located approximately 3.8 cm
from the carina. There are diffuse patchy opacities that is likely a
combination of mild pulmonary edema and bronchovascular crowding from low lung
volumes. There are no large pleural effusions. No evidence of pneumothorax.
The heart is mildly enlarged. No acute osseous abnormalities.
IMPRESSION:
1. Diffuse patchy opacities that is likely due to both low lung volumes and
mild pulmonary edema.
2. Interval placement of an enteric tube that extends to at least the
stomach.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR
THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Stella Lam, MD
Alexander Bankier, MD, PhD electronically signed on TUE AUG 12,2014 10:27 AM

MINISTERI,ANTHONY                          228-56-30                          M 61        1953
**Cardiology Report**        **ECG   Study Date of 08/11/14 8:31:52 AM**
Sinus rhythm. Non-specific inferior T wave abnormalities. Compared to the
previous tracing sinus rate is slower.
TRACING #2
Read by:                                    GELFAND,ELI V.

| | | Intervals | | | Axes | |
|---|---|---|---|---|---|---|
| **Rate** | **PR** | **QRS** | **QT/QTc** | **P** | **QRS** | **T** |
| 84 | 152 | 86 | 358/400 | 74 | 25 | -1 |

(14-56995M)

MINISTERI,ANTHONY                          228-56-30                          M 61        1953
**Radiology Report**        **CHEST (PORTABLE AP)**        Study Date of 08/12/14 6:58 PM
AKUTHOTA,PRAVEEN                    MED                    MICU                    08/12/14 SCHED
CHEST (PORTABLE AP)
Reason: question pneumonia
UNDERLYING MEDICAL CONDITION:
61 year old man with PE
REASON FOR THIS EXAMINATION:
question pneumonia

AR0762

Wet Read: >PZMa THU AUG 14,2014 11:55 AM

Developing peripheral opacity at the right and left lateral lung bases is
likely secondary to lung infarction as sequela from patient's massive
pulmonary embolus. Opacity at the medial left lung base is likely secondary
to atelectasis, however an acute infectious process cannot be excluded. Mild
pulmonary edema.

Wet Read Audit # 1 PZMa TUE AUG 12,2014 10:35 PM

Developing peripheral opacity at the right and left lateral lung bases is
likely secondary to lung infarction as sequela from patient's massive
pulmonary embolus. Opacity at the medial left lung base is likely secondary
to atelectasis, however an acute infectious process cannot be excluded. Mild
pulmonary edema.

**Final Report**

EXAMINATION: CHEST (PORTABLE AP)

INDICATION: 61 year old man with PE // question pneumonia

COMPARISON: 10 August 2014

IMPRESSION:

No relevant change as compared to the previous examination. The monitoring and
support devices are constant. Constant appearance of the cardiac silhouette
and of the lung parenchyma, with known left and right parenchymal opacities

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR
THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Pritesh Mehta, MD

Alexander Bankier, MD, PhD electronically signed on THU AUG 14,2014 11:56 AM

---

MINISTERI,ANTHONY                      228-56-30                        M 61 ███,1953

**Radiology Report**    **CHEST PORT. LINE PLACEMENT**    Study Date of 08/14/14 1:18 PM

AKUTHOTA,PRAVEEN                                              MED  MICU  08/14/14 SCHED

CHEST PORT. LINE PLACEMENT; -77 BY DIFFERENT PHYSICIAN

Reason: new right basilic POWER PICC 45 cm Barbara 95307

UNDERLYING MEDICAL CONDITION:

61 year old man with new line

REASON FOR THIS EXAMINATION:

new right basilic POWER PICC 45 cm Barbara 95307

**Final Report**

EXAMINATION: Portable chest radiograph

INDICATION: 61 year old man with new line // new right basilic POWER PICC 45
cm Barbara 95307 Contact name: Barbara, Phone: 95307

COMPARISON: Portable chest x-ray 14 August 2014 at 03:13

FINDINGS:

Since the prior chest x-ray performed earlier this morning, there has been
interval placement of a right-sided PICC line that terminates in the
cavoatrial junction/upper right atrium  Enteric tube has been removed. Low
lung volumes accentuate the bronchovascular markings. However there are
prominent bibasilar opacities right-greater-than-left, that is at least
partially due to atelectasis and mild pulmonary edema, but underlying
infection cannot be excluded. No pneumothorax. Heart size is within the upper
limits of normal. No acute osseous abnormalities.

IMPRESSION:

1. New right PICC line terminates in the cavoatrial junction/upper right
atrium. Retracting the catheter by 2cm would definitely place it at or above
the cavoatrial junction.

2. Bibasilar opacities, right greater than left. Likely atelectasis and mild
pulmonary edema, but cannot exclude underlying pneumonia particularly in the
right lung base.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR
THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Stella Lam, MD

Ronald L. Eisenberg, MD electronically signed on THU AUG 14,2014 2.30 PM

---

MINISTERI,ANTHONY                      228-56-30                   M 61 JAN 23,1953

AR0763

Radiology Report        -77 BY DIFFERENT PHYSICIAN          Study Date of 08/14/14 1:18 PM
AKUTHOTA,PRAVEEN                                                    MED  MICU  08/14/14 SCHED
CHEST PORT. LINE PLACEMENT; -77 BY DIFFERENT PHYSICIAN
Reason: new right basilic POWER PICC 45 cm Barbara 95307
UNDERLYING MEDICAL CONDITION:
61 year old man with new line
REASON FOR THIS EXAMINATION:
new right basilic POWER PICC 45 cm Barbara 95307
**Final Report**
EXAMINATION: Portable chest radiograph
INDICATION: 61 year old man with new line // new right basilic POWER PICC 45
cm Barbara 95307 Contact name: Barbara, Phone: 95307
COMPARISON: Portable chest x-ray 14 August 2014 at 03:13
FINDINGS:
Since the prior chest x-ray performed earlier this morning, there has been
interval placement of a right-sided PICC line that terminates in the
cavoatrial junction/upper right atrium. Enteric tube has been removed. Low
lung volumes accentuate the bronchovascular markings. However there are
prominent bibasilar opacities right-greater-than-left, that is at least
partially due to atelectasis and mild pulmonary edema, but underlying
infection cannot be excluded. No pneumothorax. Heart size is within the upper
limits of normal. No acute osseous abnormalities.
IMPRESSION:
1. New right PICC line terminates in the cavoatrial junction/upper right
atrium. Retracting the catheter by 2cm would definitely place it at or above
the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely atelectasis and mild
pulmonary edema, but cannot exclude underlying pneumonia particularly in the
right lung base.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Stella Lam, MD
Ronald L. Eisenberg, MD electronically signed on THU AUG 14,2014 2:30 PM

MINISTERI,ANTHONY                    228-56-30                      M 61        ,1953
Radiology Report        CHEST (PORTABLE AP)           Study Date of 08/14/14 3:11 AM
AKUTHOTA,PRAVEEN                                                    MED  MICU  08/14/14 SCHED
CHEST (PORTABLE AP)
Reason: please evaluate for possible evolving pneumonia.
UNDERLYING MEDICAL CONDITION:
61 year old man with with history of GBM diagnosed in May s/p chemo/radiation
found to have a massive PE and transferred to the MICU s/p lysis with tPA now
with concern for evolving pneumonia
REASON FOR THIS EXAMINATION:
please evaluate for possible evolving pneumonia.
**Final Report**
EXAMINATION: CHEST (PORTABLE AP)
INDICATION: 61 year old man with with history of GBM diagnosed in May s/p
chemo/radiation found to have a massive PE and transferred to the MICU s/p
lysis with tPA now with concern for evolving pneumonia  // please evaluate
for possible evolving pneumonia.
COMPARISON: 12 August 2014
IMPRESSION:
The monitoring and support devices are in unchanged correct position. The
continues to be a right basal parenchymal opacity with air bronchograms,
potentially infectious in origin, combines to a small right pleural effusion.
Platelike atelectasis is present at the left lung bases. Borderline size of
the cardiac silhouette without evidence of pulmonary edema. No pneumothorax.
Bilateral apical symmetrical thickening.
Alexander Bankier, MD, PhD electronically signed on THU AUG 14,2014 8:43 AM

AR0764

MINISTERI,ANTHONY                          228-56-30                          M 61 ▇▇▇▇,1953
**Cardiology Report**          **ECG   Study Date of 08/15/14 10:29:04 PM**
Sinus rhythm.. Left atrial abnormality. Otherwise, within normal limits. No
significant change compared to the previous tracing of 8-11-14.
TRACING #1
Read by                                        HAFFAJEE,CHARLES I.

| | | Intervals | | | Axes | |
|---|---|---|---|---|---|---|
| **Rate** | **PR** | **QRS** | **QT/QTc** | **P** | **QRS** | **T** |
| 78 | 150 | 84 | 384/415 | 46 | 52 | -3 |

(14-58774M)

---

MINISTERI,ANTHONY                          228-56-30                          M 61▇▇▇1953
**Cardiology Report**          **ECG   Study Date of 08/17/14 9:36:22 PM**
Sinus rhythm. Within normal limits. No significant change compared to the
previous tracing of 8-15-14 and that of 8-11-14.
TRACING #2
Read by:                                        HAFFAJEE,CHARLES I.

| | | Intervals | | | Axes | |
|---|---|---|---|---|---|---|
| **Rate** | **PR** | **QRS** | **QT/QTc** | **P** | **QRS** | **T** |
| 82 | 148 | 84 | 374/412 | 32 | 58 | 3 |

(14-58775M)

---

MINISTERI,ANTHONY                          228-56-30                          M 61 ▇▇▇▇1953
**Radiology Report**     **MR HEAD W & W/O CONTRAST**     **Study Date of 08/18/14 12:20 PM**
LIEGEL,JESSICA J.                                        MED    11R    08/18/14 SCHED
MR HEAD W & W/O CONTRAST
Reason: f/u GBM, edema
Contrast: GADAVIST
UNDERLYING MEDICAL CONDITION:
61 year old man with hx GBM, persistent parietal mass and edema on CT head
REASON FOR THIS EXAMINATION:
f/u GBM, edema
CONTRAINDICATIONS FOR IV CONTRAST:
None.
**Wet Read: >DRT TUE AUG 19,2014 4:56 PM**
(images not avail 'til after 1630h.)
c/w compl MR 5/8/2014 and NECT 8/11/2014.
no signif overall change.
dominant cystic-necrotic R temporopariet mass is smaller,
while "butterfly" mass replacing and crossing splenium of CC is NSC.
both show mixed slow diff, likely representing combo of intrinsic hypercell
and Rx-rel necrosis.
numerous "satellite" lesions, partic L parieto-occ region, are overall larger,
while single focus R CSO is prob new.
overall amt of edema is likely less, ?steroid-effect (tho', apptly, pt is on
tapered course).
chr blood products limning the domnt lesions, unchanged, w/no new focal
hemorrh.
d/w Dr. Jessica Liegel (Heme-Onc hospitalist), via phone, 1650h, 8/19/2014.
Wet Read Audit # 1

AR0765

**Final Report**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with hx GBM, persistent parietal mass and edema on CT head // f/u GBM, edema

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, axial gradient echo, FLAIR, T2, diffusion weighted, sagittal MPRAGE postcontrast with coronal and sagittal reformats sequences of the brain. 9 cc Gadavist. .   .

COMPARISON: CT head without contrast of 11 August 2014 through 12 May 2014. MR head of 12 May 2014 and 8 May 2014.

FINDINGS:

MRI HEAD: Centered in the right parieto-occipital lobe is a peripherally enhancing mass extending past midline through the splenium of the corpus callosum measuring approximately 5.5 x 4.6 by 4.4 cm (AP, TRV, CC) demonstrating peripheral rim of susceptibility, likely hemosiderin. This lesion has an anterior component demonstrating intrinsic central T1 hyperintense signal with surrounding hemosiderin rim, and is smaller when compared to the prior exam, consistent with central necrosis although it still demonstrates peripheral rim enhancement, there are small satellite lesions adjacent to the dominant mass, which include a right frontal lobe 4 mm lesion (series 10, image 17), a 6 and 2 mm lesions in the left parietal occipital lobe (series 10, image 16), and 5 additional lesions in the left parietal occipital lobe more inferiorly at the level of the splenium (series 10, image 14-15) ranging from 2-7 mm. When compared to most immediate prior MR examination of 12 May 2014, the right frontal lesion (series 10, image 17), a lesion adjacent to the posterior horn of the left lateral ventricle (series 10, image 15, and more superior parietal occipital lesions (series 10, image 16) have increased in size. No new enhancing lesions are noted.

There is mild surrounding white matter edema pattern of the involving the posterior right frontal lobe extending to the anterior temporal, and parietal and occipital lobes. Although the path of the edema is similar in appearance to prior exams the mass, there has been interval improvement in degree of mass effect seen on the prior exams with remaining mild adjacent sulcal effacement as well as effacement of the posterior horn of the lateral ventricle.

No evidence of acute infarct. The major flow voids are preserved. The paranasal sinuses are clear. The orbits are unremarkable. Trace fluid signal is seen in the bilateral mastoid air cells.

There are 2 parietal burr holes, unchanged in appearance from prior exam.

IMPRESSION.

1. Right parietal peripherally enhancing mass, extending past midline through the splenium of the corpus callosum, which has slightly decreased in size when compared to prior exam. There is surrounding edema, mild adjacent sulcal effacement as well as effacement of the posterior horn of the right lateral ventricle. The degree of mass effect appears to have slightly improved from prior exam.

2. In addition, there has been interval growth in size of multiple satellite lesions, most prominently of a right frontal and left parietal lesions described above.

3. No new lesions are noted.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Yu-Ming Chang, MD

Rafeeque A. Bhadelia, MD electronically signed on WED AUG 20,2014 10:05 AM

MINISTERI,ANTHONY                          228-56-30                          M 61 ██████ 1953

**Radiology Report      LIVER OR GALLBLADDER US (SINGLE ORGAN)**          **Study Date of 08/18/14 10:56 AM**

LIEGEL,JESSICA J.                                                    MED   11R   08/18/14 SCHED

LIVER OR GALLBLADDER US (SINGL

Reason: is there cholecystitis?

AR0766

UNDERLYING MEDICAL CONDITION:
61 year old man with RUQ pain and + Murphey's sign
REASON FOR THIS EXAMINATION:
is there cholecystitis?
**Final Report**
EXAMINATION: LIVER OR GALLBLADDER US (SINGLE ORGAN)
INDICATION: 61-year-old male with right upper quadrant pain.
TECHNIQUE: Grey scale and color Doppler ultrasound images of the abdomen were
obtained.
COMPARISON: CT abdomen pelvis dated 8 May 2014.
FINDINGS:
LIVER: The liver appears mildly echogenic consistent with mild fatty
infiltration. The contour of the liver is smooth. There is no focal liver
mass. Better appreciated on recent CT dated 8 May 2014, there is a 1.3 x 0.7
x 0.8 cm simple appearing cyst within the left hepatic lobe. Main portal vein
is patent with hepatopetal flow. There is no ascites.
BILE DUCTS: There is no intrahepatic biliary dilation. The CBD measures 4 mm.
GALLBLADDER: There is no evidence of stones or gallbladder wall thickening.
PANCREAS: Visualized portions of the pancreas are unremarkable.
SPLEEN. Normal echogenicity, measuring 11.2 cm.
KIDNEYS: Limited images of the kidneys demonstrate no hydronephrosis.
RETROPERITONEUM: Visualized portions of aorta and IVC are within normal
limits.
IMPRESSION:
1   Mildly echogenic liver consistent with steatosis. Other forms of liver
disease and more advanced liver disease including steatohepatitis, fibrosis,
or cirrhosis cannot be excluded on this study.
2. No evidence of cholelithiasis or findings suggestive of acute
cholecystitis.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Amanda Trotter, MD
Martin P. Smith, MD electronically signed on TUE AUG 19,2014 2:00 AM

| | | |
|---|---|---|
| MINISTERI,ANTHONY | 228-56-30 | M 61 ⬛,1953 |
| **Radiology Report**    **MR HEAD W & W/O CONTRAST** | **Study Date of 09/19/14 11:52 AM** | |
| UHLMANN,ERIK J. | OPT   09/19/14 SCHED | |

MR HEAD W & W/O CONTRAST
Reason: rule out progression or new lesions
Contrast. GADAVIST
UNDERLYING MEDICAL CONDITION·
61 year old man with gbm, PA not required per BC OF CA
REASON FOR THIS EXAMINATION:
rule out progression or new lesions
CONTRAINDICATIONS FOR IV CONTRAST:
None.

**Final Report**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with gbm, PA not required per BC OF CA // rule
out progression or new lesions

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, axial gradient echo,
FLAIR, T2, diffusion weighted, axial T2 propeller, sagittal MP rage
postcontrast with coronal and axial reformats sequences of the brain. 9 cc
Gadavist.

COMPARISON: MR head with and without contrast of 18 August 2014 through 8 May
2014.

FINDINGS:

Centered in the right parieto-occipital lobe is a peripherally enhancing mass
extending past midline through the splenium of the corpus callosum measuring
approximately 5.0 x 4.5 x 4.4 cm, AP, TRV, CC) essentially unchanged in size
from prior exam. As on prior exam, there is peripheral gradient echo
susceptibility consistent with hemosiderin. Unchanged appearance of a
intrinsically T1 hyperintense anterior nodular component, essentially
unchanged in size from prior exam. Multiple bilateral small satellite lesions
adjacent to the dominant mass is again noted. Right frontal lesion (series 10,
image 18) is smaller in size when compared to prior exam, measuring
approximately 3 mm from prior 4 mm. A a left occipital lesion (series 900b,
image 79) is also slightly smaller size measuring approximately 3 mm from
prior measured before. The remainder of the lesions are essentially unchanged.
No new enhancing lesions are noted.

Mild surrounding white matter edema pattern involving the posterior right
frontal lobe extending to the anterior temporal and edema pattern of the
bilateral parietal and occipital lobes is unchanged from prior exam. Unchanged
configuration of the ventricles, with unchanged degree of mass effect on the
posterior horn of the right lateral ventricle.

There is no evidence of acute infarct. The major flow voids are preserved. The
paranasal sinuses are essentially clear. The orbits are unremarkable. Trace
fluid signal is seen in the bilateral mastoid air cells.

IMPRESSION:

1. Unchanged appearance of right parietal peripherally enhancing mass which
extends past the midline through the splenium of the corpus callosum.

2. Right frontal and a left occipital satellite lesion appears slightly
smaller in size. The remainder of the satellite lesions are unchanged from
prior exam. No new lesions are identified.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR
THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Yu-Ming Chang, MD

David B. Hackney, MD electronically signed on FRI SEP 19, 2014 9:00 PM

---

| MINISTERI, ANTHONY | 228-56-30 | | M 61 ████ 1953 |
| --- | --- | --- | --- |
| **Radiology Report**    **MR HEAD W & W/O CONTRAST** | | | **Study Date of 11/14/14 12:25 PM** |
| UHLMANN, ERIK J. | | | OPT    11/14/14 SCHED |

MR HEAD W & W/O CONTRAST

Reason: rule out progression or new lesions

Contrast: GADAVIST

UNDERLYING MEDICAL CONDITION:

61 year old man with gbm, PA not required per BC OF CA

REASON FOR THIS EXAMINATION:

rule out progression or new lesions

CONTRAINDICATIONS FOR IV CONTRAST:

None.

**Final Report**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with gbm, PA not required per BC OF CA // rule
out progression or new lesions

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, gradient echo, FLAIR,
diffusion weighted, sagittal MPRAGE postcontrast with axial and coronal
reformats sequences of the brain. 9 cc Gadavist.

COMPARISON: MR head with and without contrast of 19 September 2014 to 8 May
2014.

FINDINGS:

MPRAGE and axial T1 postcontrast sequences are slightly limited by motion
artifact. Centered in the right parietal occipital lobe is the peripherally
enhancing mass extending past the midline through the splenium of the corpus
callosum measuring approximately 6.1 x 4.2 x 4.4 cm (TRV, AP, CC), essentially
unchanged in size from prior exam. At these anterior lateral margin of this
mass is a T1 intrinsically hyperintense nodular component essentially
unchanged from prior exam. A punctate enhancing right frontal lobe satellite
lesion is unchanged in size from prior exam (series 103, image 45). Additional
enhancing satellite lesions of the left occipital lobe are unchanged in size
from prior exam, allowing for motion artifact. There is suggestion of a 2 mm
focus of enhancement of the left frontal vertex (series 100p, image 47) seen
only on the MPRAGE sequences and may represent artifact. Otherwise, no
definite new enhancing lesion is identified.

Unchanged appearance of mega cisterna magna. White matter edema pattern
involving the posterior right frontal lobe extending to the anterior temporal
lobe, bilateral parietal and occipital lobes are unchanged from prior exam.
There is unchanged configuration of the ventricles with mass effect on the
posterior horn of the right lateral ventricle. Otherwise, the ventricles are
patent. No evidence of acute infarct or acute hemorrhage. The major
intracranial flow voids are preserved. The paranasal sinuses are essentially
clear. The orbits are unremarkable. Trace fluid signal seen within the
bilateral mastoids, greater on the left. The dural venous sinuses are patent

IMPRESSION:

1. Unchanged appearance of a peripherally enhancing right parietal mass which
extends past midline through the splenium of the corpus callosum. Numerous
satellite lesions appear unchanged from prior exam. There is evolution of
intrinsic blood products

2. There is suggestion of a poorly defined 3 mm enhancing nodule at the left
frontal vertex (series 103, image 47) most likely secondary to artifact from
motion however close attention to this region on followup exams is
recommended.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR
THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Yu-Ming Chang, MD

Rafeeque A. Bhadelia, MD electronically signed on FRI NOV 14, 2014 5.11 PM

---

| MINISTERI, ANTHONY | 228-56-30 | M 61 ____ 1953 |
| --- | --- | --- |
| **Radiology Report**    **MR HEAD W & W/O CONTRAST** | | **Study Date of 01/09/15 12:27 PM** |
| UHLMANN, ERIK J. | | OPT    01/09/15 SCHED |

MR HEAD W & W/O CONTRAST

Reason: rule out progression or new lesions

Contrast. GADAVIST

UNDERLYING MEDICAL CONDITION:

61 year old man with gbm, PA not required per BC OF CA

REASON FOR THIS EXAMINATION:

rule out progression or new lesions

CONTRAINDICATIONS FOR IV CONTRAST:

None.

AR0769

**Final Report**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with gbm, PA not required per BC OF CA // rule out progression or new lesions

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, gradient echo, FLAIR, diffusion weighted, sagittal MPRAGE postcontrast with axial and coronal reformats sequences of the brain. 9 cc Gadavist.

COMPARISON: Multiple MRI has with and without contrast 14 November 2014 through 8 May 2014.

FINDINGS:

Redemonstrated in the right parieto-occipital lobe is a peripherally enhancing and hemorrhagic mass extending past the midline through the splenium of the corpus callosum measuring neck conglomerate 6.1 x 4.2 x 4.4 cm (TRV, AP, CC) essentially unchanged in size from prior exam. A more nodular T1 intrinsically hyperintense component at the anterior lateral margin of this lesion is unchanged from prior exam. There is mildly increased T1 intrinsically hyperintense signal within the lesion particularly at the level of the corpus callosum and right frontal vertex, compatible with interval mild increase hemorrhage, with associated diffusion-weighted hyperintense signal (series 7, image 22 and series 7, image 18). Multiple satellite lesions in the right frontal lobe and left parietal occipital lobes are again noted without significant interval change. There is no new enhancing lesion.

White matter edema pattern involving the posterior right frontal lobe extending to the anterior temporal lobe, bilateral parietal and occipital lobes are also unchanged. The configuration of the ventricles with mass effect on the occipital horn of the right lateral ventricle is stable.

The intracranial flow voids are preserved. The dural venous sinuses are patent. The paranasal sinuses are essentially clear. The orbits are unremarkable. Trace left-greater-than-right fluid signal in the mastoid air cells are noted. There is unchanged appearance of a mega cisterna magna.

IMPRESSION:

1. Unchanged size with slightly decreased enhancement and stable surrounding FLAIR edema pattern of a right parietal occipital lobe hemorrhagic mass extending past the midline through the corpus callosum.

2. Mild interval increased hemorrhage within the lesion is noted.

3. Multiple surrounding satellite lesions are also essentially unchanged.

4. No new lesions.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Yu-Ming Chang, MD

Rafeeque A. Bhadelia, MD electronically signed on MON JAN 12,2015 10:18 AM

AR0770

61/vw-169/nP   M1

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

```
                          Northeastern Program
                          Service Center
                          1 Jamaica Center Plaza
                          Jamaica, New York 11432-3898
                          Date: June 13, 2016
                          Claim Number: ████-5766 A
RELIANCE STANDARD
PO BOX 7698
PHILADELPHIA PA   19101
```

Re: Anthony Ministeri Jr

Dear Sir/Madam:

As requested, we are enclosing copies of Medical records in our file.  It is not necessary to notify the Social Security Administration of the disposition of these records.  However, because of the personal nature of medical information about the individual, the records should be destroyed after they have served their intended purpose.

Our office is required to charge for services connected with supplying you with the enclosed information which you requested.  In this case, the charge for searching and photocopying services is $86.00.

Please send your remittance in the form of a check payable to the "Social Security Administration" with the Social Security claim number 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 prominently displayed on the face of the check, in the amount of $86.00 to:

```
          SOCIAL SECURITY ADMINISTRATION
          OFFICE OF FINANCIAL OPERATIONS
          PO BOX 17042
          BALTIMORE MD 21235
```

*Social Security Administration*

**AR0771**

Form Approved OMB No. 0960-0579

## DISABILITY REPORT - ADULT - Form SSA-3368

### (3368) Section 1 - Information About the Disabled Person

**1.A.** Name (First, Middle Initial, Last) **Anthony Ministeri JR**

**1.B.** Social Security Number ■■■■ **5766**

**1.C.** Mailing Address (Street or PO Box) ■■■■■■■■■■
Include apartment number if applicable, **MERRIMAC, MA 01860**
City, State/Province, Zip/Postal Code,
Country (if not USA)

**1.D.** Email Address **aministeri@comcast.net**

**1.E.** Daytime Phone Number, including area code, and the IDD and country codes if you live outside the USA or Canada.
Phone number  **978-758**■■■
Check this box if you do not have a phone or number where we can leave a message

**1.F.** Alternate Phone Number - another number where we may reach you, if any
Alternate phone number

**1.G.** Can you speak and understand English? **Yes**
If no, what language do you prefer?
NOTE: If you cannot speak and understand English, we will provide an interpreter, free of charge.

**1.H.** Can you read and understand English? **Yes**

**1.I.** Can you write more than your name in English? **Yes**

**1.J.** Have you used any other names on your medical or educational records? **No**
Examples are maiden name, other married name or nickname.
If yes, please list them here:

### (3368) Section 2 - Contacts

Give the name of someone (**other than your doctors**) we can contact who knows about your medical conditions, and can help you with your claim.

| | |
|---|---|
| **2.A.** Name (First, Middle Initial, Last) | **Renee Ministeri** |
| **2.B.** Relationship to you: | **Spouse** |
| **2.C.** Daytime Phone Number (as described in 1.E. above) | **978-758**■■■■ |
| **2.D.** Mailing Address (Street or PO Box) Include apartment number or unit if applicable, City, State/Province, Zip/Postal Code, Country (if not USA) | ■■■■■■■■■ **MERRIMAC, MA 01860** |

**AR0772**

**2.E.** Can this person speak and understand English? **Yes**

If no, what language is preferred?

**2.F.** Who is completing this report? **The person who is applying for disability (Go to Section 3 - Medical Conditions)**

## (3368) Section 3 - Medical Conditions

**3.A.** List all of the physical or mental conditions (including emotional or learning problems) that limit your ability to work. If you have cancer, please include the stage and type. List each condition separately.

1. **Brain cancer Stage 4**

**3.B.** What is your height without shoes? **6'**

**3.C.** What is your weight without shoes? **200 lbs.**

**3.D.** Do your conditions cause you pain or other symptoms? **Yes**

## (3368) Section 4 - Work Activity

**4.A.** Are you currently working?

**No, I have stopped working**  (Go to question 4.C. below)

**IF YOU HAVE NEVER WORKED:**

**4.B.** When do you believe your condition(s) became severe enough to keep you from working (even though you have never worked)? (month/day/year)

**IF YOU HAVE STOPPED WORKING:**

**4.C.** When did you stop working? (month/day/year)

**04/10/2014**

Why did you stop working?

**Because of my condition(s).**

**4.D.** Did your condition(s) cause you to make changes in your work activity? (for example: job duties, hours or rate of pay)

**No** (Go to Section 5 - Education and Training)

**4.E.** Since the date in 4.D. above, have you had gross earnings greater than $1070 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

**IF YOU ARE CURRENTLY WORKING:**

**4.F.** Has your condition(s) caused you to make changes in your work activity? (for example: job duties or hours)

**4.G.** Since your condition(s) first bothered you, have you had gross earnings greater than $1070 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

**(3368) Section 5 - Education and Training Information**

5.A. Check the highest grade of school completed. **1 year of college**
  Date Completed:       **1971**

**5.B.** Did you attend special education classes? No (Go to 5.C.)

**5.C.** Have you completed any type of specialized job training, trade or vocational school?
No

**(3368) Section 6 - Job History**

6.A. List the jobs (up to 5) that you had in the 15 years before you became unable to work because of your physical or mental conditions. List your most recent job first.

**Check here and go to Section 7 on page 5 if you did not work at all in the 15 years before you became unable to work.**

| Job Title | Type of Business | Dates Worked | | Hours Per Day | Days Per Week | Rate Of Pay | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | From mm/yy | To mm/yy | | | Amount | Frequency |
| Sr VP project engineer | engineer/construction | 1980 | 04/10/2014 | 8 | 5 | $250,000.00 | Year |

Check the box below that applies to you.

**I had only one job in the last 15 years before I became unable to work. Answer the questions below.**

**Do not** complete this page if you had **more than one job** in the last 15 years before you became unable to work.

AR0774

6.B. Describe this job. What did you do all day?

**I managed of group of engineering managers for on-going like manufacturing plants. I traveled a lot to sites.**

6.C. In this job, did you:

Use machines, tools or equipment? **Yes**

Use technical knowledge or skills? **Yes**

Do any writing, complete reports, or perform any duties like this? **Yes**

6.D. In this job, how many total hours each day did you do each of the tasks listed:

| Task | Hours | Task | Hours | Task | Hours |
|------|-------|------|-------|------|-------|
| Walk | 2 | Stoop (Bend down & forward at the waist) | 0 | Handle large objects | 0 |
| Stand | 2 | Kneel (Bend legs to rest on knees) | 0 | Write, type or handle small objects | 7 |
| Sit | 4 | Crouch (Bend legs & back down & forward) | 0 | Reach | 2 |
| Climb | 0.5 | Crawl (Move on hands & knees) | 0 | | |

6.E. Lifting and carrying (Explain in the box below, what you lifted, how far you carried it, and how often you did this in your job): **I carried my computer bag and luggage**

6.F. Check **heaviest** weight lifted: **30 lbs**

6.G. Check weight **frequently** lifted (by frequently, we mean from 1/3 to 2/3 of the workday.): **Less than 10 lbs.**

6.H. Did you supervise other people in this job? **Yes**

How many people did you supervise? **21**

What part of your time did you spend supervising people? **4**

Did you hire and fire employees? **Yes**

6.I. Were you a lead worker? **No**

**(3368) Section 7 - Medicines**

7. Are you taking any medicines (prescription or non-prescription)?

**Yes** (Give the information requested below. You may need to look at your medicine containers.)

| Name of Medicine | If prescribed, give name of doctor | Reason for medicine |
|---|---|---|
| Dexamethasone | BETH ISRAEL DEACONES | inflammation |
| enoxaparin | BETH ISRAEL DEACONES | blood thinner |
| lactulose | BETH ISRAEL DEACONES | nausea |
| Lorazepam | BETH ISRAEL DEACONES | anxiety |
| ondansetron | BETH ISRAEL DEACONES | unk |
| Pantoprazole | BETH ISRAEL DEACONES | unk |
| polethylene | BETH ISRAEL DEACONES | laxative |
| sennosides | BETH ISRAEL DEACONES | unk |
| Simvastatin | BETH ISRAEL DEACONES | cholesterol |
| sumatriptansuccinate | BETH ISRAEL DEACONES | unk |
| temozolomide | BETH ISRAEL DEACONES | unk |
| temozolomite | BETH ISRAEL DEACONES | unk |

**(3368) Section 8 - Medical Treatment**

Have you seen a doctor or other health care professional or received treatment at a hospital or clinic, or **do you have a future appointment scheduled:**

**8.A. For any physical condition(s)?**
Yes

**8.B. For any mental condition(s) (including emotional or learning problems)?**
No

**If you answered "No" to both 8.A. and 8.B., go to Section 9 - Other Medical Information on page 11.**

Tell us who may have medical records about any of your physical and/or mental condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals (including emergency room visits), clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

AR0776

| 8.C. Name of Facility or Office | PMA |
|---|---|
| Name of health care professional who treated you | Steven Boudain |

**ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.**

| Phone Number | 978-499-7200 | Patient ID# (if known) | |
|---|---|---|---|
| Mailing Address | One Parkway Haverhill, MA 01830 | | |

**Dates of Treatment**

| | 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits List the most recent date first | | 3. Overnight hospital stays List the most recent date first | | | |
|---|---|---|---|---|---|---|---|
| First Visit | 2000 | A. | | A. Date in | | Date out | |
| Last Visit | 12/11/14 | B. | | B. Date in | | Date out | |
| Next scheduled appointment (if any) | 06/15 | C. | | C. Date in | | Date out | |

**What medical conditions were treated or evaluated?**

primary care

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)

routine care

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.

**Check this box if no tests by this provider or at this facility.**

| Kind of Test | | Dates of Tests |
|---|---|---|

| 8.D. Name of Facility or Office | ANNA JAQUES HOSPITAL |
|---|---|
| Name of health care professional who treated you | unkn |

**ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.**

| Phone Number | 978-463-1000 | Patient ID# (if known) | |
|---|---|---|---|
| Mailing Address | 25 HIGHLAND AVENUE ATTN MEDICAL RECORDS NEWBURYPORT, MA 01950 | | |

**Dates of Treatment**

| | 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits List the most recent date first | | 3. Overnight hospital stays List the most recent date first | | | |
|---|---|---|---|---|---|---|---|
| First Visit | | A. | 08/11/14 | A. Date in | | Date out | |
| Last Visit | | B. | 05/12/14 | B. Date in | | Date out | |

| Next scheduled appointment (if any) | | C. | | C. Date in | | Date out | |
|---|---|---|---|---|---|---|---|

**What medical conditions were treated or evaluated?**

collapses and transported to Beth Israel by ambulance, medi-vacced in 08/14

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)

emergency

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.

**Check this box if no tests by this provider or at this facility.**

| Kind of Test | Dates of Tests |
|---|---|

---

| 8.E. Name of Facility or Office | BETH ISRAEL DEACONES | | |
|---|---|---|---|
| Name of health care professional who treated you | Erik Uhlmann MD (neuro oncology); Sandy Chikel NP; Loretta Barron NP | | |

**ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.**

| Phone Number | 617-667-3710 | Patient ID# (if known) | |
|---|---|---|---|
| Mailing Address | 330 BROOKLINE AVENUE<br>ATTN MEDICAL RECORDS<br>BOSTON, MA 02215 | | |

**Dates of Treatment**

| 1. Office, Clinic or Outpatient visits | | 2. Emergency Room visits<br>List the most recent date first | | 3. Overnight hospital stays<br>List the most recent date first | | | |
|---|---|---|---|---|---|---|---|
| First Visit | 05/12/2014 | A. | 08/2014 | A. Date in | 08/2014 | Date out | 10 days |
| Last Visit | 01/09/2015 | B. | | B. Date in | | Date out | |
| Next scheduled appointment (if any) | 02/03/15 | C. | | C. Date in | | Date out | |

**What medical conditions were treated or evaluated?**

collapsed, brain cancer & pulmonary embolism

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)

tests, diagnosis, medications, 2 brain biopsies, chemo, radiation

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.

**Check this box if no tests by this provider or at this facility.**

| Kind of Test | Dates of Tests |
|---|---|
| EEG (Brain wave test) | 05/2014 |
| MRI/CT Scan (brain) | 05/2014 |

AR0778

| **8.F.** Name of Facility or Office | LAHEY MEDICAL CENTER |
|---|---|
| Name of health care professional who treated you | William O'Merar MD |

| ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE. |||
|---|---|---|
| Phone Number | 978-538-4267 | Patient ID# (if known) |
| Mailing Address | ONE ESSEX CENTER DRIVE PEABODY, MA 01960 | |

**Dates of Treatment**

| | 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits List the most recent date first | | 3. Overnight hospital stays List the most recent date first | | |
|---|---|---|---|---|---|---|
| First Visit | 05/29/14 | A. | | A. Date in | | Date out |
| Last Visit | 07/23/14 | B. | | B. Date in | | Date out |
| Next scheduled appointment (if any) | none | C. | | C. Date in | | Date out |

**What medical conditions were treated or evaluated?**

brain cancer Stage 4

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)

radiation

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.

**Check this box if no tests by this provider or at this facility.**

| Kind of Test | Dates of Tests |
|---|---|

---

| **8.G.** Name of Facility or Office | Wingate Rehabilitation & Skilled Nursing |
|---|---|
| Name of health care professional who treated you | unk |

| ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE. |||
|---|---|---|
| Phone Number | 978-470-3434 | Patient ID# (if known) |
| Mailing Address | 80 Andover St Andover, MA 01810 | |

**Dates of Treatment**

| | 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits List the most recent date first | | 3. Overnight hospital stays List the most recent date first | | |
|---|---|---|---|---|---|---|
| First Visit | | A. | | A. Date in | 08/22/14 | Date out | 2 weeks |
| Last Visit | | B. | | B. Date in | | Date out | |

| Next scheduled appointment (if any) | | C. | | C. Date in | | Date out | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**What medical conditions were treated or evaluated?**

rehab after hospitalization for pulmonary embolism

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)

PT, OT

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks.

**Check this box if no tests by this provider or at this facility.**

| Kind of Test | Dates of Tests |
|---|---|
| | |

## (3368) Section 9 - Other Medical Information

**9.** Does anyone else have medical information about any of your physical and/or mental condition(s) (including emotional and learning problems), or are you scheduled to see anyone else? (This may include places such as workers' compensation, vocational rehabilitation, insurance companies who have paid you disability benefits, prisons, attorneys, social service agencies and welfare.)

**Yes**  (Please complete information below.)

| Name | Matrix Insurance | | | | |
|---|---|---|---|---|---|
| Phone Number | 770-253-0033 | | Claim or ID Number (if any) | | |
| Mailing Address, City, State/Province, ZIP/Postal Code, Country (if not USA) | 25 Greenville St Newnan, GA 30263 | | | | |
| Date of First Contact | 08/2014 | Date of Last Contact | 01/15 | Date of Next Contact (if any) | 02/15 |
| Reasons for Contacts | | | | | |
| short and hopefully long-term private disability | | | | | |

**COMPLETE THIS SECTION ONLY IF YOU ARE ALREADY RECEIVING SSI.**

### (3368) Section 10 - Vocational Rehabilitation, Employment, or Other Support Services

**10.A.** Have you participated, or are you participating in:

- An individual work plan with an employment network under the Ticket to Work Program;
- An individualized plan for employment with a vocational rehabilitation agency or any other organization;
- A Plan to Achieve Self-Support (PASS);
- An individualized education program (IEP) through a school (if a student age 18 - 21); or
- Any program providing vocational rehabilitation, employment services, or other support services to help you go to work?

### (3368) Section 11 - Remarks

Please write any additional information you did not give in earlier parts of this report. If you did not have enough space in the sections of this report to write the requested information, please use this space to tell us the additional information requested in those sections. Be sure to show the section to which you are referring.

| **Date Report Completed** | ▶ _____/_____/_____ |
|---|---|
| | (Month)   (Day)        (Year) |

**Form SSA-3368 EDCS**

## DISABILITY REPORT - FIELD OFFICE - Form SSA-3367

### (3367) ID/Prior Filings

**Identifying Information**

1. Name of person(s) on whose Social Security record(s) this claim is being filed:

**Anthony Ministeri JR**

His or Her Social Security Number(s): ████5766

Name of Claimant (if different from above):

SSN (if different from above):

Gender: **Male**

Date of Birth: **01/23/1953**

2. Claimant's Alleged Onset Date: **04/10/2014**

| | |
|---|---|
| 3. Potential Onset Date (if different from above): | **04/10/2014, DIB** |
| 4. Reason for Potential Onset Date: | |
| SSI Application Date: | **No** |
| SSI Alien: | **No** |
| Date Last Insured: | **No** |
| Date First Insured: | **No** |
| Controlling Date: | **No** |
| Statutorily Blind: | **No** |
| Work Before/After AOD: | **Yes** |
| UWA: | **No** |
| SGA: | **Yes** |
| Not SGA: | **No** |
| 820/821 In File: | **No** |
| Other (Explain Below): | **No** |
| 5. Explanation for Potential Onset Date, when applicable: | **ROD: 04/10/2014 based on last work** |
| 820/821 Pending: | **No** |
| Date requested: | |

**Miscellaneous Information**

6. Protective Filing Date:

Date Last Insured (DIB/Freeze case): **12/31/2018**

Closed Period Case: **No**

**Prior Filing Information**

7. Prior Filing(s): **No**

If "Yes" and you are not sending the prior folder, enter the following:

## (3367) Presumptive

The Presumptive Disability page details are not being displayed here because there is no initial level SSI claim on this case.

## (3367) Observations

9. Observations/Perceptions:

How was the Interview Conducted? **Face-to-face with claimant**

If the claimant had difficulty with the following, explain in Observations, or show "No" or "Not observed/perceived." (Explain any "No" answers that you think would assist the DDS in making a decision):

Hearing:          No
Reading:          No
Breathing:        No
Understanding:    No
Coherency:        No
Concentrating:    No
Talking:          No
Answering:        Yes
Sitting:          No
Standing:         No
Walking:          No
Seeing:           No
Using hand(s):    No
Writing:          No

Other (specify):
**The claimant forgot names and dates. He turned to his wife fairly often.**

Observations: Describe the claimant's behavior, appearance, grooming, degree of limitations, etc.
**The claimant was casuslly dressed and had good hygiene. He was polite, cooperative, and had a nice sense of humor.**

## (3367) Development

10. Development Initiated by FO:

A. Medical:

B. Other:

C. Forms to be completed by applicant and sent to the DDS:
SSA-3371:
SSA-3369:
Other:

11. Was medical evidence brought in to the FO by the claimant? **No**
12. Is DDS capability development needed? **No**
Remarks:

Name of Interviewer: **D. Higgins**
Phone Number: **866-964-4324**
Name of Person Completing Form: **D. Higgins**
Date: **01/16/2015**

**Form SSA-3367 EDCS**

**Health Information Technology (HIT) Medical Report**

NOTE: The following displays data transmitted to SSA from the health IT partner using standards-based computer transactions and is reformatted to assist with navigating through the clinical details of the record. Known duplicative information will be struck-through (e.g. ~~sample~~).

**Summarization of episode note**
**BIDMC Continuity of Care Document**

**Received From: BETH ISRAEL DEACONESS MEDICAL CENTER**

| | | |
|---|---|---|
| Creation Date:<br>01/16/2015 | Date Range Requested:<br>04/10/2013 - 01/16/2015 | Type of Request:<br>MEGAHIT Triggered |

**Anthony Ministeri JR**
**SSN:** ██-5766          **DOB:** ██1953          **Sex:** Male

**Partner Medical Record Demographics:**
**Name:** ANTHONY MINISTERI   **DOB:** 01/23/1953          **Sex:** Male

**Table of Contents**
- Problems List [PROB LIST]
- Encounters [ENC]
- Procedures [PROCED]
- Laboratory Results [LABS]

# PROB LIST

### Problems List

| Problem [Code] | Occurrences | First Date | Last Date | Associated Types |
|---|---|---|---|---|
| Abn function study NEC [794.9] | 1 | May 22, 2014 | - | ASSERTION |
| Abn liver function study [794.8] | 1 | May 22, 2014 | - | ASSERTION |
| Abn react-procedure NEC [E879.8] | 1 | May 13, 2014 | - | ASSERTION |
| Accid in resident instit [E849.7] | 1 | May 13, 2014 | - | ASSERTION |
| Acute respiratry failure [518.81] | 1 | Aug 21, 2014 | - | ASSERTION |
| Altered mental status [780.97] | 1 | May 07, 2014 | - | ASSERTION |
| Anemia NOS [285.9] | 1 | Aug 21, 2014 | - | ASSERTION |
| Brain condition NOS [348.9] | 1 | May 07, 2014 | - | ASSERTION |
| Brain neoplasm NOS [239.6] | 1 | May 13, 2014 | - | ASSERTION |
| Cardiogenic shock [785.51] | 1 | Aug 21, 2014 | - | ASSERTION |
| Gout NOS [274.9] | 1 | May 13, 2014 | - | ASSERTION |
| H.influenzae pneumonia [482.2] | 1 | Aug 21, 2014 | - | ASSERTION |
| Hemorrhage complic proc [998.11] | 1 | May 13, 2014 | - | ASSERTION |
| Hx antineoplastic chemo [V87.41] | 1 | Aug 21, 2014 | - | ASSERTION |
| Hx of irradiation [V15.3] | 1 | Aug 21, 2014 | - | ASSERTION |
| Hyperlipidemia NEC/NOS [272.4] | 3 | May 13, 2014 | Aug 21, 2014 | ASSERTION |
| Hypertension NOS [401.9] | 3 | May 13, 2014 | Aug 21, 2014 | ASSERTION |
| Joint replaced hip [V43.64] | 2 | May 13, 2014 | May 22, 2014 | ASSERTION |
| Mal neo parietal lobe [191.3] | 7 | May 19, 2014 | Jan 09, 2015 | ASSERTION |
| Malig neo brain NOS [191.9] | 3 | May 22, 2014 | Aug 21, 2014 | ASSERTION |
| Other alter consciousnes [780.09] | 1 | Aug 21, 2014 | - | ASSERTION |
| Saddle embol pulmon art [415.13] | 2 | Aug 11, 2014 | Aug 21, 2014 | ASSERTION |
| Thrombocytopenia NOS [287.5] | 1 | Aug 21, 2014 | - | ASSERTION |
| Tobacco use disorder [305.1] | 1 | May 22, 2014 | - | ASSERTION |

### Narrative Text

| Problem | Effective Dates | Problem Status | Provider | Comments |
|---|---|---|---|---|
| GLIOBLASTOMA | | Active | 13-ACI - Dr. ERIK J. UHLMANN | |
| BRAIN NEOPLASM NOS - 239.6 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| HYPERLIPIDEMIA NEC/NOS - 272.4 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| HEMORR COMPLIC PROCEDURE - 998.11 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| ABN REACT-PROCEDURE NEC - E879.8 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| ACCID IN RESIDENT INSTIT - E849.7 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| GOUT NOS - 274.9 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |

AR0786

| Problem | Effective Dates | Problem Status | Provider | Comments |
|---|---|---|---|---|
| HYPERTENSION NOS - 401.9 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| JOINT REPLACEMENT-HIP - V43.64 | 05/13/14 | Active | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient discharge diagnosis |
| MALIG NEO BRAIN NOS - 191.9 | 05/22/14 | Active | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| HYPERLIPIDEMIA NEC/NOS - 272.4 | 05/22/14 | Active | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| ABN FUNCTION STUDY NEC - 794.9 | 05/22/14 | Active | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| ABN LIVER FUNCTION STUDY - 794.8 | 05/22/14 | Active | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| JOINT REPLACEMENT-HIP - V43.64 | 05/22/14 | Active | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| TOBACCO USE - 305.1 | 05/22/14 | Active | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| HYPERTENSION NOS - 401.9 | 05/22/14 | Active | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient discharge diagnosis |
| SADDLE EMBOLUS OF PULMONARY ARTERY - 415.13 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| ACUTE RESPIRATORY FAILURE - 518.81 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| CARDIOGENIC SHOCK - 785.51 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| H.INFLUENZAE PNEUMONIA - 482.2 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| MALIG NEO BRAIN NOS - 191.9 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| THROMBOCYTOPENIA NOS - 287.5 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| SEMICOMA/STUPOR - 780.09 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| HYPERTENSION NOS - 401.9 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| HYPERLIPIDEMIA NEC/NOS - 272.4 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| ANEMIA NOS - 285.9 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| HX OF IRRADIATION - V15.3 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |

AR0787

| Problem | Effective Dates | Problem Status | Provider | Comments |
|---|---|---|---|---|
| PERSONAL HISTORY OF ANTINEOPLASTIC CHEMOTHERAPY - V87.41 | 08/21/14 | Active | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient discharge diagnosis |
| BRAIN CONDITION NOS - 348.9 | 05/07/14 | Active | 12-ATJ - Dr. MAUREEN CHASE | ED visit diagnosis |
| ALTERED MENTAL STATUS - 780.97 | 05/07/14 | Active | 12-ATJ - Dr. MAUREEN CHASE | ED visit diagnosis |
| SADDLE EMBOLUS OF PULMONARY ARTERY - 415.13 | 08/11/14 | Active | 12-968 - Dr. LARRY ADAM NATHANSON | ED visit diagnosis |
| MALIG NEO BRAIN NOS - 191.9 | 08/11/14 | Active | 12-968 - Dr. LARRY ADAM NATHANSON | ED visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 05/19/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 06/02/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 09/19/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 10/17/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 11/14/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 12/12/14 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |
| MAL NEO PARIETAL LOBE - 191.3 | 01/09/15 | Active | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit diagnosis |

# ENC

**Encounters**

**Progress note 05/07/2014 Dr. Maureen Chase Service: Emergency**

Note Date: 05/07/14

Signed by MAUREEN CHASE, MD on 05/07/14 at 7:04 pm Affiliation: BIDMC

--Title: ED Attending Physician Chart (V1): INTRACRANIAL MASS

Beth Israel Deaconess Medical Center

Anthony Ministeri, MRN: 2285630

Date of Birth: 1953

Beth Israel Deaconess Medical Center Attending Physician Chart

(V1)

ED MD: Maureen Chase MD

Visit date May 7, 2014, report date May 7, 2014

Attending Physician: Maureen Chase MD, MD

Visit Date: May 7, 2014

Chart Created: May 7, 2014 16:26

HISTORY OF PRESENTING ILLNESS

**Progress note 05/07/2014 Dr. Maureen Chase Service: Emergency**

This patient is a 61 year old male who complains of
INTRACRANIAL MASS. 61 yo mle transferred from AJH after
found to have a mass concerning for glioblastoma in setting
confusion for past 6 days. Pt denies any focal neurologic
complaints.

CT Head: Large mass (6.6x5.4x4.4cm) involving the R frontal
and parietal lobe that crosses the corpus callosum highly
concerning for high-grade glioma w/ associated mass effect
and 4mm R to L midline shift. Received decadrom at OSH. The
patient is reporting that he was slightly confused over the
past several days which he noted when attempting to find his
floor in a hotel room using the elevator banks. He denies
focal weakness but does note that he has had a hard time
keeping a drink in the upright position and his left hand
which is his dominant hand for the past week or so.

Timing: Gradual

Severity: Moderate

Duration: 6 Days

Context/Circumstances: mild confusion x 6 days

Associated Signs/Symptoms: denies HA

PAST FAMILY AND SOCIAL HISTORY

Nursing triage/initial **assessment** reviewed and confirmed

Past Medical History  htn, hyperchol, cluster headaches
treated with botox

Medications: Simvastatin, naproxen,
verapamil

Allergies and Reactions: NKDA

Family History. no fh cancers

Social History: Tobacco: Current; 1
PPD.

Alcohol: Yes.

Recreational Drugs: None.

Denies Drugs. Positive for
Alcohol and Smoking.

## REVIEW OF SYSTEMS

All other systems reviewed and negative.

## PHYSICAL EXAMINATION

Temp. 98.4 HR: 85 BP: 140/83 Resp: 18 O(2)Sat: 96 Normal

Constitutional: mildly anxious

Chest: Normal

Cardiovascular: Normal

Abdominal: Normal

Neuro: slight facial asymmetry around eyes (chronic per
family), speech fluent, left pronator drift, normal gait

Psych: Normal mentation

SUPPLEMENTS

AR0789

**Progress note 05/07/2014 Dr. Maureen Chase Service: Emergency**

Initial Provider contact information

Initial provider: Nissa J Ali

Initial contact: 05/07/2014 15:42

MEDICAL DECISION MAKING

Neurosurgery **consult** on patient arrival. Will admit the
patient for MRI, possible biopsy.

Service Consulted at 16:23 Neurosurgery

Final ED **Diagnosis** 1: Brain tumor concerning for
glioblastoma

This uploaded version of the chart may not be the final one;
some addenda and test **results** may not be entered into this
OMR note.

This Emergency Department patient encounter note may have
been created using voice-recognition software and in real
time during the ED visit. Please excuse any typographical
errors that have not been edited out.

---

**Initial note 05/08/2014 Andrew M. Busler, Dr. Jeffrey E. Arle Service: Neurosurgery**

Note Date: 05/08/14

Signed by ANDREW BUSLER, NP on 05/08/14 at 12:13 am Affiliation: BIDMC

Cosigned by JEFFREY ARLE, MD on 05/09/14 at 8:34 am

CC: disorientation

HPI: Patient is a 61 year old gentleman who presented to an OSH
for evaluation after he had 1 week of symptoms consisting of
disorientation, difficulty driving, difficulty concentrating, and
some poor balance when ambulating. Imaging was done which showed
a right sided brain lesion on CT that appeared to cross the
midline concerning for high grade glioma. He was sent to BIDMC
for further management and care. He denies headaches, nausea,
vomiting, dizziness, changes in vision, hearing, or speech.

PMHx: Right hip replacement, osteoarthritis

All: NKDA

Medications prior to admission: none

ROS: as above per HPI, denies alternate system complaints

PHYSICAL EXAM:

Gen: WD/WN, comfortable, NAD

HEENT: Pupils. PERRL EOMs full however does skip when
looking to left

Neck: Supple.

Lungs: CTA bilaterally.

Cardiac: RRR. S1/S2.

Abd: Soft, NT, BS+

Extrem: Warm and well-perfused.

Neuro:

AR0790

**Initial note 05/08/2014 Andrew M. Busler, Dr. Jeffrey E. Arle Service: Neurosurgery**

Mental status: Awake and alert, cooperative with exam, normal
affect.

Orientation  Oriented to person, place, and date.

Language: Speech fluent with good comprehension and repetition.
Naming intact. No dysarthria or paraphasic errors.

Cranial Nerves:

I: Not tested

II: Pupils equally round and reactive to light, 4mm to
2mm bilaterally. On gross visual field exam has a left homonymous
hemianopsia

III, IV, VI: EOMs full but does skip to left side to try and
catch up c/w field cut

V, VII: Facial strength and sensation intact and symmetric.

VIII: Hearing intact to voice.

IX, X: Palatal elevation symmetrical.

XI: Sternocleidomastoid and trapezius normal bilaterally.

XII: Tongue midline without fasciculations.

Motor: Normal bulk and tone bilaterally. No abnormal movements,
tremors. Strength full power 5/5 throughout. No pronator drift

Sensation: Intact to light touch, proprioception, pinprick and
vibration bilaterally.

CT: CT OSH shows Right sided brain lesion that appears to cross
midline concerning for high grade glioma

**Assessment**/Plan: 61 M presents as a transfer from OSH for eval of
right sided brain lesion seen on CT scan. Symptoms of
disorientation, gait disturbance, and difficulty driving
subjectively as well as **finding** of left homonymous hemianopsia on
physical exam. Plan as follows:

1  Will admit to neurosurgery service floor

2  Will start patient on decadron 4mgq6hours

3. MRI of the brain with and without contrast to further
characterize lesion

4. CT of the chest/abdomen/pelvis to evaluate for malignancy as
CXR at OSH showed? Lung lesion

5. Will likely perform brain biopsy for pathology later this
week.

I have reviewed this case with Dr Jeffrey Arle who formulated
the above plan.

Thank you for this **consult**.

Andrew Busler MSN, ACNP-BC

On I saw and examined the patient and reviewed this note.
I agree with the **findings** and plan of care. I would add the
following remarks:

Attending Physician:

Jeffrey Arle MD PhD

Initial note 05/08/2014 Andrew M. Busler, Dr. Jeffrey E. Arle Service: Neurosurgery

**Progress note 05/08/2014 Dr. Lorraine RN Macisaac Service: Inpatient**

Note Date: 05/08/14

Signed by LORRAINE MACISAAC, RN on 05/08/14 at 3:46 pm Affiliation: BIDMC

Initial Patient **Assessment** - Case Management

Ministeri, Anthony

BID #228-56-30 01/23/1953

Current Bed:F 501

Anticipated Discharge Date: not clear

Primary Insurance: Blue Cross

Free Care App: Medicaid App:

Functional Status / Services Prior To Admission:Independent

Health Care Proxy: offered, wife to discuss with patient

Primary Contact:spouse

Referrals Recommended:

Current Plan: cont to follow closely

Patient Discussed with Multidisciplinary Team? [x ]Y / [ ]N

Case Manager: Lorraine Macisaac, RN

Date:05/08/14

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**PATIENT DISCHARGE PLAN**
**PATIENT INFORMATION**

| | |
|---|---|
| Patient Name | ANTHONY MINISTERI |
| MRN# | 2285630 |
| Case#: | 0319758 4 |
| DOB: | ███ ,1953 |
| Patient Status: | Admitted MAY 07,2014 |
| Reason for Admission: | BRAIN MASS |
| Discharged to: | Home |
| Primary Physician: | Dr. STEPHEN P. BEAUDOIN | 978-499-7200 |
| Attending Physician: | Dr. JEFFREY E. ARLE | 617-632-7246 |

**DISCHARGE MEDICATIONS**

1.Bisacodyl 10 mg PO/PR DAILY constipation
RX *bisacodyl 5 mg 2 tablet(s) by mouth once a day
Disp #*60 Tablet Refills:*0

2.Dexamethasone 4 mg PO Q6H
RX *dexamethasone 4 mg 1 tablet(s) by mouth every 6 hours
Disp #*45 Tablet Refills:*0

3.Famotidine 20 mg PO BID
RX *famotidine 20 mg 1 tablet(s) by mouth twice a day
Disp #*60 Tablet Refills:*0

4.LeVETiracetam 500 mg PO BID
RX *levetiracetam 500 mg 1 tablet(s) by mouth twice a day
Disp #*60 Tablet Refills:*0

**DISCHARGE INSTRUCTIONS**
**FINAL DIAGNOSIS**
**RECOMMENDED FOLLOW-UP**

**MAJOR SURGICAL OR INVASIVE PROCEDURES**
**CONDITION AT DISCHARGE**
Discharge. Electronically Signed by WILLIAMS,LISA, APN on 05/09/14 @ 1516

---

**Progress note 05/09/2014 Dr. Lorraine RN Macisaac Service: Inpatient**
Note Date: 05/09/14
Signed by LORRAINE MACISAAC, RN on 05/09/14 at 11:51 am Affiliation: BIDMC

Continued Stay Review - Case Management

Patient: Ministeri, Anthony
MRN: BID #228-56-30
DOB: ██/1953

Final D/C Plan? [ ]Y / [x ]N
Discharge Plan: Unclear at this time. Continues IVF and imaging.
Awaiting recs from team.

Transportation:
Discharge Facility:
Facility Comments:

Homecare Info:

DME Info:

Case Manager: Lorraine Macisaac, RN
Date Completed: 05/09/14

---

**Initial note 05/09/2014 Dr. Xiuning Le, Dr. Robb S. Friedman Service: Hematology/Oncology**
Note Date: 05/09/14
Signed by XIUNING LE, MD on 05/09/14 at 8:02 pm Affiliation: BIDMC
Cosigned by ROBB S FRIEDMAN, MD on 05/11/14 at 10:32 pm

HEMATOLOGY-ONCOLOGY INITIAL **CONSULT** NOTE

Attending on Service: Dr. Robb Friedman
Fellow on service: Dr. Xiuning Le
Rotating Medical Student: AJ Piper, MS4

SERVICE REQUESTING **CONSULT**: Neurosurgery

ATTENDING: Dr. Jeffrey Arle

REASON FOR **CONSULT**: Brain tumor

**CHIEF COMPLAINT**: confusion, dizziness, incoordination

HISTORY OF PRESENT ILLNESS: Mr. Ministeri is a 61yo man with
history of smoking who presented with confusion, dizziness, and
incoordination of 1 week duration. Mr. Ministeri was feeling
completely normal until about 1 week ago when he found himself
lost in a hotel in New York City, requiring assistance to find
his room. Similar episodes of confusion, incoordination, and
dizziness continued to occur over the last week prompting Mr.
Ministeri to seek evaluation at an AJH in Newburyport. CT at AJH
was concerning for right sided high-grade glioma crossing the
midline without midline shift or hydrocephalus. **Review of systems**
reveals that Mr. Ministeri retains his appetite, but has lost

**Initial note 05/09/2014 Dr. Xiuning Le, Dr. Robb S. Friedman Service: Hematology/Oncology**

10lbs over the last month or so. Mr. Ministeri denies any headaches, vision or hearing changes, nausea/vomiting, facial droop, or dysarthria. He denies any weakness or abnormalities in sensation.

Since arrival at the BIDMC, Mr. Ministeri has undergone further imaging and work-up. Brain MRI with and without contrast confirms an irregular enhancing lesion which crosses the corpus collasum without midline shift or hydrocephalus. A possible lung nodule found on X-ray at AJH was not found on chest CT. However, CT chest and abdominal **findings** at BIDMC included possible hepatic hemangioma, lytic spine lesion at T11, and a left femoral intertrochanteric density consistent with an endochondroma.

**Review of systems**:

(+) Per HPI

(-) Denies fever, chills, night sweats. Denies headache, sinus tenderness, rhinorrhea or congestion. Denied cough, shortness of breath. Denied chest pain or tightness, palpitations. Denied nausea, vomiting, diarrhea, constipation or abdominal pain. No recent change in bowel or bladder habits. No dysuria. Denied arthralgias or myalgias.

PAST MEDICAL HISTORY:

1) Cluster headaches

2) Closed skull fracture

3) HTN

4) Hyperlipidemia

5) Osteoarthritis

PAST SURGICAL HISTORY.

1) Right total hip arthroplasty

HOME MEDICATIONS: Simvastatin, naproxen, verapamil

INPATIENT MEDICATIONS. Decadron 4mg Q6hrs, levetiracetam 500mg PO BID, famotidine, lorezapam, diphenhydramine, heparin 5000 SC TID, Insulin sliding scale, nicotine patch

ALLERGIES: NKDA

SOCIAL HISTORY: Pt lives with his wife Renee and is happily married with children. The oldest is a junior in college living in SC. One grandchild. Pt was recently let go from one contruction/engineering firm and began work with another in April in a part-time position. He has medical insurance, but is uncertain about disability status. Pt is a long-time 1ppd smoker and socially uses EtOH. No illicit drug use.

FAMILY HISTORY: NC

PHYSICAL EXAM

VS: 98.4 122/77 78 19 95% on RA

GENERAL: alert and oriented, NAD

HEENT: No scleral icterus. PERRLA/EOMI. MMM.

EXTREMITIES: No c/c/e

AR0794

**Initial note 05/09/2014 Dr. Xiuning Le, Dr. Robb S. Friedman Service: Hematology/Oncology**

NEURO: A&Ox3. Appropriate. CN 2-12 grossly intact. Preserved sensation throughout. 5/5 strength throughout. Gait **assessment** deferred

LABS:

Na: 138

K. 4.6

Cl: 103

HCO3: 25

BUN: 16

Cr. 0.7

Gluc: 136

AGap=15

Ca. 9.0 Mg: 2.4 P: 3.5

WBC: 7.3

Hgb: 15.2

Hct: 46.6

Plt: 161

N:84.3 L:11.3 M:3.7 E:0.2 Bas:0.5

STUDIES:

5/8 - HEAD CT W/Wo Contrast:

**IMPRESSION**:

Irregular enhancing mass lesion with central areas of low signal intensity is with involvement of the corpus callosum in both occipital lobes most likely due to a glioma. No midline shift or hydrocephalus.

5/8 - CHEST CT W/ Contrast

**IMPRESSION**:

no evidence of intrathoracic malignancy. Mild to moderate emphysema

**IMPRESSION**:

Please note that thoracic **findings** will be detailed in a separate chest CT report.

1. Multiple hepatic hypodensities, some of which may represent hemangiomas, however metastatic disease cannot be excluded. Recommend MRI of the liver for additional evaluation.

2. Lytic appearing lesion in T11, which may represent an atypical hemangioma or metastatic disease. Recommend MRI of the thoracic spine for additional evaluation.

3. Area of increased sclerosis in the intertrochanteric region of the left femur likely represents a cartilaginous lesion, such as an enchondroma. Dedicated radiograph of the left femur could be performed for additional evaluation.

The study and the report were reviewed by the staff radiologist

AR0795

**Initial note 05/09/2014 Dr. Xiuning Le, Dr. Robb S. Friedman Service: Hematology/Oncology**

**ASSESSMENT** AND PLAN:Mr. Ministeri is a 61yo man with smoking
history who presented with one week of confusion and
incoordination found to have a right-sided enhancing brain lesion
highly concerning for high-grade glioma. Additional studies do
not at this point indicate a distant primary tumor. CXR at an OSH
did demonstrate a lung nodule, though this was not found on chest
CT. Chest and abdominal CT did reveal multiple hepatic
hypodensities, possibly indicative of hemangiomas versus
metastasis. Additionally, a lytic-appearing spine lesion was
noted at T11  While both lesions could be better characterized
with MRI, biopsy of the brain mass on Monday will offer
definitive **diagnosis** of his brain lesion.

If the biopsy confirms high grade glioma, maximal safe resection
and whole brain radiation is typically followed by chemotherapy
with temazolimide as the standard of care most typically offered
by neuro-oncology. Additional agents have been approved for use
in the recurrent setting.

At this point, we suggest no further imaging studies or work-up
anticipating that following **results** of brain biopsy complete
oncologic care will be established through neuro-oncology,
neurosurgery and radiation oncology.

Thank you for involving us in Mr. Ministeri's care. The patient
was seen and discussed with Dr. Robb Friedman, who is the **consult**
attending.

Addendum by ROBB S FRIEDMAN, MD on 05/11/14 at 10:32 pm:
Attending Addendum

I interviewed and examined the patient and reviewed the chart and
relevant data. I agree with **assessment** and recommendations,
which I formulated with Dr. Le. Time spent with patient and
formulating plan: 50 minutes.

Robb S. Friedman MD
Hematology / Oncology

---

**Initial note 05/09/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 05/09/14

Signed by ERIK UHLMANN, MD on 05/14/14 at 7:40 pm Affiliation: HMFP practice

NEURO-ONCOLOGY **CONSULT** NOTE

PATIENT· Anthony Ministeri

BID MRN: 2285630

LOCATION: FA5-FA501-02

DATE OF VISIT: May 9, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

**Initial note 05/09/2014 Dr. Erik J. Uhlmann Service: Neurology**

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal mass
involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: pending

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He is visited in his
hospital room with two of his colleagues and friends.

MEDICATIONS:

1. Dexamethasone 4 mg PO Q6H

2. LeVETiracetam 500 mg PO BID

3. Insulin SC Sliding Scale

4. Dextrose 50% 12.5 gm IV PRN hypoglycemia protocol

5 Glucagon 1 mg IM Q15MIN:PRN hypoglycemia protocol

6. Glucose Gel 15 g PO PRN hypoglycemia protocol

7. Docusate Sodium 100 mg PO BID:PRN constipation

8. Famotidine 20 mg PO BID

9. Bisacodyl 10 mg PO/PR DAILY constipation

10. IV access: Peripheral line

11. IV 20 mEq Potassium Chloride 1000 ml NS 85 ml/hr

ALLERGIES

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal mass

2. Cluster headaches, botulinum injections

3. Right hip replacement, osteoarthritis

4. Closed skull fracture

5. Hypertension

6. Dyslipidemia

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87  He is a senior vice president of an engineering company. He
smokes 1 ppd for many years. .

**REVIEW OF SYSTEMS**:

Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no

AR0797

**Initial note 05/09/2014 Dr. Erik J. Uhlmann Service: Neurology**
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION:**
T 98.1 BP 114/86 P 72 R 18 KPS 50 spO2 99%RA. Mental status is
satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness.

LABORATORY:
5/9/14 WBC 8.6 HGB 15.0 PLT 158
5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0.9 GLC 145

IMAGING:
1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass
lesion identified involving the right parietal occipital region
involving the splenium of corpus callosum with a small nodular
area of enhancement in the left occipital lobe. There is
involvement of the corpus callosum seen. There is surrounding
edema identified. Small amount of subacute and chronic blood
products are seen. The distribution and appearance is suggestive
of a primary brain neoplasm such as glioma. There is mass effect
on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal
horn likely secondary to mass effect upon the right trigone.
2. CT c/a/p dated 5/8/14 shows no evidence of intrathoracic
malignancy. Mild to moderate emphysema. Multiple hepatic
hypodensities, some of which may represent hemangiomas, however
metastatic disease cannot be excluded  Lytic appearing lesion in
T11, which may represent an atypical hemangioma or metastatic
disease. Area of increased sclerosis in the intertrochanteric
region of the left femur likely represents a cartilaginous
lesion, such as an enchondroma. Dedicated radiograph of the left
femur could be performed for additional evaluation.

**ASSESSMENT** AND PLAN:

**Initial note 05/09/2014 Dr. Erik J. Uhlmann Service: Neurology**
In summary, this is a 61 year old, left-handed man with right
frontal and parietal mass involving the corpus callosum,
confusion, and disorientation. He will undergo biopsy of the
lesion. I will review the pathology. He has no seizure history
and on levetiracetam. He is on dexamethasone along with GI
prophylaxis. 60 minutes were spent with the patient of which 50%
was counseling. Additional time was spent on reviewing tests and
images, and preparing documentation. All questions were answered
to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

---

**Initial note 05/09/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**
Note Date: 05/09/14
Signed by RAVI CHANDRA, MD on 05/12/14 at 9:48 am Affiliation: BIDMC
Cosigned by SCOTT FLOYD, MD, PHD on 05/13/14 at 11:41 am

INITIAL **CONSULTATION** NOTE

Department of Radiation Oncology
Beth Israel Deaconess Medical Center
330 Brookline Avenue, Boston, MA 02215
(617) 667-2345
BIDMC: 228-56-30
Name: Ministeri, Anthony
DOB: █████/1953
Address: ██████████ Merrimac, MA 01860.
Phone: 978-346-█████
Referring MD: Jeffrey Arle, M.D.
Primary MD: Stephen Beaudoin, M.D.
**Diagnosis**: Brain masses, liver and bone lesions.
Performance Status: ECOG 1.

DATE: 05/09/2014

IDENTIFICATION: Mr. Ministeri is a 61-year-old male who recently
presented with one week of disorientation/confusion as well as
coordination difficulties. He was found on a CT scan at an
outside facility to have a brain lesion. He has subsequently
been sent to our hospital for further evaluation and management.
We have been asked by Dr Arle and the primary team to see the
patient and make recommendations regarding next steps in
management

HISTORY OF PRESENT ILLNESS: The patient reports that he has been
in his usual state of health until recently. He notes on a
recent business trip to New York one week ago having some issues
with getting lost within an office building and even walking on
the street. He notes that he has also had some difficulty typing

AR0799

**Initial note 05/09/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

memos, occasionally typing gibberish. He also notes he has had some difficulty with drinking from cups and is noting increased clumsiness. He presented to Anna Jacques Hospital where a CT scan demonstrated reportedly an approximately 6 cm mass in the right frontal and parietal lobe. The patient received Decadron and was transferred. While at Beth Israel Deaconess, an MRI of the brain was obtained demonstrating enhancing mass lesion in the right parieto-occipital regions involving the splenum of the corpus callosum with a small area of nodular enhancement in the left occipital lobe. There was noted to be perilesional edema. There was no midline shift or hydrocephalus appreciated, and in aggregate these **results** were felt to be most consistent with a primary glioma. CT of the chest was obtained the same day, which did not demonstrate any evidence of intrathoracic malignancy. CT of the abdomen and pelvis demonstrated multiple hepatic hypodensities felt to possibly represent hemangiomas; however, metastatic disease could not be excluded. MRI of the liver was recommended for additional evaluation. A lytic lesion at T11 was also noted, which was possibly consistent with an atypical hemangioma versus metastatic disease and MRI of the spine was also recommended.

The patient reports since being on Decadron in the hospital feeling quite a bit better, although he still has some difficulty with drinking. He is very eager to return home with plans to return next week for a stereotactic biopsy with our colleagues in Neurosurgery. A focused **review of systems** is otherwise negative.

PAST MEDICAL HISTORY:

1. History of right hip replacement.

2 Osteoarthritis.

CURRENT OUTPATIENT MEDICATIONS: None.

DRUG ALLERGIES: The patient has no known drug allergies.

FAMILY HISTORY: Unknown.

SOCIAL HISTORY: The patient is accompanied by his wife. He works in engineering for a construction firm and does quite a bit of traveling. He has a past history of smoking including a current history of smoking. He possibly intends treatment closer to home as applicable.

**PHYSICAL EXAMINATION:**

General: Well-appearing, appearing stated age, in no acute distress.

HEENT: Extraocular movements intact, anicteric sclerae, mucus membranes moist, no oral lesions, face symmetric.

Neck: Supple

Pulm: Clear normal respirations

Cards: Regular to inspection

Abd: Soft, benign

**Initial note 05/09/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

Extr: No cyanosis nor edema. Warm and well perfused.

Neuro/Psych: Alert and oriented x3, CN II-XII intact, strength/
light touch sensation intact in upper and lower extremities,
proximal and distal. Please note that there is left-sided neglect
as well as left visual field/neglect and positive left pronator
drift. No finger to nose dysmetria. Coordination otherwise
intact. Gait intact as tested (tandem).

Derm: No suspicious lesions nor rashes on exposed skin.

DATA REVIEW: The patient's MRI scan dated May 8, 2014, was
personally reviewed, **results** as indicated in the history of
present illness.

**IMPRESSION** AND PLAN: Mr. Ministeri is a 61-year-old male with a
recent history of coordination difficulties as well as confusion
who was found to have a large bihemispheric brain lesion in the
right parieto-occipital area as well as liver hypodensities and a
T11 hyperdensity on recent staging CT scan. Clinically, he is
stable to improved on steroid therapy and we have been asked by
Dr. Arle and the primary team to see the patient and make
recommendations regarding next steps in management

Today, we met with the patient and his wife in his hospital room
at the Beth Israel Deaconess Hospital to discuss our **impressions**
and treatment recommendations. We had a long discussion with Mr.
Ministeri and his wife regarding available clinical data, in
particular that his head imaging is most in keeping with a
malignancy; however, his upcoming stereotactic biopsy will help
us exclude potential other etiologies. Assuming this is
malignant in nature, we discussed broadly speaking that the
differential **diagnosis** includes a metastatic lesion (especially
given his history of smoking) versus a primary brain tumor. We
discussed the prognostic ramifications of each and discussed
typical survivals at the patient's request. We indicated that we
will be able to better discuss the treatment paradigms once
pathologic analysis has been obtained. The patient expressed
understanding and agreement with this plan. We indicated that as
applicable and at the patient's request, we will be able to
provide referrals to radiation oncologist closer to home. The
patient and his wife asked a number of appropriate questions,
which were answered to the best of our ability to their apparent
satisfaction today. They also were provided with our contact
information and know how to contact us at any time with any
questions or concerns.

Thank you for involving us in the care of this patient.

This patient was seen, discussed and examined with Dr. Scott
Floyd, attending physician in Radiation Oncology.

Ravi A. Chandra MD PhD

eScription document:1-13659623

AR0801

**Initial note 05/09/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

Cc: Stephen Beaudoin MD

Pentucket Medical Associates

260 Merrimac St

Newburyport, MA 01950

Cc: Jeffrey Arle MD

BIDMC NeuroSurgery

110 Francis Street, Suite 3B

Boston, MA 02215-5501

Addendum by SCOTT FLOYD, MD, PHD on 05/13/14 at 11:41 am:
On the day of **consultation**, I saw and examined Mr. Ministeri with
Dr. Chandra. I agree with his **findings**, **assessment** and plan as
detailed above. I would add the following comments: Mr. Ministeri
is a 61 year old smoker who presents with large symptomatic
necrotic appearing brain mass. He has improved greatly with
decadron therapy. CT torso also reveals liver lesions and a lytic
T11 mass. These are concerning for metastatic cancer. His brain
lesion imaing is also consistent with primary brain tumor,
however. He will require a tissue **diagnosis**, for futher treatment
recommendations, and a biopsy is planned for 5/12/14. We
discussed both metastatic cancer and primary malignant brain
tumors in detail, with the patient and his wife, noting that we
are unable to make specific recommendations at this time without
pathology. We will followup with Mr. Ministeri when pathology is
available for further recommendations.

**Disch Sum 05/09/2014 Dr. Jeffrey E. Arle**
**DISCHARGE SUMMARY**

ARLE,JEFFREY E.

Signed Electronically by ARLE,JEFFREY on MON MAY 12,2014 12:51 PM

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 05/07/14 Discharge Date: 05/09/14

Date of Birth: ████/1953 Sex: M

Service: NEUROSURGERY

Allergies:
No Known Allergies / Adverse Drug Reactions

Attending: ARLE,JEFFREY E.

**Chief Complaint**:
disorientation

Major Surgical or Invasive Procedure:
none
the patient is to returen for a Brain Biopsy with Dr Arle on
5/12

**Disch Sum 05/09/2014 Dr. Jeffrey E. Arle**

History of Present Illness:

This is a 61 year old gentleman who presented to an OSH
for evaluation after he had 1 week of symptoms consisting of
disorientation, difficulty driving, difficulty concentrating,
and
some poor balance when ambulating. Imaging was done which showed
a right sided brain lesion on CT that appeared to cross the
midline concerning for high grade glioma. He was sent to BIDMC
for further management and care. He denies headaches, nausea,
vomiting, dizziness, changes in vision, hearing, or speech.

Past Medical History:
Right hip replacement, osteoarthritis

Social History:
lives at home with his wife

Family History:
NC

Physical Exam:
On Admission:
Gen: WD/WN, comfortable, NAD.
HEENT: Pupils: PERRL EOMs full however does skip when
looking to left
Neck: Supple.
Lungs: CTA bilaterally.
Cardiac: RRR. S1/S2.
Abd: Soft, NT, BS+
Extrem: Warm and well-perfused.
Neuro:
Mental status: Awake and alert, cooperative with exam, normal
affect.
Orientation: Oriented to person, place, and date.
Language: Speech fluent with good comprehension and repetition.
Naming intact. No dysarthria or paraphasic errors.

Cranial Nerves:
I. Not tested
II: Pupils equally round and reactive to light, 4mm to
2mm bilaterally. On gross visual field exam has a left
homonymous
hemianopsia
III, IV, VI: EOMs full but does skip to left side to try and
catch up c/w field cut
V, VII: Facial strength and sensation intact and symmetric.
VIII: Hearing intact to voice.
IX, X: Palatal elevation symmetrical.
XI: Sternocleidomastoid and trapezius normal bilaterally.
XII: Tongue midline without fasciculations.

Motor: Normal bulk and tone bilaterally. No abnormal movements,

AR0803

**Disch Sum 05/09/2014 Dr. Jeffrey E. Arle**

tremors. Strength full power 5/5 throughout. No pronator drift

Sensation: Intact to light touch, proprioception, pinprick and
vibration bilaterally.

On Discharge:
5/9:
neurologically intact

Pertinent **Results**:
Radiology Report MR HEAD W & W/O CONTRAST Study Date of
05/08/2014 12:03 PM

**IMPRESSION**:

Irregular enhancing mass lesion with central areas of low signal
intensity is with involvement of the corpus callosum in both
occipital lobes most likely due to a glioma. No midline shift
or hydrocephalus.

Radiology Report CT ABD & PELVIS W & W/O CONTRAST, ADDL SECTIONS
Study Date of 05/08/2014 10:57 AM

**IMPRESSION**:

Please note that thoracic **findings** will be detailed in a
separate chest CT
report.

1. Multiple hepatic hypodensities, some of which may represent
hemangiomas, however metastatic disease cannot be excluded.
Recommend MRI of the liver for additional evaluation.

2. Lytic appearing lesion in T11, which may represent an
atypical hemangioma or metastatic disease. Recommend MRI of the
thoracic spine for additional evaluation.

3. Area of increased sclerosis in the intertrochanteric region
of the left
femur likely represents a cartilaginous lesion, such as an
enchondroma.
Dedicated radiograph of the left femur could be performed for
additional
evaluation.

Radiology Report CT CHEST W/CONTRAST Study Date of 05/08/2014
11:05 AM

**IMPRESSION**:

no evidence of intrathoracic malignancy. Mild to moderate
emphysema

Brief Hospital Course:
This is a 61 year old M with symptoms of disorientation and
difficulty concentrating who presented after a head CT showed a
R sided brain lesion that crosses the midline. He was admitted
to the neurosurgery service for further management and
evaluation. He was started on decadron and keppra.

AR0804

**Disch Sum 05/09/2014 Dr. Jeffrey E. Arle**

On 5/8, patient was stable on exam. MRI head and CT torso were
ordered.

On 5/9, The **results** of the MRI of the Brain and the CT torso
were discussed with the patient and his wife. Neuro oncology
and radiation oncology as well as medical oncology were all
consulted. The patient requested to be discharged to home and
is planned to return to the hospital on Monday 5/12 for a Brain
Biopsy with Dr Arle.

Medications on Admission:
none

Discharge Medications:
1. Bisacodyl 10 mg PO/PR DAILY constipation
RX *bisacodyl 5 mg 2 tablet(s) by mouth once a day Disp #*60
Tablet Refills:*0
2. Dexamethasone 4 mg PO Q6H
RX *dexamethasone 4 mg 1 tablet(s) by mouth every 6 hours Disp
#*45 Tablet Refills:*0
3 Famotidine 20 mg PO BID
RX *famotidine 20 mg 1 tablet(s) by mouth twice a day Disp #*60
Tablet Refills:*0
4 LeVETiracetam 500 mg PO BID
RX *levetiracetam 500 mg 1 tablet(s) by mouth twice a day Disp
#*60 Tablet Refills:*0

Discharge Disposition:
Home

Discharge **Diagnosis**:
R brain lesion

Discharge Condition:
neurologically intact

Discharge Instructions:
Your Brain Biopsy is scheduled with Dr Arle for Monday. There
is no time set at this point. Your surgery is scheduled as an
ADD ON case

You will need a MRI of the Brain for OPERATIVE planning. The
appointment for the MRI is at 5:20 am Monday on 5/12.

please do not eat or drink any thing after 11pm on 5/11 Sunday.

DO NOT take any aspirin, ibuprofen, heparin, lovenox, plavix,
coumadin or any other blood thining medications prior to
surgery  You should not take any of these medications for 7 days
prior to the operating

? Exercise should be limited to walking; no lifting,
straining, or excessive bending.

? DO NOT take any anti-inflammatory medicines such as
Motrin, Aspirin, Advil, and Ibuprofen etc.

**Disch Sum 05/09/2014 Dr. Jeffrey E. Arle**

? You have been discharged on Keppra (Levetiracetam), you
will not require blood work monitoring. This is a medication to
prevent seizures.

? You are being sent home on steroid medication ( Decadron 4
mg every 6 hours), make sure you are taking a medication to
protect your stomach (Pepcid), as these medications can cause
stomach irritation. Make sure to take your steroid medication
with meals, or a glass of milk.

? Clearance to drive and return to work will be addressed at
your post-operative office visit.

? Make sure to continue to use your incentive spirometer
while at home.

CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE
FOLLOWING

? New onset of tremors or seizures.

? Any confusion or change in mental status.

? Any numbness, tingling, weakness in your extremities.

? Pain or headache that is continually increasing, or not
relieved by pain medication.

? Any signs of infection at the wound site: increasing
redness, increased swelling, increased tenderness, or drainage.

? Fever greater than or equal to 101.5- F.

Followup Instructions.
Follow-Up Appointment Instructions

Your Brain Biopsy is scheduled with Dr Arle for Monday 5/12.
There is no time set at this point. Your surgery is scheduled
as an ADD ON case. If you should have any questions, please
call the office at 617-632-7246.

You will need a MRI of the Brain for OPERATIVE planning. The
appointment for the MRI is at 5:20 am Monday on 5/12.

JEFFREY E. ARLE MD 14-AAR

Completed by: LISA WILLIAMS NP 80-DAV 05/09/14 @ 1527

---

**Op Report 05/12/2014 Dr. Jeffrey E. Arle**
**OPERATIVE REPORT**

ARLE,JEFFREY E.
Signed Electronically by ARLE,JEFFREY on THU MAY 22,2014 9:35 PM
Name: MINISTERI, ANTHONY Unit No: 2285630

Service: Date: 05/12/2014

Date of Birth ████/1953 Sex: M

**Op Report 05/12/2014 Dr. Jeffrey E. Arle**

Surgeon: Jeffrey E. Arle, M.D. 92347

PREOPERATIVE **DIAGNOSIS**: Refractory infiltrative brain tumor.

POSTOPERATIVE **DIAGNOSIS**: Refractory infiltrative brain tumor.

ANESTHESIA: General.

PROCEDURE: Frameless stereotactic navigation-assisted biopsy.

SURGEON'S ATTESTATION: I was present and performed all important and otherwise parts of the case myself.

DESCRIPTION OF PROCEDURE: The patient was taken to the operating room on 05/12/2014 intubated, placed in Mayfield head pins, shaved and prepped and draped for a right frontotemporal incision and bur hole. The BrainLAB system was used with fiducials obtained from the MRI scan earlier that day and localized into the system where the tumor could be readily appreciated and the articulating arm could be moved into position with the biopsy needle. After an appropriate time-out, the incision was made with a 10-blade. Careful dissection down to the bone was made with a small Weitlaner for self-retaining retraction. Hemostasis was obtained using the bipolar. A 14 mm bur hole was used, and the dura was coagulated and opened with an 11-blade. The small area of the cortex and the pia was opened with the bipolar. There were no veins in the region, and the biopsy needle was then placed into the designated target and secured into position.

Four-quadrant biopsies were begun. The first quadrant was obtained without incident, as was the second. On the third biopsy, there was blood obtained, and it appeared a small amount of blood was coming through the cannula itself. The syringe was used to remove a small amount of blood, probably 3 cc total. Then, the stylet was replaced. It was periodically looked at, and a small amount of saline was used in the cannula, but the decision was made to stop the biopsies at this point and look at the tissue.

His tissue was examined and, while there was edematous white matter and infiltrative reactive astrocytes, it did not appear that there was a **diagnosis** that could be made. However, the rest of the tissue would be examined, and the decision was made not to proceed with any further biopsy as there was no ability to know how large the bleed was. We let the patient wake up and examined it. So the area was made hemostatic, and the biopsy needle was removed. The wound was closed using interrupted Vicryl and staples. The patient was then taken out of the Mayfield head frame, awakened, extubated, moving all 4 extremities and response down to the

**Op Report 05/12/2014 Dr. Jeffrey E. Arle**

CAT scanner for a CAT scan, where a small bleed was noted.

The patient was then transferred to the ICU for further care,

appropriate and following commands.

Jeffrey E. Arle, M.D. 14-AAR

I was physically present during all critical and key portions of

the procedure and immediately available to furnish services during

the entire procedure, in compliance with CMS regulations.

Dictated By: Jeffrey E. Arle, M.D.

MEDQUIST36

D: 05/19/2014 18:54.56

T: 05/19/2014 19:29:22

Job#: 028510

---

**BETH ISRAEL DEACONESS MEDICAL CENTER**

**PATIENT DISCHARGE PLAN**

**PATIENT INFORMATION**

| | |
|---|---|
| Patient Name | ANTHONY MINISTERI |
| MRN#: | 2285630 |
| Case#: | 0319879 7 |
| DOB: | ████1953 |
| Patient Status: | Admitted MAY 12,2014 |
| Reason for Admission: | DISORIENTATION |
| Discharged to: | Home |
| Primary Physician: | Dr. STEPHEN P. BEAUDOIN    978-499-7200 |
| Attending Physician: | Dr. JEFFREY E. ARLE    617-632-7246 |

**DISCHARGE MEDICATIONS**

1.Dexamethasone 4 mg PO Q8H Duration: 48 Hours

RX *dexamethasone 4 mg 1 tablet(s) by mouth three times a day

Disp #*6 Tablet Refills:*0

2.Dexamethasone 3 mg PO Q8H Duration: 48 Hours

RX *dexamethasone 1 mg 3 tablet(s) by mouth every eight (8) hours

Disp #*18 Tablet Refills:*0

3.Dexamethasone 2 mg PO Q8H Duration: 48 Hours

RX *dexamethasone 2 mg 1 tablet(s) by mouth q8

Disp #*6 Tablet Refills:*0

4.Dexamethasone 2 mg PO Q12H

RX *dexamethasone 2 mg 1 tablet(s) by mouth q12 hours

Disp #*60 Tablet Refills:*1

5.Docusate Sodium 100 mg PO BID

RX *docusate sodium [Colace] 100 mg 1 capsule(s) by mouth twice a day

Disp #*60 Capsule Refills:*0

6.Famotidine 20 mg PO BID

RX *famotidine 20 mg 1 tablet(s) by mouth twice a day

Disp #*60 Tablet Refills:*0

7.LeVETiracetam 500 mg PO BID

RX *levetiracetam 500 mg 1 tablet(s) by mouth twice a day

Disp #*60 Tablet Refills:*0

8.OxycoDONE (Immediate Release) 5-10 mg PO Q4H:PRN pain

RX *oxycodone 5 mg 5-10 mg tablet(s) by mouth every four (4) hours

Disp #*50 Tablet Refills:*0

9.Senna 8.6 mg PO BID constipation

RX *sennosides [senna] 8.6 mg 1 mg by mouth twice a day

Disp #*60 Capsule Refills:*0

**DISCHARGE INSTRUCTIONS**

AR0808

## DISCHARGE INSTRUCTIONS
Brain Biopsy of mass
Dr. Arle
- Have a friend/family member check your incision daily for signs of infection.
- Take your pain medicine as prescribed.
- Exercise should be limited to walking; no lifting, straining, or excessive bending.
- Dressing may be removed on Day 2 after surgery on 5/14/2014
- Your wound was closed with staples. you must wait until after they are removed to wash your hair. You may shower before this time using a shower cap to cover your head.
- Increase your intake of fluids and fiber, as narcotic pain medicine can cause constipation. We generally recommend taking an over the counter stool softener, such as Docusate (Colace) & Senna while taking narcotic pain medication.
- Unless directed by your doctor, DO NOT take any anti-inflammatory medicines such as Motrin, Aspirin, Advil, and Ibuprofen etc.
- You have been discharged on Keppra (Levetiracetam) for seizure prophylaxsis, you will not require blood work monitoring.
- You are being sent home on steroid medication, make sure you are taking a medication to protect your stomach (Prilosec, Protonix, or Pepcid), as these medications can cause stomach irritation. Make sure to take your steroid medication with meals, or a glass of milk.
- Clearance to drive and return to work will be addressed at your post-operative office visit.
- Make sure to continue to use your incentive spirometer while at home.
CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE FOLLOWING
- New onset of tremors or seizures.
- Any confusion or change in mental status.
- Any numbness, tingling, weakness in your extremities.
- Pain or headache that is continually increasing, or not relieved by pain medication.
- Any signs of infection at the wound site: increasing redness, increased swelling, increased tenderness, or drainage.
- Fever greater than or equal to 101.5- F.

## FINAL DIAGNOSIS
Right BRAIN LESION

## RECOMMENDED FOLLOW-UP
Follow-Up Appointment Instructions:
- Please return to the office in 14 days (from your date of surgery on 5/12/2014) for removal of your staples and a wound check. This appointment can be made with the Physician Assistant or Nurse Practitioner. Please make this appointment by calling 617-632-7246. If you live quite a distance from our office, please make arrangements for the same, with your PCP.
- You have an appointment in the Brain Tumor Clinic on
05/19/14 11:00a UHLMANN,BRAIN TUMOR
SC SHAPIRO CLINICAL CTR, 8TH FLOOR
NEUROLOGY UNIT CC8 (SB)
Create Visit Summary
. The Brain Tumor Clinic is located on the East Campus of BIDMC, in the Shapiro Building, 8th floor. Their phone number is 617-667-1665. Please call if you need to change your appointment, or require additional directions.

## MAJOR SURGICAL OR INVASIVE PROCEDURES
Brain Biopsy right by DR Arle on 5/12/2014

## CONDITION AT DISCHARGE
alert and oriented to person/place/time
pupils equal and reactive
slight left cupping of the hand/pronator drift exam
very subtle left neglect
strength and sensation full
incision well healed / approximated with staples
Discharge: Electronically Signed by WILLIAMS,LISA, APN on 05/13/14 @ 1629

---

**Initial note 05/13/2014 Dr. Tegan PT Guilfoyle, Dr. Stacey PT Adamson Service: Rehabilitative Services**

Note Date: 05/13/14

Signed by TEGAN GUILFOYLE, PT on 05/13/14 at 12:10 pm Affiliation: BIDMC

Cosigned by STACEY ADAMSON, PT on 05/13/14 at 12:13 pm

PHYSICAL THERAPY EVALUATION

Rehabilitation Services - Inpatient Physical Therapy

Attending Physician: ARLE,JEFFREY E

Referral Date: 5/13/14

AR0809

**Initial note 05/13/2014 Dr. Tegan PT Guilfoyle, Dr. Stacey PT Adamson Service: Rehabilitative Services**

Medical Dx/ICD9: s/p right brain biopsy

Reason for Referral: Evaluation and Treatment, Home Safety Evaluation, Risk to Fall, Other Considerations (leaving today if cleared by PT)

Activity Orders: Out of bed w/ assist tid

HPI/Subjective Complaint: 61M presenting s/p R brain biopsy. Pt initially presented to OSH w/ complaint of several weeks of disorientation, difficulty driving, difficulty concentrating, and impaired balance. Imaging at OSH demonstrated R sided brain lesion which crossed midline on CT concerning for high grade glioma. Pt was sent to BIDMC ED on 5/7 for futher w/u and admitted to neurosurgery service, was started on decadron and keppra and discharged on 5/9 w/ plan to return on 5/12 for biopsy, which was performed as scheduled and complicated by unexpected bleeding noted from biopsy site intraoperatively. Pt was sent to the SICU for monitoring, and presents today for PT eval for possible home discharge.

Past Medical/Surgical History: Right hip replacement, osteoarthritis

Medications: acetaminophen, biscodyl, cefazolin, dexamethosone, famotidine, glucagon, hydralazine, levetiracetam, morphine sulfate, ondansetron, oxycodone, senna

Radiology:
Head CT 5/12: Status post biopsy of the right periatrial mass with small amount of blood products in the surgical bed. No change in mass effect.
MRI 5/12: Previously seen irregular rim enhancing lesions in the right periatrial region and extending to the corpus callosum to the left occipital lobe is again identified for surgical planning

Labs:
05/13/14: WBC: 13.6*
05/13/14: HGB: 15.1
05/13/14: HCT: 43.5
05/13/14: Plt Count: 155

Social/Occupational History: lives w/ wife, 19 year old daughter and a dog at home. Pt has a son in South Carolina who plays baseball. Pt works full time running engineering and construction business, mostly desk work, tons of travel. Pt enjoys 1-2 glasses of wine per night, reports current smoking 7-8 cigarettes per day, is trying to cut back, uses Nicorette gum occasionally. Stopped entirely for 5-6 years at one point. Pt initially started smoking at age 20.

Living Environment: 3 story home, no steps to enter, main living area on 1st floor, bedroom on 2nd floor, bathrooms on every floor. Bilateral railings on stairs (can reach both). has shower

**Initial note 05/13/2014 Dr. Tegan PT Guilfoyle, Dr. Stacey PT Adamson Service: Rehabilitative Services**

chair and crutches at home from previous THR.

Prior Functional Status/Activity Level: Totally I PTA, drives.
Pt describes a LOB on escalator while in Manhattan 3-4 days ago,
caught himself on railing, no resulting fall. No other LOB but "I
use a death grip on the stair railings" 2/2 recent balance
impairment. Pt reports occasional walking for exerise, enjoys
golf.

OBJECTIVE TESTS

Arousal, Attention, Cognition, Communication: Pt is alert and
oriented to name, DOB, place, year, month, but reports day as
"wednesday", "7-8"; does report mother's day was this weekend.
11/12 months of the year backward. 2/3 random words 30 min later.
Pt communicates fluently, enjoys using humor, follows all
commands but requires occasional redirect.

Hemodynamic Response/Aerobic Capacity
Position HR BP RR O2 RPE Rest
Supine
Sit 68 115/60 12
Stand 80 130/70
Activity amb 84 145/70 16
Recovery
Total Distance Walked: 500' Minutes: 15

Pulmonary: denies SOB, strong dry non-productive cough which
elicits discomfort at scalp incision. Lungs CTAB, diminished at
bases.

Integumentary: LUE PIV, pneumoboots, R scalp incision w/ gauze
dressing intact w/ scant dried blood.

Vascular: Distal extremities warm to touch, trace LE edema

Sensory Integrity: grossly intact to light touch, denies
numbness/paraesthesias

Pain: denies pain throughout except cough elicits incisional
discomfort

Limiting Symptoms: none described. Pt denies dizziness or
lightheadedness upon standing.

Posture: increased thoracic kyphosis, forward head, otherwise WFL

Range Of Motion: grossly WFL

Muscle Performance: 5/5 bilateral hip flexion, knee extension,
dorsiflexion, UEs grossly >/=3/5

Motor Function: moves all extremities in isolation, no deficits
noted on exam

Vision: acuitiy grossly intact however pt does not have his
reading glasses present, visual fields intact. Pt demonstrates
mildly decreased attention to objects in periphery (chair in
hallway, button to open door, contacts door jam on L when passing
through threshold) however pt remarks "I have ADD, I don't pay

AR0811

**Initial note 05/13/2014 Dr. Tegan PT Guilfoyle, Dr. Stacey PT Adamson Service: Rehabilitative Services**

attention". Pt denies visual impairment.

Functional Status

Rolling: Presumed I, received in chair

Sup/Sidelying to Sit: Presumed I, received in chair

Sit to Stand: I

Ambulation: I

Stairs: I

Other Activity:

Specify:

***Abbreviation Key*** I=Independent S=Supervision CG=Contact Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane AC=Axillary Crutches

Gait: Pt amb 500' I w/o AD. Pt describes pattern as similar to baseline, notable for wide base of support and externally rotated LEs bilaterally. Pt able to perform cognitive dual task (conversation, serial 5s back from 100 [pt reports could not do serial 7s at baseline]) and tandem gait w/o deviations. Comfortable gait speed over 10m: 1.0m/s, which correlates w/ unlimited community mobility and no increase in fall risk. Pt also ascend/descends 1 flight of stairs w/ R rail, reciprocal pattern, I, no LOB.

Balance: Independent static sitting and standing, dynamic standing and stair climbing. Tinetti POMA 28/28 (low fall risk). 4-item Dynamic Gait Index score: 11/12, which indicates further balance **assessment** is NOT needed. Pt reports that he no longer perceives the balance impairment described in HPI.

Team Communication: Pt's case discussed w/ RN pre/post session re: mobility recs and d/c planning.

Patient/Caregiver Education RE: fall precautions, slow position changes, avoiding valsalva, need for tobacco cessation, role of PT

Intervention: PT exam and edu as above.

## DIAGNOSIS

Impairments, Functional Limitations, Disabilities

- Knowledge deficit RE: role of PT, tobacco cessation

Clinical **Impression**/Prognosis: Pt is a 61M presenting POD#1 s/p R brain lesion biopsy w/ above impairments consistent w/ deconditioning post surgery. Pt is functioning near his baseline w/ no fall risk identified on exam; pt is safe for home d/c when medically stable. No further PT follow-up needs identified. Pt has excellent prognosis for return to prior level of function given age, lack of significant comorbidities, prior level of function and performance on exam, however prognosis may be limited by ongoing tobacco use.

Current Status: G8978 Mobility AM-PAC raw score: 24

Based on the **results** of the AM-PAC, the patient presents with

**Initial note 05/13/2014 Dr. Tegan PT Guilfoyle, Dr. Stacey PT Adamson Service: Rehabilitative Services**

CMS severity: 0% impaired (CH)

Goal Status: G8979 Mobility with CMS severity:0% impaired (CH)

DC status: G8980 Mobility AM-PAC raw score: 24.

Based on the **results** of the AM-PAC, the patient presents with CMS
severity: 0% impaired (CH)

Goals: Time Frame: Met on exam
- Pt will demonstrate knowledge of role of PT, need for smoking
cessation
- Pt will ambulate 500' I w/o LOB
- Pt will ascend/descend 1 flight of stairs w/o LOB
- Pt will perform all functional mobility I w/o LOB

Anticipated Discharge: ( )rehab (x )home

Treatment Plan: D/C acute PT

Recommendations for Nursing: Encourage frequent mobility, OOB and
upright positioning.

Patient agrees with the above goals and is willing to participate
in the rehabilitation program. Please indicate with an 'X': Yes
(x ) or No ( ). If no please explain:

Date: 05/13/2014
Time: 11:10 - 11:40
Student Physical Therapist Name: Tegan Guilfoyle, PT/s
Student Physical Therapist Pager: 38622

Addendum by STACEY ADAMSON, PT on 05/13/14 at 12:13 pm:
I have read and agree with the above information.
Stacey E. Adamson PT, DPT, NCS Pager #35523
Date: 05/13/2014

---

**Disch Sum 05/13/2014 Dr. Jeffrey E. Arle**
**DISCHARGE SUMMARY**

ARLE,JEFFREY E

Signed Electronically by ARLE,JEFFREY on THU MAY 22,2014 9:33 PM

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 05/12/14 Discharge Date. 05/13/14

Date of Birth: ▬▬▬953 Sex: M

Service: NEUROSURGERY

Allergies:
Oxycodone

Attending: ARLE,JEFFREY E.

**Chief Complaint**
elective admit for brain biopsy

Major Surgical or Invasive Procedure:
Brain Biopsy right by DR Arle on 5/12/2014

**Disch Sum 05/13/2014 Dr. Jeffrey E. Arle**

History of Present Illness:

This is a 61 year old gentleman who initiatlly presented 1 week
of symptoms consisting ofdisorientation, difficulty driving,
difficulty concentrating,
and some poor balance when ambulating. Imaging was done which
showed
a right sided brain lesion on CT that appeared to cross the
midline concerning for high grade glioma. The patient is no
presenting for elective brain biopsy

Past Medical History:
Right hip replacement, osteoarthritis

Social History.
lives at home with his wife

Family History:
NC

Physical Exam:
admission:
5/12/2014
neurologically intact

5/13/2014

slight subtle left hand turn on pronator, slight left drift,
otherwise neuro intact, very brisk

Pertinent **Results**:
Pathology Report Tissue: BRAIN, BIOPSY Procedure Date of
05/12/2014

Report not finalized.
Logged in only.
PATHOLOGY # SU14-20067
BRAIN, BIOPSY

Radiology Report MR HEAD W/ CONTRAST Study Date of 05/12/2014
5:23 AM

**IMPRESSION**:

Previously seen irregular rim enhancing lesions in the right
periatrial region and extending to the corpus callosum to the
left occipital lobe is again identified for surgical planning.

Radiology Report CT HEAD W/O CONTRAST Study Date of 05/12/2014
9:34 PM

**IMPRESSION**:

Status post biopsy of the right periatrial mass with small
amount of blood
products in the surgical bed. No change in mass effect.

Radiology Report PORTABLE HEAD CT W/O CONTRAST Study Date of
05/13/2014 8:18 AM

Disch Sum 05/13/2014 Dr. Jeffrey E. Arle

**IMPRESSION**:

Status post biopsy of right periatrial mass with unchanged small amount of

blood products in the surgical bed. No change in mass effect

Brief Hospital Course.

This is a 61 year old male who electively presents for a brain biopsy with Dr Arle. The patient tolerated the procedure well and was recovered in the ICU. The patient had a post op NCHCT that was consistent with Status post biopsy of the right periatrial mass with small amount of blood products in the surgical bed. No change in mass effect. The patients exam was consistent with slight subtle left hand cupping on pronator drift exam with some very subtle left neglaect. otherwise, The patient was neurologically intact and very brisk.

On 5/13, The patient had a repeat NCHCT that was stable. The patients neurologically exam was stable. The patient was mobilized and was independent with ambulation. The patient's diet was advanced. The patient was discharged to home.

Discharge Medications:
1. Dexamethasone 4 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 4 mg 1 tablet(s) by mouth three times a day
Disp #*6 Tablet Refills:*0
2. Dexamethasone 3 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 1 mg 3 tablet(s) by mouth every eight (8)
hours Disp #*18 Tablet Refills:*0
3. Dexamethasone 2 mg PO Q8H Duration: 48 Hours
RX *dexamethasone 2 mg 1 tablet(s) by mouth q8 Disp #*6 Tablet
Refills:*0
4. Dexamethasone 2 mg PO Q12H
RX *dexamethasone 2 mg 1 tablet(s) by mouth q12 hours Disp #*60
Tablet Refills:*1
5. Docusate Sodium 100 mg PO BID
RX *docusate sodium [Colace] 100 mg 1 capsule(s) by mouth twice
a day Disp #*60 Capsule Refills:*0
6. Famotidine 20 mg PO BID
RX *famotidine 20 mg 1 tablet(s) by mouth twice a day Disp #*60
Tablet Refills:*0
7. LeVETiracetam 500 mg PO BID
RX *levetiracetam 500 mg 1 tablet(s) by mouth twice a day Disp
#*60 Tablet Refills:*0
8. OxycoDONE (Immediate Release) 5-10 mg PO Q4H:PRN pain
RX *oxycodone 5 mg 5-10 mg tablet(s) by mouth every four (4)
hours Disp #*50 Tablet Refills:*0
9. Senna 8 6 mg PO BID constipation
RX *sennosides [senna] 8.6 mg 1 mg by mouth twice a day Disp
#*60 Capsule Refills.*0

AR0815

**Disch Sum 05/13/2014 Dr. Jeffrey E. Arle**

Discharge Disposition:

Home

Discharge **Diagnosis**:

Right BRAIN LESION

Discharge Condition:

alert and oriented to person/place/time

pupils equal and reactive

slight left cupping of the hand/pronator drift exam

very subtle left neglect

strength and sensation full

incision well healed / approximated with staples

Discharge Instructions:

Brain Biopsy of mass

Dr. Arle

—Have a friend/family member check your incision daily for

·signs of infection.

--Take your pain medicine as prescribed.

--Exercise should be limited to walking; no lifting, straining,

or excessive bending.

--Dressing may be removed on Day 2 after surgery on 5/14/2014

--Your wound was closed with staples. you must wait until after

they are removed to wash your hair. You may shower before this

time using a shower cap to cover your head.

—Increase your intake of fluids and fiber, as narcotic pain

medicine can cause constipation. We generally recommend taking

an over the counter stool softener, such as Docusate (Colace) &

Senna while taking narcotic pain medication.

--Unless directed by your doctor, DO NOT take any

anti-inflammatory medicines such as Motrin, Aspirin, Advil, and

Ibuprofen etc.

--You have been discharged on Keppra (Levetiracetam) for seizure

prophylaxsis, you will not require blood work monitoring.

--You are being sent home on steroid medication, make sure you

are taking a medication to protect your stomach (Prilosec,

Protonix, or Pepcid), as these medications can cause stomach

irritation. Make sure to take your steroid medication with

meals, or a glass of milk.

--Clearance to drive and return to work will be addressed at

your post-operative office visit.

--Make sure to continue to use your incentive spirometer while

at home.

CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE

FOLLOWING

--New onset of tremors or seizures.

--Any confusion or change in mental status.

--Any numbness, tingling, weakness in your extremities.

AR0816

**Disch Sum 05/13/2014 Dr. Jeffrey E. Arle**

--Pain or headache that is continually increasing, or not relieved by pain medication.

--Any signs of infection at the wound site· increasing redness, increased swelling, increased tenderness, or drainage.

--Fever greater than or equal to 101.5- F.

Followup Instructions:

Follow-Up Appointment Instructions:

-Please return to the office in 14 days (from your date of surgery on 5/12/2014) for removal of your staples and a wound check. This appointment can be made with the Physician Assistant or Nurse Practitioner  Please make this appointment by calling 617-632-7246. If you live quite a distance from our office, please make arrangements for the same, with your PCP.

-You have an appointment in the Brain Tumor Clinic on

05/19/14 11:00a UHLMANN,BRAIN TUMOR

SC SHAPIRO CLINICAL CTR, 8TH FLOOR

NEUROLOGY UNIT CC8 (SB)

Create Visit Summary

. The Brain Tumor Clinic is located on the East Campus of BIDMC, in the Shapiro Building, 8th floor  Their phone number is 617-667-1665. Please call if you need to change your appointment, or require additional directions.

JEFFREY E. ARLE MD 14-AAR

Completed by: LISA WILLIAMS NP 80-DAV 05/13/14 @ 1922

---

**Progress note 05/19/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

Note Date: 05/19/14

Signed by RAVI CHANDRA, MD on 05/19/14 at 1:13 pm Affiliation: BIDMC

Cosigned by SCOTT FLOYD, MD, PHD on 05/21/14 at 12:06 pm

FOLLOW UP NOTE

Department of Radiation Oncology

Beth Israel Deaconess Medical Center

330 Brookline Avenue, Boston, MA 02215

(617) 667-2345

BIDMC: 228-56-30

Name· Ministeri, Anthony

DOB: ████1953

Address: ████████████Merrimac, MA 01860.

Phone: 978-346████

Referring MD: Jeffrey Arle, M.D.

Primary MD: Stephen Beaudoin, M.D.

**Diagnosis**: Brain masses, liver and bone lesions.

Performance Status: ECOG 1.

DATE: 05/19/14

**Progress note 05/19/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

IDENTIFICATION: Mr. Ministeri is a 61-year-old male who recently
presented with one week of disorientation/confusion as well as
coordination difficulties. He was found on a CT scan at an
outside facility to have a brain lesion. He has subsequently
been found to have a bihemispheric lesion and is s/p
nondiagnostic stereotactic biopsy. He presents in follow up today
to discuss next steps

HISTORY OF PRESENT ILLNESS: The patient reports that he has been
in his usual state of health until recently. He notes on a
recent business trip to New York one week ago having some issues
with getting lost within an office building and even walking on
the street. He notes that he has also had some difficulty typing
memos, occasionally typing gibberish. He also notes he has had
some difficulty with drinking from cups and is noting increased
clumsiness. He presented to Anna Jacques Hospital where a CT
scan demonstrated reportedly an approximately 6 cm mass in the
right frontal and parietal lobe. The patient received Decadron
and was transferred. While at Beth Israel Deaconess, an MRI of
the brain was obtained demonstrating enhancing mass lesion in the
right parieto-occipital regions involving the splenium of the
corpus callosum with a small area of nodular enhancement in the
left occipital lobe. There was noted to be perilesional edema.
There was no midline shift or hydrocephalus appreciated, and in
aggregate these **results** were felt to be most consistent with a
primary glioma. CT of the chest was obtained the same day, which
did not demonstrate any evidence of intrathoracic malignancy. CT
of the abdomen and pelvis demonstrated multiple hepatic
hypodensities felt to possibly represent hemangiomas; however,
metastatic disease could not be excluded. MRI of the liver was
recommended for additional evaluation. A lytic lesion at T11 was
also noted, which was possibly consistent with an atypical
hemangioma versus metastatic disease and MRI of the spine was
also recommended.

INTERIM HISTORY: The patient underwent stereotactic biopsy with
Dr. Arle on 05/12/14. The first sample revealed only gliosis on
final pathology - a second sample was attempted to be obtained
but the procedure was aborted due to bleeding. He has recovered
well and focused ROS otherwise negative.

PAST MEDICAL HISTORY:
1. History of right hip replacement.
2. Osteoarthritis.

CURRENT OUTPATIENT MEDICATIONS: None.

DRUG ALLERGIES. The patient has no known drug allergies.

FAMILY HISTORY: Unknown.

SOCIAL HISTORY: The patient is accompanied by his wife and son.
He works in engineering for a construction firm and does quite a

**Progress note 05/19/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

bit of traveling. He has a past history of smoking including a
current history of smoking. He possibly intends treatment closer
to home as applicable.

## PHYSICAL EXAMINATION:

General: Well-appearing, appearing stated age, in no acute
distress.

HEENT: Extraocular movements intact, anicteric sclerae, mucus
membranes moist, no oral lesions, face symmetric.

Neck: Supple

Pulm. Clear normal respirations

Cards: Regular to inspection

Abd: Soft, benign

Extr: No cyanosis nor edema. Warm and well perfused.

Neuro/Psych: Alert and oriented x3, CN II-XII intact,
strength/sensation/coordination grossly intact.

Derm: No suspicious lesions nor rashes on exposed skin.

DATA REVIEW: There are no new data to review at today's visit.
His pathology was discussed extensively in Multidisciplinary
Brain Tumor Board.

**IMPRESSION** AND PLAN: Mr. Ministeri is a 61-year-old male with a
recent history of coordination difficulties as well as confusion
who was found to have a large bihemispheric brain lesion in the
right parieto-occipital area as well as liver hypodensities and a
T11 hyperdensity on recent staging CT scan. Clinically, he is
stable to improved on steroid therapy. Recent biopsy was
nondiagnostic and he presents today in follow up for discussion
of next steps in treatment.

Today, we met with the patient and his wife and son in the
Multidisciplinary Brain Tumor Clinic at the Beth Israel Deaconess
Hospital to discuss our **impressions** and treatment
recommendations. We reviewed with Mr. Ministeri that our
treatment pathways hinge on obtaining a tissue **diagnosis**, despite
radiographic **findings** being most in keeping with a primary brain
tumor. We agree with plans underway for a second biopsy attempt.
Should this be unobtainable for whatever reason, we would treat
him as a primary glioma. Mr. Ministeri will call our office once
his biopsy is scheduled. He noted that he lives at some distance
from our hospital and may wish to pursue RT closer to home (near
the NH border). When he calls, should this be his wish, he can
make the necessary recommendations/referrals. Mr. Ministeri and
his family expressed understanding and agreement with this plan.
All questions answered today. They also were provided again with
our contact information in case of any additional questions or
concerns.

Thank you for involving us in the care of this patient.

This patient was seen, discussed and examined with Dr. Scott
Floyd, attending physician in Radiation Oncology.

AR0819

**Progress note 05/19/2014 Dr. Ravi A. Chandra, Dr. Scott R. MD, PHD Floyd Service: Radiation Oncology**

Ravi A. Chandra MD PhD

Cc: Stephen Beaudoin MD

Pentucket Medical Associates

260 Merrimac St

Newburyport, MA 01950

Cc: Jeffrey Arle MD

BIDMC NeuroSurgery

110 Francis Street, Suite 3B

Boston, MA 02215-5501


Addendum by SCOTT FLOYD, MD, PHD on 05/21/14 at 12:06 pm:
HMFP# A140748: I saw and examined Mr. Ministeri with Dr. Chandra
and I agree with his **findings** **assessment** and plan as detailed
above. I would add the following comments: Mr. Ministeri is a 61
year old with a large symptomatic lesion crossing the posterior
corups callosum with radiographic appearance of high grade
glioma. A biopsy showed atypical cells, suggestive of glioma. Our
recommendation is for repeat biopsy to establish definitive
**diagnosis**. This was explained in detail to Mr. Ministeri and his
family who is present today. We also again discussed the usual
treatment course for high grade glioma, consisting of
temodar/radiation followed by temodar. We will await **results** of
repeat biopsy, and discuss this and final treatment
recommendations with Mr. Ministeri.

**Progress note 05/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 05/19/14

Signed by ERIK UHLMANN, MD on 05/21/14 at 5:43 pm Affiliation: HMFP practice

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri

BID MRN: 2285630

LOCATION: SHAPIRO 8

DATE OF VISIT: May 19, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal mass
involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: pending

**Progress note 05/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He presents to the clinic
with his wife and son. He is irritable since discharge.

MEDICATIONS:

1. Dexamethasone 2 mg PO BID
2. Levetiracetam 500 mg PO BID
3. Docusate Sodium 100 mg PO BID-PRN constipation
4. Famotidine 20 mg PO BID
5. Sennosides 17.2 mg BY MOUTH TWICE DAILY PRN constipation
6. Oxycodone 5 mg PO every 4 hours as needed pain NOT TAKING

ALLERGIES.

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal mass
2 Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5 Hypertension
6. Dyslipidemia

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children
He has three healthy siblings  His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

**REVIEW OF SYSTEMS**:

Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION**:

T 98.4 BP 120/80 P 72 R 18 KPS 60. Mental status is satisfactory
in areas of alertness, orientation, concentration memory and
language. On cranial nerve examination, eye movements are full,

**Progress note 05/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

pupils are equal and reactive. Full visual fields. No facial
weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery sites is clean, no discharge, swelling or redness,
staples are in place.

LABORATORY:

5/9/14 WBC 8.6 HGB 15.0 PLT 158

5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0 9 GLC 145

IMAGING:

1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass
lesion identified involving the right parietal occipital region
involving the splenium of corpus callosum with a small nodular
area of enhancement in the left occipital lobe. There is
involvement of the corpus callosum seen. There is surrounding
edema identified. Small amount of subacute and chronic blood
products are seen. The distribution and appearance is suggestive
of a primary brain neoplasm such as glioma. There is mass effect
on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal
horn likely secondary to mass effect upon the right trigone.

2. CT c/a/p dated 5/8/14 shows no evidence of intrathoracic
malignancy. Mild to moderate emphysema. Multiple hepatic
hypodensities, some of which may represent hemangiomas, however
metastatic disease cannot be excluded. Lytic appearing lesion in
T11, which may represent an atypical hemangioma or metastatic
disease. Area of increased sclerosis in the intertrochanteric
region of the left femur likely represents a cartilaginous
lesion, such as an enchondroma. Dedicated radiograph of the left
femur could be performed for additional evaluation.

ASSESSMENT AND PLAN:

In summary, this is a 61 year old, left-handed man with right
frontal and parietal mass involving the corpus callosum,
confusion, and disorientation. He will undergo repeat biopsy of
the lesion for treatment and trial eligibility. I will review the
pathology. He has no seizure history and on levetiracetam. He is
irritable, thus I will stop after the biopsy. He is on
dexamethasone along with GI prophylaxis. 30 minutes were spent
with the patient of which 50% was counseling. Additional time was
spent on reviewing tests and images, and preparing documentation
All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology

AR0822

**Progress note 05/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

Pager 91057

---

**Op Report 05/21/2014 Dr. Ekkehard M. Kasper**

**OPERATIVE REPORT**

KASPER,EKKEHARD M.

Signed Electronically by KASPER,EKKEHARD on THU MAY 22,2014 8:43 AM

Name: MINISTERI, ANTHONY Unit No: 2285630

Service: Date: 05/21/2014

Date of Birth: ████/1953 Sex: M

Surgeon: Ekkehard Kasper, MD 93140

PRINCIPAL **DIAGNOSIS**: Intracranial lesion.

POSTOP **DIAGNOSIS**: GBM.

PRINCIPLE PROCEDURE: CT-guided stereotactic brain biopsy, right side.

ASSISTANTS: Kimberly Soorabally, PAC.

INDICATION: The patient is a 61-year-old gentleman who was recently admitted to the BI Deaconess Medical Center with a newly diagnosed intracranial lesion. The lesion is multiloculated, infiltrate corpus callosum was suspicious for an intrinsic neoplasm. The previous brain biopsy did not reveal a diagnostic specimen. Patient hence had to go back to the operating room for redo biopsy. New access point was chosen. The patient was consented. The patient underwent general endotracheal anesthesia by the Anesthesia team. There were no complications on induction. There was adequate blood pressure control. The patient was taken to the OR, and had a CRW frame placed. The patient is now brought back to the CT scanner. A CT in the ring was obtained with contrast. The Radionics StereoCalc software was used to calculate adequate trajectories and target. The patient was brought back to the OR. The patient was positioned supine on the OR table. The CRW frame is now mounted onto a Mayfield headrest. The patient was positioned in a near sitting position. The patient was shaved. The patient was prepped and draped in the usual sterile fashion. Coordinates and trajectories were tested on the phantom. The patient tolerated the procedure well. The patient was now prepped and draped in the usual sterile fashion. Local anesthesia was instilled along the incision line. The incision was carried out with a #10 blade. The incision was carried down to the bone. Self-retaining retractors were inserted. A single burr hole was placed. Remnants of the inner table removed using a straight cup curette. We then coagulated the dura. A Nashold needle was advanced towards the intended

AR0823

**Op Report 05/21/2014 Dr. Ekkehard M. Kasper**

target point and initially two cores obtained at 12 and 6
o'clock. The needle was then advanced 5 mm and two more
cores were obtained at 3 and 9 o'clock. Intraoperative fresh
frozen analysis revealed necrotic material and normal white
matter but no clear areas of tumor. We therefore advanced
the biopsy needle another with a 5 mm and rotated back to 12
o'clock and 6 o'clock, obtained two more cores revealing
intraoperative GBM. We then withdrew the needle. There were
no complications except a small amount of bleeding from the
biopsy site. This was irrigated and stopped spontaneously.
There were no complications.
The patient was kept intubated and brought to the CAT scanner
for postop scan and then brought to the PACU for extubation.
The patient remained stable throughout. The wound was closed
in layers. The patient had no other intraoperative issues.

Ekkehard Kasper, MD 14AAE
I was physically present during all critical and key portions of
the procedure and immediately available to furnish services during
the entire procedure, in compliance with CMS regulations.

Dictated By: Ekkehard Kasper, MD

MEDQUIST36
D: 05/21/2014 12:15:17
T: 05/21/2014 16:23:57
Job#: 033130

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**PATIENT DISCHARGE PLAN**
**PATIENT INFORMATION**

| | |
|---|---|
| Patient Name | ANTHONY MINISTERI |
| MRN#: | 2285630 |
| Case#: | 0320027 3 |
| DOB: | ████,1953 |
| Patient Status. | Admitted MAY 21,2014 |
| Reason for Admission: | RIGHT FRONTAL/PARIETAL MASS/SDA |
| Discharged to: | Home |
| Primary Physician: | Dr. STEPHEN P. BEAUDOIN          978-499-7200 |
| Attending Physician: | Dr. EKKEHARD M. KASPER          617-632-7246 |

**DISCHARGE MEDICATIONS**
1.Acetaminophen 325-650 mg PO Q6H:PRN pain
2.Dexamethasone 4 mg PO Q8H
RX *dexamethasone 4 mg 1 tablet(s) by mouth q8hours
Disp #*60 Tablet Refills:*0
3.Docusate Sodium 100 mg PO BID
RX *docusate sodium 100 mg 1 tablet(s) by mouth twice a day
Disp #*60 Tablet Refills:*0
4.Famotidine 20 mg PO BID
5.HYDROmorphone (Dilaudid) 2 mg PO Q6H:PRN pain
RX *hydromorphone [Dilaudid] 2 mg 1 tablet(s) by mouth q6hours
Disp #*15 Tablet Refills:*0
6.Zonisamide 100 mg PO BID Duration: 14 Days
RX *zonisamide 100 mg 1 capsule(s) by mouth twice a day
Disp #*28 Capsule Refills:*0

AR0824

**DISCHARGE INSTRUCTIONS**

Have a friend/family member check your incision daily for signs of infection.

☐ Take your pain medicine as prescribed.

☐ Exercise should be limited to walking; no lifting, straining, or excessive bending.

☐ Dressing may be removed on Day 2 after surgery.

☐ Your wound was closed with staples and you must wait until after they are removed to wash your hair. You may shower before this time using a shower cap to cover your head.

☐ Increase your intake of fluids and fiber, as narcotic pain medicine can cause constipation. We generally recommend taking an over the counter stool softener, such as Docusate (Colace) while taking narcotic pain medication.

☐ Unless directed by your doctor, do not take any anti-inflammatory medicines such as Motrin, Aspirin, Advil, and Ibuprofen etc.

☐ You have been discharged on Keppra (Levetiracetam), you will not require blood work monitoring.

☐ Clearance to drive and return to work will be addressed at your post-operative office visit.

☐ Make sure to continue to use your incentive spirometer while at home, unless you have been instructed not to.

CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE FOLLOWING

☐ New onset of tremors or seizures.

☐ Any confusion or change in mental status.

☐ Any numbness, tingling, weakness in your extremities.

☐ Pain or headache that is continually increasing, or not relieved by pain medication.

☐ Any signs of infection at the wound site. redness, swelling, tenderness, or drainage.

☐ Fever greater than or equal to 101- F.

**FINAL DIAGNOSIS**

R brain lesion

**RECOMMENDED FOLLOW-UP**

Follow-Up Appointment Instructions

☐ Please return to the office in 7-10 days(from your date of surgery) for removal of your staples and a wound check. This appointment can be made with the Physician Assistant or Nurse Practitioner. Please make this appointment by calling 617-632-7246. If you live quite a distance from our office, please make arrangements for the same, with your PCP.

☐ You will have radiation therapy closer to home. You will be contacted by the facility performing the radiation to set this up.

☐ You have an appointment scheduled in the rbain tumor clinic, the information is below.

Department: NEUROLOGY

When: MONDAY JUN 02,2014 at 12:00 PM

With: ERIK JANOS UHLMANN, MD 617-667-1665

Building: SC Shapiro Clinical Ctr 8th Floor

Campus: EAST Best Parking: Shapiro Garage

**MAJOR SURGICAL OR INVASIVE PROCEDURES**

5/21/14 R stereotatic brain biopsy

**CONDITION AT DISCHARGE**

Mental Status: Clear and coherent.

Level of Consciousness: Alert and interactive.

Activity Status: Ambulatory - Independent.

Discharge: Electronically Signed by BUSLER,ANDREW, APN on 05/22/14 @ 1016

---

Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper

**DISCHARGE SUMMARY**

KASPER,EKKEHARD M.

Signed Electronically by KASPER,EKKEHARD on THU MAY 22,2014 6:39 PM

**\*\*\*This summary has an ADDENDUM; please see the separate document(s).\*\*\***

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 05/21/14 Discharge Date: 05/22/14

Date of Birth: ███/1953 Sex: M

Service: NEUROSURGERY

Allergies:

Oxycodone

Attending: KASPER,EKKEHARD M.

**Chief Complaint**

**Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper**

R brain lesion

Major Surgical or Invasive Procedure:
5/21/14 R stereotatic brain biopsy

History of Present Illness:
61 y/o M presents for elective stereotatic brain biopsy.

Past Medical History:
1. Right frontal and parietal mass
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia

Social History:
lives at home with his wife

Family History:
NC

Physical Exam:
On Discharge:
intact, stable L peripheral visual field cut

Pertinent **Results**:
CT Head Pre-op 5/21
1. Status post biopsy and stereotactic device placement.
2. Re-demonstration of known right frontoparietal mass with
extension into the left cerebral hemisphere. New hyperdensity
antero-inferiorly to this mass, which, given appearance over
short time interval, most likely represents focus of hemorrhage.
Mildly increased vasogenic edema and subsequent mass effect.

CT Head post-op:
1. Right parietal burr hole with new 1.2 x 1.5 cm hemorrhage
superior to
known right frontoparietal mass status post biopsy.
2. Stable mass effect with unchanged mass effect and ventricular
configuration

Brief Hospital Course:
61 y/o M presents for elective R stereotatic brain biopsy. He
was taken to the OR on 5/21 with no intraoperative
complications. Patient was extubated in the oeprating room and
transferred to the PACU for recovery. He remained stable in the
recovery room and was transferred to the floor for further care.
He met with radiation oncology for discussion of radiaition
therapy and decision was made that he will undergoing radiation
closer to his home. Overnight into 5/22 he had no issues and on
the morning of 5/22 he was deemed fit for discharge to home
without services. He was given instructions for followup,
prescriptions for required medications, and all questions were

**Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper**

answered prior to discharge.

Medications on Admission:
decadron, keppra, pepcid, senna

Discharge Medications:
1  Acetaminophen 325-650 mg PO Q6H:PRN pain
2. Dexamethasone 4 mg PO Q8H
RX *dexamethasone 4 mg 1 tablet(s) by mouth q8hours Disp #*60
Tablet Refills:*0
3. Docusate Sodium 100 mg PO BID
RX *docusate sodium 100 mg 1 tablet(s) by mouth twice a day Disp
#*60 Tablet Refills:*0
4. Famotidine 20 mg PO BID
5. LeVETiracetam 500 mg PO BID
6. HYDROmorphone (Dilaudid) 2 mg PO Q6H:PRN pain
RX *hydromorphone [Dilaudid] 2 mg 1 tablet(s) by mouth q6hours
Disp #*30 Tablet Refills:*0

Discharge Disposition.
Home

Discharge **Diagnosis**:
R brain lesion

Discharge Condition:
Mental Status: Clear and coherent.
Level of Consciousness: Alert and interactive.
Activity Status: Ambulatory - Independent.

Discharge Instructions:
Have a friend/family member check your incision daily for signs
of infection.

? Take your pain medicine as prescribed.

? Exercise should be limited to walking; no lifting,
straining, or excessive bending.

? Dressing may be removed on Day 2 after surgery.

? Your wound was closed with staples and you must wait
until after they are removed to wash your hair. You may shower
before this time using a shower cap to cover your head.

? Increase your intake of fluids and fiber, as narcotic pain
medicine can cause constipation. We generally recommend taking
an over the counter stool softener, such as Docusate (Colace)
while taking narcotic pain medication.

? Unless directed by your doctor, do not take any
anti-inflammatory medicines such as Motrin, Aspirin, Advil, and
Ibuprofen etc.

? You have been discharged on Keppra (Levetiracetam), you
will not require blood work monitoring.

? Clearance to drive and return to work will be addressed at

**Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper**

your post-operative office visit.

? Make sure to continue to use your incentive spirometer
while at home, unless you have been instructed not to.

CALL YOUR SURGEON IMMEDIATELY IF YOU EXPERIENCE ANY OF THE
FOLLOWING

? New onset of tremors or seizures.

? Any confusion or change in mental status.

? Any numbness, tingling, weakness in your extremities

? Pain or headache that is continually increasing, or not
relieved by pain medication.

? Any signs of infection at the wound site: redness,
swelling, tenderness, or drainage.

? Fever greater than or equal to 101- F.

Followup Instructions:
Follow-Up Appointment Instructions

? Please return to the office in 7-10 days(from your date of
surgery) for removal of your staples and a wound check. This
appointment can be made with the Physician Assistant or Nurse
Practitioner. Please make this appointment by calling
617-632-7246. If you live quite a distance from our office,
please make arrangements for the same, with your PCP

? You will have radiation therapy closer to home. You will
be contacted by the facility performing the radiation to set
this up.

? You have an appointment scheduled in the rbain tumor
clinic, the information is below.
Department. NEUROLOGY
When: MONDAY JUN 02,2014 at 12:00 PM
With: ERIK JANOS UHLMANN, MD 617-667-1665
Building: SC Shapiro Clinical Ctr 8th Floor
Campus: EAST Best Parking: Shapiro Garage

EKKEHARD M. KASPER MD 14-AAE

Completed by: ANDREW M. BUSLER NP 80-DHI 05/22/14 @ 0951

---

**Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper**
ADDENDUM TO **DISCHARGE SUMMARY**

KASPER,EKKEHARD M.
Signed Electronically by KASPER,EKKEHARD on THU MAY 22,2014 6:40 PM

Name. MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 05/21/14 Discharge Date: 05/22/14

Date of Birth: █/1953 Sex: M

AR0828

**Disch Sum 05/22/2014 Dr. Ekkehard M. Kasper**

Service: NEUROSURGERY

Allergies:
· Oxycodone

Attending: KASPER, EKKEHARD M.

Addendum:
Changed keppra to Zonisamide for anti-seizure prophylaxis after
discussion with neuro-oncology and also decreased prescription
amount of PO Dilaudid.

Discharge Medications:
1. Acetaminophen 325-650 mg PO Q6H:PRN pain
2. Dexamethasone 4 mg PO Q8H
RX *dexamethasone 4 mg 1 tablet(s) by mouth q8hours Disp #*60
Tablet Refills:*0
3. Docusate Sodium 100 mg PO BID
RX *docusate sodium 100 mg 1 tablet(s) by mouth twice a day Disp
#*60 Tablet Refills:*0
4. Famotidine 20 mg PO BID
5. HYDROmorphone (Dilaudid) 2 mg PO Q6H:PRN pain
RX *hydromorphone [Dilaudid] 2 mg 1 tablet(s) by mouth q6hours
Disp #*15 Tablet Refills:*0
6. Zonisamide 100 mg PO BID Duration: 14 Days
RX *zonisamide 100 mg 1 capsule(s) by mouth twice a day Disp
#*28 Capsule Refills:*0

Discharge Disposition:
Home

EKKEHARD M. KASPER MD 14-AAE

Completed by: ANDREW M. BUSLER NP 80-DHI 05/22/14 @ 1017

**Progress note 06/02/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 06/02/14

Signed by ERIK UHLMANN, MD on 06/06/14 at 1:28 pm Affiliation: BIDMC

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: May 19, 2014

REQUESTING PHYSICIAN: Lisa Williams, NP
PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal
glioblastoma involving the corpus callosum, confusion,
disorientation

TREATMENT HISTORY:
4/2014 Confusion and disorientation started

AR0829

**Progress note 06/02/2014 Dr. Erik J. Uhlmann Service: Neurology**

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: Glioblastoma, WHO grade IV

6/10/14 IMRT+TMZ at Lahey Clinic

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He presents to the clinic
with his wife and son. He is irritable since discharge.

MEDICATIONS:

1. Dexamethasone 4 mg PO BID

2. Levetiracetam 500 mg PO BID

3. Docusate Sodium 100 mg PO BID:PRN constipation

4. Famotidine 20 mg PO BID

5. Sennosides 17.2 mg BY MOUTH TWICE DAILY PRN constipation

6. Oxycodone 5 mg PO every 4 hours as needed pain NOT TAKING

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal glioblastoma

2. Cluster headaches, botulinum injections

3. Right hip replacement, osteoarthritis

4 Closed skull fracture

5 Hypertension

6. Dyslipidemia

SOCIAL AND FAMILY HISTORY.

He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

**REVIEW OF SYSTEMS:**

Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or

AR0830

**Progress note 06/02/2014 Dr. Erik J. Uhlmann Service: Neurology**
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

### PHYSICAL EXAMINATION:

T 97.8 BP 124/72 P 60 R 16 KPS 60 wt 188.3 ht 72. Mental status
is satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery site is clean, no discharge, swelling or redness, right
occipital site is healing, staples are in place.

### LABORATORY:

5/9/14 WBC 8.6 HGB 15.0 PLT 158
5/9/14 Na 139 K 4.0 Cl 105 CO2 24 BUN 25 CREAT 0.9 GLC 145

### IMAGING:

1. Brain MRI dated 5/8/14 is reviewed. There is enhancing mass
lesion identified involving the right parietal occipital region
involving the splenium of corpus callosum with a small nodular
area of enhancement in the left occipital lobe. There is
involvement of the corpus callosum seen. There is surrounding
edema identified. Small amount of subacute and chronic blood
products are seen. The distribution and appearance is suggestive
of a primary brain neoplasm such as glioma. There is mass effect
on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal
horn likely secondary to mass effect upon the right trigone.
2. CT c/a/p dated 5/8/14 shows no evidence of intrathoracic
malignancy. Mild to moderate emphysema. Multiple hepatic
hypodensities, some of which may represent hemangiomas, however
metastatic disease cannot be excluded. Lytic appearing lesion in
T11, which may represent an atypical hemangioma or metastatic
disease. Area of increased sclerosis in the intertrochanteric
region of the left femur likely represents a cartilaginous
lesion, such as an enchondroma. Dedicated radiograph of the left
femur could be performed for additional evaluation.

### ASSESSMENT AND PLAN:

In summary, this is a 61 year old, left-handed man with right
frontal and parietal glioblastoma involving the corpus callosum,
confusion, and disorientation. He had repeat biopsy of the
lesion. I will review the pathology. He has no seizure history
and was irritable, thus levetiracetam was stopped. He is on

AR0831

**Progress note 06/02/2014 Dr. Erik J. Uhlmann Service: Neurology**

dexamethasone 8 mg am and 4 mg pm, along with GI prophylaxis. I
removed staples. 30 minutes were spent with the patient of which
50% was counseling. Additional time was spent on reviewing tests
and images, and preparing documentation. All questions were
answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

**Letter 06/04/2014 Dr. Deborha Cooper Service: Neurology**

June 4, 2014

Anthony Ministeri

Merrimac, MA 01860

BID#: 228-56-30 DOB: ▓/1953

Dear Mr Ministeri:

Enclosed is a printout of all of your upcoming appointments.

If you have an MRI scheduled, you will also receive an MRI
Outpatient Screening questionnaire.

If you have an MRI/CT and you are over 60 years old, or have
diabetes, hypertension (high blood pressure), renal disease,
gout, or protein in your urine, you will need to have a Lab test
done prior to your MRI. If you answer yes to any of the above,
please call me so that we can arrange for you to get the
necessary labs done.

Please call our office at (617) 667-1665 to confirm your
appointment. If you need to reschedule or cancel, please call at
least 24 hours prior to the scheduled appointment.

Please check with your insurance company or your primary care
provider to find out if you need an insurance referral for this
visit. If you need one, please have your primary care provider
fax the referral to our office at 617-667-1664.

Please call the BIDMC Patient Registration line at 617-754-8240
to update your patient profile.

Sincerely,

Deborha Cooper
Administrative Assistant
Brain Tumor Center
Eric T Wong, MD Erik J Uhlmann, MD Soma Sengupta
617-667-1665
Signed electronically: 06/04/14 at 1:06 pm

**Letter 06/12/2014 Dr. Erik J. Uhlmann Service: Neurology**

June 12, 2014

RE: Anthony Ministeri BID#: 228-56-30 DOB1953

Anthony Ministeri is my patient in this hospital and clinic. He
developed a chronic neurological condition, and received
treatment including brain surgery on 5/12/14, and now undergoing
chemotherapy and radiation. My first visit with him was on
5/9/14, and his most recent visit in my clinic was on 6/2/14. He
is fully compliant with the prescribed treatment. He is presently
not fit to return to work. The date when he is able to return to
work is not yet known, and will depend on his progress during the
next several weeks  If you have any questions please contact me.


Sincerely,

Erik J Uhlmann, MD
Phone: 617-667-1665
Fax: 617-667-1664
CC: aministeri@comcast.net
Signed electronically 06/12/14 at 1:19 pm

**Telephone 06/13/2014 Dr. Julianne RN Bloom Service: Neurology**
Note Date: 06/13/14
Signed by JULIANNE BLOOM, RN on 06/13/14 at 3:42 pm Affiliation: BIDMC

Spoke with Margie RN at Lahey Clinic N. Shore (Peabody)- Mr.
Ministeri started XRT to GBM earlier this week. He is currently
on 12mg of Decadron daily -8mg in the morning and 4mg in the
evening. He has had a few falls this week. PT was sent in by VNA
to evaluate pt. He is currently ambulating with a walker. Rad/Onc
staff feels wife is overwhelmed at home and they have gotten
social services involved for support. Dr. Uhlmann would like to
see Mr. Ministeri next week. Margie RN will meet with wife to day
when he is in for treatment and have her call our dept. to
discuss and appt. time.
Pt will have weekly CBCs starting Monday 6/16/14. **Results** will be
faxed to Dr. Uhlmann's office.

**Telephone 07/21/2014 Dr. Julianne RN Bloom Service: Neurology**
Note Date: 07/21/14
Signed by JULIANNE BLOOM, RN on 07/21/14 at 4:03 pm Affiliation: BIDMC

Received a call from RN at Lahey Radiation Oncology- Mr.
Ministeri's platelets are down to 95 (102). Pt completes XRT this
Wednesday 7/23/14. Discussed with Dr. Uhlmann- will hold Temodar
for the last 2 days of treatment. Patient will have bloods drawn
at Lahey next Monday. Follow up in BTC on 8/11/14.
Plan discussed with Mrs. Ministeri who understands the plan.

**Progress note 08/10/2014 Dr. Larry Adam Nathanson Service: Emergency**

Note Date: 08/10/14

Signed by LARRY NATHANSON, MD on 08/25/14 at 2:47 pm Affiliation: BIDMC

--Title: ED Attending Physician Chart (V1): SEIZURE

Beth Israel Deaconess Medical Center

Anthony Ministeri, MRN: 2285630

Date of Birth▮▮▮▮1953

Beth Israel Deaconess Medical Center Attending Physician Chart

(V1)

ED MD: Larry Nathanson MD

Visit date Aug 10, 2014, report date Aug 25, 2014

Attending Physician: Larry Nathanson MD, MD

Visit Date: Aug 10, 2014

Chart Created: Aug 25, 2014 14:40

HISTORY OF PRESENTING ILLNESS

This patient is a 51 year old male with PMHx of GBM
diagnosed in May, with chemotherapy and radiation treatments
who presents via EMS sedated and intubated to 25 s/p
syncopal fall and seizure. Per EMS, patient was on the
toilet when he suddenly experienced CP, SOB, and
lightheadedness then suffered a syncopal fall forward,
striking his head and chest. Patient was found on the ground
seizing and hypoxic. En route to the ED, the patient's blood
pressure dropped and his last measured pressure was 121/91.
Full code per xfer EMS.

Timing: Sudden Onset

Severity: Moderate

Duration: Minutes

Location: Neuro

Context/Circumstances: S/p syncopal fall and PMHx
of brain cancer

Associated Signs/Symptoms: Head strike

PAST FAMILY AND SOCIAL HISTORY

Nursing triage/initial **assessment** reviewed and confirmed

Past Medical History: GBM

**REVIEW OF SYSTEMS**

Positive for Chest pain and Dyspnea.

No Back pain, Black stool, Diaphoresis, Dysuria/freq, Edema,
Fever/chills or Headache.

Head / Eyes: +Head strike

**PHYSICAL EXAMINATION**

Constitutional: Sedated and intubated

HEENT: Pupils equal, minimally reactive

MMM

**Progress note 08/10/2014 Dr. Larry Adam Nathanson Service: Emergency**

Chest: Clear to auscultation

Cardiovascular: Regular Rate and Rhythm

Abdominal: Soft

Extr/Back: No edema

Skin: Warm and dry

Imaging Study Obtained:

C12 CHEST (PORTABLE AP), Status: ||

Imaging Study Obtained:

Q111 CT HEAD W/O CONTRAST, Status: ||

Imaging Study Obtained:

Q416 CTA CHEST W&W/O C&RECONS, NON-CORONARY, Status: ||

ECG

Heart Rate: 135

Note(s): Isolated ST elevation at

V1

Non-specific intraventricular

delay

Rhythm. Sinus

RADIOLOGY

Note(s): CTA Chest:

1.

Massive pulmonary embolism

involving the central and

peripheral pulmonary

arteries with right heart

strain (dilated right

ventricle and bowing of the

interventricular septum).

2. Wedge shaped opacities in

the superior segments of the

lower lobes are

suspicious for pulmonary

infarctions.

CT Head:

Multilocular cystic lesion

centered in the right

parietal lobe and extending

across the corpus callosum,

consistent with the patient's

known glioblastoma

and surrounding posttreatment

changes. No hemorrhage.

PHYSICIAN PERFORMED PROCEDURES

Physician Performed Procedures: Other - see note

Procedure Note(s): bedside US by resident

AR0835

**Progress note 08/10/2014 Dr. Larry Adam Nathanson Service: Emergency**

(Attending Physician): I certify that I was
physically present for the
key portion of the procedures
above

Physician Performed Procedures

bedside US by resident

I certify that I was physically present for the key portion
of the procedures above

SUPPLEMENTS

Initial Provider contact information
Initial provider: Alon S Dagan
Initial contact: 08/10/2014 23:36

MEDICAL DECISION MAKING

51 Year old male with PMHx of GBM who presents after head
strike with seizure, hypotension and hypoxia. His
presentation is most consistent with massive PE, however the
h/o GBM and head trauma make anticoagulation dangerous. The
pt went to CT with the team in attendance. NCHCT was
negative and neurosurgery weighed in that TPA was not
contraindicated due to his brain tumor. CTA showed the
massive PE as suspected. He was requiring increasing
levophed and he remained difficult to oxygenate and family
was not available to **consult** so TPA was administered
emergently with good effect. Shortly thereafter he was off
pressors and was weaned off PEEP, satting 100%. Will admit
to MICU for continued aggressive treatment.
Service Consulted at 00:05 Neurosurgery
Service Consulted at 01:58 Respiratory Therapy
Final ED **Diagnosis** 1: massive PE

This uploaded version of the chart may not be the final one,
some addenda and test **results** may not be entered into this
OMR note.

This Emergency Department patient encounter note may have
been created using voice-recognition software and in real
time during the ED visit. Please excuse any typographical
errors that have not been edited out.

---

**Progress note 08/11/2014 Natasha Elizabeth Poylin Service: Neurosurgery**

Note Date: 08/11/14

Signed by NATASHA E POYLIN, NP on 08/11/14 at 7:58 am Affiliation: BIDMC

Mr. Ministri is a 61 year old male known to the neurosurgery
service. He had an elective R stereotatic brain biopsy on 5/21
with no intraoperative complications. He was discharged home on
5/22 and is currently followed by Dr Uhlmann for management of

AR0836

**Progress note 08/11/2014 Natasha Elizabeth Poylin Service: Neurosurgery**

his gliobastoma. He has undergone chemotherapy and radiation. He
presents to the emergency department 8/11 with hemodynamic
instability related to a saddle pulmonary embolism.
Images of NCHCT were reviewed. There are no contraindiction for
TPA and anticoaguation for managment of the PE.

**Initial note 08/11/2014 Dr. Sarah MSW,LICSW Porell Service: Social Work**

Note Date: 08/11/14

Signed by SARAH PORELL, MSW,LICSW on 08/11/14 at 3:12 pm Affiliation: BIDMC

Social Work

Family of pt referred to sw in MICU huddle for coping support.
Pt is a 61 year old man with history of GBM diagnosed in May s/p
chemo/radiation who presented to Anna Jaques 8/10/14 after sudden
onset chest pain and SOB associated with lightheadedness while
sitting on toilet (?syncope). While at OSH ED, patient had
questionable seizure, was intubated, post intubation with
decreased O2 sat transferred to BIDMC.

SW met briefly with pt's wife (Renee) and oldest dtr in hallway
this AM. They report being understandably anxious and worried
about pt. Wife reports what would be most immediately helpful to
her is to have a clear sense of pt's condition. She reports that
though she was present at rounds, it was overwhelming for her,
she did not understand the medical jargon and almost fainted.
She would like a simple explanation of pt's condition, especially
wondering if pt is so tenuous she should have her son, who is out
of state come home

She and dtr reports that pt and wife have 3 children, son out of
state and 2 dtrs locally. Pt also has sibling who are local and
are here at the hospital.

SW informed RN of family's request. MICU team off the unit at
the time, but RN to inform them of family's wish for a better
understanding of pt's condition  SW provided support to family
and informed them team will f/up when back on unit. Also
discussed with them nature of ICU admission and work up phase and
acknowledged/normalized difficulty coping with lack of clear dx
and prognosis. Inquired re: family's wish/need for pastoral care
support. Wife and dtr declined need as they report that pt's
siblings are strong Christians and are providing much spiritual.

SW provided sw contact info and informed family or sw
role/function.

SW checked back in with family this afternoon, who initially were
needing time alone. SW spoke briefly with eldest dtr who reports
they are having a difficult time, but are supporting each other
and understand the nature of the work up process

SW will f/up tomorrow.

AR0837

**Initial note 08/11/2014 Dr. Sarah MSW,LICSW Porell Service: Social Work**

Sarah Porell, LICSW

#38435

███████████████████████████████████████████████

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

Note Date: 08/13/14

Signed by ANGELA BERLIN, PT on 08/13/14 at 4:09 pm Affiliation: BIDMC

PHYSICAL THERAPY EVALUATION

Rehabilitation Services - Inpatient Physical Therapy

Attending Physician: AKUTHOTA,PRAVEEN

Referral Date: 8/13/2014

Medical Dx/ICD9: PE; 415.1

Reason for Referral: Evaluation and Treatment

Activity Orders: As Tolerated Per Verbal Order in

Interdisciplinary Mobility Rounds

HPI/Subjective Complaint: 51 yo M with history of GBM diagnosed
in May s/p chemo/radiation, found to have a massive PE and
transferred to the MICU s/p lysis with tPA, paralyzed with
rocuronium initially, intubated and ventilated, with initial
pressor requirement (Levophed, and vasopressin). Intubated with
hypercarbic respiratory failure with decreased ventilation,
increased lactate, sinus tachycardia and troponin leak,
obstructive shock. Today presents for PT evaluation s/p weaning
sedation, vent settings, and d/c of pressors and paralytics.

Ventilator support dates: 8/11-present

Vasopressor support dates: 8/11-8/12

Neuromuscular blocking agents dates: 8/11-8/12

Sedation dates: 8/11-present

Number of days of bed-rest: 8/11-present

Past Medical/Surgical History:

GBM diagnosed in May s/p chemo/radiation

Hip Joint replacements

Cluster headaches

Medications: Heparin IV Sliding Scale Dexamethasone Cefepime
Vancomycin Midazolam Fentanyl Citrate Propofol

Radiology:

8/11 CT HEAD. No evidence of hemorrhage. Again seen is a right
parietal mass with associated edema. The mass effect and midline
shift have decreased since May 21.

8/11 ECHO: The right ventricular cavity is dilated with depressed
free wall contractility. There is no aortic valve stenosis. No
aortic regurgitation is seen. The mitral valve appears
structurally normal with trivial mitral regurgitation. The
pulmonary artery systolic pressure could not be determined. There
is no pericardial effusion.

AR0838

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

8/10 CTA CHEST 1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum).

2. Wedge shaped opacities in the superior segments of the lower lobes are suspicious for pulmonary infarctions.

8/10 CT HEAD: Multilocular cystic lesion centered in the right parietal lobe and extending across the corpus callosum, consistent with the patient's known glioblastoma and surrounding posttreatment changes. No evidence of infarction or hemorrhage.

8/10 CXR. Lung volumes are low with bibasilar atelectasis and scarring, particularly in the left lower lobe

Labs:

08/13/14: WBC: 7.5

08/13/14: HGB: 10.2*

08/13/14: HCT: 29.8*

08/13/14: Plt Count: 70*

08/13/14: PT: 11.8

08/13/14: PTT: a) 81.4*; b) 43.9*

08/13/14: INR: 1.1

BLOOD GASES pO2 pCO2 pH Base XS

08/13/2014 VEN 45* 51 * 7.33* 0

**Patient unable to provide social and function history but information below obtained from OMR / Family:

Social/Occupational History: Married, lives with wife and kids. Works and just started a new job that requires travel one month ago.

Living Environment: Pt lives in a multi-level home, presumed stairs.

Prior Functional Status/Activity Level: Ambulates without an assistive device per sisters, but leading up to GBM diagnosis in May was using a SC progressing to RW progressing to w/c. Progressed to independent baseline s/p chemo/radiation. Indep ADLs/IADLs and active per sisters, without residual neuro deficits that they are aware of. Drives.

OBJECTIVE TESTS

Arousal/Attention/Cognition/Communication:

Arousal: Pt somnolent but briefly opens eyes to auditory/tactile stimulation and does not make eye contact with PT. Arousable to voice alone ~50% of time, otherwise arousable to sternal rub, reaching ETT each time with attempts to open eyes.

Orientation: unable to fully assess 2/2 somnolence but nods yes consistently to option of "hospital", responds to name, and nods yes to questions re recognizing sisters/their voices at bedside.

AR0839

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

Communication: Pt is orally intubated but pt is able to: nod
yes/no. Yes/no reliability not fully reliable 2/2 somnolence.

Command Following: Pt follows 4/5 serial commands for wiggling
toes and moving LE with greater command following/movement on R
LE than L. Also intermittently follows commands to squeeze and
release PT hand, open eyes, stick out tongue, and move
extremities. Followed >/= 50% of single step motor commands with
max tactile and auditory stimulation/repetition.

CAM ICU: positive

Hemodynamic Response/Aerobic Capacity
Position HR BP RR O2 RPE Rest
Supine 111 167/92 13 95% on vent
Sit
Stand
Activity
Recovery
Total Distance Walked: NT Minutes:

Pulmonary:
Ventilator Settings: CPAP FiO2 40% PEEP 8 PSV 5
Tidal Volumes Supine: .852 L
Normal breathing pattern. Cough: moderate, productive of
moderate clear secretions with inline suctioning provided by PT.
Breathing synchronous with ventilator with some biting of ETT.

Integumentary:
Access: PIV
Edema: B distal UE and LE edema
Nutrition: OGT
Respiratory: ETT
Skin breakdown: no signs of skin breakdown at head / elbows /
heels; otherwise not assessed.
Other: Foley

Vascular: palpable pulses t/o distal extremities; distal
extremities warm to touch

Sensory Integrity: withdraws to deep nail bed pressure
extremities x4; unable to participate in formal sensory exam.

Pain: Shook head no 3/3 times when asked about pain. No facial
grimace observed with eval.

Limiting Symptoms: arousal

Posture: WNL

Range Of Motion: WNL

Muscle Performance: pt moves all extremities against gravity but
unable to complete formal MMT 2/2 arousal/command following. R UE
>/= 2/5; B LE >/= 2/5. L UE with decreased movement observed on
command/spontaneously but pt move all extremities spontaneously
t/o eval and B UE purposefully (R>L) to attempts to reach ETT.

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

Moves R UE and B LE (R>L) on command >/= 50% of time.

Motor Function: no abnormal tone observed, no abnormal movement
patterns observed

Vision: unable to assess 2/2 arousal.

Functional Status

Rolling: NT

Sup/Sidelying to Sit: NT

Sit to Stand: NT

Ambulation: NT

Stairs: NT

Other Activity:

Specify:

***Abbreviation Key*** I=Independent S=Supervision CG=Contact
Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane
AC=Axillary Crutches

Gait: OOB mobility NT 2/2 pt arousal and RN weaning sedation. Pt
demonstrated increased attempts to open eyes, increased command
following and increased spontaneous movement of extremities with
EOB elevated. Pt demonstrated use of trunk control to sit up in
bed, pulling self into long sitting briefly.

Balance: NT

Additional Tests/Measures

Team Communication: Communicated with RN RE: pt status pre and
post treatment, recommendations for mobility. Pt discussed at
interdisciplinary mobility rounds.

Patient/Caregiver Education RE: PT role, PT plan of care, fall
precautions, importance of mobility and time out of bed,
orientation training, D/C planning.

Intervention:

balance training

functional mobility training

cognitive activities

PROM w/ prolonged stretch for 60 sec to Bila ankle into DF

**<u>DIAGNOSIS</u>**

Impairments, Functional Limitations, Disabilities

Impaired Cognition

Impaired Functional Mobility

Impaired Balance

Impaired Ventilation

Impaired Gas Exchange

Impaired Muscle Performance

Knowledge Deficit RE: role of PT

Clinical **Impression**/Prognosis: 61 yo M with recent
**diagnoses**/treatment of GBM now presents with massive PE and
hypercardic respiratory failure with above impairments c/w

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

ventilatory pump dysfunction and non-progressive CNS dysfunction.
Pt currently presents to PT most limited by arousal with likely
delirium given his course requiring sedation, paralytics, and
prolonged immobility. Anticipate pt will continue to make
functional and cognitive gains with continued mobilization,
weaning of sedation and acute PT intervention. Given pt's age,
active PLOF, apparent strength and mobilization of extremities,
and relatively brief period of sedation/intubation thus far, pt
has good potential to return to ambulatory functional status. His
ICU course to date and future care will likely prolong his
recovery timeline, but acute PT will continue to progress and
reassess. At this time, recommend d/c to interdisciplinary rehab
setting, although this may change pending patient progress this
admission.

Current Status: G8978 Mobility
AM-PAC raw score: 8
Based on the **results** of the AM-PAC, the patient presents with
CMS severity: 80%-100%impaired (CM)
Goal Status: G8979 Mobility
with CMS severity: 60%-80% impaired (CL)

Goals: Time Frame: 1 Week
Pt will maintain eyes open for 30 min PT session
Pt will follow 5/5 single step commands
Pt will answer 5/5 yes/no questions accurately
Pt will require modA for supine to sit transfer with bed rail
Pt will require minA for balance with BUE support for 30 sec
Pt will maintain SpO2 >95% on 2L NC vs 35% TM
Pt will achieve MRC sum score >48
Pt will demonstrate understanding of role of PT

Anticipated Discharge: (x)rehab ( )home

Treatment Plan:
ROM/stretching program with rehab aide/PT coop student
Progress functional mobility including bed mobility, transfers
Balance training
Cognitive activities and orientation training
Pulmonary hygiene with continuous O2 monitoring
Patient/Caregiver education RE: delirium reduction, early
mobility
D/C planning

Frequency/Duration: 3-5x/week for 1 week

Recommendations for Nursing:
Pt is at high risk for deconditioning please encourage frequent
mobility and maximize independence in ADLs.
Lift for all mobility including transfers to chair 3x/day.
Limit sitting time given patient's inability to effectively
reposition in chair. Please use pressure relieving air cushion /
chair alarm when out of bed. Normalize sleep-wake cycle to

**Initial note 08/13/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**
decrease risk of delirium.

Patient agrees with the above goals and is willing to participate
in the rehabilitation program. Please indicate with an 'X'. Yes
() or No (x). If no please explain: pt unable at this time given
impaired cognition

Date: 08/13/2014
Time: 1230-1255

Physical Therapist Name: Angela Berlin PT, DPT
Physical Therapist Pager: 35470

---

**Progress note 08/14/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**
Note Date: 08/14/14
Signed by ANGELA BERLIN, PT on 08/14/14 at 3:42 pm Affiliation: BIDMC

PHYSICAL THERAPY PROGRESS NOTE
Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "I am exhausted"

OBJECTIVE: Follow up visit to address goals of PT evaluation on:
8/13

Patient seen today for:
Patient Education
Therapeutic Activities
Functional Mobility Training
Balance Training
Gait Training
Continuous Pulse Oximetry

Updated Medical Status:
Labs.
08/14/14: WBC: a) 6.8; b) 6 2; c) 6.2
08/14/14: HGB: a) 8.5*; b) 8.6*; c) 8.9*
08/14/14: HCT: a) 25.1*, b) 26.0*; c) 26.1*
08/14/14. Plt Count: a) 88*; b) 85*; c) 92*

Procedures: extubated this morning

Hemodynamic Response/Aerobic Capacity
Position HR BP RR O2 RPE
Rest Supine 103 142/84 22 94% 50%SM
Sit
Stand
Activity Sit 116 161/100* 28 90% 50% SM
Recovery Reclined 102 138/71 24 100% 50% SM
Total Distance Walked: NT Minutes:
*BP on L distal LE with ? accuracy while LE dangling and pt too
agitated to tolerate fully immobile BP reading. RN aware.

Functional Status
Rolling: NT

**Progress note 08/14/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

Supine/Side-lying to Sit: Mod assist x2

Sit to Stand: Max assist x 2

Ambulation: NT

Stairs: NT

Other Activity: OOB to chair

Specify: total A with lift

***Abbreviation Key*** I=Independent S=Supervision CG=Contact
Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane
AC=Axillary Crutches

Gait: pt unable. Mod A x 2 for transition to EOB sitting 2/2 p
lethargy and motor task initiation. Cuing for transfer with pt
use of UE and scooting trunk to EOB. Sit to stand x 3 trials with
max A x 2 and pt able to attain 75% of full stance with B LE WB,
without buckling, with increased forward flexed posture and wide
BOS. Transfer not performed functionally 2/2 pt fatigue and
inability to safely weight shift to pivot or step to chair.
Seated rest breaks required between trials 2/2 pt fatigue.

Balance: At the edge of the bed, pt able to maintain midline BUE
support and S. Min reaching within BOS with increased R trunk
lean, also noted with fatigue. No overt LOB noted in sitting
Able to sit briefly without UE support and maintain trunk
midline. Increased trunk unsteadiness and need for UE support
with stance trial.

Pain: Denied pain t/o

Limiting Symptoms: fatigue, lethargy, pt focus on clearing
secretions

Other Tests and Measures:
Arousal/Attention/Cognition/Communication:
Arousal: Pt maintains eyes open for 75% of PT session with
auditory stimulation

Orientation: Pt is orientated to: A&Ox self, DOB and hospital. Pt
reports the year as "January" (also his birthday) unable to
attend to cues to look "outside" or the wall calendar. Pt unable
to report the season or year.

Communication: able to make needs known when prompted, speech
slurred and dysarthric, difficult to understand at times with pt
clearing throat and moaning often without report of symptoms or
needs.

Command Following: 50% one step commands with cues and increased
time to complete.

CAM ICU: positive

Pulmonary: normal breathing pattern with frequent coughing.
BS coarse at bases. Cough: Moderate, congested and productive but
pt requiring max cues to spit out secretions and is visibly
swallowing a fair amount. When able to use Yankauer or

**Progress note 08/14/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

expectorate secretions they are thick, tan, and copious. Pt
denies SOB or difficulty breathing through out. Requires assist
for Yankauer use.

Team Communication: Communicated with RN RE: Pt status pre and
post treatment, recommendations for mobility. Patient discussed
at interdisciplinary team rounds.

Patient/Caregiver Education: PT role, PT plan of care, D/C plans
to rehab, orientation training, benefits of OOB to chair

Intervention: OOB **assessment**/mobility, sit to stand trial, pt edu
and cognitive **assessment**/training.

**ASSESSMENT**/CLINICAL **IMPRESSION**: 61 yo M with recent
**diagnoses**/treatment of GBM now presents with massive PE and
hypercardic respiratory failure s/p extubation. Pt currently
presents to PT most limited by cognition and deconditioning in
setting of recent bed rest, with evidence of delirium.
Anticipate pt will continue to make functional and cognitive
gains with continued mobilization, weaning of sedation and acute
PT intervention. Today pt presents with significant improvements
in arousal command following, communication, secretion
clearance/pulm toilet, ventilation, and functional
mobility/balance. Given pt's age, active PLOF, apparent strength
and mobilization of extremities, and relatively brief period of
sedation/intubation, pt has good potential to return to
ambulatory functional status. His ICU course to date and future
care will likely prolong his recovery timeline, but acute PT will
continue to progress and reassess At this time, continue to
recommend d/c to interdisciplinary rehab setting, although this
may change pending patient progress this admission.

Anticipated Discharge: (x)rehab ( )home

PLAN:
ROM/stretching program with rehab aide/PT coop student
Progress functional mobility including bed mobility, transfers,
gait and stairs as tolerated.
Balance training
Cognitive activities and orientation training
Pulmonary hygiene with continuous O2 monitoring
Patient/Caregiver education RE: delirium reduction, early
mobility
D/C planning

Recommendations for Nursing: Pt is at high risk for
deconditioning please encourage frequent mobility and maximize
independence in ADLs. Lift for all mobility 3x/day.
Please use pressure relieving air cushion / chair alarm when out
of bed. Normalize sleep-wake cycle to decrease risk of delirium.

Patient agrees with the above goals and is willing to participate
in the rehabilitation program. Please indicate with an 'X': Yes (

**Progress note 08/14/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

) or No (x). If no please explain: pt unable given impaired

cognition

Date: 08/14/2014

Time: 900-915/1100-1130

Physical Therapist Name: Angela Berlin PT, DPT

Physical Therapist Pager: 35470

**Progress note 08/14/2014 Dr. Carolyn Fasoli Service: Venous Access**

Note Date: 08/14/14

Signed by CAROLYN FASOLI on 08/14/14 at 2:37 pm Affiliation: BIDMC

new POWER PICC tip is cavoatrial junction, wire removed on

insertion

**Progress note 08/14/2014 Dr. Carolyn Fasoli Service: Venous Access**

Note Date: 08/14/14

Signed by CAROLYN FASOLI on 08/14/14 at 2:54 pm Affiliation: BIDMC

PICC line--- cxr re-check by radiology tip may be in rt.

atrium, pulled back 2 cm to place distal SVC/ cavoatrial

junction

**Initial note 08/14/2014 Dr. McKenna OTR/L Reese Service: Rehabilitative Services**

Note Date: 08/14/14

Signed by MCKENNA REESE, OTR/L on 08/14/14 at 3:27 pm Affiliation: BIDMC

OCCUPATIONAL THERAPY EVALUATION

Rehabilitation Services - Inpatient Occupational Therapy

Attending Physician: AKUTHOTA,PRAVEEN

Referral Date: 8/14/2014

Medical Dx/ICD9: PE; 415.1

Reason for Referral: Evaluation and Treatment

Activity Orders: As Tolerated Per Verbal Order in

Interdisciplinary Mobility Rounds

HPI/Subjective Complaint: 51 yo M with history of GBM diagnosed

in May s/p chemo/radiation, found to have a massive PE and

transferred to the MICU s/p lysis with tPA, paralyzed with

rocuronium initially, intubated and ventilated, with initial

pressor requirement (Levophed, and vasopressin). Intubated with

hypercarbic respiratory failure with decreased ventilation,

increased lactate, sinus tachycardia and troponin leak,

obstructive shock. Pt extubated (8/14) few hours prior to OT

evaluation

Ventilator support dates: 8/11-8/14

Number of days of bed-rest: 8/11-8/14

Past Medical/Surgical History:

AR0846

**Initial note 08/14/2014 Dr. McKenna OTR/L Reese Service: Rehabilitative Services**

-GBM diagnosed in May s/p chemo/radiation

-hip Joint replacements

-Cluster headaches

Medications: Heparin IV Sliding Scale Dexamethasone Cefepime Vancomycin Midazolam Fentanyl Citrate Propofol

Radiology:

8/11 CT HEAD: No evidence of hemorrhage. Again seen is a right parietal mass with associated edema. The mass effect and midline shift have decreased since May 21.

8/11 ECHO: The right ventricular cavity is dilated with depressed free wall contractility. There is no aortic valve stenosis. No aortic regurgitation is seen. The mitral valve appears structurally normal with trivial mitral regurgitation. The pulmonary artery systolic pressure could not be determined. There is no pericardial effusion.

8/10 CTA CHEST: 1. Massive pulmonary embolism involving the central and peripheral pulmonary arteries with right heart strain (dilated right ventricle and bowing of the interventricular septum). 2. Wedge shaped opacities in the superior segments of the lower lobes are suspicious for pulmonary infarctions.

8/10 CT HEAD: Multilocular cystic lesion centered in the right parietal lobe and extending across the corpus callosum, consistent with the patient's known glioblastoma and surrounding posttreatment changes. No evidence of infarction or hemorrhage.

8/10 CXR. Lung volumes are low with bibasilar atelectasis and scarring, particularly in the left lower lobe

Labs:

08/14/14: WBC: a) 6.8; b) 6 2; c) 6.2

08/14/14: HGB: a) 8.5*; b) 8.6*; c) 8.9*

08/14/14: HCT: a) 25.1*; b) 26.0*; c) 26.1*

08/14/14: Plt Count: a) 88*; b) 85*; c) 92*

Social/Occupational History: (PER PT EVAL- no family present to provided) Married, lives with wife and kids. Works and just started a new job that requires travel one month ago.

Living Environment: Pt lives in a multi-level home, presumed stairs.

Prior Functional Status/Activity Level. Ambulates without an **assistive device** per sisters, but leading up to GBM **diagnosis** in May was using a SC progressing to RW progressing to w/c. Progressed to independent baseline s/p chemo/radiation. Indep ADLs/IADLs and active per sisters, without residual neuro deficits that they are aware of. Drives.

OBJECTIVE TESTING

Current Activities of Daily Living:

Self Feeding: NT

**Initial note 08/14/2014 Dr. McKenna OTR/L Reese Service: Rehabilitative Services**

Grooming: Min assist with suction

UE Bathing: Max assist (simulated)

LE Bathing: Max assist (simulated)

UE Dressing: Max assist

LE Dressing: Max assist

Toileting: NT

Specify: Pt requires heavy assist to complete self-care, unable
to attend to task to wash face with cloth. Max assist to don
socks.

PERFORMANCE SKILLS

Process Skills:

A&Ox self, DOB and hospital. Pt reports the year as "January"
(also his birthday) unable to attend to cues to look "outside" or
the wall calendar. Pt unable to report the season or year.

Behaviors: lethargic, distracted with shovel mask

Following Commands: 50% one step commands with cues and increased
time to complete

Memory: recognized PT from yesterday but unaware of role/title

Attention: CAM ICU positive, eye open 75% of the time

Insight/ Safety Awareness: Impaired, cues for transfer and motor
planning

Visual perception: tracks from L to R

Communication: able to make needs known when prompted, speech
slurred and dysarthric, difficult to understand at times.

Current Instrumental Activities of Daily Living:

Home Management: needs assist

Money Management: NT

Community Integration: needs assist

Motor Skills - Functional Transfers:

Rolling: NT

Supine/Side-lying to Sit: Mod assist x2

Sit to Stand: Max assist x 2

Bed to Chair: dependent with lift

Functional Balance: CG assist to supervision

Specify: Pt require max cues to attend with transfers, mod assist
to the EOb, once at EOB was able to demo functional balance with
CG to supervision with B UE to support. Pt with R side lean,
corrects initially however purpose with fatigue in attempts to
lay supine "back to bed." Pt demo three sit to stand with max
assist x 2, unable to fully erect upright, demo WBing into B LE,
pt achieve 75% upright. Defer transfer and use the lift to the
chair, chair alarm on.

***Abbreviation Key***

I=Independent S=Supervision CG=Contact Guard RW=Rolling Walker
SW=Standard Walker SC=Straight Cane AC=Axillary Crutches

Functional Balance: CG to supervision at EOB

Hemodynamic Response/Aerobic Capacity

AR0848

**Initial note 08/14/2014 Dr. McKenna OTR/L Reese Service: Rehabilitative Services**

Position HR BP RR O2 RPE

Rest Supine 94 142/84 96% (shovel mask- 50%)

Activity EOB 100-116 161/100 100% (SM @ 50%)

Recovery Reclined 100 138/71 99% (SM)

Range of Motion: B UE WFL

Muscle Performance: unable to attend to formal testing

B UE >= 3+/5 grossly

Motor Control: no abnormal movements

Coordination: unable to assess 2/2 to commands

Integumentary: shovel mask at 50%, L UE bruising (from shoulder
>distally- purple), tele, PIV, BP taken on L calf

Sensation: withdraws

Pain: denies

Limiting Symptoms: arousal, commands, attention, strength,
activity tolerance

Team Communication: NR pre/post session, PT co-treat

Patient/Caregiver Education RE: OT role, plan of care,
re-orientation

Intervention: complete OT evaluation

## DIAGNOSIS

Impairments, Functional Limitations, Disabilities

-Impaired arousal

-Impaired commands

-Impaired orientation

-Impaired strength

-Impaired transfers

-Impaired bed mobility

-Impaired insight

-Impaired ADLs

Clinical **Impression**/Prognosis: 61 yo M with recent **diagnoses**/
treatment of GBM now presents with massive PE and hypercarbia
respiratory failure s/p extubation presents as noted above. Pt is
functioning well below independent baseline. Pt was limited today
by impaired arousal, command, cognition and attention to tasks.
Pt demo heavy assist with transfers, requiring max cues to motor
plan and problem tasks. Pt presents delirious and deconditioned
in the ICU s/p recent extubation. Pt will likely require d/c to
rehab with OT/PT to maximize functional independence and
cognition. Acute OT will continue to progress to maximize gains
and prevent acute delirium.

Current Status: G8987 Self Care

AM-PAC raw score.

Based on the **results** of the AM-PAC, the patient presents with
CMS severity:

60%-80% impaired (CL)

**Initial note 08/14/2014 Dr. McKenna OTR/L Reese Service: Rehabilitative Services**

Goal Status: G8988 Self Care

with CMS severity:

40%-60% impaired (CK)

Goals: Time Frame: 1 Week

- 100% eye's open

- 100% one step commands

- min assist to log roll

- Mod assist to the commode

- O x 3

- correct on 2/3 attention tests

Anticipated Discharge: (X)rehab ( )home following OT visits

Treatment Plan: f/u ADLs, mobility, transfer, cognitive

re-training

Frequency/Duration: 1x/week for 1 week

Recommendations for Nursing: dependent with the lift to the chair

bed/chair alarm, constant re-orientation

Delirium prevention:

***OOB to chair 3 day for ALL meals please!

***Familiar pictures and items within view

***News or nonverbal music on during daytime

***Lights on during day with shades UP

***Frequent Reorientation to clock, calendar, window

***Encourage participation with ADLs

***Use of chair/bed alarms

***Encourage family presence at bedside

Patient agrees with the above goals and is willing to participate

in the rehabilitation program. Please indicate with an 'X': Yes

(X) or No ( ). If no please explain:

Date: 08/14/2014

Time: 1100-1130

Occupational Therapist Name: McKenna S. Reese MS, OTR/L

Occupational Therapist Pager: 39754

---

**Progress note 08/15/2014 Dr. Scott OTR/L, CHT Hamelin Service: Rehabilitative Services**

Note Date: 08/15/14

Signed by SCOTT HAMELIN, OTR/L, CHT on 08/15/14 at 3:10 pm Affiliation: BIDMC

OCCUPATIONAL THERAPY PROGRESS NOTE

Rehabilitation Services - Inpatient Occupational Therapy

SUBJECTIVE: Patient reports being tired.

OBJECTIVE:

Activities of Daily Living: (assistance required)

- Grooming: Supervised to face/ hand washing with cloth

Aerobic Activity Response:

**Progress note 08/15/2014 Dr. Scott OTR/L, CHT Hamelin Service: Rehabilitative Services**

Position HR BP RR O2

Rest supine 82 139/74 97%

Activity sit 137/84

Recovery sit 127/68

Functional Transfers: (assistance required

- Rolling: Min assist

- Sup / Sidelying to Sit: Min assist

- Sit to Stand: Min assist x 2

- Stand pivot to chair. Mod assist x 1

Cognition:

- Orientation: Awake, eyes open. Oriented to name/ DOB/ hospital
only. Patient able to read calendar to re-orient to day/ date/
year.

- Attention: Impaired attention to formal testing. Impaired
Vigilance testing

- CAM ICU Positive

- Visual Perception: Scans and tracks in all 4 visual quadrants.
Unable to read calendar on the wall. Able to read staff ID badges
at arms length distance.

- Follows commands: Following simple 1 step physical commands.

- Communication: Difficulty verbalizing basic needs 2/2 fatigue/
cognitive impairment.

Patient Education: Role of OT. Benefits of OOB and activity
performance.

Team Communication: RN, MD, PT regarding patient status

__ASSESSMENT__: 61 year old male with GBM admit for management of a
massive PE. The patient is participating in a PT/OT program and
making functional gains. He continues to demonstrate the need to
d/c to a rehab facility with daily PT/OT to maximize his
functional potential. Plan to continue acute OT for ADL training,
functional training, and cognitive re-training.

Anticipated Discharge: rehab

PLAN: Continue per initial eval

Patient Agrees with the above goals and is willing to participate
in the rehabilitation program. Please indicate with an 'X':
Yes ( x ) or No ( ).
If no please explain:

Time: 1130-1210

Pager #: 35564

**Progress note 08/15/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

Note Date: 08/15/14

Signed by ANGELA BERLIN, PT on 08/15/14 at 4:39 pm Affiliation: BIDMC

AR0851

**Progress note 08/15/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

PHYSICAL THERAPY PROGRESS NOTE

Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "Am I going to get out of bed?"

OBJECTIVE: Follow up visit to address goals of PT evaluation on:
8/13

Patient seen today for:

Patient Education

Therapeutic Activities

Functional Mobility Training

Balance Training

Gait Training

Continuous Pulse Oximetry

Updated Medical Status:

Labs:

08/15/14: WBC: a) 5.6; b) 5.5

08/15/14: HGB: a) 7.7*; b) 7.3*

08/15/14: HCT: a) 22.8*; b) 22.1*

08/15/14: Plt Count: a) 119*; b) 106*

08/15/14: PT: a) 13.0*; b) 13.0*

08/15/14: PTT: a) 51.4*; b) 60.7*

08/15/14: INR: a) 1.2*; b) 1.2*

Pt more delirious/agitated overnight without sleep until 6am this
morning.

Hemodynamic Response/Aerobic Capacity

Position HR BP RR O2

Rest supine 82 139/74 97% 4L

Activity sit 137/84

Recovery sit 127/68 96% 4L

Total Distance Walked: NT Minutes:

*BP on L distal LE

Functional Status

Rolling. min A with bed rail

Supine/Side-lying to Sit: min A

Sit to Stand: min A x 2

Ambulation: NT

Stairs: NT

Other Activity: stand pivot to chair

Specify: mod A x 1

***Abbreviation Key*** I=Independent S=Supervision CG=Contact
Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane
AC=Axillary Crutches

Gait: Sit to stand x 2 trials with min A x 2 and UE support;
stand pivot with mod A 2/2 L LE buckling and pt fatigue. Denied
dizziness/SOB t/o.

Balance: At the edge of the bed, pt able to maintain midline BUE
support and S. Min reaching within BOS with improved midline

**Progress note 08/15/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

posture. Static stance required min A x 2, B UE support, wife BOS
and L LE buckling.

Pain: Denied pain t/o

Limiting Symptoms: fatigue, lethargy, agitation with Foley

Other Tests and Measures:

Arousal/Attention/Cognition/Communication:

Arousal: Pt maintains eyes open t/o PT session with auditory
stimulation with improved eye contact. Remain inattentive 2/2
general restlessness/discomfort and lack of sleep he reports.

Orientation: Oriented to name/ DOB/ hospital only. Patient able
to read calendar to re-orient to day/ date/ year.

Communication: verbally communicates, difficulty articulating
symptoms/needs 2/2 fatigue. Indep demonstrates call bell use.

Command Following: 100% single step motor commands with delay in
initiation.

CAM ICU: positive

Visual Perception. Scans and tracks in all 4 visual quadrants
Unable to read calendar on the wall. Able to read staff ID badges
at arms length distance. Reports continued blurry vision.

Short term memory: Unable to recall edu > 3 min, such as purpose
of Foley catheter when pt reports need to urinate or requests "do
you have a bathroom around here".

Mobility: mobilizes all extremities including L UE/LE with
attention to L and R hemibody/environment, but demonstrates
decreased use of L UE for tasks (and is L handed) as well as L LE
functional weakness >R, with buckling in weight bearing and
decreased ability to lift L LE/weight shift to L.

Pulmonary: normal breathing pattern with frequent coughing.
Cough· Moderate, congested and productive per pt, not observed
this session.

Team Communication: Communicated with RN RE: Pt status pre and
post treatment, recommendations for mobility. Patient discussed
at interdisciplinary team rounds.

Patient/Caregiver Education: PT role, PT plan of care, D/C plans
to rehab, orientation training, benefits of OOB to chair

Intervention: OOB **assessment**/mobility, sit to stand trial, pt edu
and cognitive **assessment**/training.

**ASSESSMENT**/CLINICAL **IMPRESSION**: 61 yo M with recent
**diagnoses**/treatment of GBM now presents with massive PE and
hypercarbic respiratory failure s/p extubation. Pt currently
presents to PT most limited by cognition and deconditioning in
setting of recent bed rest, with evidence of delirium.
Anticipate pt will continue to make functional and cognitive
gains with continued mobilization, weaning of sedation and acute
PT/OT intervention. Today pt presents with continued

AR0853

**Progress note 08/15/2014 Dr. Angela PT Berlin Service: Rehabilitative Services**

improvements particularly regarding functional mobility / balance. Given pt's age, active PLOF, apparent strength and mobilization of extremities, and relatively brief period of sedation/intubation, pt has good potential to return to ambulatory functional status. His ICU course to date and future care will likely prolong his recovery timeline, but acute PT will continue to progress and reassess. At this time, continue to recommend d/c to interdisciplinary rehab setting, although this may change pending patient progress this admission.

Anticipated Discharge: (x)rehab ( )home

PLAN:
ROM/stretching program with rehab aide/PT coop student
Progress functional mobility including bed mobility, transfers, gait and stairs as tolerated.
Balance training
Cognitive activities and orientation training
Pulmonary hygiene with continuous O2 monitoring
Patient/Caregiver education RE: delirium reduction, early mobility
D/C planning

Recommendations for Nursing: Pt is at high risk for deconditioning please encourage frequent mobility and maximize independence in ADLs. Lift for all mobility 3x/day.
Please use pressure relieving air cushion / chair alarm when out of bed. Normalize sleep-wake cycle to decrease risk of delirium.

Patient agrees with the above goals and is willing to participate in the rehabilitation program. Please indicate with an 'X': Yes ( ) or No (x). If no please explain: pt unable given impaired cognition

Date: 08/15/2014
Time: 1130-1210
Physical Therapist Name: Angela Berlin PT, DPT
Physical Therapist Pager: 35470

**Progress note 08/17/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**
Note Date: 08/17/14
Signed by JESSICA J. LIEGEL, MD on 08/17/14 at 8:58 pm Affiliation: HMFP practice

ONCOLOGY PROGRESS NOTE, Aug 17, 14

61 yr old male with GBM s/p chemorads in May. He was transferred from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden onset chest pain and SOB w/ possible syncope while sitting on toilet on 8/10. He required intubation at OSH for possible seizure, hypotensive during flight to BIDMC requiring levophed. EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got

**Progress note 08/17/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

tpa x 2 in ED. During ICU stay was on 2 pressors, paralytics and
flolan while in ICU and over next few days able to wean pressors
and vent. Pt was extubated 8/14/14.

Subjective/Interim: Transferred out of West ICU last night. Has
been on RA. Denies dyspnea other than when initially getting up.
No chest pain, leg pain, leg swelling. Has extensive bruising
over arms and face, gradually improving per family. Had BM last
night and two this am after miralax and MOM. Having difficulty
sleeping

ROS: no fever/chills, no nausea, vomiting, ab pain, melena.
Remainder 10pt ROS negative other than HPI above.

Exam:
VS - 98.4 128/70 81 20 93%RA
Gen - alert, NAD, pleasant
HEENT - bruising over neck and lateral face, MMM, no OP lesions
CV - RRR, no murmur
Resp - CTAB
Ab - soft, NT, ND, BS hypoactive
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremitys

Labs - hgb 8.4 Plt 141 (both improved)
Lytes and Cr wnl
Xa 4 hrs after am dose 0.9

IMAGING
8/10/14
CTA chest - 1. Massive pulmonary embolism involving the central
and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and
bowing of the
interventricular septum).
2 Wedge shaped opacities in the superior segments of the lower
lobes are
suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size. No atrial septal
defect is seen by 2D or color Doppler. The estimated right atrial
pressure is at least 15 mmHg. There is mild symmetric left
ventricular hypertrophy with normal cavity size and global
systolic function (LVEF=55%). Due to suboptimal technical
quality, a focal wall motion abnormality cannot be fully
excluded. There is no ventricular septal defect. The right
ventricular cavity is dilated with depressed free wall
contractility. There is no aortic valve stenosis. No aortic
regurgitation is seen. The mitral valve appears structurally
normal with trivial mitral regurgitation. The pulmonary artery
systolic pressure could not be determined. There is no
pericardial effusion.

AR0855

**Progress note 08/17/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

CT head 8/11 - **FINDINGS**

There is no evidence of hemorrhage. There is a right parietal mass invading the splenium corpus callosum. White matter hypodensity is likely edema in the patient's clinical History. The mass-effect on the lateral ventricles and leftward midline shift is less compared to May 21. The basal cisterns appear patent.

Two right-sided burr holes are noted. The paranasal sinuses, mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -

**IMPRESSION:**

1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.

**Assessment**/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due to GBM then 50mg infusion on 8/10). On heparin gtt and now on lovenox transitioned 8/16. Checked Xa level today is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likey contributed to bruising  head Ct without hemorrhage

GBM - s/p chemorads in May. parietal mass has persisted on head CT this admission also has ongoing edema. neuro-oncology consulted while pt in ICU. Has continued on dex and seizure meds. Will obtain restaging MRI as patient due for further treatment.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on CXR PNA vs pulmonary infarction, air-bronchogram present. initially treated with vancomycin + cefepime. Hflu was beta-lactamase negative, narrowed to levaquin, day 7 will be 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress response from PE, pt also on dex. Did not worsen with development of PNA. Now resolved

Delirium - treated with olanzapine, nearly resolved, still having difficulty with sleep/wake cycle. will increase trazodone

Constipation - no stool for several days while in ICU. Had BM last night with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although

AR0856

**Progress note 08/17/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

large diffuse ecchymoses. also ?dilutional and phlebotomy vs

occult GI bleed on heparin but guiac negative. Slightly improved

past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2

consumption from clot, did not decrease on heparin and now

improving

Code status - Full code

Dispo - Anticipate d/c home next 48 -72 hrs, will request PT/OT

to assess pt safe for discharge home

**Progress note 08/18/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

Note Date: 08/18/14

Signed by TESSA CARSON on 08/18/14 at 5:48 pm Affiliation: BIDMC

Cosigned by MEGHAN CHURCH, PT on 08/18/14 at 5:57 pm

PHYSICAL THERAPY PROGRESS NOTE

Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "I'm feeling better."

OBJECTIVE: Follow up visit to address goals of PT evaluation on:

8/13

Patient seen today for:

Patient Education

Therapeutic Activities

Gait Training

Therapeutic Exercise

Balance Training

Updated Medical Status: new onset of abdominal pain, possible

cholecycitis. A&Ox3 w/ MRI and US unread as of yet

Labs:

08/18/14: WBC: 8.3

08/18/14: HGB: 9.2*

08/18/14: HCT· 28.9*

08/18/14. Plt Count: 166

Radiology:

MR Head 8/18: Unread

CXR 8/14 - New right PICC line terminates in the cavoatrial

junction/upper right atrium. Retracting the catheter by 2cm

would definitely place it at or above the cavoatrial junction.

Bibasilar opacities, right greater than left. Likely

atelectasis and mild pulmonary edema, but cannot exclude

underlying pneumonia particularly in the right lung base.

CT head 8/11: There is no evidence of hemorrhage. There is a

right parietal mass invading the splenium corpus callosum. White

matter hypodensity is likely edema in the patient's clinical

History. The mass-effect on the lateral ventricles and leftward

midline shift is less compared to May 21.

AR0857

**Progress note 08/18/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

Medications: Change to 0.5mg HYDROmorphone IV, TraZODone 50-100
mg.

Procedures: n/a

Hemodynamic Response/Aerobic Capacity

Position HR BP RR O2 RPE

Rest Supine 98 128/70 22 96%RA 2

Sit 112 122/70 24 94%RA 2

Stand 118 n/a 28 94%RA 3

Activity n/a

Recovery Sit 115 126/74 22 99%RA 2

Total Distance Walked: n/a Minutes:

Functional Status

Rolling: I Use of rail: N

Sup/Sidelying to Sit: min A Head of Bed Elevated: n/a

Sit to Stand: initially min A progress to CG w/ RW

Ambulation: n/a

Stairs: n/a

Other Activity: stand-step transfer bed>chair: CG

Specify: n/a

***Abbreviation Key*** I=Independent S=Supervision CG=Contact
Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane
AC=Axillary Crutches

Gait: Pt declined ambulation due to pain/fear of increasing pain
in RUQ w/ upright activity.

Balance: Sitting - Static. I w/o UE support. Dynamic: I w/ single
UE support. Pt able to reach outside BOS in all directions >6",
able to touch toes. Standing: initially min A for AD management
and retropulsion Pt progressed to CG - requires momentum, bil
UE support on bed and mod verbal cues for sequencing. Pt
demonstrates impulsiveness but responds to simple commands.
Dynamic - CG w/ single UE support on R. Pt does not demonstrate
reaching outside BOS. Mod bil sway while transfering, requires
mod verbal cues for sequencing and CG for AD management.

Pain: 0/10 at rest. 4/10 with activity. 2/10 at recovery.

Location: RUQ

Quality: "sharp"

Intervention: position of comfort

Limiting Symptoms:

pain

weakness

Other Tests and Measures:

Orientation, Alertness, Arousal, Attention:

Pt is oriented to name, DOB, reason and location. Pt able to
recall the date w/o reading off of the calendar. Pt able to state
3/12 months of the year backwards and 5/7 days of the week

**Progress note 08/18/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

backwards w/o error. Able to count backwards from 10 adequately.
Pt able to recall 1/3 items 3 min later. Pt is easily distracted
and performs better in quiet environment. Performs well w/ simple
commands and visual demonstration for motor sequencing.

Team Communication: Communication w/ NSG RE: Pt status pre and
post visit, mobility recommendations, D/C planning.
Patient discussed at interdisciplinary team rounds.

Patient Education RE. need for AD, benefits for OOB activity and
ther ex, fall precautions, PT plan of care and D/C planning.

Intervention: Transfer and balance training, pt education.

Balance re-training in sitting:
-12 (6ea) reps of reaching outside BOS w/ single UE support, both
UEs.
-3 w/ R UE reaching, L UE support on RW: pt did not demonstrate
reaching outside BOS. Pt declined further treatment due to pain
in RUQ.

**ASSESSMENT**/CLINICAL **IMPRESSION**: 61 M PE 2/2 glioblastoma and new
concern for possible cholecyitis due to RUQ pain. Pt has made
great improvement from his initial evaluation and has met 8/8 of
his goals. Despite his improvement the pt would benefit from
skilled rehab due to his impusiveness, level of cognition and
requirement of 24S. Recommend D/C to rehab.

Anticipated Discharge: (X)rehab ( )home following PT visits

PLAN: balance, gait, endurance training, ther ex and acitivity,
pt education: deep breathing, energy conservation, fall
precautions, AD management, PT plan of care and D/C planning.
Recommendations for Nursing:

Patient agrees with the above goals and is willing to participate
in the rehabilitation program. Please indicate with an 'X': Yes
(X) or No ( ). If no please explain

Date: 08/18/2014
Time: 16:49-17 12

Physical Therapy Student Name. Tessa Carson, PT/s
Physical Therapy Student Pager: 92757

Physical Therapist Name: Meghan Church PT, DPT
Physical Therapist Pager: 32318

Addendum by MEGHAN CHURCH, PT on 08/18/14 at 5:57 pm:
I have read and agree with above.
Meghan Church PT, DPT p32318
08/18/2014

**Progress note 08/18/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**
Note Date: 08/18/14
Signed by JESSICA J. LIEGEL, MD on 08/18/14 at 4:41 pm Affiliation: HMFP practice

AR0859

**Progress note 08/18/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

ONCOLOGY PROGRESS NOTE, Aug 18, 14

61 yr old male with GBM s/p chemorads in May. He was transferred
from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden
onset chest pain and SOB w/ possible syncope while sitting on
toilet on 8/10. He required intubation at OSH for possible
seizure, hypotensive during flight to BIDMC requiring levophed.
EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got
tpa x 2 in ED. During ICU stay was on 2 pressors, paralytics and
flolan while in ICU and over next few days able to wean pressors
and vent. Pt was extubated 8/14/14.

Subjective/Interim: Developed new onset RUQ pain last night,
describes as being stabbed w/ poker. Never had pain like this
before. Not worse with eating. No nausea/vomiting. Had 3 BM
yesterday, no diarrhea. Has extensive bruising over arms and
face, cont to improve, no bleeding.

ROS: no fever/chills, melena, cough, SOB. Remainder 10pt ROS
negative other than HPI above.

Exam.
VS - 98.1 128/80 84 20 94%RA
Gen - alert, NAD, pleasant
HEENT - evolving bruising over neck, below R mandible, and R
eyelid, MMM, no OP lesions
CV - RRR, no murmur
Resp - CTAB
Ab - soft, NT, ND, BS active, no HSM
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremities

Labs -
ALT: 200 AP: 155 Tbili: 1.4 Alb:
AST: 65 LDH: Dbili: TProt:
Amy: Lip: 417

wbc 8.3 hgb 9.2 plt 166

IMAGING
8/10/14
CTA chest - 1. Massive pulmonary embolism involving the central
and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and
bowing of the
interventricular septum).
2. Wedge shaped opacities in the superior segments of the lower
lobes are
suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size. No atrial septal
defect is seen by 2D or color Doppler. The estimated right atrial
pressure is at least 15 mmHg. There is mild symmetric left

**Progress note 08/18/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

ventricular hypertrophy with normal cavity size and global
systolic function (LVEF=55%). Due to suboptimal technical
quality, a focal wall motion abnormality cannot be fully
excluded. There is no ventricular septal defect. The right
ventricular cavity is dilated with depressed free wall
contractility. There is no aortic valve stenosis. No aortic
regurgitation is seen. The mitral valve appears structurally
normal with trivial mitral regurgitation. The pulmonary artery
systolic pressure could not be determined. There is no
pericardial effusion.

CT head 8/11 - **FINDINGS**:

There is no evidence of hemorrhage. There is a right parietal
mass invading the splenium corpus callosum. White matter
hypodensity is likely edema in the patient's clinical History.
The mass-effect on the lateral ventricles and leftward midline
shift is less compared to May 21. The basal cisterns appear
patent.
Two right-sided burr holes are noted. The paranasal sinuses,
mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -

**IMPRESSION**:

1. New right PICC line terminates in the cavoatrial
junction/upper right atrium. Retracting the catheter by 2cm
would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely
atelectasis and mild pulmonary edema, but cannot exclude
underlying pneumonia particularly in the right lung base.

**Assessment**/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and
extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak,
S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due
to GBM then 50mg infusion on 8/10). On heparin gtt and now on
lovenox transitioned 8/16. Xa level today is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with
dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likey contributed to
bruising. head Ct without hemorrhage 8/11

GBM - s/p chemorads in May. parietal mass has persisted on head
CT this admission also has ongoing edema. neuro-oncology
consulted while pt in ICU. Has continued on dex and seizure
meds. REstaging MRI done today as patient due for further
treatment.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on
CXR PNA vs pulmonary infarction, air-bronchogram present.
initially treated with vancomycin + cefepime. Hflu was

AR0861

**Progress note 08/18/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

beta-lactamase negative, narrowed to levaquin, day 7 will be 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress
response from PE, pt also on dex. Did not worsen with development
of PNA  Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning for
cholelithiasis/cholecystitis but exam now significantly improved.
WBC remains normal, afebrile. Will await RUQ U/S, consider
surgery **consult**. change to cefepime if exam worsens, has fever,
etc.

Delirium - treated with olanzapine in ICU, nearly resolved, still
having difficulty with sleep/wake cycle. on increase trazodone

Constipation - no stool for several days while in ICU. Good
relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although
large diffuse ecchymoses. also ?dilutional and phlebotomy vs
occult GI bleed on heparin but guiac negative. Slightly improved
past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2
consumption from clot, did not decrease on heparin and now
improving

Code status - Full code
Dispo - Will require rehab placement once medically stable for
discharge.

**Progress note 08/19/2014 Dr. Barbara RD, LDN, CNSC Dutra Service: Nutrition**
Note Date: 08/19/14
Signed by BARBARA DUTRA, RD, LDN, CNSC on 08/19/14 at 12:40 pm Affiliation: BIDMC

INPATIENT NUTRITION FOLLOW UP NOTE

SUBJECTIVE:
Patient reports that he is having trouble with pos due to
decreased appetitie in settin gof altered taste. Per patient and
family member, he is eating less than 50% of his meals, only
taking a few bites at times. He did not like the Ensure and is
unwilling to drink it however he is willing to try a different
oral supplement. He reports eating few bites of pizza today.

OBJECTIVE:
Weight:90 kgs admit, no new wts
Current Diet Order:Full liquids
Nutrition Supplement:Ensure TID
GI:abd distended 8/18, sig abd pain on 8/17 now improved, last bm
8/17 (loose x2)
Skin:wnl
Labs:noted; BUN trending up
Pertinent Medications:pantoprazole, enoxaparin sodium, senna,
docuate, dexamethasone, calcium cabonate 500mg others noted

AR0862

**Progress note 08/19/2014 Dr. Barbara RD, LDN, CNSC Dutra Service: Nutrition**

**ASSESSMENT**:

Specifics

51 year old male wthi GBM s/p chemo/radiation found to have
massive PE and trasnferred to MICU s/p lysis with TPA 8/11 and
heparin drip initially requiring pressors (d/c 8/12)and
intubation. Patient reveived tube feeds for a short time while
intubated and d/c on 8/14 for extubation with diet advanced on
·8/15 to regular and transferred to floor on 8/17. Patient had
plan for head CT on 8/17 unable to complete due to suden onset of
significant abd pain concerning for choleecystitis. Patient was
NPO on 8/18 for US found to have steatosis and no evidence of
cholelithiasis or cholecystitis. Patient now also s/p head MRI on
8/18 wtih **results** pending. Noted diet advanced to full liquids
after procedures on 8/18. Per RN reports, pt appetite has been
good. However per patient and family report, he now has poor
appetite eating less than 50% of meals therefore he is unlikely
to be meeting estimated nutritional needs. Will change oral
supplement to patient preference, if he is unable to increase
pos, will need to consider enteral feeds to supplement pos.

INTERVENTIONS / RECOMMENDATIONS:

[x] Advance diet as tolerated to regular, encourage po intake
[x] Oral supplements: Frappe with 2 packets beneprotein TID
[x] Tube feeding recommendations if patient is unable to increase
pos.
- To meet 100% of needs: Jevity 1.5 @ 70mL/hr = 2520 kcal,
108g protein)
- To meet 50% of needs  Jevity 1.5 @70mL/hr x12 hrs =
1260 kcal, 54g protein
[x] Daily multivitamin with minerals
[x] Monitor Chem10, replete lytes prn
[x] Monitor FSBGs, insulin sliding scale prn
[x] Monitor weight, I/Os, skin
[x] Following, page #39958

Addendum by BARBARA DUTRA, RD, LDN, CNSC on 08/19/14 at 2:52 pm:
[x] Consider appetite stimulant

---

**Progress note 08/19/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**
Note Date: 08/19/14
Signed by JESSICA J. LIEGEL, MD on 08/19/14 at 4:33 pm Affiliation: HMFP practice

ONCOLOGY PROGRESS NOTE, Aug 19, 14

61 yr old male with GBM s/p chemorads in May. He was transferred
from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden
onset chest pain and SOB w/ possible syncope while sitting on
toilet on 8/10. He required intubation at OSH for possible
seizure, hypotensive during flight to BIDMC requiring levophed.

AR0863

**Progress note 08/19/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got
tpa x 2 in ED During ICU stay was on 2 pressors, paralytics and
flolan while in ICU and over next few days able to wean pressors
and vent. Pt was extubated 8/14/14.

Subjective/Interim: No complaints this am. Still has some pain
over R side but more dull. Tolerating liquids well. Denies SOB,
cough, hemoptysis. Feels his weight is back to baseline with
minimal residual swelling.

ROS: no fever/chills, melena, nausea, vomiting. Remainder 10pt
ROS negative other than HPI above.

Exam:
VS - 98.4 98/64 90 20 100%RA
Gen - alert, NAD, pleasant
HEENT - improving bruising over neck, below R mandible, and R
eyelid, MMM, no OP lesions
CV - RRR, no murmur
Resp - CTAB
Ab - soft, NT, ND, BS active, no HSM
Ext - nonpitting edema of legs and hands
Skin - scattered large ecchymoses over all extremities

wbc 8.9 hgb 9 plt 154
lytes and Cr wnl
ALT 146/ AST 40 improved
bili 1.4
alkP 139

IMAGING
8/10/14
CTA chest - 1. Massive pulmonary embolism involving the central
and peripheral pulmonary arteries with right heart strain
(dilated right ventricle and bowing of the interventricular
septum).
2. Wedge shaped opacities in the superior segments of the lower
lobes are
suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size. No atrial septal
defect is seen by 2D or color Doppler. The estimated right atrial
pressure is at least 15 mmHg. There is mild symmetric left
ventricular hypertrophy with normal cavity size and global
systolic function (LVEF=55%). Due to suboptimal technical
quality, a focal wall motion abnormality cannot be fully
excluded. There is no ventricular septal defect. The right
ventricular cavity is dilated with depressed free wall
contractility. There is no aortic valve stenosis. No aortic
regurgitation is seen. The mitral valve appears structurally
normal with trivial mitral regurgitation. The pulmonary artery
systolic pressure could not be determined. There is no

AR0864

**Progress note 08/19/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

pericardial effusion.

CT head 8/11 - **FINDINGS**:

There is no evidence of hemorrhage. There is a right parietal mass invading the splenium corpus callosum. White matter hypodensity is likely edema in the patient's clinical History. The mass-effect on the lateral ventricles and leftward midline shift is less compared to May 21. The basal cisterns appear patent.

Two right-sided burr holes are noted. The paranasal sinuses, mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -

**IMPRESSION**:

1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.

2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base

Ab U/S 8/18:

1 Mildly echogenic liver consistent with steatosis. Other forms of liver disease and more advanced liver disease including steatohepatitis, fibrosis, or cirrhosis cannot be excluded on this study.

2. No evidence of cholelithiasis or **findings** suggestive of acute cholecystitis.

**Assessment**/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due to GBM then 50mg infusion on 8/10). On heparin gtt and now on lovenox transitioned 8/16. Xa level 8/18 is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likey contributed to bruising. head Ct without hemorrhage 8/11

GBM - s/p chemorads in May. parietal mass has persisted on head CT this admission also has ongoing edema. neuro-oncology consulted while pt in ICU. Has continued on dex and seizure meds. Restaging MRI done 8/18 w/ plan to restart temodar, awaiting **results**

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on CXR PNA vs pulmonary infarction, air-bronchogram present. initially treated with vancomycin + cefepime. Hflu was beta-lactamase negative, narrowed to levaquin, to complete today

AR0865

**Progress note 08/19/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

Leukocytosis - present on arrival, thought to be 2/2 stress
response from PE, pt also on dex. Did not worsen with development
of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning for
cholelithiasis/cholecystitis but U/S normal. liver enzymes
improving, ? passed gallstone. will slowly advance diet

Delirium - treated with olanzapine in ICU, nearly resolved, still
having difficulty with sleep/wake cycle. on increase trazodone

Constipation - no stool for several days while in ICU. Good
relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although
large diffuse ecchymoses. also ?dilutional and phlebotomy vs
occult GI bleed on heparin but guiac negative. Slightly improved
past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2
consumption from clot, did not decrease on heparin and now
improving

Code status - Full code
Dispo - Will require rehab placement once medically stable for
discharge, likely 24-48 hrs

**Progress note 08/20/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

Note Date. 08/20/14

Signed by JESSICA J. LIEGEL, MD on 08/20/14 at 5:30 pm Affiliation: HMFP practice

ONCOLOGY PROGRESS NOTE, Aug 20, 14

61 yr old male with GBM s/p chemorads in May. He was transferred
from Anna Jaques hospital to BIDMC MICU on 8/11 after sudden
onset chest pain and SOB w/ possible syncope while sitting on
toilet on 8/10. He required intubation at OSH for possible
seizure, hypotensive during flight to BIDMC requiring levophed.
EKG with S1Q3T3. Found to have saddle PE on Chest CT, and got
tpa x 2 in ED. During ICU stay was on 2 pressors, paralytics and
flolan while in ICU and over next few days able to wean pressors
and vent. Pt was extubated 8/14/14.

Subjective/Interim: No complaints this am. No longer having
ab/side pain. Now tolerating regular diet. Denies SOB, cough,
hemoptysis. Bruising now improving quickly.

ROS: no fever/chills, melena, nausea, vomiting, chest pain.
Remainder 10pt ROS negative other than HPI above.

Exam:
VS - afeb, OVSS
Gen - alert, NAD, pleasant
HEENT - fading bruising over neck, below R mandible, and R
eyelid, MMM, no OP lesions

AR0866

**Progress note 08/20/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

CV - RRR, no murmur

Resp - CTAB

Ab - soft, NT, ND, BS active, no HSM

Ext - nonpitting edema of legs and hands

Skin - scattered large ecchymoses over all extremities

Neuro - PERL, EOMI, face symmetric, moves all ext against
resistance, sensation intact to light touch

Labs:

137--103--24--105- AGap=13

4.0--25--0.5-

LT: 119-AP: 135-Tbili: 1.2-Alb:

AST: 37-

Amy:-Lip: 150- -

Cholesterol:296

Triglyc: 169

HDL: 31

CHOL/HD: 9.5

LDLcalc: 231

wbc 9.3--hgb 8.9--plt 168

IMAGING

8/10/14

CTA chest - 1. Massive pulmonary embolism involving the central
and peripheral pulmonary arteries with right heart strain
(dilated right ventricle and bowing of the interventricular
septum).

2. Wedge shaped opacities in the superior segments of the lower
lobes are
suspicious for pulmonary infarctions.

Echo 8/11 - The left atrium is normal in size  No atrial septal
defect is seen by 2D or color Doppler. The estimated right atrial
pressure is at least 15 mmHg. There is mild symmetric left
ventricular hypertrophy with normal cavity size and global
systolic function (LVEF=55%). Due to suboptimal technical
quality, a focal wall motion abnormality cannot be fully
excluded. There is no ventricular septal defect. The right
ventricular cavity is dilated with depressed free wall
contractility. There is no aortic valve stenosis. No aortic
regurgitation is seen. The mitral valve appears structurally
normal with trivial mitral regurgitation. The pulmonary artery
systolic pressure could not be determined. There is no
pericardial effusion.

CT head 8/11 - **FINDINGS**:

There is no evidence of hemorrhage. There is a right parietal
mass invading the splenium corpus callosum. White matter
hypodensity is likely edema in the patient's clinical History.
The mass-effect on the lateral ventricles and leftward midline
shift is less compared to May 21. The basal cisterns appear

AR0867

**Progress note 08/20/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

patent.

Two right-sided burr holes are noted. The paranasal sinuses, mastoid air cells, and middle ear cavities are clear.

CXR 8/14 -

**IMPRESSION:**

1. New right PICC line terminates in the cavoatrial junction/upper right atrium. Retracting the catheter by 2cm would definitely place it at or above the cavoatrial junction.

2. Bibasilar opacities, right greater than left. Likely atelectasis and mild pulmonary edema, but cannot exclude underlying pneumonia particularly in the right lung base.

Ab U/S 8/18:

1. Mildly echogenic liver consistent with steatosis. Other forms of liver disease and more advanced liver disease including steatohepatitis, fibrosis, or cirrhosis cannot be excluded on this study.

2. No evidence of cholelithiasis or **findings** suggestive of acute cholecystitis.

Brain MRI 8/18:

1. Right parietal peripherally enhancing mass, extending past midline through the splenium of the corpus callosum, which has slightly decreased in size when compared to prior exam. There is surrounding edema, mild adjacent sulcal effacement as well as effacement of the posterior horn of the right lateral ventricle. The degree of mass effect appears to have slightly improved from prior exam.

2. In addition, there has been interval growth in size of multiple satellite lesions, most prominently of a right frontal and left parietal lesions described above.

3. No new lesions are noted.

**Assessment**/Plan -

Hypercarbic respiratory failure - Intubated on transfer here and extubated 8/14/14, low sats but maintaining >92% on RA

Massive PE - R heart strain, tachycardia, hypotension, trop leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due to GBM then 50mg infusion on 8/10). On heparin gtt and now on lovenox transitioned 8/16. Xa level 8/18 is in range.

Cardiogenic shock - R heart strain 2/2 PE. Echo post TPA with dilated RV and some decreased function. BP stable, diurese prn

Supratherapeutic PTT - while on heparin gtt, likey contributed to bruising  head Ct without hemorrhage 8/11

GBM - s/p chemorads in May. parietal mass has persisted on head CT this admission also has ongoing edema. neuro-oncology consulted while pt in ICU. Has continued on dex and seizure meds. Restaging MRI done 8/18 w/ some improvement in large R parietal mass however satellite lesions have increased. Will

AR0868

**Progress note 08/20/2014 Dr. Jessica J. Liegel Service: Hematology/Oncology**

need to resume chemotherapy, plan is for cycled temodar per Dr
Uhlman to be started on discharge.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on
CXR PNA vs pulmonary infarction, air-bronchogram present.
initially treated with vancomycin + cefepime. Hflu was
beta-lactamase negative, narrowed to levaquin, completed 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress
response from PE, pt also on dex. Did not worsen with development
of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning for
cholelithiasis/cholecystitis but U/S normal. liver enzymes
improving, ? passed gallstone. Now tolerating regular diet

Delirium - treated with olanzapine in ICU, nearly resolved, still
having difficulty with sleep/wake cycle. on increase trazodone

Constipation - no stool for several days while in ICU. Good
relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although
large diffuse ecchymoses. also ?dilutional and phlebotomy vs
occult GI bleed on heparin but guiac negative. Slightly improved
past few days. If worsens check for hemolysis and reguiac

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2
consumption from clot, did not decrease on heparin and now
improving

Hyperlipidemia - noted to have significant steatosis on liver
U/S Fasting cholesterol markedly elevated, LDLcalc 231. Will
start statin. Discussed with patient that needs to have this
followed with his PCP.

Code status - Full code

Dispo - Plan to discharge tomorrow to Windgate at Andover

---

**BETH ISRAEL DEACONESS MEDICAL CENTER**
**PATIENT DISCHARGE PLAN**
**PATIENT INFORMATION**

| | |
|---|---|
| Patient Name: | ANTHONY MINISTERI |
| MRN#: | 2285630 |
| Case#: | 0321936 1 |
| DOB: | ▮▮▮1953 |
| Patient Status: | Admitted AUG 11,2014 |
| Reason for Admission: | PULMONARY EMBOLIS |
| Discharged to: | Extended Care Facility:Wingate - Andover 978-470-3434 |
| Primary Physician: | Dr. STEPHEN P. BEAUDOIN          978-499-7200 |
| Attending Physician: | Dr. JESSICA J. LIEGEL            617-667-1198 |

**DISCHARGE MEDICATIONS**
1 Dexamethasone 2 mg PO Q12H
2.Lorazepam 1 mg PO BID
RX *lorazepam 1 mg 1 tablet by mouth twice a day
Disp #*30 Tablet Refills:*1
3.Enoxaparin Sodium 90 mg SC Q12H
4.Pantoprazole 40 mg PO Q12H

AR0869

## DISCHARGE MEDICATIONS

5.Polyethylene Glycol 17 g PO DAILY:PRN constipation
6.Senna 8.6 mg PO BID constipation
7.Simvastatin 20 mg PO QPM
8.Ondansetron 8 mg PO BID PRN nausea
9.Prochlorperazine 10 mg PO BID PRN nausea
10.Ondansetron 8 mg PO DAILY
start 8/24/14 x 5 days with chemo
11.Temodar (temozolomide) 140 mg oral daily
total dose = 320mg, start 8/24/14 x 5 days
12.Temozolomide (temozolomide) 180 mg ORAL DAILY
total dose = 320mg, start 8/24/14 x 5 days

## DISCHARGE INSTRUCTIONS

Mr Ministeri, it was a pleasure caring for you during your stay at BIDMC. You were admitted after you were found down at home. You required a breathing tube prior to transfer as well as medications to support your blood pressure. On arrival at BIDM you were found to have a very large blood clot in your pulmonary artery. You were given clot-busting medications and did improve after that. The breathing tube was taken out and you are no longer requiring oxygen. You were started on blood thinners and this will be needed indefinitely. You also were treated for pneumonia, the bacteria found on your sputum cultures is Hemophilus Influenza. You were treated with antibiotics for this. MRI of the brain showed some improvement in the R parietal tumor are still multiple other smaller tumors thus you will need to resume chemotherapy, Dr Uhlman will be prescribing temodar. Lastly you were found to have high cholesterol and were restarted on a cholesterol-lowering statin medication which you have been on in the past.

## FINAL **DIAGNOSIS**

Saddle pulmonary embolus
Acute respiratory failure requiring intubation
Hypotension due to cardiogenic shock
Pulmonary infarct
Pneumonia
Glioblastoma multiforme

## RECOMMENDED FOLLOW-UP

Department: NEUROLOGY/NEURO-ONCOLOGY
When: MONDAY SEP 15,2014 at 2:00 PM
With: ERIK JANOS UHLMANN, MD 617-667-1665
Building: SC Shapiro Clinical Ctr 8th Floor
Campus: EAST Best Parking: Shapiro Garage
You should schedule follow up with your primary doctor for at least one month for follow up of high cholesterol
Name: BEAUDOIN,STEPHEN P.
Specialty: Primary Care
Location: PENTUCKET MEDICAL ASSOCIATES
Address: 260 MERRIMAC ST, NEWBURYPORT,MA, 01950
Phone: 978-499-7200
Please discuss with the staff at the facility a follow up appointment with your PCP when you are ready for discharge.

## MAJOR SURGICAL OR INVASIVE PROCEDURES

Endotracheal intubation

## CONDITION AT DISCHARGE

Condition - stable
Mental status - alert
Ambulatory status - Needing some assistance with ambulation
Discharge: Electronically Signed by LIEGEL,JESSICA J., MD on 08/21/14 @ 1449

---

**Progress note 08/21/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

Note Date: 08/21/14

Signed by TESSA CARSON on 08/21/14 at 12:59 pm Affiliation: BIDMC

Cosigned by MEGHAN CHURCH, PT on 08/21/14 at 2:36 pm

PHYSICAL THERAPY PROGRESS NOTE

Rehabilitation Services - Inpatient Physical Therapy

SUBJECTIVE: "I feel ok. I'm leaving."

OBJECTIVE: Follow up visit to address goals of PT evaluation on:

8/13

AR0870

**Progress note 08/21/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

Patient seen today for:

Patient Education

Therapeutic Activities

Gait Training

Balance Training

Updated Medical Status:

Labs:

08/20/14: WBC: 9.3

08/20/14: HGB: 8.9*

08/20/14: HCT: 28.2*

08/20/14: Plt Count: 168

Radiology

Ab U/S 8/18: Mildly echogenic liver consistent with steatosis.
Other forms of liver disease and more advanced liver disease
including steatohepatitis, fibrosis, or cirrhosis cannot be
excluded on this study. No evidence of cholelithiasis or **findings**
suggestive of acute cholecystitis.

Brain MRI 8/18:

Right parietal peripherally enhancing mass, extending past
midline through the splenium of the corpus callosum, which has
slightly decreased in size when compared to prior exam. There is
surrounding edema, mild adjacent sulcal effacement as well as
effacement of the posterior horn of the right lateral
ventricle. The degree of mass effect appears to have slightly
improved from prior exam. In addition, there has been interval
growth in size of multiple satellite lesions, most prominently of
a right frontal and left parietal lesions described above. No new
lesions are noted.

Medications: Start Simvastatin 8/20.

Procedures: n/a

Hemodynamic Response/Aerobic Capacity

Position HR BP RR O2 RPE

Rest Supine 86 108/60 20 97%RA

Sit 92 106/54 24 96%RA

Stand n/a

Activity Stand 96 96%RA

Recovery Sit 82 110/64 97%RA

Total Distance Walked: 20ft Minutes:

Functional Status

Rolling: I Use of rail: Y

Sup/Sidelying to Sit: I Head of Bed Elevated: Y

Sit to Stand: S w/ RW

Ambulation: S w/ RW

Stairs: n/a

Other Activity: n/a

Specify:

AR0871

**Progress note 08/21/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

***Abbreviation Key*** I=Independent S=Supervision CG=Contact
Guard RW=Rolling Walker SW=Standard Walker SC=Straight Cane
AC=Axillary Crutches

Gait: Pt ambulated 20 ft S w/ RW. Rigid posture w/ min knee
flexion, decreased foot clearnace, decreased step length and min
bilateral lateral sway noted. No path deviation or LOB noted. Pt
demonstrates anixous behaviour and wants to "get things done!".

Balance. Sitting - Static: I w/o UE support. Dynamic: I w/ single
UE support. Pt able to reach outside BOS in all directions >6",
able to touch toes. Standing. S for AD management - requires
momentum, bil UE support on bed.
Dynamic - S w/ single UE support on R. Pt does not demonstrate
reaching outside BOS. Requires mod verbal cues for AD management.
Pt demonstrates impulsiveness but responds to simple commands.

Pain: 0/10 at rest. 5/10 with activity. 3/10 at recovery.
Location: RUQ
Quality: "sharp"
Intervention: position of comfort

Limiting Symptoms:
anxiety
SOB

Other Tests and Measures:

Pulmonary: Pt c/o of SOB with ambulation but does not demonstrate
significant desaturation. Demonstrates self deep breathing
initiation and takes rest breaks frequently. "I'll do it on my
own time".

Team Communication: Communicated w/ NSG RE: Pt status pre and
post visit, mobility recommendation and PT plan of care.

Patient Education RE: PT plan of care, D/C planning, AD
management, energy conservation and deep-breathing techniques.

Intervention: Gait and balance training, and pt education.

## ASSESSMENT/CLINICAL IMPRESSION:
61 M PE 2/2 glioblastoma and resolving PE. Pt has made improvement
in his sit>stand transfer and ambulation since his last eval, he
met 8/8 of his goals on 8/18. Despite his improvement the remains
in need of skilled rehab due to his impusiveness, and requirement
of 24S. Recommend D/C to rehab. Inpatient PT will continue to
follow to progress function if he stays.

Anticipated Discharge: (X)rehab ( )home

PLAN: balance, gait, endurance training, ther ex and acitivity,
pt education: deep breathing, energy conservation, fall
precautions, AD management, PT plan of care and D/C planning.

Recommendations for Nursing: Pt up in chair for all meals,
ambulate 3xday S w/ RW.

Patient agrees with the above goals and is willing to participate

**Progress note 08/21/2014 Dr. Tessa Carson, Dr. Meghan PT Church Service: Rehabilitative Services**

in the rehabilitation program. Please indicate with an 'X': Yes

(X) or No ( ). If no please explain:

Date: 08/21/2014

Time: 12:02-12:33

Physical Therapy Student Name: Tessa Carson, PT/s
Physical Therapy Student Pager: 92757

Physical Therapist Name: Meghan Church PT, DPT
Physical Therapist Pager: 32318

Addendum by MEGHAN CHURCH, PT on 08/21/14 at 2:36 pm:
I have read and agree with above.
Meghan Church PT, DPT p32318
08/21/2014

**Progress note 08/21/2014 Dr. Nancy K. RN Weiner Service: Venous Access**

Note Date: 08/21/14

Signed by NANCY K. WEINER, RN on 08/21/14 at 12:31 pm Affiliation: BIDMC

1215 Pt seen for PICC removal as being discharged. Agreeable to
procedure. dsg intact, site clean, bruising from insertion. PICC
withdrawn easily for full 45cm. Abx oint gauze ^occlusive dsg
applied. Instructed to notify nurse here or at SNF for bleeding,
pain, redness, swelling. Verbalized understanding.

**Progress note 08/21/2014 Dr. Michele RN, BSN Phelps Service: Case Management**

Note Date: 08/21/14

Signed by MICHELE PHELPS, RN, BSN on 08/21/14 at 12:31 pm Affiliation: BIDMC

Continued Stay Review - Case Management

Patient: Ministeri, Anthony

MRN: BID #228-56-30

DOB: ████/1953

Final D/C Plan? [X]Y / [ ]N

Discharge Plan: Spoke with patient and family and referrals were
made to Wingate of Andover, Merrimack Valley Health Center, and
Whittier Haverhill. Received bed offers from Wingate Andover and
Merrimack Valley Health Center. Patient/family decided to accept
bed at Wingate of Andover.

Transportation: Ambulance

Discharge Facility: Wingate of Andover

80 Andover St.

Andover, MA 01810

O - 978-470-3434

F - 978-749-2980

Facility Comments:

Homecare Info:

**Progress note 08/21/2014 Dr. Michele RN, BSN Phelps Service: Case Management**

DME Info:

Case Manager: Michele Phelps, RN, BSN

Date Completed: 08/21/14

**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**
**DISCHARGE SUMMARY**

LIEGEL,JESSICA J.

Signed Electronically by LIEGEL,JESSICA J. on THU AUG 21,2014 12:36 PM

Name: MINISTERI,ANTHONY Unit No: 2285630

Admission Date: 08/11/14 Discharge Date: 08/21/14

Date of Birth: ▓▓▓/1953 Sex: M

Service: MEDICINE

Allergies:
Oxycodone

Attending: LIEGEL,JESSICA J.

**Chief Complaint:**
**Chief Complaint**: chest pain, shortness of breath
Reason for MICU transfer: Massive PE

Major Surgical or Invasive Procedure:
Endotracheal intubation

History of Present Illness:
Mr. Ministri is a 51 year old male with history of GBM diagnosed
in May s/p chemo/radiation. He presented to Anna Jaques 8/10/14
after sudden onset chest pain and SOB associated with
lightheadedness while sitting on toilet, was found down at home
by his wife. While at OSH ED, patient had questionable seizure,
was intubated, post intubation with hypoxia and hypotension,
transferred here by medflight and started on norepi en route.

In the ED, initial vitals: 137 158/119 22 84%. Labs were
notable for CBC 19.9>13.3/39.7<118, differential with left
shift, INR 1.1, PTT 23, BNP 344, Chem10 significant for K 5.9,
bicarb 18, BUN 31, Cr 0.8, Gluc 264, Ca 7.5, P 5.3. ALT 74, AST
92, AP 54, Alb 3 7. UA with proteinuria and glucosuria. EKG with
sinus tach and S1Q3T3. CTA with saddle PE with trop 0.18,
7.12/64/93/22, lactate 3.4.
Patient was given TPA (6mg push and 50mg over 1 hr). Tachycardia
improved (120s) after TPA and Levophed was weaned.
On transfer to MICU, vitals were: HR 109, BP 82/63, RR 18, SO2
100% on CMV

Past Medical History:
1. Right frontal and parietal mass - GBM
2. Cluster headaches, botulinum injections

**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**

3. Right hip replacement, osteoarthritis

4. Closed skull fracture

5. Hypertension

6 Dyslipidemia

Social History:

He is married and lives with his wife and three healthy
children.

He has three healthy siblings. His mother is 89 and his father
is

87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

Family History:

Noncontributory

Physical Exam:

ADMISSION PHYSICAL EXAM:

VS 98.7 99/65 67 20 97% RA

Gen - alert, NAD, pleasant

HEENT - fading bruising over neck, below R mandible, and R
eyelid, MMM, no OP lesions

CV - RRR, no murmur

Resp - crackles on R base unchanged

Ab - soft, NT, ND, BS active, no HSM

Ext - nonpitting edema of legs and hands

Skin - scattered large ecchymoses over all extremities

Neuro - PERL, EOMI, face symmetric, moves all ext against
resistance, sensation intact to light touch

Pertinent **Results**:

IMAGES:

8/11/14: CTA Chest

1. Massive pulmonary embolism involving the central and
peripheral pulmonary arteries with right heart strain (dilated
right ventricle and bowing of the interventricular septum).

2. Wedge shaped opacities in the superior segments of the lower
lobes are suspicious for pulmonary infarctions.

8/11/14: CT Head

Multilocular cystic lesion centered in the right parietal lobe
and extending across the corpus callosum, consistent with the
patient's known glioblastoma and surrounding posttreatment
changes. No hemorrhage.

8/11 EKG: Sinus tachycardia with HR of
~150, S1 Q3T3 present

Echo 8/11 - The left atrium is normal in size. No atrial septal
defect is seen by 2D or color Doppler. The estimated right
atrial

pressure is at least 15 mmHg. There is mild symmetric left
ventricular hypertrophy with normal cavity size and global

AR0875

**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**

systolic function (LVEF=55%). Due to suboptimal technical
quality, a focal wall motion abnormality cannot be fully
excluded. There is no ventricular septal defect. The right
ventricular cavity is dilated with depressed free wall
contractility. There is no aortic valve stenosis. No aortic
regurgitation is seen. The mitral valve appears structurally
normal with trivial mitral regurgitation. The pulmonary artery
systolic pressure could not be determined. There is no
pericardial effusion.

CXR 8/14 -

**IMPRESSION:**

1. New right PICC line terminates in the cavoatrial
junction/upper right atrium. Retracting the catheter by 2cm
would definitely place it at or above the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely
atelectasis and mild pulmonary edema, but cannot exclude
underlying pneumonia particularly in the right lung base.

Ab U/S 8/18:

1. Mildly echogenic liver consistent with steatosis. Other
forms
of liver disease and more advanced liver disease including
steatohepatitis, fibrosis, or cirrhosis cannot be excluded on
this study.
2. No evidence of cholelithiasis or **findings** suggestive of
acute
cholecystitis.

Brain MRI preliminary 8/18:

1. Right parietal peripherally enhancing mass, extending past
midline through the splenium of the corpus callosum, which has
slightly decreased in size when compared to prior exam. There
is surrounding edema, mild adjacent sulcal effacement as well as
effacement of the posterior horn of the right lateral
ventricle. The degree of mass effect appears to have slightly
improved from prior exam.
2. In addition, there has been interval growth in size of
multiple satellite lesions, most prominently of a right frontal
and left parietal lesions described above.
3. No new lesions are noted

Brief Hospital Course:

51 M with history of GBM diagnosed in May s/p chemo/radiation
found to have a massive PE leading to respiratory failure and
cardiogenic shock, transferred to the MICU s/p lysis with tPA

Hospital Course by Problem:

Hypercarbic respiratory failure - Resolved. Intubated on
transfer here, had some dysynchrony with vent, was paralyzed and
received epoprostenol. Improved and was and extubated 8/14/14,
intermittent low sats but maintaining >92% on RA

AR0876

**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**

Massive PE - R heart strain, tachycardia, hypotension, trop leak, S1Q3T3 on EKG. Treated with tpa in ED (6mg bolus, half dose due to GBM then 50mg infusion on 8/10). Neurosurgery was consulted, and agreed with anticoagulation, after weighing the risks and benefits in this patient. Initially on heparin gtt and then on lovenox transitioned 8/16. Xa level 8/18 is in range.

Cardiogenic shock - REsolved. R heart strain 2/2 PE. Echo post TPA with

dilated RV and some decreased function. Initially required vasopressin and norepi. Pressors were able to be weaned off by 8/12. BP stable since, had some volume overload not requiring diuresis

Supratherapeutic PTT - REsovled. while on heparin gtt, likey contributed to

bruising. head Ct without hemorrhage 8/11

GBM - s/p chemorads in May during which time he was on low dose temodar. neuro-oncology consulted while pt in ICU. Has continued on dex and seizure meds. Restaging MRI done 8/18 w/ some improvement in large R parietal mass however satellite lesions are stable to increased. Will need to resume chemotherapy, plan is for cycled temodar per Dr Uhlman to be started on discharge.

HCAP - Fever 8/13, tracheal cx 8/12 + Hflu. RL infiltrates on CXR PNA vs pulmonary infarction, air-bronchogram present. initially treated with vancomycin + cefepime. Hflu was beta-lactamase negative, narrowed to levaquin, completed 8/19

Leukocytosis - present on arrival, thought to be 2/2 stress response from PE, pt also on dex. Did not worsen with development

of PNA. Now resolved

RUQ pain with transaminitis, mild hyperbili - most concerning for

cholelithiasis/cholecystitis but U/S normal. liver enzymes improving, ? passed gallstone. Now tolerating regular diet and enzymes improved

Delirium - treated with olanzapine in ICU. resolved other than difficulty w/ sleep/wake cycle. on increased dose trazodone

Constipation - no stool for several days while in ICU. Good relief with combo of miralax, MOM, senna, docusate,

Anemia - Had 3g Hgb drop since admission. No bleeding although large diffuse ecchymoses which is likey cause. also ?dilutional and phlebotomy vs

occult GI bleed on heparin but guiac negative. Hemoglobin has remained stable
~9 since transfer out of ICU

Thrombocytopenia - on arrival Plt in 80s, prev wnl. Likely 2/2

**AR0877**

**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**
consumption from clot, did not decrease on heparin and now
resolved. Has had hx of this while on temodar in past so will
need to monitor while restarting

Hyperlipidemia - noted to have significant steatosis on liver
U/S. Fasting cholesterol markedly elevated, LDLcalc 231.
REstarted simvastatin, was taking in past but stoped. Discussed
with patient that needs to have this followed with his PCP.

Medications on Admission:
The Preadmission Medication list is accurate and complete.
1. Fluconazole 200 mg PO BID
2. Dexamethasone 2 mg PO Q12H
3. Prochlorperazine 10 mg PO BID PRN nausea
4. Lorazepam 1 mg PO BID
5. Ondansetron 8 mg PO BID PRN nausea

Discharge Medications:
1. Dexamethasone 2 mg PO Q12H
2. Lorazepam 1 mg PO BID
RX *lorazepam 1 mg 1 tablet by mouth twice a day Disp #*30
Tablet Refills:*1
3. Enoxaparin Sodium 90 mg SC Q12H
Start: 08/20/14, First Dose: Next Routine Administration Time
4. Pantoprazole 40 mg PO Q12H
5. Polyethylene Glycol 17 g PO DAILY:PRN constipation
6. Senna 8.6 mg PO BID constipation
7. Simvastatin 20 mg PO QPM
8. Ondansetron 8 mg PO BID PRN nausea
9. Prochlorperazine 10 mg PO BID PRN nausea

Discharge Disposition:
Extended Care

Facility:
Wingate - Andover

Discharge **Diagnosis**:
Saddle pulmonary embolus
Acute respiratory failure requiring intubation
Hypotension due to cardiogenic shock
Pulmonary infarct
Pneumonia

Discharge Condition:
Condition - stable
Mental status - alert
Ambulatory status - Needing some assistance with ambulation

Discharge Instructions:
Mr Ministeri, it was a pleasure caring for you during your stay
at BIDMC. You were admitted after you were found down at home.
You required a breathing tube prior to transfer as well as

AR0878

**Disch Sum 08/21/2014 Dr. Jessica J. Liegel**

medications to support your blood pressure. On arrival at BIDM
you were found to have a very large blood clot in your pulmonary
artery. You were given clot-busting medications and did improve
after that. The breathing tube was taken out and you are no
longer requiring oxygen. You were started on blood thinners and
this will be needed indefinitely. You also were treated for
pneumonia, the bacteria found on your sputum cultures is
Hemophilus Influenza. You were treated with antibiotics for
this and finished on 8/19/14. lastly your cholesterol was
elevated and you were found to have fatty liver on ultrasound.
A cholesterol lowering drug, simvastatin, was started and this
will need to be followed by your primary care provider

Followup Instructions:
You should schedule follow up with your primary doctor for in at
least one month for follow up of high cholesterol
You should follow up with Dr Uhlman as deteremined by
neuro-oncology clinic

JESSICA J. LIEGEL MD 12-CII

Completed by: JESSICA J. LIEGEL MD 12-CII 08/21/14 @ 1236

**Letter 08/25/2014 Dr. Deborha Cooper Service: Neurology**

August 25, 2014

To Whom This May Concern

RE: Anthony Ministeri BID#: 228-56-30 DOB: █████1953

Dear Sir/Madam:

Anthony Ministeri is followed by Dr. Erik J Uhlmann. Mr. .
Ministeri's last day of work was August 8, 2014 and his first day
of leave was August 11, 2014.

Erik J Uhlmann
BIDMC
330 Brookline Avenue
Boston, MA 02215
Phone. 617-667-1665
FAX: 617-667-1664

Sincerely,

Deborha Cooper
Administrative Assistant
Brain Tumor Center
Eric T Wong, MD Erik J Uhlmann, MD Soma Sengupta
617-667-1665
Signed·electronically: 08/25/14 at 1:29 pm

**Progress note 09/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 09/19/14

Signed by ERIK UHLMANN, MD on 09/25/14 at 5:47 pm Affiliation: BIDMC

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri

BID MRN: 2285630

LOCATION: SHAPIRO 8

DATE OF VISIT: September 19, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal
glioblastoma involving the corpus callosum, confusion,
disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: Glioblastoma, WHO grade IV, EGFR not amplified

6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2
days due to PLT 95

8/10/14 Syncope, fall, CP, brought to Anna Jaques

8/10/14 CT-A chest showed massive PE, received tPA

8/?/14 C1 TMZ 150 mg/m2

9/19/14 C2 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal mass
involving the corpus callosum, confusion, and disorientation. He
describes steadily worsening problems with concentration, and
spatial orientation, that reached a level that interfered with
his functioning during a recent trip. He presents to the clinic
with his wife and son.

MEDICATIONS:

1. CITALOPRAM 10 mg by mouth once a day

2. DEXAMETHASONE 2 mg by mouth twice a day

3 ENOXAPARIN 90 mg/0.9 ml twice a day sc

4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy

5. LORAZEPAM 1 mg by mouth twice a day

6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo

7. PANTOPRAZOLE 40 mg by mouth twice a day

8. SIMVASTATIN atin 20 mg by mouth at bedtime

9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed
headache

10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day

AR0880

**Progress note 09/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5 Hypertension
6. Dyslipidemia
7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children. He has three healthy siblings. His mother is 89 and his father is 87. He is a senior vice president of an engineering company. He smokes 1 ppd for many years.

**REVIEW OF SYSTEMS**:

Confusion and disorientation as in HPI. He has a history of cluster headaces and received botulinum toxin injections. No visual problems, no weakness, no numbness, tingling, no dizziness, no double vision, no difficulty swallowing, or speaking, no ear-ringing, no rash, or other skin problems, no constipation or diarrhea, or gastrointestinal problems, no abdominal pain, no mouth sores, no cough, no fever, no shortness of breath, no weight change, no chest pain, or other cardiovascular problems, no problems urinating, no incontinence, or other genitourinary problems, no neck pain, joint pain or other musculoskeletal problems, no fatigue, no sleep problems, no anxiety. No trouble walking, good balance. No hematological, allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION**:

T 98.2 BP 130/80 P 72 R 16 KPS 70 wt 183.8 ht 72. Mental status is satisfactory in areas of alertness, orientation, concentration memory and language. On cranial nerve examination, eye movements are full, pupils are equal and reactive. Full visual fields. No facial weakness, no dysarthria. No tongue weakness. On motor examination, there is no weakness. Coordination is normal. Fine movements are satisfactory. Light touch and vibration is perceived well throughout. Reflexes are normoactive and symmetric. Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal surgery site is well healed. .

LABORATORY:

8/20/14 WBC 9.3 HGB 8.9 PLT 168

9/19/14 CREAT 0.8

AR0881

**Progress note 09/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

IMAGING:

1. Brain MRI dated 9/19/14 is reviewed and compared to the previous study of 8/18/14. Unchanged appearance of right parietal peripherally enhancing mass which extends past the midline through the splenium of the corpus callosum. Right frontal and a left occipital satellite lesion appears slightly smaller in size. The remainder of the satellite lesions are unchanged from prior exam. No new lesions are identified.

**ASSESSMENT** AND PLAN:

In summary, this is a 61 year old, left-handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He has no seizure history and was irritable, thus levetiracetam was stopped. He is on dexamethasone 2 mg twice daily, along with GI prophylaxis. He had a pulmonary embolism, and on LMW heparin. I prescribed temozolomide for C2. 30 minutes were spent with the patient of which 50% was counseling. Additional time was spent on reviewing tests and images, and preparing documentation. All questions were answered to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

**Letter 09/19/2014 Dr. Erik J. Uhlmann Service: Neurology**

September 19, 2014

RE: Anthony Ministeri BID#: 228-56-30 DOB: ██/1953

Anthony Ministeri is my patient in this hospital and clinic. He developed a chronic neurological condition, and received treatment including brain surgery on 5/12/14, and now undergoing chemotherapy and radiation. My first visit with him was on 5/9/14, and he was hospitalized from 8/11/14 to 8/21/14 with a serious complication. He is fully compliant with the prescribed treatment. He is presently not fit to return to work. The date when he is able to return to work is 1/5/15. If you have any questions please contact me.

Sincerely,

Erik J. Uhlmann, MD
Signed electronically: 09/19/14 at 2:16 pm

**Progress note 10/17/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 10/17/14
Signed by ERIK UHLMANN, MD on 10/23/14 at 11:51 pm Affiliation: BIDMC

**Progress note 10/17/2014 Dr. Erik J. Uhlmann Service: Neurology**

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri

BID MRN: 2285630

LOCATION: SHAPIRO 8

DATE OF VISIT: October 17, 2014

PRIMARY CARE PHYSICIAN. Stephen Beaudoin, MD

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal glioblastoma involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: Glioblastoma, WHO grade IV, EGFR not amplified

6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2 days due to PLT 95

8/10/14 Syncope, fall, CP, brought to Anna Jaques

8/10/14 CT-A chest showed massive PE, received tPA

8/?/14 C1 TMZ 150 mg/m2

9/19/14 Brain MRI stable

9/24/14 C2 TMZ 150 mg/m2

10/22/14 C3 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He had steadily worsening problems with concentration, and spatial orientation, that reached a level that interfered with his functioning. He had biopsy only, and completed chemoradiation. He started cyclic temozolomide. He presents to the clinic with his wife and son.

MEDICATIONS:

1. CITALOPRAM 10 mg by mouth once a day

2. DEXAMETHASONE 2 mg by mouth twice a day

3. ENOXAPARIN 90 mg/0.9 ml twice a day sc

4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy

5. LORAZEPAM 1 mg by mouth twice a day

6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo

7. PANTOPRAZOLE 40 mg by mouth twice a day

8. SIMVASTATIN atin 20 mg by mouth at bedtime

9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed headache

10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

AR0883

**Progress note 10/17/2014 Dr. Erik J. Uhlmann Service: Neurology**

11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day

12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal glioblastoma

2. Cluster headaches, botulinum injections

3. Right hip replacement, osteoarthritis

4. Closed skull fracture

5. Hypertension

6. Dyslipidemia

7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

**REVIEW OF SYSTEMS:**

Confusion and disorientation as in HP1. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION:**

T 98.0 BP 130/90 P 88 R 16 KPS 70 wt 191.9 ht 72. Mental status
is satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields  No
facial weakness. no dysarthria. No tongue weakness. On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery site is well healed.

LABORATORY:

10/16/14 WBC 5.8 HGB 14.6 PLT 140

9/19/14 CREAT 0.8

AR0884

**Progress note 10/17/2014 Dr. Erik J. Uhlmann Service: Neurology**

IMAGING:

1. Brain MRI dated 9/19/14 is reviewed and compared to the
previous study of 8/18/14. Unchanged appearance of right parietal
peripherally enhancing mass which extends past the midline
through the splenium of the corpus callosum. Right frontal and a
left occipital satellite lesion appears slightly
smaller in size. The remainder of the satellite lesions are
unchanged from prior exam. No new lesions are identified.

<u>ASSESSMENT</u> AND PLAN:

In summary, this is a 61 year old, left-handed man with right
frontal and parietal glioblastoma involving the corpus callosum,
confusion, and disorientation. He has no seizure history and was
irritable, thus levetiracetam was stopped. He is on dexamethasone
2 mg twice daily, along with GI prophylaxis. He had a pulmonary
embolism, and on LMW heparin. I prescribed temozolomide for C3.
30 minutes were spent with the patient of which 50% was
counseling. Additional time was spent on reviewing tests and
images, and preparing documentation. All questions were answered
to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

**Telephone 11/02/2014 Dr. Eric T. Wong Service: Neurology**

Note Date: 11/02/14
Signed by ERIC T. WONG, MD on 11/02/14 at 12:11 pm Affiliation: HMFP practice

I received a phone call from Renee Ministeri reporting that her
husband Anthony Ministeri is running out of lorazepam, which he
takes for anxiety. He takes 1 mg of lorazepam BID and it was
last refill on 09/30/14. I faxed a copy of the prescription to
Rite Aid at 978-834-0014, which is located at 15 Haverhill Road
in Amsbury, MA. I will also mail the hard copy to the pharmacy.

**Telephone 11/04/2014 Dr. Julianne RN Bloom Service: Neurology**

Note Date: 11/04/14
Signed by JULIANNE BLOOM, RN on 11/04/14 at 2:03 pm Affiliation: BIDMC

Spoke with Mrs. Ministeri and Anthony is doing well on Decadron
2mg daily. He has been on this dose since 10/17/14. Will stop
Decadron for now. Mrs.Ministeri knows to call if he is having any
weakness or headaches. Patient will be seen on 11/14/14 with same
day MRI.

**Progress note 11/14/2014 Dr. Erik J. Uhlmann Service: Neurology**

**Progress note 11/14/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 11/14/14

Signed by ERIK UHLMANN, MD on 11/19/14 at 2:33 pm Affiliation: BIDMC

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri

BID MRN: 2285630

LOCATION: SHAPIRO 8

DATE OF VISIT: November 14, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal glioblastoma involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: Glioblastoma, WHO grade IV, EGFR not amplified

6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2 days due to PLT 95

8/10/14 Syncope, fall, CP, brought to Anna Jaques

8/10/14 CT-A chest showed massive PE, received tPA

8/?/14 C1 TMZ 150 mg/m2

9/19/14 Brain MRI stable

9/24/14 C2 TMZ 150 mg/m2

10/22/14 C3 TMZ 150 mg/m2

11/14/14 Brain MRI stable

11/19/14 C4 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He had steadily worsening problems with concentration, and spatial orientation, that reached a level that interfered with his functioning. He had biopsy only, and completed chemoradiation. He started cyclic temozolomide. He presents to the clinic with his wife and son.

MEDICATIONS:

1. CITALOPRAM 10 mg by mouth once a day

2. DEXAMETHASONE 2 mg by mouth twice a day

3. ENOXAPARIN 90 mg/0.9 ml twice a day sc

4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy

5. LORAZEPAM 1 mg by mouth twice a day

6 ONDANSETRON 8 mg by mouth daily 1 hour before chemo

7. PANTOPRAZOLE 40 mg by mouth twice a day

AR0886

**Progress note 11/14/2014 Dr. Erik J. Uhlmann Service: Neurology**

8. SIMVASTATIN atin 20 mg by mouth at bedtime

9. SUMATRIPTAN SUCCINATE 6 mg/0 5 ml as needed for as needed headache

10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day

12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal glioblastoma

2. Cluster headaches, botulinum injections

3 Right hip replacement, osteoarthritis

4. Closed skull fracture

5. Hypertension

6 Dyslipidemia

7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children. He has three healthy siblings His mother is 89 and his father is 87. He is a senior vice president of an engineering company. He smokes 1 ppd for many years.

**REVIEW OF SYSTEMS**:

Confusion and disorientation as in HPI. He has a history of cluster headaces and received botulinim toxin injections. No visual problems, no weakness, no numbness, tingling, no dizziness, no double vision, no difficulty swallowing, or speaking, no ear-ringing, no rash, or other skin problems, no constipation or diarrhea, or gastrointestinal problems, no abdominal pain, no mouth sores, no cough, no fever, no shortness of breath, no weight change, no chest pain, or other cardiovascular problems, no problems urinating, no incontinence, or other genitourinary problems, no neck pain, joint pain or other musculoskeletal problems, no fatigue, no sleep problems, no anxiety. No trouble walking, good balance. No hematological, allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION**:

T 98.5 BP 120/80 P 84 R 16 KPS 70 wt 193.0 ht 72. Mental status is satisfactory in areas of alertness, orientation, concentration memory and language On cranial nerve examination, eye movements are full, pupils are equal and reactive. Full visual fields. No facial weakness, no dysarthria. No tongue weakness. On motor examination, there is no weakness. Coordination is normal. Fine movements are satisfactory. Light touch and vibration is perceived well throughout. Reflexes are normoactive and symmetric. Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal

AR0887

**Progress note 11/14/2014 Dr. Erik J. Uhlmann Service: Neurology**

surgery site is well healed.

LABORATORY:

11/5/14 WBC 5.9 PLT 155

9/19/14 CREAT 0.8

IMAGING:

1. Brain MRI dated 11/14/14 is reviewed and compared to the
previous study of 9/19/14. Unchanged appearance of a peripherally
enhancing right parietal mass which extends past midline through
the splenium of the corpus callosum. Numerous
satellite lesions appear unchanged from prior exam. There is
evolution of intrinsic blood products. There is suggestion of a
poorly defined 3 mm enhancing nodule at the left frontal vertex
(series 103, image 47) most likely secondary to artifact from
motion however close attention to this region on followup exams
is recommended.

ASSESSMENT AND PLAN:

In summary, this is a 61 year old, left-handed man with right
frontal and parietal glioblastoma involving the corpus callosum,
confusion, and disorientation. He has no seizure history and was
irritable, thus levetiracetam was stopped. He is on dexamethasone
2 mg twice daily, along with GI prophylaxis. He had a pulmonary
embolism, and on LMW heparin. I prescribed temozolomide for C4.
30 minutes were spent with the patient of which 50% was
counseling. Additional time was spent on reviewing tests and
images, and preparing documentation. All questions were answered
to the best of my ability.

Erik Uhlmann, MD

Neuro-Oncology

Pager 91057

**Progress note 12/12/2014 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 12/12/14

Signed by ERIK UHLMANN, MD on 12/16/14 at 5:19 pm Affiliation: BIDMC

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri

BID MRN: 2285630

LOCATION: SHAPIRO 8

DATE OF VISIT: December 12, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

CHIEF COMPLAINT AND DIAGNOSIS: Right frontal and parietal
glioblastoma involving the corpus callosum, confusion,
disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

**Progress note 12/12/2014 Dr. Erik J. Uhlmann Service: Neurology**

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr. Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: Glioblastoma, WHO grade IV, EGFR not amplified

6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2

days due to PLT 95

8/10/14 Syncope, fall, CP, brought to Anna Jaques

8/10/14 CT-A chest showed massive PE, received tPA

8/?/14 C1 TMZ 150 mg/m2

9/19/14 Brain MRI stable

9/24/14 C2 TMZ 150 mg/m2

10/22/14 C3 TMZ 150 mg/m2

11/14/14 Brain MRI stable

11/19/14 C4 TMZ 150 mg/m2

12/17/14 C5 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS.

61 year old left handed man with right frontal and parietal

glioblastoma involving the corpus callosum, confusion, and

disorientation. He had steadily worsening problems with

concentration, and spatial orientation, that reached a level that

interfered with his functioning. He had biopsy only, and

completed chemoradiation. He started cyclic temozolomide. He

presents to the clinic with his wife and son.

MEDICATIONS:

1 CITALOPRAM 10 mg by mouth once a day

2 DEXAMETHASONE 4 mg by mouth once a day

3 ENOXAPARIN 90 mg/0.9 ml twice a day sc

4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy

5 LORAZEPAM 1 mg by mouth twice a day

6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo

7. PANTOPRAZOLE 40 mg by mouth twice a day

8. SIMVASTATIN atin 20 mg by mouth at bedtime

9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed

headache

10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day

12. SENNOSIDES 8.6 mg by mouth twice a day

ALLERGIES

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal glioblastoma

2. Cluster headaches, botulinum injections

3. Right hip replacement, osteoarthritis

4. Closed skull fracture

AR0889

**Progress note 12/12/2014 Dr. Erik J. Uhlmann Service: Neurology**

5. Hypertension

6. Dyslipidemia

7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children.
He has three healthy siblings. His mother is 89 and his father is
87. He is a senior vice president of an engineering company. He
smokes 1 ppd for many years.

REVIEW OF SYSTEMS:

Confusion and disorientation as in HPI. He has a history of
cluster headaces and received botulinim toxin injections. No
visual problems, no weakness, no numbness, tingling, no
dizziness, no double vision, no difficulty swallowing, or
speaking, no ear-ringing, no rash, or other skin problems, no
constipation or diarrhea, or gastrointestinal problems, no
abdominal pain, no mouth sores, no cough, no fever, no shortness
of breath, no weight change, no chest pain, or other
cardiovascular problems, no problems urinating, no incontinence,
or other genitourinary problems, no neck pain, joint pain or
other musculoskeletal problems, no fatigue, no sleep problems, no
anxiety. No trouble walking, good balance. No hematological,
allergic, immunological, or endocrine problems.

PHYSICAL EXAMINATION:

T 98.5 BP 120/80 P 84 R 16 KPS 70 wt 188.5 ht 72. Mental status
is satisfactory in areas of alertness, orientation, concentration
memory and language. On cranial nerve examination, eye movements
are full, pupils are equal and reactive. Full visual fields. No
facial weakness, no dysarthria. No tongue weakness  On motor
examination, there is no weakness. Coordination is normal. Fine
movements are satisfactory. Light touch and vibration is
perceived well throughout. Reflexes are normoactive and
symmetric. Gait and station are normal. On general examination,
the oropharynx is clear, the lungs are clear, the heart is
regular, the legs are without edema or tenderness. Right parietal
surgery site is well healed.

LABORATORY:

11/5/14 WBC 5.9 PLT 155

9/19/14 CREAT 0 8

IMAGING:

1. Brain MRI dated 11/14/14 is reviewed and compared to the
previous study of 9/19/14. Unchanged appearance of a peripherally
enhancing right parietal mass which extends past midline through
the splenium of the corpus callosum. Numerous
satellite lesions appear unchanged from prior exam. There is
evolution of intrinsic blood products. There is suggestion of a
poorly defined 3 mm enhancing nodule at the left frontal vertex
(series 103, image 47) most likely secondary to artifact from

AR0890

**Progress note 12/12/2014 Dr. Erik J. Uhlmann Service: Neurology**

motion however close attention to this region on followup exams
is recommended.

ASSESSMENT AND PLAN:

In summary, this is a 61 year old, left-handed man with right
frontal and parietal glioblastoma involving the corpus callosum,
confusion, and disorientation. He has no seizure history and was
irritable, thus levetiracetam was stopped. He is on dexamethasone
4 mg daily, along with GI prophylaxis. He had a pulmonary
embolism, and on LMW heparin. I prescribed temozolomide for C5.
30 minutes were spent with the patient of which 50% was
counseling. Additional time was spent on reviewing tests and
images, and preparing documentation. All questions were answered
to the best of my ability.

Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

**Letter 01/06/2015 Dr. Erik J. Uhlmann Service: Neurology**

January 6, 2015

RE: Anthony Ministeri BID# 228-56-30 DOB.████/1953 .

Anthony Ministeri is my patient in this hospital and clinic. He
developed a chronic neurological condition, and received
treatment including brain surgery on 5/12/14, and now undergoing
chemotherapy and radiation. My first visit with him was on
5/9/14, and he was hospitalized from 8/11/14 to 8/21/14 with a
serious complication. He is fully compliant with the prescribed
treatment. He is presently not fit to return to work. The date
when he is able to return to work is 3/31/15. If you have any
questions please contact me.

Sincerely,

Erik J. Uhlmann, MD
Signed electronically: 01/06/15 at 3:02 pm

**Progress note 01/09/2015 Dr. Erik J. Uhlmann Service: Neurology**

Note Date: 01/09/15
Signed by ERIK UHLMANN, MD on 01/14/15 at 4:36 pm Affiliation: BIDMC

NEURO-ONCOLOGY CLINIC NOTE

PATIENT: Anthony Ministeri
BID MRN: 2285630
LOCATION: SHAPIRO 8

DATE OF VISIT: January 9, 2014

PRIMARY CARE PHYSICIAN: Stephen Beaudoin, MD

Progress note 01/09/2015 Dr. Erik J. Uhlmann Service: Neurology

**CHIEF COMPLAINT** AND **DIAGNOSIS**: Right frontal and parietal glioblastoma involving the corpus callosum, confusion, disorientation

TREATMENT HISTORY:

4/2014 Confusion and disorientation started

5/2/14 Confusion during a business trip to NYC

5/6/14 Worse confusion on a family visit in NC

5/8/14 Brain MRI showed right frontal and parietal mass

5/12/14 Biopsy by Dr Arle

Pathology: infiltrating glioma

5/21/14 Biopsy by Dr. Kasper

Pathology: Glioblastoma, WHO grade IV, EGFR not amplified

6/10/14 - 7/23/14 IMRT+TMZ at Lahey Clinic TMZ for the last 2 days due to PLT 95

8/10/14 Syncope, fall, CP, brought to Anna Jaques

8/10/14 CT-A chest showed massive PE, received tPA

8/?/14 C1 TMZ 150 mg/m2

9/19/14 Brain MRI stable

9/24/14 C2 TMZ 150 mg/m2

10/22/14 C3 TMZ 150 mg/m2

11/14/14 Brain MRI stable

11/19/14 C4 TMZ 150 mg/m2

12/17/14 C5 TMZ 150 mg/m2

1/9/15 Brain MRI stable

1/14/15 C6 TMZ 150 mg/m2

HISTORY OF PRESENT ILLNESS:

61 year old left handed man with right frontal and parietal glioblastoma involving the corpus callosum, confusion, and disorientation. He had steadily worsening problems with concentration, and spatial orientation, that reached a level that interfered with his functioning. He had biopsy only, and completed chemoradiation. He started cyclic temozolomide. He presents to the clinic with his wife.

MEDICATIONS:

1. CITALOPRAM 10 mg by mouth once a day

2. DEXAMETHASONE 4 mg by mouth once a day

3. ENOXAPARIN 90 mg/0.9 ml twice a day sc

4. LACTULOSE 10 gram/15 ml by mouth daily during chemotherapy

5. LORAZEPAM 1 mg by mouth twice a day

6. ONDANSETRON 8 mg by mouth daily 1 hour before chemo

7. PANTOPRAZOLE 40 mg by mouth twice a day

8. SIMVASTATIN atin 20 mg by mouth at bedtime

9. SUMATRIPTAN SUCCINATE 6 mg/0.5 ml as needed for as needed headache

10. ZOLPIDEM 5 mg by mouth daily as needed for sleep bedtime

11. POLYETHYLENE GLYCOL 3350 17 gram/dose by mouth once a day

12. SENNOSIDES 8.6 mg by mouth twice a day

**Progress note 01/09/2015 Dr. Erik J. Uhlmann Service: Neurology**

ALLERGIES:

No known drug allergies

PAST MEDICAL HISTORY:

1. Right frontal and parietal glioblastoma
2. Cluster headaches, botulinum injections
3. Right hip replacement, osteoarthritis
4. Closed skull fracture
5. Hypertension
6. Dyslipidemia
7. Pulmonary embolism

SOCIAL AND FAMILY HISTORY:

He is married and lives with his wife and three healthy children. He has three healthy siblings. His mother is 89 and his father is 87. He is a senior vice president of an engineering company. He smokes 1 ppd for many years.

**REVIEW OF SYSTEMS:**

Confusion and disorientation as in HPI. He has a history of cluster headaces and received botulinim toxin injections  No visual problems, no weakness, no numbness, tingling, no dizziness, no double vision, no difficulty swallowing, or speaking, no ear-ringing, no rash, or other skin problems, no constipation or diarrhea, or gastrointestinal problems, no abdominal pain, no mouth sores, no cough, no fever, no shortness of breath, no weight change, no chest pain, or other cardiovascular problems, no problems urinating, no incontinence, or other genitourinary problems, no neck pain, joint pain or other musculoskeletal problems, no fatigue, no sleep problems, no anxiety  No trouble walking, good balance. No hematological, allergic, immunological, or endocrine problems.

**PHYSICAL EXAMINATION:**

T 97.8 BP 120/80 P 84 R 16 KPS 70 wt 199.8 ht 72. Mental status is satisfactory in areas of alertness, orientation, concentration memory and language. On cranial nerve examination, eye movements are full, pupils are equal and reactive. He has right visual extinction. No facial weakness, no dysarthria. No tongue weakness. On motor examination, there is no weakness. Coordination is normal. Fine movements are satisfactory. Light touch is perceived well throughout. Reflexes are normoactive and symmetric. Gait and station are normal. On general examination, the oropharynx is clear, the lungs are clear, the heart is regular, the legs are without edema or tenderness. Right parietal surgery site is well healed.

LABORATORY:

1/8/15 WBC 5.6 HGB 12.7 PLT 167
9/19/14 CREAT 0.8

IMAGING:

1. Brain MRI dated 1/9/15 is reviewed and compared to the

AR0893

**Progress note 01/09/2015 Dr. Erik J. Uhlmann Service: Neurology**
previous study of 11/14/14. Unchanged size iwith slightly
decreased enhancement and stable surrounding FLAIR edema pattern
of a right parietal occipital lobe hemorrhagic mass extending
past the midline through the corpus callosum. Mild interval
increased hemorrhage within the lesion is noted. Multiple
surrounding satellite lesions are also essentially unchanged. No
new lesions.

**ASSESSMENT** AND PLAN:
In summary, this is a 61 year old, left-handed man with right
frontal and parietal glioblastoma involving the corpus callosum,
confusion, and disorientation. He has no seizure history and was
irritable, thus levetiracetam was stopped. He is on dexamethasone
4 mg daily, along with GI prophylaxis. He had a pulmonary
embolism, and on LMW heparin. I prescribed temozolomide for C6.
He is planning a trip between 2/10/15-3/15/15 and will return
early, on 2/3/15 for chemotherapy dosing. He is not ready to
drive due to limited self-care and visual deficit. 30 minutes
were spent with the patient of which 50% was counseling.
Additional time was spent on reviewing tests and images, and
preparing documentation. All questions were answered to the best
of my ability.
Erik Uhlmann, MD
Neuro-Oncology
Pager 91057

---

**Letter 01/16/2015 Dr. Deborha Cooper Service: Neurology**
January 16, 2015

Anthony Ministeri

Merrimac, MA 01860

BID#: 228-56-30 DOB: 01/23/1953

Dear Mr. Ministeri·
Enclosed is a printout of all of your upcoming appointments.

Please call our office at (617) 667-1665 to confirm your
appointment. If you need to reschedule or cancel, please call at
least 24 hours prior to the scheduled appointment.

Please check with your insurance company or your primary care
provider to find out if you need an insurance referral for this
visit. If you need one, please have your primary care provider
fax the referral to our office at 617-667-1664.

Please call the BIDMC Patient Registration line at 617-754-8240
to update your patient profile.

Sincerely,

AR0894

**Letter 01/16/2015 Dr. Deborha Cooper Service: Neurology**

Deborha Cooper

Administrative Assistant

Brain Tumor Center

Eric T Wong, MD Erik J Uhlmann, MD Soma Sengupta

617-667-1665

Signed electronically: 01/16/15 at 10:46 am

# PROCED

### Procedures

## Non-identified Provider

| Date | Procedure/Encounter Type [Code] |
|------|--------------------------------|
| Jan 09, 2015 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| Dec 12, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| Nov 14, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| Oct 17, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| Sep 19, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| Aug 21, 2014 | Cont inv mec ven <96 hrs [96.71] |
| Aug 21, 2014 | Inject/inf thrombo agent [99.10] |
| Aug 21, 2014 | CV cath plcmt w guidance [38.97] |
| Jun 02, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| May 22, 2014 | Closed brain biopsy [01.13] |
| May 22, 2014 | Immobiliz/wound attn NEC [93.59] |
| May 19, 2014 | E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE [99215] |
| May 13, 2014 | Closed brain biopsy [01.13] |
| May 13, 2014 | Immobiliz/wound attn NEC [93.59] |

### Narrative Text

| Procedure | Date | Provider | Comments |
|-----------|------|----------|----------|
| PERCUTANEOUS BRAIN BX - 01.13 | 05/13/14 | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient Procedure |
| IMMOBILIZ/WOUND ATTN NEC - 93.59 | 05/13/14 | 14-AAR - Dr. JEFFREY E. ARLE | Inpatient Procedure |
| PERCUTANEOUS BRAIN BX - 01.13 | 05/22/14 | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient Procedure |
| IMMOBILIZ/WOUND ATTN NEC - 93.59 | 05/22/14 | 14-AAE - Dr. EKKEHARD M. KASPER | Inpatient Procedure |
| CONTINUOUS INVASIVE MECHANICAL VENTILATION FOR LESS THAN 96 CONSECUTIVE HOURS - 96.71 | 08/21/14 | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient Procedure |

AR0895

| Procedure | Date | Provider | Comments |
|---|---|---|---|
| INJECTION/INFUSION THROMBOLYTIC - 99.10 | 08/21/14 | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient Procedure |
| CENTRAL VENOUS CATHETER PLACEMENT WITH GUIDANCE - 38.97 | 08/21/14 | 12-CII - Dr. JESSICA J. LIEGEL | Inpatient Procedure |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 05/19/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 06/02/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 09/19/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 10/17/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 11/14/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 12/12/14 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |
| E & M, OFFICE OR OUTPATIENT VISIT FOR ESTABLISHED PATIENT, LEVEL 5 CODE - 99215 | 01/09/15 | 13-ACI - Dr. ERIK J. UHLMANN | Clinic visit |

# LABS

## Laboratory Results

### Narrative Text

| Blood | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Hematology** | | | | | | | | | |
| COMPLETE BLOOD COUNT | WBC | RBC | Hgb | Hct | MCV | MCH | MCHC | RDW | Plt Ct |
| 20 Aug 2014 05:14AM | 9.3 | 2.89* | 8.9* | 28.2* | 98 | 30.9 | 31.7 | 16.4* | 168 |
| Source: Line-PICC | | | | | | | | | |
| 19 Aug 2014 05:15AM | 8.9 | 2.85* | 9.0* | 27.8* | 97 | 31.7 | 32.5 | 16.7* | 154 |
| Source: Line-PICC | | | | | | | | | |
| 18 Aug 2014 06:15AM | 8.3 | 2.97* | 9.2* | 28.9* | 98 | 30.9 | 31.7 | 16.1* | 166 |
| Source: Line-PICC | | | | | | | | | |
| 17 Aug 2014 06:03AM | 6.9 | 2.64* | 8.4* | 25.7* | 98 | 31.7 | 32.5 | 16.0* | 141* |
| Source: Line-PICC | | | | | | | | | |
| 16 Aug 2014 05:00AM | 5.9 | 2.39* | 7.7* | 23.2* | 97 | 32.4* | 33.4 | 15.8* | 124* |
| Source: Line-picc | | | | | | | | | |
| 15 Aug 2014 11:58AM | 5.6 | 2.36* | 7.7* | 22.8* | 97 | 32.5* | 33.6 | 16.0* | 119* |

AR0896

| Hematology | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **COMPLETE BLOOD COUNT** | WBC | RBC | Hgb | Hct | MCV | MCH | MCHC | RDW | Plt Ct |
| COLLECTED AT 1400 8/15/14 | | | | | | | | | |
| 15 Aug 2014 05:46AM | 5.5 | 2.28* | 7.3* | 22.1* | 97 | 32.3* | 33.3 | 16.2* | 106* |
| Source: Line-picc | | | | | | | | | |
| 14 Aug 2014 11:44PM | 5.6 | 2.30* | 7.6* | 22.2* | 97 | 33.1* | 34.2 | 16.2* | 92* |
| Source: Line-picc | | | | | | | | | |
| 14 Aug 2014 05:14PM | | | | 23.7* | | | | | |
| Source: Line-PICC | | | | | | | | | |
| 14 Aug 2014 11:41AM | 5.8 | 2.51* | 8.0* | 24.1* | 96 | 31.9 | 33.2 | 16.2* | 116* |
| COLLECTED AT 1200 8/15/14 | | | | | | | | | |
| 14 Aug 2014 10:27AM | 6.8 | 2.62* | 8.5* | 25.1* | 96 | 32.2* | 33.7 | 16.4* | 88* |
| 14 Aug 2014 03:59AM | 6.2 | 2.67* | 8.6* | 26.0* | 97 | 32.2* | 33.1 | 16.4* | 85* |
| 14 Aug 2014 12:54AM | 6.2 | 2.71* | 8.9* | 26.1* | 96 | 32.9* | 34.1 | 16.5* | 92* |
| 13 Aug 2014 01:40AM | 7.5 | 3.16* | 10.2* | 29.8* | 95 | 32.4* | 34.3 | 16.6* | 70* |
| 12 Aug 2014 03:38AM | 9.3 | 3.30* | 10.7* | 31.4* | 95 | 32.4* | 34.1 | 15.7* | 80* |
| 11 Aug 2014 10:37PM | 11.8* | 3.49* | 11.3* | 33.5* | 96 | 32.2* | 33.6 | 15.8* | 83* |
| 11 Aug 2014 05:00PM | 10.9 | 3.06* | 10.2* | 30.3* | 99* | 33.5* | 33.9 | 16.2* | 81* |
| 11 Aug 2014 03:47AM | 18.4* | 3.67* | 11.9* | 37.3* | 102* | 32.5* | 32.0 | 16.1* | 85* VERIFIED BY SMEAR |
| Source: Line-peripheral #20 | | | | | | | | | |
| 10 Aug 2014 11:45PM | 19.9* | 4.00* | 13.3* | 39.7* | 99* | 33.3* | 33.6 | 16.0* | 118* VERIFIED BY REPLICATE ANALYSIS |
| 22 May 2014 06:15AM | 15.0* | 4.57* | 14.2 | 42.9 | 94 | 31.0 | 33.1 | 12.8 | 175 |
| 13 May 2014 02:50AM | 13.6*# VERIFIED | 4.83 | 15.1 | 43.5 | 90 | 31.3 | 34.7 | 12.3 | 155 |
| 09 May 2014 05:00PM | 8.6 | 4.84 | 15.0 | 43.7 | 90 | 31.1 | 34.4 | 12.2 | 158 |
| 08 May 2014 09:00AM | 7.3 | 4.96 | 15.2 | 46.6 | 94 | 30.6 | 32.6 | 12.7 | 161 |
| 08 May 2014 06:06AM | UNABLE TO UNABLE TO PROCESS CBC-SPECIMEN CLOTTED NOTIFIED N. LORING-FA5 6:29AM 5/8/14 | | | | | | | | |

| **DIFFERENTIAL** | Neuts | Bands | Lymphs | Monos | Eos | Baso | Atyps | Metas | Myelos | Promyel |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 Aug 2014 05:15AM | 79* | 4 | 9* | 4 | 0 | 0 | 0 | 2* | 2* | |
| Source: Line-PICC | | | | | | | | | | |
| 15 Aug 2014 11:58AM | 78* | 7* | 7* | 4 | 0 | 0 | 0 | 4* | 0 | |

AR0897

| DIFFERENTIAL | | | Neuts | Bands | Lymphs | Monos | Eos | Baso | Atyps | Metas | Myelos | Promyel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLLECTED AT 1400 8/15/14 | | | | | | | | | | | | |
| 14 Aug 2014 11:41AM | | | 71* | 4 | 14* | 8 | 0 | 0 | 1* | 2* | 0 | |
| COLLECTED AT 1200 8/15/14 | | | | | | | | | | | | |
| 11 Aug 2014 03:47AM | | | 80* | 3 | 4* | 3 | 0 | 0 | 0 | 2* | 7* | 1* |
| Source: Line-peripheral #20 | | | | | | | | | | | | |
| 10 Aug 2014 11:45PM | | | 63 | 5 | 9* | 12* | 0 | 0 | 0 | 4* | 6* | 1* |
| 08 May 2014 09:00AM | | | 84.3* | | 11.3* | 3.7 | 0.2 | 0.5 | | | | |

| RED CELL MORPHOLOGY | Hypochr | Anisocy | Poikilo | Macrocy | Microcy | Polychr | Ovalocy | Burr | Tear Dr |
|---|---|---|---|---|---|---|---|---|---|
| 19 Aug 2014 05:15AM | NORMAL | OCCASIONAL | OCCASIONAL | OCCASIONAL | NORMAL | NORMAL | OCCASIONAL | | |
| Source: Line-PICC | | | | | | | | | |
| 15 Aug 2014 11:58AM | 1+ | 1+ | OCCASIONAL | 1+ | NORMAL | NORMAL | OCCASIONAL | | |
| COLLECTED AT 1400 8/15/14 | | | | | | | | | |
| 14 Aug 2014 11:41AM | OCCASIONAL | 1+ | NORMAL | 2+ | NORMAL | NORMAL | | | |
| COLLECTED AT 1200 8/15/14 | | | | | | | | | |
| 11 Aug 2014 03:47AM | 2+ | 1+ | 1+ | 2+ | NORMAL | OCCASIONAL | OCCASIONAL | 2+ | |
| Source: Line-peripheral #20 | | | | | | | | | |
| 10 Aug 2014 11:45PM | 1+ | 1+ | 1+ | 2+ | NORMAL | NORMAL | | 1+ | OCCASIONAL |

| BASIC COAGULATION (PT, PTT, PLT, INR) | PT | PTT | Plt Smr | Plt Ct | INR(PT) |
|---|---|---|---|---|---|
| 20 Aug 2014 05:14AM | | | | 168 | |
| Source: Line-PICC | | | | | |
| 19 Aug 2014 05:15AM | | | NORMAL | 154 | |
| Source: Line-PICC | | | | | |
| 18 Aug 2014 06:15AM | | | | 166 | |
| Source: Line-PICC | | | | | |
| 17 Aug 2014 06:03AM | | | | 141* | |
| Source: Line-PICC | | | | | |
| 16 Aug 2014 05:00AM | | | | 124* | |
| Source: Line-picc | | | | | |
| 16 Aug 2014 05:00AM | 13.5* | 75.3* | | | 1.2* |
| Source: Line-picc | | | | | |
| 15 Aug 2014 09:43PM | 13.2* | 52.1* | | | 1.2* |

AR0898

| BASIC COAGULATION (PT, PTT, PLT, INR) | PT | PTT | Plt Smr | Plt Ct | INR(PT) |
|---|---|---|---|---|---|
| Source  Line-picc; heparin dose: 2000 | | | | | |
| 15 Aug 2014 11:58AM | | | LOW | 119* | |
| COLLECTED AT 1400 8/15/14 | | | | | |
| 15 Aug 2014 11:58AM | 13.0* | 51.4* | | | 1.2* |
| COLLECTED AT 1400 8/15/14 | | | | | |
| 15 Aug 2014 05:46AM | | | | 106* | |
| Source: Line-picc | | | | | |
| 15 Aug 2014 05:46AM | 13.0* | 60.7* | | | 1.2* |
| Source: Line-picc | | | | | |
| 14 Aug 2014 11:44PM | | | | 92* | |
| Source: Line-picc | | | | | |
| 14 Aug 2014 11:44PM | | 56.1* | | | |
| Source: Line-picc | | | | | |
| 14 Aug 2014 05:10PM | 13.0* | 50.4* | | | 1.2* |
| Source: Line-PICC | | | | | |
| 14 Aug 2014 11:41AM | | | LOW | 116* | |
| COLLECTED AT 1200 8/15/14 | | | | | |
| 14 Aug 2014 11:41AM | 12.7* | 57.4* | | | 1.2* |
| HEPARIN DOSE :1200 ;COLLECTED AT 1200 8/15/14 | | | | | |
| 14 Aug 2014 11:41AM | 12.5 | 42.0* | | | 1.2* |
| 14 Aug 2014 10:27AM | | | | 88* | |
| 14 Aug 2014 03:59AM | | | | 85* | |
| 14 Aug 2014 03:59AM | 12.9* | 81.2* | | | 1.2* |
| 14 Aug 2014 12:54AM | | | | 92* | |
| 13 Aug 2014 08:05PM | 12.3 | 50.5* | | | 1.1 |
| 13 Aug 2014 01:10PM | | 81.4* | | | |
| heparin dose: 1150 | | | | | |
| 13 Aug 2014 01:40AM | | | | 70* | |
| 13 Aug 2014 01:40AM | 11.8 | 43.9* | | | 1.1 |
| 12 Aug 2014 07:00PM | | 79.7* | | | |
| Source: Line-PIV | | | | | |
| 12 Aug 2014 11:48AM | | 150* 150 IS HIGHEST MEASURED PTT Reported to and read back by PAT BOYKINS/CC6D @ 12:20PM 8/12/14 | | | |

| BASIC COAGULATION (PT, PTT, PLT, INR) | PT | PTT | Plt Smr | Plt Ct | INR(PT) |
|---|---|---|---|---|---|
| | | VERIFIED BY REPLICATE ANALYSIS | | | |
| Source: Line-PIV | | | | | |
| 12 Aug 2014 10:25AM | | 150*<br>150 IS HIGHEST MEASURED PTT<br>Reported to and read back by DANIELLE FLEMING/CC6D @ 11?:10AM 8/12/14<br>VERIFIED BY REPLICATE ANALYSIS | | | |
| 12 Aug 2014 03:38AM | | | | 80* | |
| 12 Aug 2014 03:38AM | 13.4* | 97.2* | | | 1.2* |
| 11 Aug 2014 10:37PM | | | | 83* | |
| 11 Aug 2014 10:37PM | 13.5* | 71.7* | | | 1.2* |
| 11 Aug 2014 05:00PM | | | | 81* | |
| 11 Aug 2014 05:00PM | 13.3* | 108.2*<br>VERIFIED BY REPLICATE ANALYSIS<br>Reported to and read back by G. DUPONT @ 17:46 ON 8/11/14 | | | 1.2* |
| 11 Aug 2014 08:54AM | 16.5* | 30.6 | | | 1.5* |
| 11 Aug 2014 03:47AM | 15.3* | 31.8 | | | 1.4* |
| Source: Line-peripheral #20 | | | | | |
| 11 Aug 2014 03:47AM | | | LOW | 85*<br>VERIFIED BY SMEAR | |
| Source: Line-peripheral #20 | | | | | |
| 10 Aug 2014 11:45PM | 11.8 | 23.0*<br>VERIFIED BY REPLICATE ANALYSIS | | | 1.1 |
| 10 Aug 2014 11:45PM | | | LOW | 118*<br>VERIFIED BY REPLICATE ANALYSIS | |
| 22 May 2014 06:15AM | | | | 175 | |
| 22 May 2014 06:15AM | 9.5 | 24.2* | | | 0.9 |
| 13 May 2014 02:50AM | | | | 155 | |
| 13 May 2014 02:50AM | 10.9 | 26.0 | | | 1.0 |
| 09 May 2014 05:00PM | | | | 158 | |
| 09 May 2014 05:00PM | 10.6 | 26.8 | | | 1.0 |
| 08 May 2014 09:00AM | | | | 161 | |
| 08 May 2014 06:06AM | UNABLE TO UNABLE TO REPORT | UNABLE TO UNABLE TO REPORT | | | UNABLE TO UNABLE TO REPORT |

AR0900

| BASIC COAGULATION (PT, PTT, PLT, INR) | PT | PTT | Plt Smr | Plt Ct | INR(PT) |
|---|---|---|---|---|---|
| QUANTITY NOT SUFFICIENT. NOTIFIED S.MCCARTHY AT 0646 05/08/14 | | | | | |

| BASIC COAGULATION (FIBRINOGEN, DD, TT, REPTILASE, BT) | | Fibrino | |
|---|---|---|---|
| 11 Aug 2014 03:47AM | | 55* VERIFIED BY REPLICATE ANALYSIS Reported to and read back by D. CLARK AT 04:42 AM ON 8/11/14 | |
| Source: Line-peripheral #20 | | | |

| INHIBITORS & ANTICOAGULANTS | LMWH |
|---|---|
| 17 Aug 2014 12:33PM | 0.90 LEVELS SHOULD BE OBTAINED 4-6 HRS AFTER LAST SUBCUTANEOUS DOSE OF LMWH.;THERAPEUTIC RANGES FOR VENOUS THROMBOSIS: 0.6-1.0 U/ML FOR BID DOSING. |
| Source: Lune-Port | |

| LAB USE ONLY |
|---|
| 20 Aug 2014 05:14AM |
| Source: Line-PICC |
| 18 Aug 2014 06:15AM |
| Source: Line-PICC |
| 17 Aug 2014 06:03AM |
| Source: Line-PICC |
| 16 Aug 2014 05:00AM |
| Source: Line-picc |
| 15 Aug 2014 05:46AM |
| Source: Line-picc |
| 14 Aug 2014 11:44PM |
| Source: Line-picc |
| 14 Aug 2014 10:27AM |
| 14 Aug 2014 03:59AM |
| 14 Aug 2014 12:54AM |
| 13 Aug 2014 01:40AM |
| 12 Aug 2014 03:38AM |
| 11 Aug 2014 10:37PM |
| 11 Aug 2014 05:00PM |
| 22 May 2014 06:15AM |
| 13 May 2014 02:50AM |
| 09 May 2014 05:00PM |

AR0901

Chemistry

| RENAL & GLUCOSE | Glucose | UreaN | Creat | Na | K | Cl | HCO3 | AnGap |
|---|---|---|---|---|---|---|---|---|
| 09 Jan 2015 12:58PM | | | 0.7<br>POINT OF CARE<br>Hydroxyurea may cause falsely elevated values with this method | | | | | |
| 14 Nov 2014 12:53PM | | | 1.1<br>POINT OF CARE<br>Hydroxyurea may cause falsely elevated values with this method | | | | | |
| 19 Sep 2014 12:26PM | | | 0.8<br>POINT OF CARE<br>Hydroxyurea may cause falsely elevated values with this method | | | | | |
| 20 Aug 2014 05.14AM | 105*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 24* | 0.5 | 137 | 4.0 | 103 | 25 | 13 |
| Source: Line-PICC | | | | | | | | |
| 19 Aug 2014 05:15AM | 97<br>IF FASTING, 70-100<br>NORMAL. >125<br>PROVISIONAL DIABETES | 23* | 0.5 | 136 | 4.0 | 102 | 24 | 14 |
| Source: Line-PICC | | | | | | | | |
| 17 Aug 2014 06:03AM | 97<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 22* | 0.5 | 138 | 4.1 | 104 | 25 | 13 |
| Source: Line-PICC | | | | | | | | |
| 16 Aug 2014 05:00AM | 129*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 19 | 0.6 | 144 | 4.1 | 105 | 24 | 19 |
| Source: Line-picc | | | | | | | | |
| 15 Aug 2014 05:46AM | 121*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 14 | 0.5 | 140 | 3.5 | 102 | 28 | 14 |
| Source: Line-picc | | | | | | | | |
| 14 Aug 2014 03:59AM | 136*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 17 | 0.5 | 139 | 3.8 | 100 | 28 | 15 |
| 13 Aug 2014 01:40AM | 160*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 21* | 0.7 | 134 | 4.1 | 102 | 24 | 12 |
| 12 Aug 2014 03:38AM | 168*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 27* | 0.7 | 133 | 4.1 | 101 | 22 | 14 |
| 11 Aug 2014 03:47AM | 243*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 30* | 1.0 | 135 | 4.9<br>HEMOLYSIS<br>FALSELY<br>ELEVATES K. | 102 | 18* | 20 |
| Source: Line-peripheral #20;<br>MODERATELY HEMOLYZED<br>SPECIMEN | | | | | | | | |

| Chemistry | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **RENAL & GLUCOSE** | **Glucose** | **UreaN** | **Creat** | **Na** | **K** | **Cl** | **HCO3** | **AnGap** |
| 10 Aug 2014 11:45PM | 264*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 31* | 0.8 | 134 | 5.9*<br>HEMOLYSIS<br>FALSELY<br>ELEVATES K. | 104 | 18* | 18 |
| GROSSLY HEMOLYZED SPECIMEN | | | | | | | | |
| 22 May 2014 06:15AM | 83<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 16 | 0.6 | 135 | 4.1 | 100 | 28 | 11 |
| 13 May 2014 02:50AM | 105*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 27* | 0.6 | 140 | 4.1 | 106 | 25 | 13 |
| 09 May 2014 05:00PM | 145*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 25* | 0.9 | 139 | 4.0 | 105 | 24 | 14 |
| 08 May 2014 09:00AM | 136*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 16 | 0.7 | 138 | 4.6 | 103 | 25 | 15 |
| 08 May 2014 06:06AM | 133*<br>IF FASTING, 70-100<br>NORMAL, >125<br>PROVISIONAL DIABETES | 17 | 0.6 | 137 | 5.3*<br>HEMOLYSIS<br>FALSELY<br>ELEVATES K. | 105 | 21* | 16 |
| MODERATELY HEMOLYZED SPECIMEN | | | | | | | | |

| **ESTIMATED GFR (MDRD CALCULATION)** | **estGFR** |
|---|---|
| 09 Jan 2015 12:58PM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.7,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure<br>This POC estimated GFR is within 10% of the correct value. |
| 14 Nov 2014 12:53PM | Using this<br>Using this patient's age, gender, and serum creatinine value of 1.1,<br>Estimated GFR = 68 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure<br>This POC estimated GFR is within 10% of the correct value. |
| 19 Sep 2014 12:26PM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.8,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure<br>This POC estimated GFR is within 10% of the correct value. |
| 19 Aug 2014 05:15AM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.5,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure |

AR0903

| ESTIMATED GFR (MDRD CALCULATION) | estGFR |
|---|---|
| Source: Line-PICC | |
| 10 Aug 2014 11:45PM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.8,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 50-59 is 93 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure |
| GROSSLY HEMOLYZED SPECIMEN | |
| 22 May 2014 06:15AM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.6,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure |
| 08 May 2014 06:06AM | Using this<br>Using this patient's age, gender, and serum creatinine value of 0.6,<br>Estimated GFR = >75 if non African-American (mL/min/1.73 m2)<br>Estimated GFR = >75 if African-American (mL/min/1.73 m2)<br>For comparison, mean GFR for age group 60-69 is 85 (mL/min/1.73 m2)<br>GFR<60 = Chronic Kidney Disease, GFR<15 = Kidney Failure |
| MODERATELY HEMOLYZED SPECIMEN | |

| ENZYMES & BILIRUBIN | ALT | AST | LD(LDH) | CK(CPK) | AlkPhos | Amylase | TotBili | DirBili |
|---|---|---|---|---|---|---|---|---|
| 20 Aug 2014 05:14AM | 119* | 37 | | | 135* | | 1.2 | |
| Source: Line-PICC | | | | | | | | |
| 19 Aug 2014 05:15AM | 146* | 40 | | | 139* | | 1.4 | |
| Source: Line-PICC | | | | | | | | |
| 18 Aug 2014 06:15AM | 200* | 65* | | | 155* | | 1.4 | |
| Source: Line-PICC | | | | | | | | |
| 17 Aug 2014 06:03AM | 200* | 75* | | | 156* | | 1.3 | |
| Source: Line-PICC | | | | | | | | |
| 11 Aug 2014 03:47AM | 152*<br>HEMOLYSIS FALSELY<br>ELEVATES ALT | 118*<br>HEMOLYSIS FALSELY<br>ELEVATES AST. | | | 65 | | 0.8 | |
| Source: Line-peripheral #20,<br>MODERATELY HEMOLYZED<br>SPECIMEN | | | | | | | | |
| 10 Aug 2014 11:45PM | 74*<br>HEMOLYSIS FALSELY<br>ELEVATES ALT | 92*<br>HEMOLYSIS FALSELY<br>ELEVATES AST. | | | 54 | | 0.7 | |
| GROSSLY HEMOLYZED<br>SPECIMEN | | | | | | | | |

| OTHER ENZYMES & BILIRUBINS | Lipase |
|---|---|
| 20 Aug 2014 05:14AM | 150* |
| Source: Line-PICC | |
| 19 Aug 2014 05:15AM | 235* |
| Source: Line-PICC | |
| 18 Aug 2014 06:15AM | 417* |
| Source: Line-PICC | |
| 10 Aug 2014 11:45PM | 42 |
| GROSSLY HEMOLYZED SPECIMEN | |

AR0904

| CPK ISOENZYMES | cTropnT | proBNP |
|---|---|---|
| 10 Aug 2014 11:45PM | | 344* REFERENCE VALUES VARY WITH AGE, SEX, AND RENAL FUNCTION;AT 35% PREVALENCE, NTPROBNP VALUES; < 450 HAVE 99% NEG PRED VALUE; >1000 HAVE 78% POS PRED VALUE;SEE ONLINE LAB MANUAL FOR MORE DETAILED INFORMATION |
| GROSSLY HEMOLYZED SPECIMEN | | |
| 10 Aug 2014 11:45PM | 0.18* Reported to and read back by M.ROSE @ 0100 08/11/14 CTROPNT > 0.10 NG/ML SUGGESTS ACUTE MI | |

| CHEMISTRY | TotProt | Albumin | Globuln | Calcium | Phos | Mg | UricAcd | Iron | Cholest |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 296* |
| 20 Aug 2014 05:14AM | | | | | | | | | |
| Source: Line-PICC | | 2.9* | | 7.8* | 3.8 | 2.2 | | | |
| 19 Aug 2014 05:15AM | | | | | | | | | |
| Source: Lme-PICC | | | | 8.2* | | | | | |
| 17 Aug 2014 06:03AM | | | | | | | | | |
| Source: Line-PICC | | | | 8.4 | 3.8 | 2.4 | | | |
| 16 Aug 2014 05:00AM | | | | | | | | | |
| Source: Line-picc | | | | 8.0* | 3.6 | 2.4 | | | |
| 15 Aug 2014 05:46AM | | | | | | | | | |
| Source: Line-picc | | | | 7.9* | 3.0 | 2.6 | | | |
| 14 Aug 2014 03:59AM | | | | 8.9 | 3.0 | 2.6 | | | |
| 13 Aug 2014 01:40AM | | | | 8.0* | 2.8# | 2.1 | | | |
| 12 Aug 2014 03:38AM | | | | 7.3* | 7.1*# | 2.6 | | | |
| 11 Aug 2014 03:47AM | | | | | | | | | |
| Source: Line-peripheral #20; MODERATELY HEMOLYZED SPECIMEN | | | | | | | | | |
| 10 Aug 2014 11:45PM | | 3.7 | | 7.5* | 5.3* HEMOLYSIS FALSELY ELEVATES P. | 2.6 HEMOLYSIS FALSELY ELEVATES MG. | | | |
| GROSSLY HEMOLYZED SPECIMEN | | | | | | | | | |
| 22 May 2014 06:15AM | | | | 8.2* | 3.9 | 2.4 | | | |
| 13 May 2014 02:50AM | | | | 8.4 | 4.3 | 2.5 | | | |
| 09 May 2014 05:00PM | | | | 8.9 | 3.0 | 2.5 | | | |
| 08 May 2014 09:00AM | | | | 9.0 | 3.5 | 2.4 | | | |
| 08 May 2014 06:06AM | | | | 8.8 | 3.1 | 2.6 | | | |

AR0905

| CHEMISTRY | | TotProt | Albumin | Globuln | Calcium | Phos | | Mg | | UricAcd | Iron | Cholest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MODERATELY HEMOLYZED SPECIMEN | | | | | | | | | | | | |

| LIPID/CHOLESTEROL | Cholest | | Triglyc | | | | HDL | CHOL/HD | LDLcalc |
|---|---|---|---|---|---|---|---|---|---|
| | 296* | | 169* | | | | 31 | 9.5 | 231* |
| 20 Aug 2014 05.14AM | | | LDL(CALC) INVALID IF TRIG>400 OR NON-FASTING SAMPLE | | | | | | |
| Source: Line-PICC | | | | | | | | | |
| 14 Aug 2014 03:59AM | | | 342* | | | | | | |
| | | | LDL(CALC) INVALID IF TRIG>400 OR NON-FASTING SAMPLE | | | | | | |

| PITUITARY | | TSH |
|---|---|---|
| | | 0.40 |
| 16 Aug 2014 05:00AM | | |
| Source: Line-picc | | |

| ANTIBIOTICS | Vanco |
|---|---|
| | 14.6 |
| 15 Aug 2014 05.47AM | |
| Source: Line-picc, Vancomycin @ Trough | |
| | 7.4* |
| 14 Aug 2014 05:59AM | |
| Vancomycin @ Trough; LIPEMIC SPECIMEN | |

| LAB USE ONLY | HoldBLu |
|---|---|
| | HOLD |
| 14 Aug 2014 10:27AM | HOLD |
| | DISCARD GREATER THAN 24 HRS OLD |

| Blood Gas | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLOOD GASES | Type | Temp | Rates | Tidal V | PEEP | FiO2 | O2 Flow | pO2 | pCO2 | pH | calTCO2 | Base XS | | Intubat |
| 13 Aug 2014 05:44AM | VEN | 38.3 | 24/0 | 531 | 12 | 50 | | 45* NO CALLS MADE - NOT ARTERIAL BLOOD | 51* | 7.33* | 28 | 0 | ASSIST/CON ASSIST/CONTROL | INTUBATED |
| 12 Aug 2014 07:04PM | VEN | 37.4 | 24/27 | 500 | 10 | 50 | | 49* NO CALLS MADE - NOT ARTERIAL BLOOD | 44 | 7.42 | 30 | 3 | | |
| 12 Aug 2014 03:54AM | VEN | | | | | | | 48* NO CALLS MADE - NOT ARTERIAL BLOOD | 34* | 7.43 | 23 | 0 | | |
| 12 Aug 2014 12:39AM | VEN | | | | | | | 40* NO CALLS MADE - NOT ARTERIAL BLOOD | 33* | 7.42 | 22 | -1 | | |
| 11 Aug 2014 10:59PM | VEN | | | | | | | 72* | 31* | 7.43 | 21 | -2 | | |
| 11 Aug 2014 05:10PM | VEN | | | | | | | 34* NO CALLS MADE - NOT ARTERIAL BLOOD | 42 | 7.22* NO CALLS MADE - NOT ARTERIAL BLOOD | 18* | -11 | | |
| 11 Aug 2014 | VEN | | 30/ | 657 | 5 | 60 | | 38* NO CALLS MADE - SAME | 50* | 7.21* VERIFIED NO CALLS | 21 | -8 | | INTUBATED |

AR0906

| Blood Gas | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BLOOD GASES** | Type | Temp | Rates | Tidal V | PEEP | FiO2 | O2 Flow | pO2 | pCO2 | pH | calTCO2 | Base XS |
| 08:57AM | | | | | | | | ABNORMALITY PREVIOUSLY NOTED TODAY | | MADE - SAME ABNORMALITY PREVIOUSLY NOTED TODAY | | |
| 11 Aug 2014 06:45AM | VEN | | | | | | | 39* NO CALLS MADE - NOT ARTERIAL BLOOD | 56* | 7.12* NO CALLS MADE - NOT ARTERIAL BLOOD | 19* | -12 |
| 11 Aug 2014 05:29AM | VEN | | | | | | | 41* NO CALLS MADE - NOT ARTERIAL BLOOD | 65* NO CALLS MADE - NOT ARTERIAL BLOOD | 7.11* NO CALLS MADE - NOT ARTERIAL BLOOD | 22 | -11 |
| 11 Aug 2014 04:01AM | VEN | | | | | | | 41* PROVIDER NOTIFIED PER CURRENT LAB POLICY | 85* VERIFIED PROVIDER NOTIFIED PER CURRENT LAB POLICY | 7.04* VERIFIED PROVIDER NOTIFIED PER CURRENT LAB POLICY | 25 | -11 |
| 10 Aug 2014 11:55PM | VEN | | | | | | | 93 | 64* NO CALLS MADE - NOT ARTERIAL BLOOD | 7.12* NO CALLS MADE - NOT ARTERIAL BLOOD | 22 | -9 |

| WHOLE BLOOD, MISCELLANEOUS CHEMISTRY | Lact: |
|---|---|
| 13 Aug 2014 05:44AM | 1.7 |
| 12 Aug 2014 07:04PM | 1.2 |
| 11 Aug 2014 06:45AM | 2.3* |
| 11 Aug 2014 05:29AM | 2.6* |
| 11 Aug 2014 04:01AM | 3.3* |
| 10 Aug 2014 11:55PM | 3.4* |

| HEMOGLOBLIN FRACTIONS ( COOXIMETRY) | O2 Sat |
|---|---|
| 12 Aug 2014 07:04PM | 80 |
| 10 Aug 2014 11:55PM | 92 |

| CALCIUM | freeCa |
|---|---|
| 13 Aug 2014 05:44AM | 1.15 |
| 12 Aug 2014 07:04PM | 1.15 |
| 11 Aug 2014 08:57AM | 1.02* |

| Urine |
|---|

AR0907

## Hematology

| GENERAL URINE INFORMATION | | Type | Color | Appear | Sp Grav |
|---|---|---|---|---|---|
| 13 Aug 2014 11:59PM | | | DkAmb | Cloudy | 1.030 |
| Source: Catheter | | | | | |
| 11 Aug 2014 12:35AM | | | Yellow | Hazy | 1.030 |
| 09 May 2014 03:15PM | | | Yellow | Clear | 1.033 |
| Source: CVS | | | | | |

| DIPSTICK URINALYSIS | Blood | Nitrite | Protein | Glucose | Ketone | Bilirub | Urobiln | pH | Leuks |
|---|---|---|---|---|---|---|---|---|---|
| 13 Aug 2014 11:59PM | LG | NEG | 30 | 100 | NEG | MOD | 2* | 5.5 | MOD |
| Source: Catheter | | | | | | | | | |
| 11 Aug 2014 12:35AM | SM | NEG | 100 | 1000 | NEG | NEG | NEG | 5.5 | NEG |
| 09 May 2014 03:15PM | NEG | NEG | 30 | 300 | TR | NEG | NEG | 6.0 | NEG |
| Source: CVS | | | | | | | | | |

| MICROSCOPIC URINE EXAMINATION | RBC | WBC | Bacteri | Yeast | Epi | TransE | RenalEp |
|---|---|---|---|---|---|---|---|
| 11 Aug 2014 12:35AM | 1 | 3 | FEW | NONE | 0 | <1 | |

| URINE CASTS | CastHy |
|---|---|
| 11 Aug 2014 12:35AM | 28* |

| OTHER URINE FINDINGS | Mucous |
|---|---|
| 11 Aug 2014 12:35AM | OCC |
| 13 Aug 2014 11:59PM | |
| Source: Catheter | |
| 09 May 2014 03:15PM | |
| Source: CVS | |

### Chemistry

| URINE CHEMISTRY | Hours |
|---|---|
| 11 Aug 2014 12:35AM | RANDOM |
| PLAIN RED | |

| LAB USE ONLY, URINE | Uhold |
|---|---|
| 11 Aug 2014 12:35AM | HOLD |
| PLAIN RED | |

### CSF

No Results for this Date Range

### Other Fluid

| | EGFR |
|---|---|
| | TEST |
| 12 Jun 2014 02:42PM | |
| | TEST |
| 27 May 2014 03:08PM | |

MINISTERI, ANTHONY                     228-56-30                     M 61 JAN 23, 1953
Radiology Report        MR HEAD W & W/O CONTRAST        Study Date of 05/08/14 12:03 PM

ARLE,JEFFREY E.                                          NSURG   FA5   05/08/14 SCHED
MR HEAD W & W/O CONTRAST
Reason: Please evalaute for intracranial lesion
Contrast: GADAVIST
UNDERLYING MEDICAL CONDITION:
61 year old man with Right sided brain lesion seen on CT
REASON FOR THIS EXAMINATION:
Please evalaute for intracranial lesion
CONTRAINDICATIONS FOR IV CONTRAST:
None.
**Final Report**
EXAMINATION: MR HEAD W AND W/O CONTRAST
INDICATION: 61 year old man with Right sided brain lesion seen on CT //
Please evalaute for intracranial lesion
TECHNIQUE: Sagittal and axial T1 weighted imaging were performed. After
administration of cc of Gadavist intravenous contrast, axial imaging was
performed with gradient echo, FLAIR, diffusion, and T1 technique. Sagittal
MPRAGE imaging was performed and re-formatted in axial and coronal
orientations.
COMPARISON: No prior MRI studies available for comparison.
FINDINGS:
There is enhancing mass lesion identified involving the right parietal
occipital region involving the splenium of corpus callosum with a small
nodular area of enhancement in the left occipital lobe. There is involvement
of the corpus callosum seen. There is surrounding edema identified. Small
amount of subacute and chronic blood products are seen. The distribution and
appearance is suggestive of a primary brain neoplasm such as glioma. There is
mass effect on the posterior aspect of the lateral ventricle. There is no
hydrocephalus but there is mild dilatation of the right temporal horn likely
secondary to mass effect upon the right trigone
IMPRESSION:
Irregular enhancing mass lesion with central areas of low signal intensity is
with involvement of the corpus callosum in both occipital lobes most likely
due to a glioma. No midline shift or hydrocephalus.
Rafeeque A. Bhadelia, MD electronically signed on THU MAY 8,2014 1:35 PM

MINISTERI,ANTHONY                          228-56-30                    M 61          ,1953
**Radiology Report**        **CT CHEST W/CONTRAST**        **Study Date of 05/08/14 11:05 AM**
ARLE,JEFFREY E.                  NSURG                      FA5                  05/08/14 SCHED
CT CHEST W/CONTRAST
Reason: SEE TORSO ORDER

**Final Report**

EXAMINATION: CT CHEST W/CONTRAST

INDICATION: 61-year-old man with a brain lesion. Assess for other
metastasis for source.

TECHNIQUE: MULTI DETECTOR HELICAL SCANNING OF THE CHEST WAS COORDINATED
WITH INTRAVENOUS INFUSION OF NONIONIC CONTRAST AGENT, RECONSTRUCTED AS
CONTIGUOUS 5 AND 1.25 MM THICK AXIAL, 5 MM THICK CORONAL AND PARASAGITTAL, AND
8 MM MIP AXIAL IMAGES. SUBSEQUENT SCANNING OF THE ABDOMEN AND PELVIS AND THE
TOTAL DOSAGE OF SCANNING THE ENTIRE TORSO WILL BE REPORTED SEPARATELY.

DOSAGE: TOTAL DLP mGy-cm

COMPARISON: There are no prior chest CT scans.

FINDINGS:

There is no axillary or supraclavicular lymph node enlargement. Thyroid is
normal. Mediastinal and hilar lymph nodes are not pathologically enlarged.
Small pericardial effusion is physiologic. There is no pleural abnormality.
Aorta and pulmonary arteries are normal size.

Emphysema is mild to moderately severe. Lungs are otherwise clear aside from
mild subpleural dependent atelectasis. Tracheobronchial tree is normal to
subsegmental levels.

There are no bone lesions in the chest cage or soft tissue abnormalities in
the chest wall suspicious for malignancy or infection.

IMPRESSION:

no evidence of intrathoracic malignancy. Mild to moderate emphysema

Paul W. Spirn, MD electronically signed on FRI MAY 9,2014 8:51 AM

---

MINISTERI,ANTHONY                    228-56-30                    M 6▮    ,1953

**Radiology Report    CT ABD & PELVIS W & W/O CONTRAST, ADDL SECTIONS**    **Study Date of 05/08/14 10:57 AM**

ARLE,JEFFREY E.                                           NSURG   FA5   05/08/14 SCHED

CT ABD & PELVIS W & W/O CONTRA

Reason: evaluate for metastatic disease

Contrast: OMNIPAQUE

UNDERLYING MEDICAL CONDITION:

61 year old man with Right sided brain lesion, assess for metastatic disease

REASON FOR THIS EXAMINATION

evaluate for metastatic disease

CONTRAINDICATIONS FOR IV CONTRAST:

None.

**Final Report**

EXAMINATION: CT ABD AND PELVIS W AND W/O CONTRAST, ADDL SECTIONS

INDICATION: 61 year old man with Right sided brain lesion, assess for
metastatic disease // evaluate for metastatic disease

TECHNIQUE: MDCT axial images were acquired through the abdomen and pelvis
following intravenous administration of 150cc of Omnipaque. Coronal and
sagittal reformations were performed. Oral contrast was administered.

DOSE DLP: 1858.34 mGy-cm.

COMPARISON: None

FINDINGS:

CHEST: Please see separate chest CT report for details of thoracic findings.

ABDOMEN: The liver is normal in size and homogeneous in enhancement. In
segment III of the liver there are two subcentimeter hypodensities, which are
too small to characterize fully. One of these lesions appears more cystic
(3:57). The second lesion is more peripherally located (3:55), and appears to
partially fill on the delayed phase scans (6:13), and may represent a
hemangioma. In the caudate lobe there is a third hypodense lesion (3:58),
which also may represent a hemangioma. The portal and hepatic veins are patent
and there is no intra or extrahepatic biliary ductal dilatation. The
gallbladder is decompressed, and does not contain any radiopaque gallstones.
The common bile duct is not dilated.

The spleen is normal in size and homogeneous in enhancement. The pancreas is
homogeneous in enhancement without focal lesions. There is no pancreatic

AR0910

ductal dilatation or peripancreatic fat stranding. The adrenal glands are normal in size and shape.

The kidneys are normal in size and display symmetric nephrograms and contrast excretion. The ureters are normal in caliber along their course to the bladder. There are no concerning mass lesions seen within the kidneys. There are no stones or hydronephrosis. There are no perinephric abnormalities seen. There is a small hiatal hernia. The stomach is under distended, but grossly normal. The small bowel is partially opacified with contrast, and does not show abnormal dilatation or focal wall thickening. The large bowel contains feces, and does not show obstructive mass lesions or wall thickening. There is diverticulosis without diverticulitis. The appendix is well visualized and normal appearing. There is no intraperitoneal free air free fluid.

There are no pathologically enlarged retroperitoneal or mesenteric lymph nodes by CT size criteria. There is no aneurysmal dilatation of the abdominal aorta. The aorta and its major branches are patent.

PELVIS: There is a large amount of streak artifact secondary to right hip prosthesis. Allowing for this limitation, the bladder is under distended, but grossly normal. The rectum is unremarkable. There is sigmoid diverticulosis. There is no pelvic free fluid. There are no pathologically enlarged pelvic sidewall or inguinal lymph nodes by CT size criteria.

OSSEOUS STRUCTURES AND SOFT TISSUES: There is a lytic appearing lesion in T11, which may represent an atypical hemangioma or metastatic disease. In the intertrochanteric area of the left femur there is an area of increased sclerosis which likely represents a cartilaginous lesion, such as an enchondroma. There is a left-sided fat containing inguinal hernia.

IMPRESSION:

Please note that thoracic findings will be detailed in a separate chest CT report.

1. Multiple hepatic hypodensities, some of which may represent hemangiomas, however metastatic disease cannot be excluded. Recommend MRI of the liver for additional evaluation.

2. Lytic appearing lesion in T11, which may represent an atypical hemangioma or metastatic disease. Recommend MRI of the thoracic spine for additional evaluation

3. Area of increased sclerosis in the intertrochanteric region of the left femur likely represents a cartilaginous lesion, such as an enchondroma Dedicated radiograph of the left femur could be performed for additional evaluation.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Hannah Perry, MD

Olga-Rachel Brook, MD electronically signed on THU MAY 8,2014 5:17 PM

---

| MINISTERI,ANTHONY | | 228-56-30 | | M 61 ███,1953 |
|---|---|---|---|---|
| **Radiology Report** | **CT HEAD W/O CONTRAST** | | **Study Date of 05/12/14 9:34 PM** | |
| REBELO,ERIN | SURG | | | 05/12/14 SCHED |

CT HEAD W/O CONTRAST

Reason: s/p brain biopsy

UNDERLYING MEDICAL CONDITION:

61 year old man s/p brain biopsy

REASON FOR THIS EXAMINATION:

s/p brain biopsy

CONTRAINDICATIONS FOR IV CONTRAST·

None.

**Final Addendum**

CORRECTION: There is mild stable leftward shift of midline structures.

Alice L. Fisher, MD electronically signed on TUE MAY 13,2014 3:15 PM

| REBELO,ERIN | SURG | 05/12/14 SCHED |
|---|---|---|

CT HEAD W/O CONTRAST

Reason: s/p brain biopsy

UNDERLYING MEDICAL CONDITION:
61 year old man s/p brain biopsy
REASON FOR THIS EXAMINATION.
s/p brain biopsy
CONTRAINDICATIONS FOR IV CONTRAST:
None.

**Final Report**

HISTORY: History of brain biopsy. Please evaluate.

COMPARISONS: MRI of the brain from May 12 and May 8, 2014.

TECHNIQUE: 64 MDCT images were obtained through the brain without the administration of IV contrast. Multiplanar reformatted images in coronal and sagittal axis were generated and reviewed.

DLP: 1337 mGy-cm.

FINDINGS: The patient is status post burr hole and biopsy of the previously noted right periatrial irregular lesion with evidence of pneumocephalus and small amount of blood within the biopsy site. The portion of the lesion which enhances on MRI demonstrates a hyperdense rim on CT. Extent of white matter hypodensity surrounding the enhancing portion of the lesion is similar to the extent of white matter T2 hyperintensity on MRI, likely a combination of edema and tumor infiltration, without evidence for post-biopsy increase in edema. There is stable mass effect on the right lateral ventricle. There is no evidence of shift of midline structures or herniation. Basal cisterns are not compressed.

The visualized paranasal sinuses, mastoid air cells and middle ear cavities are otherwise clear.

IMPRESSION:

Status post biopsy of the right periatrial mass with small amount of blood products in the surgical bed. No change in mass effect.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Pritesh Mehta, MD

Alice L. Fisher, MD electronically signed on TUE MAY 13, 2014 9:32 AM

---

MINISTERI, ANTHONY                    228-56-30                         M 61    1953
**Radiology Report        MR HEAD W/ CONTRAST        Study Date of 05/12/14 5:23 AM**
ARLE, JEFFREY E.                                                        OPT  FA5  05/12/14 SCHED
MR HEAD W/ CONTRAST
Reason: must be performed prior to surgery on Monday at 0700 on 5/12
Contrast: GADAVIST
UNDERLYING MEDICAL CONDITION:
61 year old man with 61M with 1 week of disorientation and confusion, presented to OSH and found to have Brain lesion on CT. to have brain biopsy on 5/12 with Dr Arle
REASON FOR THIS EXAMINATION:
must be performed prior to surgery on Monday at 0700 on 5/12. must have MRI wand with feducials prior to OR
CONTRAINDICATIONS FOR IV CONTRAST:
None.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Matthew M. Miller, MD

Alice L. Fisher, MD electronically signed on TUE MAY 13,2014 3:16 PM

---

MINISTERI,ANTHONY        228-56-30        M 61 █████,1953

**Radiology Report**     **CT HEAD W/O CONTRAST**     **Study Date of 05/21/14 12:21 PM**

KASPER,EKKEHARD M.        NSURG CC1A 05/21/14 SCHED

CT HEAD W/O CONTRAST

Reason: 61 year old man with R brain lesion s/p R stereotatic brain

UNDERLYING MEDICAL CONDITION:

61 year old man with R brain lesion s/p R stereotatic brain biopsy, please

evaluate for post operative changes

REASON FOR THIS EXAMINATION:

61 year old man with R brain lesion s/p R stereotatic brain biopsy, please

evaluate for post operative changes

CONTRAINDICATIONS FOR IV CONTRAST:

None

**Final Report**

EXAMINATION: CT HEAD W/O CONTRAST

INDICATION: 61 year old man with R brain lesion s/p R stereotatic brain

biopsy, please evaluate for post operative changes

TECHNIQUE: Routine unenhanced head CT was performed and viewed in brain,

intermediate and bone windows Coronal and sagittal reformats were also

performed.

DOSE: DLP: 1003 mGy-cm

CTDI: 55 mGy

COMPARISON: Enhanced head CT dated the same date 2 hr prior to current

examination.

FINDINGS:

Patient is status post interval stereotactic biopsy via right parietal burr

hole. Superior to the known right frontoparietal mass, seen best on sequence 2

image 26, there is a new 1.1 x 1.5 cm hyperdense focus most compatible with

hemorrhage. The previously described 1.5 x 1.7 cm hyperdense focus anterior

and inferior to known right mass is most compatible with hemorrhage. Again

seen and described on MR dated 12 May 2014 is the right frontoparietal mass

with extension across the corpus callosum. Surrounding vasogenic edema with

mass effect is stable since examination obtained 2 hr previously, with 6 mm of

leftward midline shift. Ventricles are stable. Partial opacification of the

mastoid air cells is identified. Remainder the visualized paranasal sinuses

are unremarkable.

IMPRESSION:

1. Right parietal burr hole with new 1.2 x 1.5 cm hemorrhage superior to

known right frontoparietal mass status post biopsy.

2. Stable mass effect with unchanged mass effect and ventricular

configuration.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Amanda Trotter, MD

Elisa N. Flower, MD electronically signed on THU MAY 22,2014 5:19 PM

---

MINISTERI,ANTHONY        228-56-30        M 6█████,1953

**Radiology Report**     **CT STEREOTAXIS W/ CONTRAST**     **Study Date of 05/21/14 10:01 AM**

KASPER,EKKEHARD M.        NSURG CC1A 05/21/14 SCHED

CT STEREOTAXIS W/ CONTRAST

Reason: pre-surgical mapping/evaluation of lesion

Contrast: OMNIPAQUE

UNDERLYING MEDICAL CONDITION:
61 year old man with Right frontal and parietal mass involving the corpus
callosum, confusion, disorientation
REASON FOR THIS EXAMINATION:
pre-surgical mapping/evaluation of lesion
CONTRAINDICATIONS FOR IV CONTRAST:
None.

**Final Report**
EXAMINATION: CT STEREOTAXIS W/ CONTRAST
INDICATION: 61 year old man with Right frontal and parietal mass involving
the corpus callosum, now with confusion and disorientation. Pre-surgical
mapping/evaluation of lesion
TECHNIQUE: Contiguous axial multi detector CT images were obtained through
the brain after administration of intravenous contrast. Reformatted sagittal
and coronal images were acquired.
DOSE: DLP: 402 mGy-cm; CTDI: 25 mGy
COMPARISON: Nonenhanced head CT. Dated 13 May 2014.
FINDINGS:
Patient is status post stereotactic biopsy with stereotactic device placement.
Prior identified blood products within the biopsy site is largely unchanged
and of decreased density consistent with evolution. Anterior and inferior to
known right fronto-parietal mass, there is a new focus of hyperdensity
(2:31-33) measuring 1.5 x 1.7 cm. Given its rapid development since prior
examination dated 13 May 2014, this most likely represents a new focus of
hemorrhage as opposed to new enhancement. Again seen and better depicted on
MR dated 12 May, 2014, within the right frontoparietal region there is a
peripherally enhancing heterogeneous 3.5 x 3.3 cm mass with extension across
the corpus callosum and satellite lesions posteriorly and inferiorly within
the left parietal lobe. There is mildly increased associated vasogenic edema
and slightly increased mass effect as evidence by focal effacement of right
cerebral sulci and increased leftward shift of midline structures, previously
4mm now 6mm. There has been mild enlargement of the temporal horn of the right
lateral ventricle.
The basal cisterns are patent. There is no evidence of herniation. The
visualized paranasal sinuses are clear. Partial opacification of the mastoid
air cells are identified. The middle ear cavities are clear.
IMPRESSION:
1. Status post biopsy and stereotactic device placement.
2. Re-demonstration of known right frontoparietal mass with extension across
the splenium of the corpus callosim. New hyperdensity antero-inferiorly to
this mass, which, given appearance over short time interval, most likely
represents focus of hemorrhage.
3. Mildly increased vasogenic edema and subsequent mass effect and mild
enlargement of the temporal horn of the right lateral ventricle.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Amanda Trotter, MD
Elisa N. Flower, MD electronically signed on THU MAY 22,2014 5:22 PM

| MINISTERI,ANTHONY | 228-56-30 | M 61 ███ ,1953 |
|---|---|---|
| **Radiology Report    CTA CHEST W&W/O C&RECONS, NON-CORONARY** | | **Study Date of 08/10/14 11:48 PM** |
| REDFIELD,COLBY S. | | EU   08/10/14 SCHED |

CTA CHEST W&W/O C&RECONS, NON-
Reason: ICH, PE
Contrast: OMNIPAQUE

UNDERLYING MEDICAL CONDITION:

History: 51M with ams concern for ICH, PE

REASON FOR THIS EXAMINATION:

ICH, PE

CONTRAINDICATIONS FOR IV CONTRAST:

None.

**Wet Read: >MJMgb MON AUG 11,2014 1:43 PM**

1. Massive pulmonary embolism involving the central and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and bowing of the
interventricular septum).

2. Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions.

*** ED URGENT ATTENTION ***

**Final Report**

EXAMINATION: CTA thorax.

INDICATION: History: 51M with ams concern for ICH, PE // ICH, PE

TECHNIQUE: Axial MDCT images were obtained of the thorax after the uneventful
administration of Omnipaque intravenous contrast material. Reformatted
coronal, sagittal, thin slice axial images, and oblique maximal intensity
projection images were also reviewed.

DOSE· DLP: 658.03 mGy-cm

COMPARISON: None.

FINDINGS:

CTA thorax: There are large filling defects in the central and peripheral
pulmonary arteries. This includes large filling defects at the bifurcation of
the main pulmonary artery. Additionally the right atrium and right ventricle
are dilated and the interventricular septum is bowed, consistent with right
heart strain (2:72).

Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions. Mild centrilobular emphysema involves
the upper lobes. There is scarring and bronchiectasis lower lobes, most
visibly in the posterior left lower lobe (2:76).

There is no pleural effusion. The airways are patent to the subsegmental
level. There is no supraclavicular, axillary, mediastinal, or hilar
lymphadenopathy.

Although this study is not designed for the evaluation of subdiaphragmatic
structures, the imaged upper abdomen is unremarkable. No lytic or blastic
osseous lesion suspicious for malignancy is identified.

IMPRESSION:

1. Massive pulmonary embolism involving the central and peripheral pulmonary
arteries with right heart strain (dilated right ventricle and bowing of the
interventricular septum).

2. Wedge shaped opacities in the superior segments of the lower lobes are
suspicious for pulmonary infarctions.

NOTIFICATION: Findings were discussed in person by Dr. Masciocchi with Dr.
Redfield at 12:22 a.m. (0 minutes after discovery) on 11 August 2014.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR
THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Mark Masciocchi, MD

Bettina Siewert, MD electronically signed on MON AUG 11,2014 1:43 PM

| MINISTERI,ANTHONY | | 228-56-30 | M 61 ⬛3,1953 |
|---|---|---|---|
| **Radiology Report** | **CT HEAD W/O CONTRAST** | **Study Date of 08/10/14 11:47 PM** | |
| REDFIELD,COLBY S. | EU | 08/10/14 SCHED | |

CT HEAD W/O CONTRAST

Reason: ICH, PE

UNDERLYING MEDICAL CONDITION:
History: 51M with ams concern for ICH, PE
REASON FOR THIS EXAMINATION:
ICH, PE
CONTRAINDICATIONS FOR IV CONTRAST:
None.
**Wet Read: >MJMgb MON AUG 11,2014 12:13 AM**
Multilocular cystic lesion centered in the right parietal lobe and extending
across the corpus callosum, consistent with the patient's known glioblastoma
and surrounding posttreatment changes. No hemorrhage.
**Final Report**
EXAMINATION: CT HEAD W/O CONTRAST
INDICATION: History: 51M with ams concern for ICH, PE // ICH, PE
Patient has a history of a GBM.
TECHNIQUE: Contiguous axial images were obtained through the head without the
administration of intravenous contrast. Coronal and sagittal reformatted
images as well as thin section images in a bone window algorithm were
generated and reviewed.
DOSE. DLP: 891.93 mGy-cm; CTDI: 50.10 mGy
COMPARISON: No prior studies available.
FINDINGS.
There is a multilocular cystic lesion centered in the right parietal lobe
extending across the corpus callosum and measuring 5.1 x 4.8 cm (2:18). There
are also two burr holes in the overlying calvarium. Surrounding subcortical
white matter hypodensities likely represent a combination of edema and
gliosis.
There is no evidence of infarction, hemorrhage or shift of normally midline
structures. The ventricles and sulci are normal in size and configuration. The
orbits and globes are unremarkable. The imaged paranasal sinuses, mastoid air
cells, and middle ear cavities are clear. The bony calvaria appear intact.
IMPRESSION:
Multilocular cystic lesion centered in the right parietal lobe and extending
across the corpus callosum, consistent with the patient's known glioblastoma
and surrounding posttreatment changes. No evidence of infarction or
hemorrhage.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Mark Masciocchi, MD
David B. Hackney, MD electronically signed on MON AUG 11,2014 10:00 AM

---

MINISTERI, ANTHONY                          228-56-30                    M 61          ,1953
Radiology Report          CHEST (PORTABLE AP)          Study Date of 08/10/14 11:39 PM
DAGAN, ALON S.                    EU                                        08/10/14 SCHED
CHEST (PORTABLE AP)
Reason: ?tube placement
UNDERLYING MEDICAL CONDITION:
History: 51M with intube
REASON FOR THIS EXAMINATION:
?tube placement
**Final Report**
INDICATION: History of GBM. Presenting with possible seizure.
COMPARISON: None.
FINDINGS: Portable AP chest radiograph. The ET tube terminates 3.8 cm above
the carina. Lung volumes are low with bibasilar atelectasis and scarring,
particularly in the left lower lobe. The heart is mildly enlarged, though
this is limited by technique. There is no pleural effusion or pneumothorax.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Mark Masciocchi, MD
Alexander Bankier, MD, PhD electronically signed on MON AUG 11,2014 10:39 AM

MINISTERI,ANTHONY                          228-56-30                          M 61 ▮▮▮,1953
**Cardiology Report**              **ECG    Study Date of 08/10/14 11:37:00 PM**
Sinus tachycardia. Right bundle-branch block. Diffuse ST-T wave
abnormalities, likely secondary to rate. No previous tracing available for
comparison.
TRACING #1
Read by:                                                  GELFAND,ELI V.

|          |         | Intervals |         |     | Axes |     |
|----------|---------|-----------|---------|-----|------|-----|
| **Rate** | **PR**  | **QRS**   | **QT/QTc** | **P** | **QRS** | **T** |
| 135      | 140     | 106       | 272/403 | 40  | 71   | -13 |
| (14-56994M) |      |           |         |     |      |     |

MINISTERI,ANTHONY                          228-56-30                          M 61 ▮▮▮,1953
**Radiology Report**          **CT HEAD W/O CONTRAST**          **Study Date of 08/11/14 2:40 PM**
AKUTHOTA,PRAVEEN                                          MED    MICU    08/11/14 SCHED
CT HEAD W/O CONTRAST
Reason: Please eval for intracranial bleed
UNDERLYING MEDICAL CONDITION:
61 year old man with history of GBM, found to have saddle embolus, now s/p tPA
REASON FOR THIS EXAMINATION:
Please eval for intracranial bleed
CONTRAINDICATIONS FOR IV CONTRAST:
None.
**Wet Read: >DXHi TUE AUG 12,2014 4:28 PM**
No intracranial hemorrhage. Right parietal mass is invading corpus callosum
and is associated with white matter hypodensity, which is likely edema given
the history of GBM  -DHa
Wet Read Audit # 1 DXHi MON AUG 11,2014 4:15 PM
No intracranial hemorrhage. Right parietal mass is invading corpus callosum
and is associated with white matter hypodensity, which is likely edema given
the history of GBM. -DHa
**Final Report**
EXAMINATION: CT HEAD W/O CONTRAST
INDICATION: 61 year old man with history of GBM, found to have saddle
embolus, now s/p tPA // Please eval for intracranial bleed
TECHNIQUE: Contiguous axial MDCT images were obtained through the brain
without the administration of IV contrast. Reformatted coronal, sagittal and
thin section bone algorithm-reconstructed images were then generated.
DOSE: CTDIvol: 52 mGy
DLP: 1003 mGy-cm
COMPARISON: CT head without contrast 21 May 2014
FINDINGS:
There is no evidence of hemorrhage. There is a right parietal mass invading
the splenium corpus callosum. White matter hypodensity is likely edema in the
patient's clinical History. The mass-effect on the lateral ventricles and
leftward midline shift is less compared to May 21. The basal cisterns appear
patent
Two right-sided burr holes are noted. The paranasal sinuses, mastoid air
cells, and middle ear cavities are clear.
IMPRESSION:
No evidence of hemorrhage. Again seen is a right parietal mass with
associated edema. The mass effect and midline shift have decreased since May
21.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Daon Ha, MD
David B. Hackney, MD electronically signed on TUE AUG 12,2014 4:28 PM

MINISTERI,ANTHONY                          228-56-30                          M 61 JAN 23,1953

Radiology Report            CHEST (PORTABLE AP)            Study Date of 08/11/14 3:53 AM
CLARDY,PETER F.                        MED                    MICU                          08/11/14 SCHED
CHEST (PORTABLE AP)
Reason: pulmonary edema
UNDERLYING MEDICAL CONDITION:
51 year old man with GBM admitted for massive pulmonary embolus s/p lysis with
tPA.
REASON FOR THIS EXAMINATION:
pulmonary edema
**Final Report**
EXAMINATION: Portable chest radiograph
INDICATION: 51 year old man with GBM admitted for massive pulmonary embolus
s/p lysis with tPA. // pulmonary edema
TECHNIQUE: Portable chest radiograph
COMPARISON: Portable chest radiograph 10 August 2014
FINDINGS:
Since the prior radiograph, there has been interval placement of an enteric
tube that is seen in the stomach, but its tip extends beyond the inferior
margin of the image. The endotracheal tube is located approximately 3.8 cm
from the carina. There are diffuse patchy opacities that is likely a
combination of mild pulmonary edema and bronchovascular crowding from low lung
volumes. There are no large pleural effusions. No evidence of pneumothorax.
The heart is mildly enlarged. No acute osseous abnormalities.
IMPRESSION:
1. Diffuse patchy opacities that is likely due to both low lung volumes and
mild pulmonary edema.
2. Interval placement of an enteric tube that extends to at least the
stomach
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR
THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Stella Lam, MD
Alexander Bankier, MD, PhD electronically signed on TUE AUG 12,2014 10:27 AM

MINISTERI,ANTHONY                        228-56-30                        M 61 ████1953
**Cardiology Report**            ECG   **Study Date of 08/11/14 8:31:52 AM**
Sinus rhythm  Non-specific inferior T wave abnormalities. Compared to the
previous tracing sinus rate is slower.
TRACING #2
Read by:                                    GELFAND,ELI V.

|  |  | Intervals |  |  | Axes |  |
|---|---|---|---|---|---|---|
| **Rate** | **PR** | **QRS** | **QT/QTc** | **P** | **QRS** | **T** |
| 84 | 152 | 86 | 358/400 | 74 | 25 | -1 |
| (14-56995M) |  |  |  |  |  |  |

MINISTERI,ANTHONY                        228-56-30                        M 61 ████1953
**Radiology Report**            **CHEST (PORTABLE AP)**            **Study Date of 08/12/14 6:58 PM**
AKUTHOTA,PRAVEEN                        MED                    MICU                          08/12/14 SCHED
CHEST (PORTABLE AP)
Reason: question pneumonia
UNDERLYING MEDICAL CONDITION:
61 year old man with PE
REASON FOR THIS EXAMINATION:
question pneumonia

AR0918

**Wet Read: >PZMa THU AUG 14,2014 11:55 AM**

Developing peripheral opacity at the right and left lateral lung bases is
likely secondary to lung infarction as sequela from patient's massive
pulmonary embolus. Opacity at the medial left lung base is likely secondary
to atelectasis, however an acute infectious process cannot be excluded. Mild
pulmonary edema.

Wet Read Audit # 1 PZMa TUE AUG 12,2014 10:35 PM

Developing peripheral opacity at the right and left lateral lung bases is
likely secondary to lung infarction as sequela from patient's massive
pulmonary embolus. Opacity at the medial left lung base is likely secondary
to atelectasis, however an acute infectious process cannot be excluded. Mild
pulmonary edema.

**Final Report**

EXAMINATION: CHEST (PORTABLE AP)

INDICATION. 61 year old man with PE // question pneumonia

COMPARISON: 10 August 2014

IMPRESSION:

No relevant change as compared to the previous examination. The monitoring and
support devices are constant. Constant appearance of the cardiac silhouette
and of the lung parenchyma, with known left and right parenchymal opacities.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Pritesh Mehta, MD

Alexander Bankier, MD, PhD electronically signed on THU AUG 14,2014 11 56 AM

---

| MINISTERI,ANTHONY | | 228-56-30 | M 61 ▇▇▇,1953 |
|---|---|---|---|
| Radiology Report | **CHEST PORT. LINE PLACEMENT** | | Study Date of 08/14/14 1:18 PM |
| AKUTHOTA,PRAVEEN | | | MED  MICU  08/14/14 SCHED |

CHEST PORT. LINE PLACEMENT; -77 BY DIFFERENT PHYSICIAN

Reason. new right basilic POWER PICC 45 cm Barbara 95307

UNDERLYING MEDICAL CONDITION:

61 year old man with new line

REASON FOR THIS EXAMINATION:

new right basilic POWER PICC 45 cm Barbara 95307

**Final Report**

EXAMINATION: Portable chest radiograph

INDICATION: 61 year old man with new line // new right basilic POWER PICC 45
cm Barbara 95307 Contact name: Barbara, Phone: 95307

COMPARISON: Portable chest x-ray 14 August 2014 at 03:13

FINDINGS:

Since the prior chest x-ray performed earlier this morning, there has been
interval placement of a right-sided PICC line that terminates in the
cavoatrial junction/upper right atrium. Enteric tube has been removed  Low
lung volumes accentuate the bronchovascular markings. However there are
prominent bibasilar opacities right-greater-than-left, that is at least
partially due to atelectasis and mild pulmonary edema, but underlying
infection cannot be excluded. No pneumothorax. Heart size is within the upper
limits of normal. No acute osseous abnormalities.

IMPRESSION:

1. New right PICC line terminates in the cavoatrial junction/upper right
atrium. Retracting the catheter by 2cm would definitely place it at or above
the cavoatrial junction.

2. Bibasilar opacities, right greater than left. Likely atelectasis and mild
pulmonary edema, but cannot exclude underlying pneumonia particularly in the
right lung base.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Stella Lam, MD

Ronald L. Eisenberg, MD electronically signed on THU AUG 14,2014 2:30 PM

---

| MINISTERI,ANTHONY | 228-56-30 | M 61 JAN 23,1953 |
|---|---|---|

Radiology Report          -77 BY DIFFERENT PHYSICIAN          Study Date of 08/14/14 1:18 PM
AKUTHOTA,PRAVEEN                                                    MED  MICU  08/14/14 SCHED
CHEST PORT. LINE PLACEMENT; -77 BY DIFFERENT PHYSICIAN
Reason: new right basilic POWER PICC 45 cm Barbara 95307
UNDERLYING MEDICAL CONDITION:
61 year old man with new line
REASON FOR THIS EXAMINATION:
new right basilic POWER PICC 45 cm Barbara 95307
**Final Report**
EXAMINATION: Portable chest radiograph
INDICATION: 61 year old man with new line // new right basilic POWER PICC 45
cm Barbara 95307 Contact name: Barbara, Phone: 95307
COMPARISON: Portable chest x-ray 14 August 2014 at 03:13
FINDINGS:
Since the prior chest x-ray performed earlier this morning, there has been
interval placement of a right-sided PICC line that terminates in the
cavoatrial junction/upper right atrium. Enteric tube has been removed  Low
lung volumes accentuate the bronchovascular markings. However there are
prominent bibasilar opacities right-greater-than-left, that is at least
partially due to atelectasis and mild pulmonary edema, but underlying
infection cannot be excluded. No pneumothorax. Heart size is within the upper
limits of normal. No acute osseous abnormalities.
IMPRESSION:
1. New right PICC line terminates in the cavoatrial junction/upper right
atrium. Retracting the catheter by 2cm would definitely place it at or above
the cavoatrial junction.
2. Bibasilar opacities, right greater than left. Likely atelectasis and mild
pulmonary edema, but cannot exclude underlying pneumonia particularly in the
right lung base.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Stella Lam, MD
Ronald L. Eisenberg, MD electronically signed on THU AUG 14,2014 2:30 PM

MINISTERI,ANTHONY                    228-56-30              M 61        1953
Radiology Report          CHEST (PORTABLE AP)          Study Date of 08/14/14 3:11 AM
AKUTHOTA,PRAVEEN                                                    MED  MICU  08/14/14 SCHED
CHEST (PORTABLE AP)
Reason: please evaluate for possible evolving pneumonia
UNDERLYING MEDICAL CONDITION:
61 year old man with with history of GBM diagnosed in May s/p chemo/radiation
found to have a massive PE and transferred to the MICU s/p lysis with tPA now
with concern for evolving pneumonia.
REASON FOR THIS EXAMINATION:
please evaluate for possible evolving pneumonia.
**Final Report**
EXAMINATION: CHEST (PORTABLE AP)
INDICATION: 61 year old man with with history of GBM diagnosed in May s/p
chemo/radiation found to have a massive PE and transferred to the MICU s/p
lysis with tPA now with concern for evolving pneumonia. // please evaluate
for possible evolving pneumonia.
COMPARISON: 12 August 2014
IMPRESSION:
The monitoring and support devices are in unchanged correct position. The
continues to be a right basal parenchymal opacity with air bronchograms,
potentially infectious in origin, combines to a small right pleural effusion.
Platelike atelectasis is present at the left lung bases. Borderline size of
the cardiac silhouette without evidence of pulmonary edema. No pneumothorax.
Bilateral apical symmetrical thickening.
Alexander Bankier, MD, PhD electronically signed on THU AUG 14,2014 8:43 AM

MINISTERI,ANTHONY                              228-56-30                          M 61 ▓▓▓▓,1953
**Cardiology Report**            **ECG   Study Date of 08/15/14 10:29:04 PM**
Sinus rhythm.. Left atrial abnormality. Otherwise, within normal limits. No
significant change compared to the previous tracing of 8-11-14.
TRACING #1
Read by:                                       HAFFAJEE,CHARLES I.

| | | Intervals | | | Axes | |
|---|---|---|---|---|---|---|
| **Rate** | **PR** | **QRS** | **QT/QTc** | **P** | **QRS** | **T** |
| 78 | 150 | 84 | 384/415 | 46 | 52 | -3 |

(14-58774M)

---

MINISTERI,ANTHONY                              228-56-30                          M 61 ▓▓▓▓,1953
**Cardiology Report**            **ECG   Study Date of 08/17/14 9:36:22 PM**
Sinus rhythm. Within normal limits. No significant change compared to the
previous tracing of 8-15-14 and that of 8-11-14.
TRACING #2
Read by:                                       HAFFAJEE,CHARLES I.

| | | Intervals | | | Axes | |
|---|---|---|---|---|---|---|
| **Rate** | **PR** | **QRS** | **QT/QTc** | **P** | **QRS** | **T** |
| 82 | 148 | 84 | 374/412 | 32 | 58 | 3 |

(14-58775M)

---

MINISTERI,ANTHONY                              228-56-30                          M 61 ▓▓▓▓,1953
**Radiology Report**      **MR HEAD W & W/O CONTRAST**              **Study Date of 08/18/14 12:20 PM**
LIEGEL,JESSICA J.                                        MED   11R   08/18/14 SCHED
MR HEAD W & W/O CONTRAST
Reason: f/u GBM, edema
Contrast: GADAVIST
UNDERLYING MEDICAL CONDITION:
61 year old man with hx GBM, persistent parietal mass and edema on CT head
REASON FOR THIS EXAMINATION:
f/u GBM, edema
CONTRAINDICATIONS FOR IV CONTRAST:
None.
**Wet Read: >DRT TUE AUG 19,2014 4:56 PM**
(images not avail 'til after 1630h.)
c/w compl MR 5/8/2014 and NECT 8/11/2014.
no signif overall change.
dominant cystic-necrotic R temporopariet mass is smaller,
while "butterfly" mass replacing and crossing splenium of CC is NSC.
both show mixed slow diff, likely representing combo of intrinsic hypercell
and Rx-rel necrosis.
numerous "satellite" lesions, partic L parieto-occ region, are overall larger,
while single focus R CSO is prob new.
overall amt of edema is likely less, ?steroid-effect (tho', apptly, pt is on
tapered course).
chr blood products limning the domnt lesions, unchanged, w/no new focal
hemorrh.
d/w Dr. Jessica Liegel (Heme-Onc hospitalist), via phone, 1650h, 8/19/2014.
Wet Read Audit # 1

AR0921

**Final Report**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with hx GBM, persistent parietal mass and edema
on CT head // f/u GBM, edema

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, axial gradient echo,
FLAIR, T2, diffusion weighted, sagittal MPRAGE postcontrast with coronal and
sagittal reformats sequences of the brain. 9 cc Gadavist. . .

COMPARISON: CT head without contrast of 11 August 2014 through 12 May 2014,
MR head of 12 May 2014 and 8 May 2014.

FINDINGS:

MRI HEAD: Centered in the right parieto-occipital lobe is a peripherally
enhancing mass extending past midline through the splenium of the corpus
callosum measuring approximately 5.5 x 4.6 by 4.4 cm (AP, TRV, CC)
demonstrating peripheral rim of susceptibility, likely hemosiderin. This
lesion has an anterior component demonstrating intrinsic central T1
hyperintense signal with surrounding hemosiderin rim, and is smaller when
compared to the prior exam, consistent with central necrosis although it still
demonstrates peripheral rim enhancement, there are small satellite lesions
adjacent to the dominant mass, which include a right frontal lobe 4 mm lesion
(series 10, image 17), a 6 and 2 mm lesions in the left parietal occipital
lobe (series 10, image 16), and 5 additional lesions in the left parietal
occipital lobe more inferiorly at the level of the splenium (series 10, image
14-15) ranging from 2-7 mm. When compared to most immediate prior MR
examination of 12 May 2014, the right frontal lesion (series 10, image 17), a
lesion adjacent to the posterior horn of the left lateral ventricle (series
10, image 15, and more superior parietal occipital lesions (series 10, image
16) have increased in size. No new enhancing lesions are noted.

There is mild surrounding white matter edema pattern of the involving the
posterior right frontal lobe extending to the anterior temporal, and parietal
and occipital lobes. Although the path of the edema is similar in appearance
to prior exams the mass, there has been interval improvement in degree of mass
effect seen on the prior exams with remaining mild adjacent sulcal effacement
as well as effacement of the posterior horn of the lateral ventricle.

No evidence of acute infarct. The major flow voids are preserved. The
paranasal sinuses are clear. The orbits are unremarkable. Trace fluid signal
is seen in the bilateral mastoid air cells.

There are 2 parietal burr holes, unchanged in appearance from prior exam.

IMPRESSION:

1. Right parietal peripherally enhancing mass, extending past midline through
the splenium of the corpus callosum, which has slightly decreased in size when
compared to prior exam. There is surrounding edema, mild adjacent sulcal
effacement as well as effacement of the posterior horn of the right lateral
ventricle. The degree of mass effect appears to have slightly improved from
prior exam.

2. In addition, there has been interval growth in size of multiple satellite
lesions, most prominently of a right frontal and left parietal lesions
described above.

3. No new lesions are noted.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR
THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Yu-Ming Chang, MD

Rafeeque A. Bhadelia, MD electronically signed on WED AUG 20,2014 10:05 AM

---

| | | |
|---|---|---|
| MINISTER1,ANTHONY | 228-56-30 | M 61 ▇,1953 |
| **Radiology Report**   **LIVER OR GALLBLADDER US (SINGLE ORGAN)** | | **Study Date of 08/18/14 10:56 AM** |
| LIEGEL,JESSICA J. | | MED   11R   08/18/14 SCHED |

LIVER OR GALLBLADDER US (SINGL

Reason: is there cholecystitis?

UNDERLYING MEDICAL CONDITION:
61 year old man with RUQ pain and + Murphey's sign
REASON FOR THIS EXAMINATION:
is there cholecystitis?
**Final Report**
EXAMINATION: LIVER OR GALLBLADDER US (SINGLE ORGAN)
INDICATION: 61-year-old male with right upper quadrant pain.
TECHNIQUE: Grey scale and color Doppler ultrasound images of the abdomen were
obtained.
COMPARISON: CT abdomen pelvis dated 8 May 2014.
FINDINGS:
LIVER: The liver appears mildly echogenic consistent with mild fatty
infiltration. The contour of the liver is smooth. There is no focal liver
mass. Better appreciated on recent CT dated 8 May 2014, there is a 1.3 x 0.7
x 0.8 cm simple appearing cyst within the left hepatic lobe. Main portal vein
is patent with hepatopetal flow. There is no ascites.
BILE DUCTS: There is no intrahepatic biliary dilation. The CBD measures 4 mm.
GALLBLADDER: There is no evidence of stones or gallbladder wall thickening.
PANCREAS: Visualized portions of the pancreas are unremarkable.
SPLEEN: Normal echogenicity, measuring 11.2 cm.
KIDNEYS: Limited images of the kidneys demonstrate no hydronephrosis.
RETROPERITONEUM: Visualized portions of aorta and IVC are within normal
limits.
IMPRESSION:
1. Mildly echogenic liver consistent with steatosis. Other forms of liver
disease and more advanced liver disease including steatohepatitis, fibrosis,
or cirrhosis cannot be excluded on this study.
2. No evidence of cholelithiasis or findings suggestive of acute
cholecystitis.
*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*
Amanda Trotter, MD
Martin P. Smith, MD electronically signed on TUE AUG 19,2014 2:00 AM

| MINISTERI,ANTHONY | | 228-56-30 | | M 61    1953 |
|---|---|---|---|---|
| **Radiology Report** | **MR HEAD W & W/O CONTRAST** | | **Study Date of 09/19/14 11:52 AM** | |
| UHLMANN,ERIK J. | | | OPT    09/19/14 SCHED | |

MR HEAD W & W/O CONTRAST
Reason: rule out progression or new lesions
Contrast: GADAVIST
UNDERLYING MEDICAL CONDITION:
61 year old man with gbm, PA not required per BC OF CA
REASON FOR THIS EXAMINATION:
rule out progression or new lesions
CONTRAINDICATIONS FOR IV CONTRAST:
None.

**Final Report**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with gbm, PA not required per BC OF CA // rule
out progression or new lesions

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, axial gradient echo,
FLAIR, T2, diffusion weighted, axial T2 propeller, sagittal MP rage
postcontrast with coronal and axial reformats sequences of the brain. 9 cc
Gadavist.

COMPARISON: MR head with and without contrast of 18 August 2014 through 8 May
2014.

FINDINGS:

Centered in the right parieto-occipital lobe is a peripherally enhancing mass
extending past midline through the splenium of the corpus callosum measuring
approximately 5.0 x 4.5 x 4.4 cm, AP, TRV, CC) essentially unchanged in size
from prior exam. As on prior exam, there is peripheral gradient echo
susceptibility consistent with hemosiderin. Unchanged appearance of a
intrinsically T1 hyperintense anterior nodular component, essentially
unchanged in size from prior exam. Multiple bilateral small satellite lesions
adjacent to the dominant mass is again noted. Right frontal lesion (series 10,
image 18) is smaller in size when compared to prior exam, measuring
approximately 3 mm from prior 4 mm. A a left occipital lesion (series 900b,
image 79) is also slightly smaller size measuring approximately 3 mm from
prior measured before. The remainder of the lesions are essentially unchanged.
No new enhancing lesions are noted.

Mild surrounding white matter edema pattern involving the posterior right
frontal lobe extending to the anterior temporal and edema pattern of the
bilateral parietal and occipital lobes is unchanged from prior exam. Unchanged
configuration of the ventricles, with unchanged degree of mass effect on the
posterior horn of the right lateral ventricle.

There is no evidence of acute infarct. The major flow voids are preserved. The
paranasal sinuses are essentially clear. The orbits are unremarkable. Trace
fluid signal is seen in the bilateral mastoid air cells.

IMPRESSION

1. Unchanged appearance of right parietal peripherally enhancing mass which
extends past the midline through the splenium of the corpus callosum.

2. Right frontal and a left occipital satellite lesion appears slightly
smaller in size. The remainder of the satellite lesions are unchanged from
prior exam. No new lesions are identified.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR*
*THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Yu-Ming Chang, MD

David B. Hackney, MD electronically signed on FRI SEP 19,2014 9:00 PM

---

| MINISTERI,ANTHONY | | 228-56-30 | M 61 | 1953 |
|---|---|---|---|---|

**Radiology Report**      **MR HEAD W & W/O CONTRAST**               **Study Date of 11/14/14 12:25 PM**

UHLMANN,ERIK J.                                                              OPT    11/14/14 SCHED

MR HEAD W & W/O CONTRAST

Reason: rule out progression or new lesions

Contrast: GADAVIST

UNDERLYING MEDICAL CONDITION:

61 year old man with gbm, PA not required per BC OF CA

REASON FOR THIS EXAMINATION:

rule out progression or new lesions

CONTRAINDICATIONS FOR IV CONTRAST:

None

AR0924

**Final Report**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with gbm, PA not required per BC OF CA // rule out progression or new lesions

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, gradient echo, FLAIR, diffusion weighted, sagittal MPRAGE postcontrast with axial and coronal reformats sequences of the brain. 9 cc Gadavist.

COMPARISON: MR head with and without contrast of 19 September 2014 to 8 May 2014.

FINDINGS:

MPRAGE and axial T1 postcontrast sequences are slightly limited by motion artifact. Centered in the right parietal occipital lobe is the peripherally enhancing mass extending past the midline through the splenium of the corpus callosum measuring approximately 6.1 x 4.2 x 4.4 cm (TRV, AP, CC), essentially unchanged in size from prior exam. At these anterior lateral margin of this mass is a T1 intrinsically hyperintense nodular component essentially unchanged from prior exam. A punctate enhancing right frontal lobe satellite lesion is unchanged in size from prior exam (series 103, image 45). Additional enhancing satellite lesions of the left occipital lobe are unchanged in size from prior exam, allowing for motion artifact. There is suggestion of a 2 mm focus of enhancement of the left frontal vertex (series 100p, image 47) seen only on the MPRAGE sequences and may represent artifact. Otherwise, no definite new enhancing lesion is identified.

Unchanged appearance of mega cisterna magna. White matter edema pattern involving the posterior right frontal lobe extending to the anterior temporal lobe, bilateral parietal and occipital lobes are unchanged from prior exam. There is unchanged configuration of the ventricles with mass effect on the posterior horn of the right lateral ventricle. Otherwise, the ventricles are patent. No evidence of acute infarct or acute hemorrhage. The major intracranial flow voids are preserved. The paranasal sinuses are essentially clear. The orbits are unremarkable. Trace fluid signal seen within the bilateral mastoids, greater on the left. The dural venous sinuses are patent.

IMPRESSION:

1. Unchanged appearance of a peripherally enhancing right parietal mass which extends past midline through the splenium of the corpus callosum. Numerous satellite lesions appear unchanged from prior exam. There is evolution of intrinsic blood products

2. There is suggestion of a poorly defined 3 mm enhancing nodule at the left frontal vertex (series 103, image 47) most likely secondary to artifact from motion however close attention to this region on followup exams is recommended.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Yu-Ming Chang, MD

Rafeeque A. Bhadelia, MD electronically signed on FRI NOV 14,2014 5:11 PM

| | | | |
|---|---|---|---|
| MINISTERI,ANTHONY | 228-56-30 | | M 61 ████ 1953 |
| **Radiology Report** | **MR HEAD W & W/O CONTRAST** | | **Study Date of 01/09/15 12:27 PM** |
| UHLMANN,ERIK J. | | | OPT   01/09/15 SCHED |

MR HEAD W & W/O CONTRAST

Reason: rule out progression or new lesions

Contrast: GADAVIST

UNDERLYING MEDICAL CONDITION:

61 year old man with gbm, PA not required per BC OF CA

REASON FOR THIS EXAMINATION:

rule out progression or new lesions

CONTRAINDICATIONS FOR IV CONTRAST:

None.

**Final Report**

EXAMINATION: MR HEAD W AND W/O CONTRAST

INDICATION: 61 year old man with gbm, PA not required per BC OF CA // rule
out progression or new lesions

TECHNIQUE: Sagittal T1, axial T1 pre and postcontrast, gradient echo, FLAIR,
diffusion weighted, sagittal MPRAGE postcontrast with axial and coronal
reformats sequences of the brain. 9 cc Gadavist..

COMPARISON: Multiple MRI has with and without contrast 14 November 2014
through 8 May 2014.

FINDINGS:

Redemonstrated in the right parieto-occipital lobe is a peripherally enhancing
and hemorrhagic mass extending past the midline through the splenium of the
corpus callosum measuring neck conglomerate 6.1 x 4.2 x 4.4 cm (TRV, AP, CC)
essentially unchanged in size from prior exam. A more nodular T1 intrinsically
hyperintense component at the anterior lateral margin of this lesion is
unchanged from prior exam. There is mildly increased T1 intrinsically
hyperintense signal within the lesion particularly at the level of the corpus
callosum and right frontal vertex, compatible with interval mild increase
hemorrhage, with associated diffusion-weighted hyperintense signal (series 7,
image 22 and series 7, image 18). Multiple satellite lesions in the right
frontal lobe and left parietal occipital lobes are again noted without
significant interval change. There is no new enhancing lesion.

White matter edema pattern involving the posterior right frontal lobe
extending to the anterior temporal lobe, bilateral parietal and occipital
lobes are also unchanged. The configuration of the ventricles with mass effect
on the occipital horn of the right lateral ventricle is stable.

The intracranial flow voids are preserved. The dural venous sinuses are
patent. The paranasal sinuses are essentially clear. The orbits are
unremarkable. Trace left-greater-than-right fluid signal in the mastoid air
cells are noted. There is unchanged appearance of a mega cisterna magna.

IMPRESSION:

1. Unchanged size iwith slightly decreased enhancement and stable surrounding
FLAIR edema pattern of a right parietal occipital lobe hemorrhagic mass
extending past the midline through the corpus callosum.

2. Mild interval increased hemorrhage within the lesion is noted.

3. Multiple surrounding satellite lesions are also essentially unchanged.

4. No new lesions.

*BY ELECTRONICALLY SIGNING THIS REPORT, I THE ATTENDING PHYSICIAN ATTEST THAT I HAVE REVIEWED THE ABOVE IMAGES FOR
THE ABOVE EXAMINATION(S) AND AGREE WITH THE FINDINGS AS DOCUMENTED ABOVE.*

Yu-Ming Chang, MD

Rafeeque A. Bhadelia, MD electronically signed on MON JAN 12,2015 10:18 AM

AR0926

*2016-04-11 -0467-GL-01*

| | |
|---|---|
| **From:** | Peter Sailor |
| **To:** | Larsen, Peggy |
| **CC:** | (SCook@nationalaccountservicesinc.com), Scott Cook; Hopson, Jane; PBot... |
| **Date:** | 8/11/2016 11:36 AM |
| **Subject:** | RE: FW: Statement regarding Anthony Ministeri |

Peggy, should we consider this information as the appeal of our claim denial?

We just want to make sure that this is everything that will be submitted in conjunction with the appeal before we forward the information to our Quality Review area for handling (Quality Review handles the appeals of denied claims).

Let us know.  Thanks

Peter T. Sailor
Assistant Vice President
Reliance Standard Life Insurance Company
Phone:  267.256.3736
Fax:     267.256.3514
e-mail:  peter.sailor@rsli.com

>>> "Larsen, Peggy" <peggy.larsen@aecom.com> 8/11/2016 11:18 AM >>>
Peter,

I'm not sure if the email below should go to Jane, or someone else.  I wanted to let you know I received it so that it makes it into the right hands.  Also, I should have copied Scott Cook and Paul Botkin on the email yesterday to Jane Hopson, so I've copied them here and attached yesterday's email.  Also, I've copied my manager; Corinne Smith as an FYI.

The reason for the delay in sending the email below is because there was one missing timesheet and when we requested it, Payroll sent one that we already had.  We recently received the missing timesheet in order for me to forward to Jane.

Lastly, I don't expect any additional information from anyone at AECOM, unless Reliance asks for something they feel may be valuable.

Please let me know if you have any questions.

Best regards,

Peggy Larsen

AECOM Benefits Department - Total Rewards

AR0927

D 213.593.8253

F 213.402.3398

Peggy.Larsen@aecom.com


AECOM

300 S. Grand Ave. 11th Floor

Los Angeles, CA 90071

T 213.593.8100

www.aecom.com


This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.


-----Original Message-----
From: Peter.Sailor@rsli.com [mailto:Peter.Sailor@rsli.com]
Sent: Thursday, August 11, 2016 6:30 AM
To: Larsen, Peggy
Subject: Re: FW: Statement regarding Anthony Ministeri


Ask Aecom if they would like us to treat this information as their request for a review of our claim determination (appeal) in which case we will assign this to our Quality Review Unit and ask them to begin their review.


If they think more information might be forthcoming, ask them to let us know about when we think we might receive it, but remind them of the 60 day appeal period.


Peter T. Sailor

Assistant Vice President

Reliance Standard Life Insurance Company

Phone:  267.256.3736

Fax:    267.256.3514

e-mail:  peter.sailor@rsli.com<mailto:peter.sailor@rsli.com>

>>> "Larsen, Peggy" <peggy.larsen@aecom.com<mailto:peggy.larsen@aecom.com>> 8/10/2016 8:25 PM >>>

Hello Jane,

Please find the email below from Susan Glassey, Anthony Ministeri's Human Resources Director while at AECOM.  The statement is from Brian O'Kane, Executive Vice Present, Construction Services who Anthony Ministeri directly reported to while at AECOM from April 1st, 2014 through August 6th, 2014. Between the statement below and the attached Timesheets from April 1st, 2014 through August 8th, 2014, confirms Mr.

Ministeri's last week of work was weekending August 8th, 2014.

The statement and the timesheets should be enough proof, however, if you need a statement from Susan Glassey or if you need anything else please let me know.

Best regards,

Peggy Larsen

Peggy Larsen

AECOM Benefits Department - Total Rewards D 213.593.8253 F 213.402.3398
Peggy.Larsen@aecom.com<mailto:Peggy.Larsen@aecom.com<mailto:Peggy.Larsen@aecom.com%3c mailto:Peggy.Larsen@aecom.com>>

AECOM

300 S. Grand Ave. 11th Floor

Los Angeles, CA 90071

T 213.593.8100

www.aecom.com<http://www.aecom.com/<http://www.aecom.com%3chttp:/www.aecom.com/>>

AR0929

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

From: Glassey, Susan

Sent: Wednesday, July 13, 2016 5:54 AM

To: Larsen, Peggy

Subject: FW: Statement regarding Anthony Ministeri


As Anthony Ministeri's manager, for the timeperiod of April 1, 2014- August 8, 2014, I did approve his timesheets. Anthony, once diagnosed did need treatments, which interfered with his ability to travel on the job. However, he worked from home during this timeperiod. He was able to maintain a part time work schedule around his treatments and doctor's visits.

Anthony assisted on three critical proposal efforts . His main responsibility was to draft the strategy for implementation and staffing . The three proposals were the following :

TIAA CREF Phase 2 second year costing model .

GE CM cost model .

Verizon CM model execution and scoping .

He also reviewed numerous pricing models and staffing charts with me over the phone .


Brian O'Kane

Executive Vice President, Construction Services

D 1-213-330-7266   C 1-626-419-2669

brian.o'kane@aecom.com


AECOM

515 S. Flower Street, Los Angeles, California   90071

AR0930

T 1-213--8100 F 1-213-593-8184

www.aecom.com<http://www.aecom.com<http://www.aecom.com%3chttp:/www.aecom.com>>

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged.  The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

## Peter Sailor - FW: Statement regarding Anthony Ministeri

| | |
|---|---|
| **From:** | "Larsen, Peggy" <peggy.larsen@aecom.com> |
| **To:** | "Jane.Hopson@rsli.com" <Jane.Hopson@rsli.com> |
| **Date:** | 8/10/2016 8:25 PM |
| **Subject:** | FW: Statement regarding Anthony Ministeri |
| **Attachments:** | [AECOM] Scanned from a Xerox Multifunction Printer |

Hello Jane,

Please find the email below from Susan Glassey, Anthony Ministeri's Human Resources Director while at AECOM. The statement is from Brian O'Kane, Executive Vice Present, Construction Services who Anthony Ministeri directly reported to while at AECOM from April 1st, 2014 through August 6th, 2014. Between the statement below and the attached Timesheets from April 1st, 2014 through August 8th, 2014, confirms Mr. Ministeri's last week of work was weekending August 8th, 2014.

The statement and the timesheets should be enough proof, however, if you need a statement from Susan Glassey or if you need anything else please let me know.

Best regards,

Peggy Larsen

**Peggy Larsen**
AECOM Benefits Department – Total Rewards
D 213.593.8253
F 213.402.3398
Peggy.Larsen@aecom.com

**AECOM**
300 S. Grand Ave. 11th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may contain information that is privileged, confidential or subject to copyright. Any unauthorized use, disclosure or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately. Any communication received in error should be deleted and all copies destroyed.

**From:** Glassey, Susan
**Sent:** Wednesday, July 13, 2016 5:54 AM
**To:** Larsen, Peggy
**Subject:** FW: Statement regarding Anthony Ministeri

As Anthony Ministeri's manager, for the timeperiod of April 1, 2014- August 8, 2014, I did approve his timesheets. Anthony, once diagnosed did need treatments, which interfered with his ability to travel on the job. However, he worked from home during this timeperiod. He was able to maintain a part time work schedule around his treatments and doctor's visits.
Anthony assisted on three critical proposal efforts . His main responsibility was to draft the strategy for implementation and staffing . The three proposals were the following :
TIAA CREF Phase 2 second year costing model .
GE CM cost model .

file:///C:/Users/422SPZ/AppData/Local/Temp/XPgrpwise/57AC5F6FPHL-DOM2PHL-PO...  8/11/2016

AR0932

Verizon CM model execution and scoping .
He also reviewed numerous pricing models and staffing charts with me over the phone .

**Brian O'Kane**
Executive Vice President, Construction Services
D 1-213-330-7266   C 1-626-419-2669
brian.o'kane@aecom.com

**AECOM**
515 S. Flower Street, Los Angeles, California   90071
T 1-213--8100 F 1-213-593-8184
www.aecom.com

AR0933

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

*Employee 4-1*

| | | |
|---|---|---|
| Timecard Period | : | 29-MAR-14 - 04-APR-14 |
| Organization | : | 41.CONSTR SERV.USBOS1.1905 |
| Assign Category | : | F - FT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |
| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| Project | Task | Type | SAT 29-MAR | SUN 30-MAR | MON 31-MAR | TUE 01-APR | WED 02-APR |
|---|---|---|---|---|---|---|---|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 |

Ministeri, Anthony
----------------------------------------
Employee Signature

----------------------------------------
Approver For Employee Signature

O'K
---------------
Appr

| Total Regular Hours | : | 24.00 |
|---|---|---|
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=1261712837

AR0934

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| | | |
|---|---|---|
| Timecard Period | : | 05-APR-14 - 11-APR-14 |
| Organization | : | 41.CONSTR SERV.USBOS1.1905 |
| Assign Category | : | F - FT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |
| | | |
| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| Project | Task | Type | SAT 05-APR | SUN 06-APR | MON 07-APR | TUE 08-APR | WED 09-APR |
|---|---|---|---|---|---|---|---|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony                                                                                      Bal
----------------------------------------                    ----------------------------------------    -------------
      Employee Signature                             Approver For Employee Signature                      Appr

| | | |
|---|---|---|
| Total Regular Hours | : | 24.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=1453216631

AECON TECHNOLOGY CORPORATION
Employee Timesheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Timecard Period | : | 12-APR-14 - 18-APR-14 | | | | |
| Organization | : | 41.CONSTR SERV.USBOS1.1905 | | | | |
| Assign Category | : | F - PT Fixed - 20 Hrs | | | | |
| Employee Category | : | Exempt | | | | |
| Work Schedule | : | | | | | |
| Employee Name | : | Ministeri, Anthony | | | | |
| Employee Number | : | 678866 | | | | |

| Project | Task | Type | SAT 12-APR | SUN 13-APR | MON 14-APR | TUE 15-APR | WED 16-APR |
|---|---|---|---|---|---|---|---|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony                                                                                                          O'Ka
----------------------------------------                      --------------------------------------                      ----------------
Employee Signature                                            Approver For Employee Signature                             Appro

| | | |
|---|---|---|
| Total Regular Hours | : | 24.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

AR0936

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

Timecard Period      :   19-APR-14 - 25-APR-14
Organization         :   41.CONSTR SERV.USPOS1.1905
Assign Category      :   F - PT Fixed - 20 Hrs
Employee Category    :   Exempt
Work Schedule        :

Employee Name        :   Ministeri, Anthony
Employee Number      :   678866

| Project | Task | Type | SAT 19-APR | SUN 20-APR | MON 21-APR | TUE 22-APR | WED 23-APR |
|---|---|---|---|---|---|---|---|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

         Ministeri, Anthony                                                                                    O'Ka
-----------------------------------------          ----------------------------------------          ---------------
         Employee Signature                         Approver For Employee Signature                         Appro

Total Regular Hours   :   24.00
Total Overtime Hours  :    0.00
Total Non-Worked Hours:    0.00

AR0937

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

Timecard Period    :    26-APR-14 - 02-MAY-14
Organization       :    41.CONSTR SERV.USDOS1.1905
Assign Category    :    F - PT Fixed - 20 Hrs
Employee Category  :    Exempt
Work Schedule      :

Employee Name      :    Ministeri, Anthony
Employee Number    :    678866

| Project | Task | Type | SAT 26-APR | SUN 27-APR | MON 28-APR | TUE 29-APR | WED 30-APR |
|---|---|---|---|---|---|---|---|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony                                                                          O'Ke
------------------------------------                    ------------------------------------    ----------------
        Employee Signature                              Approver For Employee Signature               Appro

Total Regular Hours    :    24.00
Total Overtime Hours   :     0.00
Total Non-Worked Hours:     0.00

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=3453903565

AR0938

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| | | |
|---|---|---|
| Timecard Period | : | 03-MAY-14 - 09-MAY-14 |
| Organization | : | 41.CONSTR SERV.USBOS3.1905 |
| Assign Category | : | F - PT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |
| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| Project | Task | Type | SAT 03-MAY | SUN 04-MAY | MON 05-MAY | TUE 06-MAY | WED 07-MAY |
|---|---|---|---|---|---|---|---|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Equi, Ruangwan                                                                   Equ

------------------------------------                    ------------------------------------               ------------------
Employee Signature                                      Approver For Employee Signature                          Appro

| | | |
|---|---|---|
| Total Regular Hours | : | 24.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

.

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=2088282336     .

AR0939

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| | | |
|---|---|---|
| Timecard Period | : | 10-MAY-14 - 16-MAY-14 |
| Organization | : | 41.CONSTR SERV.USBOS1.1905 |
| Assign Category | : | F - PT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |
| | | |
| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| Project | Task | Type | SAT 10-MAY | SUN 11-MAY | MON 12-MAY | TUE 13-MAY | WED 14-MAY |
|---|---|---|---|---|---|---|---|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 |

Ministeri, Anthony                                                                                          Bal
------------------------------------                   ------------------------------------              ----------------
Employee Signature                                     Approver For Employee Signature                          Appro

| | | |
|---|---|---|
| Total Regular Hours | : | 24.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=2209640835

AR0940

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| | | | |
|---|---|---|---|
| Timecard Period | : | 17-MAY-14 - 23-MAY-14 | |
| Organization | : | 41.CONSTR SERV.USROSI.1905 | |
| Assign Category | : | F - PT Fixed - 20 Hrs | |
| Employee Category | : | Exempt | |
| Work Schedule | : | | |
| Employee Name | : | Ministeri, Anthony | |
| Employee Number | : | 678866 | |

| Project | Task | Type | SAT 17-MAY | SUN 18-MAY | MON 19-MAY | TUE 20-MAY | WED 21-MAY |
|---|---|---|---|---|---|---|---|
| 04182416 04182416 PW/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony                                                                                                      Ball
-------------------------------------               --------------------------------------               ----------------
Employee Signature                                  Approver For Employee Signature                                Appro

| | | |
|---|---|---|
| Total Regular Hours | : | 24.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=2985886280

AR0941

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| | | |
|---|---|---|
| Timecard Period | : | 24-MAY-14 - 30-MAY-14 |
| Organization | : | 41.CONSTR SERV.USBOS1.1505 |
| Assign Category | : | F - PT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |
| | | |
| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| Project | Task | Type | SAT 24-MAY | SUN 25-MAY | MON 26-MAY | TUE 27-MAY | WED 28-MAY |
|---|---|---|---|---|---|---|---|
| 04101D01 41.ACM_Fringe Hours | 40 Holiday | Holiday Hrs | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 |
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony                                                                                 O'Ka
-----------------------------------        -------------------------------------        ---------------
        Employee Signature                        Approver For Employee Signature                  Appro

| | | |
|---|---|---|
| Total Regular Hours | : | 16.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 8.00 |

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=2613937306

AR0942

**Final Report**

EXAMINATION: MR HEAD

INDICATION: 61 year old man with 61M with 1 week of disorientation and
confusion, presented to OSH and found to have Brain lesion on CT. to have
brain biopsy on 5/12 with Dr Arle // must be performed prior to surgery on
Monday at 0700 on 5/12. must have MRI wand with feducials prior to OR

TECHNIQUE: Preoperative study post gadolinium MPRAGE and T1 axial images were
obtained.

COMPARISON MRI of 8 May 2014.

FINDINGS:

Irregular rim enhancing lesion predominantly in the right periatrial region
and extending across the corpus callosum to the left occipital lobe is again
identified. Mass effect is seen. No significant interval change is identified.

IMPRESSION:

Previously seen irregular rim enhancing lesions in the right periatrial region
and extending to the corpus callosum to the left occipital lobe is again
identified for surgical planning.

Rafeeque A. Bhadelia, MD electronically signed on MON MAY 12,2014 4:06 PM

Beth Israel Deaconess Medical SU14-20067

Center

Department of Pathology

Patient Name: MINISTERI, ANTHONY

330 Brookline Avenue BIDMC MRN: 2285630

Boston, Massachusetts 02215 Birth Date: ███/1953 Age: 61 Y Sex: M

Surgical Pathology voice.

(617) 667-4344

Surgical Pathology Facsimile:

(617) 667-7120

Cytology voice: (617)

667-4342

Date of Procedure: 05/12/2014 Billing #. 100327436

Date Specimen(s) Received: Patient Location: OR West

05/13/2014

Date Reported: 05/15/2014 Ordering Provider: JEFFREY ARLE, MD

Responsible Provider: JEFFREY ARLE, MD

SURGICAL PATHOLOGY REPORT - Revised

Revised A:

Results of IDH-1 immunostain added:

IDH-1 (R132H): Negative.

***** Electronically Signed Out *****

AR0943

Diagnosed by: ROLF PFANNL, MD

Signed Out: 05/27/2014 14:58

CLIA # 22D0002138

PATHOLOGIC DIAGNOSIS:

Brain, mass, core biopsy:

Mildly hypercellular white matter with scattered atypical cells, in
suggestive of infiltrating glioma; see note.

Note: The atypical cells present infiltrate the brain parenchyma and
show mild cytological atypia. There is no evidence of vascular
proliferation or necrosis. No mitotic figures are identified. A Mib-1
stain shows a low proliferative activity.

The biopsy shows no features of a high-grade glioma and does not
correlate with the imaging characteristics of this lesion. Although
this sample suggests a glioma, sampling is limited and
clinical/radiological correlation is required.

An IDH-1 (R132H) will be performed and reported in addendum.

CLINICAL HISTORY:

Brain mass.

GROSS DESCRIPTION:

The specimen is received fresh in a container labeled with the
patient's name, "Ministeri, Anthony" and the medical record number. It
consists of a fragment of soft tissue that measures 1.0 x 0.2 x 0.1 cm.
One half of the specimen is submitted for frozen section analysis.
The specimen is entirely submitted as follows: 1FSA = frozen section
remnant, 1B = remainder of specimen.

FROZEN SECTION DIAGNOSIS:

A frozen section diagnosis was performed on one half of the tissue. A
frozen section diagnosis rendered by Dr. Rolf Pfannl is: "Smear and
frozen section diagnosis, brain, biopsy #1: white matter with
scattered reactive changes."

Residents:

By his/her signature, the senior physician certifies that he/she
personally conducted a gross and/or microscopic examination of the
described specimen(s) and rendered or confirmed the diagnosis(es)

related thereto.

Immunohistochemistry test(s), if applicable, were developed and their
performance characteristics were determined by the Department of
Pathology at Beth Israel Deaconess Medical Center, Boston, MA. They
have not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or approval
is not necessary. These tests are used for clinical purposes. They
should not be regarded as investigational or for research. This
laboratory is certified under the Clinical Laboratory Improvement
Amendments of 1988 (CLIA-88) as qualified to perform high complexity
clinical laboratory testing. Unless otherwise specified, all
histochemical and immunohistochemical controls are adequate.

***** Electronically Signed Out *****

Diagnosed by: ROLF PFANNL, MD

Signed Out: 05/15/2014 10:00

CLIA # 22D0002138

---

| MINISTERI, ANTHONY | 228-56-30 | M 61 ▮▮▮▮ 1953 |
|---|---|---|

**Radiology Report**  **PORTABLE HEAD CT W/O CONTRAST**  **Study Date of 05/13/14 8:18 AM**
ARLE, JEFFREY E.                                                                NSURG   SICU-A    05/13/14 SCHED
PORTABLE HEAD CT W/O CONTRAST
Reason: ? evolving bleed
UNDERLYING MEDICAL CONDITION:
61 year old with R Brain lesion s/p biopsy w/ intraoperative hemorrhage
REASON FOR THIS EXAMINATION:
? evolving bleed
CONTRAINDICATIONS FOR IV CONTRAST:
None.
**Final Report**
EXAMINATION: PORTABLE HEAD CT W/O CONTRAST
INDICATION: 61 year old with right brain lesion s/p biopsy with
intraoperative hemorrhage, for reassessment.
TECHNIQUE: Portable head CT was performed without intravenous contrast.
DOSE: DLP: 1202.38 mGy-cm
CTDI: 70.73 mGy
COMPARISON: Comparison is made with CT head from May 12, 2014.
FINDINGS:
The patient is status post burr hole and biopsy of the previously seen right
periatrial lesion with a hyperdense rim. The amount of blood products and
pneumocephalus at the site of biopsy is unchanged from prior exam. There is no
increase in the extent of white matter hypodensity surrounding the mass.
Stable mass effect on the right lateral ventricle and stable mild leftward
shift of midline structures. No evidence of herniation. The basal cisterns are
patent.
The visualized paranasal sinuses, mastoid air cells, and middle ear cavities
are clear. Delete.
IMPRESSION:
Status post biopsy of right periatrial mass with unchanged small amount of
blood products in the surgical bed. No change in mass effect.

AR0945

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| Timecard Period | : | 31-MAY-14 - 06-JUN-14 |
| Organization | : | 41.CONSTR SERV.USBOS1.1905 |
| Assign Category | : | F - PT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |

| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| Project | Task | Type | SAT 31-MAY | SUN 01-JUN | MON 02-JUN | TUE 03-JUN | WED 04-JUN | |
|---------|------|------|-----|-----|-----|-----|-----|---|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | |

Ministeri, Anthony                                                                               O'Ker
------------------------------------                    ------------------------------------        ----------------
Employee Signature                                      Approver For Employee Signature                 Approv

| Total Regular Hours | : | 24.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=3556717146

AR0946

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| | | |
|---|---|---|
| Timecard Period | : | 07-JUN-14 - 13-JUN-14 |
| Organization | : | 41.CONSTR SERV.USBOS1.1905 |
| Assign Category | : | F - PT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |
| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| Project | Task | Type | SAT 07-JUN | SUN 08-JUN | MON 09-JUN | TUE 10-JUN | WED 11-JUN |
|---|---|---|---|---|---|---|---|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony                                                                                        O'Kar

------------------------------------              ------------------------------------              ------------------
Employee Signature                                Approver For Employee Signature                   Approv

| | | |
|---|---|---|
| Total Regular Hours | : | 24.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=3768308377

AR0947

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

Timecard Period      :   14-JUN-14 - 20-JUN-14
Organization         :   41.CONSTR SERV.USBOS1.1905
Assign Category      :   F - PT Fixed - 20 Hrs
Employee Category    :   Exempt
Work Schedule        :

Employee Name        :   Ministeri, Anthony
Employee Number      :   678866

| Project | Task | Type | SAT 14-JUN | SUN 15-JUN | MON 16-JUN | TUE 17-JUN | WED 18-JUN |
|---------|------|------|-----------|-----------|-----------|-----------|-----------|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
|  |  | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony                                                                    O'Ka

------------------------------------                    ------------------------------------              --------------
Employee Signature                                      Approver For Employee Signature                      Appro

Total Regular Hours   :   24.00
Total Overtime Hours  :    0.00
Total Non-Worked Hours:    0.00

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=2471508689

AR0948

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| | | |
|---|---|---|
| Timecard Period | : | 21-JUN-14 - 27-JUN-14 |
| Organization | : | 41.CONSTA SERV.USBOS1.1905 |
| Assign Category | : | F - PT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |
| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| | | | | SAT | SUN | MON | TUE | WED |
|---|---|---|---|---|---|---|---|---|
| Project | Task | Type | | 21-JUN | 22-JUN | 23-JUN | 24-JUN | 25-JUN |
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony                                                                                       O'Ka
------------------------------------                    -------------------------------------        ------------
Employee Signature                                      Approver For Employee Signature                Appro

| | | |
|---|---|---|
| Total Regular Hours | : | 24.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=1025365333

AR0949

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

Timecard Period      :      28-JUN-14 - 04-JUL-14
Organization         :      41.CONSTR SERV.USBOS1.1905
Assign Category      :      F - PT Fixed - 20 Hrs
Employee Category    :      Exempt
Work Schedule        :

Employee Name        :      Ministeri, Anthony
Employee Number      :      678866

| Project | Task | Type | SAT 28-JUN | SUN 29-JUN | MON 30-JUN | TUE 01-JUL | WED 02-JUL | |
|---------|------|------|-----|-----|-----|-----|-----|---|
| 04101001 41.ACM_Fringe Hours | 40 Holiday | Holiday Hrs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 4.00 | |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 4.00 | |

```
          Ministeri, Anthony                                                                                    O'Kan
------------------------------------           ------------------------------------           ------------------
         Employee Signature                      Approver For Employee Signature                        Approv
```

Total Regular Hours   :      20.00
Total Overtime Hours  :       0.00
Total Non-Worked Hours:       4.00

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=1257206163

AR0950

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| Timecard Period | : | 05-JUL-14 - 11-JUL-14 |
| Organization | : | 41.CONSTR SERV.USBDS1.1905 |
| Assign Category | : | F - PT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |

| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| | | | | | | SAT 05-JUL | SUN 06-JUL | MON 07-JUL | TUE 08-JUL | WED 09-JUL |
| Project | | Task | | Type | | | | | | |
| 04182416 04182416 PM/CM OPERATION | | 0017 ANTHONY MINISTERI | | Regular Hrs | | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | | | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony                                                                              O'Ka
-----------------------------------                    -----------------------------------      ------------
Employee Signature                                Approver For Employee Signature                Appro

| Total Regular Hours | : | 24.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=256778409

AR0951

AECON TECHNOLOGY CORPORATION
Employee Timesheet

```
Timecard Period     :    12-JUL-14 - 18-JUL-14
Organization        :    41.CONSTA SERV.USBOS1.1905
Assign Category     :    F - PT Fixed - 20 Hrs
Employee Category   :    Exempt
Work Schedule       :

Employee Name       :    Ministeri, Anthony
Employee Number     :    678866
```

| Project | Task | Type | SAT 12-JUL | SUN 13-JUL | MON 14-JUL | TUE 15-JUL | WED 16-JUL |
|---|---|---|---|---|---|---|---|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

```
        Ministeri, Anthony                                                              O'Ka
-------------------------------------        ----------------------------------        -----------
       Employee Signature                    Approver for Employee Signature                Appro

Total Regular Hours   :    24.00
Total Overtime Hours  :     0.00
Total Non-Worked Hours:     0.00
```

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=2533382476

AR0952

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| | | |
|---|---|---|
| Timecard Period | : | 19-JUL-14 - 25-JUL-14 |
| Organization | : | 41.CONSTR SERV.USBOS1.1905 |
| Assign Category | : | F - PT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |
| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| Project | Task | Type | SAT 19-JUL | SUN 20-JUL | MON 21-JUL | TUE 22-JUL | WED 23-JUL |
|---|---|---|---|---|---|---|---|
| 04182416 04182416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony

------------------------------------        ------------------------------------
Employee Signature                          Approver For Employee Signature

| | | |
|---|---|---|
| Total Regular Hours | : | 24.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=3502473731

AR0953

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

Timecard Period    :   26-JUL-14 - 01-AUG-14
Organization       :   41.CONSTR SERV.USB051.1905
Assign Category    :   F - PT Fixed - 20 Hrs
Employee Category  :   Exempt
Work Schedule      :

Employee Name      :   Ministeri, Anthony
Employee Number    :   678866

| | | | SAT 26-JUL | SUN 27-JUL | MON 28-JUL | TUE 29-JUL | WED 30-JUL |
|---|---|---|---|---|---|---|---|
| Project | Task | Type | | | | | |
| 04192416 04192416 PM/CM OPERATION | 0017 ANTHONY MINISTERI | Regular Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony                                                                        O'Ka
------------------------------------           -----------------------------------       ---------------
        Employee Signature                     Approver For Employee Signature                   Appro

Total Regular Hours    :    24.00
Total Overtime Hours   :     0.00
Total Non-Worked Hours:      0.00

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=3120675516

AR0954

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| | | |
|---|---|---|
| Timecard Period | : | 02-AUG-14 - 08-AUG-14 |
| Organization | : | 41.CONSTR SERV.USBOS1.1905 |
| Assign Category | : | F - PT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |
| | | |
| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| | | | | SAT<br>02-AUG | SUN<br>03-AUG | MON<br>04-AUG | TUE<br>05-AUG | WED<br>06-AUG | |
|---|---|---|---|---|---|---|---|---|---|
| Project<br>04182416 04182416 PM/CM OPERATION | Task<br>0017 ANTHONY MINISTERI | Type<br>Regular Hrs | | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | |
| | | Total: | | 0.00 | 0.00 | 8.00 | 8.00 | 9.00 | |

Ministeri, Anthony
-----------------------------------
Employee Signature

-----------------------------------
Approver For Employee Signature

O'Kan
--------------
Appro

| | | |
|---|---|---|
| Total Regular Hours | : | 24.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 0.00 |

.

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=1762274047

AR0955

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

| | | |
|---|---|---|
| Timecard Period | : | 09-AUG-14 - 15-AUG-14 |
| Organization | : | 41.CONSTR SERV.USBOS1.1905 |
| Assign Category | : | F - FT Fixed - 20 Hrs |
| Employee Category | : | Exempt |
| Work Schedule | : | |
| | | |
| Employee Name | : | Ministeri, Anthony |
| Employee Number | : | 678866 |

| Project | Task | Type | SAT 09-AUG | SUN 10-AUG | MON 11-AUG | TUE 12-AUG | WED 13-AUG |
|---|---|---|---|---|---|---|---|
| 04101001 41.ACM_Fringe Hours | 10 PTO | PTO Hrs | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 |

Ministeri, Anthony
---------------------------------------
Employee Signature

--------------------------------------
Approver for Employee Signature

O'Kar
-------------------
Approv

| | | |
|---|---|---|
| Total Regular Hours | : | 0.00 |
| Total Overtime Hours | : | 0.00 |
| Total Non-Worked Hours: | | 24.00 |

.

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=2303998645

AECOM TECHNOLOGY CORPORATION
Employee Timesheet

```
Timecard Period       :    16-AUG-14 - 22-AUG-14
Organization          :    41.CONSTR SERV.USBOS1.1905
Assign Category       :    F - FT Fixed - 20 Hrs
Employee Category     :    Exempt
Work Schedule         :

Employee Name         :    Ministeri, Anthony
Employee Number       :    678866
```

| Project | Task | Type | SAT 16-AUG | SUN 17-AUG | MON 18-AUG | TUE 19-AUG | WED 20-AUG | |
|---|---|---|---|---|---|---|---|---|
| 04101001 41.ACM_Fringe Hours | 80 Approved LWOP | Approved LWOP | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | |
| | | Total: | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | |

```
        Ministeri, Anthony                                                                              O'Kar
-------------------------------------       --------------------------------------         -------------------
        Employee Signature                     Approver For Employee Signature                          Approv

Total Regular Hours    :        0.00
Total Overtime Hours   :        0.00
Total Non-Worked Hours:        24.00
```

https://aims-erp.aecomnet.com:4444/OA_CGI/FNDWRR.exe?temp_id=3949005168

AR0957

2016 - 04 -11 - 0467 - GL - 01
Ministeri

**From:**      Peter Sailor
**To:**        Botkin, Paul
**CC:**        Hopson, Jane
**Date:**      8/31/2016 7:37 AM
**Subject:**   Re: FW: Ministeri Claim (AFFIRMATION REQUEST)

Yes, all of this information was received and considered in conjunction with our claim determination. It
was received in our office on 04/11/2016.

Peter T. Sailor
Assistant Vice President
Reliance Standard Life Insurance Company
Phone: 267.256.3736
Fax:     267.256.3514
e-mail:  peter.sailor@rsli.com


>>> Paul Botkin <PBotkin@nationalaccountservicesinc.com> 8/30/2016 7:01 PM >>>
This message originated outside of Reliance Standard's Network. Please use caution when opening
attachments, clicking links or responding to requests for information.

Pete and Jane

I just wanted to follow up on the attached document. I am assuming that per Jane's requests (multiple),
that your team did indeed receive this documentation. Can you simply affirm that your team did receive
this requested information from AECOM during the exchange of information requests for me please?

Many thanks in advance. I am just closing loops here for a call with the client later this week.

Paul

Paul Botkin
Senior Vice President, National Practice Leader
National Account Services, Inc.
C: 972-849-0732

As of 11/1/2015 my email address has changed, please update my information.



-----Original Message-----
From: Larsen, Peggy [mailto:peggy.larsen@aecom.com]
Sent: Thursday, June 16, 2016 4:07 PM
To: Paul Botkin <PBotkin@nationalaccountservicesinc.com>
Cc: Scott Cook <SCook@nationalaccountservicesinc.com>
Subject: RE: Ministeri Claim

Paul,
Mr. Ministeri never dropped below 20 hours per week. I don't know where Reliance received that
information. Attached is the death claim and page 6, 7 and 8 are his three last paychecks.

My understanding is the issue is that he indicated on his SS disability documentation that he was unable
to work as of April 2014, which actually was the date of diagnosis, however, he continued to work his full
schedule of 24 hours through 8-8-2014. Reliance asked for Mr. Ministeri's business trips, such as
itineraries, expense reports, and flight information during the period of April 1, 2014 to August 8, 2014,
which I have requested and followed up on at least twice. Will follow up again.

AR0958

Let me know if you have any questions.

Peggy Larsen
AECOM Benefits Department - Total Rewards D 213.593.8253 F 213.402.3398
Peggy.Larsen@aecom.com

AECOM
300 S. Grand Ave. 11th Floor
Los Angeles, CA 90071
T 213.593.8100
www.aecom.com

This communication is intended for the sole use of the person(s) to whom it is addressed and may
contain information that is privileged, confidential or subject to copyright. Any unauthorized use,
disclosure or copying of this communication is strictly prohibited. If you have received this communication
in error, please contact the sender immediately. Any communication received in error should be deleted
and all copies destroyed.

-----Original Message-----
From: Paul Botkin [mailto:PBotkin@nationalaccountservicesinc.com]
Sent: Thursday, June 16, 2016 12:32 PM
To: Larsen, Peggy
Cc: Scott Cook
Subject: FW: Ministeri Claim
Importance: High

Peggy,

Trying to assist here.  The date of dropping below 20 hours is going to be a pretty important and
potentially deciding factor on this claimant as his SSDI application and the ER information do not match.
He was quickly approaching the end of the 12 months from date last worked, plus the 60 day conversion
window.  Per my memory, he was almost at the end of that 60 day window and that day last worked and
per RSLI attached (Pete Sailor) these dates have to be affirmed.

If I can assist in any way, please let me know, would like to get this paid if it qualifies, know it is important.

Regards,

Paul

Paul Botkin
Senior Vice President, National Practice Leader National Account Services, Inc.
C:  972-849-0732

As of 11/1/2015 my email address has changed, please update my information.


-----Original Message-----
From: Peter.Sailor@rsli.com [mailto:Peter.Sailor@rsli.com]
Sent: Wednesday, June 15, 2016 3:03 PM
To: Paul Botkin <PBotkin@nationalaccountservicesinc.com>; Jason Smith <Jason.Smith@rsli.com>
Cc: Scott Cook <SCook@nationalaccountservicesinc.com>
Subject: Re: Ministeri Claim

Peggy Larsen told us (June 10) that she had passed along our request for information to Mr. Ministeri's HRD (Human Resources Director?) and will forward it to us as soon as it is available.

You may remember that the issue is when Mr. Ministeri dropped below 20 hours.

Peter T. Sailor
Assistant Vice President
Reliance Standard Life Insurance Company
Phone: 267.256.3736
Fax:    267.256.3514
e-mail: peter.sailor@rsli.com


>>> Paul Botkin <PBotkin@nationalaccountservicesinc.com> 6/15/2016 3:56 PM >>>
Where are we on this claim?

Thanks,

Paul

Paul Botkin
Senior Vice President,
National Practice Leader
National Account Services, Inc.
11111 Santa Monica Blvd., Suite 1150
Los Angeles, CA  90025
C:  972-849-0732
F:  310-479-3080

PBotkin@NationalAccountServicesInc.com<mailto:PBotkin@NationalAccountServicesInc.com>

As of 11/1/2015 my email address has changed, please update my information.

This e-mail may contain information that is privileged, confidential or protected under state or federal law. If you are not an intended recipient of this email, please delete it, notify the sender immediately, and do not copy, use or disseminate any information in the e-mail. Any tax advice in this email may not be used to avoid any penalties imposed under U.S. tax laws. E-mail sent to or from this e-mail address may be monitored, reviewed and archived.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information."

# |RELIANCE STANDARD
| LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

P.O. Box 7307
Philadelphia, PA 19101-7307

## LIFE CLAIM AUTHORIZATION FOR USE IN OBTAINING INFORMATION

NAME OF DECEDENT: _Anthony Ministeri_
DECEDENT'S DATE OF BIRTH: _____ /53
DATE OF DEATH: _n/2/2015_
BENEFICIARY: _Renee Ministeri_
NEXT OF KIN OR LEGAL REPRESENTATIVE OF
DECEDENT'S ESTATE: _Renee Ministeri_
RELATIONSHIP: _Spouse_

*(If Executor, Administrator etc., Provide Appropriate Court Order)*

To all physicians and other health care professionals, hospitals, other health care institutions, insurers, medical, hospital and prepaid health plans, pharmacies, pharmacy benefit managers, employers, group policyholders, contract holders, governmental agencies (including but not limited to the Internal Revenue Service and the Social Security Administration), private and/or public benefit plan administrators, and/or attorney representatives, including but not limited to covered entities and business associates under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the accompanying regulations:

You are authorized to provide Reliance Standard Life Insurance Company and/or its authorized administrators with information concerning medical care, advice, and/or treatment provided to the above named Decedent, and/or any employment, salary and/or benefit-related information concerning the above named Decedent. I understand that the disclosure of information may include disclosure of protected health information under HIPAA and the accompanying regulations, information regarding treatment for mental illness, the human immunodeficiency virus (HIV) and/or the use of drugs and alcohol. I also understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and will no longer be subject to protection under HIPAA and the accompanying regulations. A statement of Reliance Standard Life Insurance Company's privacy policy is available at www.rsli.com or upon request.

I understand that any such information will be used for the purpose of evaluating my claim for benefits. Upon request, I understand that I am entitled to receive a copy of this Authorization. This Authorization is valid from the date signed for the duration of the claim, and may be revoked by me at any time upon written request to the address below. A reproduction of this Authorization shall be considered as valid as the original.

_2/11/16_
Date

_Renee Ministeri_
Beneficiary's Signature

**If the Beneficiary is not the Decedent's next of kin or legal representative, the next-of-kin or authorized legal representative of the Decedent's Estate must sign below:**

_____
Date

_____
Authorized Person's Signature

Description of Authorized Person's authority to sign on behalf of Insured:
_____

EF-1025

AR0961

# RELIANCE STANDARD
LIFE INSURANCE COMPANY
A MEMBER OF THE TOKIO MARINE GROUP

**Proof of Loss Claim Statement**
**Group Life/Accidental Death Insurance**

## EMPLOYER/ADMINISTRATOR INSTRUCTIONS

The Employer/Administrator must complete PART A in its entirety. The Beneficiary must complete The Authorization for Use in Obtaining Information and PART B and PART C.

Return this form to:  Reliance Standard Life Insurance Company
Attn:  Group Life Claims
P.O. Box 7307
Philadelphia, PA  19101-7307
Phone 1-800-351-7500

In addition to the Proof of Loss Claim Statement, the following items are required:
1. Certified Death Certificate (with raised or colored seal) providing the final cause and manner of death.
2. Original enrollment forms and any subsequent changes, including all beneficiary designations.
3. Payroll records for at least two (2) pay periods prior to the date last worked confirming premium deduction (if the employee was required to pay any portion of the premiums on this insurance).
4. If the benefit is based on Earnings, please provide us with the appropriate Earnings Records (as defined in the Group Policy).
5. Additional documents are required if the beneficiary is a Minor or an Estate-See next page for additional information.
6. If Accidental Death Benefits are being claimed, provide any police report, autopsy report and/or relevant newspaper clippings (Note:  In some instances, RSL may need to request these documents directly from the source before a determination can be made on the claim).

A separate form must be completed and signed by each Beneficiary. In certain instances, we may require completion of the Attending Physician's Statement (Part D). Also, on a small number of cases, additional information may be required. Submission of the above information does not waive our right to request additional information, or waive any of our rights or defenses, or admit liability.

## PART A: EMPLOYER/ADMINISTRATOR INFORMATION

| Employer Name and Address | All RSL Policy Numbers Under Which Claim is Being Made |
|---|---|
| AECOM 515 S. Flower Street #1050 Los Angeles, CA 90071 | GL15185 |

| Division Name and Address | Employee Occupation/Title/Position |
|---|---|
| | Construction Services Executive |

| Employee Name and Address | Employee Social Security Number |
|---|---|
| Anthony Minisleri, ▓▓▓▓▓▓▓▓▓ Merrimac, MA 01860 | ▓▓▓-5766 |

Other Names By Which The Employee May Have Been Known (Maiden Name, Hypothetical Name, Nickname, Derivative Form Of First/Middle Name, Alias)

| Date Employed (Date of Hire) | Effective Date of Coverage for Employee | Insurance Class (Refer to Policy Schedule of Benefits Page) | Employee's Date of Birth | Employee's Date of Death |
|---|---|---|---|---|
| 4-1-2014 | 4-1-2014 | | ▓▓▓ 1953 | 10-2-2015 |

| Was Insurance In Effect on Date of Loss? | If No, Termination Date of Coverage | Salary on Last Benefit Change Date Per Policy | Date of Last Salary Change |
|---|---|---|---|
| ☒Yes ☐No | N/A | $ 125. ☒Hourly ☐Weekly ☐Monthly ☐Annually | N/A ☐Increase OR ☐ Decrease |

| Life Benefit Amount Claimed | Are Accidental Death Benefits Being Claimed? | Date of Last Benefit Increase | Date To Which Premium Was Paid On Employee's Behalf |
|---|---|---|---|
| $ 1,092,000.⁰⁰ | ☐ Yes ☒No Amount Claimed $ | N/A | |

| Status of Employee on Date of Death: |
|---|
| ☐Active  ☐ Retired  ☐Approved Premium Waiver for Disability  ☒Approved Leave of Absence (Explain) FMLA-NA-F FMLA  ☐Other (Explain) |

| Number of Hours Employee Scheduled to Work Per Week in the Place Where the Job is Normally Performed   24 hours | Number of Hours Employee Actually Worked Per Week in the Place Where the Job is Normally Performed   24 hours | Date Employee Last Worked   8-8-2014 | Reason Employee Stopped Working   illness |
|---|---|---|---|

| Employee Was: (Check All That Apply) ☐ Full-time ☒Part-time | ☐ Union ☒Non-Union | ☐Hourly ☒Salaried | ☒Exempt ☐ Non-Exempt | ☐ Commissioned ☐ Other (Explain) |
|---|---|---|---|---|

| If Claim is For Dependent, Provide the Following as it Pertains to the Dependent and the Dependent's Relationship to Employee: |
|---|

| Dependent's Name N/A | Social Security Number N/A | Relationship to Employee N/A | Date of Death N/A | Dependent Life Benefit $ N/A |
|---|---|---|---|---|

| Dependent's Address N/A | Other Names By Which The Dependent May Have Been Known (Maiden Name, Hypothetical Name, Nickname, Derivative Form Of First/Middle Name, Alias) N/A |
|---|---|

## EMPLOYER/ADMINISTRATOR SIGNATURE

Any person who knowingly and with intent to injure, defraud or deceive Reliance Standard Life Insurance Company, files a statement of claim or submits any information in conjunction with a claim containing fraudulent, false, misleading, incomplete or deceptive information commits a fraudulent insurance act, which is a crime. These actions will result in the denial of the claim, and are subject to prosecution under state and/or federal law. Reliance Standard Life Insurance Company will cooperate fully with any prosecution and waive any and all appropriate legal remedies.

| Phone Number (213) 593-8253 | Fax Number (213) 402-3398 | Email Address Peggy.Larsen@aecom.com |
|---|---|---|

| Employer/Administrator Name (Please Print) Peggy Larsen | Employer/Administrator Signature Peggy Larsen | Date 3-24-2016 |
|---|---|---|

Be Sure the Authorization For Use in Obtaining Information and Parts B and C are Completed Per Instructions

EF-1036

## PART B:  IMPORTANT TAX INFORMATION

**To Be Completed By Beneficiary**

Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct Social Security Number or Taxpayer Identification Number and (2) that I am not subject to backup withholding as a result of a failure to report all interest or dividends; or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. (Strike out clause (2) if you are currently under notification that you are subject to backup withholding.)

By signing this form the beneficiary has read and agrees with the terms of the statement as well as any accompanying information.

Social Security Number/Tax ID Number

_9 4 7 2_

Signature of the Beneficiary:

_Renee Ministeri_

Date Signed (month, day, year): _2/11/16_

## PART C:  BENEFICIARY INFORMATION

In order to assure prompt processing, please be sure to provide the IMPORTANT TAX INFORMATION above. Be certain the Authorization for Use in Obtaining Information is signed by the next of kin or authorized representative of the deceased. The completed and signed claim form along with the Certified Death Certificate and other required items should be returned to the Employer/Administrator for submission. If you are interested in an optional Method of Settlement rather than a lump sum payment, please contact us at the address or telephone number on this form for the plans that are available.

| Name of Beneficiary (Please Print) | Relationship of Beneficiary To Employee | Beneficiary's Date of Birth | Address of Beneficiary (No., Street, City, State) (Please provide your email address, if available) |
|---|---|---|---|
| _Renee  Ministeri_ | _Spouse_ | /60 | _Merrimac MA 01860_ |
| Email address: | | | |

Note: If any designated beneficiary is deceased, submit that beneficiary's certificate of death. If beneficiary is the deceased's Estate, provide certified Letters of Administration or Letters Testamentary along with the Estate's Tax ID Number. If beneficiary is a minor, provide certified Letters of Guardianship for the minor's Estate and the minor's social security number. The Guardian should sign Part B (IMPORTANT TAX INFORMATION) above, and should also sign where indicated below in his/her capacity on behalf of the Estate of the Minor.

**List Other Insurance Coverage in Force At the Time of the Insured's Death**

| Companies | Policy Number | Effective Date | Amount of Insurance |
|---|---|---|---|
| | | | |
| | | | |

Any person who knowingly and with intent to injure, defraud or deceive Reliance Standard Life Insurance Company, files a statement of claim or submits any information in conjunction with a claim containing fraudulent, false, misleading, incomplete or deceptive information commits a fraudulent insurance act, which is a crime. These actions will result in the denial of the claim, and are subject to prosecution under state and/or federal law. Reliance Standard Life Insurance Company will cooperate fully with any prosecution and will seek any and all appropriate legal remedies.

| Signature of Beneficiary | Business Phone No. ( ) | Home Phone No. ( ) | Date |
|---|---|---|---|

## PART D:  ATTENDING PHYSICIAN'S STATEMENT

Completion of PART D may help to expedite the processing and review of this claim. May not be necessary if Employee was on Approved Waiver.

| Name of Deceased | Names(s)/Address(es) of all Physicians Who Treated Deceased |
|---|---|
| _Anthony  Ministeri_ | _Steven Beaudoin   978 499 7200_ |

**Cause of Death**

| Principal Cause | _Brain Tumor_ | Date of Onset _4/14_ |
|---|---|---|
| Contributing Cause | | Date of Onset |

| I Attended Deceased | From (Date) | If Decedent Was Hospitalized, Provide the Name of Hospital and Admission and Discharge Dates Name of Hospital: |
|---|---|---|
| | To (Date) | Admit (Date)                    Discharge (Date) |

| Was deceased unable to work due to illness or injury prior to date of death? ☐ Yes ☐ No | If "Yes" please state date on which such illness or injury prevented the deceased from working: |
|---|---|

| Was Death Due To:  ☐ Accident?  ☐ Suicide?  ☐ Homicide? | If caused by accident, was it associated with his/her occupation? ☐ Yes ☐ No |
|---|---|

| Name of Physician (Please Print) | Address of Physician |
|---|---|

Any person who knowingly and with intent to injure, defraud or deceive Reliance Standard Life Insurance Company, files a statement of claim or submits any information in conjunction with a claim containing fraudulent, false, misleading, incomplete or deceptive information commits a fraudulent insurance act, which is a crime. These actions will result in the denial of the claim, and are subject to prosecution under state and/or federal law. Reliance Standard Life Insurance Company will cooperate fully with any prosecution and will seek any and all appropriate legal remedies.

| Date | Phone Number ( ) | Fax Number ( ) | Physician's Signature | Degree |
|---|---|---|---|---|

EF-1036

**678866 - Ministeri, Anthony - A46/A46 - 678866**

Hrs/Erns/Deds | Taxes/Memo/Recalc

| Check Nbr | PR Nb | Week Nb | Pay Date | PeriodEndDate | Gross Pay | Net Pay |
|-----------|-------|---------|----------|---------------|-----------|---------|
| 340685 | 2 | 33 | 08/15/2014 | 08/08/2014 | 6000.00 | 0.00 |

**Hours and Earnings**

| Ern Code | Description | Hours | Amount |
|----------|-------------|-------|--------|
| REG | Regular | 48.00 | 6000.00 |
| OTP | Overtime | 0.00 | 0.00 |
| | | | 6000.00 |

**Deductions**

| Ded Code | Class | Description | Amount |
|----------|-------|-------------|--------|
| V | A | CHECKING1 | 4033.97 |
| A | A | VOL A D & | 0.16 |
| D | A | DENTAL | 28.14 |
| K | A | DEPEND LIF | 0.92 |
| M | A | MEDICAL | 172.32 |
| | | | 4402.53 |

**Adjustments**

Date: ☐  Sequence: ☐

☐ Reverse Funds Disbursement
☐ Re-post Check

Reverse Check

**ADP Enterprise HR screen print as of: 03/31/2016 05:48 PM**

AR0964

**678866 - Ministeri,Anthony - A46/A46 - 678866**

Hrs/Erns/Deds   | Taxes/Memo/Recalc |

| Check Nbr | PR Nb | Week Nb | Pay Date | PeriodEndDate | Gross Pay | Net Pay |
|-----------|-------|---------|----------|---------------|-----------|---------|
| 320669 | 2 | 31 | 08/01/2014 | 07/25/2014 | 6000.00 | 0.00 |

**Hours and Earnings**

| Ern Code | Description | Hours | Amount |
|----------|-------------|-------|--------|
| REG | Regular | 48.00 | 6000.00 |
| OTP | Overtime | 0.00 | 0.00 |
| | | | 6000.00 |

**Deductions**

| Ded Code | Class | Description | Amount |
|----------|-------|-------------|--------|
| V | A | CHECKING1 | 4033.95 |
| A | A | VOL A D & | 0.16 |
| D | A | DENTAL | 28.14 |
| K | A | DEPEND LIF | 0.92 |
| M | A | MEDICAL | 172.32 |
| | | | 4402.51 |

**Adjustments**

Date: [        ]   Sequence: [        ]

☐ Reverse Funds Disbursement
☐ Re-post Check

| Reverse Check |

**\DP Enterprise HR screen print as of: 03/31/2016 05:56 PM**

AR0965

**678866 - Ministeri,Anthony - A46/A46 - 678866**

Hrs/Erns/Deds | Taxes/Memo/Recalc

| Check Nbr | PR Nb | Week Nb | Pay Date | PeriodEndDate | Gross Pay | Net Pay |
|-----------|-------|---------|----------|---------------|-----------|---------|
| 300770 | 2 | 29 | 07/18/2014 | 07/11/2014 | 6000.00 | 0.00 |

**Hours and Earnings**

| Ern Code | Description | Hours | Amount |
|----------|-------------|-------|--------|
| REG | Regular | 44.00 | 5500.00 |
| OTP | Overtime | 0.00 | 0.00 |
| 5 | HOLIDAY | 4.00 | 500.00 |
| | | | 6000.00 |

**Deductions**

| Ded Code | Class | Description | Amount |
|----------|-------|-------------|--------|
| V | A | CHECKING1 | 4033.96 |
| A | A | VOL A D & | 0.16 |
| D | A | DENTAL | 28.14 |
| K | A | DEPEND LIF | 0.92 |
| M | A | MEDICAL | 172.32 |
| | | | 4402.52 |

**Adjustments**

Date: [        ]   Sequence: [      ]

☐ Reverse Funds Disbursement
☐ Re-post Check

Reverse Check

**ADP Enterprise HR screen print as of: 03/31/2016 06:00 PM**

AR0966



Enrollment Summary                                    Date 12/11/2014

## Current Coverage for the Benefit Year 2014

**Name: ANTHONY MINISTERI**

## My Personal Data

### Personal Information

| | |
|---|---|
| FIRST NAME MI **ANTHONY** | COUNTRY· **United States of America** |
| LAST NAME **MINISTERI** | HOME PHONE **978-348-▮** |
| ADDRESS 1 ▮ | DATE OF BIRTH ▮1953 |
| ADDRESS 2 | |
| CITY **MERRIMAC** | |
| STATE/PROVINCE· **Massachusetts** | |
| ZIP/POSTAL CODE **01860** | |

### My Family Coverage Summary

| Covered Family Members | Medical | Dental | Vision |
|---|:---:|:---:|:---:|
| Renee Ministeri | ✔ | ✔ | ✔ |
| Alexander Ministeri | ✔ | ✔ | ✔ |
| Kathreine Ministeri | ✔ | ✔ | ✔ |

✔ - Covered   ✕ - Not Covered

### My Benefits

| Benefit Effective Date ⓘ | Plan | Benefit / Option | Your Cost | Company Cost |
|---|---|---|---|---|
| 4/1/2014 | Active Medical | Wellness (Premier) PPO 1/Employee Plus 2 or More Dependents | $172.32 | $531.88 |
| 4/1/2014 | Active Dental | AETNA DPO 1/Employee Plus 2 or More Dependents | $28.14 | $41.27 |
| 4/1/2014 | Active Vision | VSP/Employee Plus 2 or More Dependents | $4.00 | $3.87 |
| 4/1/2014 | Employee Assistance Program | Coverage | $0.00 | $0.00 |
| 4/1/2014 | Accident Insurance | 1.5 X Annual Base Pay ($234,000.00) | $0.00 | $1.30 |
| 4/1/2014 | Business Travel Accident Insurance | 5 X Annual Base Pay ($780,000.00) | $0.00 | $0.00 |
| 4/2/2014 | Optional Employee Life Insurance | 3 X Annual Base Pay -Reliance plan ($468,000.00) | $138.24 | $0.00 |
| 4/1/2014 | Optional Accident Insurance | Coverage/Employee Only ($20,000.00) | $0.16 | $0.00 |

1 - 2

AR0967

| Date | Coverage | | Employee | Employer |
|------|----------|---|---------|----------|
| 4/1/2014 | Short Term Disability Insurance | 60% of Pay | $0.00 | $18.07 |
| 4/1/2014 | Long Term Disability Insurance | EXEC LTD 100% ($7,800.00) | $24.78 | $0.00 |
| 4/1/2014 | Spouse/Domestic Partner Life Insurance | Waive Coverage | $0.00 | $0.00 |
| 4/1/2014 | Dependent Life Insurance | Coverage ($10,000.00) | $0.92 | $0.00 |
| 4/1/2014 | Health Care Flexible Spending Account | Waive Coverage | $0.00 | $0.00 |
| 4/1/2014 | Dependent Day Care Flexible Spending Account | Waive Coverage | $0.00 | $0.00 |
| 4/1/2014 | Executive Life Insurance | 4 X Annual Base Pay ($624,000.00) | $0.00 | $34.56 |
| 4/1/2014 | Water For People | Waive Contribution | $0.00 | $0.00 |
| 4/3/2014 | Engineers Without Borders | Waive Contribution | $0.00 | $0.00 |

**My Bottom Line**

| For Plan Year 2014 | Per Pay Period | Per Year |
|--------------------|----------------|----------|
| Pre-Tax Costs | $204.82 | $5,320.08 |
| After Tax Costs | $163.94 | $4,262.52 |
| Total Net Cost ⅰ | $368.56 | $9,582.60 |
| Total Employer Cost ⅰ | $630.95 | $16,404.70 |

Your per pay period cost for coverage is calculated based on the annual cost of your plan divided by your payroll frequency, rounded to the nearest cent.

2 - 2

| LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | Docket No. ES15P3831EA | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|
| **Estate of:** Anthony Ministeri, Jr. | | Essex Probate and Family Court 45 Congress Street Salem, MA 01970 (978)744-1020 |
| Date of Death: 10/02/2015 | | |

To:

**Renee R Ministeri**

██████████████

Merrimac, MA 01860

You have been appointed and qualified as Personal Representative in ☐ Supervised ☒ Unsupervised

administration of this estate on _____ December 31, 2015 _____ .
                                                    (date)

These letters are proof of your authority to act pursuant to G.L. c. 190B, except for the following restrictions if any:

☐ The Personal Representative was appointed before March 31, 2012 as Executor or Administrator of the estate.

⬇ ⬇ (Do Not Write Below This Line-For Court Use Only) ⬇ ⬇

## CERTIFICATION

I certify that it appears by the records of this Court that said appointment remains in full force and effect. IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said Court.

Date _____ **December 31, 2015** _____   *Pamela Casey O'Brien*

Pamela A Casey O'Brien, Register of Probate

MPC 751 (3/31/12)

AR0969





Form R-301 08012015

**Commonwealth of Massachusetts**
**Registry of Vital Records and Statistics**
# CERTIFICATE OF DEATH

| State File # | 2015 044344 |
|---|---|
| Registered # | 49 |

| | | | | |
|---|---|---|---|---|
| Place of Death | ▬▬▬ MERRIMAC, MA | | | |
| Date of Death | OCTOBER 02, 2015 | Age 62 YRS | | Sex MALE |
| Current Name | MINISTERI JR, ANTHONY — | | | |
| Surname at Birth or Adoption | MINISTERI | | SSN ▬▬S766 | |
| AKA — | | | | |

Date of Birth **JANUARY 23, 1953**    Birthplace **BOSTON, MASSACHUSETTS**

Residence ▬▬▬, **MERRIMAC, MASSACHUSETTS 01860**

Race **WHITE**    Education **HIGH SCHOOL GRADUATE OR GED**

Marital Status **MARRIED**    Occupation/Industry **SENIOR VICE PRESIDENT/ENGINEERING**

Last Spouse – Last, First, Middle (Surname at Birth or Adoption) **MINISTERI, RENEE (REYNOLDS)**    Decedent: U.S. Veteran (Most Recent) **NO**

Mother/Parent Name – Last, First Middle (Surname at Birth or Adoption) **MINISTERI, ANNA (BARTOLUCCI)**    Birthplace **MAINE**

Father/Parent Name – Last, First Middle (Surname at Birth or Adoption) **MINISTERI SR, ANTHONY (MINISTERI)**    Birthplace **ITALY**

Part I. Cause of Death – Sequentially list immediate cause then antecedent causes then underlying cause    Interval between onset and death

a. Immediate Cause (Final condition resulting in death)
**GLIOBLASTOMA MULTIFORME**    **14 MOS.**

b. Due to or as a consequence of: —    —

c. Due to or as a consequence of: —    —

d. Due to or as a consequence of: —    —

Part II. Other significant conditions contributing to death but not resulting in underlying cause —

Manner of Death: **NATURAL**

Time of Death: **01:57 AM**

Result of Injury: **NO**

Certifier **STEPHEN BEAUDOIN, MD**    Lic # **70450**

Addr. **260 MERRIMAC STREET, NEWBURY, MASSACHUSETTS 01951**

Funeral Licensed/Designee **VICTOR P. BUONFIGLIO**    Lic # **50397**

Facility/Addr. **PAUL BUONFIGLIO FUNERAL HOME, INC., REVERE, MASSACHUSETTS**

Immediate Disposition **BURIAL**

Date of Immediate Disposition **OCTOBER 08, 2015**

Place/Address
**PURITAN LAWN MEMORIAL PARK, 185 LAKE STREET, PEABODY, MASSACHUSETTS 01960**

Date of Record **OCTOBER 05, 2015**

Date of Amendment —

*Patricia E. True*

CLERK, TOWN OF MERRIMAC

A TRUE COPY ATTEST

*Patricia E. True*

PATRICIA E. TRUE, Town Clerk
Merrimac, Massachusetts

AR0970

# JENNINGS, JENNINGS & FISHMAN

Scott J. Fishman
Raymond D. Jennings, III
Mark J. Gardner

*Attorneys & Counselors at Law*
775 Pleasant Street, Suite 7
Weymouth, Massachusetts 02189
www.jenningsfishman.com
Tel. (781) 337-4221
Fax (781) 337-4248

Raymond D. Jennings, Jr.
In Memory
[1936-2001]

September 6, 2016

Reliance Standard Life Insurance Company
Attn.:  Jane M. Hopson
Quality Review Unit
P.O. Box 7698
Philadelphia, PA 19101-7698

RE:            Anthony Ministeri
Policy No.:    GL 151836
Policyholder:  AECOM Technology Corporation
Claim No.:     2016-04-11-0467-GL-01

Dear Ms. Hopson:

Please note this office has been retained by Ms. Renee Ministeri in regards to the above matter.

Please accept this as formal request for any and all documents related in any way to the above matter.

Upon a review of these documents we will formally request a review of the July 8, 2016 denial of claim.

Please accept this as a reservation of any and all rights of appeal or formal review until 30 days after receiving all the documents requested.

If there are any questions, kindly contact me a the above number

Respectfully,

Mark J. Gardner, Esq.

Cc:  Renee Ministeri

# Printing / Shipping Request

| From: | |
|---|---|
| ☒ | RELIANCE STANDARD LIFE INSURANCE COMPANY |
| ☒ | FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY |
| ☐ | RELIANCE STANDARD LIFE INSURANCE COMPANY OF TEXAS |

**For Inquiries Refer To This Number** 87226

**Instructions:**
1. Fill out label and items below.
2. Use Location Address including Zip Code.
3. Send set to Data Center or Mail Center.
4. Originators copy will be returned as a receipt.

Ship To:

Attn:

MARK S. GARDNER, ESQ
JENNINGS, JENNINGS + FISHMAN
775 PLEASANT STREET SUITE 7
WEYMOUTH, MA 02189

Department: LIFE CHAIMS  Phone Number: 267 256 6375

From Name: JANE M. HOLCON

Loc. Code: L125  Date: 9/16/20

**Description Of Contents**

CLAIM FILE

CLAIM # 2016-04-11-0467-GL-01

| | Policy Number | | PH Name | |
|---|---|---|---|---|
| **Job Numbers** | | | | |
| Pol | | Flat | | |
| Qty | | | | |
| **Certs** | | | | |
| Class | | | | |
| Job No. | | | | |
| Qty. | | | | |

*(Group Accounting Use Only)*

**Printing Instructions:**

Output Class - COG

| | | |
|---|---|---|
| ☐ 1. | ISIXRX | (RSL Masthead - policy and flat certificate) |
| ☐ 2. | ISIXRX | (RSL-TX Masthead - policy and flat certificate) |
| ☐ 3. | ISIXRX | (FRSL Masthead - policy and flat certificate) |
| ☐ 4. | BOOKLET | (standard booklet cover with text) |
| ☐ 5. | COVERS | (covers only) |
| ☐ 6. | BOOKLET | (covers done by outside vendor) |
| ☐ 7. | BROCHURES (RSL) | |
| ☐ 8. | BROCHURES (RSL TX) | |
| ☐ 9. | BROCHURES (FRSL) | |

**Special Services**

| Overnight? ☒ Yes | 2nd Day Air? ☐ Yes | Insure? ☐ Yes | Value | Certify? ☐ Yes | Return Receipt? ☐ Yes |
|---|---|---|---|---|---|

Authorized Signature- *Denise McKay*   TW

## Mail Center Use Only

| Date Shipped From Mail Department | | |
|---|---|---|

```
2U2648        SEP 16, 2016    ACT WT  10.3 LBS   #PK 1
SVC 1DP           BL WT
TRACKING# 1Z2B2B481379448784
BILLING CODE: 425               ALL CURRENCY USD
REF 2:87226
```

| Wrapped and Shipped By | Shipped Via |
|---|---|

Remarks

```
HC 0.00         CNS 0.00         FRT: SHP
SHIPMENT NR RATE CHARGES:          SVC 25.07 USD
DV 0.00         COD   0.00         RS  0.00
DC 0.00         DGD   0.00
AH 0.00         PR    0.00         ROD 0.00
TOT NR CHG 25.07                 NR+HC  25.07
```

**Special Services Tracking Record**

RS-1150-F

ORIGINATOR

AR0972

# Do not Separate.

# File as one Document.

AR0973

2016-04-11-0467-6L-01

TRANSMISSION VERIFICATION REPORT

TIME : 09/16/2016 16:29
NAME : SALES AND MKTG
FAX  : 2672563531
TEL  : 2672563946
SER.# : 000B5J218050

| | |
|---|---|
| DATE,TIME | 09/16  16:28 |
| FAX NO./NAME | 917813374248 |
| DURATION | 00:00:29 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

AR0974

# RELIANCE STANDARD
## LIFE INSURANCE COMPANY
### A MEMBER OF THE TOKIO MARINE GROUP

Life Claims Department
P.O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500
FAX (267) 256-3518

September 16, 2016

September 16, 2016

Mark J. Gardner
Jennings, Jennings & Fishman
Attorneys & Counselors at Law
775 Pleasant Street, Suite 7
Weymouth, MA  02189

Fax:  (781) 337-4248

Re:  Insured:          Anthony Ministeri
     Policy No:        GL 151836
     Policyholder:     AECOM Technology Corporation
     Claim No:         2016-04-11-0467-GL-01

Dear Mr. Gardner:

Please be advised we are in receipt of your letter and the copy of the claim file has been sent out today for overnight delivery.

Your request for an appeal extension was discussed with our Quality Review Unit and since we already granted an extension to September 26, 2016, we are requesting that you present your appeal with documentation by September 26, 2016 to the Quality Review Unit. Should you require an additional extension, you may discuss your request with the individual assigned to this appeal.

Should you have any questions, please contact our office.

Sincerely,

*Jane M. Hopson*

Jane M. Hopson
Life Claims Department

**AR0975**

# JENNINGS, JENNINGS & FISHMAN

*Attorneys & Counselors at Law*
775 Pleasant Street, Suite 7
Weymouth, Massachusetts 02189
www.jenningsfishman.com
Tel. (781) 337-4221
Fax (781) 337-4248

Scott J. Fishman
Raymond D. Jennings, III
Mark J. Gardner

Raymond D. Jennings, Jr.
In Memory
[1936-2001]

## Facsimile Transmission Cover Sheet

Date: _9-26-16_

To: _Jane Hopson_

Fax No: _267-256-3518_

From: _Mark Gardner_

RE: _Ministan'_

Comments: _See attached._

_Thanks_
_Mark_

Pages: _____ Pages, including this cover sheet.

Originals: Mailed _X_ Will Follow By Courier ____ Will Not Follow ____

**CONFIDENTIALITY NOTICE**
WARNING: Unauthorized interception of this telephonic communication could be a violation of federal law. The document(s) accompanying this telecopy transmission contain confidential information intended only for the use of the individual or entity named above and may contain information that is legally privileged, confidential, and exempt from disclosure under the applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited and we request that you immediately notify us collect by telephone to arrange for the retrieval of the original documents at no cost to you.

AR0976

# JENNINGS, JENNINGS & FISHMAN

Scott J. Fishman
Raymond D. Jennings, III
Mark J. Gardner

*Attorneys & Counselors at Law*
775 Pleasant Street, Suite 7
Weymouth, Massachusetts 02189
www.jenningsfishman.com
Tel. (781) 337-4221
Fax (781) 337-4248

Raymond D. Jennings, Jr.
In Memory
[1936-2001]

FAX: 267-256-3518
EMAIL: jane.hopson@rsli.com

September 26, 2016

Reliance Standard Life Insurance Company
Attn.: Jane M. Hopson
Quality Review Unit
P.O. Box 7698
Philadelphia, PA 19101-7698

RE:            Anthony Ministeri
Policy No.:    GL 151836
Policyholder:  AECOM Technology Corporation
Claim No.:     2016-04-11-0467-GL-01

Dear Ms. Hopson:

Please note this office has been retained by Ms. Renee Ministeri in regards to the above matter. In reference to your correspondence of September 16, 2016 and my email of September 22, 2016, please note this office has not received September 6, 2016 formal request for all records associated with Mr. Ministeri. Instead, your office provided me with records of Jackey Hancock, Claim No: 2016-07-06-0521-GL-02 2016-07-06-0521-GL-03 and the Kansas City Public Schools. (Exhibit A)

Regarding your July 8, 2016 denial of benefits of Mr. Ministeri, please accept this as formal request for review, with a reservation of further final request for review upon receipt of Mr. Ministeri's September 6, 2016 request of records.

Facts:

Mr. Anthony Ministeri lived at 28 spring Hill Road, Merrimac Massachusetts with his wife Renee Ministeri. On April 1, 2014, Mr. Ministeri was hired by AECOM Technology Corporation as a construction service executive. On his date of hire, Mr. Ministeri was 61 years old, (DOB 1/23/53). Part of Mr. Minsteri benefit package included group life insurance: (Policy number: GL 151836Reliance claim number: 2016-04-11-0467-GL-01) and disability benefits (Policy number: LTD 115774, Reliance claim number: 2014-12-05-0446-LTD-01) issued by AECOM with the carrier Reliance Standard Life Insurance Company.

Later in April 2014, Mr. Ministeri began to experience confusion and disorientation. During a May 2, 2014 business trip to New York, he found himself lost and required

AR0977

assistance to find his hotel room. Returning home, he presented in the emergency room at Anna Jacques Hospital on May 7, 2014 complaining of confusion and difficulty performing usual activities, such as dressing and driving. A CT scan that day revealed w brain lesion. On May 12 and May 21, 2014, biopsies were performed at Beth Israel Deaconess Medical Center confirming the diagnosis of glioblastoma. Reliance claims "biopsy instructions stated that clearance to drive and return to work [would] be addressed at [Mr. Ministeri's] post-operative office visit." Concurrent radiant and chemo therapy were initiated on June 10, 2014 and continued through July 23, 2014. Mr. Ministeri requested a referral for outpatient physical therapy. On August 10, 2014, Mr. Mionisteri experienced a sudden onset of chest pain and shortness of breath and suffered a fall at home.

During this entire time, Mr. Ministeri continued to work and received his full pay and benefits from AECOM. (Exhibit B) Brian O'Kane, Executive Vice President, construction Services for AECOM, confirmed that Mr. Ministeri continued to work and specifically worked on three "critical" proposal efforts. Specifically, TIAA CREF Phase 2 second year costing model, GE CM cost model and Verizon CM model execution and scoping. He also "reviewed numerous pricing models and staffing charts with her over the phone" with Mr. O'Kane. (Exhibit C) Thereafter, Mr. Ministeri would receive short term and long term disability benefits under the carrier, Reliance. (Policy number: LTD 115774, Reliance claim number: 2014-12-05-0446-LTD-01)

At this time, and throughout the entire disability period under the claim, Reliance failed to provide any document to Mr. Ministeri regarding specific information regarding the Termination of Individual Insurance and eligibility or Waiver of Premium in Event of total Disability, including limitations on the continued life insurance coverage termination date. Despite being on disability, Mr. Ministeri continued to pay for his group life insurance benefits and Reliance continued to accept payment of those premiums until his death. Reliance as the carrier under the disability plan, had Mr. Ministeri's entire medical records of Mr. Ministeri's condition up until the date of his death.

Mr. Ministeri passed away on October 2, 2015. Mr. Ministeri continued to pay his full benefits including premium's for group life insurance he believed were still in effect until his death.

On November 17, 2015, Reliance provided notice of Portability and Conversion provision information. In this informational packet, Reliance addressed to the deceased provided information group life eligibility.

On or about April 11, 2016, Reliance received the Proof of Loss Statement from AECOM and Ms. Ministeri.

On July 8, 2016, Reliance denial amounts to an arbitrary and capricious decision. Reliance denied life insurance benefits based without consideration of the above. Instead, the denial centered on Mr. Ministeri's SSA application for benefits which he claimed, rightfully so, that his disability began on when he collapsed in early April 2014. In that application, Reliance relies on April 10, 2014 as the date of the onset of the illness or disability. Reliance failed to include whether Mr. Ministeri was approved for SSA benefits from the claimed onset of the disability or the last day of "substantial gainful activity." 20.C.F.R. § 404.1571. Mr. Ministeri would not be eligibility for SSA benefits until he was unable to engage in "substantial gainful activity." Clearly, based on the

AR0978

employment payroll records and Mr. Ministeri's immediate supervisor, he was performing his job until August 8, 2014, which under SSA definition is considered "substantial gainful activity."

In addition, when he was unable to continue in his job, Mr. Ministeri applied for and received disability benefits under Reliance, who had all medical records for him. He also continued to pay his life insurance premiums for benefits, which Reliance now claims he would be ineligible for. Finally, Reliance failed to provide "speak the truth" documents to Mr. Ministeri when he became disabled.

Reliance's denial of the full amount of Mr. Ministeri's Life Insurance Benefits was arbitrary and capricious and otherwise in violation of the Group Life Policy. Ms. Ministeri asserts wrongful denial of full benefits in violation of ERISA § 502(a)(1)(B), codified at 29 U.S.C. § 1132(a)(1)(B), breach of fiduciary duty under ERISA § 502(a)(3), codified at 29 U.S.C. § 1132(a)(3), common law claims of equitable estoppel and unjust enrichment, and denial of requests for information in violation of ERISA § 502(c), codified at 29 U.S.C. § 1132(c)

In support of this argument, Ms. Ministeri argues that ERISA fiduciaries have a duty to "speak the truth" to plan beneficiaries, see *Varity Corp. v. Howe*, 516 U.S. 489, 506 (1996), and that Reliance beached that duty by failing to provide the requested documents and instead negligently sent another claimants information. (Exhibit A)

A district court reviews ERISA claims arising under 29 U.S.C. § 1132 *de novo* unless the benefits plan in question confers discretionary authority upon the administrator to "determine eligibility for benefits or to construe the terms of the plan". *Bekiroglu v. Paul Revere Life Ins. Co.*, 223 F.Supp.2d 361, 366 (D.Mass.2002), *aff'd* 75 Fed.Appx. 8 (1st Cir.2003). If the plan clearly grants such authority to an administrator, then the administrator's decisions are entitled to deference and will be reversed only if they were "arbitrary, capricious or an abuse of discretion". *Diaz v. Seafarers Int'l Union*, 13 F.3d 454, 456 (1st Cir.1994).

Under that standard, a "decision will be upheld if it was within [the plan administrator's] authority, reasoned, and supported by substantial evidence in the record." *Doyle v. Paul Revere Life Ins. Co.*, 144 F.3d 181, 184 (1st Cir.1998) (internal citations omitted). Evidence is substantial if it is "reasonably sufficient to support a conclusion". *Sullivan v. Raytheon Co.*, 262 F.3d 41, 51 (1st Cir.2001). Evidence contrary to an administrator's decision does not render the decision unreasonable, provided it is supported by substantial evidence. *Wright v. R.R. Donnelley Sons Co. Group Benefits Plan*, 402 F.3d 67, 74 (1st Cir.2005).

In applying the arbitrary and capricious standard, the existence of a conflict of interest on the part of the administrator is a factor to be considered. *Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 109 S.Ct. 948, 103 L.Ed.2d 80 (1989). In the First Circuit, if a court finds there is improper motivation amounting to a conflict of interest, the court "may cede a diminished degree of deference — or no deference at all — to the administrator's decision." *Leahy v. Raytheon Co.*, 315 F.3d 11, 16 (1st Cir.2002). However, "[a] chimerical, imagined, or conjectural conflict will not strip the fiduciary's determination of the deference that would otherwise be due." *Id.* The burden is on the claimant to demonstrate a conflict of interest. *Pari-Fasano v. ITT Hartford Life & Accident Ins. Co.*, 230 F.3d 415, 418 (1st Cir.2000). If no conflict of interest exists, a court must proceed to ensure that the decision was not objectively unreasonable in light of the available evidence, recognizing that the existence of a potential conflict of interest will affect the court's determination of what was reasonable conduct by the insurer under the circumstances. *Id.* at 419.

Therefore, Ms. Ministeri respectfully requests Reliance reverse its decision as it is arbitrary and capricious. Ms. Ministeri reserves any other further rights of review upon receiving the complete file previously requested September 6, 2016.

Please accept this as a reservation of any and all rights of appeal or formal review until 30 days after receiving all the documents requested.

If there are any questions, kindly contact me a the above number

Respectfully,

Mark J. Gardner, Esq.

Cc:  Renee Ministeri

# EXHIBIT A

AR0981

## Claim Notes

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 07/11/2016 |
| Note Content | Policy Face Page |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Policy Face Page |
| Note | POLICYHOLDER: Kansas City Public Schools POLICY NUMBER: GL 153053<br><br>EFFECTIVE DATE: January 1, 2015, as amended through May 1, 2015<br><br>ANNIVERSARY DATES: January 1, 2016 and each January 1st thereafter.<br><br>PREMIUM DUE DATES: The first premium is due on the Effective Date. Further premiums are due monthly, in advance, on the first day of each month.<br><br>The Policy is delivered in Missouri and is governed by its laws.<br><br>We agree to provide insurance to you in exchange for the payment of premium and a signed Application. The Policy provides benefits for loss of life from injury or sickness. It insures the eligible persons for the amount of insurance shown on the Schedule of Benefits. yThe insurance is subject to the terms and conditions of the Policy.<br><br>The effective date of the Policy is shown above. Insurance starts and ends at 12:01 A.M., Local Time, at your main address. It stays in effect as long as premium is paid when due. The "TERMINATION OF THE POLICY" section of the GENERAL PROVISIONS explains when the insurance can be ended.<br><br>The Policy is signed by the President and Secretary.<br><br><br>Secretary President<br><br><br>Countersigned<br>Licensed Resident Agent<br><br><br>GROUP LIFE INSURANCE<br>NON-PARTICIPATING<br><br>This Group Life Policy amends the Group Life Policy previously issued to you by us. It is issued on July 14, 2015. |

Notes

AR0982

| Date | 07/11/2016 |
|------|------------|
| **Note Content** | SCHEDULE OF BENEFITS |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | SCHEDULE OF BENEFITS |

SCHEDULE OF BENEFITS

NAME OF SUBSIDIARIES, DIVISIONS OR AFFILIATES TO BE COVERED: ALL

"Affiliate" means any corporation, partnership, or sole proprietor under the common control of the Policyholder.

ELIGIBLE CLASSES: Each active, Full-time Employee999, except 9 any person employed on a temporary or seasonal basis.

WAITING PERIOD: 30 days of continuous employment.

INDIVIDUAL EFFECTIVE DATE: The first of the month coinciding with or next following completion of the Waiting Period.

INDIVIDUAL REINSTATEMENT: 6 months

MINIMUM PARTICIPATION REQUIREMENTS: Percentage: 33% Number of Insureds: 10

AMOUNT OF INSURANCE:

Supplemental Life (Applicable only to those Insureds who elect Supplemental coverage and are paying the applicable premium): $10,000 to $500,000 in increments of $10,000, not to exceed five (5) times Earnings.

Amounts of supplemental insurance over $200,000 are subject to our approval of a person's proof of good health. However, any proof of good health required due to late application for this insurance (See EFFECTIVE DATE OF INDIVIDUAL INSURANCE) will be at no expense to us.

For Insureds age 70 and over, the Amount of Supplemental Life Insurance is subject to automatic reduction9. Upon the Insured's attainment of the specified age below, the Amount of Supplemental Life Insurance will be reduced to the applicable percentage. This reduction also applies to Insureds who are age 70 or over on their Individual Effective Date.

**Note** Age Percentage of available or in force amount at age 69
70+ 50%

Dependent Life: Spouse Amount: $5,000 to $250,000 in increments of $5,000
Child Amount:
14 days and over: $2,000 to $10,000 in increments of $1,000

The Spouse9 Amount of Insurance may not exceed 100% of the Insured's amount9.

Amounts of Insurance for spouses over $50,000 are subject to our approval of a person's proof of good health. However, any proof of good health required due to late application for this insurance (See EFFECTIVE DATE OF DEPENDENT INSURANCE) will be at no expense to us.

The Spouse Amount of Insurance will reduce in the same manner as the Insured's Amount of Insurance upon Spouse's attainment of reducing ages.

CHANGES IN AMOUNT OF INSURANCE: Increases and decreases in the Amount of Insurance because of changes in age, class or earnings (if applicable) are effective on the first of the month coinciding with or next following the date of the change.

With respect to increases in the Amount of Insurance, the Insured must be Actively At Work on the date of the change. If an Insured is not Actively At Work when the change should take effect, the change will take effect on the day after the Insured has been Actively At Work for one full day. However, if an Insured has the right to choose his/her amount of Supplemental insurance, proof of good health will be required when the Insured changes his/her selection to increase the amount of his/her Supplemental insurance. Any such increase will take effect only if we approve such proof.

If an increase in, or initial application for, the Amount of Insurance is due to a life event change (such as marriage, birth or specific changes in employment status), proof of good health will not be required provided the Insured applies within 31 days of such life event.

CONTRIBUTIONS: Persons: Supplemental Insurance (Applicable only to those Insureds who elect Supplemental coverage and are paying the applicable premium): 100%
Dependents: 100%

Notes

AR0983

| Date | 07/11/2016 |
|---|---|
| Note Content | DEFINITIONS |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | DEFINITIONS |
| Note | (see below) |

DEFINITIONS

"We," "us" and "our" means ŷReliance Standard Life Insurance Companyŷ.

"You," "your" and "yours" means the employer, union or other entity to which the Policy is issued and which is deemed the Policyholder.

"Eligible Person" means a person who meets the eligibility requirements of the Policy.

"Insured" means a person who meets the eligibility requirements of the Policy and is enrolled for this insurance.ŷ

"Actively at work" and "active work" means the person actually performing on a Full-timeŷ basis each and every duty pertaining to his/her job in the place where and the manner in which the job is normally performed. This includes approved time off such as vacation, jury duty and funeral leave, but does not include time off as a result of injury or illness.

"Full-time" means working for you for a minimum of 30 hours during a person's regularly scheduled work week.

"The date he/she retires" or "retirement" means the effective date of an Insured's:

retirement pension benefits under any plan of a federal, state, county or municipal retirement system, if such pension benefits include any credit for employment with you;
retirement pension benefits under any plan which you sponsor, or make or have made contributions; or
retirement benefits under the United States Social Security Act of 1935, as amended, or under any similar plan or actŷ.

ŷ"Earnings", as used in the SCHEDULE OF BENEFITS section, means the Insured's annual salary received from you on the first of the month just before the date of loss, prior to any deductions to a 401(k) and Section 125 plan. Earnings does not include commissions, overtime pay, bonuses, incentive pay or any other special compensation not received as basic salary.

If hourly employees are insured, the number of hours worked during a regularly scheduled work week, not to exceed 40 hours per week, times 52 weeks, will be used to determine annual earnings.

ŷ"Total Disability", as used in the WAIVER OF PREMIUM IN EVENT OF TOTAL DISABILITYŷŷ section, means an Insuredŷŷŷ's complete inability to perform the material and substantial duties of any occupation for which he/she is suited by education, training or experience.

"Dependents" as used in the DEPENDENT LIFE INSURANCE section, means:

(1) an Insured's legal spouse who is not legally separated or divorced from the Insuredŷ; and

(2) an Insured's unmarriedŷ child(ren), age 14 days to 20 years, who is financially dependent upon the Insured for support. Adoptive, foster and step-children are considered Dependents if they are in the custody of the Insuredŷ; and

(3) an Insured's unmarriedŷ child(ren), attending a college or other school on a full-time basis, who is financially dependent upon the Insured for support, up to age 26; and

(4) an Insured's child(ren) beyond the limiting age who is incapable of self-sustaining employment by reason of intellectual disability or physical handicap and who is chiefly dependent on the Insured for support and maintenance.

Notes

AR0984

| Date | 07/11/2016 |
|---|---|
| Note Content | Continuation of Insurance |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Continuation of Insurance |

INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION

GENERAL GROUP: The general group will be your employees and employees of any subsidiaries, divisions or affiliates named on the Schedule of Benefits.9

ELIGIBLE CLASSES: The eligible classes will be those persons described on the Schedule of Benefits.

WAITING PERIOD: A person who is continuously employed on a Full-timeyy basis with you for the period specified on the Schedule of Benefits has satisfied the waiting period.9

EFFECTIVE DATE OF INDIVIDUAL INSURANCE: If you pay the entire premium, the insurance for an eligible Person will go into effect on the date stated on the Schedule of Benefits.

If an eligible Person pays a part of the premium, he/she must apply in writing for the insurance to go into effect. He/she will become insured on the later of:

(1) the Individual Effective Date stated on the Schedule of Benefits, if he/she applies on or before that date; or

(2) the first of the month coinciding with or next following the date he/she applies, if he/she applies within thirty-one (31) days from the date he/she first met the eligibility requirements; or

(3) the first of the month coinciding with or next following the date we approve any required proof of good health. We require proof of good health if a person applies:

(a) after thirty-one (31) days from the date he/she first becomes eligible; or
(b) after he/she terminated this insurance but he/she remained in a class eligible for this insurance; or
(c) for an Amount of Insurance greater than the Amount of Insurance shown on the Schedule of Benefits as not subject to our approval of a person's good health; or
(d) for an Amount of Insurance greater than he/she was insured for under the prior group life insurance plan carrier, if applicable; or
(e) 9after being eligible for coverage under a prior group life insurance plan for more than thirty-one (31) days but did not elect to be covered under that prior plan; or

(4) the date premium is remitted.

Changes in an Insured's amount of insurance are effective as shown on the Schedule of Benefits.

If the person is not actively at work on the day his/her insurance is to go into effect, the insurance will go into effect on the day he/she returns to active work for one full day.9

TERMINATION OF INDIVIDUAL INSURANCE: The insurance of an Insured will terminate on the first of the following to occur:

(1) the date the Policy terminates; or

(2) the last day of the Policy month in which the Insured ceases to be in a class eligible for this insurance; ory

(3) the end of the period for which premium has been paid for the Insured; or

(4) the date the Insured enters military service (not including Reserve or National Guard).

CONTINUATION OF INDIVIDUAL INSURANCE: The insurance of an Insured may be continued, by payment of premiumy, beyond the date the Insured ceases to be eligible for this insurance, but not longer than:

(1) twelve (12) months, if due to illness or injury; or
(2) one (1) month, if due to temporary lay-off or approved leave of absence.

INDIVIDUAL REINSTATEMENT: The insurance of a terminated person may be reinstated if he/she is:

(1) on an approved leave of absence; or

(2) on temporary lay-off.

The person must return to active work with you within the period of time shown on the Schedule of Benefits. He/she must also be a member of a class eligible for this insurance.

The Person will not be required to fulfill the eligibility requirements of the Policy again. The insurance will go into effect on the day he/she returns to active work. If a Person returns after having resigned or having been discharged, he/she will be required to fulfill the eligibility requirements of the Policy again.

If a Person returns after terminating insurance at his/her request or for failure to pay ypremium when due, proof of good health must be approved by us before he/she may be reinstated.

Notes

AR0985

| | |
|---|---|
| Date | 07/11/2016 |
| Note Content | age 70 age reduction |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | age 70 age reduction |
| Note | |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 07/19/2016 |
| Note Content | e-mail to Ken Moorman re: age reduction |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail to Ken Moorman re: age reduction |
| Note | From: Jane Hopson<br>To: Moorman, Ken<br>BC Hopson, Jane<br>Date: 7/19/2016 11:05 AM<br>Subject: Kansas City Public Schools Claim 2016-07-06-0521<br><br>Ken,<br><br>Please confirm the age reduction for the supplemental life coverage under GL 153053 is correct as it reduces to 65% at age 70 while GL 154503 and GL 153051 reduced to 65% at age 65.<br><br>Thanks<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

Notes

AR0986

# JENNINGS, JENNINGS & FISHMAN

*Attorneys & Counselors at Law*

Scott J. Fishman
Raymond D. Jennings, III
Mark J. Gardner

775 Pleasant Street, Suite 7
Weymouth, Massachusetts 02189
www.jenningsfishman.com
Tel. (781) 337-4221
Fax (781) 337-4248

Raymond D. Jennings, Jr.
In Memory
[1936-2001]

FAX: 267-256-3518
EMAIL: jane.hopson@rsli.com

September 26, 2016

Reliance Standard Life Insurance Company
Attn.: Jane M. Hopson
Quality Review Unit
P.O. Box 7698
Philadelphia, PA 19101-7698

RE:            Anthony Ministeri
Policy No.:    GL 151836
Policyholder:  AECOM Technology Corporation
Claim No.:     2016-04-11-0467-GL-01

Dear Ms. Hopson:

Please note this office has been retained by Ms. Renee Ministeri in regards to the above matter. In reference to your correspondence of September 16, 2016 and my email of September 22, 2016, please note this office has not received September 6, 2016 formal request for all records associated with Mr. Ministeri. Instead, your office provided me with records of J██ H██, Claim No: 2016-07-06-0521-GL-02 2016-07-06-0521-GL-03 and the Kansas City Public Schools. (Exhibit A)

Regarding your July 8, 2016 denial of benefits of Mr. Ministeri, please accept this as formal request for review, with a reservation of further final request for review upon receipt of Mr. Ministeri's September 6, 2016 request of records.

Facts:

Mr. Anthony Ministeri lived at 28 spring Hill Road, Merrimac Massachusetts with his wife Renee Ministeri. On April 1, 2014, Mr. Ministeri was hired by AECOM Technology Corporation as a construction service executive. On his date of hire, Mr. Ministeri was 61 years old, (DOB ██/53). Part of Mr. Minsteri benefit package included group life insurance: (Policy number: GL 151836Reliance claim number: 2016-04-11-0467-GL-01) and disability benefits (Policy number: LTD 115774, Reliance claim number: 2014-12-05-0446-LTD-01) issued by AECOM with the carrier Reliance Standard Life Insurance Company.

Later in April 2014, Mr. Ministeri began to experience confusion and disorientation. During a May 2, 2014 business trip to New York, he found himself lost and required

assistance to find his hotel room. Returning home, he presented in the emergency room at Anna Jacques Hospital on May 7, 2014 complaining of confusion and difficulty performing usual activities, such as dressing and driving. A CT scan that day revealed w brain lesion. On May 12 and May 21, 2014, biopsies were performed at Beth Israel Deaconess Medical Center confirming the diagnosis of glioblastoma. Reliance claims "biopsy instructions stated that clearance to drive and return to work [would] be addressed at [Mr. Ministeri's] post-operative office visit." Concurrent radiant and chemo therapy were initiated on June 10, 2014 and continued through July 23, 2014. Mr. Ministeri requested a referral for outpatient physical therapy. On August 10, 2014, Mr. Mionisteri experienced a sudden onset of chest pain and shortness of breath and suffered a fall at home.

During this entire time, Mr. Ministeri continued to work and received his full pay and benefits from AECOM. (Exhibit B) Brian O'Kane, Executive Vice President, construction Services for AECOM, confirmed that Mr. Ministeri continued to work and specifically worked on three "critical" proposal efforts. Specifically, TIAA CREF Phase 2 second year costing model, GE CM cost model and Verizon CM model execution and scoping. He also "reviewed numerous pricing models and staffing charts with her over the phone" with Mr. O'Kane. (Exhibit C) Thereafter, Mr. Ministeri would receive short term and long term disability benefits under the carrier, Reliance. (Policy number: LTD 115774, Reliance claim number: 2014-12-05-0446-LTD-01)

At this time, and throughout the entire disability period under the claim, Reliance failed to provide any document to Mr. Ministeri regarding specific information regarding the Termination of Individual Insurance and eligibility or Waiver of Premium in Event of total Disability, including limitations on the continued life insurance coverage termination date. Despite being on disability, Mr. Ministeri continued to pay for his group life insurance benefits and Reliance continued to accept payment of those premiums until his death. Reliance as the carrier under the disability plan, had Mr. Ministeri's entire medical records of Mr. Ministeri's condition up until the date of his death.

Mr. Ministeri passed away on October 2, 2015. Mr. Ministeri continued to pay his full benefits including premium's for group life insurance he believed were still in effect until his death.

On November 17, 2015, Reliance provided notice of Portability and Conversion provision information. In this informational packet, Reliance addressed to the deceased provided information group life eligibility.

On or about April 11, 2016, Reliance received the Proof of Loss Statement from AECOM and Ms. Ministeri.

On July 8, 2016, Reliance denial amounts to an arbitrary and capricious decision. Reliance denied life insurance benefits based without consideration of the above. Instead, the denial centered on Mr. Ministeri's SSA application for benefits which he claimed, rightfully so, that his disability began on when he collapsed in early April 2014. In that application, Reliance relies on April 10, 2014 as the date of the onset of the illness or disability. Reliance failed to include whether Mr. Ministeri was approved for SSA benefits from the claimed onset of the disability or the last day of "substantial gainful activity." 20.C.F.R. § 404.1571. Mr. Ministeri would not be eligibility for SSA benefits until he was unable to engage in "substantial gainful activity." Clearly, based on the

employment payroll records and Mr. Ministeri's immediate supervisor, he was performing his job until August 8, 2014, which under SSA definition is considered "substantial gainful activity."

In addition, when he was unable to continue in his job, Mr. Ministeri applied for and received disability benefits under Reliance, who had all medical records for him. He also continued to pay his life insurance premiums for benefits, which Reliance now claims he would be ineligible for. Finally, Reliance failed to provide "speak the truth" documents to Mr. Ministeri when he became disabled.

Reliance's denial of the full amount of Mr. Ministeri's Life Insurance Benefits was arbitrary and capricious and otherwise in violation of the Group Life Policy. Ms. Ministeri asserts wrongful denial of full benefits in violation of ERISA § 502(a)(1)(B), codified at 29 U.S.C. § 1132(a)(1)(B), breach of fiduciary duty under ERISA § 502(a)(3), codified at 29 U.S.C. § 1132(a)(3), common law claims of equitable estoppel and unjust enrichment, and denial of requests for information in violation of ERISA § 502(c), codified at 29 U.S.C. § 1132(c)

In support of this argument, Ms. Ministeri argues that ERISA fiduciaries have a duty to "speak the truth" to plan beneficiaries, see *Varity Corp. v. Howe*, 516 U.S. 489, 506 (1996), and that Reliance breached that duty by failing to provide the requested documents and instead negligently sent another claimants information. (Exhibit A)

A district court reviews ERISA claims arising under 29 U.S.C. § 1132 *de novo* unless the benefits plan in question confers discretionary authority upon the administrator to "determine eligibility for benefits or to construe the terms of the plan". *Bekiroglu v. Paul Revere Life Ins. Co.,* 223 F.Supp.2d 361, 366 (D.Mass.2002), *aff'd* 75 Fed.Appx. 8 (1st Cir.2003). If the plan clearly grants such authority to an administrator, then the administrator's decisions are entitled to deference and will be reversed only if they were "arbitrary, capricious or an abuse of discretion". *Diaz v. Seafarers Int'l Union,* 13 F.3d 454, 456 (1st Cir.1994).

Under that standard, a "decision will be upheld if it was within [the plan administrator's] authority, reasoned, and supported by substantial evidence in the record." *Doyle v. Paul Revere Life Ins. Co.,* 144 F.3d 181, 184 (1st Cir.1998) (internal citations omitted). Evidence is substantial if it is "reasonably sufficient to support a conclusion". *Sullivan v. Raytheon Co.,* 262 F.3d 41, 51 (1st Cir.2001). Evidence contrary to an administrator's decision does not render the decision unreasonable, provided it is supported by substantial evidence. *Wright v. R.R. Donnelley Sons Co. Group Benefits Plan,* 402 F.3d 67, 74 (1st Cir.2005).

In applying the arbitrary and capricious standard, the existence of a conflict of interest on the part of the administrator is a factor to be considered. *Firestone Tire & Rubber Co. v. Bruch,* 489 U.S. 101, 109 S.Ct. 948, 103 L.Ed.2d 80 (1989). In the First Circuit, if a court finds there is improper motivation amounting to a conflict of interest, the court "may cede a diminished degree of deference — or no deference at all — to the administrator's decision." *Leahy v. Raytheon Co.,* 315 F.3d 11, 16 (1st Cir.2002). However, "[a] chimerical, imagined, or conjectural conflict will not strip the fiduciary's determination of the deference that would otherwise be due." *Id.* The burden is on the claimant to demonstrate a conflict of interest. *Pari-Fasano v. ITT Hartford Life & Accident Ins. Co.,* 230 F.3d 415, 418 (1st Cir.2000). If no conflict of interest exists, a court must proceed to ensure that the decision was not objectively unreasonable in light of the available evidence, recognizing that the existence of a potential conflict of interest will affect the court's determination of what was reasonable conduct by the insurer under the circumstances. *Id.* at 419.

Therefore, Ms. Ministeri respectfully requests Reliance reverse its decision as it is arbitrary and capricious. Ms. Ministeri reserves any other further rights of review upon receiving the complete file previously requested September 6, 2016.

Please accept this as a reservation of any and all rights of appeal or formal review until 30 days after receiving all the documents requested.

If there are any questions, kindly contact me a the above number

Respectfully,

Mark J. Gardner, Esq.

Cc:  Renee Ministeri

AR0990

# EXHIBIT A

## Claim Notes

Notes

| Created By | 425hjm |
|---|---|
| Created Date | 07/11/2016 |
| Note Content | Policy Face Page |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Policy Face Page |
| Note | POLICYHOLDER: Kansas City Public Schools POLICY NUMBER: GL 153053

EFFECTIVE DATE: January 1, 2015, as amended through May 1, 2015

ANNIVERSARY DATES: January 1, 2016 and each January 1st thereafter.

PREMIUM DUE DATES: The first premium is due on they Effective Date. Further premiums are due monthly, in advance, on the first day of each monthy.

The Policy is delivered in Missouri and is governed by its laws.

We agree to provide insurance to you in exchange for the payment of premium and a signed Application. The Policy provides benefits for loss of life from injury or sickness. It insures the eligible persons for the amount of insurance shown on the Schedule of Benefits. yThe insurance is subject to the terms and conditions of the Policy.

The effective date of the Policy is shown above. Insurance starts and ends at 12:01 A.M., Local Time, at your main address. It stays in effect as long as premium is paid when due. The "TERMINATION OF THE POLICY" section of the GENERAL PROVISIONS explains when the insurance can be ended.

The Policy is signed by the President and Secretary.


Secretary President


Countersigned _____
Licensed Resident Agent


GROUP LIFE INSURANCE
NON-PARTICIPATING

This Group Life Policy amends the Group Life Policy previously issued to you by us. It is issued on July 14, 2015. |

Notes

AR0992

| Date | |
| --- | --- |
| Note Content | SCHEDULE OF BENEFITS |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | SCHEDULE OF BENEFITS |

SCHEDULE OF BENEFITS

NAME OF SUBSIDIARIES, DIVISIONS OR AFFILIATES TO BE COVERED: ALL

"Affiliate" means any corporation, partnership, or sole proprietor under the common control of the Policyholder.

ELIGIBLE CLASSES: Each active, Full-time Employeeyyy, except yyany person employed on a temporary or seasonal basis.

WAITING PERIOD: 30 days of continuous employment.

INDIVIDUAL EFFECTIVE DATE: The first of the month coinciding with or next following completion of the Waiting Period.

INDIVIDUAL REINSTATEMENT: 6 months

MINIMUM PARTICIPATION REQUIREMENTS: Percentage: 33% Number of Insureds: 10

AMOUNT OF INSURANCE:

Supplemental Life (Applicable only to those Insureds who elect Supplemental coverage and are paying the applicable premium): $10,000 to $500,000 in increments of $10,000, not to exceed five (5) times Earnings.

Amounts of supplemental insurance over $200,000 are subject to our approval of a person's proof of good health. However, any proof of good health required due to late application for this insurance (See EFFECTIVE DATE OF INDIVIDUAL INSURANCE) will be at no expense to us.

For Insureds age 70 and over, the Amount of Supplemental Life Insurance is subject to automatic reductiony. Upon the Insured's attainment of the specified age below, the Amount of Supplemental Life Insurance will be reduced to the applicable percentage. This reduction also applies to Insureds who are age 70 or over on their Individual Effective Date.

| | Age Percentage of available or in force amount at age 69 |
| --- | --- |
| Note | 70+ 50% |

Dependent Life: Spouse Amount: $5,000 to $250,000 in increments of $5,000
Child Amount:
14 days and over: $2,000 to $10,000 in increments of $1,000

The Spousey Amount of Insurance may not exceed 100% of the Insured's amounty.

Amounts of Insurance for spouses over $50,000 are subject to our approval of a person's proof of good health. However, any proof of good health required due to late application for this insurance (See EFFECTIVE DATE OF DEPENDENT INSURANCE) will be at no expense to us.

The Spouse Amount of Insurance will reduce in the same manner as the Insured's Amount of Insurance upon Spouse's attainment of reducing ages.

CHANGES IN AMOUNT OF INSURANCE: Increases and decreases in the Amount of Insurance because of changes in age, class or earnings (if applicable) are effective on the first of the month coinciding with or next following the date of the change.

With respect to increases in the Amount of Insurance, the Insured must be Actively At Work on the date of the change. If an Insured is not Actively At Work when the change should take effect, the change will take effect on the day after the Insured has been Actively At Work for one full day. However, if an Insured has the right to choose his/her amount of Supplemental insurance, proof of good health will be required when the Insured changes his/her selection to increase the amount of his/her Supplemental insurance. Any such increase will take effect only if we approve such proof.

If an increase in, or initial application for, the Amount of Insurance is due to a life event change (such as marriage, birth or specific changes in employment status), proof of good health will not be required provided the Insured applies within 31 days of such life event.

CONTRIBUTIONS: Persons: Supplemental Insurance (Applicable only to those Insureds who elect Supplemental coverage and are paying the applicable premium): 100%
Dependents: 100%

Notes

| | |
|---|---|
| **Date** | |
| **Note Content** | DEFINITIONS |
| **Kind of Note** | |
| **Security Type** | |
| **Note Type** | |
| **Subject** | DEFINITIONS |
| **Note** | DEFINITIONS |

DEFINITIONS

"We," "us" and "our" means ÿReliance Standard Life Insurance Companyÿ.

"You," "your" and "yours" means the employer, union or other entity to which the Policy is issued and which is deemed the Policyholder.

"Eligible Person" means a person who meets the eligibility requirements of the Policy.

"Insured" means a person who meets the eligibility requirements of the Policy and is enrolled for this insurance.ÿ

"Actively at work" and "active work" means the person actually performing on a Full-timeÿ basis each and every duty pertaining to his/her job in the place where and the manner in which the job is normally performed. This includes approved time off such as vacation, jury duty and funeral leave, but does not include time off as a result of injury or illness.

"Full-time" means working for you for a minimum of 30 hours during a person's regularly scheduled work week.

"The date he/she retires" or "retirement" means the effective date of an Insured's:

retirement pension benefits under any plan of a federal, state, county or municipal retirement system, if such pension benefits include any credit for employment with you;
retirement pension benefits under any plan which you sponsor, or make or have made contributions; or
retirement benefits under the United States Social Security Act of 1935, as amended, or under any similar plan or actÿ.

ÿ"Earnings", as used in the SCHEDULE OF BENEFITS section, means the Insured's annual salary received from you on the first of the month just before the date of loss, prior to any deductions to a 401(k) and Section 125 plan. Earnings does not include commissions, overtime pay, bonuses, incentive pay or any other special compensation not received as basic salary.

If hourly employees are insured, the number of hours worked during a regularly scheduled work week, not to exceed 40 hours per week, times 52 weeks, will be used to determine annual earnings.

ÿ"Total Disability", as used in the WAIVER OF PREMIUM IN EVENT OF TOTAL DISABILITYÿÿ section, means an Insuredÿÿÿ's complete inability to perform the material and substantial duties of any occupation for which he/she is suited by education, training or experience.

"Dependents" as used in the DEPENDENT LIFE INSURANCE section, means:

(1) an Insured's legal spouse who is not legally separated or divorced from the Insuredÿ; and

(2) an Insured's unmarriedÿ child(ren), age 14 days to 20 years, who is financially dependent upon the Insured for support. Adoptive, foster and step-children are considered Dependents if they are in the custody of the Insuredÿ; and

(3) an Insured's unmarriedÿ child(ren), attending a college or other school on a full-time basis, who is financially dependent upon the Insured for support, up to age 26; and

(4) an Insured's child(ren) beyond the limiting age who is incapable of self-sustaining employment by reason of intellectual disability or physical handicap and who is chiefly dependent on the Insured for support and maintenance.

Notes

AR0994

| | |
|---|---|
| Date | |
| Note Content | Continuation of Insurance |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | Continuation of Insurance |
| | INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION |

INDIVIDUAL ELIGIBILITY, EFFECTIVE DATE AND TERMINATION

GENERAL GROUP: The general group will be your employees and employees of any subsidiaries, divisions or affiliates named on the Schedule of Benefits.ÿ

ELIGIBLE CLASSES: The eligible classes will be those persons described on the Schedule of Benefits.

WAITING PERIOD: A person who is continuously employed on a Full-timeÿÿ basis with you for the period specified on the Schedule of Benefits has satisfied the waiting period.ÿ

EFFECTIVE DATE OF INDIVIDUAL INSURANCE: If you pay the entire premium, the insurance for an eligible Person will go into effect on the date stated on the Schedule of Benefits.

If an eligible Person pays a part of the premium, he must apply in writing for the insurance to go into effect. He/she will become insured on the later of:

(1) the Individual Effective Date stated on the Schedule of Benefits, if he/she applies on or before that date; or

(2) the first of the month coinciding with or next following the date he/she applies, if he/she applies within thirty-one (31) days from the date he/she first met the eligibility requirements; or

(3) the first of the month coinciding with or next following the date we approve any required proof of good health. We require proof of good health if a person applies:

(a) after thirty-one (31) days from the date he/she first becomes eligible; or
(b) after he/she terminated this insurance but he/she remained in a class eligible for this insurance; or
(c) for an Amount of Insurance greater than the Amount of Insurance shown on the Schedule of Benefits as not subject to our approval of a person's good health; or
(d) for an Amount of Insurance greater than he/she was insured for under the prior group life insurance plan carrier, if applicable; or
(e) ÿafter being eligible for coverage under a prior group life insurance plan for more than thirty-one (31) days but did not elect to be covered under that prior plan; or

(4) the date premium is remitted.

| Note | Changes in an Insured's amount of insurance are effective as shown on the Schedule of Benefits. |

If the person is not actively at work on the day his/her insurance is to go into effect, the insurance will go into effect on the day he/she returns to active work for one full day.ÿ

TERMINATION OF INDIVIDUAL INSURANCE: The insurance of an Insured will terminate on the first of the following to occur:

(1) the date the Policy terminates; or

(2) the last day of the Policy month in which the Insured ceases to be in a class eligible for this insurance; orÿ

(3) the end of the period for which premium has been paid for the Insured; or

(4) the date the Insured enters military service (not including Reserve or National Guardÿ).

CONTINUATION OF INDIVIDUAL INSURANCE: The insurance of an Insured may be continued, by payment of premiumÿ, beyond the date the Insured ceases to be eligible for this insurance, but not longer than:

(1) twelve (12) months, if due to illness or injury; or
(2) one (1) month, if due to temporary lay-off or approved leave of absence.

INDIVIDUAL REINSTATEMENT: The insurance of a terminated person may be reinstated if he/she is:

(1) on an approved leave of absence; or

(2) on temporary lay-off.

The person must return to active work with you within the period of time shown on the Schedule of Benefits. He/she must also be a member of a class eligible for this insurance.

The Person will not be required to fulfill the eligibility requirements of the Policy again. The insurance will go into effect on the day he/she returns to active work. If a Person returns after having resigned or having been discharged, he/she will be required to fulfill the eligibility requirements of the Policy again.

If a Person returns after terminating insurance at his/her request or for failure to pay ÿpremium when due, proof of good health must be approved by us before he/she may be reinstated.

Notes

AR0995

| | |
|---|---|
| Date | |
| Note Content | age 70 age reduction |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | age 70 age reduction |
| Note | |

Notes

| | |
|---|---|
| Created By | 425hjm |
| Created Date | 07/19/2016 |
| Note Content | e-mail to Ken Moorman re: age reduction |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail to Ken Moorman re: age reduction |
| Note | From: Jane Hopson<br>To: Moorman, Ken<br>BC Hopson, Jane<br>Date: 7/19/2016 11:05 AM<br>Subject: Kansas City Public Schools Claim 2016-07-06-0521<br><br>Ken,<br><br>Please confirm the age reduction for the supplemental life coverage under GL 153053 is correct as it reduces to 65% at age 70 while GL 154503 and GL 153051 reduced to 65% at age 65.<br><br>Thanks<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

Notes

AR0996

| Date | |
|---|---|
| Note Content | response from Ken Moorman |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | response from Ken Moorman |
| Note | From: Ken Moorman<br>To: Jane Hopson<br>Date: 7/19/2016 11:19 AM<br>Subject: Re: Kansas City Public Schools Claim 2016-07-06-0521<br><br><br>Jane<br><br>I double checked both contracts and proposals and they do have differing reduction schedules. Please use the reduction schedule for both policies where applicable.<br><br>thanks,<br><br>Ken<br><br>Kenneth J. Moorman<br>Regional Sales Manager<br>7300 West 110th Street<br>Suite 500<br>Overland Park, KS 66210<br>(913) 253-4801<br>(888) 857-4801 toll free<br>(913) 253-4811 fax<br><br>>>> Jane Hopson 7/19/2016 10:05 AM >>><br>Ken,<br><br>Please confirm the age reduction for the supplemental life coverage under GL 153053 is correct as it reduces to 65% at age 70 while GL 154503 and GL 153051 reduced to 65% at age 65.<br><br>Thanks<br><br>Jane M. Hopson, ALHC, HIA<br>Sr. Group Life and AD & D Examiner<br>Reliance Standard Life Insurance Company<br>2001 Market Street<br>Two Commerce Square, 16th Floor<br>Life Claims Department<br>P. O. Box 7698<br>Philadelphia, PA 19101-7698<br>(800) 351-7500 ext. 3783<br>(267) 256-3783 Direct<br>(267) 256-3537 Fax<br>jane.hopson@rsli.com<br><br>This e-mail message is for the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply e-mail and delete this message from your computer. Thank you. Reliance Standard Life Insurance Company. |

## Notes

| Created By | 425hjm |
|---|---|
| Created Date | 07/19/2016 |
| Note Content | e-mail to PH re: Determination |
| Kind of Note | |
| Security Type | |
| Note Type | |
| Subject | e-mail to PH re: Determination |
| | From:<br>To:<br>Date: 7/19/2016 2:15 PM<br>Subject: RE: J█████ H█████ Claim Number: 2016-07-06-0521-GL-01<br>Ms. Hopson, |

AR0997

--- Originally sent by jane.hopson@rsli.com on Jul 19, 2016 12:41 PM
Ms. Tircuit,

The waiver of premium applies to employees under age 60, therefore this
provision does not apply. Premiums would have had to continue to be paid
in accordance to the 12 month continuation Provision due to
Illness/Injury.( see below) Therefore,coverage terminated on 3/31/2016
under policy GL 153051 and GL 153053. As you paid premiums to 6/1/2016
for the employer paid coverage under GL 154503 the benefit of $13,000 is
payable. Our determination letter will be sent to you w/ a copy to the
beneficiary.


CONTINUATION OF INDIVIDUAL INSURANCE: The insurance of an Insured may
be continued, by payment of premium, beyond the date the Insured ceases
to be eligible for this insurance, but not longer than:

(1) twelve (12) months, if due to illness or injury; or
(2) one (1) month, if due to temporary lay-off or approved leave of
absence.


Let me know if you have any questions.


Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain
confidential and privileged information. Any unauthorized review, use,
disclosure or distribution of this message is strictly prohibited. If
you have received this message in error, please notify the sender
immediately by reply e-mail and delete this message from your computer.
Thank you. Reliance Standard Life Insurance Company.


>>>
From:
To:
Date: 7/19/2016 12:09 PM
Subject: RE: J▊▊ H▊▊▊▊Claim Number:
2016-07-06-0521-GL-01

Good Morning Ms. Hopson:

Mr. H▊▊▊▊ did not make payments while he was on medical leave for the
voluntary coverage. Is there a waiver of premium for the voluntary
coverage?


--- Originally sent by jane.hopson@rsli.com on Jul 19, 2016 10:22 AM
---
Ms. Tircuit,

How were the premiums paid for the voluntary life coverages while Mr.
Hancock was on medical leave of absence as he
passed away on 6/11/2016 and the last premium paid was on 3/11/2016?

Thanks!


Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain
confidential and privileged information. Any unauthorized review,
use,
disclosure or distribution of this message is strictly prohibited. If
you have received this message in error, please notify the sender

AR0998

From:
To:
Date: 7/13/2016 5:54 PM
Subject: RE: J█████ H██████ Claim Number:
2016-07-06-0521-GL-01

Good afternoon Ms. Hopson:

Attached is a copy of Mr. H██████s paystubs for his January 2016
checks. His life insurance deduction is code #6369 on the stubs. He
received his last pay check on March 11, 2016 due to leave of absence.

The benefits confirmation statement that designates J███ N████ as
beneficiary applies to all life policies. It is my understanding that
the benefits for the basic coverage does have a reduction of benefit
for
employees who are age 65.

If you have other questions, or need additional information please
contact me.

Thank you for your assistance with Mr. Hancock's claim.

Janet Tircuit
Benefits Coordinator
Kansas City Public Schools
Phone: 816-418-7207

Note

--- Originally sent by jane.hopson@rsli.com on Jul 11, 2016 3:53 PM
---
Ms. Tircuit,

We are in receipt of the claim for group life insurance benefits on
the
life of Jackey Hancock.

Please provide our office with payroll records 2 pay periods prior to
the date last worked on 2/12/2016 and 2 pay periods prior to the date
of
death on 6/11/2016 to confirm the premiums deductions for the
voluntary
life coverages.

Also, please confirm based on the Benefits Confirmation Statement that
Jesus Negron is the beneficiary for all coverages.

Lastly, please note the employer paid coverage under GL 154503 the
basic coverage paid by the employee under GL 153051 reduces to $13,000
as the benefit reduces to 65% at age 65 under these policies.

Thank you, let me know if you have any questions.

Jane M. Hopson, ALHC, HIA
Sr. Group Life and AD & D Examiner
Reliance Standard Life Insurance Company
2001 Market Street
Two Commerce Square, 16th Floor
Life Claims Department
P. O. Box 7698
Philadelphia, PA 19101-7698
(800) 351-7500 ext. 3783
(267) 256-3783 Direct
(267) 256-3537 Fax
jane.hopson@rsli.com

This e-mail message is for the intended recipient and may contain
confidential and privileged information. Any unauthorized review,
use,
disclosure or distribution of this message is strictly prohibited. If
you have received this message in error, please notify the sender

Thank you. Reliance Standard Life Insurance Company.

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email,
including attachments, is covered by the Electronic Communications
Privacy Act (18 U.S.C. 2510-2521) and contains confidential
information
belonging to the sender which may be legally privileged. The
information is intended only for the use of the individual or entity
to
which it is addressed. If you are not the intended recipient, you are
hereby notified that any disclosure, copying, distribution or the
taking
of any action in reliance of the contents of this information is
strictly prohibited. If you have received this electronic transmission
in error, please immediately notify the sender by return e-mail and
delete this message from your computer or arrange for the return of
any
transmitted information."

-----------------------------------------------------------------
This message was secured by ZixCorp(R).

-----------------------------------------------------------------
This message was secured by ZixCorp(R).

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email,
including attachments, is covered by the Electronic Communications
Privacy Act (18 U.S.C. 2510-2521) and contains confidential
information
belonging to the sender which may be legally privileged. The
information is intended only for the use of the individual or entity
to
which it is addressed. If you are not the intended recipient, you are
hereby notified that any disclosure, copying, distribution or the
taking
of any action in reliance of the contents of this information is
strictly prohibited. If you have received this electronic transmission
in error, please immediately notify the sender by return e-mail and
delete this message from your computer or arrange for the return of
any
transmitted information."

-----------------------------------------------------------------
This message was secured by ZixCorp(R).

-----------------------------------------------------------------
This message was secured by ZixCorp(R).

"CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email,
including attachments, is covered by the Electronic Communications
Privacy Act (18 U.S.C. 2510-2521) and contains confidential information
belonging to the sender which may be legally privileged. The
information is intended only for the use of the individual or entity to
which it is addressed. If you are not the intended recipient, you are
hereby notified that any disclosure, copying, distribution or the taking
of any action in reliance of the contents of this information is
strictly prohibited. If you have received this electronic transmission
in error, please immediately notify the sender by return e-mail and
delete this message from your computer or arrange for the return of any
transmitted information."

-----------------------------------------------------------------
This message was secured by ZixCorp(R).

-----------------------------------------------------------------

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing document was filed on July 1, 2020 with the Clerk of the Court via CM/ECF. I further certify that the foregoing document is being served this date on all counsel for Defendants via transmission by electronic mail.

_____/s/ Eugene Sullivan