UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| RENEE MINISTERI, personal Representative for the Estate of Anthony Ministeri<br><br>Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 18-cv-10611-LTS |

JUDGMENT

February 10, 2021

SOROKIN, J.

In accordance with the Court's [57] Memorandum and Order dated February 10, 2021 granting Ministeri's [31] Motion for Summary Judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the Plaintiff, Renee Ministeri against Reliance Standard Insurance Company in the amount of $1,092,000.00.

Plaintiff, Renee Ministeri's claims against AECOM are hereby DISMISSED pursuant to the Court's [17] Order dated September 10, 2019.

By the Court,

February 10, 2021                                          /s/ Mariliz Montes
Date                                                                Deputy Clerk