UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENEE MINISTERI,<br>Personal Representative of the Estate of<br>Anthony Ministeri,<br><br>            Plaintiff,<br><br>      v.<br><br>RELIANCE<br>STANDARD LIFE INSURANCE<br>COMPANY,<br><br>            Defendant. | Case No. 18-cv-10611- LTS |

## AMENDED JUDGMENT

**Sorokin, D. J.:**

In accordance with the Court's Memorandum and Order [Dkt. 57] dated February 10, 2021, granting Plaintiff Ministeri's [Dkt. 31] Motion for Summary Judgment, and in accordance with the Court's Memorandum and Order dated July 21, 2021 [Dkt. 73] granting in part and denying in part Plaintiff's motion [Dkt. 59] for pre-judgment interest, attorney fees and costs,

**IT IS HEREBY ORDERED:**

Judgment for the Plaintiff, Renee Ministeri against Reliance Standard Life Insurance Company[2] in the amount of $1,092,000.00, plus attorney fees, pre-judgment interest and costs as set forth below and detailed in the Court's Decision and Order Docket No. 73:

**Prejudgment interest**:  Reliance Standard Life Insurance Company shall pay the plaintiff prejudgment interest on the aforesaid amount of $1,092,000.00 from January 6, 2017 at

---

[1] As ordered by the Court [Dkt. 73] the parties are jointly filing the Proposed Amended Judgment and both parties agree that the calculations herein are in accordance with the Courts' orders [Dkts 57 and 73]. Defendant does not stipulate to or in any way consent to the entry of the amended judgment against it nor may this filing be considered a waiver of any appeal rights by either party.

[2] Plaintiff's claims against Defendant AECOM were dismissed pursuant to Court Order [Dkt. 17] dated September 10, 2019.

1

the average federal prime rate (4.5%) plus three (3) percentage points, or 7.5% interest compounded annually through the date of Entry of this Proposed Amended Judgment. Pre-judgment interest at a rate of 7.5% compounded annually is $431,107.43 as of August 11, 2021 and is calculated as follows:

| Year (compounded annually) | Interest |
|---|---|
| 2017 (359 days) | $80,553.70 |
| 2018 (366 days) | $87,941.53 |
| 2019 (365 days) | $94,537.14 |
| 2020 (365 days) | $101,627.43 |
| 2021 (222 days) | $66,447.63 |
| **Total** (as of Aug. 11, 2021) | **$431,107.43** |

**Attorney fees:** Reliance Standard Life Insurance Company shall pay the Plaintiff's attorneys' fees in the amount of $102,018.75 as set forth in the table below:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| G. Sullivan | 106.7 | $375.00 | $40,012.50 |
| R. Sullivan | 33.5 | $487.50 | $16,331.25 |
| T. Monroe | 121.8 | $375.00 | $45,675.00 |
| | | | **$102,018.75** |

**Costs:** Reliance Standard Life Insurance Company shall pay the Plaintiff's costs in the amount of $426.73.

**Totals**: As of August 11, 2021 the total judgment in favor of Plaintiff and against Reliance Standard Life Insurance Co. is $1,625,552.91 as summarized below.

| | |
|---|---|
| **Summary judgment award** | $1,092,000.00 |
| **Prejudgment interest** | $431,107.43 |
| **Attorney fees** | $102,018.75 |
| **Costs** | $426.73 |
| **Total** (as of Aug. 11, 2021) | **$1,625,552.91** |

DONE AND ORDERED on this  18th  day of August, 2021.

                                                  Robert M. Farrell
                                                  Clerk of the Court

By:    /s/ Maria Simeone
           Courtroom Deputy Clerk

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on August 11, 2021, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Teresa A. Monroe
Teresa A. Monroe
