# United States Court of Appeals
## For the First Circuit

No. 21-1651

RENEE MINISTERI, Personal Representative of the Estate of Anthony Ministeri,

Plaintiff, Appellee,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

Defendant, Appellant.

No. 21-1652

RENEE MINISTERI, Personal Representative of the Estate of Anthony Ministeri,

Plaintiff, Appellant,

v.

RELIANCE STANDARD LIFE INSURANCE COMPANY,

Defendant, Appellee.

**JUDGMENT**
Entered: July 25, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. Three-fourths costs shall be taxed in favor of the plaintiff.

By the Court:
Maria R. Hamilton, Clerk

cc: Richard J. Sullivan, Teresa A. Monroe, Joshua Bachrach, Kara G. Thorvaldsen, Colleen C. Cook, Deborah Higashi Dodge